**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# TRANSFER ORDER

**IT IS ORDERED** that the following Section "A" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 22-140 | USA v. Joseph P. Schwartz, IV |
| 23-24 | USA v. Michael Williams et al |
| 23-59 | USA v. Dent Hunter |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 21-317 | Atchafalaya Basinkeeper, Inc. et al v. U.S. Army Corps of Engineers |
| 21-1462 | In Re: In the Matter of Magnolia Fleet, LLC et al |
| 22-66 | Tamara D. Grant v. Administrators of Tulane Educational Fund et al |
| 22-551 | James A. Watkins et al v. Plum, PBC et al |
| 22-2129 | Stephanie L. Taillon v. New Orleans City |
| 22-2338 | Barrister Global Services Network Inc v. Stacey Powell et al |
| 22-3835 | Nicholas Reed Magee v. Florida Marine, LLC et al |
| 22-4334 | Kristin Kingrea et al v. Park Hotels & Resorts, Inc. et al |
| 22-4450 | FSC Interactive, LLC v. Rogers Collective, Inc. |
| 22-5297 | Kendale Gordon v. New Orleans City et al |
| 23-522 | Crystal Queen v. Foremost Insurance Company |
| 23-680 | Corinne Missionary Baptist Church v. Independent Specialty Insurance Company |
| 23-1012 | Lynnton Ethridge et al v. Great Northern Insurance Company |
| 23-1069 | Helene Gregorich v. FedNat Insurance Company, et al |

| | |
|---|---|
| 23-1082 | Dick Fedderman et al v. Century Surety Company |
| 23-1149 | Majoria Six LLC v. Certain Underwriters at Lloyd's et al |
| 23-1184 | Stephen Flynn et al v. State Farm Fire and Casualty Company |
| 23-1269 | Kellie Sanchez et al v. Xavier University of Louisiana |
| 23-1369 | St. Charles Parish et al v. Federal Emergency Management Agency |
| 23-1487 | Steven C. Ducote et al v. GeoVera Specialty Insurance Company |
| 23-1507 | Gregory Duronslet et al v. State Farm Insurance Company |
| 23-1560 | Linda Carter v. State Farm Fire & Casualty Company |
| 23-1578 | Matthew Shilling v. Safepoint Insurance Company |
| 23-1644 | Eddie Blanco et al v. GeoVera Specialty Insurance Company |
| 23-1650 | Blunt Wrap USA, Inc. et al v. Show Cigars, Inc. |
| 23-1679 | Corey Walker v. GeoVera Specialty Insurance Company |
| 23-1839 | Louisiana State et al v. Department of Homeland Security et al |

**IT IS FURTHER ORDERED** that the following Section "B" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 12-1 | USA v. Gerard J. Howard et al |
| 23-71 | USA v. SEALED |
| 23-116 | USA v. Larry J. Williams |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 21-339 | Odette Blanco de Fernandez et al v. A.P. Moller-Maersk et al |
| 21-969 | James Verret, Sr. v. REC Marine Logistics, LLC et al |
| 21-1085 | Roxane Smith v. Depuy Synthes Inc. et al |
| 21-1652 | Xavimen Decquir v. Jonathan D. Bentel et al |

| | |
|---|---|
| 21-1656 | Luke Billiu v. Sea Support Services, LLC et al |
| 22-131 | In Re: In the Matter of Westbank Fishing, LLC |
| 22-1894 | Seontae Pichon v. Talos Energy LLC et al |
| 22-4540 | Kesha Creel v. Intact Insurance Company et al |
| 22-5231 | Rehman Rahim et al v. Independent Specialty Insurance Company et al |
| 22-5590 | Eric F. Capdeville v. Southwest Airlines Co |
| 23-1124 | Cheryl Becnel et al v. Taylor Seidenbach Inc. et al |
| 23-1392 | 7108 Olive Street, LLC v. Wilshire Insurance Company |
| 23-1416 | Linda Sharpless et al v. Westchester Surplus Lines Insurance Company |
| 23-1498 | Rebecca Candebat v. Homesite Insurance Company |
| 23-1635 | Gloria Gray v. Safepoint Insurance Company |
| 23-1671 | Shirah Ray v. GeoVera Specialty Insurance Company |
| 23-1700 | Southern Hotel, LLC v. Certain Underwriters LLoyd's London |
| 23-1702 | Rachel Regina et al v. Safeport Insurance Company |
| 23-1749 | Leonard Ray Jr. et al v. GeoVera Specialty Insurance Company |

**IT IS FURTHER ORDERED** that the following Section "D" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**<u>CRIMINAL ACTION CASE:</u>**

| | |
|---|---|
| 14-131 | USA v. Jeffery Wilson et al *(closed)* |

**<u>CIVIL ACTION CASES:</u>**

| | |
|---|---|
| 13-5417 | Gregory P. Cadella v. Johnson & Johnson et al |
| 20-980 | Ahmed Baqer et al v. St. Tammany Parish Government et al |
| c/w | |
| 20-1840 | Kevin Louviere et al v. St. Tammany Parish Government et al |
| 22-307 | Michael Lee v. H&E Inland Services, L.L.C. |
| 22-1379 | Cypress Point Services, L.L.C. v. Shell USA, Inc., et al |

| | |
|---|---|
| 22-2322 | Healthcare Recruiters LLC v. Accountable Healthcare Staffing, Inc. |
| 22-2727 | Kristi McKinney et al v. USAA Casualty Insurance Company |
| 22-5359 | In Re: Hurstell |
| 23-2 | Jane Doe v. Department of Homeland Security et al |
| 23-22 | Darryl F. Marlbrough, Jr. v. Cornerstone Chemical Company |
| 23-183 | Wendell Hall v. American Security Insurance Company |
| 23-381 | Jackson Avenue Management, LLC v. Independent Specialty Insurance Company |
| 23-989 | Paula Saverin v. American Security Insurance Company |
| 23-1348 | John Doe v. The Administrators of the Tulane Educational Fund |
| 23-1558 | Janice Baele, et al v. University Healthcare System, L.C., et al |
| 23-1599 | Iris R. Rumick v. GeoVera Advantage Insurance Services, Inc. |
| 23-1643 | 1624 Gov Nicholls, LLC v. Underwriters at Lloyds, London |
| 23-1752 | Natalie Lewis v Ocean Harbor Casualty Insurance Company |
| 23-1762 | James Silva v. Curtiss-Wright Corporation, et al |
| 23-1765 | Stavros Savvaides, et al v. Chubb European Group SE |
| 23-1784 | Maria Compagno v. Atain Specialty Insurance Company |
| 23-1804 | Kelly Breaux v. Ocean Harbor Casualty Insurance Company |
| 23-1825 | Kody Blanchard v. Gerald Turlich, Jr., et al |
| 23-1830 | h.Wood Group, LLC v. Allison & Glenn, Inc. |

**IT IS FURTHER ORDERED** that the following Section “E” cases are hereby reallotted to Judge Darrel James Papillion, Section “P” of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 22-265 | USA v. Jerome Shaquille Wilson et al |
| 23-53 | USA v. Marcus Theodore |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 12-2516 | Keel Charles v. Nabors Drilling USA LP et al |
| 21-1522 | In re: In the Matter of Offshore Oil Services, Inc. |
| 21-2120 | Morgan Ratley v. Cantrell Davis et al |
| 22-451 c/w | Mallick G&M LLC v. Agility Restorations LLC |
| 22-452 | Bayou Mallick LLC v. Agility Restoration, LLC |
| 22-501 | Melene L. Gastinell Williams v. State Farm Fire and Casualty Company |
| 22-1817 | Artemios Dagoglou, Jr. v. QBE Specialty Insurance Company |
| 22-643 | Melissa Riggio v. Social Security Administration |
| 22-1727 | Gates et al v. Volkswagen Group of America, Chattanooga Operations LLC et al |
| 22-2366 | Premiere Lake One, LLC et al v. StarStone Specialty Insurance Company |
| 22-2573 | Robert Ruffin et al v. Orleans Parish Sheriff's Office et al |
| 22-2591 | In the Matter of Fleet Boats LLC, et al |
| 22-3808 | Melanie Leonard v. Allied Trust Insurance Company |
| 22-4756 | Kathryn Courtney Young v. Wilshire Insurance Company |
| 22-5023 | Rebecca Leonard v. Allied Trust Insurance Company |
| 22-5155 | Arjell Dorsey v. Standard Fire Insurance Company |
| 22-5201 | St. Thomas Community Health Center, Inc. v. Arch Specialty Insurance Company et al |
| 23-303 | Scott Landry v. General Motors, LLC |
| 23-831 | Ben Richard v. Ocean Harbor Casualty Insurance Company |
| 23-876 | Joan Vicknair v. State Farm Fire & Casualty Company |
| 23-912 | Jing Ma v. Department of Homeland Security et al |
| 23-1057 | Shiva Akula v. Bernard Cassidy et al |
| 23-1133 | Albert Anthony Grayer v. Heath Martin et al |

| | |
|---|---|
| 23-1195 | Teresa Lundberg v. Lincoln National Life Insurance Company |
| 23-1205 | Curtis Joseph Lawrence v. Ashton Plantation Homeowners Association |
| 23-1291 | Plumbers and Steamfitters Local 60 Pension Fund et al v. GH Mechanical and Services LLC |
| 23-1299 | Bonnie Williamson v. American Zurich Insurance Company |

**IT IS FURTHER ORDERED** that the following Section "G" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 95-301 | USA v. Rose Marie Young |
| 99-354 | USA v. Gregory Joseph Hernandez et al |
| 21-45 | USA v. Bret Berry |
| 21-130 | USA v. Emmanuel Ugbaja |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 19-1384 | Johnny Traweek v. Marlin Gusman et al |
| 20-1496 | William Denison Kelley v. Marc J. Domingue et al |
| 21-2304 | Brandy McKay v. Lamar A. Davis et al |
| 22-379 | Latoya Nixon v. Vera Chester et al |
| 22-464 | Fore by Fore, LLC v. Independent Specialty Insurance Company |
| 22-959 | Diversified Maintenance Systems, Inc. v. J. Star Enterprises, Inc. |
| 22-1024 | Anderson Traylor Edwards, LTD v. Berkshire Hathaway Guard Insurance Co., et al |
| 22-1339 | Susan Gumpert et al. v. QBE Specialty Insurance Company |
| 22-1626 | AKI, LLC et al v. Berkshire Hathaway Guard Insurance Companies et al |
| 22-1919 | Bayou Asset Holdings, LLC v. ASAP Insurance Agency, LLC et al |
| 22-2570 | Whale Capital, L.P. v. Stephanie S. Ridgeway et al |
| 22-2636 | Shelita Hurst v. Primerica Life Insurance Company |

| | |
|---|---|
| 22-2646 | Alpha Testing & Inspection, Inc v. RLI Insurance Company |
| 22-2674 | Jeanne Couch v QBE Specialty Insurance Company |
| 22-2807 | Antoinette Benton et al v. Ocean Harbor Casualty Insurance Company |
| 22-3557 | Gayle J. LeBeau et al v. Huntington Ingalls Incorporated et al |
| 22-3694 | Stacey Griffin et al v. United States of America |
| c/w | |
| 22-3826 | Kimberly Williams et al v. United States of America |
| 22-4007 | Preston Lewis v. Jonathan Friedman et al |
| 22-4521 | St. Joseph Medical Clinic AMC v. Bankers Insurance Company |
| 22-4591 | Frank Kevin Kennedy et al v. Shell USA, Inc. et al |
| 23-371 | St. Augustine High School, Inc., New Orleans, Louisiana v. Covington Flooring Company, Inc. et al |
| 23-555 | Edmee O. Blanco v. State Farm Fire & Casualty Company |
| 23-556 | Ann Cates v. Property and Casualty Insurance Company of Hartford |
| 23-1259 | Danielle Kenell Weadd v. Pearlina Thomas et al |
| 23-1403 | Layne Labat et al v. Safeco Insurance Company of America |
| 23-1674 | Zion Lutheran Church v. Velocity Claims, LLC et al |

**IT IS FURTHER ORDERED** that the following Section "H" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 22-110 | USA v. Xavier Johnson |
| 22-266 | USA v. Wade Batiste |
| 23-23 | USA v. Tylar Redditt |
| 23-49 | USA v. Darlin Aminadak Banegas-Cruz |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 20-2361 | Daytrend DeNone Moses v. Mohamed Mahmoud et al |
| 21-102 | Juliette Harch v. Madeline Lane et al |

| | |
|---|---|
| 21-1489 | Assure Neuromonitoring Louisiana, LLC v. Fairway Medical Center, L.L.C. |
| 22-269 | Chad Oliver v. Darlin Velazquez et al |
| 22-358 | Scott Glendening v. State Farm Fire & Casualty Company |
| 22-369 | Wesley E. Brown et al v. Rodi Marine, LLC |
| 22-498 | Precious Shephard et al v. Houma Terrebonne Housing Authority |
| 22-1004 | Tymon Theriot et al v. Lighthouse Excalibur Insurance Company |
| 22-1311 | Sandra Simmons et al v. GeoVera Specialty Insurance Company |
| 22-1556 | Charles Lombard v. Southern Fidelity Insurance Company |
| 22-1954 | Howard Eymard v. Safeport Insurance Company |
| 22-2296 | John Angotti et al v. Allied Trust Insurance Company |
| 22-2427 | Jarvis Ballard v. James Pohlmann et al |
| 22-2516 | Nicholas Fraiche v. Garrison Property and Casualty Insurance Company et al |
| 22-3067 | Tylere Schilly et al v. Joseph Marcal et al |
| 22-4049 | Jane Harvey et al v. Certain Underwriters at Lloyds, London et al |
| 22-5004 | Fred B. Richardson III v. FedEx Ground Package System, Inc. et al |
| 22-5239 | Willie Jenkins v. Underwriters At Lloyds London |
| 22-5303 | Sheila Rogers et al v. Orleans Parish Sheriff Office et al |
| 22-5337 | Guy C. Curry v. Axis Insurance Company et al |
| 23-249 | Walter Morton Jr. v. Safeport Insurance Company |
| 23-1070 | Ray Hodge & Associates, LLC v. Unglesby and Greenberg, LLC et al |
| 23-1158 | Willie Bridgewater et al v. United States of America |
| 23-1395 | Adi Raibstein Peralta v. Supreme Offshore Services, Inc. et al |
| 23-1423 | Boris Odynocki v. Southern University at New Orleans et al |
| 23-1589 | Joseph Harrison et al v. Liberty Mutual Insurance Company |
| 23-1738 | Eric N. Illarmo et al v. USAA Casualty Insurance Company |

**IT IS FURTHER ORDERED** that the following Section "I" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 22-151 | USA v. Jamie P. McNamara |
| 23-21 | USA v. Jarren Lee |
| 23-51 | USA v. Ernest X. Taylor Jr. |
| 23-73 | USA v. Jerome Scott Lyons |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 22-2111 | Thomas C. A. Schlumbrecht et al v. Andrew V. Topel et al |
| 22-2179 | Byron Barnes Sr. v. Dolgencorp, LLC et al |
| 22-2489 | Kevin E. Comeaux v. State Farm Fire and Casualty Company |
| 22-2714 | Marian Steib Hardgrave v. Farmers Property and Casualty Insurance Company |
| 22-2716 | Christopher Pertuit v. USAA Casualty Insurance Company |
| 22-2923 | Eduardo Espiritu et al v. Liberty Mutual Fire Insurance Company |
| 22-3002 | Hoa Kevin Tran, et al v. Southern Fidelity Insurance Company |
| 22-3006 | Hoa Kevin Tran et al v. Western World Insurance Company |
| 22-3029 | James Planetta et al v. Wright National Flood Insurance Company |
| 22-3030 | Charles Mentz IV v. Chubb European Group |
| 22-3087 | Kiosk, Inc. v. State Farm Fire and Casualty Company |
| 22-3157 | Peyton v. FedNat Insurance Company |
| 22-3733 | Aaron Banks v. Alliance Offshore, L.L.C. et al |
| 22-3962 | Kacie M. Breen v. Aaron D. Knapp, et al |
| 22-4300 | Jenna Rae Brignac Truxillo v. National Maintenance & Repair of Louisiana, Inc. et al |
| 22-4513 | Solomon J. Verdin v. Timothy Soignet et al |
| 22-4654 | Joshua Passons v. Allied Trust Insurance Company |
| 22-4667 | Robyn Joseph v. Gate Gourment Inc. |
| 22-4872 | Dwayne Clause v. United Property & Casualty Insurance Company |

| | |
|---|---|
| 22-4987 | In re: In the Matter of La Carriers, LLC |
| 23-9 | Stanley Moore Davis et al v. Dollar Tree Store No.05751 et al |
| 23-136 | Tyler Truong v. Magnolia Fleet, LLC |
| 23-447 | Dana Noakes v. Department of Homeland Security |
| 23-908 | Kevin Hazure Jr. v. Xavier University of Louisiana |
| 23-1011 | Angela C. Boudreaux et al v. General Motors et al |
| 23-1095 | Jacoby Williams et al v. Mike Tregre et al |
| 23-1723 | United States Fire Insurance Company v. J. Terrell Brown Sr. et al |

**IT IS FURTHER ORDERED** that the following Section "J" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

None.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 20-2394 | Kerwood Washington v United States of America |
| 22-87 | Pruco Life Insurance Company v. Eugene Francis Dwyer et al |
| 22-113 | Ernest Yambor et al v. Sun Reunion Lake RV LLC |
| 22-404 | Lawrence Labbe v. Offshore Process Services, Inc. |
| 22-583 | Kathleen Brisset Rome v. Academy Sports & Outdoors, Inc et al |
| 22-799 | Monica Brady v. FedNat Insurance Company |
| 22-1155 | Bottner Properties, LLC v. Atlantic Casualty Insurance Company |
| 22-1552 | Thebia Hudson-Harvey v. Southern Fidelity Insurance Company |
| 22-1976 | Anna Bachemin v. DDMS, LLC et al |
| 22-2050 | Juliet Jefferson v. Barriere Construction Co., LLC et al |
| 22-2278 | Kim Roublow v. State Farm Fire and Casualty Company |
| 22-2584 | Tommy P. Rivet v. Huntington Ingalls Incorporated et al |

| | |
|---|---|
| 22-2642 | Proctor's Cove Condominium Association, Inc. v. Westchester Surplus Lines Insurance Company |
| 22-2862 | Torsh Inc. v. Audio Enhancement, Inc. |
| 22-3824 | Gilda Frederick v. AT&T Corp et al |
| 22-4443 | Edward Bissau Mendy v. Steele Protective Services, LLC |
| 22-4617 | Linda M. LeBlanc et al v. Assumption Parish School Board |
| 23-278 | Billy John Gaston et al v. State Farm Fire and Casualty Company |
| 23-380 | Frances Johnston v. Louisiana Farm Bureau Casualty Insurance Company |
| 23-971 | Tania Nicole Anderson et al v. HMO Louisiana Inc |
| 23-1240 | Timithoy Cador et al v. ANPAC Louisiana Insurance Company |
| 23-1271 | 2305 N. Hullen, LLC v. Atain Specialty Insurance Company |
| 23-1275 | Yolanda Johnson et al v. Allstate Insurance Company |
| 23-1354 | Gulf States Regional Center, LLC v. United States Citizenship and Immigration Services |
| 23-1411 | Herbert Martin et al v. North Light Specialty Insurance Company |
| 23-1555 | Caren Smith v. Metropolitan Life Insurance Company et al |
| 23-1577 | Jerome Douglas et al v. State Farm Fire & Casualty Company |

**IT IS FURTHER ORDERED** that the following Section “L” cases are hereby reallotted to Judge Darrel James Papillion, Section “P” of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 20-7 | USA v. Lloyd Jones |
| 21-42 | USA v. Bobbie Ellis |
| 23-66 | USA v. Melissa J. Watson |
| 23-77 | USA v. Rasheed Smith |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 22-276 | 711 Tchoupitoulas Condominum Association, Inc. v. Independent Specialty Insurance Company |
| 22-1864 | Sharon Heno v. FedNat Insurance Company |
| 22-3976 | Cody Baum v. American Security Insurance Company |
| 22-4757 | Brandi Sibley v. Touro LCMC Health et al |
| 22-5351 | Composite Effects, LLC v. All Elite Wrestling et al |
| 22-5481 | Michelle Bresler, et al v. United HealthCare Insurance Company et al |
| 22-5560 | MAC Real Estate, LLC v. Colony Insurance Company et al |
| 23-857 | Gabrielle Sider v. Joseph P. Lopinto III et al |
| 23-875 | Keith Rodriguez v. Taylor-Seidenbach, Inc. et al |
| 23-905 | Tanae Jackson v. Burger King Corporation et al |
| 23-941 | TD Land Development, LLC v. Clear Spring Property and Casualty Company |
| 23-944 | Judith M. Smith v. New York Life Insurance Company et al |
| 23-982 | Blake Hirstius et al v. Harco National Insurance Company |
| 23-1014 | Charles Morrison et al v. Foremost Insurance Company Grand Rapids, Michigan |
| 23-1058 | In Re: In the Matter of Dynamic Industries Saudi Arabia, Ltd. |
| 23-1061 | Gail Bartholomew v. GeoVera Advantage Insurance Services, Inc. |
| 23-1166 | Glenn Burke Jr. v. Dover Bay Specialty Insurance Company |
| 23-1206 | Derek McCoy et al v. Alacrity Adjusting Solutions, LLC |
| 23-1274 | Harold Washington Jr. v. Eric Martin et al |
| 23-1286 | Myles Kearney v. United Property and Casualty Insurance Co. |
| 23-1387 | Camille Theriot Schafer et al v. Kevin Darr et al |
| 23-1398 | Mary L. Chanove et al v. Ford Motor Company |
| 23-1407 | Mallory Ware v. Atlantic Richfield Company et al |

| | |
|---|---|
| 23-1437 | Francis Jones et al v. Automobile Insurance Company of Hartford, Connecticut |
| 23-1561 | Broadcast Music, Inc. et al v. Genie, Inc. et al |
| 23-1595 | In re: In the Matter of Dynamic Industries Saudi Arabia, Ltd. |
| 23-1627 | Lauren Paz et al v. Dover Bay Specialty Insurance Company |

**IT IS FURTHER ORDERED** that the following Section "M" cases are hereby Reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 23-47 | USA v. Dondre Morgan |
| 23-78 | USA v. Deshaun Whatley et al |
| 23-98 | USA v. Hugo Brian Fuentas-Eguigurens |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 19-13650 c/w | Joshua Akeem et al v. Dasmen Residential, LLC et al |
| 19-13673 c/w | Charlene Miller v. Dasmen Residential, LLC et al |
| 19-13705 c/w | Johnshane Powell v. KFK Group Inc., et al |
| 19-14634 c/w | Renata Walker et al v. Dasmen Residential Management, LLC et al |
| 19-14636 c/w | Andrea Riley et al v. Dasmen Residential Management, LLC et al |
| 19-14637 c/w | Penny Johnson et al v. Dasmen Residential Management, LLC, et al |
| 20-187 | Trichell Sorrell et al v. Dasmen Residential Management, LLC et al |
| 21-1943 | Hilda Prejeant v. Avondale Industries, Inc. et al |
| 22-489 | Sally Bergeron et al v. State Farm Fire and Casualty Company |
| 22-494 | David J. Becnel v. Home Depot U.S.A., Inc. |
| 22-617 | Stanley Bergeron Sr. et al v. Allstate Property and Casualty Insurance Company |
| 22-1648 | Charles Corona et al v. State Farm Fire & Casualty Company |

| | |
|---|---|
| 22-2098 | Sara Bartholomew v. Allstate Vehicle and Property Insurance Company |
| 22-2528 | Orlin Urquia v. American Strategic Insurance Corporation |
| 22-2647 | Chalmette Amusement, Inc. v. Houston Casualty Company |
| 22-2784 | Chad Quick et al v. State Farm Fire & Casualty Company |
| 22-2914 | Evan Hayes et al v. Lexington Insurance Company |
| 22-2968 | Nancy Tizzard v. State Farm Fire & Casualty Company |
| 22-3196 | Lee Tractor Co., Inc. v. Arch Specialty Insurance Company |
| 22-3268 | Gov Nicholas Properties, LLC et al v. StarStone Specialty Insurance Company |
| 22-3370 | Lisa Craft et al v. Homesite Fire and Casualty Company |
| 22-4744 | Gabriela Molina v. Unum Life Insurance Company of America |
| 22-5097 | Christopher Jones v. Jason Williams et al |
| 22-5330 | SEALED |
| 23-614 | Levar Mosley et al v. Plaquemines Parish Government et al |
| 23-1170 | Jane Doe, et al v. School Board St. Tammany Parish |
| 23-1562 | In Re: Reilly-Benton Company, Inc. |

**IT IS FURTHER ORDERED** that the following Section "R" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 20-10 | USA v. Rueben Cain |
| 20-62 | USA v. Warren G. Treme |
| 22-61 | USA v. Chelsea Gee |
| 22-174 | USA v. Michael Crawford |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 65-16173 | Willie Banks et al v. St James Parish School Board et al |

| | |
|---|---|
| 20-3346 | In Re: Royal Alice Properties, LLC *(closed)* |
| 21-999 | James Verret Jr. v. Low Land Construction Co., Inc. |
| 21-1855 | Julie Nevarez v. Dana Coleman et al |
| 21-2282 | Moshe Shargian v. Yoel Shargian et al |
| 21-2373 | Bionca Fleury v. Sodexo, Inc |
| 22-107 | Michael Todd Fontenot et al v. Ocean Harbor Casualty Insurance Company |
| 22-127 c/w | In Re: Diamond B Industries, L.L.C. |
| 22-574 | In Re: Rigid Constructors, LLC |
| 22-981 | Burlington Insurance Company v. Houston Casualty Company |
| 22-1250 | Stephen J. Hebert v. Allstate Insurance Company |
| 22-1279 | Vanissa Prout v. State Farm Fire and Casualty Insurance Company |
| 22-1453 | Swa'Drian Lewis et al v. Susan Hutson et al |
| 22-1771 | U.S. Securities and Exchange Commission v. Hollis P. Day Jr. |
| 22-1852 | QuarterNorth Energy LLC et al v. Supreme Offshore Services, Inc. et al |
| 22-1980 | Dennis Eddings v. JJB, Inc. et al |
| 22-2002 | Michelle Dufrene v. Allstate Insurance Company |
| 22-2115 | Majd Darhammad, et al v. Safepoint Insurance Company |
| 22-2772 | Patrick Fitzmorris, et al v. QBE Specialty Insurance Company |
| 22-3378 | Donald Ray Sater v. Wright National Flood Insurance Company |
| 22-4142 | Matt Frost et al v. Allied Trust Insurance Company |
| 22-5093 | Penemue LLC v. Raylyn Stevens et al |
| 23-319 | Cypress Park Apartments II, LLC v. Interstate Fire & Casualty Company, et al |
| 23-1093 | Charles Armstrong et al v. Aneka Armstrong et al |
| 23-1173 | Gretna City v. Indian Harbor Insurance Company et al |

| | |
|---|---|
| 23-1175 | Gretna City v. HDI Global Specialty SE |
| 23-1176 | Gretna City v. Certain Underwriters at Lloyds, London, Certificate Number AMR-36942-07 |

**IT IS FURTHER ORDERED** that the following Section "T" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 22-147 | USA v. Ashton Causey et al |
| 23-62 | USA v. Tony Brumfield et al |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 19-11680 | SEALED |
| c/w | |
| 19-11682 | SEALED |
| 19-13212 | Husam Odeh v. Tyrone Butler et al |
| 20-1145 | Latiasha Smith Williams v. Louisiana State et al |
| 20-2505 | Sylvia Jones v. Administrators of the Tulane Educational Fund |
| c/w | |
| 20-2518 | John Ellis v. Tulane University |
| 21-491 | Heather Diodene v. Marlin N. Gusman et al |
| 21-852 | Remingtyn A. Williams et al v. Shaun Ferguson et al |
| c/w | |
| 21-1079 | Katharine Archer v. New Orleans City et al |
| 21-2329 | Kelley Bienvenu v. Family Dollar, Inc. et al |
| 22-610 | Felton Adam Robichaux v. Huntington Ingalls Incorporated et al |
| 22-868 | Odeh Irrevocable Living Trust v. Atlantic Casualty Insurance Company |
| 22-1271 | Ashley Hutchinson-Harper Hutchinson-Harper, et al v. Jefferson Parish School Board, et al |
| 22-1365 | Velma Lee Thompson v. Huntington Ingalls Incorporated et al |
| 22-2006 | First Baptist Church of Houma, Louisiana et al v. Westchester Surplus Lines Insurance Company |

| | |
|---|---|
| 22-2298 | Mildred M. Erny, et al v. Allied Trust Insurance Company |
| 22-2347 | First Presbyterian Church in New Orleans v Lloyd's America, Inc. |
| 22-2740 | Surgical Specialty Associates, LLC v. Maxum Indemnity Company |
| 22-3231 | Lisa E. Varnado et al v. Foremost Insurance Company Grand Rapids, Michigan |
| 22-3633 | Desmond Carriere v. State Farm Fire & Casualty Company et al |
| 22-3645 | Elizabeth Williams v. American Security Insurance Company et al |
| 22-3655 | Rashed Mujalli v. Maxum Indemnity Company |
| 22-3866 | Ann Cardwell et al v. Allied Trust Insurance Company |
| 22-4149 | Glenda Johnson v. Maison Insurance Company |
| 22-4244 | Della Carter v. Allstate Vehicle and Property Insurance Company et al |
| 23-457 | WLP Capital Inc v. Dustin Porte et al |
| 23-565 | Robert W. Scheffy Jr. et al v. Joel Lyon, et al |

**IT IS FURTHER ORDERED** that all deadlines remain in place, and no motions to reconsider will be granted unless there has been a change in the law or a material factual or other change since the order was signed.

New Orleans, Louisiana, this 8th day of June 2023.

Nannette Jolivette Brown

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT