**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TERESA LUNDBERG,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-CV-01195-DJP-DPC** |
| **V.** | **JUDGE DARREL PAPILLION** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendant.** | |

**ORDER GRANTING PRO HAC ADMISSION**

IT IS ORDERED that Iwana Rademaekers be and the same is hereby, admitted *pro hac vice* as additional counsel of record for Defendant The Lincoln National Life Insurance Company in the above referenced matter.

Entered this ________ day of _________________________, 2023.

______________________________________
JUDGE