**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TERESA LUNDBERG** **CIVIL ACTION NO.:**

**VERSUS** **2:23-cv-01195-DJP-DPC**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**PLAINTIFF'S ANSWER TO LINCOLN'S COUNTERCLAIM**

**NOW COMES** Plaintiff, **TERESA LUNDBERG**, who responds to the Counterclaim of Defendant, **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**, as follows:

Plaintiff admits that she has received certain amounts in disability payments from the United States Social Security Administration but denies Defendant's allegation that any overpayment was not repaid, as it was repaid in full, and therefore further denies any right or entitlement by Defendant to receive any further reimbursement of any alleged overpayment under contract, constructive trust, equity, unjust enrichment or other alleged legal ground or theory.

Plaintiff further denies all allegations and Defendant's right to any requested relief in its prayer.

**WHEREFORE**, Plaintiff prays that Defendant's counterclaim be dismissed with prejudice.

Respectfully Submitted,

s/J. Price McNamara

**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
price@jpricemcnamara.com
Attorney for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/* J. Price McNamara