**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ORDER**

Judge Darrel James Papillion having recused himself in accordance with 28 U.S.C. § 455,

**IT IS ORDERED** that Civil Action 23-1195, *Teresa Lundberg v. Lincoln National Life Insurance Company*, be **TRANSFERRED BACK** to Section E of this Court.

**IT IS FURTHER ORDERED** that Civil Action 23-1414, *Dennis Daigle, III et al v. Anco Insulations Inc. et al*, be transferred from Section E to Judge Darrel James Papillion, Section P of this Court. This replacement case is transferred for purposes of keeping the transfers to Judge Papillion equally distributed from among the judges of the court.

New Orleans, Louisiana, this 22nd day of June 2023.

Nannette Jolivette Brown

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

**23-1195 transferred back to section E**

**23-1414 transferred to section P**