**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TERESA LUNDBERG,** | **CIVIL ACTION NO.** |
| **Plaintiff** | **2:23-CV-01195-SM-DPC** |
| **V.** | **JUDGE SUSIE MORGAN** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendant** | |

**ORDER**

Considering the foregoing motion to enroll;

**IT IS ORDERED** that the motion is **GRANTED**. Iwana Rademaekers is hereby, admitted *pro hac vice* as additional counsel of record for Defendant The Lincoln National Life Insurance Company in the above referenced matter.

**New Orleans, Louisiana, this 11th day of July, 2023.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**