**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **TERESA LUNDBERG,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-CV-01195-DJP-DPC** |
| **V.** | **JUDGE DARREL PAPILLION** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendant.** | |

**JOINT STIPULATION FOR DISMISSAL OF**
**DEFENDANT'S COUNTERCLAIM WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(c)(1)(ii), the Defendant, as evidenced by the signature of Defendant's counsel below, DISMISSES WITH PREJUDICE its counterclaim against Plaintiff Teresa Lundberg.

Plaintiff agrees that she shall not pursue any costs or attorneys' fees against Lincoln pertaining to Lincoln's counterclaim.

Dated this 22nd day of August 2023.

Respectfully Submitted,

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Matthew R. Slaughter (Bar #37308)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: matthew.slaughter@phelps.com

**COUNSEL FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**AND**

*/s/ J. Price McNamara*
J. Price McNamara (LA Bar Roll No. 20291)
10455 Jefferson Highway, Ste 2B
Baton Rouge, LA 70809
Telephone: (225) 201-8311
Facsimile: (225) 201-8313
Email: price@jpricemcnamara.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2023, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers