**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 9832837 Claim Last Updated 10/07/2022 Printed On 4/27/2023

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | TERESA C LUNDBERG | SSN | | Birth Date | |
| Address | | Salary Amount $ | 2729.06 | Mode | M |
| | | Date of Hire | 03/05/2001 | | |
| | | Last Work Date | 01/07/2020 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Very Heavy | | |

JobDesc EMT-PARAMEDIC - OA - VERY HEAVY

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 02/25/2020 |
| Disability Date | 01/08/2020 | Close Date | 04/07/2022 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 10/22/2034 | RTW FT / PT | |
| Ben Begin Date | 04/07/2020 | Apprv Thru Date | 04/06/2022 | Gross Ben $ | |

Diagnosis 1 Code/Desc G89.4 Chronic pain syndrome

Diagnosis 2 Code/Desc M96.1 Postlaminectomy syndrome, not elsewhere classified

Policyholder Information

Customer ID 09 - LF0211 ACADIAN AMBULANCE SERVICES,INC

Subsidiary 0000

Location GR120000 ASSUMPTION

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2020

Class 01 ALL ELIGIBLE EE'S

Waiting Period: New/Mode-Current/Mode 12 Month 12 Month Days in WRKWK

Elimination Period: Days/Type 90 WC - Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 03/05/2002 |
| GD | 01 | STD | 01 | 03/05/2002 |

Additional Information:



EXHIBIT

2, part 1

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 9711813 Claim Last Updated 01/23/2020 Printed On 4/27/2023

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | TERESA C LUNDBERG | SSN | | Birth Date | |
| Address | | Salary Amount $ | | Mode | W |
| | | Date of Hire | 03/05/2001 | | |
| | | Last Work Date | 01/07/2020 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Very Heavy | | |

JobDesc EMT-PARAMEDIC - OA - VERY HEAVY

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Denied | Status Reason | EE Not Eligible | Received Date | 01/20/2020 |
| Disability Date | 01/08/2020 | Close Date | 01/08/2020 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 04/07/2020 | RTW FT / PT | |
| Ben Begin Date | 02/06/2020 | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc 000 UNKNOWN CONDITION OR PROCEDURE

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 09 - LF0211 ACADIAN AMBULANCE SERVICES,INC

Subsidiary 0000

Location GR120000 ASSUMPTION

Symb GD Numeral 01 Product STD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2020

Class 01 ALL ELIGIBLE EE'S

Waiting Period: New/Mode-Current/Mode 12 Month 12 Month Days in WRKWK 7

Elimination Period: Days/Type 29 WC - Sickness COLA: Mode/Duration

Successive Period: Period/Mode 14 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 03/05/2002 |
| GD | 01 | STD | 01 | 03/05/2002 |

Additional Information:

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 9780661 Claim Last Updated 02/11/2020 Printed On 4/27/2023

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | TERESA C LUNDBERG | SSN | | Birth Date | |
| Address | | Salary Amount $ | | Mode | W |
| | | Date of Hire | 03/05/2001 | | |
| | | Last Work Date | 01/07/2020 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Very Heavy | | |

JobDesc EMT-PARAMEDIC - OA - VERY HEAVY

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Void | Status Reason | Data Entry Error | Received Date | 02/10/2020 |
| Disability Date | 01/08/2020 | Close Date | 01/08/2020 | Reopen Date | |
| Sick Days Left | | Max Ben Date | | RTW FT / PT | |
| Ben Begin Date | | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc M43.26 Fusion of spine, lumbar region

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 09 - LF0211 ACADIAN AMBULANCE SERVICES,INC

Subsidiary 0000

Location GR120000 ASSUMPTION

Symb GD Numeral 01 Product STD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2020

Class 01 ALL ELIGIBLE EE'S

Waiting Period: New/Mode-Current/Mode 12 Month 12 Month Days in WRKWK 7

Elimination Period: Days/Type 29 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 14 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 03/05/2002 |
| GD | 01 | STD | 01 | 03/05/2002 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 9832837 **Accommodation Number**

**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**04/27/2023 9:40 AM - CLAIM Note 121**
Claim/Event/Leave: 9832837
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [04/27/2023 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**04/26/2023 12:01 PM - CLAIM Note 120**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : FILE REQUEST
Text: [04/26/2023 - VISAYSOUK, JOHN]FILE REQUEST RCVD, FILE ALREADY SENT.

**04/25/2023 12:54 PM - CLAIM Note 119**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/25/2023 - LAVOIE, CHANTEL]COPY OF CLAIM FILE SENT TO ATTY SUPPORT@JPRICEMCNAMARA.COM VIA ONEDRIVE

**04/24/2023 1:52 PM - CLAIM Note 118**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : FILE COPY
Text: [04/24/2023 - YOUNKER, KERI]RECD ATTY LTR (J.PRICE MCNAMARA) 4/21/23 REQING FILE COPY, EMAIL TO SUPPORT@JPRICEMCNAMARA.COM

**04/21/2023 8:25 AM - CLAIM Note 117**
Claim/Event/Leave: 9832837
NoteSubject : Social Security
Other Subject : AWARD
Text: [04/21/2023 - LISTON, TAMMY]CLOSED REFERRAL - AWARDED - NO DEPTS

**04/19/2023 8:50 PM - CLAIM Note 116**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO MICHELE MEYER.

**04/19/2023 1:39 PM - OVERPMT Note 4**
Claim/Event/Leave: 9832837
NoteSubject : OP/SS
Other Subject : ** OP CALCULATION
Text: [04/19/2023 - MEYER, MICHELE]THE OVERPAYMENT DUE IS $30,210.00 FOR THE PERIOD OF 06/07/20 THRU 04/06/22. CLAIMANT WAS ORIGINALLY PAID $39,749.74. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $9,539.74. TOTAL OVERPAYMENT BALANCE DUE IS $30,210.00. CLAIMANT OWES $30,210.00 AND VENDOR OWES $0.00 FOR EXCESS FEES. DETAILED OP LETTER SENT TO CLAIMANT ATTORNEY AND OVERPAYMENT INFORMATION EMAILED TO VENDOR. FOLLOW UP SET FOR REPAYMENT.

**04/19/2023 12:36 PM - CLAIM Note 115**
Claim/Event/Leave: 9832837
NoteSubject : Social Security

NoteSubject : Social Security
Other Subject : SS NOA RECEIVED
Text: [04/19/2023 - POISSON, ALICIA]SS VENDOR: IBI DATE OF ENTITLEMENT 07/2020 BENEFIT AMOUNT IS $1425.00 OFFSET IN SYSTEM. NO DEPENDENTS. PLEASE REFER TO AWD OR DOC LIST FOR DETAILED AWARD INFORMATION. OP REFERRAL TO FRS TO CALCULATE POTENTIAL OVERPAYMENT. MAILED MATRIX LETTER.

**04/19/2023 12:10 PM - OVERPMT Note 3**
Claim/Event/Leave: 9832837
NoteSubject : OP/SS
Other Subject : ** OP CALCULATION
Text: [04/19/2023 - MEYER, MICHELE]DATE OF ENTITLEMENT 7/2020. BENEFIT AMOUNT IS $1425.20, COLA 12/2020 $1443.70, COLA 12/2021 $1528.80, COLA 12/2022 $1661.80 . OFFSET IN SYSTEM. TOTAL ATTY FEES TO BE CREDITED ARE $0.00. RETRO PAID WAS $49,256.00 7/2020 THROUGH 3/2023 INCLUDES MEDICARE PREMIUMS . NO DEPENDENTS. SET FOLLOW UP TASK TO COMPLETE CALC. PLEASE REFER TO DOC LIST FOR DETAILED AWARD INFORMATION. EFT WITH INTEGRATED BENEFITS INC.

**04/19/2023 11:10 AM - OVERPMT Note 2**
Claim/Event/Leave: 9832837
NoteSubject : OP/SS
Other Subject : NOA
Text: [04/19/2023 - BEAUREGARD, ROBERT]INFORMATION RECEIVED TODAY FROM THE SOCIAL SECURITY VENDOR, IBI. THE CLAIMANT HAS BEEN AWARDED A SOCIAL SECURITY BENEFIT. THE DOC LIST WILL BE UPDATED WITHIN 5 BUSINESS DAYS OF THE NOTICE OF AWARD RECEIPT AT THE SCANNING FACILITY.

**04/18/2023 8:51 PM - CLAIM Note 114**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: SS APPROVAL LETTER RECEIVED ON CLOSED LTD CLAIM

**04/18/2023 7:35 PM - CLAIM Note 113**
Claim/Event/Leave: 9832837
NoteSubject : Social Security
Other Subject : AWARDED
Text: [04/18/2023 - MAEDER, CORY]SSDB AWARD LETTER RECEIVED, REFERRED TO FRS FOR OP REVIEW

**03/20/2023 12:05 PM - CLAIM Note 112**
Claim/Event/Leave: 9832837
NoteSubject : LTR to Other
Other Subject : ATTORNEY
Text: [03/20/2023 - VISAYSOUK, JOHN]DUP LETTER FROM ATTORNEY RCVD APPEALS HAS RESPONDED, NO ACTION TAKEN

**03/14/2023 12:10 PM - CLAIM Note 111**
Claim/Event/Leave: 9832837
NoteSubject : LTR to Atty
Other Subject : LETTER
Text: [03/14/2023 - VISAYSOUK, JOHN]LETTER FROM ATTORNEY RCVD

**10/19/2022 10:40 AM - CLAIM Note 110**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : FILE COPY
Text: [10/19/2022 - HOFFNER, FAYE]FULL CLAIM FILE REQUEST FOR 9832837- SUBMITTED TO PROVIDED EMAIL SUPPORT@JPRICEMCNAMARA.COM BCC EXAMINER FOR REFERENCE OF SUBMISISON.

**10/07/2022 6:17 PM - CLAIM Note 109**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : UPHOLD
Text: [10/07/2022 - YOUNKER, KERI]EMPLOYEE IS A 54 Y/O PARAMEDIC (HEAVY OA), DOD 1/8/20, BBD 4/7/20, CID 4/6/22, MBD 10/22/34. EE HAD A LOW BACK INJURY AT WORK WITH LEG WEAKNESS WITH AN L3-S1 FUSION 2/19/20. CLAIM PD TO CID AFTER ORTHO PEER. ON APPEAL,EE PROVIDED ADDL INFO AND FILE WAS SENT FOR PM&R PEER. PM&R/PAIN PEER PROVIDED SEDENTARY R&LS AND TSA STATED PRIOR OCCS REMAINED VIABLE. WE SENT RTR LTRS TO EE WHO PROVIDED MORE INFO, ADDENDUMS REMAINED WITH SEDENTARY R&LS WITH NO CHANGES TO THE ALTERNATE OCCS ON TSA. APPEAL UPHOLD -- THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. THE DETERMINATION TO DENY BENEFITS IS BEING MAINTAINED ON APPEAL. UPHOLD LETTER SENT TO EE AND ER.

**10/04/2022 1:02 PM - PHONE Note 33**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : APPEAL
Text: [10/04/2022 - YOUNKER, KERI]EE LM RE STATUS OF APPEAL. LM FOR EE LETTING HER KNOW WE DID RECV THE PEER ADDENDUM AND UPDATED TSA WHICH DID NOT CHANGE THE PRIOR OPINION. WORKING ON UPHOLD AND LTR SHOULD BE

COMPLETE THIS WEEK. CALL IF FURTHER QUESTIONS.

**09/20/2022 8:51 PM - CLAIM Note 108**
Claim/Event/Leave: 9832837
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 9/20/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**09/20/2022 3:40 PM - CLAIM Note 107**
Claim/Event/Leave: 9832837
NoteSubject : Voc Rehab
Other Subject : TSA MEMO
Text: [09/20/2022 - MILLER, JASON]BASED ON THESE UPDATED CAPACITIES, THE PREVIOUSLY-IDENTIFIED OCCUPATIONS REMAIN VIABLE. ALL OCCUPATIONS WERE VERIFIED MANUALLY AND INDIVIDUALLY AGAINST RESTRICTIONS AND LIMITATIONS ABOVE.

**09/16/2022 3:42 PM - CLAIM Note 106**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/16/2022 - DEVLIN, TAMIE]INVOICE RECEIVED FROM VENDOR ECN, INV# BOCA157728, DATED 9/13/22, IN THE AMOUNT OF $200.00, FOR PEER REVIEW: PMR. INVOICE PAID IN FULL.

**09/15/2022 8:50 PM - CLAIM Note 105**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 9/15/2022 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**09/15/2022 2:01 PM - CLAIM Note 104**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : REFERRAL
Text: [09/15/2022 - YOUNKER, KERI]REFERRING FOR UPDATED TSA DUE TO CHANGES IN STANDING AND WALKING

**09/15/2022 2:00 PM - CLAIM Note 103**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : ADDENDUM
Text: [09/15/2022 - YOUNKER, KERI]RECD ECN SOLOMON ROJHANI MD (PM&R/PAIN) ADDENDUM 9/12/22 INDICATING NO, THE NEW INFORMATION PROVIDED FOR REVIEW DOES NOT CHANGE THE PREVIOUS REVIEW OPINION. BASED ON HER PHYSICAL ASSESSMENTS, AND THE LACK OF NEW PATHOLOGIC FINDINGS, AS WELL AS THE ABSENCE OF WORSENING OF THE PRIOR DEGENERATIVE PATHOLOGY OF THE LUMBAR SPINE, THE CLAIMANT CONTINUES TO SUFFER FROM IMPAIRMENTS IN HER CAPABILITIES TO MAINTAIN PROLONGED AMBULATION, STANDING, SITTING, AND REACHING BELOW, AMONG OTHERS, THAT ARE UNCHANGED FROM THE PRIOR ASSESSMENT. ALTHOUGH SHE HAS COMPLAINTS OF NECK PAIN, THERE IS NO SUFFICIENT EVIDENCE SUPPORTING SUBSTANTIAL IMPAIRMENT SECONDARY TO CERVICALGIA SOLELY. THEREFORE, RESTRICTIONS AND LIMITATIONS ARE INDICATED AS FOLLOWS, UNCHANGED COMPARED TO THE PREVIOUS EVALUATION. FOR SITTING/STANDING/WALKING WITHIN THE RESTRICTIONS DESCRIBED BELOW, THE CLAIMANT SHOULD BE ALLOWED TO CHANGE POSITION AS NEEDED FOR COMFORT. SITTING: CONSTANTLY, 1 HOUR AT A TIME, FOR UP TO 6 HOURS TOTAL PER DAY STANDING: OCCASIONALLY, 30 MINUTES AT A TIME, FOR UP TO 2 HOURS TOTAL PER DAY WALKING: OCCASIONALLY, 10 MINUTES AT A TIME, FOR UP TO 1 HOUR TOTAL PER DAY LIFTING: OCCASIONALLY, UP TO 10 LBS. BUE CARRYING: OCCASIONALLY, UP TO 10 LBS. BUE PUSHING: OCCASIONALLY, UP TO 10 LBS. BUE PULLING: OCCASIONALLY, UP TO 10 LBS. BUE CLIMBING STAIRS: OCCASIONALLY BALANCING: OCCASIONALLY STOOPING: OCCASIONALLY KNEELING: UNRESTRICTED CROUCHING: OCCASIONALLY CRAWLING: NEVER REACHING: OCCASIONALLY BELOW WAIST LEVEL; UNRESTRICTED OVERHEAD AND TO DESK LEVEL, BUE USE LOWER EXTREMITIES FOR FOOT CONTROLS: NEVER RLE; UNRESTRICTED LLE FINE MANIPULATION: UNRESTRICTED BUE SIMPLE AND FIRM GRASPING: UNRESTRICTED BUE NO CLIMBING LADDERS NO OPERATING OF HEAVY MACHINERY NO WORKING AT UNPROTECTED HEIGHTS THE ABOVE-RECOMMENDED RESTRICTIONS AND LIMITATIONS ARE INDICATED FROM 04/06/22 AND BEYOND WITH REASSESSMENT ON OR AROUND 04/06/23. THE CLAIMANT S ABILITIES ARE SUSTAINABLE ON A FULL-TIME BASIS OF 8 HOURS PER DAY FOR 40 HOURS A WEEK.

**09/02/2022 5:17 PM - CLAIM Note 102**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : REFERRAL
Text: [09/02/2022 - YOUNKER, KERI]END TOLLING, NEW 90D IS 9/5/22. REFERRED FOR PEER ADDENDUM AND SENT LTR TO EE REQ'ING 30D EXT FOR ADDENDUM (APPEAL DUE 10/5/22).

**09/02/2022 4:32 PM - CLAIM Note 101**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : MCCARTHY
Text: [09/02/2022 - YOUNKER, KERI]REC'D KEVIN MCCARTHY MD OV 7/26/22, 8/25/22 FOR HX OF TLIF L3-S1, S/P SPINAL CORD STIM 6/22/21, THOROACIC RADICULOPATHY, LUMBAR RADICULOPATHY (INCLUDES CT MYELOGRAM RESULTS).

**08/10/2022 5:16 PM - PHONE Note 32**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : APPEAL
Text: [08/10/2022 - YOUNKER, KERI]EE LM STATING SHE SAW DR MCCARTHY ON 6/17 AND FAXED IN THE RECORDS, EVEN CALLED TO VERIFY RECEIPT BUT THIS WAS NOT INCLUDED IN THE MED REVIEW ADDENDUM. LM FOR EE VERIFYING RECEIPT OF THE 6/17/22 OV WHICH WAS FORWARDED FORTHE PEER REVIEW. HOWEVER, IN REVIEWING FILE, THE INFO WAS DONE BACK ON 6/28/22 AND ALTHOUGH WE ALLOWED MORE TIME, THE 6/17/22 OV WAS RECEIVED LATE. UNFORTUNATELY, IT MUST HAVE CROSSED PATHS WITH THE REVIEWER. SINCE WE ARE ALLOWING TIME FOR YOU TOPROVIDE MORE INFO, WE CAN INCLUDE IT IN THE FINAL ADDENDUM FOR THE APPEAL. CALL IF QUESTIONS.

**08/04/2022 6:27 PM - CLAIM Note 100**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : RTR
Text: [08/04/2022 - YOUNKER, KERI]AS EE REQ'D, SENT NEW 21D RTR LTR TO EE WITH RECENT ADDENDUM AND TSA. EE ALSO REQ'D EXT TO ALLOW TIME FOR RECENT TEST RESULTS AND NOV 8/22/22, DUE 9/1/22.

**08/04/2022 5:49 PM - PHONE Note 31**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject : APPEAL
Text: [08/04/2022 - YOUNKER, KERI]PHONE ADDENDUM: EE ASKED IF SHE COULD GET COPY OF THE RECENT ADDENDUM AND TSA THAT WERE COMPLETED TO SHOW THE UPDATED R&L'S. ADVISED I WILL SEND THESE TO HER AND WE WILL ALLOW EXT OF TIME FOR THE TEST RESULTS AND OVS.

**08/04/2022 5:42 PM - PHONE Note 30**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject : APPEAL
Text: [08/04/2022 - YOUNKER, KERI]EE CALLED RE STATUS OF APPEAL AND INFORMED HER I WAS WORKING ON THE FINAL DETERMINATION. SHE SAID SHE HAS MYELOGRAM AND SEES DR MCCARTHY ON 25TH, AND JUST HAD EMG/NCS ON 7/22/22. DR MCCARTHY S PA STATED SHE IS NOT CLEARED TO WORK YET AND THAT IS IN THE NOTES THAT WERE ALREADY SENT. SHE SAID SHE HAS HAD FALLS RECENTLY, DOCUMENTED IN RECORDS. HER W/C CLAIM IS STILL OPEN BUT SHE IS NOT GETTING PAID; SAID IN MARCH 2022, SHE FELL AND NECK STARTED BOTHERING HER, DR MCCARTHY WANTED HER TO CHECK INTO THE NECK BUT W/C DENIED IT SINCE IT WASN T INJURED AT WORK. SHE DOESN T UNDERSTAND WHY HER CLAIM WOULD BE DENIED WHEN SHE CAN T SIT VERY LONG AND SHE IS ON NARCOTICS. DISCUSSED RECORDS MUST SHOW THE SEVERITY OF HER CONDITION THAT WOULD PREVENT HER FROM WORKING IN ANY TYPE OF OCCUPATION INCLUDING SIT-DOWN JOBS WITHIN A RANGE OF HER PREDISABILITY INCOME. SHE SAID NO ONE WOULD HIRE HER IF SHE IS ON NARCOTICS. ADVISED WE REVIEW FOR SIDE EFFECTS FROM THE MEDS NOT SPECIFICALLY THAT SHE IS TAKING MEDICATIONS. SHE SAID THAT SHE IS GETTING NEW TESTS SOON AND WOULD LIKE THEM TO BE INCLUDED IN APPEAL, AS SHE FEELS WITH HER FALLS THAT SHE WOULD NOT BE ABLE TO WORK SINCE 4/6/22. DISCUSSED FINALIZING APPEAL SINCE I WASCURRENTLY WORKING ON HER FILE, BUT SHE WOULD LIKE TO INCLUDE THE UPCOMING TESTS AND VISITS. ADVISED THAT WE WILL HOLD OFF ON HER APPEAL, AND WILL WAIT FOR THE INFO. ALSO ADVISED THIS WILL DELAY THE DECISION OF HER APPEAL, AND WILL NEED TO ALLOW ABOUT 30D AFTER RECEIPT OF THE NEW INFORMATION; SHE UNDERSTOOD.

**08/01/2022 8:51 PM - CLAIM Note 99**
Claim/Event/Leave: 9832837
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 8/1/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**08/01/2022 3:31 PM - CLAIM Note 98**
Claim/Event/Leave: 9832837
NoteSubject : Voc Rehab
Other Subject : TSA MEMO
Text: [08/01/2022 - MILLER, JASON]BASED ON THESE UPDATED CAPACITIES, THE PREVIOUSLY-IDENTIFIED OCCUPATIONS REMAIN VIABLE. ALL OCCUPATIONS WERE VERIFIED MANUALLY AND INDIVIDUALLY AGAINST RESTRICTIONS AND LIMITATIONS ABOVE.

**07/25/2022 11:18 AM - CLAIM Note 97**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/25/2022 - NAI, TIMOTHY]INVOICE DATED 07/20/2022 FROM ECN . INV #BOCA150948 IN THE AMT OF $200.00 FOR PEER REVIEW INVOICE PAID IN FULL.

**07/21/2022 8:51 PM - CLAIM Note 96**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 7/21/2022 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**07/21/2022 7:42 PM - CLAIM Note 95**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : REFERRAL
Text: [07/21/2022 - YOUNKER, KERI]REFERRED FOR UPDATED TSA

**07/21/2022 7:38 PM - CLAIM Note 94**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : ADDENDUM
Text: [07/21/2022 - YOUNKER, KERI]REC'D ECN SOLOMON ROJHANI MD (PM&R/PAIN) ADDENDUM 7/20/22 INDICATING YES, THE NEW INFORMATION CHANGES THE PREVIOUS REVIEW RESULTS. SITTING: CONSTANTLY, AS TOLERATED, FOR UP TO A TOTAL OF 6 HOURS TOTAL PER DAY STANDING: OCCASIONALLY, AS TOLERATED, FOR UP TO A TOTAL OF 2 HOURS TOTAL PER DAY WALKING: OCCASIONALLY, AS TOLERATED, FOR UP TO A TOTAL OF 1 HOUR TOTAL PER DAY LIFTING: OCCASIONALLY, UP TO 10 LBS. BUE CARRYING: OCCASIONALLY, UP TO 10 LBS. BUE PUSHING: OCCASIONALLY, UP TO 10 LBS. BUE PULLING: OCCASIONALLY, UP TO 10 LBS. BUE CLIMBING STAIRS: OCCASIONALLY BALANCING: OCCASIONALLY STOOPING: OCCASIONALLY KNEELING: UNRESTRICTED CROUCHING: OCCASIONALLY CRAWLING: NEVER REACHING: OCCASIONALLY BELOW WAIST LEVEL; UNRESTRICTED OVERHEAD AND TO DESK LEVEL, BUE USE LOWER EXTREMITIES FOR FOOT CONTROLS: NEVER RLE; UNRESTRICTED LLE FINE MANIPULATION: UNRESTRICTED BUE SIMPLE AND FIRM GRASPING: UNRESTRICTED BUE NO CLIMBING LADDERS NOOPERATING OF HEAVY MACHINERY NO WORKING AT UNPROTECTED HEIGHTS THE ABOVE-RECOMMENDED RESTRICTIONS AND LIMITATIONS ARE INDICATED FROM 04/06/2022 AND BEYOND WITH REASSESSMENT ON OR AROUND 01/22/2023. THE CLAIMANT S ABILITIES ARE SUSTAINABLE ON AFULL-TIME BASIS OF 8 HOURS PER DAY FOR 40 HOURS A WEEK.

**07/18/2022 3:02 PM - PHONE Note 29**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject :
Text: [07/18/2022 - CARIGNAN, HEATHER]RECD CALL FROM CLMT STATED PRESSED * AT THE PROMPT AND WAS HUNG UP ON. I APOLOGIZED FOR THAT. SHE WAS CALLING FOR APPEAL SPECIALIST KERI. ASKED IF RECORDS SHE SENT IN WERE RECD. I REVIEWED CLAIM, CONFIRMED RECS RECD 7/13 - 6/17/22 OVN. SHE CONFIRMED THAT IS WHAT WAS SENT. I ADVISED KERI HAS REFERRED FOR A PHYSICIAN REVIEW. ESTIMATE 2-4 WEEKS FOR THAT TO COME BACK, ADVISED SHE WILL BE IN TOUCH RE NEXT STEPS ONCE RECD. I NOTED THE 2-4 WEEKS IS AN ESTIMATE. MAY BE JUST OVER 2 WEEKS, SAID I WILL LET APPEAL SPEC KNOW WE SPOKE AND IF SHE HAS ANY OTHER INFO SHE WILL CALL HER. SHE ACKNOW AND THANKED. WISHED HER WELL, CALL ENDED[07/18/2022 - CARIGNAN, HEATHER]MSG TO K YOUNKER

**07/15/2022 10:29 AM - CLAIM Note 93**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : MCCARTHY
Text: [07/15/2022 - YOUNKER, KERI]REC'D KEVIN MCCARTHY MD OV 6/17/22 FOR S/P SPINAL CORD STIM 6/22/21, HX OF TLIF L3-S1, R LUMBAR RADICULOPATHY WITH WEAKNESS. NO WORK AT THIS TIME. ACTION: FORWARDED FOR PEER.

**07/12/2022 2:45 PM - CLAIM Note 92**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : LTR
Text: [07/12/2022 - YOUNKER, KERI]SENT UPDATED LTR TO EE, NEW 90D IS 8/8/22

**07/12/2022 2:29 PM - CLAIM Note 91**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : REFERRAL
Text: [07/12/2022 - YOUNKER, KERI]NO FURTHER RESPONSE, REFERRING NEW INFO FOR ADDENDUM

**06/28/2022 11:20 AM - CLAIM Note 90**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : MCCARTHY
Text: [06/28/2022 - YOUNKER, KERI]REC'D INFO FROM EE STATING NOV 6/17/22 IS ALSO BEING PROVIDED. OV KEVIN MCCARTHY MD 4/26/22, 5/27/22 FOR HX OF TLIF S/P SPINAL CORD STIM, THORACIC READICULOPATHY, CHRONIC R LEG WEAKNESS; SUBMITTING W/C FOR NECK INJURY DUE TO FALL. ACTION: CONT TOLLING.

**06/07/2022 12:14 PM - CLAIM Note 89**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : 21D
Text: [06/07/2022 - YOUNKER, KERI]SENT 21D RTR LTR TO EE WITH PEER AND TSA, DUE 6/28/22

**06/06/2022 8:51 PM - CLAIM Note 88**
Claim/Event/Leave: 9832837
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 6/6/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**06/06/2022 1:47 PM - CLAIM Note 87**
Claim/Event/Leave: 9832837
NoteSubject : Voc Rehab
Other Subject : TSA MEMO
Text: [06/06/2022 - MILLER, JASON]BASED ON THESE UPDATED CAPACITIES, THE PREVIOUSLY-IDENTIFIED OCCUPATIONS REMAIN VIABLE. ALL OCCUPATIONS WERE VERIFIED MANUALLY AND INDIVIDUALLY AGAINST RESTRICTIONS AND LIMITATIONS ABOVE.

**06/01/2022 12:59 PM - PHONE Note 28**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject : APPEAL
Text: [06/01/2022 - YOUNKER, KERI]EE CALLED STATING SHE REC'D MY LTR, CT MYELOGRAM AND EMG TO BE DONE, MAY NEED SURGERY ON THORACIC AREA FOR 2 HERNIATED DISCS FROM JAN MRI. DON'T HAVE DICTATED NOTES YET FROM 5/27/22. ANYTHING SHE DOES SUCH AS USING BOTHARMS, LIKE WASHING DISHES AND FOLDING CLOTHES, SHE GETS BURNING DOWN HER BACK. DISCUSSED REVIEWING FOR AO, AND ONCE TSA RPT IS COMPLETE, WILL KNOW MORE. IF SUPPORTED FOR AO, WIL SEND BACK TO CLAIMS. IF NOT, WILL SEND COPIES OF MED AND VOC RPT TO HER AND ALLOW HER TIME TO SEND IN ANY MISSING OR ADD'L INFO INCLUDING THE NEW VISITS AND TEST RESULTS THAT SHE WOULD LIKE INCLUDED FOR REVIEW. SHE UNDERSTOOD AND JUST WANTED TO UPDATE ME ON HER SITUATION AND MAKE SURE WE KNEW SHE WAS STILL BE SEEN BYHER DRS.

**05/31/2022 8:50 PM - CLAIM Note 86**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 5/31/2022 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**05/31/2022 1:39 PM - CLAIM Note 85**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/31/2022 - DOW, KAITLYN]INVOICE RECEIVED ON 5/31/2022 AND DATED 5/26/2022 FROM EXAM COORDINATORS NETWORK, LLC. INV #BOCA 143659 , IN THE AMOUNT OF $860.00 FOR PEER REVIEW PERFORMED BY SOLOMON ROJHANI WITH A SPECIALTY IN PM&R. DATE OF SERVICE 5/13/2022. INVOICE PAID IN FULL

**05/31/2022 10:06 AM - CLAIM Note 84**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : REFERRAL
Text: [05/31/2022 - YOUNKER, KERI]REFERRED FOR TSA

**05/31/2022 9:59 AM - CLAIM Note 83**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : PEER
Text: [05/31/2022 - YOUNKER, KERI]REC'D ECN SOLOMON ROJHANI MD (PM&R/PAIN) 5/26/22 INDICATING PRI DX CHRONIC PAIN SYNDROME, POSTLAMINECTOMY SYNDROME, LUMBAR DDD, THORACIC DDD. YES, GIVEN CONSIDERATION TO BOTH THE SUBJECTIVE AND CLINICAL INFORMATION, THEEVIDENCE SUGGESTS THAT THE CLAIMANT SUFFERS FROM A MEDICAL CONDITION OF SUCH SEVERITY AS TO WARRANT THE PLACEMENT OF RESTRICTIONS AND LIMITATIONS ON HER ACTIVITIES FOR THE TIME PERIOD OF 04/06/2022 AND BEYOND. SITTING: CONSTANTLY, AS TOLERATED, FOR UP TO 6 HOURS TOTAL PER DAY STANDING: OCCASIONALLY, AS TOLERATED, FOR UP TO 2 HOURS TOTAL PER DAY WALKING: OCCASIONALLY, AS TOLERATED, FOR UP TO 2 HOURS TOTAL PER DAY LIFTING: OCCASIONALLY, UP TO 10 LBS. BUE CARRYING: OCCASIONALLY, UP TO 10LBS. BUE PUSHING: OCCASIONALLY, UP TO 10 LBS. BUE PULLING: OCCASIONALLY, UP TO 10 LBS. BUE CLIMBING STAIRS: OCCASIONALLY BALANCING: OCCASIONALLY STOOPING: OCCASIONALLY KNEELING: UNRESTRICTED CROUCHING: OCCASIONALLY CRAWLING: NEVERREACHING: OCCASIONALLY BELOW WAIST LEVEL; UNRESTRICTED OVERHEAD AND TO DESK LEVEL, BUE USE LOWER EXTREMITIES FOR FOOT CONTROLS: OCCASIONALLY RLE; UNRESTRICTED LLE FINE MANIPULATION: UNRESTRICTED BUE SIMPLE AND FIRM GRASPING: UNRESTRICTED BUENO CLIMBING LADDERS NO OPERATING OF HEAVY MACHINERY NO WORKING AT UNPROTECTED HEIGHTS THE ABOVE-RECOMMENDED RESTRICTIONS AND LIMITATIONS ARE INDICATED FROM 04/06/2022 AND BEYOND WITH REASSESSMENT ON OR AROUND 01/22/23. THE CLAIMANT HAS A MAXIMAL CAPACITY FOR A SEDENTARY WORK FUNCTION.

**05/12/2022 8:51 PM - CLAIM Note 82**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 5/12/2022 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**05/11/2022 12:01 PM - CLAIM Note 81**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : MCCARTHY
Text: [05/11/2022 - YOUNKER, KERI]REC'D KEVIN MCCARTHY OV 3/29/22 S/P TLIF, S/P SPINAL CORD STIM PLACEMENT, HX OF DISC BULGING, THORACIC RADICULOPATHY. NOTE: PREVIOUSLY REC'D HANDWRITTEN NOTES, BUT FORWARDING FOR PEER

PEER.

**04/21/2022 1:54 PM - CLAIM Note 80**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : REFERRAL
Text: [04/21/2022 - YOUNKER, KERI]END TOLLING, NEW 90D IS 7/4/22. SENT UPDATED LTR TO EE; REFERRED FOR PM&R PEER

**04/21/2022 1:47 PM - PHONE Note 27**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : APPEAL
Text: [04/21/2022 - YOUNKER, KERI]LM FOR EE THAT WE REC'D HANDWRITTEN NOTE FROM DR MCCARTHY BUT NO OTHER INFO. TO AVOID FURTHER DELAY OF APPEAL, WILL SEND FOR MED REVIEW AND ONCE COMPLETED WILL CONTACT YOU, WHICH TAKES ABOUT 2-3 WKS. IF SUPPORTED WILL SEND BACK TO CLAIMS. IF NOT SUPPORTED, WILL SEND EMAIL WITH COPY OF MED REVIEW AND ALLOW TIME FOR ANY ADD'L INFO PRIOR TO FINALIZING. CALL IF QUESTIONS.

**04/21/2022 1:46 PM - CLAIM Note 79**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : MCCARTHY
Text: [04/21/2022 - YOUNKER, KERI]FOUND THAT WE REC'D HANDWRITTEN NOTES 3/29/22 FROM KEVIN MCCARTHY MD, S/P R L2-3 ESI 2/22/22. NO FINALIZED OV REC'D.

**04/08/2022 1:17 PM - PHONE Note 26**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject : APPEAL
Text: [04/08/2022 - YOUNKER, KERI]EE LM AND CALLED STATING SHE HAS THE NOTES FROM HER LOV WITH DR MCCARTHY TO SEND IN. EE STATED SHE HAS LOV FROM ANOTHER INJECTION 2/22 AND MOST RECENTLY 3/29/22. SHE HAS HANDWRITTEN NOTES BUT NOT DICTATED PART AS IT USUALLY TAKES DR ABOUT 2 WKS TO DICTATE. ASKED HER IF SHE WANTS TO INCLUDE THE FINAL DICTATED OFC VISIT; SHE SAID SHE WILL SEND US WHAT SHE HAS, AND WILL REQUEST THE ACTUAL RECORDS AS WELL. THE DR DID RECOMMEND ANOTHER INJECTION. SHE SAID THE LAST ONE DID NOT HELP. SHE IS STILL SEEING DR FOR SAME REASONS, BUT SHE HAS NO INCOME AS W/C IS NOT PAYING HER BUT RATHER JUST COVERING THE MEDICAL COSTS. SHE SAID WE CAN WAIT FOR THE FULL OV NOTE BEFORE BEGINNING REVIEW. DISCUSSED IF DISABILITY SUPPORTED WILL NOTIFY HER AND SEND BACK TO CLAIMS. IF NOT SUPPORTED WILL SEND HER A COPY OF THE MED REVIEW VIA EMAIL AND ALLOW TIME FOR HER AND HER DRS TO REVIEW INFO AND SEND ANY ADD'L INFO PRIOR TO FINALIZING APPEAL.

**04/04/2022 11:16 AM - CLAIM Note 78**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : 15D
Text: [04/04/2022 - YOUNKER, KERI]NO RESPONSE; SENT LTR TO EE ALLOWING 15D, DUE 4/19/22

**03/03/2022 6:03 PM - CLAIM Note 77**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : ACTION PLAN
Text: [03/03/2022 - YOUNKER, KERI]SENT ACK LTRS TO EE AND ER. BEGIN TOLLING 3/2/22.

**03/02/2022 3:28 PM - PHONE Note 25**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject : APPEAL
Text: [03/02/2022 - YOUNKER, KERI]EE CALLED RE APPEAL, DISCUSSED REVIEWING FOR AO BEYOND 4/6/22, NO LONGER LOOKING AT OO. SHE SAID MEDICINE SHE IS ON, DR ADVISED NOT TO DRIVE OR WORK, BUT SHE DOES DRIVE ANYWAYS. ON 2/22/22 SHE HAD AN INJECTION AND SHE HAS A F/U APPT NEXT WEEK, WOULD LIKE TO INCLUDE THIS INFO. WE CAN GIVE HER 30D TO PROVIDE INFO FOR APPEAL. ACTION: BEGIN TOLLING.

**03/02/2022 2:57 PM - PHONE Note 24**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject : UPDATE
Text: [03/02/2022 - VISAYSOUK, JOHN]EE CALLED WANTED AN UPDATE ON CLAIM DCM STATED CURRENTLY IN APPEALS EE REQ APPEAL CONTACT DCM ACKPROVIDED INFO, CC.

**03/01/2022 6:27 PM - CLAIM Note 76**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [03/01/2022 - YOUNKER, KERI]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 01/20/2020. JD ON FILE. AUTH ON FILE. CLAIM DENIED NTDAO, DATE OF DENIAL WAS 12/21/2021. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 06/19/2022. LETTER OF APPEAL RECEIVED 02/14/2022. ACTION PLAN: ADD'L APPEAL ACTION PENDING

FURTHER REVIEW.

**02/17/2022 8:24 AM - CLAIM Note 75**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [02/17/2022 - AVERILL, REBECCA]ASSIGNED TO KERI YOUNKER

**02/16/2022 8:50 PM - CLAIM Note 74**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 2/16/2022 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**02/15/2022 4:27 PM - CLAIM Note 73**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Appeals
Other Subject :
Text: [02/15/2022 - HENNING, ANDRE]MGR REVIEW COMPLETE. AGREE WITH RECOMMENDATION TO REFER TO ARU FOR REVIEW. CLAIM PREVIOUSLY APC THRU CID IN 4/2022 BASED ON OVN RCVD THRU 11/18/21. EE PROVIDED APPEAL WITH OVN AND A NARRATIVE DATED THRU 1/13/22 LIMITING EE TO SEDENTARY WORK. GIVEN NATURE OF APPEAL, DOCS RCVD, AND AP NARRATIVE, THE FILE WOULD LIKELY BENEFIT FROM DETERMINATION OUTSIDE OF FCO. THUS, APPEAL REFERRAL IS APPROPRIATE.

**02/15/2022 12:47 PM - CLAIM Note 72**
Claim/Event/Leave: 9832837
NoteSubject : Appeal
Other Subject : REFER TO ARU
Text: [02/15/2022 - VISAYSOUK, JOHN]APPEAL RECEIVED ALONG WITH OOW NOTES AND MR FROM PROVIDERS, NOTE FROM AP MCCARTHY INDICATES RESTRICTION OF NO BENDING, LIFTING MORE THAN 10-15LBS OR TWISTING, ALONG WITH EE CANNOT STAND OR SIT FOR A LONG PERIOD OF TIME BUT DOES NOT INDICATE WHAT A LONG PERIOD OF TIME IS, DCM UNABLE TO CONFIRM IF EE IS DISABLED FROM AO TO REFER TO M2 FOR REVIEW FOR ARU.

**02/15/2022 10:42 AM - CLAIM Note 71**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : FILE COPY
Text: [02/15/2022 - HOFFNER, FAYE]FULL CLAIM FILE COPY FOR ONLY CLAIM 9832837 AS DISCUSSED WITH EXAMINER: SUBMIT TO CLAIMANTS EMAIL ON FILE COM-ADMIN COMPLETED AND SUBMITTED VIA SECURE ONE DRIVE WITH A BCC TO THE EXAMINER FOR THEIR REFERENCE OF SUBMISSISON.

**02/10/2022 11:50 AM - CLAIM Note 70**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/10/2022 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #715674, IN THE AMOUNT OF $43.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**01/26/2022 4:56 PM - CLAIM Note 69**
Claim/Event/Leave: 9832837
NoteSubject : LTR to EE
Other Subject : INFO RCVD
Text: [01/26/2022 - VISAYSOUK, JOHN]INFO RCVD AFTER DENIAL LETTER

**01/26/2022 4:52 PM - CLAIM Note 68**
Claim/Event/Leave: 9832837
NoteSubject : Medical Status
Other Subject : MCCARTHY
Text: [01/26/2022 - VISAYSOUK, JOHN]OOW NOTE

**12/27/2021 12:55 PM - OVERPMT Note 1**
Claim/Event/Leave: 9832837
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [12/27/2021 - CHAPUT, CHRISTINE]REFERRAL CLOSED. FILE CURRENTLY WITH VENDOR/ATTORNEY (VENDOR). IF AWARDED WILL RE-OPEN REFERRAL AND CALC OVERPAYMENT.

**12/22/2021 10:16 AM - CLAIM Note 67**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [12/22/2021 - CANNEY, SHEILA]REFERRAL RECEIVED AND MANUAL PAYMENT ISSUED FROM12/07/21 THRU 04/06/22 FOR $7,277.84 AS REQUESTED BY CCM SINCE CLAIM IS BEING ADVANCE PAID AND CLOSED. COPY OF CALC WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**12/21/2021 8:51 PM - CLAIM Note 66**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO CHRISTIE CHAPUT.

**12/21/2021 8:51 PM - CLAIM Note 65**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: PLEASE ASSIST WITH SSDI PENDING

**12/21/2021 8:50 PM - CLAIM Note 64**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF ADVANCE PAY AND CLOSE HAS BEEN RECEIVED AND ASSIGNED TO SHEILA CANNEY.

**12/20/2021 8:52 PM - CLAIM Note 63**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR ADVANCE PAY AND CLOSE. COMMENTS: PLEASE APC TO 4/6/2022

**12/20/2021 5:40 PM - PHONE Note 23**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : CLOSURE
Text: [12/20/2021 - VISAYSOUK, JOHN]CALLED EE ABOUT CLOSURE DCM STATED CLAIM WILL BE APPROVED TO 4/6/2022 AND CLOSED, EE ACK DCM STATED WILL BE CROSSING TAX YEARS SINCE PAYMENT IS IN ADVANCED EE WILL GET A CHECK PAYING EE UNTIL 4/6/2022, EE ACK ASKED WHATTO DO IF EE WILL BE OOW BEYOND THAT DATE, DCM STATED WILL NEED TO GET MR TO SUPPORT AO IMPAIRMENT, EE ACK NFQ THANKED, CC.

**12/20/2021 5:29 PM - CLAIM Note 62**
Claim/Event/Leave: 9832837
NoteSubject : Closed
Other Subject :
Text: [12/20/2021 - HENNING, ANDRE]MGR REVIEW COMPLETE. RECOMMENDATION TO CLOSE CLAIM FOR NOT TD AO IS APPROPRIATE GIVEN FINDINGS OF PEER REVIEW, IN CONJUNCTION WITH GAINFUL OCCUPATIONS FOUND. NOT SUPPORTED FOR AO AT THIS TIME.[12/20/2021 - HENNING, ANDRE]CS TO CALL EE TO ADVISE OF APC CROSSING TAX YEARS PRIOR TO APC REFERRAL

**12/20/2021 5:20 PM - CLAIM Note 61**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan
Other Subject : NOT TD AO APR 2022
Text: [12/20/2021 - VISAYSOUK, JOHN]EE IS A 53YOF, JD AS EMT-PARAMEDIC - OA CONFIRMED VERY HEAVY. LDW 1/7/2020 DOD ON 1/8/2020, DX AS CHRONIC PAIN SYNDROME, FAILED BACK SYNDROME, ORTHO PEER REVIEW DATED 12/12/2021 CONFIRM R&L'S SUPPORTED UNTIL 5/1/2022 WHICH DCM REFERRED FOR TSA, CONFIRMED ALT OCCS DCM TO REFER TO M2 FOR REVIEW FOR APC AO.

**12/15/2021 3:19 PM - CLAIM Note 60**
Claim/Event/Leave: 9832837
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [12/15/2021 - ASHWORTH, LORI]THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN THE PHYSICAL ABILITIES AND IDENTIFIED SKILLS LEVEL.

**12/14/2021 8:52 PM - CLAIM Note 59**
Claim/Event/Leave: 9832837
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/14/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**12/13/2021 8:50 PM - CLAIM Note 58**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 12/13/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**12/13/2021 10:51 AM - CLAIM Note 57**
Claim/Event/Leave: 9832837

NoteSubject : Ref to Voc Rehab
Other Subject : TSA
Text: [12/13/2021 - VISAYSOUK, JOHN]REFERRED FOR TSA DUE TO R&L'S NOTED ON PEER REVIEW

**12/13/2021 10:48 AM - CLAIM Note 56**
Claim/Event/Leave: 9832837
NoteSubject : Peer Review
Other Subject : ORTHOPEDIC SURGERY
Text: [12/13/2021 - VISAYSOUK, JOHN]PEER REVIEW - ORTHOPEDIC SURGERY

**11/30/2021 6:24 PM - CLAIM Note 55**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : ORTHO
Text: [11/30/2021 - VISAYSOUK, JOHN]REFERRED FOR FFR WITH ORTHO

**11/30/2021 6:20 PM - PHONE Note 22**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : UPDATE
Text: [11/30/2021 - VISAYSOUK, JOHN]CALLED EE ABOUT MR RCVD AND WILL SEND CLAIM FOR REVIEW FOR CID, EE ACK, DCM STATED WILL F/U ONCE REVIEW COMPLETE FOR CID NFQ THANKED, CC.

**11/30/2021 6:20 PM - CLAIM Note 54**
Claim/Event/Leave: 9832837
NoteSubject : Med Records Rcvd
Other Subject : MCCARTHY
Text: [11/30/2021 - VISAYSOUK, JOHN]OVN 11/18/2021

**11/24/2021 1:29 PM - PHONE Note 21**
Claim/Event/Leave: 9832837
NoteSubject : AP Called
Other Subject : BOSTON SCIENTIFIC
Text: [11/24/2021 - VISAYSOUK, JOHN]GRAYSON COBB CALLED FROM BOSTON SCIENTIFIC STATED IS THE COMPANY THAT MADE SPINAL STIMULATOR BUT MR NEEDED CAN BE REQUESTED FROM DR MCCARTHY

**11/22/2021 12:05 PM - CLAIM Note 53**
Claim/Event/Leave: 9832837
NoteSubject : Medical Status
Other Subject : BOSTON SCIENTIFIC
Text: [11/22/2021 - VISAYSOUK, JOHN]FROM RP - DATE: 11/21/2021 10:27 PM (CT) CONTACT: NOTE: FAX FAILED (FAXAGE): FAX STATUS REQUEST LF WAS NOT SENT TO PHYSICIAN AT (566) 789-5981; NO ANSWER - TOO MANY RETRIES - CHECK FAX

**11/22/2021 12:05 PM - PHONE Note 20**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : NP
Text: [11/22/2021 - VISAYSOUK, JOHN]CALLED EE ABOUT MR RCVD FROM AP MCCARTHY, PENDING INFO FROM BOSTON SCIENTIFIC SINCE LOV DATED 10/7/2021 FROM AP MCCARTHY INDICATES EE IS DOING BETTER WILL NEED ALL INFO FOR AO REVIEW, REQ RTC FOR GOOD CONTACT FOR BOSTONSCIENTIFIC, CC.

**11/12/2021 11:19 AM - CLAIM Note 52**
Claim/Event/Leave: 9832837
NoteSubject : Med Records Rcvd
Other Subject : MCCARTHY
Text: [11/12/2021 - VISAYSOUK, JOHN]OVN 6/8/2021 - 10/7/2021

**11/10/2021 6:44 PM - CLAIM Note 51**
Claim/Event/Leave: 9832837
NoteSubject : Medical Status
Other Subject : FROM RP
Text: [11/10/2021 - VISAYSOUK, JOHN]REQ FAX SENT TO NUMBER 225 768 2456

**11/10/2021 6:44 PM - PHONE Note 19**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject : VM
Text: [11/10/2021 - VISAYSOUK, JOHN]EE CALLED LEFT VM STATED COMPLETED FORMS AND CALLED AP MCCARTHY'S OFFICE AND NEVER RCVD REQUEST, EE STATED FAX 225 768 2456 FOR MR, CC.

**11/05/2021 2:45 PM - CLAIM Note 50**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan

Other Subject : NO SUSPENSION
Text: [11/05/2021 - VISAYSOUK, JOHN]BENEFITS NOT SUSPENDED EE SUBMITTED FORMS AND WAS IMPACTED FROM HURRICANE IDA, DCM TO F/U FOR 60 DAY

**11/05/2021 2:44 PM - CLAIM Note 49**
Claim/Event/Leave: 9832837
NoteSubject : Medical Status
Other Subject : BOSTON SCIENTIFIC
Text: [11/05/2021 - VISAYSOUK, JOHN]FROM RP - DATE: 11/05/2021 10:43 AM (CT) CONTACT: NOTE: LETTER AND AUTHORIZATION MAILED TO PROVIDER

**11/05/2021 2:44 PM - CLAIM Note 48**
Claim/Event/Leave: 9832837
NoteSubject : Medical Status
Other Subject : MCCARTHY
Text: [11/05/2021 - VISAYSOUK, JOHN]FROM RP - DATE: 11/04/2021 2:43 PM (CT) CONTACT: NOTE: LETTER AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED': FAX SUCCESSFUL TO (225) 819-5098 (FAXAGE): CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST.

**11/05/2021 2:42 PM - PHONE Note 18**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : NP
Text: [11/05/2021 - VISAYSOUK, JOHN]CALLED EE ABOUT NP, NO ANSWER LEFT VM ABOUT FORMS RCVD REQ EE F/U WITH PROVIDERS TO SEND MR, CC.

**11/04/2021 2:10 PM - CLAIM Note 47**
Claim/Event/Leave: 9832837
NoteSubject : LTR to AP
Other Subject : FROM RP
Text: [11/04/2021 - VISAYSOUK, JOHN]MR REQ SENT FOR MR DATED 5/29/2021 - PRESENT TO AP MCCARTHY AND BOSTON SCIENTIFIC

**11/04/2021 2:07 PM - CLAIM Note 46**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : FORMS
Text: [11/04/2021 - VISAYSOUK, JOHN]CIF, CSS, AQ, AUTHORIZATION

**10/22/2021 1:54 PM - PHONE Note 17**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : NP
Text: [10/22/2021 - VISAYSOUK, JOHN]CALLED EE ABOUT NP, NO ANSWER LEFT VM FOR RTC REQ EE COMPLETE FORMS AND HAVE MR SUBMITTED, CC.

**09/23/2021 2:43 PM - CLAIM Note 45**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan
Other Subject : NOT TD DEC 2021
Text: [09/23/2021 - VISAYSOUK, JOHN]EE IS A 53YOF, JD AS EMT-PARAMEDIC - OA CONFIRMED VERY HEAVY. LDW 1/7/2020 DOD ON 1/8/2020, DX AS SPINAL STENOSIS LUMBAR REGION, LOV NOTE DATED 5/10/2021 CONFIRM EE TO HAVE A SPINAL STIMULATOR TRIAL DCM TO REQ MR TO SUPPORT OO IMPAIRMENT NP DUE ON 12/6/2021

**09/23/2021 2:40 PM - CLAIM Note 44**
Claim/Event/Leave: 9832837
NoteSubject : LTR to AP
Other Subject : MCCARTHY
Text: [09/23/2021 - VISAYSOUK, JOHN]MR REQ SENT FOR MR DATED 5/29/2021 - PRESENT

**08/24/2021 3:03 PM - PHONE Note 16**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : UPDATE
Text: [08/24/2021 - VISAYSOUK, JOHN]CALLED EE FOR UPDATE, NO ANSWER LEFT VM FOR RTC, CC.

**07/27/2021 9:33 AM - CLAIM Note 43**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/27/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #714454, IN THE AMOUNT OF $37.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**06/25/2021 12:20 PM - CLAIM Note 42**
Claim/Event/Leave: 9832837

Claim/Event/Leave: 9832837
NoteSubject : Social Security
Other Subject : RECONSIDERATION
Text: [06/25/2021 - VISAYSOUK, JOHN]REQUEST FOR RECONSIDERATION USING IBI

**06/21/2021 6:43 PM - CLAIM Note 41**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan
Other Subject : MED REV SEPT 2021
Text: [06/21/2021 - VISAYSOUK, JOHN]EE IS A 53YOF, JD AS EMT-PARAMEDIC - OA CONFIRMED VERY HEAVY. LDW 1/7/2020 DOD ON 1/8/2020, DX AS SPINAL STENOSIS LUMBAR REGION, LOV NOTE DATED 5/10/2021 CONFIRM EE TO HAVE A SPINAL STIMULATOR TRIAL DCM TO ALLOW TIME FORTRIAL AND F/U WITH PROVIDER DCM TO F/U AROUND 8/2021 AND REQ FOR SSDI FILING AT THAT TIME IF NO ANTICIPATED RTW.

**06/14/2021 1:29 PM - CLAIM Note 40**
Claim/Event/Leave: 9832837
NoteSubject : Med Records Rcvd
Other Subject : MCCARTHY
Text: [06/14/2021 - VISAYSOUK, JOHN]OVN 3/10/2021 - 5/28/2021

**05/28/2021 4:24 PM - CLAIM Note 39**
Claim/Event/Leave: 9832837
NoteSubject : Medical Status
Other Subject : SPINE HOSPITAL
Text: [05/28/2021 - VISAYSOUK, JOHN]FROM RP - AS PER ERIN FROM MEDICAL RECORDS THE PATIENT WAS LAST SEEN ON 2/20/2020. THERE IS NO RECORRDS WITHIN THE SCOPE WE ARE REQUESTING.

**05/28/2021 4:21 PM - PHONE Note 15**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject : UPDATE
Text: [05/28/2021 - VISAYSOUK, JOHN]EE CALLED WANTED TO KNOW WHAT IS NEEDED FOR CLAIM DCM STATED MR FROM AP MCCARTHY FROM 1/5/2021 - PRESENT EE ACK STATED IS GOING TO TRY AND WORK WITH IBI FOR SSDI AS WELL, DCM ACK STATED WILL F/U IN A COUPLE WEEKS IF NO INFO RCVD NFQ THANKED, CC.

**05/26/2021 5:48 PM - CLAIM Note 38**
Claim/Event/Leave: 9832837
NoteSubject : Medical Status
Other Subject : TEMPLET
Text: [05/26/2021 - VISAYSOUK, JOHN]FROM RP - PLEASE BE ADVISED THAT THE REQUEST WAS SENT TO THE FACILITY AND WE WERE INFORMED THAT THEY FOUND NO RECORDS FOR THE SCOPE DATE REQUESTED. PATIENT WAS LAST SEEN DATED 06/17/20

**05/21/2021 2:34 PM - CLAIM Note 37**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan
Other Subject : NP CLOSE AUG 2021
Text: [05/21/2021 - VISAYSOUK, JOHN]EE IS A 53YOF, JD AS EMT-PARAMEDIC - OA CONFIRMED VERY HEAVY. LDW 1/7/2020 DOD ON 1/8/2020, DX AS SPINAL STENOSIS LUMBAR REGION, NP DUE ON 8/3/2021, 45 DAY ON 7/4/2021, 30 DAY ON 6/19/2021 DCM TO REQ EE FILE FOR SSDI IFCLAIM EXTENDED

**05/21/2021 2:31 PM - PHONE Note 14**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : NP
Text: [05/21/2021 - VISAYSOUK, JOHN]CALLED EE FOR UPDATE ON TX PLAN AND OOW TIME, NO ANSWER LEFT VM FOR RTC CC.

**04/21/2021 2:43 PM - PHONE Note 13**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : UPDATE
Text: [04/21/2021 - VISAYSOUK, JOHN]CALLED EE FOR UPDATE, NO ANSWER LEFT VM FOR RTC WITH CONTACT INFO ON TX PLAN AND OOW TIME, CC.

**02/26/2021 5:17 PM - CLAIM Note 36**
Claim/Event/Leave: 9832837
NoteSubject : Ref to SS Vendor
Other Subject : VENDOR ACCEPTED
Text: VENDOR TRIAGED FOR SSDI AND HAS ACCEPTED THE REFERRAL. VENDOR IS IN THE PROCESS OF REACHING OUT TO CLAIMANT AND DISCUSSING NEXT STEPS. SET TASK FOR 45 DAYS TO REVIEW SSDI.

**02/10/2021 1:38 PM - CLAIM Note 35**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan

Other Subject : MED REV MAY 2021
Text: [02/10/2021 - VISAYSOUK, JOHN]EE IS A 53YOF, JD AS EMT-PARAMEDIC - OA CONFIRMED VERY HEAVY. LDW 1/7/2020 DOD ON 1/8/2020, DX AS SPINAL STENOSIS LUMBAR REGION, PEER REVIEW DATED 11/2/2020 CONFIRM R&L'S OF LIFTING/CARRYING/PUSHING/PULLING OCCASIONALLYUP TO 20 LBS. OVN DATED 1/4/2021 CONFIRM EE HAVING POTENTIAL FOR SPINAL STIMULATOR DCM TO F/U AROUND 4/2021 FOR UPDATE ON TX PLAN AND OOW TIME, TO DISCUSES SSDI IF NO IMPROVEMENT.

**01/28/2021 12:25 PM - CLAIM Note 34**
Claim/Event/Leave: 9832837
NoteSubject : Med Records Rcvd
Other Subject : MCCARTHY
Text: [01/28/2021 - VISAYSOUK, JOHN]OVN 1/4/2021

**01/04/2021 12:46 PM - PHONE Note 12**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject :
Text: [01/04/2021 - WILLRICH, NICOLE]EE CALLED DUE TO CHECK THE STATUS OF HER PAYMENT. EE STATES IT IS USUALLY THERE ON THE 4TH, BUT IT IS NOT THERE TODAY. REVIEWED CLAIM. I ADVISED CHECK ISSUED 12/31. IF IT IS DIRECT DEPOSIT IT WILL TAKE A COUPLE OF BUSINESS DAYS FOR THE BANK ACCOUNT TO REFLECT THE DEPOSIT. EE STATES WELL IT IS ALWAYS THERE ON THE 4TH. I ADVISED THAT ALL HER OTHER CHECKS HAVE ISSUED ON THE 30-31. DUE TO THE HOLIDAY AND THEN THE WEEKEND, TODAY IS THE FIRST BUSINESS DAY. IT SHOULD REFLECT IN HER ACCOUNT WITHIN THE NEXT COUPLE OF DAYS. EE UNDERSTOOD. THANKED AND ENDED CALL.

**11/09/2020 11:26 AM - CLAIM Note 33**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan
Other Subject : MED REV MAR 2021
Text: [11/09/2020 - VISAYSOUK, JOHN]EE IS A 53YOF, JD AS EMT-PARAMEDIC - OA CONFIRMED VERY HEAVY. LDW 1/7/2020 DOD ON 1/8/2020, DX AS SPINAL STENOSIS LUMBAR REGION, PEER REVIEW DATED 11/2/2020 CONFIRM R&L'S OF LIFTING/CARRYING/PUSHING/PULLING OCCASIONALLYUP TO 20 LBS. BUE DCM TO F/U AROUND 2/2021 FOR UPDATE ON TX PLAN AND OOW TIME IF NEEDED TO REQ UPDATED MR FOR REVIEW AND DISCUSS SSDI IF NO ANTICIPATED RTW.

**11/06/2020 9:57 AM - CLAIM Note 32**
Claim/Event/Leave: 9832837
NoteSubject : Voc Rehab
Other Subject : OA - VERY HVY
Text: [11/06/2020 - HENRY-BYRD, TRISKA]THE EMPLOYER REQUIREMENTS OF THE JOB ARE SIMILAR TO THE NATIONAL REQUIREMENTS OF THE OCCUPATION. THE OCCUPATION IS MOST OFTEN PERFORMED AT A VERY HEAVY PHYSICAL DEMAND LEVEL IN THE NATIONAL ECONOMY PER THE DOT EMT PARAMEDIC, (079.364-026) . I HAVE NOT MET WITH THE EMPLOYEE FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON A REVIEW OF MEDICAL RECORDS AND RESOURCES LISTED ONLY.

**11/05/2020 8:52 PM - CLAIM Note 31**
Claim/Event/Leave: 9832837
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 11/5/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HENRY-BYRD, TRISKA. CLAIM/AS EVENT IS PENDING REVIEW.

**11/04/2020 2:10 PM - CLAIM Note 30**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/04/2020 - DEVLIN, TAMIE]INVOICE RECEIVED FROM VENDOR ECN, INV #BOCA94765, DATED 11/2/2020, IN THE AMOUNT OF $660.00, FOR PEER REVIEW: ORTHO SURGERY. INVOICE PAID IN FULL.

**11/03/2020 8:51 PM - CLAIM Note 29**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 11/3/2020 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**11/03/2020 12:59 PM - CLAIM Note 28**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Voc Rehab
Other Subject : OA
Text: [11/03/2020 - VISAYSOUK, JOHN]CLAIM REFERRED FOR OA

**11/03/2020 12:40 PM - CLAIM Note 27**
Claim/Event/Leave: 9832837
NoteSubject : Peer Review
Other Subject : ORTHO
Text: [11/03/2020 - VISAYSOUK, JOHN]ORTHO PEER REVIEW, SEE IN DOC LIST.

**10/16/2020 8:50 PM - CLAIM Note 26**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/16/2020 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**10/13/2020 3:05 PM - CLAIM Note 25**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : PEER REVIEW
Text: [10/13/2020 - VISAYSOUK, JOHN]CLAIM REFERRED FOR FFR ORTHO

**09/10/2020 4:45 PM - CLAIM Note 24**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan
Other Subject : NP CLOSE OCT 2020
Text: [09/10/2020 - VISAYSOUK, JOHN]EE IS A 52YOF, JD AS EMT-PARAMEDIC. LDW 1/7/2020 DOD ON 1/8/2020, DX SPINAL FUSION PERFORMED ON 2/19/2020, R&LS OF NO BEND, LIFT, TWIST, DRIVING OR PROLONGED SIT/STAND OR WALK. REASONABLE TO GIVE TIME FOR TREATMENT ANDREEVALUATION GIVEN SX PERFORMED, AGE AND JD AS PARAMEDIC, TIME FOR THERAPY AND INJECTIONS REASONABLE TO ALLOW TIME FOR ADD'L F/U IF NO ANTICIPATED RTW AT NOV DCM TO REQ UPDATED MR TO SUPPORT ONGOING IMPAIRMENT, NP DUE ON 10/10/2020 DCM PENDING MR FROMAP MCCARTHY AND WATER THERAPY RECORDS, NO SUSPENSION OF BENEFITS DUE TO MISSING MR. IF NO INFO RCVD BY DUE DATE CURRENT INFO WILL BE SENT FOR REVIEW.

**09/10/2020 4:44 PM - PHONE Note 11**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : NP
Text: [09/10/2020 - VISAYSOUK, JOHN]CALLED EE FOR UPDATE ON WATER THERAPY AND LOV WITH AP MCCARTHY, REQ RTC CC.

**08/26/2020 4:09 PM - PHONE Note 10**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : NP
Text: [08/26/2020 - VISAYSOUK, JOHN]CALLED EE ABOUT MR NEEDED EE STATED SAW AP MCCARTHY LAST MONTH, DCM REQ EE GET MR AND SEND IN SINCE AP MCCARTHY WILL NOT SEND INFO FOR LTD CLAIM, EE ACK STATED IS GOING TO START WATER THERAPY AS WELL WHICH WAS JUST APPROVED HAS NOT HAD FOV YET AND WILL F/U WITH AP MCCARTHY ONCE FINISHED DCM ACK REQ THERAPY CONTACT INFO ONCE EE HAS VISIT SO DCM CAN GET MR, EE ACK DCM STATED ALL INFO DUE ON 10/9/2020 EE ACK, CC.

**08/26/2020 4:06 PM - CLAIM Note 23**
Claim/Event/Leave: 9832837
NoteSubject : LTR to EE
Other Subject : NP
Text: [08/26/2020 - VISAYSOUK, JOHN]DUE ON 10/10/2020

**08/20/2020 12:22 PM - CLAIM Note 22**
Claim/Event/Leave: 9832837
NoteSubject : Med Records Rcvd
Other Subject : DAIGLE HIMEL PT
Text: [08/20/2020 - VISAYSOUK, JOHN]OVN 6/29/2020 - 7/16/2020

**08/04/2020 1:21 PM - PHONE Note 9**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : MED UPDATE - WOP CLA
Text: [08/04/2020 - AGUIRRE, MARIA]WOP CALL - - REACHED EE, DISCUSSED LIFE WOP CLAIM AND REVIEW - EE PROVIDED MED UPDATE. LCE INFORMED WE RECEIVED MEDS FROM DR. MCCARTHY 6/2/20 OVN AND THE 6/30/20 INJECTION. EE ADVISED SHE WAS ALSO DOING PT 2X/WEEK BUT HAD TO STOP BECAUSE IT WAS CAUSING HER PAIN. SHE SAW KIM (WITH DR. MCCARTHY) AGAIN 7/22/2020 AND THEY REFERRED HER TO HAVE ANOTHER MRI, AND HOLD OFF ON THE PT UNTIL MRI WAS COMPLETED. EE SAID MRI NOT YET SCHEDUOLED, WAITING ON APPROVAL. LAST PT VISIT WAS 7/16. - REGARDING ABILITY TO WORK, EE ADVISED SHE IS NOT BEDRIDDEN OR ON WHEELCHAIR, BUT HAS DIFFICULTY WITH SITTING LONG DUE TO BACK. LCE ACKNOWLEDGED. ADVISED LCE WILL REQUEST THE PT RECORDS TO INCLUDE IN REVIEW AND SHARING RECORDS WITH LTD CLAIM .[08/04/2020 - AGUIRRE, MARIA]PT IS AT DAIGLE HIMEL DAIGLE PHYSICAL THERAPY - LOCATED CONTACT INFO ONLINE - BAYOU GARDENS BLVD 125 BAYOU GARDENS BLVD HOUMA, LA 70364 PHONE: (985) 223-4760 FAX: (985) 223-4759

**08/04/2020 11:12 AM - PHONE Note 8**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject :
Text: [08/04/2020 - SOCACIU, ANDREW]EE CLD DCM HAS QUESTIONS ABOUT CLAIM, RQST CLBK. CE. ***************DCM RTC TO EE NO ANSWER, LM, GAVE CONTACT INFO, THNKD, CC

TO EE NO ANSWER, LM, GAVE CONTACT INFO, THNKD, CC.

**07/30/2020 8:37 PM - CLAIM Note 21**
Claim/Event/Leave: 9832837
NoteSubject : Medical Status
Other Subject : MCCARTHY
Text: [07/30/2020 - VISAYSOUK, JOHN]DOES NOT DO LTD ONLY STD

**07/28/2020 7:12 PM - CLAIM Note 20**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan
Other Subject : MED REV AUG 2020
Text: [07/28/2020 - VISAYSOUK, JOHN]EE IS A 52YOF, JD AS EMT-PARAMEDIC. LDW 1/7/2020 DOD ON 1/8/2020, DX SPINAL FUSION PERFORMED ON 2/19/2020, R&LS OF NO BEND, LIFT, TWIST, DRIVING OR PROLONGED SIT/STAND OR WALK. REASONABLE TO GIVE TIME FOR TREATMENT ANDREEVALUATION GIVEN SX PERFORMED, AGE AND JD AS PARAMEDIC, TIME FOR THERAPY AND INJECTIONS REASONABLE TO ALLOW TIME FOR ADD'L F/U IF NO ANTICIPATED RTW AT NOV DCM TO REQ UPDATED MR TO SUPPORT ONGOING IMPAIRMENT, NP DUE ON 10/10/2020, 45 DAY ON 9/10/2020, 30 DAY ON 8/26/2020.

**07/28/2020 7:01 PM - CLAIM Note 19**
Claim/Event/Leave: 9832837
NoteSubject : LTR to AP
Other Subject : MCCARTHY
Text: [07/28/2020 - VISAYSOUK, JOHN]MR REQ FOR R&L FORM SEE IN DOC LIST.

**07/28/2020 6:53 PM - PHONE Note 7**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : NP
Text: [07/28/2020 - VISAYSOUK, JOHN]CALLED EE FOR UPDATE NO ANSWER LEFT VM FOR RTC WITH TX PLAN AND OOW TIME LEFT CONTACT INFO THANKED, CC.

**06/05/2020 6:14 PM - CLAIM Note 18**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan
Other Subject : MED REV AUG 2020
Text: [06/05/2020 - VISAYSOUK, JOHN]EE IS A 52YOF, JD AS EMT-PARAMEDIC. LDW 1/7/2020 DOD ON 1/8/2020, DX SPINAL FUSION PERFORMED ON 2/19/2020, R&LS OF NO BEND, LIFT, TWIST, DRIVING OR PROLONGED SIT/STAND OR WALK. REASONABLE TO GIVE TIME FOR TREATMENT ANDREEVALUATION GIVEN SX PERFORMED, AGE AND JD AS PARAMEDIC, TIME FOR THERAPY AND INJECTIONS REASONABLE TO ALLOW TIME FOR ADD'L F/U IF NO ANTICIPATED RTW AT NOV DCM TO REQ UPDATED MR TO SUPPORT ONGOING IMPAIRMENT.

**06/05/2020 6:10 PM - PHONE Note 6**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : UPDATE
Text: [06/05/2020 - VISAYSOUK, JOHN]CALLED EE WHO STATED WENT TO PROVIDER ON 6/4/2020 MCCARTHY, EE STATED NEEDS TO DO INJECTION AND WILL NEED TO START PHYSICAL THERAPY, DCM ACK STATED WILL F/U WITH EE AROUND NEXT MONTH FOR UPDATE AND WILL NEED MR AT THAT TIME IF NO IMPROVEMENT EE ACK NFQ THANKED, CC.

**06/03/2020 2:22 PM - PHONE Note 5**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : UPDATE
Text: [06/03/2020 - VISAYSOUK, JOHN]CALLED EE FOR UPDATE, BUSY SIGNAL, CC.

**05/27/2020 12:32 PM - CLAIM Note 17**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/27/2020 - DEVLIN, TAMIE]INVOICE #711890-2091 RECEIVED ON 5/5/2020 FROM RELEASEPOINT IN THE AMOUNT OF $193.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL

**05/04/2020 7:23 PM - PHONE Note 4**
Claim/Event/Leave: 9832837
NoteSubject : EE Called
Other Subject : UPDATE
Text: [05/04/2020 - VISAYSOUK, JOHN]EE CALLED WANTED TO KNOW WHEN CHECK WOULD GO OUT DCM STATED TO EXPECT AROUND 5/7/2020 SINCE BBD IS ON 4/7/2020 EE ACK, ASKED IF DD WAS SET UP DCM SAID NO SHOWING INACTIVE SO WILL BE A PAPER CHECK EE ACK, DCM ASKED ABOUTNOV EE STATED ON 6/2/2020 DCM STATED WILL NEED AN UPDATE THEN EE ACK, NFQ THANKED, CC.

**04/14/2020 8:21 PM - CLAIM Note 16**
Claim/Event/Leave: 9832837
NoteSubject : Med Records Rcvd

Other Subject : MCCARTYH
Text: [04/14/2020 - VISAYSOUK, JOHN]OVN 2/13/2020 - 3/20/2020

**04/14/2020 8:35 AM - CLAIM Note 15**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [04/14/2020 - LINCOLN, ERIKA]SET UP SCHEDULED PAYMENT BASED ON EARNING STATEMENT WITH PPE 12/27/19 AND E-MAIL IN DL - $15.7446 HRLY X 80 X 26 /12 = $2729.06 BME.. THE BENEFIT IS 66.67% OR $1,819.46. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THEDOC LIST.

**04/13/2020 7:26 PM - CLAIM Note 14**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : FORMS
Text: [04/13/2020 - VISAYSOUK, JOHN]DD APP, ESTATE INFO

**04/13/2020 7:49 AM - CLAIM Note 13**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : E-MAILED ER
Text: [04/13/2020 - LINCOLN, ERIKA]2ND REQ FOR SALARY VERIFICATION. SAVED E-MAIL TO DOC LIST.

**04/02/2020 12:01 PM - CLAIM Note 12**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : E-MAILED ER
Text: [04/02/2020 - LINCOLN, ERIKA]REQ FOR SALARY VERIFICATION. SAVED E-MAIL TO DOC LIST.

**03/26/2020 11:59 AM - CLAIM Note 11**
Claim/Event/Leave: 9832837
NoteSubject : Med Records Rcvd
Other Subject : TEMPLET
Text: [03/26/2020 - VISAYSOUK, JOHN]OVN 1/23/2020 - 1/26/2020

**03/25/2020 1:33 PM - CLAIM Note 10**
Claim/Event/Leave: 9832837
NoteSubject : Med Records Rcvd
Other Subject : SPINE HOSPITAL
Text: [03/25/2020 - VISAYSOUK, JOHN]OVN 2/18/2020 - 3/23/2020

**03/19/2020 8:50 PM - CLAIM Note 9**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO ERIKA LINCOLN.

**03/18/2020 8:50 PM - CLAIM Note 8**
Claim/Event/Leave: 9832837
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: WC COVERING MEDICAL ONLY NO INCOME REPLACEMENT

**03/18/2020 6:38 PM - PHONE Note 3**
Claim/Event/Leave: 9832837
NoteSubject : Called EE
Other Subject : APPROVAL
Text: [03/18/2020 - VISAYSOUK, JOHN]CALLED EE ABOUT APPROVAL, EE ACK DCM STATED WILL F/U AROUND 5/2020 AND WILL SEND ADD'L FORMS FOR EE, EE ACK NFQ THANKED, CC.

**03/18/2020 3:38 PM - CLAIM Note 7**
Claim/Event/Leave: 9832837
NoteSubject : Approved
Other Subject : MANAGER REVIEW
Text: [03/18/2020 - SANTIBANEZ, ELENA]AGREE WITH RATIONALE TO APPROVE.

**03/18/2020 3:16 PM - CLAIM Note 6**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan
Other Subject : RTW OO JUN 2020
Text: [03/18/2020 - VISAYSOUK, JOHN]LTD CLASS 01 BENS: ALL ELIGIBLE EE'S. AMT BENS: 66.67% BME NOT TO EXCEED MAX MONTHLY BEN OF $11,000 LESS OTHER INCOME BENS AND OTHER INCOME EARNINGS. LTD MAX BENEFIT: LESS THAN AGE 60 AT DOD: GREATER OF SSNRA OR TO AGE 65 (BUT NOT LESS THAN 5 YEARS) = 10/22/2034. OWN OCC: 24 MONTHS. EE

DOH 3/5/2001. EDOC AS 3/5/2002. EWP 12 MONTHS. EE CONTRIBUTION: NO. STD MAX: 4/7/2020. LTD EP= END OF STD OR 90 DAYS. LTD BBD: 4/8/2020. NO OTHER SOURCE OF INCOME WC IS ONLY PAYING FOR MEDICAL TREATMENT NOT INCOME REPLACEMENT ***EE IS A 52YOF, JD AS EMT-PARAMEDIC. LDW 1/7/2020 DOD ON 1/8/2020, DX SPINAL FUSION PERFORMED ON 2/19/2020, R&LS OF NO BEND, LIFT, TWIST, DRIVING OR PROLONGED SIT/STAND OR WALK. REASONABLE TO GIVE TIME FOR TREATMENT AND REEVALUATION GIVEN SX PERFORMED, AGE AND JD AS PARAMEDIC, DCM TO F/U AROUND 5/2020 FOR UPDATE ON TX PLAN AND OOW TIME, IF EE IN PT TO GATHER PT RECORDS AND ANY OTHER PROVIDERS FOR REVIEW DCM TO REFER TO M1 FOR APPROVAL.

**03/12/2020 8:20 PM - CLAIM Note 5**
Claim/Event/Leave: 9832837
NoteSubject : LTR to AP
Other Subject :
Text: [03/12/2020 - VISAYSOUK, JOHN]MR REQ SENT FOR MR DATED 1/1/2020 - PRESENT TO AP TEMPLET, MCARTHY AND SPINE HOSPITAL.

**03/12/2020 8:14 PM - CLAIM Note 4**
Claim/Event/Leave: 9832837
NoteSubject : Other
Other Subject : FORMS
Text: [03/12/2020 - VISAYSOUK, JOHN]WC INFO, TEE, SSRA, RA, FIQ, CSS, CIF, ACB, AQ, TPL, AUTH

**03/09/2020 7:39 PM - CLAIM Note 3**
Claim/Event/Leave: 9832837
NoteSubject : Medical Status
Other Subject : MCCARTHY
Text: [03/09/2020 - VISAYSOUK, JOHN]APS, NO OOW TIMEFRAME NOTED.

**03/02/2020 3:44 PM - PHONE Note 2**
Claim/Event/Leave: 9832837
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [03/02/2020 - VISAYSOUK, JOHN]CALLED EE CONFIRMED NEW ADDRESS AS
CONFIRMED PHONE NUMBER, JD AS PARAMEDIC, EE CONFIRMED SALARY, NO OTHER SOURCE OF INCOME. EE STATED CLAIM IS WORK RELATED WAS INJURY YEARS AGO AND DUE TO WEAR AND TEAR NOW NEEDED BACK SURGERY. EE STATED WC IS NOT PAYING TIME LOST BUT IS PAYING MEDICAL BILLS, EE STATED LDW ON 1/7/2020, DOD ON 1/8/2020 WAS TAKEN OUT OF WORK DUE TO BACK PAIN AND LEG WEAKNESS, EE STATED HAD SURGERY ON 2/19/2020 FUSION FROML3 - S1 EE STATED OOW TIME 9-12 MONTHS, EE STATED MCCARTHY, PHONE NUMBER AS 225 766 0050, EE STATED NO OTHER TREATING PROVIDERS EE STATED NOV ON 3/4/2020. EE STATED STILL ON CONTACT WITH ER, DCM ACK STATED WILL NEED MR TO SUPPORT OOW IMPAIRMENT, WCINFO CONFIRMING NOT PAYING ANY INCOME REPLACEMENT AND LTD FORMS EE ACK DCM EXPLAINED PAYMENTS IN ARREARS, MONTHLY PAYMENTS AND BENEFIT AMOUNT, DCM STATED WILL F/U IF UNABLE TO GET INFORMATION EE ACK, NFQ THANKED, CC.

**02/27/2020 7:06 PM - CLAIM Note 2**
Claim/Event/Leave: 9832837
NoteSubject : Action Plan
Other Subject : NP CLOSE APR 2020
Text: [02/27/2020 - VISAYSOUK, JOHN]LTD CLASS 01 BENS: ALL ELIGIBLE EE'S. AMT BENS: 66.67% BME NOT TO EXCEED MAX MONTHLY BEN OF $11,000 LESS OTHER INCOME BENS AND OTHER INCOME EARNINGS. LTD MAX BENEFIT: LESS THAN AGE 60 AT DOD: GREATER OF SSNRA OR TO AGE 65 (BUT NOT LESS THAN 5 YEARS) = 10/22/2034. OWN OCC: 24 MONTHS. EE DOH 3/5/2001. EDOC AS 3/5/2002. EWP 12 MONTHS. EE CONTRIBUTION: NO. STD MAX: 4/7/2020. LTD EP= END OF STD OR 90 DAYS. LTD BBD: 4/8/2020. POTENTIAL OF WC INCOME ***EE IS A 52YOF, LDW 1/7/2020 DOD ON 1/8/2020, DX UNKNOWN, DCM TO SEND LTD FORMS AND CONTINUE WITH 3 POINT CONTACT AND PLACE EE ON NP. DUE ON 4/11/2020, 21 DAY ON 3/18/2020

**02/27/2020 7:01 PM - CLAIM Note 1**
Claim/Event/Leave: 9832837
NoteSubject : LTR to EE
Other Subject : NP
Text: [02/27/2020 - VISAYSOUK, JOHN]DUE ON 4/11/2020, 21 DAY ON 3/18/2020

**02/27/2020 5:34 PM - PHONE Note 1**
Claim/Event/Leave: 9832837
NoteSubject : Initial EE Interview
Other Subject : 1
Text: [02/27/2020 - VISAYSOUK, JOHN]CALLED EE FOR II NO ANSWER LEFT VM FOR RTC LEFT CONTACT INFO THANKED, CC.

**02/26/2020 8:28 AM - POSSINV Note 1**
Claim/Event/Leave: 9832837
NoteSubject : Prior Claim
Other Subject :
Text: [02/26/2020 - VEGA, NUBIA]PLEASE INVESTIGATE. MANUAL CLAIM CREATED FROM EMAIL OR DOCUMENTS RECEIVED.
[02/26/2020 - VEGA, NUBIA]EE'S ADDRESS DOES NOT MATCH ELIG -- PLEASE VERIFY

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 9711813 **Accommodation Number**

**Note type:**

Primary Sort Order: Note Type / Note Number / (●) Note Date/Time / Accm. No.

Sec

**01/23/2020 5:17 PM - CLAIM Note 5**
Claim/Event/Leave: 9711813
NoteSubject : FMLA
Other Subject : LEAVE NOT COORDINATE
Text: THE DISABILITY CLAIM WAS DENIED. THE LEAVE WAS CONVERTED TO THE LEAVE ONLY PROCESS AND NO LONGER COORDINATES WITH THE DISABILITY CLAIM. REFER QUESTION TO THE LEAVE SERVICES UNIT.

**01/23/2020 1:12 PM - CLAIM Note 4**
Claim/Event/Leave: 9711813
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [01/23/2020 - GONZALES, ORBI]CLAIM REVIEWED BY MGR. AGREE WITH DETERMINATION TO DENY CLAIM

**01/23/2020 1:07 PM - CLAIM Note 3**
Claim/Event/Leave: 9711813
NoteSubject : Denied
Other Subject :
Text: [01/23/2020 - CRAWFORD, TROY]BASED ON CUSTOMER ELIGIBILITY REQUIREMENTS, DCM RECOMMENDS THAT CLAIM BE DENIED FOR NOT ELIGIBLE. SENT TO M1 FOR REVIEW.

**01/21/2020 7:40 PM - CLAIM Note 2**
Claim/Event/Leave: 9711813
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 01/08/2020 AND THE LEAVE END DATE IS 01/23/2020.

**01/21/2020 11:57 AM - CLAIM Note 1**
Claim/Event/Leave: 9711813
NoteSubject : Initial Entry
Other Subject :
Text: [01/21/2020 - STIRLING, AMY]PLEASE VERIFY DOD -- ENTERED DEFAULT DATE

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 9780661 **Accommodation Number**

**Note type:**

Primary Sort Order: Note Type / Note Number / (•) Note Date/Time / Accm. No.

Sec

**02/14/2020 6:42 PM - CLAIM Note 3**
Claim/Event/Leave: 9780661
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 01/08/2020 AND THE LEAVE END DATE IS 03/07/2020.

**02/11/2020 11:15 AM - CLAIM Note 2**
Claim/Event/Leave: 9780661
NoteSubject : VOID
Other Subject :
Text: [02/11/2020 - LEFEBVRE, KIMBERLY]STD BENEFITS ARE TERMINATED. NO STD BENEFITS ASSIGNED AND CLAIM VOIDED PER LOADING INSTRUCTIONS. CLEARED ALL TASKS

**02/10/2020 2:03 PM - CLAIM Note 1**
Claim/Event/Leave: 9780661
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: EE REPORTED CLAIM. DX- BACK SURGERY. COMPLICATIONS OF PAIN AND LEG WEAKNESS, RLS OF UNABLE TO WORK. EE BEING TREATED BY DR. MCCARTHY OFFICE 225-766-0050 .

**Vocational Memorandum**

**From:** Jason E. Miller, Ed.M., CRC, ABVE/F **Date:** 09/20/22

**To:** Keri Younker

**Claim#:** 9832837
**Claimant:** Teresa Lundberg
**Date of Birth:**
**Date of Disability:** 01/08/20

**Vocational Assessment:**

VCM received this file for a TSA update to one previously performed by Lori Ashworth on 12/15/21. I also completed Vocational Memoranda on 06/06/22 and 08/01/22. Please see Ms. Ashworth's report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages.

**Examples of Occupations identified based on national economy labor market and insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Economy Monthly Wage |
|---|---|---|---|
| 203.582-054 | Data Entry Clerk | S | $2870 |
| 237.367-038 | Receptionist | S | $2593 |
| 237.367-010 | Appointment Clerk | S | $2593 |
| 241.367-014 | Customer Complaint Clerk | S | $2987 |

**Wage Information is based on median 2020 Bureau of Labor Statistical Data*

The following education, training, and work experience was noted:

**Education & Training:**
Education: High School graduate; Licensed paramedic; computer skills include word processing, spreadsheets, email, internet, photo software,

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 079.364-026 | Paramedic | 6 | 19 | V |
| 201.362-014 | Medical Records Clerk | 6 | 3 | S |

I have been asked to utilize restrictions and limitations from a peer review addendum completed by Solomon Rojhani, MD (Physiatry/Pain) on 09/12/22. They include:

> "For sitting/standing/walking within the restrictions described below, the claimant should be allowed to change position as needed for comfort.
> Sitting: Constantly, 1 hour at a time, for up to 6 hours total per day
> Standing: Occasionally, 30 minutes at a time, for up to 2 hours total per day
> Walking: Occasionally, 10 minutes at a time, for up to 1 hour total per day

Lifting: Occasionally, up to 10 lbs. BUE
Carrying: Occasionally, up to 10 lbs. BUE
Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Unrestricted
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally below waist level; Unrestricted overhead and to desk level, BUE
Use lower extremities for foot controls: Never RLE; Unrestricted LLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
No climbing ladders
No operating of heavy machinery
No working at unprotected heights"

Based on these updated capacities, the previously-identified occupations remain viable. All occupations were verified manually and individually against restrictions and limitations above.

This information will be provided to the ARC. This memorandum will serve in lieu of a formal written report given no change from the prior review.

Jason E. Miller, Ed.M., CRC, ABVE/F
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Vocational Consultant II
Workplace Solutions
Lincoln Financial Group

# Solomon Rojhani, MD
***Board-Certified in Physical Medicine & Rehabilitation***
***Pain Medicine***

CLAIMANT NAME: Lundberg, Teresa
EXAMINER: Solomon Rojhani, MD
ECN #: 160021-2
CLAIM #: 9832837
DATE OF LOSS: 1/8/2020
DATE OF SERVICE: 09/12/2022

## ADDENDUM

This is an addendum to the prior peer review regarding Lundberg, Teresa. I have been asked to review additional medical records, to itemize and summarize them and to respond to the addendum questions below.

**ADDENDUM RECORDS REVIEW:**

06/17/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, reporting the persistence of pain in the lower back with radiation into the bilateral buttocks and right lower extremity giving out, which resulted in another fall recently. It is noted that she has been receiving epidural steroid injections to T11 to T12 and L2 -L3. On examination, she is uncomfortable with findings of the strength of ⅘ in the right lower extremities, with a positive straight leg raise on the right side.

06/17/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant has a work status report indicating that she is unable to return to work.

07/26/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant had an EMG/NCV study which revealed findings of peripheral neuropathy, wherein it is noted that she has low back pain which is worse on the left than right side. She reports some improvement following the reprogramming of her spinal cord stimulator. On examination, she has findings of the strength of ⅘ in the right lower extremity and a positive straight leg raise on the right side.

08/22/22, Richard W Foster, MD / Radiology: The claimant has a CT scan of the thoracic spine which reveals degenerative disc disease associated with spondylosis and facet changes, as well as protrusions/extrusions confined to the level of disc space with cord compromise at multiple levels. The claimant also has a thoracic myelogram which reveals findings consistent with spondylosis and bulging change at multiple levels with no definite extrusion.

08/25/22, Richard W Foster, MD / Radiology: The claimant has a CT myelogram that shows the prior decompression and fusion at L3-S1, with no disc extrusions. However, there is foraminal narrowing at L4-S, with degenerative disc disease, spondylosis, and

facet change, in addition to extrusion centrally to the right thecal sac causing compromise at L2-3.

08/25/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up reporting persistent left more than right lower back pain with radiation into the right lower extremity that has not been relieved with spinal cord stimulation, medications, and epidural steroid injections. She also reports that she has left more than right neck pain. It is noted that she is unable to stoop, kneel or get up. CT scan of the thoracic and lumbar spine showed thoracic spondylosis and disc protrusion at multiple levels, as well as foraminal narrowing at the L4-L5 and L-S1 bilaterally, which is associated with degenerative disc disease with spondylosis, facet change and thickening of the ligamentum flavum. There is a compromise of the right thecal sac at L2-3

**ADDENDUM QUESTIONS:**

1. **Please review the additional information received and advise if this new information would change your previous review results.**

No, the new information provided for review does not change the previous review opinion.

2. **Please provide any updated restrictions or limitations for Ms. Lundberg to include max hours per day and days per week.**

N/A, the R&LS listed below for full time work capacity remain the same: please see response to Question #3 below.

**3. If you agree or do not agree with the attending physician, please provide your rationale**

The claimant was seen on 06/17/22 by Kevin P. McCarthy, MD with reports of the persistence of the pain in the lower back radiating into the right lower extremity, causing a weakness of 4/5 that had resulted in a recent fall. On examination, she also had a positive straight leg raise test on the right side suggestive of lumbar radiculopathy. In the interim, these symptoms and findings persisted as noted on 07/26/22. It was also noted, however, that she had findings of peripheral neuropathy in her EMG/NCV study. She had imaging of the thoracic and lumbar spine on 08/22/22 and 08/25/22 respectively which revealed degenerative disc disease and spondylosis, with neural foraminal narrowing in the lumbar spine. There was no evidence of substantial nerve compression consistent with radiculopathy. On her latest visit with Kevin P. McCarthy, MD on 08/25/22, she still had pain in the lower back radiating into the right lower extremity, with weakness and a positive straight leg raise on the right side. She also had reports of left more than right neck pain; however, there were no findings of an impaired range of motion in the cervical spine, or radiologic evidence of significant degenerative pathologies noted in the records.

The information provided reveals that the claimant continues to suffer from pain in the lower back with radicular symptoms to the right lower extremity, as well as weakness and a positive straight leg raise test. Her imaging of the lumbar spine shows no evidence of nerve impingement or high-grade spinal canal stenosis; however, her EMG study is suggestive of underlying peripheral neuropathy. Based on her physical assessments, and the lack of new pathologic findings, as well as the absence of worsening of the prior degenerative pathology of the lumbar spine, the claimant continues to suffer from impairments in her capabilities to maintain prolonged ambulation, standing, sitting, and reaching below, among others, that are unchanged from the prior assessment. Although she has complaints of neck pain, there is no sufficient evidence supporting substantial impairment secondary to cervicalgia solely. Therefore, restrictions and limitations are indicated as follows, unchanged compared to the previous evaluation.

<u>For sitting/standing/walking within the restrictions described below, the claimant should be allowed to change position as needed for comfort</u>.
Sitting: Constantly, 1 hour at a time, for up to 6 hours total per day
Standing: Occasionally, 30 minutes at a time, for up to 2 hours total per day
Walking: Occasionally, 10 minutes at a time, for up to 1 hour total per day
Lifting: Occasionally, up to 10 lbs. BUE
Carrying: Occasionally, up to 10 lbs. BUE
Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Unrestricted
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally below waist level; Unrestricted overhead and to desk level, BUE
Use lower extremities for foot controls: Never RLE; Unrestricted LLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
No climbing ladders
No operating of heavy machinery
No working at unprotected heights

The above-recommended restrictions and limitations are indicated from 04/06/22 and beyond with reassessment on or around 04/06/23. The claimant's abilities are sustainable on a full-time basis of 8 hours per day for 40 hours a week.

Solomon Rojhani, M.D.
Physical Medicine & Rehabilitation
Interventional Pain & Spine Medicine
Medical License A145712

**From:**Monashkin, Wendy <Wendy.Monashkin@genexservices.com>
**Sent:**Tue, 13 Sep 2022 14:14:36 +0000
**To:**VendorReferrals
**Subject:**T. Lundberg Claim #9832837
**Attachments:**Addendum_8563483BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi,
Attached is the Addendum and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.
Thanks for the referral,

**Wendy Monashkin**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 877-643-9463
**F**: 561-392-5881
**Access our portal at: View My Cases**

urac
ACCREDITED
Independent
Medical
Examinations
Expires 04/01/2024

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 157728** **Date** **9/13/2022**

***Bill To:***

**Keri Younker**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

| | |
|---|---|
| **Claim #** | 9832837 |
| **Date of Loss:** | 1/8/2020 |
| **ECN #** | 160021-4 |
| **Account #** | |

**Claimant** Teresa Lundberg

| | | |
|---|---|---|
| 9/6/2022 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Solomon Rojhani, MD<br>Specialty: Physical Medicine and Rehabilitation | $200.00 |
| | **SubTotal** | $200.00 |
| | **Final Invoice Total** | $200.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, September 2, 2022 5:15:44 PM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Acadian Ambulance Services,inc Claim No. 9832837 Teresa Lundberg |
| Attachments: | 7opgvdp9qetzxko8smcq_13493113.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 2, 2022

MS TERESA C LUNDBERG

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services, Inc
Claim #: 9832837

Dear Ms. Lundberg:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services Inc's Group Disability Policy. We are writing in reference to your claim appeal for LTD benefits under the Policy.

On September 1, 2022, we received the remaining additional information from Dr. McCarthy. We understand this is the final information you intend to submit for our consideration of your LTD appeal.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical peer review addendum.

We anticipate a response from the reviewing Board Certified Physician no later than September 23, 2022. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated March 2, 2022, you were advised that since our appeal review was suspended for you to submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

We are approaching our deadline for deciding your appeal under the Employee Retirement Income Security Act (ERISA), and we feel that it would be in your best interest to agree to an additional 30-days extension.

If you disagree with this additional extension, please contact me immediately. We will then make a decision based upon the information currently within the administrative claim file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Younker
Claim Resolution Specialist
Phone No.: (800) 423-2765 Ext. 7987
Secure Fax No.: (603) 422-7909

BONE & JOINT
CLINIC OF BATON ROUGE

*Board Certified Orthopedic Surgeons*

7301 Hennessy Boulevard, Suite 200 Baton Rouge, Louisiana 70808
P.O. Box 98035 Baton Rouge, Louisiana 70898-9035
**Telephone (225) 766-0050 FAX (225) 768-2456**
www.bjcbr.com

**Orthopedic Surgeons:**
Gerard L. Murtagh, M.D.
Arthur E. Hess, M.D.
Matthew J. Mazoch, M.D.
M. Tyson Garon, M.D.
Julie Neumann, M.D.
David M. Pope, M.D.
Joseph E. Broyles, M.D.
**Kevin P. McCarthy, M.D.**
Alan C. Schroeder, M.D.
C. Chambliss Harrod, M.D.
Michael A. Frierson, M.D.

**Podiatric Surgeons:**
O. Christian Hall, D.P.M.
Patrick Hall, D.P.M.

**Physical Medicine:**
Christopher Belleau M.D.
Matthew Neumann, M.D.

Date 9-1-2022

Name Teresa Lundberg DOB__________

Office Notes and CT scans
fax: 603-422-7909
Attn: Keri Younker

[signature]
Kevin McCarthy, MD

DX : __________

**08/25/2022** **TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: The patient presents today for evaluation. Since her last office visit, she underwent myelograms of her CT thoracic and CT lumbar. She unfortunately is having low back pain at the waist, left greater than the right. She gets left side lateral and posterior leg symptoms. Her right leg she gets into the groin as well as down the posterior leg into her mid-calf. She does have thoracic pain where she describes along her bra area to the left, especially with activity. She does mention upon review of our records previously, there was documentation that her neck pain is on her left side, unfortunately in previous documentation, it was on the right. However, it has been ongoing on the left, not the right as mentioned in previous records. She has tried spinal cord stim, medications, ESIs. She cannot kneel or stoop and cannot get up. She has tried topical Flexeril cream, Voltaren gel and Lidocaine patches, Norco, Neurontin, Robaxin and Flexeril.
**PHYSICAL EXAMINATION**: I have a 54-year-old female. Appears age, normal mood. Appears uncomfortable on today's examination.
Lumbar exam: Quadriceps, TA, EHL 4/5. Remaining muscle groups right and left 5/5. Positive straight leg raise on the right.
**RADIOGRAPHS**: CT thoracic and lumbar myelogram was reviewed from Spine Hospital showing T2-T3 spondylosis. T4-T5 spondylosis, protrusion centrally to the right minimally flattening the cord. T5-56 spondylosis, protrusion extrusion confined to the level of the disc space. T6-T7 central extrusion, cephalad migration and prominent to the left, flattening of the cord centrally to the left hemicord. T7-T8 neurostimulator end noted with protrusion extrusion confined to the level of disc space slightly more prominent to the left. T8-T9 protrusion extrusion to the level of the disc space centrally to the right and flattening of the right hemicord, cord does not appear displaced nor compressed. T10-T11 spondylosis with protrusion extrusion confined to the level of disc space on the left with minimal flattening of the left hemicord, cord not displaced or compression. T11-T12 extrusion with cephalad migration to the left, then caudal migration to the right that flattens the cord.
CT of the lumbar myelogram shows posterior decompression and fusion at L3 to S1. No recurrent disc extrusion. Some foraminal narrowing at both L4-L5, L5-S1. Degenerative disc disease with associated spondylosis, facet change and thickening of the ligamentum flavum. Appears to be extrusion centrally to the right thecal sac compromise L2-L3 with extrusion with cephalad migration T11-12.
**IMPRESSION**:
1. History of TLIF L3 to S1
2. Status post spinal cord stim 6/22/21
3. Thoracic radiculopathy
4. Lumbar radiculopathy

**RECOMMENDATIONS/PLAN**: We need copies of EMG nerve conduction study from NeuroMed, we still do not have copies of these results. Norco was prescribed to the patient x3, one to be filled on 9/2, second one on 9/14, and third one on 9/26. Options include extension of



7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 08/25/2022
Location: Baton Rouge Office

TLIF with posterior spinal fusion T11 to S1 with SPO. Also, the spinal cord stim rep, Gracen, to reprogram. We will need full length x-rays at follow up. We will follow up the patient back in four weeks. She cannot return to work at this time.

Physician Assistant Signature: Kimberly Bergeron, PA-C

I was personally involved in this patient's care on this visit. I took the patient's history, reviewed any radiographs, performed a clinical physical examination, made the diagnosis and prescribed the treatment plan per the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

KB/aew

_3435070_1_KStorm;KMcCarthy_08252022_KMcCarthy
dt: 9/1/2022

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: July 26, 2022

Location: Baton Rouge

**HISTORY OF PRESENT ILLNESS**: She returns to clinic today for follow-up. The patient had an EMG/nerve conduction study. The patient's myelogram was just approved. She is complaining of low back pain bilateral worse on the left side with radiation into the right leg. She reported at the previous visit, she had her spinal cord stimulator reprogrammed which was helpful to some degree. She uses hydrocodone, Neurontin, Robaxin, and Flexeril. Pain scale is 6/10.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 54 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam shows 4/5 right lower extremity strength globally, 5/5 on the left. Positive straight leg raise on the right.

**INTERVAL STUDIES**: On review of EMG/nerve conduction study reveals peripheral neuropathy.

**IMPRESSION**:
(1) History L3-S1 TLIF.
(2) History of spinal cord stimulator implant.
(3) Peripheral neuropathy per EMG.
(4) Lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: I would like to obtain a thoracic and lumbar myelogram. Medication refills were dispensed including hydrocodone and Neurontin. The patient was also given oral medications today from the office including Flexeril, Robaxin, Mobic, and Prilosec. This patient has been prescribed and given in office a combination of Diclofenac Sodium 3% gel, Zylotrol patch which is 4% Lidocaine and 1% Menthol, and Cyclobenzaprine cream 2%. The combination of these topicals have been prescribed in lieu of narcotics in an effort to wean the patient from current narcotic use and to get the patient back to return to work at light duty capacity as soon as possible. Return to see us after the myelogram is complete and we can discuss additional treatment options at that time. Her PMP was checked 7-26-22 and found to be appropriate.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 8-10-22
*3435070*

THE SPINE CENTER BR
BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Intelerad Medical Systems
895 de la Gauchetiere W., Suite 400
Montreal, Quebec, Canada H3B 4G1
T 514 931 6222 F 514 931 4653
www.intelerad.com

| | | | |
|---|---|---|---|
| **Patient Name:** | LUNDBERG, TERESA | **Accession Number:** | 3627395 |
| **Patient ID:** | 247001804 | **Requested Date:** | August 22, 2022 14:51 |
| **Gender:** | Female | **Report Status:** | Final |
| **Date of Birth:** | | **Requested Procedure:** | 1 |
| **Home Phone:** | | **Procedure Description:** | CT THORACIC MYELOGRAM |
| **Referring Physician:** | Mccarthy, Dr. Kevin | **Modality:** | CT |
| **Organization:** | TNMC | | |

## Findings

| | |
|---|---|
| **Reporting MD:** | , 20220822110303 |
| **Dictation Time:** | |
| **Transcriptionist:** | Not available |
| **Transcription Date:** | |

Facility:
**FACILITY:**
The Spine Hospital of Louisiana at the NeuroMedical Center
10105 Park Rowe Circle
Baton Rouge, LA 70810
(All CT's performed at this facility use Toshiba's SUREStart automated exposure control for dose reduction)

Patient: TERESA LUNDBERG
Acct: 247001804
Date of Birth:
Accession#: 3627395
Study Date: 8/22/2022 2:51 PM
Ordering Physician: Dr. Kevin Mccarthy

Examination: CT Thoracic Spine post myelography

Diagnosis code: M54.5

History: Previous lumbosacral fusion; low back pain extending cephalad into the mid back; bilateral lower extremity pain greater on the right

Comparison: Preceding lumbar myelogram

Patient gives history no previous CT scan or cardiac nuclear medicine study within the past 12 months

Technique: Helical 3 mm thick sections were obtained in the axial plane from C5-6 through lower aspect L2. No gantry angulation was utilized. Study was performed following Omnipaque myelography. From the axial raw data, sagittal and coronal reformations were generated. Soft tissue and bone windows were utilized for interpretation.

Radiation dose:
CTDvol: 38.50 mGy
DLP: 1568.80 mGy-cm

Findings: There was good opacification of the thoracic subarachnoid space. Neurostimulator leads enter the canal at T8-9. Tips positioned dorsally at the upper aspect of T7. Visualized portions of the leads appear intact and continuous without kinking.

Coronal reformations: Patient positioned slightly cephalad to the right and caudally to the left. Minimal upper thoracic curvature to the right. Small Schmorl's nodes present. Vertebral body heights maintained. Some degenerative change seen with lateral osteophytes/syndesmophytes. Pedicles appear intact. Facet change present. No paravertebral soft tissue masses.

Sagittal reformations: Thoracic vertebral bodies are well aligned. No significant spondylolisthesis. Schmorl's nodes present. Vertebral body heights maintained. Spondylosis and facet changes are present throughout. Superimposed extrusions with cephalad migration present more prominent centrally and to the left at T6-7 and T11-12. Protrusion/extrusion confined to the level of the disc space more prominent to the right at T8-9. Less prominent protrusion/extrusions confined to the level of the disc space at T7-8 greater than T5-6 and T10-11. Cord appears abutted and flattened

Intelerad Medical Systems
895 de la Gauchetiere W., Suite 400
Montreal, Quebec, Canada H3B 4G1
T 514 931 6222 F 514 931 4653
www.intelerad.com

ventrally by disc osteophyte complexes most marked T6-7, T8-9, and T11-12. Some narrowing the canal at the above-mentioned levels. No significant foraminal narrowing.

Axial sequences: At T2-3 spondylosis. Minimal protrusion centrally. No cord compromise. Canal foramina patent. Mild facet change present.

At T4-5 spondylosis. Protrusion centrally to the right minimally flattens the cord. No findings of extrusion. Cord not displaced or compressed. Canal foramina patent. Mild facet change present.

At T5-6 spondylosis. Protrusion/extrusion confined the level of disc space centrally slightly to the right hemicord. Cord not displaced nor compressed. Canal and foramina patent. Mild facet change present.

At T6-7 bilateral central extrusion with cephalad migration more prominent to the left. Flattening of the cord centrally in the left hemicord. Cord does not appear displaced nor compressed. Canal and foramina patent. Mild facet change present.

At T7-8 neurostimulator leads dorsally and slightly to the right. Spondylosis. Protrusion/extrusion confined to the level of disc space slightly more prominent to the left with flattening of the cord. Cord not displaced. Canal foramina patent. Mild facet change present.

At T8-9 spondylosis. Protrusion/extrusion confined the level of disc space centrally and to the right flattens the right hemicord. Cord does not appear displaced nor compressed. Canal foramina patent. Facet change present.

At T10-11 spondylosis with protrusion/extrusion confined the level of disc space on the left with minimal flattening the left hemicord. Cord not displaced or compressed. Some foraminal narrowing on the left due to spondylosis and facet change.

At T11-12, extrusion with cephalad migration to the left greater than caudal migration to the right flattens the cord. Cord not displaced or compressed. Canal foramina patent. Facet change present.

Remaining levels show mild spondylosis and facet change. No other evidence cord compromise. No findings of intrinsic cord lesion. Canal and foramina appear patent.

Impression: Degenerative disc disease associated spondylosis, and facet change. Protrusion/extrusions confined the level of disc space with cord compromise at multiple levels as described. Please see above comments.

Electronically Signed By: Richard W Foster, MD on 8/22/2022 11:03 AM

Intelerad Medical Systems
895 de la Gauchetiere W., Suite 400
Montreal, Quebec, Canada H3B 4G1
T 514 931 6222 F 514 931 4653
www.intelerad.com

| | | | |
|---|---|---|---|
| **Patient Name:** | LUNDBERG, TERESA | **Accession Number:** | 3627391 |
| **Patient ID:** | 247001804 | **Requested Date:** | August 22, 2022 06:00 |
| **Gender:** | Female | **Report Status:** | Final |
| **Date of Birth:** | | **Requested Procedure:** | 1 |
| **Home Phone:** | | **Procedure Description:** | RF THORACIC MYELOGRAM |
| **Referring Physician:** | Mccarthy, Dr. Kevin | **Modality:** | RF |
| **Organization:** | TNMC | | |

## Findings

| | |
|---|---|
| **Reporting MD:** | , 20220822102532 |
| **Dictation Time:** | |
| **Transcriptionist:** | Not available |
| **Transcription Date:** | |

Facility:
FACILITY:
The Spine Hospital of Louisiana at the NeuroMedical Center
10105 Park Rowe Circle
Baton Rouge, LA 70810
(All CT's performed at this facility use Toshiba's SUREStart automated exposure control for dose reduction)

Patient: TERESA LUNDBERG
Acct: 247001804
Date of Birth:
Accession#: 3627391
Study Date: 8/22/2022 6:00 AM
Ordering Physician: Dr. Kevin Mccarthy

Examination: Thoracic Myelogram

Diagnosis code: M54.6

History: Previous lumbar fusion; low back pain radiating cephalad into the mid back; bilateral lower extremity pain greater on the right

Comparison: None available

Procedure: After obtaining informed consent, the patient was placed on the fluoroscopy table in the prone position with right side slightly elevated. The back was prepped and draped in the usual sterile fashion. Utilizing fluoroscopy, an entry point into the lumbar subarachnoid space in the shallow right posterior oblique approach at L2-3 was localized. The skin and subcutaneous tissues were anesthetized with 1% buffered Xylocaine. Utilizing fluoroscopy, a 25 gauge spinal needle was advanced into the lumbar subarachnoid space under fluoroscopic control. Upon removal of the stylette, clear, colorless cerebral spinal fluid was encountered. At this point approximately 12.5 cc of Omnipaque with an iodine concentration of 240 milligrams per milliliter were injected into the patient's subarachnoid space under fluoroscopic control. The column of contrast was carried into the thoracic region under fluoroscopic control where examination was completed with multiple spot films and overheads. The patient tolerated the procedure well and left the fluoroscopy suite for follow-up CT in stable and satisfactory condition.

Fluoroscopy: 1.8 minutes

Radiation dose: 91.667 mGy

Findings: There was fair opacification of the thoracic subarachnoid space. Neurostimulator leads enter the canal at T8-9 with the tips positioned dorsally at the upper aspect of T7. Visualized leads appear intact and continuous without kinking. Thoracic vertebral bodies appear well aligned in the frontal and lateral projections. Ventral impressions present on the thecal sac T7-8, T8-9, and T11-12 felt to represent bulge/protrusion change. No definite evidence of disc extrusion identified. A follow-up CT scan to be performed.

Impression: Findings felt to represent spondylosis with bulge/protrusion change at multiple levels. No definite findings of extrusion. A follow-up CT scan to be performed.

Intelerad Medical Systems
895 de la Gauchetiere W., Suite 400
Montreal, Quebec, Canada H3B 4G1
T 514 931 6222 F 514 931 4653
www.intelerad.com

Electronically Signed By: Richard W Foster, MD on 8/22/2022 10:25 AM

Intelerad Medical Systems
895 de la Gauchetiere W., Suite 400
Montreal, Quebec, Canada H3B 4G1
T 514 931 6222 F 514 931 4653
www.intelerad.com

| | | | |
|---|---|---|---|
| **Patient Name:** | LUNDBERG, TERESA | **Accession Number:** | 3647975 |
| **Patient ID:** | 247001804 | **Requested Date:** | August 25, 2022 06:45 |
| **Gender:** | Female | **Report Status:** | Final |
| **Date of Birth:** | | **Requested Procedure:** | 1 |
| **Home Phone:** | | **Procedure Description:** | CT LUMBAR MYELOGRAM |
| **Referring Physician:** | Mccarthy, Dr. Kevin | **Modality:** | CT |
| **Organization:** | TNMC | | |

## Findings

| | |
|---|---|
| **Reporting MD:** | , 20220825101438 |
| **Dictation Time:** | |
| **Transcriptionist:** | Not available |
| **Transcription Date:** | |

Facility:
**FACILITY:**
The Spine Hospital of Louisiana at the NeuroMedical Center
10105 Park Rowe Circle
Baton Rouge, LA 70810
(All CT's performed at this facility use Toshiba's SUREStart automated exposure control for dose reduction)

Patient: TERESA LUNDBERG
Acct: 247001804
Date of Birth: 10/23/1967
Accession#: 3647975
Study Date: 8/25/2022 6:45 AM
Ordering Physician: Dr. Kevin Mccarthy

Examination: CT Lumbar Spine post myelography

Diagnosis code: M54.5

History: Previous lumbar fusion and neurostimulator; low back pain radiating to mid back; bilateral lower extremity pain greater on the right

Comparison: Preceding lumbar myelogram

Patient gives history one previous CT scan or cardiac nuclear medicine study within the past 12 months

Technique: Helical 3 mm thick sections were obtained in the axial plane from the inferior aspect T11 through the upper aspect of S2. No gantry angulation was utilized. Study was performed following Omnipaque myelography. From the axial raw data, sagittal and coronal reformations were generated. Additionally, axial images parallel to L5-S1 were generated. Soft tissue and bone windows were utilized for interpretation.

Radiation dose:
CTDvol: 47.60 mGy
DLP: 1284.30 mGy-cm

Findings: There was good opacification of the lumbar subarachnoid space. Bilateral posterior screw and bar stabilization L3-S1. Broad posterior decompressions. Interbody plugs present L4-5 and L3-4. Devices appear intact and in good position. No obvious hardware complication.

Coronal reformations: Curvature of the lumbar spine to the patient's left. Postsurgical and post fusion changes as previously noted. Schmorl's nodes present. Vertebral body heights maintained. Pedicles appear intact. Facet change present. Lateral impression on the thecal sac on the right at L2-3.

Sagittal reformations: Postsurgical and post fusion changes as previously noted. Anterior offset L3 and L4 relative to L2 greater than L5. Ventral impression on thecal sac felt to represent spondylosis and bulge/protrusion change at L2-3. Similar findings more prominent to the right at L2-3. Extrusion with slight cephalad migration felt present. Some associated thickening of ligamenta flava at L2-3. Some narrowing the canal the AP plane. Extrusion with cephalad migration at T11-12. No other findings of extrusion. Facet change present throughout.

Axial sequences:

Intelerad Medical Systems
895 de la Gauchetiere W., Suite 400
Montreal, Quebec, Canada H3B 4G1
T 514 931 6222 F 514 931 4653
www.intelerad.com

T11-12: Spondylosis with concentric bulge. Extrusion centrally to the right and with cephalad migration to the left. Flattening the cord. Foramina patent. Canal patent. Facet change bilaterally.

T12-L1: Minimal spondylosis with concentric bulge. No protrusion or extrusion. Canal foramina patent. Mild facet change present.

L1-2: Spondylosis with concentric bulge. Minimal posterocentral and bilateral posterolateral protrusion. No extrusion. Foramina patent. Minimal narrowing the canal due to spondylosis, disc pathology, and facet change along with minimal thickening of ligamenta flava.

L2-3: Spondylosis with concentric bulge. Posterocentral and bilateral posterolateral protrusion. Extrusion to the right with slight cephalad migration. Ventral lateral impressions on the thecal sac on the right. Some intrathecal compromise of the exiting right L3 root felt present. Foramina appear patent. Narrowing the canal due to spondylosis, disc pathology, facet change, and thickening of ligamenta flava.

L3-4: Bilateral posterior screw and bar stabilization. Interbody plug. Broad posterior decompression. Spondylosis. No findings of extrusion. Foramina patent.

L4-5: Bilateral posterior screw and bar stabilization. Interbody plug. Broad posterior decompression. Spondylosis. No findings of extrusion. Some minimal bilateral foraminal narrowing.

L5-S1: Broad posterior decompression. Bilateral posterior screw and bar stabilization. Some foraminal narrowing on the left due to spondylosis and facet change.

Impression: Posterior decompression and fusion L3-S1. No recurrent disc extrusions. Some foraminal narrowing at both L4-5 and L5-S1.

Degenerative disc disease associated spondylosis, facet change, thickening of ligamenta flava. Appears to be extrusion centrally to the right thecal sac compromise at L2-3. Extrusion with cephalad migration at T11-12. No other findings of extrusion. Please see above comments.

Electronically Signed By: Richard W Foster, MD on 8/25/2022 10:14 AM

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, August 5, 2022 2:54:10 AM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Acadian Ambulance Services,inc Claim No. 9832837 Teresa Lundberg |
| Attachments: | ocrk13yerazbohdyg9hi_13291005.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-0119

August 4, 2022

MS TERESA C LUNDBERG

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services, Inc
Claim #: 9832837

Dear Ms. Lundberg:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Acadian Ambulance Services Inc's Group Disability Policy. We are writing regarding your claim appeal for LTD benefits under the Policy.

We are in the process of reviewing your appeal of our final denial determination regarding the above-referenced claim. However, during our phone call today, you stated you would like to include recent and ongoing test results and an office visit with Dr. McCarthy this month. We will allow the time requested.

In addition, you requested a copy of the recent medical and vocational reports that were completed on your appeal. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on the new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the most recent medical peer review addendum and an updated Transferrable Skills Analysis, which is new or additional evidence in connection with your appeal. You may review the medical and vocational reports, and provide any additional medical information or a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 30 days of the date of this letter or September 1, 2022, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal within 30 days. If your response is not received by September 1, 2022, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

In addition, we are approaching our deadline for deciding your appeal under the Employee Retirement Income Security Act (ERISA), and we feel that it would be in your best interest to agree to an additional 30-days extension upon receipt of the information.

If you disagree with this additional extension, please contact me immediately. We will then make a decision based upon the information currently within the administrative claim file.

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications. Any additional information may be expedited via fax 603-422-7909 or email disabilitydocuments@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Younker
Claim Resolution Specialist
Phone No.: (800) 423-2765 Ext. 7987
Secure Fax No.: (603) 334-0401

Attachments: 9832837-MEDICAL-CP/PEER REVIEW-07.20.2022
9832837-VOC-TRANSFERRABLE SKILLS ASSESSMENT-08.01.2022

# Solomon Rojhani, MD

***Board-Certified in Physical Medicine & Rehabilitation***
***Pain Medicine***


CLAIMANT NAME: Lundberg, Teresa
EXAMINER: Solomon Rojhani, MD
ECN #: 160021-3
CLAIM #: 9832837
DATE OF LOSS: 01/08/2020
DATE OF PEER: 05/26/2022
ADDENDUM: 07/20/2022

## Addendum

This is an addendum to the peer review regarding Lundberg, Teresa. The claimant is a 54-year-old female with a medical history significant for chronic pain syndrome, and postlaminectomy syndrome. I have been asked to review additional medical records, to itemize/summarize them and to respond to the questions below.

**Addendum Records Review:**

04/26/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of a recent fall due to her right leg giving out. She currently reports pain in her midback, right side of her neck, and lower back with shooting character. She notes good and bad days. On examination, it is noted that she moves all extremities without difficulties, and there are findings of a decreased range of motion in the cervical spine as well as a weakness of 3-⅘ in the tibialis anterior, external hallucis longus, and ⅘ strength in the gastrocnemius in the right lower extremity

05/27/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports that she has had no changes in her pain despite epidural steroid injection. On examination, she still has findings of the weakness of a 3-⅘ in the tibialis anterior, and ⅘ strength in the gastrocnemius in the right lower extremity.

05/29/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow up reporting no significant relief. It is noted that she has mid-back pain and burning right lower extremity pain with a pain score of 7/10. On examination, she has findings of the strength of ⅘ in the right quadriceps and iliopsoas with a positive straight leg raise test on the right and positive antalgic gait.

**Addendum Questions:**

1. **Please review the additional information received and advise if this new information would change your previous review results.**

Yes, the new information changes the previous review results.

The information reveals that she was seen by Kevin P. McCarthy, MD, from 04/26/22 to 05/29/22, with reports of persistent pain in the lower back radiating into the right lower extremity and associated with a burning sensation. She also had persistent findings of right lower extremity weakness, which was noted to significantly involve the muscles of the feet, causing weakness and giving out of the right foot that was reported to have resulted in a fall. Her symptoms remained unimproved despite lumbar epidural steroid injections and therapy.

The findings presented reveal that the claimant suffers from persistent pain in the lower back with radiation and burning to the right lower extremity. Her weakness of the right lower extremity persists, and based on the records reviewed, this has resulted in a fall, due to a significantly antalgic gait. The claimant's condition remains consistent with the post-laminectomy syndrome of the lumbar spine with associated weakness of the right lower extremity. However, with the development of a significant fall resulting in trauma from her antalgia, I believe the claimant requires more stringent restrictions with regard to the level of ambulation that she is capable of tolerating. Although she is noted to have decreased range of motion in the neck following her fall, this is not noted on subsequent records, and with the lack of radiologic findings showing significant acute or chronic pathologies, this is most likely a strain related to her fall(s).

**2. Please provide any restrictions or limitations for Ms. Lundberg to include max hours per day and days per week.**

Sitting: Constantly, as tolerated, for up to a total of 6 hours total per day
Standing: Occasionally, as tolerated, for up to a total of 2 hours total per day
Walking: Occasionally, as tolerated, for up to a total of 1 hour total per day
Lifting: Occasionally, up to 10 lbs. BUE
Carrying: Occasionally, up to 10 lbs. BUE
Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Unrestricted
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally below waist level; Unrestricted overhead and to desk level, BUE
Use lower extremities for foot controls: Never RLE; Unrestricted LLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating of heavy machinery
No working at unprotected heights

The above-recommended restrictions and limitations are indicated from 04/06/2022 and beyond with reassessment on or around 01/22/2023.

The claimant's abilities are sustainable on a full-time basis of 8 hours per day for 40 hours a week.

Sincerely,

Solomon Rojhani, M.D.
Physical Medicine & Rehabilitation
Interventional Pain & Spine Medicine
Medical License A145712

**Vocational Memorandum**

**From:** Jason E. Miller, Ed.M., CRC, ABVE/F **Date:** 08/01/22

**To:** Keri Younker

**Claim#:** 9832837
**Claimant:** Teresa Lundberg
**Date of Birth:**
**Date of Disability:** 01/08/20

**Vocational Assessment:**

VCM received this file for a TSA update to one previously performed by Lori Ashworth on 12/15/21. I also completed a Vocational Memorandum on 06/06/22. Please see Ms. Ashworth's report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages.

Examples of Occupations identified based on national economy labor market and insured's ability profile analysis:

| DOT Code | Occupation | Strength | National Economy Monthly Wage |
|---|---|---|---|
| 203.582-054 | Data Entry Clerk | S | $2870 |
| 237.367-038 | Receptionist | S | $2593 |
| 237.367-010 | Appointment Clerk | S | $2593 |
| 241.367-014 | Customer Complaint Clerk | S | $2987 |

*Wage information is based on median 2020 Bureau of Labor Statistical Data

The following education, training, and work experience was noted:

Education & Training:
Education: High School graduate; Licensed paramedic; computer skills include word processing, spreadsheets, email, internet, photo software.

Last 15 years of Work History:

Work History:

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 079.364-026 | Paramedic | 6 | 19 | V |
| 201.362-014 | Medical Records Clerk | 6 | 3 | S |

I have been asked to utilize restrictions and limitations from a peer review addendum completed by Solomon Rojhani, MD (Physiatry/Pain) on 07/20/22. They include:

"Sitting: Constantly, as tolerated, for up to a total of 6 hours total per day
Standing: Occasionally, as tolerated, for up to a total of 2 hours total per day
Walking: Occasionally, as tolerated, for up to a total of 1 hour total per day
Lifting: Occasionally, up to 10 lbs. BUE
Carrying: Occasionally, up to 10 lbs. BUE

Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Unrestricted
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally below waist level; Unrestricted overhead and to desk level, BUE
Use lower extremities for foot controls: Never RLE; Unrestricted LLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating of heavy machinery
No working at unprotected heights"

Based on these updated capacities, the previously-identified occupations remain viable. All occupations were verified manually and individually against restrictions and limitations above.

This information will be provided to the ARC. This memorandum will serve in lieu of a formal written report given no change from the prior review.

Jason E. Miller, Ed.M., CRC, ABVE/F
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Vocational Consultant II
Workplace Solutions
Lincoln Financial Group

**Vocational Memorandum**

**From:** Jason E. Miller, Ed.M., CRC, ABVE/F **Date:** 08/01/22

**To:** Keri Younker

**Claim#:** 9832837
**Claimant:** Teresa Lundberg
**Date of Birth:**
**Date of Disability:** 01/08/20

**Vocational Assessment:**

VCM received this file for a TSA update to one previously performed by Lori Ashworth on 12/15/21. I also completed a Vocational Memorandum on 06/06/22. Please see Ms. Ashworth's report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages.

**Examples of Occupations identified based on national economy labor market and insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Economy Monthly Wage |
|---|---|---|---|
| 203.582-054 | Data Entry Clerk | S | $2870 |
| 237.367-038 | Receptionist | S | $2593 |
| 237.367-010 | Appointment Clerk | S | $2593 |
| 241.367-014 | Customer Complaint Clerk | S | $2987 |

**Wage Information is based on median 2020 Bureau of Labor Statistical Data*

The following education, training, and work experience was noted:

**Education & Training:**
Education: High School graduate; Licensed paramedic; computer skills include word processing, spreadsheets, email, internet, photo software,

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 079.364-026 | Paramedic | 6 | 19 | V |
| 201.362-014 | Medical Records Clerk | 6 | 3 | S |

I have been asked to utilize restrictions and limitations from a peer review addendum completed by Solomon Rojhani, MD (Physiatry/Pain) on 07/20/22. They include:

> "Sitting: Constantly, as tolerated, for up to a total of 6 hours total per day
> Standing: Occasionally, as tolerated, for up to a total of 2 hours total per day
> Walking: Occasionally, as tolerated, for up to a total of 1 hour total per day
> Lifting: Occasionally, up to 10 lbs. BUE
> Carrying: Occasionally, up to 10 lbs. BUE

Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Unrestricted
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally below waist level; Unrestricted overhead and to desk level, BUE
Use lower extremities for foot controls: Never RLE; Unrestricted LLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating of heavy machinery
No working at unprotected heights"

Based on these updated capacities, the previously-identified occupations remain viable. All occupations were verified manually and individually against restrictions and limitations above.

This information will be provided to the ARC. This memorandum will serve in lieu of a formal written report given no change from the prior review.

Jason E. Miller, Ed.M., CRC, ABVE/F
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Vocational Consultant II
Workplace Solutions
Lincoln Financial Group

**Solomon Rojhani, MD**
*Board-Certified in Physical Medicine & Rehabilitation*
*Pain Medicine*

CLAIMANT NAME: Lundberg, Teresa
EXAMINER: Solomon Rojhani, MD
ECN #: 160021-3
CLAIM #: 9832837
DATE OF LOSS: 01/08/2020
DATE OF PEER: 05/26/2022
ADDENDUM: 07/20/2022

## Addendum

This is an addendum to the peer review regarding Lundberg, Teresa. The claimant is a 54-year-old female with a medical history significant for chronic pain syndrome, and postlaminectomy syndrome. I have been asked to review additional medical records, to itemize/summarize them and to respond to the questions below.

**Addendum Records Review:**

04/26/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of a recent fall due to her right leg giving out. She currently reports pain in her midback, right side of her neck, and lower back with shooting character. She notes good and bad days. On examination, it is noted that she moves all extremities without difficulties, and there are findings of a decreased range of motion in the cervical spine as well as a weakness of 3-⅘ in the tibialis anterior, external hallucis longus, and ⅘ strength in the gastrocnemius in the right lower extremity

05/27/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports that she has had no changes in her pain despite epidural steroid injection. On examination, she still has findings of the weakness of a 3-⅘ in the tibialis anterior, and ⅘ strength in the gastrocnemius in the right lower extremity.

05/29/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow up reporting no significant relief. It is noted that she has mid-back pain and burning right lower extremity pain with a pain score of 7/10. On examination, she has findings of the strength of ⅘ in the right quadriceps and iliopsoas with a positive straight leg raise test on the right and positive antalgic gait.

**Addendum Questions:**

1. **Please review the additional information received and advise if this new information would change your previous review results.**

Yes, the new information changes the previous review results.

The information reveals that she was seen by Kevin P. McCarthy, MD, from 04/26/22 to 05/29/22, with reports of persistent pain in the lower back radiating into the right lower extremity and associated with a burning sensation. She also had persistent findings of right lower extremity weakness, which was noted to significantly involve the muscles of the feet, causing weakness and giving out of the right foot that was reported to have resulted in a fall. Her symptoms remained unimproved despite lumbar epidural steroid injections and therapy.

The findings presented reveal that the claimant suffers from persistent pain in the lower back with radiation and burning to the right lower extremity. Her weakness of the right lower extremity persists, and based on the records reviewed, this has resulted in a fall, due to a significantly antalgic gait. The claimant's condition remains consistent with the post-laminectomy syndrome of the lumbar spine with associated weakness of the right lower extremity. However, with the development of a significant fall resulting in trauma from her antalgia, I believe the claimant requires more stringent restrictions with regard to the level of ambulation that she is capable of tolerating. Although she is noted to have decreased range of motion in the neck following her fall, this is not noted on subsequent records, and with the lack of radiologic findings showing significant acute or chronic pathologies, this is most likely a strain related to her fall(s).

2. **Please provide any restrictions or limitations for Ms. Lundberg to include max hours per day and days per week.**

Sitting: Constantly, as tolerated, for up to a total of 6 hours total per day
Standing: Occasionally, as tolerated, for up to a total of 2 hours total per day
Walking: Occasionally, as tolerated, for up to a total of 1 hour total per day
Lifting: Occasionally, up to 10 lbs. BUE
Carrying: Occasionally, up to 10 lbs. BUE
Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Unrestricted
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally below waist level; Unrestricted overhead and to desk level, BUE
Use lower extremities for foot controls: Never RLE; Unrestricted LLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating of heavy machinery
No working at unprotected heights

The above-recommended restrictions and limitations are indicated from 04/06/2022 and beyond with reassessment on or around 01/22/2023.

The claimant's abilities are sustainable on a full-time basis of 8 hours per day for 40 hours a week.

Sincerely,

Solomon Rojhani, M.D.
Physical Medicine & Rehabilitation
Interventional Pain & Spine Medicine
Medical License A145712

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Wed, 20 Jul 2022 15:32:10 +0000
**To:**VendorReferrals
**Subject:**T. Lundberg Claim #9832837
**Attachments:**Addendum_8214157BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached are the Addendum and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Sara Staley**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 855-648-9248 #3
**F**: 561-392-5881
**Access our portal at: View My Cases**

urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 150948**

**Date** **7/20/2022**

***Bill To:***

**Keri Younker**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 9832837
**Date of Loss:** 1/8/2020
**ECN #** 160021-3
**Account #**

**Claimant** Teresa Lundberg

| | | |
|---|---|---|
| 7/13/2022 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Solomon Rojhani, MD<br>Specialty: Physical Medicine and Rehabilitation | $200.00 |
| | **SubTotal** | $200.00 |
| | **Final Invoice Total** | $200.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terrebonne Parish
LIBRARY

# FAX COVER SHEET

**Recipient:**

To: Keri Younker

Fax Number: (603)422-7909

**SENDER:**

From: Teresa Lundberg

Phone: ______________________

Total # of Pages: 3 (including cover sheet)

Date: 7-13-22

**MESSAGE:**

Office visit from 6-17-22 notes from Kevin McCarthy's office was sent to me instead of them faxing to you.



Thanks
Teresa Lundberg

NORTH BRANCH LIBRARY
4130 West Park Ave. – Gray, LA 70359
Phone: 985-868-3050 **Fax: 985-868-3051**

*VISIT YOUR LOCAL LIBRARY! READ EVERYDAY!*

PAGE 1/3 * RCVD AT 7/13/2022 12:10:34 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/2 * DNIS:6034227909 * CSID: * ANI:19858683051 * DURATION (mm-ss):01-02

Patient Name: Teresa Lundberg Date: 06/17/2022
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

06/17/2022 TERESA LUNDBERG

**HISTORY OF PRESENT ILLNESS**: The patient presents today for evaluation. At last office visit we recommended physical therapy, meds and a CT myelogram. Unfortunately this has not been approved yet. She has been doing physical therapy at Hertz when she does it. Unfortunately she is having ongoing symptoms, low back pain, bilateral sides burning, right leg feels like its ankle is wanting to give. She did have another fall on her lawn last Saturday. She was going on steps when her right leg gave out. She has tried medications, physical therapy at Health Pro, ESI x 2 one of right T11-T12 on 05/10/22 and right L2-L3 on 02/22. She is also utilizing Norco, Flexeril and Neurontin. She is ultimately continuing to have constant tightness along her right anterior side. She is upset today because I will explain her goal was to return back to work but is having continued symptoms and wants to know what additional options.

**PHYSICAL EXAMINATION**:
General: She presents as a pleasant, well developed, well nourished 54-year-old female. She is uncomfortable on today's examination. She has a normal mood and affect. She is alert and oriented x 3. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema. Quadriceps, TA, EHL on the right are 4/5. Remaining muscle groups right and left 5/5. Positive straight leg raise on the right.

**IMPRESSION**:
1. Status post spinal cord stimulator with Dr. McCarthy June 22, 2021.
2. History of TLIF L3 to S1.
3. Right lumbar radiculopathy with weakness.

**RECOMMENDATIONS/PLAN**: At this time we will need a CT myelogram. I was only submitted for lumbar however we would like to add thoracic. We will need to ultimately check on authorization for her cervical spine treatment. This was done several visits past. Unfortunately I am concerned that we need to rule out any issues coming from the cervical spine that would be causing her weakness. Again she needs this to be evaluated. She has records today from a physician that reviewed her chart saying that she would be able to tolerate certain job positions however for our practice we do recommend ultimately for a full in depth evaluation to return back to work of functional capacity exam. I did explain this to the patient that this would be an independent evaluation however we would not recommend this at this due to the patient's still undergoing treatment with us. Her spinal cord stimulator was reprogrammed today by the rep. We will follow the patient back in four to six weeks with Dr. McCarthy. She cannot return to work at this time. Her MMI is unknown.

Physician Assistant Signature: Kimberly Bergeron, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.
KB/jd
_3435070_1_KStorm:KMcCarthy_06172022_KMcCarthy
dt: 6/22/2022

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE
7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

PAGE 2/3 * RCVD AT 7/13/2022 12:10:34 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/2 * DNIS:6034227909 * CSID: * ANI:19858683051 * DURATION (mm-ss):01-02

Name: Lundberg, Teresa
Chart: 3435070
Date: 6/17/2022

KB
11:16

(4)

*3435070-1*

**Bone and Joint Clinic of Baton Rouge**
*Kevin P. McCarthy, MD*
*C. Chambliss Harrod, MD*
7301 Hennessy Blvd. Ste. 200
Baton Rouge, LA 70808
225-766-0050 225-768-2456(fax)
*Christina C. Landry, PA-C*
*Meegan L. Domangue, PA-C*
*Kim Bergeron, PA-C*
*Chelsea Jasper, FNP-C*
*Patrick Arcement, PA-C*

## Status Report

***Patient Name:*** ______ ***Acct. #:*** ______

***Employer:*** ______ ***W/C Company:*** ______

***Claim Number:*** ______ ***DOI:*** ______

***Diagnosis:*** 3 WK RV

***Treatment:*** ______

☐ Surgery ☐ PT ☐ Home Exercise Program ☐ MRI ☐ CT ☐ Other: ______

☐ Medication:

***Restrictions:***

☐ Return to work without restrictions ___/___/___.

☒ Cannot return to work. Estimated length of time out of work: ______

☐ Return to work on: ___/___/___ with the following restrictions.

***General Restrictions:***

☐ Limit repetitive stooping, squatting, kneeling
☐ Limit repeated bending of back
☐ Limit standing to ______ hours
☐ Limit climbing to ______ flight of stairs
☐ Limit lifting to ☐ 0-5 lbs. ☐ 0-20 lbs. ☐ 0-50 lbs.
☐ No climbing ladders
☐ No driving
☐ Must wear brace
☐ Sedentary work only

***Upper Extremity Restrictions:***

☐ No repetitive ☐ pushing ☐ pulling ☐ grasping ☐ twisting ☐ Right ☐ Left
☐ No overhead work
☐ No use ☐ L Hand ☐ R Hand
☐ Must wear splint / cast ______

***Follow Up Visit:*** ______ ***weeks***

***Report to follow***

***MMI Status:*** ☐ Patient at MMI as of ___/___/___ ☐ Anticipated MMI ___/___/___ ☒ Unknown

***Comments:***

***Provider Signature:*** [signature] PA-C ***Date:*** 6/17/22 @ 1128

FC36

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, July 12, 2022 3:44:07 PM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Acadian Ambulance Services,inc Claim No. 9832837 Teresa Lundberg |
| Attachments: | 33ek2okvkvxepaqukyvb_13124959.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-0119

July 12, 2022

MS TERESA C LUNDBERG

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services, Inc
Claim #: 9832837

Dear Ms. Lundberg:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services Inc's Group Disability Policy. We are writing in reference to your claim appeal for LTD benefits under the Policy.

On June 7, 2022, we provided you with copies of the medical and vocational reports completed on your appeal, and allowed time for any additional information.

On June 23, 2022, we did receive office visits from Dr. McCarthy dated April 26, 2022 and May 27, 2022. Your note stated that you would like to provide the office visit from June 17, 2022, thus we allowed an extension of time for this information. To date, no further information has been received.

We have referred the new information for a medical peer review addendum. We anticipate a response from the reviewing Board Certified Physician no later than July 31, 2022. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated March 2, 2022, you were advised that since our appeal review was suspended for you to submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We

will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 active days of review after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Younker
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7987
Secure Fax No.: (603) 422-7909

**From:**Younker, Keri
**Sent:**Tue, 12 Jul 2022 18:28:54 +0000
**To:**legacy@ecnime.com
**Subject:**Claim 9832837 (secure)
**Attachments:**9832837-MEDICAL-MEDICALRECORDS-06.23.2022.pdf

Please send the attachment and below questions for peer addendum with Dr. Solomon Rojhani on this appeal for Teresa Lundberg.

Thank you for your report regarding the LTD claim for Teresa Lundberg. After reviewing your report, we are requesting an addendum due to receiving additional information.

1. Please review the additional information received and advise if this new information would change your previous review results.
2. Please provide any restrictions or limitations for Ms. Lundberg to include max hours per day and days per week.

Thank you.

**Keri Younker**
Appeals Specialist
Appeals Dept
Claims Solutions Shared Services

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800-423-2765 Main
extension 7987
603-422-7909 Fax

LincolnFinancial.com

**Follow us on:**

Please note I will be out of the office May 12-17, 2022

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.



Terrebonne Parish
**LIBRARY**

# FAX COVER SHEET

**Recipient:**

To: Keri Younker

Fax Number: (603) 422-7909

**SENDER:**

From: Teresa Lundberg

Phone: ____________________

Total # of Pages: 5 (including cover sheet)

Date: 6-23-22

**MESSAGE:**

Here are the notes from Dr. McCarthy.
I had an office visit on Fri 6-17-22
and they will be faxing the notes
from that visit to you when they
are dictated.



Thank you,
Teresa Lundberg

NORTH BRANCH LIBRARY
4130 West Park Ave. – Gray, LA 70359
Phone: 985-868-3050 **Fax: 985-868-3051**

*VISIT YOUR LOCAL LIBRARY! READ EVERYDAY!*

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 04/26/2022

Location: Baton Rouge

**04/26/2022** **TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: The patient presents today for evaluation. After the last office visit, she had been doing okay but unfortunately did sustain a fall. She was going up steps, it was her last trip when unfortunately, her right leg gave out as always. She feels a pulling in her back all the way up to her neck. Since her last office visit, Dr. McCarthy did get an ESI approved for right side T11-T12. She is having multiple complaints, midback pain, neck pain to the right side, low back pain is shooting pain. The patient mentions she had been doing physical therapy at Health Pro. She has good and bad days. She is doing Norco, Mobic, Flexeril, Robaxin, Flexeril cream and Diclofenac cream. At this time, she is ready to proceed with the previously approved ESI.

**PHYSICAL EXAMINATION**: Vital signs: Blood pressure: 161/95. Respiration: 14. Heart rate: 83. Height: 5'9". Weight: 215 lbs. Temp.: 96.8.

I have a 54-year-old female.

General: She presents as a pleasant, well developed, well nourished female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Cervical exam: Decreased range of motion of flexion and extension.

Lumbar exam: TA 3-4/5, EHL 3-4/5, gastroc 4/5. Remaining muscle groups right and left 5/5. Light touch intact.

**IMPRESSION**:

1. History of spinal cord stim.
2. History of TLIF.
3. Thoracic radiculopathy.
4. Continued right leg weakness.

**RECOMMENDATIONS/PLAN**: At this time, we will submit workers comp treatment for the neck. She did injure her neck due to her fall due to her ongoing right leg weakness. She was consented for an ESI of right side transforaminal T11-T12, has been approved through workers comp. The risks, benefits and potential complications associated with ESI's were discussed in detail. These include but are not limited to bleeding, infection, injury to nerves or spinal cord, leakage of spinal fluid, symptoms getting worse, symptoms staying the same. The patient voiced understanding to all of this and has elected to proceed with the injection. She does find therapy helpful but is still needing some additional physical therapy. We will submit for additional physical therapy sessions. We will follow up the patient in two weeks after injection with Dr.

McCarthy. She cannot return to work at this time. Her MMI is unknown.

Physician Assistant Signature: Kimberly Bergeron, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

KB/aew

_3435070_1_KStorm;KMcCarthy_04262022_KMcCarthy
dt: 5/1/2022

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: May 27, 2022 Location: Ascension
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: She returns to clinic today for follow-up. The patient had epidural steroid injection and she reports it did not work and that she is experiencing no improvement. She has some burning mid back pain with activity. She is about to restart physical therapy.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 54 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam is unchanged. Right tibialis anterior strength 3-4/5, 4/5 right gastrocsoleus, otherwise, 5/5. Normal sensation to light touch.

**IMPRESSION**:
(1) History of TLIF.
(2) S/p spinal cord stimulator placement.
(3) Thoracic radiculopathy.
(4) Chronic right leg weakness.

**RECOMMENDATIONS/PLAN**: We discussed different options today including physical therapy and medications and we could increase Neurontin to t.i.d. dosing. Second option would include CT myelogram and EMG/nerve conduction study. We would like to obtain myelogram and EMG and have her return to see us in six weeks or sooner if indicated. Medication refills were dispensed today including Norco, Flexeril, and Neurontin. She was advised of the risks and benefits of each particularly narcotics. The patient was prescribed one or more narcotic medication(s) today. Counseling was provided regarding the potential risks and side effects of this class of medication. This includes the most common side effects (including but not limited to nausea, dizziness, confusion, over sedation, and constipation), addictive potential and tolerance development, risk in pregnancy, withdrawal potential, and the risk for overdose and death. PMP was checked 5-27-22 and found to be appropriate.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 6-7-22
*3435070*



RCVD AT 6/23/2022 3:07:57 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6034227909 * CSID:9858505318 * ANI:19858683051 * DURATION (mm-ss):01-47

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: March 29, 2022 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: She returns to clinic today for follow-up. The patient reports relief was not as good as previous. She reports she didn't get much relief at all. She continues to have mid and low back pain. She reports her right lower extremity is burning. She did five sessions of physical therapy with really no relief yet. Her pain scale today is 7/10.

Vital Signs: Blood pressure 160/105. She reports she didn't take her blood pressure medication this morning. She was advised of course to resume and follow-up with her primary care physician as needed. Respiration 14. Heart rate 83. Height 5 ft. 9 in. Weight 250 lb. Temp 97.1.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 54 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam shows 4/5 right quadriceps and iliopsoas, otherwise, 5/5. Positive straight leg raise on the right. Positive antalgic gait.

**IMPRESSION**:
(1) S/p TLIF.
(2) S/p spinal cord stimulator placement.
(3) History of disc bulging.
(4) Thoracic radiculopathy.

**RECOMMENDATIONS/PLAN**: We would like to proceed with epidural steroid injection right T11-T12. The risks, benefits, and potential complications associated with ESI's were discussed in detail. These include but are not limited to bleeding, infection, injury to nerves or spinal cord, leakage of spinal fluid, symptoms getting worse, symptoms staying the same. The patient voiced understanding of all of this and has elected to proceed with the injection. The patient was given a refill of hydrocodone. The patient was prescribed one or more narcotic medication(s) today. Counseling was provided regarding the potential risks and side effects of this class of medication. This includes the most common side effects (including but not limited to nausea, dizziness, confusion, over sedation, and constipation), addictive potential and tolerance development, risk in pregnancy, withdrawal potential, and the risk for overdose and death. This patient has been prescribed and given in office a combination of Diclofenac Sodium 3% gel, Zylotrol patch which is 4% Lidocaine and 1% Menthol, and Cyclobenzaprine cream 2%. The combination of these topicals have been prescribed in lieu of narcotics in an effort to wean the patient from current narcotic use and to get the patient back to return to work at light duty capacity as soon as possible. Oral medications were also dispensed today including Flexeril, Robaxin, and Mobic. Follow-up to see us two weeks post procedure or in four to six weeks.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 4-6-22
*3435070*

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

... 3:07:57 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6034227909 * CSID:9858505318 * ANI:19858683051 * DURATION (mm-ss):01-47

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, June 7, 2022 12:14:13 PM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Acadian Ambulance Services,inc Claim No. 9832837 Teresa Lundberg |
| Attachments: | apd8zsn7h2jyq2jmktmc_12897556.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-0119

June 7, 2022

MS TERESA C LUNDBERG

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services, Inc
Claim #: 9832837

Dear Ms. Lundberg:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Acadian Ambulance Services Inc's Group Disability Policy. We are writing regarding your claim appeal for LTD benefits under the Policy.

We are in the process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of a medical peer review completed by a Board Certified Physician and a Transferrable Skills Analysis completed by a vocational rehabilitation consultant, which is new evidence in connection with your appeal. You may review the medical and vocational reports, and provide any additional or missing medical information or a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or June 28, 2022, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by June 28, 2022, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA

Regulations, additional time for a final decision may exceed 90 active days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications. Any additional information may be expedited via fax 603-422-7909 or via email disabilitydocuments@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Younker
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7987
Secure Fax No.: (603) 422-7909

Attachments: 9832837-MEDICAL-CP/PEER REVIEW-05.26.2022
9832837-VOC-TRANSFERRABLE SKILLS ASSESSMENT-06.06.2022

# Solomon Rojhani, MD

***Board-Certified in Physical Medicine & Rehabilitation***
***Pain Medicine***

CLAIMANT NAME: Lundberg, Teresa
EXAMINER: Solomon Rojhani, MD
ECN #: 160021-2
CLAIM #: 9832837
DATE OF LOSS: 01/08/2020
DATE OF SERVICE: 05/26/2022

**Peer Review**

This is a peer review regarding Lundberg, Teresa. I have been asked to review the medical records on behalf of ECN. I reviewed records from 1/10/2020 through 3/29/2022 including: Ashley J. Prejean, MD / Diagnostic Radiology, extending from 1/14/2020 to 3/10/2021; Unknown EKG provider, on 1/23/2020, undated; Kevin P. McCarthy, MD / Orthopedic Surgery, extending from 1/10/2020 to 3/29/2022; Jenny A. Templet, MD / Family Medicine, on 1/23/2020; Summary Report, on 1/23/2020; Family Doctor Clinic (Lab), on 1/23/2020; LabCorp Birmingham, on 1/23/2020; TRMC Pathology Department (Lab), on 1/23/2020; Meegan Domangue, PA-C / Physician Assistant, extending from 2/13/2020 to 9/9/2021; Christina Landry, PA / Physician Assistant, extending from 2/19/2020 to 2/21/2020; The Spine Hospital of Louisiana Anesthesia Record/Autotransfusion Record/Medication Reconciliation, on 2/19/2020; Richard Boehme, MD / Neurology, on 2/19/2020; Jon Price, CNIM / IONM Technologist, extending from 2/19/2020 to 8/24/2021; The Spine Hospital of Louisiana at the Neuromedical Center Patient Registration Form, on 2/19/2020; Surgical Case Record, on 2/19/2020; Spine Hospital of Louisiana Home Medication Report, on 2/19/2020; Home Medication List Signature Form, on 2/21/2020; Spine Hospital of Louisiana Medication Discharge Summary Report, on 2/21/2020; Spine Hospital of Louisiana Patient Order Summary, on 2/22/2020; Patrick Arcement, PA-C / Physician Assistant, on 6/2/2020; Daigle Himel Daigle Physical Therapy and Hand Center Communication Sheet, on 6/12/2020; Ryan Ocker, PT, DPT / Physical Therapy, extending from 6/29/2020 to 7/16/2020; DHDPT Flowsheet, extending from 6/29/2020 to 7/16/2020; The Spine Hospital of Louisiana, extending from 2/19/2020 to 2/21/2020; Misc. Bills, Invoices, and Receipts, on 3/23/2020; A. Alen Nourian, MD / Orthopedic Surgery/Orthopedic Surgery of the Spine, Peer Review, on 11/2/2020; Anne L. Walker, MD / Diagnostic Radiology, on 6/15/2021; Bruce Knox, MD / Diagnostic Radiology, on 1/10/2022; Kimberly Bergeron, PA-C / Physician Assistant, extending from 7/22/2020 to 1/13/2022; LabCorp Birmingham, on 4/15/2021; Our Lady of the Lake Regional, on 4/15/2021; Clinical Pathology Laboratories, on 4/15/2021; Cumulative Reports, on 6/15/2021; Craig R. Wade, MD / Internal Medicine, on 6/15/2021; Quest Diagnostics Houston Lab, on 6/15/2021; David Adams, MD / Electrodiagnostic and Neurophysiologic Intraoperative Medicine, on 8/24/2021; Richard Avioli, MD, FAAOS / Orthopedic Surgery, Clinical Review Memo, on 12/12/2021; Lori Ashworth, MEd, CRC / Vocational Rehabilitation Counselor, on 12/15/2021; LFG Training-Education-Experience Form (TEE), undated.

The claimant is a 54-year-old female with a medical history significant for chronic pain syndrome, and postlaminectomy syndrome.

02/13/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of pain in the lower back radiating into the right lower extremity, with reports that her leg is much weaker. On examination, it is noted that she has a strength of ⅘ in the quadratus and hamstring muscles on the right, as well as strength of 4+/5 in the iliopsoas and strength of 4-/5 in the anterior tibialis muscle. Her gait is noted to be antalgic.

02/19/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent an L3-S1 discectomy, and interbody fusion, with posterior instrumentation, as well as posterolateral fusion.

06/29/20, Ryan Ocker, PT, DPT / Physical Therapy: The claimant is seen for an initial physical therapy evaluation, noting that she is s/p TLIF, but still experiences pain in the lower back with radiation to the right lower extremity associated with numbness and tingling down the medial right lower extremity with low back pain. On objective assessment, there is a decreased range of motion in the lumbar spine, with a strength of ⅘ with right ankle dorsiflexion, right knee flexion, and right hip flexion.

06/30/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent a right L4 and L5 transforaminal epidural steroid injection.

07/22/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of pain in the back with radiation into the right lower extremity, associated with numbness, and weakness which she rates at 6-7/10. It is noted that she is s/p lumbar fusion surgery of L3-S1 on 02/19/20, as well as right-sided epidural steroid injections, with no relief of her pain. She has also had no relief from physical therapy. On examination, it is noted that she has a strength of ⅘, at the TA muscles, with a decreased sensation in the right L4 distribution.

07/22/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant has an x-ray of the lumbar spine, which shows hardware from L3-S1, with interbody cages showing good growth at the L3-4 level

08/11/20, Jenny A. Templet, MD / Family Medicine: The claimant has an MRI of the lumbar spine, which reveals an interval L3-S1 fusion, with no significant central canal stenosis at any lumbar level, however, there is a right L4-5 and bilateral L5-S1 neural foraminal stenosis. There is also an abnormal signal at T11-12 which is suggestive o disc protrusion vs extrusion with effacement of the subarachnoid space

10/16/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up with the persistence of pain in the lower back and right leg with associated weakness, and numbness which has not been relieved with physical therapy. On examination, it is

noted that she has increased pain with flexion and extension, with a positive straight leg raise test o the right. There is intact strength in the bilateral lower extremities.

10/16/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant has an x-ray of the lumbar spine, which reveals no abnormalities in the claimant's hardware from L3-S1. There is some sacroiliac joint degenerative change appreciated.

12/17/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of the persistence of pain in the lower back, right leg, and buttock with a pain score of 7/10. On examination, it is noted that she has a strength of 5/5 in the bilateral lower extremities, with an intact sensation. She is considered to have an L5-S1 conjoined nerve root with no interbody spacer.

12/18/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent a right sided L4 and 5 epidural steroid injections.

03/10/21, Ashley J. Prejean, MD / Diagnostic Radiology: The claimant has an MRI of the thoracic spine, which reveals multiple disc protrusions effacing the anterior subarachnoid space.

03/15/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant s seen for follow-up, with reports of no relief of her lower back pain with epidural steroid injections. It is noted that she has a sensation of her great toe being on fire. On examination, it is noted that she has a weakness of ⅘ in the right leg, as well as a decreased sensation in the L4 distribution on the right side.

03/15/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant has an x-ray of the lumbar spine, which reveals that the claimant has a rotation of the alignment of the claimant's prosthesis, with no definitive failure or lucency appreciated.

04/23/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent a thoracic interlaminar epidural steroid injection at the T8-9 level.

06/22/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent the placement of a percutaneous spinal cord stimulator trial.

06/25/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of a 95% improvement in her pain with the spinal cord stimulatory trial. It is noted that she has an intact strength and sensation in the lower extremities

08/24/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent a lumbar laminectomy, with a spinal cord stimulator implantation

09/09/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up s/p spinal cord stimulator implantation. She is noted to be doing well, however, there is less leg coverage with regard to her pain. On examination, the claimant has no significant motor or sensory deficits.

10/07/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of improvements in her pain, with a pain score of 0/10. On examination, no significant abnormalities are appreciated

11/18/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of increased pain in her right leg pain. and pain in the center of her back, reporting an incident in which her right leg gave out. On examination, it is noted that she has a positive straight leg raise test on the right, as well as tenderness to palpation at L1-2

01/10/22, Bruce Knox, MD / Diagnostic Radiology: The claimant has an MRI of the lumbar spine which reveals a broad-based disc herniation that is eccentric to the right T11-12 with mild cervical canal stenosis. There is also some bulging at the L2-3-disc space which is eccentric to the right, with bilateral neural canal narrowing.

01/13/22, Kevin P. McCarthy, MD / Orthopedic Surgery: It is noted in a letter, that the claimant has persistent pain in the lower back, despite multiple interventions, including the placement of a spinal cord stimulator. It is noted that the claimant is limited with regard to standing, and sitting, for prolonged periods.

03/29/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports that she continues to experience mid and low back pain with a pain score of 7/10. On examination, she has findings of a positive straight leg raise on the right, as well as an antalgic gait and a weakness of 4/5 in the right quadriceps and iliopsoas.

**PRIMARY DIAGNOSIS:** Chronic pain syndrome

**MEDICAL/SURGICAL CONDITIONS:** Chronic pain syndrome, postlaminectomy syndrome

**CALL ATTEMPTS:**

[5/13/2022 at 13:50] Phone call to Dr. McCarthy. Left a message at Bone & Joint Clinic of Baton Rouge on the general office line. Contact number used for outreach: 225-776-0050

[5/16/2022 at 13:45] Phone call to Dr. McCarthy. Unable to leave a message at Bone & Joint Clinic of Baton Rouge due to the hold time exceeding 10 minutes with no option to leave a voicemail. Contact number used for outreach: 225-776-0050

[5/17/2022 at 13:49] Phone call to Dr. McCarthy. Left an additional message at Bone & Joint Clinic of Baton Rouge on the general office line. Contact number used for outreach: 225-766-0050

**RESPONSE TO QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD-10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Chronic pain syndrome - G89.4.
Postlaminectomy syndrome - M96.1
Lumbar degenerative disc disease - M51.36
Thoracic degenerative disc disease - M51.34

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD-10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A

**3. Taking into consideration the entire clinical picture, including standards of care, evidence-based medicine, and any treatment side effects, please provide a review of the medical findings. Please state your findings upon review of the medical information and describe how any supported level of impairment translates into restrictions and limitations from 04/06/2022 and beyond.**

Yes, given consideration to both the subjective and clinical information, the evidence suggests that the claimant suffers from a medical condition of such severity as to warrant the placement of restrictions and limitations on her activities for the time period of 04/06/2022 and beyond.

The claimant is a 54-year-old female with a medical history significant for chronic pain syndrome, and postlaminectomy syndrome.

The claimant had a history of lower back pain, for which she was seen by Kevin P. McCarthy, MD, on 02/13/20, wherein she reported associated radicular symptoms in the right lower extremity, with weakness in the right lower extremity appreciated, with an average strength of 4/5. It was noted that she had an antalgic gait. These findings were consistent with lumbar radiculopathy, and the claimant went on to undergo an L3-S1 discectomy and interbody fusion, with posterior instrumentation and fusion. Post-op she still had the persistence of radicular pain with associated right lower extremity weakness, and impaired sensation in the L4 distribution despite treatment with epidural steroid injections and physical therapy. There was no evidence of malalignment of the prosthesis in the lumbar spine appreciated on the claimant's x-ray of the lumbar spine. An MRI of the lumbar spine dated 08/11/20, revealed that the claimant had no abnormalities in the right L3-S1 fusion. There was stenosis of the central canal at L4-5, as well as bilateral neural foraminal narrowing appreciated at the L5-S1 region, with findings suggestive of T11-12 disc extrusion. In the interim, the claimant had the persistence of lower back pain with radiation into the right lower extremity, with associated sensory deficits that were not relieved with epidural steroid injections at the right L4-5 level as noted on 03/15/21.

On 06/22/21, she had a percutaneous spinal cord stimulator trial, which provided 95% relief of her symptoms, as well as her radicular findings. She went on to undergo a lumbar laminectomy, with a spinal cord stimulator implantation procedure on 08/24/21 by Kevin P. McCarthy, MD, which initially provided the claimant with some initial relief of her symptoms and abnormal findings on examination. However, she had the recurrence of her symptoms of lower back pain and impairments, as noted by Kevin P. McCarthy, MD on 11/18/21. This was consistent with the findings of a broad-based disc bulge at L2-3, and T11 to 12 with bilateral neural foraminal narrowing in the lumbar spine. On her latest visit with Kevin P. McCarthy, MD on 03/29/22, it was noted that the claimant had persistent back pain, with a pain score of 7/10, as well as findings of weakness in the right lower extremity, as well as an antalgic gait.

The information presented reveals that the claimant has a history of lumbar radiculopathy for which she has undergone surgery on the lumbar spine; however, in addition to the residual degenerative disease of the lumbar, as well as degenerative changes in the thoracic spine in other areas, the claimant has significant residual pain in the lower back. Despite the lack of severe levels of spinal stenosis and neural foraminal narrowing or nerve impingement, evident on imaging, the claimant still has complaints of radiation of her pain, numbness, and tingling, with findings of significant weakness in the right lower extremity affecting her gait. These findings are consistent with a diagnosis of post-laminectomy syndrome and have not been relieved by multiple interventional and conservative measures. These findings impair her ability to sustain prolonged standing, walking, and sitting, as well as reaching below the waist level, among other activities. The evidence so far supports that the claimant has significant impairments in her function, for which she would require the recommendation of restrictions and limitations within the period of review.

Sitting: Constantly, as tolerated, for up to 6 hours total per day
Standing: Occasionally, as tolerated, for up to 2 hours total per day
Walking: Occasionally, as tolerated, for up to 2 hours total per day
Lifting: Occasionally, up to 10 lbs. BUE
Carrying: Occasionally, up to 10 lbs. BUE
Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Unrestricted
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally below waist level; Unrestricted overhead and to desk level, BUE
Use lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating of heavy machinery
No working at unprotected heights

**a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**

The above-recommended restrictions and limitations are indicated from 04/06/2022 and beyond with reassessment on or around 01/22/23.

**b. Please provide the maximal physical capacities the claimant retains and can safely perform with specific from and to dates.**

The claimant has a maximal capacity for a sedentary work function.

**c. Please provide hours per day and/or week the claimant can function in a work setting. Please be as specific as possible.**

The claimant's abilities are sustainable on a full-time basis of 8 hours a day for 40 hours per week.

**d. Discuss the claimant`s pain complaints and provide any restrictions or limitations based on the pain.**

The claimant's complaints of pain are in line with the diagnosis of the post-laminectomy syndrome and are confounded by the residual underlying degenerative disease of the lumbar and thoracic spine. This limits her ability to sustain prolonged standing, walking, and reaching below the waist level.

Please refer to response #3 for the appropriate restrictions and limitations based on the claimant's pain complaints

**e. Does the claimant have reliable and sustainable capacity?**

Yes, the claimant has a reliable and sustainable capacity

**f. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

N/A, impairment is supported.

**4. Are the restrictions or limitations placed upon the claimant`s physical activities by the attending physician(s) reasonable and consistent with the medical findings? If your findings are different, please explain.**

There are no restrictions and limitations recommended by treating providers for the timeframes in question.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g., workplace conflicts-child or eldercare issues, or legal issues)?**

No, there are no non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or eldercare issues, or legal issues) that may adversely impact work.

**6. Based on this claimant's medication list, are there any side effects from any of the medications that would have an impact on occupational functioning? If so, please outline and elaborate on the effects along with your clinical rationale.**

Based on this claimant's medication list which includes but is not limited to Norco, and Neurontin among others, there are no side effects that would have an impact on occupational functioning. These medications have been noted to cause significant dizziness and drowsiness, which places the claimant and others at risk of harm with certain work activities such as working at heights, handling heavy machinery, and driving.

Sincerely,

Solomon Rojhani, M.D.
Physical Medicine & Rehabilitation
Interventional Pain & Spine Medicine
Medical License A145712

Corporate Office
[illegible]
[illegible]
Toll Free: [illegible]
Local: [illegible]
Fax: [illegible]

Exam Coordinators Network A division of Genex Services, LLC
E-mail: [illegible] • Web: [illegible]

Claimant Name: Teresa Lundberg
Claim Number: 9832837
Case Number: 160021-2

"I, Solomon Rojhani, MD, am a physician duly licensed to practice medicine in the State of California. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

____________________________ 05/26/2022
Signature of Physician Date

Medical/Professional License # CA A145712

**Vocational Memorandum**

**From:** Jason E. Miller, Ed.M., CRC, ABVE/F **Date:** 06/06/22

**To:** Keri Younker

**Claim#:** 9832837
**Claimant:** Teresa Lundberg
**Date of Birth:**
**Date of Disability:** 01/08/20

**Vocational Assessment:**

VCM received this file for a TSA update to one previously performed by Lori Ashworth on 12/15/21. Please see that report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages.

Examples of Occupations identified based on national economy labor market and insured's ability profile analysis:

| DOT Code | Occupation | Strength | National Economy Monthly Wage |
|---|---|---|---|
| 203.582-054 | Data Entry Clerk | S | $2870 |
| 237.367-038 | Receptionist | S | $2593 |
| 237.367-010 | Appointment Clerk | S | $2593 |
| 241.367-014 | Customer Complaint Clerk | S | $2987 |

*Wage information is based on median 2020 Bureau of Labor Statistical Data

The following education, training, and work experience was noted:

Education & Training:
Education: High School graduate; Licensed paramedic; computer skills include word processing, spreadsheets, email, internet, photo software,

Last 15 years of Work History:

Work History:

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 079.364-026 | Paramedic | 6 | 19 | V |
| 201.362-014 | Medical Records Clerk | 6 | 3 | S |

I have been asked to utilize restrictions and limitations from a peer review completed by Solomon Rojhani, MD (Physiatry/Pain) on 05/26/22. They include:

> "Sitting: Constantly, as tolerated, for up to 6 hours total per day
> Standing: Occasionally, as tolerated, for up to 2 hours total per day
> Walking: Occasionally, as tolerated, for up to 2 hours total per day
> Lifting: Occasionally, up to 10 lbs. BUE

Carrying: Occasionally, up to 10 lbs. BUE
Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Unrestricted
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally below waist level; Unrestricted overhead and to desk level, BUE
Use lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating of heavy machinery
No working at unprotected heights"

Based on these updated capacities, the previously-identified occupations remain viable. All occupations were verified manually and individually against restrictions and limitations above.

This information will be provided to the ARC. This memorandum will serve in lieu of a formal written report given no change from the prior review.

Jason E. Miller, Ed.M., CRC, ABVE/F
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Vocational Consultant II
Workplace Solutions
Lincoln Financial Group

**Vocational Memorandum**

**From:** Jason E. Miller, Ed.M., CRC, ABVE/F **Date:** 06/06/22

**To:** Keri Younker

**Claim#:** 9832837
**Claimant:** Teresa Lundberg
**Date of Birth:**
**Date of Disability:** 01/08/20

**Vocational Assessment:**

VCM received this file for a TSA update to one previously performed by Lori Ashworth on 12/15/21. Please see that report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages.

**Examples of Occupations identified based on national economy labor market and insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Economy Monthly Wage |
|---|---|---|---|
| 203.582-054 | Data Entry Clerk | S | $2870 |
| 237.367-038 | Receptionist | S | $2593 |
| 237.367-010 | Appointment Clerk | S | $2593 |
| 241.367-014 | Customer Complaint Clerk | S | $2987 |

**Wage Information is based on median 2020 Bureau of Labor Statistical Data*

The following education, training, and work experience was noted:

**Education & Training:**
Education: High School graduate; Licensed paramedic; computer skills include word processing, spreadsheets, email, internet, photo software,

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 079.364-026 | Paramedic | 6 | 19 | V |
| 201.362-014 | Medical Records Clerk | 6 | 3 | S |

I have been asked to utilize restrictions and limitations from a peer review completed by Solomon Rojhani, MD (Physiatry/Pain) on 05/26/22. They include:

> "Sitting: Constantly, as tolerated, for up to 6 hours total per day
> Standing: Occasionally, as tolerated, for up to 2 hours total per day
> Walking: Occasionally, as tolerated, for up to 2 hours total per day
> Lifting: Occasionally, up to 10 lbs. BUE

Carrying: Occasionally, up to 10 lbs. BUE
Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Unrestricted
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally below waist level; Unrestricted overhead and to desk level, BUE
Use lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating of heavy machinery
No working at unprotected heights"

Based on these updated capacities, the previously-identified occupations remain viable. All occupations were verified manually and individually against restrictions and limitations above.

This information will be provided to the ARC. This memorandum will serve in lieu of a formal written report given no change from the prior review.

Jason E. Miller, Ed.M., CRC, ABVE/F
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Vocational Consultant II
Workplace Solutions
Lincoln Financial Group

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, May 31, 2022 10:14:53 AM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Acadian Ambulance Services,inc Claim No. 9832837 Teresa Lundberg |
| Attachments: | jntbn9fmfjlfka7lkflh_12848925.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

May 31, 2022

MS TERESA C LUNDBERG

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services, Inc
Claim #: 9832837

Dear Ms. Lundberg:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services Inc's Group Disability Policy. We are writing in reference to your claim appeal for LTD benefits under the Policy.

On May 9, 2022, we received an office visit from Dr. McCarthy dated March 29, 2022. We understood this was the remainder of all the information you intended to submit for our consideration of your LTD appeal.

To assist us in evaluating your eligibility for benefits we referred your file for a medical peer review and assessment by a Board Certified Physician. In addition, we have referred your file for a vocational rehabilitation consult for an updated Transferrable Skills Analysis.

We anticipate a response from the reviewing Board Certified Physician and vocational rehabilitation consultant no later than June 14, 2022. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessments are necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated March 2, 2022, you were advised that since our appeal review was suspended for you to submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We

will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 active days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Younker
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7987
Secure Fax No.: (603) 422-7909

# Solomon Rojhani, MD
## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain Medicine*

CLAIMANT NAME: Lundberg, Teresa
EXAMINER: Solomon Rojhani, MD
ECN #: 160021-2
CLAIM #: 9832837
DATE OF LOSS: 01/08/2020
DATE OF SERVICE: 05/26/2022

**Peer Review**

This is a peer review regarding Lundberg, Teresa. I have been asked to review the medical records on behalf of ECN. I reviewed records from 1/10/2020 through 3/29/2022 including: Ashley J. Prejean, MD / Diagnostic Radiology, extending from 1/14/2020 to 3/10/2021; Unknown EKG provider, on 1/23/2020, undated; Kevin P. McCarthy, MD / Orthopedic Surgery, extending from 1/10/2020 to 3/29/2022; Jenny A. Templet, MD / Family Medicine, on 1/23/2020; Summary Report, on 1/23/2020; Family Doctor Clinic (Lab), on 1/23/2020; LabCorp Birmingham, on 1/23/2020; TRMC Pathology Department (Lab), on 1/23/2020; Meegan Domangue, PA-C / Physician Assistant, extending from 2/13/2020 to 9/9/2021; Christina Landry, PA / Physician Assistant, extending from 2/19/2020 to 2/21/2020; The Spine Hospital of Louisiana Anesthesia Record/Autotransfusion Record/Medication Reconciliation, on 2/19/2020; Richard Boehme, MD / Neurology, on 2/19/2020; Jon Price, CNIM / IONM Technologist, extending from 2/19/2020 to 8/24/2021; The Spine Hospital of Louisiana at the Neuromedical Center Patient Registration Form, on 2/19/2020; Surgical Case Record, on 2/19/2020; Spine Hospital of Louisiana Home Medication Report, on 2/19/2020; Home Medication List Signature Form, on 2/21/2020; Spine Hospital of Louisiana Medication Discharge Summary Report, on 2/21/2020; Spine Hospital of Louisiana Patient Order Summary, on 2/22/2020; Patrick Arcement, PA-C / Physician Assistant, on 6/2/2020; Daigle Himel Daigle Physical Therapy and Hand Center Communication Sheet, on 6/12/2020; Ryan Ocker, PT, DPT / Physical Therapy, extending from 6/29/2020 to 7/16/2020; DHDPT Flowsheet, extending from 6/29/2020 to 7/16/2020; The Spine Hospital of Louisiana, extending from 2/19/2020 to 2/21/2020; Misc. Bills, Invoices, and Receipts, on 3/23/2020; A. Alen Nourian, MD / Orthopedic Surgery/Orthopedic Surgery of the Spine, Peer Review, on 11/2/2020; Anne L. Walker, MD / Diagnostic Radiology, on 6/15/2021; Bruce Knox, MD / Diagnostic Radiology, on 1/10/2022; Kimberly Bergeron, PA-C / Physician Assistant, extending from 7/22/2020 to 1/13/2022; LabCorp Birmingham, on 4/15/2021; Our Lady of the Lake Regional, on 4/15/2021; Clinical Pathology Laboratories, on 4/15/2021; Cumulative Reports, on 6/15/2021; Craig R. Wade, MD / Internal Medicine, on 6/15/2021; Quest Diagnostics Houston Lab, on 6/15/2021; David Adams, MD / Electrodiagnostic and Neurophysiologic Intraoperative Medicine, on 8/24/2021; Richard Avioli, MD, FAAOS / Orthopedic Surgery, Clinical Review Memo, on 12/12/2021; Lori Ashworth, MEd, CRC / Vocational Rehabilitation Counselor, on 12/15/2021; LFG Training-Education-Experience Form (TEE), undated.

The claimant is a 54-year-old female with a medical history significant for chronic pain syndrome, and postlaminectomy syndrome.

02/13/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of pain in the lower back radiating into the right lower extremity, with reports that her leg is much weaker. On examination, it is noted that she has a strength of ⅘ in the quadratus and hamstring muscles on the right, as well as strength of 4+/5 in the iliopsoas and strength of 4-/5 in the anterior tibialis muscle. Her gait is noted to be antalgic.

02/19/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent an L3-S1 discectomy, and interbody fusion, with posterior instrumentation, as well as posterolateral fusion.

06/29/20, Ryan Ocker, PT, DPT / Physical Therapy: The claimant is seen for an initial physical therapy evaluation, noting that she is s/p TLIF, but still experiences pain in the lower back with radiation to the right lower extremity associated with numbness and tingling down the medial right lower extremity with low back pain. On objective assessment, there is a decreased range of motion in the lumbar spine, with a strength of ⅘ with right ankle dorsiflexion, right knee flexion, and right hip flexion.

06/30/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent a right L4 and L5 transforaminal epidural steroid injection.

07/22/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of pain in the back with radiation into the right lower extremity, associated with numbness, and weakness which she rates at 6-7/10. It is noted that she is s/p lumbar fusion surgery of L3-S1 on 02/19/20, as well as right-sided epidural steroid injections, with no relief of her pain. She has also had no relief from physical therapy. On examination, it is noted that she has a strength of ⅘, at the TA muscles, with a decreased sensation in the right L4 distribution.

07/22/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant has an x-ray of the lumbar spine, which shows hardware from L3-S1, with interbody cages showing good growth at the L3-4 level

08/11/20, Jenny A. Templet, MD / Family Medicine: The claimant has an MRI of the lumbar spine, which reveals an interval L3-S1 fusion, with no significant central canal stenosis at any lumbar level, however, there is a right L4-5 and bilateral L5-S1 neural foraminal stenosis. There is also an abnormal signal at T11-12 which is suggestive o disc protrusion vs extrusion with effacement of the subarachnoid space

10/16/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up with the persistence of pain in the lower back and right leg with associated weakness, and numbness which has not been relieved with physical therapy. On examination, it is

noted that she has increased pain with flexion and extension, with a positive straight leg raise test o the right. There is intact strength in the bilateral lower extremities.

10/16/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant has an x-ray of the lumbar spine, which reveals no abnormalities in the claimant's hardware from L3-S1. There is some sacroiliac joint degenerative change appreciated.

12/17/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of the persistence of pain in the lower back, right leg, and buttock with a pain score of 7/10. On examination, it is noted that she has a strength of 5/5 in the bilateral lower extremities, with an intact sensation. She is considered to have an L5-S1 conjoined nerve root with no interbody spacer.

12/18/20, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent a right sided L4 and 5 epidural steroid injections.

03/10/21, Ashley J. Prejean, MD / Diagnostic Radiology: The claimant has an MRI of the thoracic spine, which reveals multiple disc protrusions effacing the anterior subarachnoid space.

03/15/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant s seen for follow-up, with reports of no relief of her lower back pain with epidural steroid injections. It is noted that she has a sensation of her great toe being on fire. On examination, it is noted that she has a weakness of ⅘ in the right leg, as well as a decreased sensation in the L4 distribution on the right side.

03/15/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant has an x-ray of the lumbar spine, which reveals that the claimant has a rotation of the alignment of the claimant's prosthesis, with no definitive failure or lucency appreciated.

04/23/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent a thoracic interlaminar epidural steroid injection at the T8-9 level.

06/22/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent the placement of a percutaneous spinal cord stimulator trial.

06/25/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of a 95% improvement in her pain with the spinal cord stimulatory trial. It is noted that she has an intact strength and sensation in the lower extremities

08/24/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant underwent a lumbar laminectomy, with a spinal cord stimulator implantation

09/09/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up s/p spinal cord stimulator implantation. She is noted to be doing well, however, there is less leg coverage with regard to her pain. On examination, the claimant has no significant motor or sensory deficits.

10/07/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of improvements in her pain, with a pain score of 0/10. On examination, no significant abnormalities are appreciated

11/18/21, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports of increased pain in her right leg pain. and pain in the center of her back, reporting an incident in which her right leg gave out. On examination, it is noted that she has a positive straight leg raise test on the right, as well as tenderness to palpation at L1-2

01/10/22, Bruce Knox, MD / Diagnostic Radiology: The claimant has an MRI of the lumbar spine which reveals a broad-based disc herniation that is eccentric to the right T11-12 with mild cervical canal stenosis. There is also some bulging at the L2-3-disc space which is eccentric to the right, with bilateral neural canal narrowing.

01/13/22, Kevin P. McCarthy, MD / Orthopedic Surgery: It is noted in a letter, that the claimant has persistent pain in the lower back, despite multiple interventions, including the placement of a spinal cord stimulator. It is noted that the claimant is limited with regard to standing, and sitting, for prolonged periods.

03/29/22, Kevin P. McCarthy, MD / Orthopedic Surgery: The claimant is seen for follow-up, with reports that she continues to experience mid and low back pain with a pain score of 7/10. On examination, she has findings of a positive straight leg raise on the right, as well as an antalgic gait and a weakness of 4/5 in the right quadriceps and iliopsoas.

**PRIMARY DIAGNOSIS:** Chronic pain syndrome

**MEDICAL/SURGICAL CONDITIONS:** Chronic pain syndrome, postlaminectomy syndrome

**CALL ATTEMPTS:**

[5/13/2022 at 13:50] Phone call to Dr. McCarthy. Left a message at Bone & Joint Clinic of Baton Rouge on the general office line. Contact number used for outreach: 225-776-0050

[5/16/2022 at 13:45] Phone call to Dr. McCarthy. Unable to leave a message at Bone & Joint Clinic of Baton Rouge due to the hold time exceeding 10 minutes with no option to leave a voicemail. Contact number used for outreach: 225-776-0050

[5/17/2022 at 13:49] Phone call to Dr. McCarthy. Left an additional message at Bone & Joint Clinic of Baton Rouge on the general office line. Contact number used for outreach: 225-766-0050

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD-10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Chronic pain syndrome - G89.4.
Postlaminectomy syndrome - M96.1
Lumbar degenerative disc disease - M51.36
Thoracic degenerative disc disease - M51.34

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD-10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A

3. **Taking into consideration the entire clinical picture, including standards of care, evidence-based medicine, and any treatment side effects, please provide a review of the medical findings. Please state your findings upon review of the medical information and describe how any supported level of impairment translates into restrictions and limitations from 04/06/2022 and beyond.**

Yes, given consideration to both the subjective and clinical information, the evidence suggests that the claimant suffers from a medical condition of such severity as to warrant the placement of restrictions and limitations on her activities for the time period of 04/06/2022 and beyond.

The claimant is a 54-year-old female with a medical history significant for chronic pain syndrome, and postlaminectomy syndrome.

The claimant had a history of lower back pain, for which she was seen by Kevin P. McCarthy, MD, on 02/13/20, wherein she reported associated radicular symptoms in the right lower extremity, with weakness in the right lower extremity appreciated, with an average strength of 4/5. It was noted that she had an antalgic gait. These findings were consistent with lumbar radiculopathy, and the claimant went on to undergo an L3-S1 discectomy and interbody fusion, with posterior instrumentation and fusion. Post-op she still had the persistence of radicular pain with associated right lower extremity weakness, and impaired sensation in the L4 distribution despite treatment with epidural steroid injections and physical therapy. There was no evidence of malalignment of the prosthesis in the lumbar spine appreciated on the claimant's x-ray of the lumbar spine. An MRI of the lumbar spine dated 08/11/20, revealed that the claimant had no abnormalities in the right L3-S1 fusion. There was stenosis of the central canal at L4-5, as well as bilateral neural foraminal narrowing appreciated at the L5-S1 region, with findings suggestive of T11-12 disc extrusion. In the interim, the claimant had the persistence of lower back pain with radiation into the right lower extremity, with associated sensory deficits that were not relieved with epidural steroid injections at the right L4-5 level as noted on 03/15/21.

On 06/22/21, she had a percutaneous spinal cord stimulator trial, which provided 95% relief of her symptoms, as well as her radicular findings. She went on to undergo a lumbar laminectomy, with a spinal cord stimulator implantation procedure on 08/24/21 by Kevin P. McCarthy, MD, which initially provided the claimant with some initial relief of her symptoms and abnormal findings on examination. However, she had the recurrence of her symptoms of lower back pain and impairments, as noted by Kevin P. McCarthy, MD on 11/18/21. This was consistent with the findings of a broad-based disc bulge at L2-3, and T11 to 12 with bilateral neural foraminal narrowing in the lumbar spine. On her latest visit with Kevin P. McCarthy, MD on 03/29/22, it was noted that the claimant had persistent back pain, with a pain score of 7/10, as well as findings of weakness in the right lower extremity, as well as an antalgic gait.

The information presented reveals that the claimant has a history of lumbar radiculopathy for which she has undergone surgery on the lumbar spine; however, in addition to the residual degenerative disease of the lumbar, as well as degenerative changes in the thoracic spine in other areas, the claimant has significant residual pain in the lower back. Despite the lack of severe levels of spinal stenosis and neural foraminal narrowing or nerve impingement, evident on imaging, the claimant still has complaints of radiation of her pain, numbness, and tingling, with findings of significant weakness in the right lower extremity affecting her gait. These findings are consistent with a diagnosis of post-laminectomy syndrome and have not been relieved by multiple interventional and conservative measures. These findings impair her ability to sustain prolonged standing, walking, and sitting, as well as reaching below the waist level, among other activities. The evidence so far supports that the claimant has significant impairments in her function, for which she would require the recommendation of restrictions and limitations within the period of review.

Sitting: Constantly, as tolerated, for up to 6 hours total per day
Standing: Occasionally, as tolerated, for up to 2 hours total per day
Walking: Occasionally, as tolerated, for up to 2 hours total per day
Lifting: Occasionally, up to 10 lbs. BUE
Carrying: Occasionally, up to 10 lbs. BUE
Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Unrestricted
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally below waist level; Unrestricted overhead and to desk level, BUE
Use lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating of heavy machinery
No working at unprotected heights

**a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**

The above-recommended restrictions and limitations are indicated from 04/06/2022 and beyond with reassessment on or around 01/22/23.

**b. Please provide the maximal physical capacities the claimant retains and can safely perform with specific from and to dates.**

The claimant has a maximal capacity for a sedentary work function.

**c. Please provide hours per day and/or week the claimant can function in a work setting. Please be as specific as possible.**

The claimant's abilities are sustainable on a full-time basis of 8 hours a day for 40 hours per week.

**d. Discuss the claimant`s pain complaints and provide any restrictions or limitations based on the pain.**

The claimant's complaints of pain are in line with the diagnosis of the post-laminectomy syndrome and are confounded by the residual underlying degenerative disease of the lumbar and thoracic spine. This limits her ability to sustain prolonged standing, walking, and reaching below the waist level.

Please refer to response #3 for the appropriate restrictions and limitations based on the claimant's pain complaints

**e. Does the claimant have reliable and sustainable capacity?**

Yes, the claimant has a reliable and sustainable capacity

**f. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

N/A, impairment is supported.

**4. Are the restrictions or limitations placed upon the claimant`s physical activities by the attending physician(s) reasonable and consistent with the medical findings? If your findings are different, please explain.**

There are no restrictions and limitations recommended by treating providers for the timeframes in question.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g., workplace conflicts-child or eldercare issues, or legal issues)?**

No, there are no non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or eldercare issues, or legal issues) that may adversely impact work.

**6. Based on this claimant's medication list, are there any side effects from any of the medications that would have an impact on occupational functioning? If so, please outline and elaborate on the effects along with your clinical rationale.**

Based on this claimant's medication list which includes but is not limited to Norco, and Neurontin among others, there are no side effects that would have an impact on occupational functioning. These medications have been noted to cause significant dizziness and drowsiness, which places the claimant and others at risk of harm with certain work activities such as working at heights, handling heavy machinery, and driving.

Sincerely,

Solomon Rojhani, M.D.
Physical Medicine & Rehabilitation
Interventional Pain & Spine Medicine
Medical License A145712

ECN

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Teresa Lundberg
Claim Number: 9832837
Case Number: 160021-2

"I, Solomon Rojhani, MD, am a physician duly licensed to practice medicine in the State of California. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

_______________________________________ 05/26/2022
Signature of Physician Date

Medical/Professional License # CA A145712

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Thu, 26 May 2022 20:10:40 +0000
**To:**VendorReferrals
**Subject:**T. Lundberg Claim #9832837
**Attachments:**Peer Review_7848809BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached are the Peer Review and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,
**Sara Staley**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 855-648-9248 #3
**F**: 561-392-5881
**Access our portal at: View My Cases**

urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 143659**

**Date** **5/26/2022**

***Bill To:***

**Keri Younker**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 9832837
**Date of Loss:** 1/8/2020
**ECN #** 160021-2
**Account #**

**Claimant** Teresa Lundberg

| | | |
|---|---|---|
| 5/13/2022 | Peer Review - Long Term Disability: Service<br>Provider: Solomon Rojhani, MD<br>Specialty: Physical Medicine and Rehabilitation | $860.00 |
| | **SubTotal** | $860.00 |
| | **Final Invoice Total** | $860.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terrebonne Parish
**LIBRARY**

# FAX COVER SHEET

**Recipient:**

To: ~~5-9-22~~ Keri Younker

Fax Number: 603-422-7909

**SENDER:**

From: Teresa Lundberg

Phone:

Total # of Pages: 2 (including cover sheet)

Date: 5-9-22

**MESSAGE:**

Dictated notes from office visit
3-29-22 (Dr. Kevin McCarthy)



NORTH BRANCH LIBRARY
4130 West Park Ave. – Gray, LA 70359
Phone: 985-868-3050 **Fax: 985-868-3051**

*VISIT YOUR LOCAL LIBRARY! READ EVERYDAY!*

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: March 29, 2022 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: She returns to clinic today for follow-up. The patient reports relief was not as good as previous. She reports she didn't get much relief at all. She continues to have mid and low back pain. She reports her right lower extremity is burning. She did five sessions of physical therapy with really no relief yet. Her pain scale today is 7/10.
Vital Signs: Blood pressure 160/105. She reports she didn't take her blood pressure medication this morning. She was advised of course to resume and follow-up with her primary care physician as needed. Respiration 14. Heart rate 83. Height 5 ft. 9 in. Weight 250 lb. Temp 97.1.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 54 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Exam shows 4/5 right quadriceps and iliopsoas, otherwise, 5/5. Positive straight leg raise on the right. Positive antalgic gait.
**IMPRESSION**:
(1) S/p TLIF.
(2) S/p spinal cord stimulator placement.
(3) History of disc bulging.
(4) Thoracic radiculopathy.

**RECOMMENDATIONS/PLAN**: We would like to proceed with epidural steroid injection right T11-T12. The risks, benefits, and potential complications associated with ESI's were discussed in detail. These include but are not limited to bleeding, infection, injury to nerves or spinal cord, leakage of spinal fluid, symptoms getting worse, symptoms staying the same. The patient voiced understanding of all of this and has elected to proceed with the injection. The patient was given a refill of hydrocodone. The patient was prescribed one or more narcotic medication(s) today. Counseling was provided regarding the potential risks and side effects of this class of medication. This includes the most common side effects (including but not limited to nausea, dizziness, confusion, over sedation, and constipation), addictive potential and tolerance development, risk in pregnancy, withdrawal potential, and the risk for overdose and death. This patient has been prescribed and given in office a combination of Diclofenac Sodium 3% gel, Zylotrol patch which is 4% Lidocaine and 1% Menthol, and Cyclobenzaprine cream 2%. The combination of these topicals have been prescribed in lieu of narcotics in an effort to wean the patient from current narcotic use and to get the patient back to return to work at light duty capacity as soon as possible. Oral medications were also dispensed today including Flexeril, Robaxin, and Mobic. Follow-up to see us two weeks post procedure or in four to six weeks.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 4-6-22
*3435070*

THE SPINE CENTER
BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Terrebonne Parish
LIBRARY

# FAX COVER SHEET

**Recipient:**

To: ~~5-9-22~~ Keri Younker

Fax Number: 603-422-7909

**SENDER:**

From: Teresa Lundberg

Phone ______

Total # of Pages: 2 (including cover sheet)

Date: 5-9-22

**MESSAGE:**

Dictated notes from office visit
3-29-22 (Dr. Kevin McCarthy)



NORTH BRANCH LIBRARY
4130 West Park Ave. – Gray, LA 70359
Phone: 985-868-3050 **Fax: 985-868-3051**

*VISIT YOUR LOCAL LIBRARY! READ EVERYDAY!*

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: March 29, 2022 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: She returns to clinic today for follow-up. The patient reports relief was not as good as previous. She reports she didn't get much relief at all. She continues to have mid and low back pain. She reports her right lower extremity is burning. She did five sessions of physical therapy with really no relief yet. Her pain scale today is 7/10.
Vital Signs: Blood pressure 160/105. She reports she didn't take her blood pressure medication this morning. She was advised of course to resume and follow-up with her primary care physician as needed. Respiration 14. Heart rate 83. Height 5 ft. 9 in. Weight 250 lb. Temp 97.1.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 54 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Exam shows 4/5 right quadriceps and iliopsoas, otherwise, 5/5. Positive straight leg raise on the right. Positive antalgic gait.
**IMPRESSION**:
(1) S/p TLIF.
(2) S/p spinal cord stimulator placement.
(3) History of disc bulging.
(4) Thoracic radiculopathy.

**RECOMMENDATIONS/PLAN**: We would like to proceed with epidural steroid injection right T11-T12. The risks, benefits, and potential complications associated with ESI's were discussed in detail. These include but are not limited to bleeding, infection, injury to nerves or spinal cord, leakage of spinal fluid, symptoms getting worse, symptoms staying the same. The patient voiced understanding of all of this and has elected to proceed with the injection. The patient was given a refill of hydrocodone. The patient was prescribed one or more narcotic medication(s) today. Counseling was provided regarding the potential risks and side effects of this class of medication. This includes the most common side effects (including but not limited to nausea, dizziness, confusion, over sedation, and constipation), addictive potential and tolerance development, risk in pregnancy, withdrawal potential, and the risk for overdose and death. This patient has been prescribed and given in office a combination of Diclofenac Sodium 3% gel, Zylotrol patch which is 4% Lidocaine and 1% Menthol, and Cyclobenzaprine cream 2%. The combination of these topicals have been prescribed in lieu of narcotics in an effort to wean the patient from current narcotic use and to get the patient back to return to work at light duty capacity as soon as possible. Oral medications were also dispensed today including Flexeril, Robaxin, and Mobic. Follow-up to see us two weeks post procedure or in four to six weeks.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 4-6-22
*3435070*

THE SPINE CENTER
BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

From: LFGNotifications@LFG.com
Sent: Thursday, April 21, 2022 1:52:02 PM
To: COM;
CC:
BCC:
Subject: [Send Secure]Acadian Ambulance Services,inc Claim No. 9832837 Teresa Lundberg
Attachments: f3rpunl6mcsh7fwlwzas_12607764.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

April 21, 2022

MS TERESA C LUNDBERG

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services, Inc
Claim #: 9832837

Dear Ms. Lundberg:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services Inc's Group Disability Policy. We are writing in reference to your claim appeal for LTD benefits under the Policy.

On April 11, 2022, we received the handwritten notes from Dr. McCarthy, however, no other information has been received to date.

To avoid further delay and to assist us in evaluating your eligibility for benefits we have referred your file for a medical peer review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than May 21, 2022. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated March 3, 2022, you were advised that since our appeal review was suspended for you to submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Younker
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7987
Secure Fax No.: (603) 422-7909

PAGE 1/4 * RCVD AT 4/11/2022 5:21:33 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/0 * DNIS:6034227909 * CSID:9858505318 * ANI:19858683051 * DURATION (mm-ss):01-20

Terrebonne Parish
LIBRARY

# FAX COVER SHEET

**Recipient:**

To: Keri Younker

Fax Number: (603) 422-7909

**SENDER:**

From: Teresa Lundberg

Phone:

Total # of Pages: 4 (including cover sheet)

Date: 4-11-22

**MESSAGE:**

Dr. McCarthy's office should be faxing the dictated notes to you.



Thanks
Teresa C Lundberg

NORTH BRANCH LIBRARY
4130 West Park Ave. – Gray, LA 70359
Phone: 985-868-3050 **Fax: 985-868-3051**

*VISIT YOUR LOCAL LIBRARY! READ EVERYDAY!*

PAGE 2/4 * RCVD AT 4/11/2022 5:21:33 PM [Eastern Daylight Time] * SVR:VAIPWFAX3010 * DNIS:6034227909 * CSID:9858505318 * ANI:19858883051 * DURATION (mm-ss):01-20

Name: **Lundberg, Teresa**
Chart: **3435070**
Date: **3/29/2022**

*3435070-1*

**The Spine Center at**
**Bone and Joint Clinic of Baton Rouge**

# Spine H&P (page 1/3)

DOB:

**Post-Op:** ☐ No ☐ Yes ☐ Procedure / Date:

**HPI / Subjective changes since last visit / procedure:**
Overall Symptoms: ☐ Unchanged ☐ Improved ☐ Worse Accident or Injury Since Last Visit ☐ Yes ☑ No

- Not as good as prev
  Not much Relief
- LBP, MBP
- Legs ~~OK~~ – RLE Burning

Dr. D's 5 sessions PT – no Relief yet.

Pain Scale 7 /10

Medications:

didn't take BP meds, so advised meds take

**Physical Exam**

| BP 160/105 | Resp: 14 | HR: 83 | Ht: 5'9 | Wt: 250 | Temp: 97.1 | A&O X ___ |
|---|---|---|---|---|---|---|
| WD / WN | Cachectic | Obese | Thin | NAD | Normal Mood | Blunt Affect |

| **HEENT** | NCAT | PERRLA | EOMI | **Heart** | RRR | Murmur | Rubs | **Lungs** | CTA Bil. | Symmetrical |
|---|---|---|---|---|---|---|---|---|---|---|
| **ABD** | Soft | NT / ND | +BS | **Skin** | Rash | Lesions | **Ext's** | CCE | Appears Age | |

| **ROM*** | Cerv. | Lum. |
|---|---|---|
| Flexion | | |
| Extension | | |
| Bend Lt. | | |
| Bend Rt. | | |

Right: Tinel's + / - Phalen's + / -
Left: Tinel's + / - Phalen's + / -

**DTR's**




**Gait**: Normal | Shuffle | Ataxic | Antalgic

| **Atrophy** | | **Pulses** |
|---|---|---|
| Left | | 1+DP |
| Right | | 1+RP |

| **SLR** | | |
|---|---|---|
| Left | (+) @ ___ | (-) @ ___ |
| Right | (+) @ ___ | (-) @ ___ |

**Visual / Tenderness**



| **Sensory** | | |
|---|---|---|
| Left | LTI | Other: |
| Right | LTI | Other: |

| **UE Motors** | | | **LE Motors** | | |
|---|---|---|---|---|---|
| ***Muscle Action*** | ***Right*** | ***Left*** | ***Muscle Action*** | ***Right*** | ***Left*** |
| Deltoid | __/5 | __/5 | Quadriceps | __/5 | __/5 |
| Biceps | __/5 | __/5 | Ham Strings | __/5 | __/5 |
| Triceps | __/5 | __/5 | Iliopsoas | __/5 | __/5 |
| Wrist Flexors | __/5 | __/5 | Tib. Ant. | __/5 | __/5 |
| Wrist Extensors | __/5 | __/5 | EHL | __/5 | __/5 |
| Finger Flexors | __/5 | __/5 | Gas. / Sol. | __/5 | __/5 |
| Interossei | __/5 | __/5 | Peroneals | __/5 | __/5 |

**Specific Tests**

| Hoffman | L | R | Clonus | L | R | Spurling's | L | R |
|---|---|---|---|---|---|---|---|---|
| Patrick's | L | R | IRR | L | R | Lirmette's | | |

**Provocative Tests**

| Gaenslen | L | R | Thigh Thrust | L | R | FABER | L | R |
|---|---|---|---|---|---|---|---|---|
| Distraction | L | R | Compression | L | R | Piriformis | L | R |

**Ortho Exam:**

FC37

04/11/2022 16:23 9858505318 LIBRARY REFERENCE PAGE 02/04

Name: Lundberg, Teresa
Chart: 3435070
Date: 3/29/2022

* 3 4 3 5 0 7 0 - 1 *

**The Spine Center at Bone and Joint Clinic of Baton Rouge**

DOB:

**Spine H&P (page 2/3)**

**Interval Studies:** ☐ MRI ☐ Myelogram ☐ EMG/NCS ☐ CT ☐ Blood Work ☐ X-Ray ☐ Other

| Procedure / Plan of Care | Diagnosis |
|---|---|
| ☐ Imaging | |
| ☐ Surgery | |
| ☐ PT/OT — ESI (R) T11 12 | S/P SIS |
| ☐ EMG/NCT 329 4/26 | H/O disc bulges |
| ☐ Rx — 4/12 NORCO; ORAL Flexeril, Robaxin, MOBIC | H/O TLIF |
| ☐ PMP ______ | RTC ______ Wks./Mo. |
| ☐ Other: Topical Patch — Flexeril, Diclof... | ☐ M.D. ☐ Midlevel |

Provider Signature: [signature] 3:15 3:29.22

☐ Kevin P. McCarthy, MD ☐ Christina Landry, PA-C ☐ Meegan Domangue, PA-C ☐ Kim Bergeron, PA-C
☐ Chelsea Commander, FNP-C ☐ Patrick Arcement, PA-C

☐ I have personally reviewed this patient's chart and all pertinent medical information including radiographic studies. I agree with the above diagnosis and treatment plan as well as any prescribed medications as outlined by the above signed mid-level practitioner. Any modifications to this chart have been noted above.

☐ I participated in this patient's care on this visit. I reviewed the chart and pertinent data as outlined by the above signed mid-level practitioner. Any modifications to the chart have been noted above. My involvement with this patient is as follows:

☐ Prescribed Medication
☐ Performed Orthopaedic Physical Exam
☐ Obtained History
☐ Medical Decision Making
☐ Reviewed Radiographs
☐ Other ______

[signature]

Kevin P. McCarthy, M.D.

Date: ______
Time: ______

AA

FC48

Name: **Lundberg, Teresa**
Chart: **3435070**
Date: **3/29/2022** 2:20

*3435070-1*

**Bone and Joint Clinic of Baton Rouge**

*Kevin P. McCarthy, MD*
*C. Chambliss Harrod, MD*
7301 Hennessy Blvd. Ste. 200
Baton Rouge, LA 70808
225-766-0050 225-768-2456(fax)

*Christina C. Landry, PA-C*
*Meegan L. Domangue, PA-C*
*Kim Bergeron, PA-C*
*Chelsea Jasper, FNP-C*
*Patrick Arcement, PA-C*

## Status Report

***Patient Name:*** ______ ***Acct. #:*** ______

***Employer:*** ______ ***W/C Company:*** ______

***Claim Number:*** ______ ***DOI:*** ______

***Diagnosis:*** p̄ Ⓡ L2, L3 ESI (2-22-22)

***Treatment:*** ______

☐ Surgery ☐ PT ☐ Home Exercise Program ☐ MRI ☐ CT ☐ Other: ______
☐ Medication:

***Restrictions:***

☐ Return to work without restrictions ___/___/___
☒ Cannot return to work. Estimated length of time out of work: ______
☒ Return to work on: ___/___/___ with the following restrictions.

***General Restrictions:***

☐ Limit repetitive stooping, squatting, kneeling
☐ Limit repeated bending of back
☐ Limit standing to ______ hours
☐ Limit climbing to ______ flight of stairs
☐ Limit lifting to ☐ 0-5 lbs. ☐ 0-20 lbs. ☐ 0-50 lbs.
☐ No climbing ladders
☐ No driving
☐ Must wear brace
☐ Sedentary work only

***Upper Extremity Restrictions:***

☐ No repetitive ☐ pushing ☐ pulling ☐ grasping ☐ twisting ☐ Right ☐ Left
☐ No overhead work
☐ No use ☐ L Hand ☐ R Hand
☐ Must wear splint / cast ______

***Follow Up Visit:*** ______ ***weeks***

***Report to follow***

***MMI Status:*** ☐ Patient at MMI as of ___/___/___ ☐ Anticipated MMI ___/___/___ ☐ Unknown

***Comments:***

***Provider Signature:*** [signature] ***Date:*** ______

FC36

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, April 4, 2022 11:15:29 AM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Acadian Ambulance Services,inc Claim No. 9832837 Teresa Lundberg |
| Attachments: | tyla6w68tphzqw123mb7_12494240.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

April 4, 2022

MS TERESA C LUNDBERG

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services, Inc
Claim #: 9832837

Dear Ms. Lundberg:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services Inc's Group Disability Policy. We are writing in reference to your claim appeal under the Policy.

During our phone call on March 2, 2022, you stated you had more information to provide for your appeal, thus we allowed 30 days for you to provide the medical information. As of today, we have received no further response from you or your providers.

We will allow you an additional 15 days to provide any additional office or progress notes, diagnostic test results, hospital or emergency room visits, or therapy visits.

Please understand the appeal review will not continue until we have received your new documentation or no later than April 19, 2022. Once the documents have been received, we will forward them to be included in a medical review.

We will allow an additional 15 days for any additional information. Please provide the medical documentation by April 19, 2022.

As we are waiting for the above noted additional information, we will require additional time to render a determination on your appeal. Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln Financial Group's control, which require a delay in making determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. We exercised our right to take the 45-day extension while allowing time for you to provide additional information for your appeal. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln Financial Group is awaiting receipt of requested documentation needed to fully evaluate the claim. (Tolled: accumulation of time is suspended.)]

Any additional information may be expedited by fax 603-422-7909 or email disabilitydocuments@lfg.com. Since we are waiting for you to submit additional documentation, the days from the date of our March 2, 2022 letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Younker
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7987
Secure Fax No.: (603) 422-7909

**From:**Younker, Keri
**Sent:**Thu, 3 Mar 2022 23:01:58 +0000
**To:**liz.gerald@acadian.com
**Subject:**Claim 9832837 (secure)

We have received an appeal for Teresa Lundberg's (of Houma LA) denied LTD claim. Once all information has been received and reviewed, we will notify you of our determination. If you have questions regarding this appeal, please contact me.

**Keri Younker**
Appeals Specialist
Appeals Dept
Claims Solutions Shared Services

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800-423-2765 Main
extension 7987
603-422-7909 Fax

LincolnFinancial.com

**Follow us on:**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.



| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, March 4, 2022 3:29:56 AM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Acadian Ambulance Services,inc Claim No. 9832837 Teresa Lundberg |
| Attachments: | 2zxjlvacut7zgdfmqg31_12296114.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

March 3, 2022

MS TERESA C LUNDBERG

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,Inc
Claim #: 9832837

Dear Ms. Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services Inc's Group Disability Policy. We are writing in reference to your claim appeal for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on February 14, 2022. We received a letter, office visits, operative reports, and diagnostic test results from Dr. Kevin McCarthy and an pre-op visit with Dr. Wade with the appeal.

It is important that we have all available medical records so that we have a clear picture of your current condition. During our phone call on March 2, 2022, you indicated you will need time to supplement your appeal with additional medical documentation. We will allow the additional time requested. Please understand the appeal review will not continue until we have received the additional documents or until such time that you communicate with Lincoln the appeal is complete.

Please submit any and all additional medical evidence that you believe would support your appeal. Please have the medical records submitted to our office within 30 days of the date of this letter or no later than April 3, 2022.

If you will not be submitting new medical records, please advise us in writing so that we may begin an immediate review of the appeal.

As part of our review of your appeal, you may also submit information associated with the Social Security Disability Award for our consideration, which may include a copy of the Administrative Law Judge's Favorable Decision letter or a complete copy of the administrative file from the Social Security Administration. The pursuit and submission of this information will be at your own cost and is optional.

Please provide any and all medical documentation to our office by April 3, 2022.

In addition, we are approaching our initial deadline for deciding your appeal under the Employee Retirement Income Security Act (ERISA), and have not yet reached a determination because we are allowing time for you to provide additional information in support of your appeal. An extension of time to process this appeal is required. Due to these special circumstances, we are exercising our right to take a 45-day extension of time to decide your appeal.

Once the information is received, your file will be forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be your Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me toll-free at 1-800-423-2765 extension 7987 during the hours of 8:30am to 5:00pm CST. For your convenience, all documents may be faxed to 603-422-7909 or emailed to disabilitydocuments@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Younker
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7987
Secure Fax No.: (603) 422-7909

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **PHOENIX**

Office: 913 Manager: HENNING, ANDRE Case Mgr: VISAYSOUK, JOHN

Claimant Name: TERESA C LUNDBERG Claim #: 9832837

Occupation (Job Title): EMT-PARAMEDIC - OA - VERY HEAVY Date Sent: 2/16/2022

Diagnosis: G89.4 Chronic pain syndrome, M96.1 Postlaminectomy syndrome, not elsewhere classified

Date of Disability: 1/8/2020 Date Benefits Began: 4/7/2020

Maximum Duration: 10/22/2034 Paid Through: 4/6/2022

Date of Denial or (DB451): 2/14/2022 Date Appeal Received: 2/14/2022

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: ACADIAN AMBULANCE SERVICES,INC

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? NON - ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

please review for appeal, thank you!

To whom it may concern, February 8, 2022

My name is Teresa Lundberg, and I am writing this letter of appeal to request reopening my disability account.

My injury date was 6-5-11 and I have been under doctor's care since and continue with doctor's care. I had been able to return to work full duty in the past and had managed my condition with medication and epidural steroid injections.

My back and bilateral leg problems had gradually increased which resulted in me having to stop my full-time duties of being a paramedic on an ambulance. It got to where the treatment's that had worked in the past were not as effective any longer and I ended up having to have surgery which was a fusion in the lumbar region Feb 2020.

During my time off work post-surgery, I continued having back and bilateral leg pain. I have continued doctor treatments which include several medication changes, epidural steroid injections, and therapy with no relief of my symptoms.

August 2021, I had a spinal cord stimulator implant. I have had the settings of my stimulator adjusted several times with continued increased break through pain in bilateral hips and bilateral legs that will not resolve.

I am unable to sit or stand for long periods of time due to having increased pain which I must lay down to ease the pain. The medications that I am currently taking are narcotics and muscle relaxers and was advised by my physician of restrictions to follow while taking the prescribed medications.

Thank you,

Teresa Lundberg

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 1/13/2022

Location: Baton Rouge

1/13/2022

Lincoln Financial Group
Attn: John Bisaysouk

Re: Teresa Lundberg
Our File No: 3435070

To Whom It May Concern,

Ms. Teresa Lundberg is a known patient of my clinic. She has had several procedures as well as surgeries, her most recent has been a spinal cord stim placement on 8/24/21. She is still having issues and continued symptoms and we are now requiring the patient to undergo possibly further procedures. She is also taking medications that prohibit her from working. These are narcotic medications that interfere with her thought process. The medication is Norco as well as she is on Gabapentin which does interfere with confusion and alter mental state. She is also on Robaxin which causes drowsiness. She does require to take these medications consistently to try to alleviate some of her symptoms.

Again, we do not feel this patient is ready to return back to work. She has still ongoing treatment and requiring these medications as well as having restrictions of no bending, lifting greater than 10-15 lbs. or twisting at this time. She cannot stand or sit for a long period of time and it does require her to lay down as needed to help with symptomatic control.

If you have any questions in regards to this, feel free to contact me at my office at 225-766-0050.

Sincerely,

Physician Signature: Kevin P. McCarthy, M.D.

KPM/aew

*3435070*

dt: 1/14/2022

THE SPINE CENTER
BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg Date: 1/13/2022
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

**1/13/2022** **TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: The patient presents today for a follow up of her MRI. She is unfortunately having ongoing right hip, anterior leg. She is getting burning in bilateral feet. She states her stimulator has not been covering these symptoms and is here for follow up of her MRI.

**PHYSICAL EXAMINATION**: Vital signs: Blood pressure: 148/88. Respiration: 14. Heart rate: 81. Height: 5'9". Weight: 265 lbs. Temp.: 97.3.

General: She presents as a pleasant, well developed, well nourished female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema. Quadriceps, iliopsoas on the right 4/5. Remaining muscle groups right and left 5/5. Increased pain with movement of her spine. Positive straight leg raise on the right.

**RADIOGRAPHS**: MRI of the lumbar spine was reviewed, report and images from Imaging Center of Louisiana showing T11-T12 broad based disc herniation which causes mass effect upon the thecal sac. L2-L3 disc bulging eccentric to the right resulting in neural canal narrowing. Postoperative changes noted L3-L4, L4-L5. There is postoperative changes at L5-S1 obscuring the S1 nerve root.

**IMPRESSION**:

1. Right L2-L3 disc bulge.
2. Status post spinal cord stim implant.
3. Lumbar radiculopathy bilaterally.

**RECOMMENDATIONS/PLAN**: I recommend an ESI of right L2-L3. Mimi, the spinal cord stim rep will reprogram. We do recommend trying some therapy for her low back and core strengthening. We will follow up the patient two weeks after injection with Dr. McCarthy. She cannot return to work at this time. Her MMI is unknown.

Physician Assistant Signature: Kimberly Bergeron, PA-C

THE SPINE CENTER
BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 1/13/2022
Location: Baton Rouge Office

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

KB/aew

_3435070_1_KStorm;KMcCarthy_01132022_KMcCarthy
dt: 1/14/2022

Patient Name: Teresa Lundberg  Date: 12/21/2021
Medical Record Number: 3435070  Location: Baton Rouge
Date of Birth:

**12/21/2021** **TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: Patient presents today unchanged. Patient has some right leg symptoms, she tried to give out, caught herself, and caught a pop. Patient is having left-sided neck to the base of her skull. At this time she is questioning additional options.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 54 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Cervical exam: Shows increased pain with flexion-extension.
Lumbar exam: Shows TA, EHL 4-/5. Remaining muscle groups, right and left, 5/5. She is wearing her lumbar brace today.
**RADIOGRAPHS**: Previous x-ray of the lumbar spine was reviewed showing concerns for some changing at L2.
**IMPRESSION**:

1. She is status post spinal cord stim.
2. Status post L3 to S1 TLIF 2/19/2020.
3. Chronic lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: At this time a UDS was performed. Robaxin and Neurontin were prescribed as well as Flexeril and lidocaine patches. We will check on the MRI. In regards to her restrictions, she cannot do any bending, lifting, or twisting. No standing and no working secondary restrictions with medicines. Her Norco was refilled x3 per Dr. McCarthy. The patient was prescribed one or more narcotic medication(s) today. Counseling was provided regarding the potential risks and side effects of this class of medication. This includes the most common side effects (including but not limited to nausea, dizziness, confusion, over sedation, and constipation), addictive potential and tolerance development, risk in pregnancy, withdrawal potential, and the risk for overdose and death. She cannot return to work at this time.

Physician Assistant Signature: Kimberly Bergeron, PA-C

I was personally involved in this patient's care on this visit. I took the patient's history, reviewed any radiographs, performed a clinical physical examination, made the diagnosis and prescribed the treatment plan per the above signed mid-level practitioner.

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE
7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 12/21/2021
Location: Baton Rouge Office

Physician Signature: Kevin P. McCarthy, M.D.

KB/sg
cc:
_3435070_1_KStorm;KMcCarthy_12212021_KMcCarthy
dt: 1/5/2022

# Bone and Joint Clinic of Baton Rouge

**PATIENT HISTORY**

**3435070**

**Teresa Lundberg**

UDS AT F/U PER W/C...... MS12/20

Patient Name: Teresa Lundberg Date: 11/18/2021
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

**11/18/2021** **TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: The patient presents today for evaluation. The patient is status post spinal cord stim implant on 8/24/21. She mentions she has had some changes with her symptoms, she is having some increased right leg pain to the center of her back. She did have an episode where her right leg gave out two weeks ago and landed onto her knees.
**PHYSICAL EXAMINATION**: I have a 54-year-old female.
General: She presents as a pleasant, well developed, well nourished female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar exam: Shows 5/5 bilateral lower extremity. Positive straight leg raise on the right. She is tender to palpation on the L1-L2. Her left knee abrasion is healed.
**RADIOGRAPHS**: Thoracic spine AP and lateral shows spinal cord stim lead unchanged. Three view lumbar spine x-rays obtained today AP, lateral and spot views show questionable rotation versus wedging of the superior endplate at L2.
**IMPRESSION**:

1. Status post spinal cord stim on 8/24/21 that is MRI compatible.
2. Right lumbar radiculopathy.
3. Questionable acute changes.

**RECOMMENDATIONS/PLAN**: I recommend her to return to her corset in case there is some wedging, also to help with pain. We do recommend an MRI of the lumbar spine to evaluate the L2 area. She will continue activity modifications. Her spinal cord stim was reprogrammed today which did show some improvement. We will follow the patient back in four weeks with Dr. McCarthy. She cannot return to work at this time.

Physician Assistant Signature: Kimberly Bergeron, PA-C

THE SPINE CENTER at
BONE & JOINT CLINIC OF BATON ROUGE
7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 11/18/2021
Location: Baton Rouge Office

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

KB/aew

_3435070_1_KStorm;KMcCarthy_11182021_KMcCarthy
dt: 11/29/2021

Please print out long term disability forms scanned in on 10/25/2021 for her 11/16/2021 appt.

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: October 7, 2021 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: She returns to clinic today for follow-up. The patient is doing very well today. She did receive an additional program to utilize. She reports her pain scale is 0/10 with the use of the spinal cord stimulator. She has not had any problems postoperative.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 53 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam is negative for motor or sensory deficit.

**IMPRESSION**: S/p spinal cord stimulator implant.

**RECOMMENDATIONS/PLAN**: The patient is doing great. She has zero pain with the use of her spinal cord stimulator. She was given a prescription for acute postop pain including hydrocodone. We would like to perform a UDS for prescription monitoring and compliance and our hopes to continue tapering narcotics as the stimulator is working. Follow-up in six weeks.

Physician Signature: Kevin P. McCarthy, M.D.

CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.

cg
dt: 10-8-21
*3435070*

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

## Bone and Joint Clinic of Baton Rouge

**PATIENT HISTORY**

**3435070**

**Teresa Lundberg**

9/28/21 WC is requesting a UDS at next office visit; hr

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: September 9, 2021 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She is s/p spinal cord stimulator implant 8-24-21. Overall, she states she is doing well from a postop standpoint. Unfortunately, she has had less leg coverage over the past few days. She was placed on Bactrim at her last visit for prophylactic measures. She is also here for a wound check.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 53 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam shows the patient's wounds are healed without erythema, drainage, or dehiscence. She has no focal motor or sensory deficit.

**IMPRESSION**: S/p spinal cord stimulator implant secondary to chronic lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: (1) The patient was sent down for two view thoracic x-rays today to assess lead placement. The leads are still in good position with no migration.

(2) She was reprogrammed today by the Boston Scientific representative. She did get complete coverage once again of her leg symptoms.

(3) Her wounds are healed and sutures were removed. She is now okay to shower.

(4) She was provided refills of her Norco for postop pain. Follow-up will be in four weeks. In that interim, she is to continue with no bend, lift, twist or overhead activity. She has no remaining questions.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.

cg
dt: 9-15-21
*3435070*



7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg Date: 8/25/2021
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

**8/25/2021** TERESA LUNDBERG

HISTORY OF PRESENT ILLNESS: The patient presents today for evaluation. She is status post spinal cord stim permanent implant yesterday on 08/24/2021. She is noticing some right abdominal pain burning feels like her skin is tearing. She denies any changes with her spinal cord stim adjusted. She denies any other issues with it. She does mention the Lidocaine Patches to this area have greatly helped. Unfortunately, she is having issues with her workers comp doing medications. Her workers comp has changed from her previous carrier to a different carrier and they do not have her information yet; therefore, they have not processed her prescriptions.
PHYSICAL EXAMINATION: 53-year-old female. Her dressings were examined times two thoracic and flank showing no swelling, clean, dry and intact.
Lumbar spine: Exam shows 5/5 bilateral extremity. Light touch intact.
RADIOGRAPHS: Two view thoracic spine x-rays obtained today AP and lateral show T7 lead assuming the bottom of this x-ray is T12.
IMPRESSION:

1. Status post spinal cord stim 08/24/2021.
2. Right side stomach pain.
3. Questionable radiculopathy.

RECOMMENDATIONS/PLAN: At this time, will continue Lidocaine and continue Neurontin. I did personally call her new workers comp to discuss what is going on in regards to her reimbursement of her medications. It was discussed with Amanda Norris that she unfortunately had to transfer this to her supervisor. She unfortunately has no control over what is going on. They have not received from the previous workers comp any of the information. She does mention that she did send it to the supervisor in an urgent manner since she is postop. In regards to additional medications, we did recommend the patient to be on Bactrim DS one p.o. b.i.d. #14. Will follow patient two weeks after her surgery which was yesterday.

**CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.**

Physician Assistant Signature: Kimberly Bergeron, PA-C
I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.
KB/mg
_3435070_1_KStorm;KMcCarthy_08252021_KMcCarthy
dt: 8/27/2021

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE
7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: August 23, 2021 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She has a diagnosis of chronic lumbar radiculopathy. She is tentatively scheduled for a spinal cord stimulator implant tomorrow morning. She had great coverage with the trial. She had labs done last week but unfortunately we do not have them yet. She did get psychiatric clearance and had her thoracic MRI done.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 53 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam shows 5/5 strength in both lower extremities. Sensation to light touch is intact. Gait is within normal limits.

**IMPRESSION**: Chronic lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: After a long discussion the patient does wish to proceed with permanent spinal cord stimulator implant. Consents were signed. We are awaiting her final labs which will be reviewed later today. She will return the morning after the implant for postop check-up. She is understanding to risk vs. benefit and does wish to proceed. All questions are answered.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.

cg
dt: 9-3-21
*3435070*

Patient Name: Teresa Lundberg Date: 06/25/2021
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

**06/25/2021** TERESA LUNDBERG

HISTORY OF PRESENT ILLNESS: The patient presents today for evaluation. Patient is 95% better with her spinal cord stimulator trial. She did very well. She is very pleased and is wanting to proceed ahead. She is able to do more with this implant and is very pleased with these results.
PHYSICAL EXAMINATION: Vital signs: Blood pressure 130/85. Respirations 14. Heart rate 80. Height 5' 9". Weight 265 pounds. Temp 97.3.
General: She presents as a pleasant, well developed, well nourished female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar exam shows 5/5 bilateral lower extremity with light touch intact. This exam was performed after the trial was removed.
RADIOGRAPHS: T-spine AP and lateral shows spinal cord stimulator trial leads in place.
IMPRESSION:

1. Status post spinal cord stimulator trial.
2. History of previous TLIF.

RECOMMENDATIONS/PLAN: At this time we will submit for a spinal cord stimulator permanent implant. Patient did very well with 95% relief. Patient wants a battery in her flank, not in her buttock. Her stimulator was removed today, bleeding was controlled and a band-aid was applied. We will refilled the patient's Flexeril, Norco request was submitted to Dr. McCarthy. We will follow patient one day after surgery or in four to six weeks. She cannot return to work at this time. Her MMI is unknown.

**CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.**

Physician Assistant Signature: Kimberly Bergeron, PA-C
I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.
KB/jd
_3435070_1_KStorm;KMcCarthy_06252021_KMcCarthy
dt: 7/1/2021

Patient Name: Teresa Lundberg    Date: 6/8/2021
Medical Record Number: 3435070    Location: Baton Rouge
Date of Birth:

**6/8/2021** TERESA LUNDBERG

HISTORY OF PRESENT ILLNESS: The patient presents today for evaluation. Patient is having low back pain, right leg pain. Patient is interested in a spinal cord stim. Patient does have occasional left leg symptoms. She does do Norco two to three times a day with no side effects. Lyrica one in the morning and two at night.
PHYSICAL EXAMINATION: Vital signs: Blood pressure 113/67. Respirations 14. Heart rate 101. Height 5' 9". Weight 265 pounds. Temp 96.4.
General: She presents as a pleasant, well developed, well-nourished 53-year-old female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar spine: Exam shows 4/5 in all muscle groups right lower extremity; left 5/5. Positive straight leg raise on the right. Decreased sensation on the right L4 distribution.
RADIOGRAPHS: Two view thoracic spine x-rays obtained today AP and lateral showing slight curvature of the thoracic spine with some slight anterior endplate changes noted throughout.
INTERVAL STUDIES: MRI of thoracic spine was reviewed from 03/10/2021.
IMPRESSION:

1. Chronic lumbar radiculopathy.
2. Status post L3 to S1 TLIF 02/19/2020.
3. Thoracic radiculopathy improved with ESI.

RECOMMENDATIONS/PLAN: At this time, we do recommend a spinal cord stim trial. We need her workers comp sheet to reflect that she still cannot return to work. She was given antibiotics of Bactrim DS to take during her trial. Will follow patient Friday after the trial.

**CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.**

Physician Assistant Signature: Kimberly Bergeron, PA-C
I was personally involved in this patient's care on this visit. I took the patient's history, reviewed any radiographs, performed a clinical physical examination, made the diagnosis and prescribed the treatment plan per the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.
KB/mg
_3435070_1_KStorm;KMcCarthy_06082021_KMcCarthy
dt: 6/14/2021

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

## Bone and Joint Clinic of Baton Rouge

**PATIENT HISTORY**

**3435070**

**Teresa Lundberg**

Clarification: We are requesting a SCS trial for the patient........................KSB 5/14/21 @ 1152

Patient Name: Teresa Lundberg Date: 05/10/2021
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

**05/10/2021** **TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: Patient presents today for evaluation. She is status post thoracic ESI T8, T9 on 4/23/21. She mentions it helped 75-80% better. Unfortunately, she is still having severe low back pain 8/10 down the right leg, it can alternate to the left leg. She has numbness and burning in the foot and is doing Norco and Lyrica.

**PHYSICAL EXAMINATION**:

General: She presents as a pleasant, well developed, well nourished female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Lumbar exam: Shows a positive straight leg raise on the right.

**IMPRESSION**:

1. Status post L3 to S1 TLIF 2/19/2020.
2. Thoracic radiculopathy bilaterally.
3. Chronic lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: At this time, we will submit for a spinal cord stim of Boston Scientific. Patient was given this info before in regards to Boston. She does mention she has had a previous psych eval. Please note, this spinal cord stim is a trial. A Norco request was submitted to Dr. McCarthy. We will follow patient back in four weeks. She cannot return to work at this time. Her MMI is unknown.

**CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.**

Physician Assistant Signature: Kimberly Bergeron, PA-C

THE SPINE CENTER at
BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 05/10/2021
Location: Baton Rouge Office

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

KB/aew

_3435070_1_KStorm;KMcCarthy_05102021_KMcCarthy
dt: 5/28/2021

Patient Name: Teresa Lundberg Date: 4/15/2021
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

**4/15/2021** **TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: The patient presents today for evaluation. Patient's symptoms are unchanged in the mid and low back. Patient's T8, T9 injection has been approved. She is still having continued mid-back pain across bilateral sides. She does do Norco two to three times a day with no side effects. Lyrica one in the morning and two at night with no side effects. Patient describes pain 6-7/10 and denies any recent accident or injury.
**PHYSICAL EXAMINATION**: Vital signs: Blood pressure 121/77. Respirations 12. Heart rate 69. Height 5' 9". Weight 216 pounds. Temp 97.1.
General: She presents as a pleasant, well developed, well-nourished female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar spine: Exam shows 4/5 all muscle groups on right lower extremity. Decreased sensation on the right L4 distribution.
**INTERVAL STUDIES**: MRI of thoracic spine shows multilevel disc protrusion effacing the anterior subarachnoid space T2-3, T4-5, T5-6, T6-7, T7-8. Suspected a T11 disc protrusion or extrusion with effacement of the anterior subarachnoid space.
**IMPRESSION**:
1. Status post L3 to S1 TLIF 02/19/2020.
2. Bilateral thoracic radiculopathy.
3. Chronic lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: At this time, a UDS was obtained today. Prescriptions were given. Norco times three; one today, a second one not to be filled until 04/29 and a third one May 13th. Thoracic ESI was consented for T8, T9 interlaminar which has been approved. Will follow patient two weeks after injection. PMP profile was checked today on 04/15/2021. The patient was prescribed one or more narcotic medication(s) today. Counseling was provided regarding the potential risks and side effects of this class of medication. This includes the most common side effects (including but not limited to nausea, dizziness, confusion, over sedation, and constipation), addictive potential and tolerance development, risk in pregnancy, withdrawal potential, and the risk for overdose and death. Dr. McCarthy did see this patient.

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 4/15/2021
Location: Baton Rouge Office

**CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.**

Physician Assistant Signature: Kimberly Bergeron, PA-C
I was personally involved in this patient's care on this visit. I took the patient's history, reviewed any radiographs, performed a clinical physical examination, made the diagnosis and prescribed the treatment plan per the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.
KB/mg
_3435070_1_KStorm;KMcCarthy_04152021_KMcCarthy
dt: 4/20/2021

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: March 15, 2021 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She notes pain in her mid back that wraps around bilaterally. She also has a sensation like her right great toe is "on fire". She had a lumbar epidural steroid injection 12-18-20 without relief. She has a history of open lumbar fusion 2-19-20. She underwent thoracic MRI, which we have for review.
Vital Signs: Blood pressure 95/53. Respiration 14. Heart rate 76. Height 5 ft. 9 in. Weight 265 lb. Temp 97.1.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 53 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar spine: Exam shows global weakness down the right leg at 4/5. Remaining muscle groups are 5/5. Sensation is decreased right L4 distribution, intact to the left. Remaining exam is normal.
**RADIOGRAPHS**: Three view lumbar spine x-ray AP, lateral, and spot show some definite rotation as this is not a true lateral. Cages appear in good position. There is no definitive failure or lucency although, again, there is rotation with the alignment.
**INTERVAL STUDIES**: MRI of the thoracic spine performed 3-10-21 shows multilevel disc protrusions at T2-3, T4-5, T5-6, T6-7, T7-8, and T11-12.
**IMPRESSION**:
(1) S/p L3-S1 TLIF 2-19-20.
(2) Thoracic pain.
(3) Thoracic herniated nucleus pulposus with radiculopathy.

**RECOMMENDATIONS/PLAN**: (1) The patient will proceed with thoracic epidural steroid injection for therapeutic and diagnostic purposes. The risks, benefits, and potential complications associated with ESI's were discussed in detail. These include but are not limited to bleeding, infection, injury to nerves or spinal cord, leakage of spinal fluid, symptoms getting worse, symptoms staying the same. The patient voiced understanding of all of this and has elected to proceed with the injection. She signed consent for T8-9 interlaminar injection.
(2) Going forward she is a possible candidate for spinal cord stimulator trial.
(3) She is requesting a refill of Norco. This will be submitted to Dr. McCarthy for approval.
(4) Follow-up will be two weeks post procedure and she is to call with questions or concerns prior.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel,

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070
Date of Birth:

Date:03/15/2021
Location: Baton Rouge Office

additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.

cg
dt: 3-23-21
*3435070*

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: January 4, 2021 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She is s/p lumbar epidural steroid injection 12-18-20. Unfortunately, she got no relief. In fact, her right side is no better and it has since aggravated her left side. She has burning if she lays on her left side. She has pain with any prolonged sit, stand or walk. She is also noting episodes where her pain gets really bad and causes pain in the rectal region and temporary numbness. This will only last for a few minutes and resolves. She has had no issues with incontinence or any other episodes of saddle anesthesia. She states that she has been approached about possible spinal cord stimulation and is interested going forward.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 53 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Exam shows 5/5 strength in all muscle groups of both legs. Sensation to light touch is intact. Gait is normal.
**RADIOGRAPHS**: Three view lumbar spine AP, lateral and spot show good position of the hardware without failure or lucency.
**IMPRESSION**: S/p L3-S1 TLIF 2-19-20.
**RECOMMENDATIONS/PLAN**: (1) The patient will be sent for thoracic MRI. I want to make sure there is no stenosis that would be causing any additional neurologic symptoms. She is interested in possible spinal cord stimulator trial and this would be necessary for that purpose as well.
(2) If the thoracic MRI is benign, we will likely proceed with spinal cord stimulator trial and potential implant.
(3) She is unable to perform any work at the present time.
(4) Refill request of her pain medication will be submitted to Dr. McCarthy for authorization. Follow-up will be after the MRI is performed. She has no remaining questions.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.

cg
dt: 1-7-21
*3435070*

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: December 17, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns today for follow-up. She is s/p L3-S1 TLIF 2-19-20. She is 10 months postop. She is continuing with right posterior leg pain in her buttock and posterior thigh. We recommended a lumbar epidural steroid injection which is approved. Her average pain level is 7/10. Her medication includes Lyrica, Flexeril, Robaxin, and Norco.
Vital Signs: Blood pressure 125/55. Respiration 12. Heart rate 75. Height 5 ft. 9 in. Weight 265 lb. Temp 97.1.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 53 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar spine: Exam shows 5/5 strength down both legs with sensation to light touch intact. Gait is normal.
**IMPRESSION**: (1) History L3-S1 TLIF 2-19-20.
(2) L5-S1 conjoined nerve root with no interbody spacer.
**RECOMMENDATIONS/PLAN**: (1) The recommended lumbar epidural steroid injection has been approved and the patient does wish to proceed. The risks and benefits associated with repeated ESI's were discussed in detail. These include but are not limited to problems associated with extended exposure to steroids along with the standard risks associated with this procedure. The patient did voice understanding of all of this and has signed informed consent for right L4 and L5 epidural steroid injection. A full H&P was performed in the clinic today.
(2) Follow-up will be two weeks postop.

Physician Assistant Signature: Meegan Domangue, PA-C

I was personally involved in this patient's care on this visit. I reviewed the patient's history and radiographs, performed a clinical physical examination and agree with the above diagnosis and treatment plan per the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.

cg
dt: 1-7-21
*3435070*

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE
7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg Date: 10/16/2020
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

**10/16/2020 TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: Patient presents today for evaluation. Patient is doing water PT 8 sessions, land PT 4 sessions with no help. Patient is having low back pain, right leg pain, posterior leg with weakness and numbness. Patient is doing Lyrica one in the morning, two at night, Norco BID, Robaxin not taking, Flexeril at night. Patient's physical therapy mentions that they did some type of roller to her back, she had increased symptoms. The leg pain started after that therapy. At this time, she is questioning additional options.
**PHYSICAL EXAMINATION**: Vital signs: Blood pressure: 114/69. Respiration: 12. Heart rate: 70. Height: 5'9". Weight: 265 lbs. Temp.: 97.1.
General: She presents as a pleasant, well developed, well nourished female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar exam: Shows 5/5 bilateral extremity. Increased pain with flexion and extension with a positive straight leg raise on the right.
**RADIOGRAPHS**: Three view lumbar spine x-rays obtained today AP, lateral and spot views show hardware okay from L3-S1. There are some SI joint degenerative changes.
MRI lumbar spine is from 8/11/2020 showing conjoined nerve root on the L5-S1.
**IMPRESSION**:

1. Status post TLIF L3-S1 2/19/2020.
2. Right lumbar radiculopathy.
3. History of microdiscectomy 2008 L4, L5.

**RECOMMENDATIONS/PLAN**: At this time, we do recommend holding PT. We will do one pill at night. We do recommend an ESI of right L4, L5. We will do Norco, one today, second one not to be filled until October 30. We will follow patent back in four weeks or two weeks after injection. If no better, we possibly need a CT lumbar spine or pelvis. Spinal cord stim is also an option. Dr. McCarthy did see this patient. Patient cannot return to work at this time. Her MMI is unknown.

**CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.**

Physician Assistant Signature: Kimberly Bergeron, PA-C

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE
7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 10/16/2020
Location: Baton Rouge Office

I was personally involved in this patient's care on this visit. I took the patient's history, reviewed any radiographs, performed a clinical physical examination, made the diagnosis and prescribed the treatment plan per the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

KB/aew
_3435070_1_KStorm;KMcCarthy_10162020_KMcCarthy
dt: 11/24/2020

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: August 20, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: She returns to clinic today for follow-up. She is s/p open TLIF L3-S1 2-19-20. She had a MRI 8-11-20. She is complaining of low back pain without radiating lower extremity pain but she does have some chronic right lower extremity numbness, otherwise, no significant symptoms in the legs. She uses Norco, Flexeril, and Zanaflex. Pain scale is 8/10.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam shows 4/5 right quadriceps, iliopsoas, and tibialis anterior, otherwise, 5/5 bilateral. Decreased sensation right L4 nerve root distribution.

**RADIOGRAPHS**: Three view lumbosacral spine AP, lateral and spot show good position of the hardware without lucency or failure.

**INTERVAL STUDIES**: MRI scan of the lumbar spine performed at Our Lady of the Lake Hospital shows postop changes consistent with L3-S1 TLIF. There is diffuse dorsal epidural scar appearing into the L4-5 neural foramen. No significant central canal stenosis at any level.

**IMPRESSION**: S/p open TLIF L3-S1 2-19-20.

**RECOMMENDATIONS/PLAN**: We reviewed the MRI. There is no evidence of neural compression. We did discuss that she just needs to give more time for the healing process. We would also like to initiate aquatic physical therapy and transition to land based exercises once she completes the aquatic portion. She was given refills of medications including hydrocodone and Flexeril. Follow-up in eight weeks.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 8-28-20
*3435070*

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 07/22/2020

Location: Baton Rouge

**07/22/2020** **TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: Patient presents today for evaluation. Patient is status post ESI of right side L4, L5 on 6/30/2020. She is a previous TLIF L3-S1 on 2/19/2020. She unfortunately mentions that it did help, about 70-80% improvement. However, now it is back to where it was. She describes pain 6-7/10 especially with movement. She has tried therapy, six sessions, and still has continued symptoms right side pulling as well as right leg pain down the lateral leg with numbness in the foot and weakness. The patient has tried Norco, Zanaflex and Lyrica.

**PHYSICAL EXAMINATION**: I have a 52-year-old female. Appears age. Normal mood. Lumbar exam: Shows quad, iliopsoas, TA 4/5. Remaining muscle groups right and left 5/5. Decreased sensation on the right L4 distribution.

**RADIOGRAPHS**: Three view lumbar spine x-rays obtained today AP, lateral and spot views show hardware from L3-S1. Interbody cages show good interbody growth at the L3-L4 level. Appears to be good posterior lateral graft developing from L4-S1 bilaterally.

**IMPRESSION**:

1. Status post open TLIF L3-S1 2/19/2020.
2. Right lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: At this time, I recommend an MRI lumbar spine with and without contrast. Will continue meds. We will follow patient back in four weeks. Please note, patient cannot return to work at this time. MMI is unknown.

Physician Assistant Signature: Kimberly Bergeron, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

KB/aew
_3435070_1_KStorm;KMcCarthy_07222020_KMcCarthy
dt: 7/30/2020

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: June 2, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient presents to clinic today for two month follow-up s/p a L3-S1 open TLIF on 2-19-20. Her symptoms are unchanged. No recent accident or injury. She complains of low back pain, right leg pain, burning pain down the leg to the big toe with numbness in a L4 distribution. No left leg symptoms. Symptoms have persisted and are unchanged since last office visit. She also has right leg spasms. She takes Norco every 4 hours as well as Zanaflex and Lyrica. No other issues or complaints at this time.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar spine: Gross examination shows the patient to be free of deformity or swelling. There is no obvious list. There is no significant tenderness to palpation. Motion is good with respect to flexion and extension. There is no pain on either maneuver. Strength in both lower extremities with respect to iliopsoas, hamstring, quadriceps, tibialis anterior, external hallucis longus, and gastrocsoleus shows 4-4+/5 right tibialis anterior, extensor hallucis longus, gastrocsoleus, and peroneal; otherwise, 5/5 bilaterally. Hypersensitive to touch in the L4-S1 distribution to the right. Deep tendon reflexes at both patella and Achilles are 2+ and equivocal bilaterally. Straight leg raises in the seated position is positive to the right, negative to the left. The left only causes increased low back pain. There is no significant muscular atrophy. The patient ambulates with an antalgic gait. Dorsalis pedis pulses are 1+ and equivocal bilaterally. There is no clonus present.
**RADIOGRAPHS**: Three view lumbar spine AP, lateral and spot show evidence of a L3-S1 TLIF. L3-4 and L4-5 interbody cage with increased bone growth. No acute findings. All hardware is in good position. No acute abnormalities seen in comparison to previous postoperative x-rays.
**IMPRESSION**: (1) S/p L3-S1 open TLIF on 2-19-20.
(2) Postoperative low back pain with right lumbar radiculopathy.
**RECOMMENDATIONS/PLAN**: (1) Refilled Norco per Dr. McCarthy today in clinic on 6-2-20 and a post dated script for 6-15-20. Post dated script was given secondary to the COVID pandemic to decrease transportation. She was also given refills of Zanaflex and Lyrica today in clinic per Dr. McCarthy as well.
(2) We will submit to workman's comp for right L4 and L5 epidural steroid injection. This will be the first in a series. The risks, benefits, and potential complications associated with ESI's were discussed in detail. These include but are not limited to bleeding, infection, injury to nerves or spinal cord, leakage of spinal fluid, symptoms getting worse, symptoms staying the same. The patient voiced understanding of all of this and has elected to proceed with the injection. She will return to clinic two weeks after the epidural steroid injection or in four to six weeks.
(3) If no better after the epidural steroid injection, the patient would be a candidate for updated MRI scan of the lumbar spine with and without contrast.
(4) We will also submit for physical therapy postop TLIF for low back core strengthening, improved mobility, and lower extremity strengthening.
(5) We will keep the patient out of work until next office visit.
(6) PMP was checked 6-2-20 and was appropriate at that time. The patient was prescribed one or more narcotic medication(s) today. Counseling was provided regarding the potential risks and side effects of this class of medication. This includes the most common side effects (including but not limited to nausea, dizziness, confusion, over sedation, and constipation), addictive potential and tolerance development, risk in pregnancy, withdrawal potential, and the risk for overdose and death. MMI status unknown. Work status unchanged.

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070
Date of Birth:

Date:06/02/2020
Location: Baton Rouge Office

Patrick A PA-C

Physician Assistant Signature: Patrick Arcement, PA-C

I was personally involved in this patient's care on this visit. I reviewed the patient's history and radiographs, performed a clinical physical examination and agree with the above diagnosis and treatment plan per the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 6-22-20
*3435070*

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: March 30, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: She returns to clinic today for follow-up s/p L3-S1 open TLIF 2-19-20. The patient reports she is doing better and overall symptoms are improved. She does have low back pain with occasion burning in the right leg but overall better. She reports that the symptom in the leg is better than her preop state and she rates her pain 4/10. She also reports having had a thrush infection. She uses Lyrica, Zanaflex, Norco, and OxyContin 20 mg.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam shows the wound is benign with no evidence of dehiscence, erythema, or wound drainage.

**RADIOGRAPHS**: Three view lumbosacral spine AP, lateral and spot show hardware and graft consistent with TLIF at L3-4 and L4-5. There was no interbody spacer placed at L5-S1 secondary to an intraoperative conjoined nerve root that was identified. There are posterior pedicle screws from L3-S1 all of which are in good position.

**IMPRESSION**:
(1) S/p posterior lateral fusion L3-S1.
(2) S/p TLIF L3-4 and L4-5 2-19-20.

**RECOMMENDATIONS/PLAN**: She is doing well. Symptoms appear to be getting better. Her wound is benign. She was educated on continuation of postop restriction including no bending, lifting or twisting. She is given the okay to discontinue her brace. She was given a prescription of Norco to use as needed for pain control. We will start to wean the OxyContin. Follow-up in eight weeks.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 4-8-20
*3435070*

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE
7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: March 16, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She is s/p TLIF 2-19-20. She was given topical antiinflammatory cream which has helped her leg symptoms. She is not burning. She does have new pain in the left low back. She is here primarily for wound check and suture removal. Her medications include Lyrica, OxyContin, Norco, Flexeril, and Zanaflex.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar spine: Exam shows 5/5 strength down both legs. Sensation to light touch is intact. The wound is healed. She is having a suture reaction with a bit of erythema over each of the suture sites. There is no erythema or signs of infection at the central incision itself.
**RADIOGRAPHS**: Three view lumbar spine AP, lateral and spot show good position of the hardware without failure or lucency.
**IMPRESSION**: S/p L3-S1 open TLIF.
**RECOMMENDATIONS/PLAN**: (1) The patient's sutures were removed today and a sterile bandage was applied. She will be placed on Bactrim for prophylactic measures due to some of the erythema that was starting from suture reaction.
(2) She was given refills today of OxyContin with Norco for breakthrough pain. She was also given refills of Zanaflex for spasm. She can increase the dose of Lyrica if her leg symptoms worsen. She will return back in two weeks with repeat x-rays and check-up. She has no remaining questions today.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 3-29-20
*3435070*

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: March 5, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: Ms. Lundberg returns today for routine postoperative check s/p open TLIF L3-S1 on 2-19-20. She reports some burning in the right anterior shin as well as some right anterior thigh pain. She rates her pain 9/10.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
On exam her wound is clean, dry, and intact. There is no evidence of erythema, drainage, or swelling.
**RADIOGRAPHS**: Radiographs taken include AP and lateral of the lumbar spine show good position of the lumbar hardware. There is good lordosis that is present. Interbody spacers are in appropriate position.
**IMPRESSION**: S/p open TLIF 2-19-20 L3-S1.
**RECOMMENDATIONS/PLAN**: We recommend topical compound cream for treatment of symptoms in the shin. This can be applied as directed. In addition, we are going to give her patient a prescription for Lyrica 75 mg t.i.d. PMP was checked today and found to be appropriate from 3-5-20. We are going to plan to remove the sutures on return to clinic. We gave the patient a prescription for OxyContin 20 mg ER 1 tab p.o. b.i.d. #14. We will have the patient return for follow-up in 10 days time.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 4-7-20
*3435070*

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: February 13, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She has a diagnosis of lumbar stenosis with radiculopathy. She continues with back pain that radiates into her right leg. She feels like her foot is getting weaker and gets stuck when she is walking. She is tentatively scheduled for surgery and here to further discuss that recommendation. She denies any new injury or change in her symptoms since last visit.
Vital Signs: Blood pressure 105/22. Respiration 12. Heart rate 79. Height 5 ft. 9 in. Weight 253 lb. Temp 98.2.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar spine: Exam shows motor weakness measuring 4/5 quad and hamstring, 4+/5 iliopsoas, 4-/5 tibialis anterior. Remaining muscle groups are all intact at 5/5. Sensation to light touch is intact. Gait is antalgic.
**IMPRESSION**: (1) Lumbar stenosis.
(2) Lumbar radiculopathy.
**RECOMMENDATIONS/PLAN**: After a long discussion, the patient does wish to proceed with the proposed surgery. She will undergo updated x-rays today as she has not had any x-ray imaging since 2008. She will also undergo DEXA scan for postop guidance. All of her preop studies have been reviewed and are found to be appropriate. She is to continue her current medication until surgery. Follow-up will be two weeks postop. She has no remaining questions.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 2-24-20
*3435070*



7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

# Bone and Joint Clinic of Baton Rouge

**PATIENT HISTORY**

**3435070**

**Teresa Lundberg**

Please review MRI Pelvis at follow up visit. May need eval with GYN in regards to findings....KSB 1/22/2020 @ 1454

**ORTHOPEDIC SURGERY CENTER, LLC**
**7301 HENNESSY BLVD., STE. 100**
**BATON ROUGE, LA 70808**

**OPERATIVE REPORT**

**NAME OF PATIENT:** TERESA C. LUNDBERG

**DATE OF BIRTH:**

**ACCOUNT NUMBER:** 160084

**DATE OF SURGERY:** 8/24/2021

**PREOPERATIVE DIAGNOSIS:** Lumbar radiculopathy, chronic

**POSTOPERATIVE DIAGNOSIS:** Lumbar radiculopathy, chronic

**PROCEDURE:**

1. Laminectomy with placement of permanent spinal cord stimulator paddle lead
2. Placement of pulse generator right flank
3. Intraoperative programming of spinal cord stimulator
4. Fluoroscopic imaging for guidance of above

**SURGEON:** Kevin P. McCarthy, M.D.

**ASSISTANT:** Christina Landry, PA-C

**ANESTHESIA:** General endotracheal

**HARDWARE IMPLANTED:** Boston Scientific

**HISTORY OF PRESENT ILLNESS:** The patient is a 53-year-old female who had a previous spinal cord stimulator trial with good relief. She is interested in permanent placement. The risks, indications and potential complications from this were discussed. She appeared to understand and wished to proceed. Consent was reviewed in full detail. It was then signed and placed in the chart.

**DESCRIPTION OF PROCEDURE:** The patient was taken to the operating room. She underwent general endotracheal anesthesia without difficulty. Evoke potential monitoring leads were placed on the arms and legs. The patient was monitored throughout the procedure. The patient was placed prone position on the operating room table. Arms were placed on the side on well padded arm boards less than 80 degrees abducted. The thoracolumbar and buttock regions were prepped and draped in the standard sterile fashion. Imaging was used to localize the site of

**ORTHOPEDIC SURGERY CENTER**
**Baton Rouge, LA**

**OPERATIVE REPORT**

TERESA C. LUNDBERG
Page 2

the skin incision was to be over the 8-9 level. The flank incision was also marked, measuring the distance from the ribs and iliac crest. A transverse incision was made for the battery. Dissection was carried down to create a subcutaneous pocket. The incision was made over the laminectomy site and dissection was carried down to the laminar and facet joints. Retractors were placed. Imaging was used to confirm the 8-0 level. A laminectomy was then performed. This was done by removing the posterior eminence using a rongeur, as well as a Kerrison punch. The ligamentum flavum was undermined using a Woodson elevator and an angled micro curette and removed using a Kerrison punch. The paddle lead was then easily slid into position in the epidural space. Imaging confirmed position. It was then sutured to the cauda spinous process. Final imaging was obtained to confirm position as compared to the trial, which was found to be adequate. A tunneling device was used to tunnel leads from the laminectomy site to the subcutaneous pocket. Here it was attached to the battery and the intraoperative programming was performed. The wound was irrigated. Everything was tightened down. The battery was sutured into position. Impedances were checked and found to be adequate. The wounds were again irrigated. It was confirmed all bleeding was control. The wound was then closed using standard technique. Dressings were applied at both wounds. The patient was then rolled to the supine position, awakened from anesthesia, extubated and taken to the recovery room without difficulty or complication.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_08242021_Op Note*

*dd: 8/24/2021*
*dt: 8/25/2021*

**ORTHOPEDIC SURGERY CENTER, LLC**
**7301 HENNESSY BLVD., STE. 100**
**BATON ROUGE, LA 70808**

## OPERATIVE REPORT

**NAME OF PATIENT:** TERESA C. LUNDBERG

**DATE OF BIRTH:**

**ACCOUNT NUMBER:** 159129

**DATE OF SURGERY:** 6/22/2021

**PREOPERATIVE DIAGNOSIS:** Chronic radiculopathy

**POSTOPERATIVE DIAGNOSIS:** Chronic radiculopathy

**PROCEDURE:**

1. Placement of percutaneous spinal cord stimulator trial lead x 2
2. Intraoperative programming
3. Fluoroscopic imaging for guidance of above

**SURGEON:** Kevin P. McCarthy, M.D.

**ASSISTANT:** Christina Landry, PA-C

**ANESTHESIA:** IV sedation

**HARDWARE IMPLANTED:** Boston Scientific

**HISTORY OF PRESENT ILLNESS:** The patient is a 53-year-old female who presented with chronic radiculopathy. She was deemed an appropriate candidate for a spinal cord stimulator trial. Risks, indications and potential complications were fully discussed. The patient appeared to understand and wished to proceed. Consent was reviewed in full detail, signed and then placed in the chart.

**DESCRIPTION OF PROCEDURE:** The patient was taken to the operating room and was placed in the prone position on the operating room table. Some mild sedation was administered. The patient was largely awake for the procedure. The thoracolumbar region was prepped and draped in standard sterile fashion.

Using a Tuohy needle, loss of resistance technique was used to enter the epidural space in the interlaminar region. The spinal cord stimulator lead was then driven up in the posterior epidural space to the appropriate level. This was repeated for the contralateral side. Once both leads

**ORTHOPEDIC SURGERY CENTER**
**Baton Rouge, LA**

**OPERATIVE REPORT**



were in appropriate position, they were attached to the computer and intraoperative testing and programming was performed. The patient got adequate coverage in the appropriate positions. The needles were then carefully removed as well as the stylette. Imaging showed that the spinal cord stimulator leads did not move and they were in appropriate position. The leads were then taped down. The patient was then rolled to the supine position and taken to the recovery room without difficulty or complication. Further programming was performed in the recovery area.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_06222021_KMcCarthy*

*dd: 6/26/2021*
*dt: 6/29/2021*

**ORTHOPEDIC SURGERY CENTER, LLC**
**7301 HENNESSY BLVD., STE. 100**
**BATON ROUGE, LA 70808**

**OPERATIVE REPORT**

| | |
|---|---|
| **NAME OF PATIENT:** | TERESA C. LUNDBERG |
| **DATE OF BIRTH:** | |
| **ACCOUNT NUMBER:** | 157900 |
| **DATE OF SURGERY:** | 4/23/2021 |
| **PREOPERATIVE DIAGNOSIS:** | Thoracic radiculopathy |
| **POSTOPERATIVE DIAGNOSIS:** | Thoracic radiculopathy |
| **PROCEDURE:** | 1. Fluoroscopically guided interlaminar thoracic injection in the T8, T9 level<br>2. Epidurogram, thoracic interlaminar<br>3. Fluoroscopic imaging for guidance of above |
| **SURGEON:** | Kevin P. McCarthy, M.D. |
| **ANESTHESIA:** | Monitored anesthesia care. |

**HISTORY OF PRESENT ILLNESS:** The patient is a 52-year-old female who presented with neck and upper extremity symptoms. The patient was interested in having treatment for this problem. Risks, indications, and potential complications from interlaminar thoracic injection were discussed in detail. The patient appeared to understand and wished to proceed. Consent was reviewed in full detail, signed, and placed on the chart.

**DESCRIPTION OF PROCEDURE:** The patient was taken to the operating room and placed prone on the operating room table with arms at the side. The patient was administered monitored anesthesia care and the upper thoracic region was prepped and draped in a standard sterile fashion. Fluoroscopic imaging was used to localize the interlaminar space between T8 and T9. This was obliqued very slightly to reveal the lamina on the one side. A marker was used to mark the skin overlying the lamina of T8 and T9. This area was injected with local anesthetic. A Tuohy needle was then advanced fluoroscopically down to the lamina of T8 and T9. Contact was made at this proximal lamina. Using loss of resistance technique with a glass syringe, the needle was then advanced into the interlaminar space in the epidural region. Loss of resistance was obtained. Aspiration was performed to confirm no return of blood or CSF.

**ORTHOPEDIC SURGERY CENTER**
**Baton Rouge, LA**

**OPERATIVE REPORT**

TERESA C. LUNDBERG
Page 2

Once loss of resistance was obtained, a contralateral oblique image was obtained that showed appropriate position of the tip of the needle. An ipsilateral oblique was also obtained, as well as the lateral image. This all showed the needle tip to be in what was felt to be appropriate position. A small amount of contrast was injected. This showed flow into the epidural space. This appeared vacuolated and had the appropriate appearance. Aspiration was then performed without any return of blood or CSF. Injection with steroid and local anesthetic was then performed. The needle was then removed. The upper back was cleansed. Band-Aid was placed where appropriate. The patient was rolled to the supine position, awakened from anesthesia, and taken to the recovery room without difficulty or complication.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_04232021_KMcCarthy*

*dd: 4/26/2021*
*dt: 4/28/2021*

**ORTHOPEDIC SURGERY CENTER, LLC**
**7301 HENNESSY BLVD., STE. 100**
**BATON ROUGE, LA 70808**

## THORACIC EPIDUROGRAM REPORT

**NAME OF PATIENT:** TERESA C. LUNDBERG

**DATE OF BIRTH:**

**ACCOUNT NUMBER:** 157900

**DATE OF SURGERY:** 4/23/2021

**PREOPERATIVE DIAGNOSIS:** Thoracic radiculopathy

**POSTOPERATIVE DIAGNOSIS:** Thoracic radiculopathy

**PROCEDURE:**
1. Fluoroscopically guided interlaminar thoracic injection at the T8, T9 level
2. Epidurogram, thoracic interlaminar
3. Fluoroscopic imaging for guidance of above

**SURGEON:** Kevin P. McCarthy, MD

**DESCRIPTION OF PROCEDURE:** The position of the needle was confirmed on imaging and the contrast was then injected. There was no block to flow of the contrast. There was good spread of the contrast into the epidural space. There was no evidence of any lesions or extra dural compression that was visible on the epidurogram. It appeared to be a normal epidurogram of the thoracic spine.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_04232021_KMcCarthy*

*dd: 4/26/2021*
*dt: 4/28/2021*

**ORTHOPEDIC SURGERY CENTER, LLC**
**7301 HENNESSY BLVD., STE. 100**
**BATON ROUGE, LA 70808**

## OPERATIVE REPORT

**NAME OF PATIENT:** TERESA C. LUNDBERG

**DATE OF BIRTH:**

**ACCOUNT NUMBER:** 155235

**DATE OF SURGERY:** 12/18/2020

**PREOPERATIVE DIAGNOSIS:** Lumbar radiculopathy

**POSTOPERATIVE DIAGNOSIS:** Lumbar radiculopathy

**PROCEDURE:** Right sided L4, L5 transforaminal fluoroscopically guided epidural steroid injections

**SURGEON:** Kevin P. McCarthy, MD

**ANESTHESIA:** Monitored anesthesia care

**HISTORY OF PRESENT ILLNESS:** The patient is a 53-year-old female who presents with back and lower extremity pain. Treatment options were discussed in detail including epidural steroid injections. Risks, indications, and potential complications were discussed in detail. The patient appeared to understand and wished to proceed with these injections. Consent was reviewed in full detail, signed, and placed on the chart.

**DESCRIPTION OF PROCEDURE:** The patient was taken to the operating room and placed prone on the operating room table. Monitored anesthesia care was administered without difficulty. The patient was monitored throughout the procedure. The lumbosacral region was prepped and draped in a standard sterile fashion. Fluoroscopic imaging was used to localize the foramina of the L4 and L5 levels on the right. Local anesthetic was administered to the skin. Two 22-gauge spinal needles were then guided fluoroscopically into the foramina of the L4 and L5 levels on the right. The position of the tip of the needle was confirmed in AP and lateral planes and found to be adequate. Aspiration confirmed no return of blood or CSF. Injection was then performed which included a mixture of steroid and local anesthetic.

Injection was then performed which included a mixture of steroid and local anesthetic. The needles were then removed. The back was cleansed. Band-Aids were placed where appropriate.

**ORTHOPEDIC SURGERY CENTER**
**Baton Rouge, LA**

**OPERATIVE REPORT**

TERESA C. LUNDBERG
Page 2

The patient was awakened from anesthesia and taken to the recovery room without difficulty or complication.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_12182020_KMcCarthy*

*dd: 12/18/2020*
*dt: 12/21/2020*

**ORTHOPEDIC SURGERY CENTER, LLC**
**7301 HENNESSY BLVD., STE. 100**
**BATON ROUGE, LA 70808**

## OPERATIVE REPORT

**NAME OF PATIENT:** TERESA C. LUNDBERG

**DATE OF BIRTH:**

**ACCOUNT NUMBER:** 151308

**DATE OF SURGERY:** 6/30/2020

**PREOPERATIVE DIAGNOSIS:** Lumbar radiculopathy

**POSTOPERATIVE DIAGNOSIS:** Lumbar radiculopathy

**PROCEDURE:** Right sided L4, L5 transforaminal fluoroscopically guided epidural steroid injections

**SURGEON:** Kevin P. McCarthy, MD

**ANESTHESIA:** Monitored anesthesia care

**HISTORY OF PRESENT ILLNESS:** The patient is a 52-year-old female who presents with back and lower extremity pain. Treatment options were discussed in detail including epidural steroid injections. Risks, indications, and potential complications were discussed in detail. The patient appeared to understand and wished to proceed with these injections. Consent was reviewed in full detail, signed, and placed on the chart.

**DESCRIPTION OF PROCEDURE:** The patient was taken to the operating room and placed prone on the operating room table. Monitored anesthesia care was administered without difficulty. The patient was monitored throughout the procedure. The lumbosacral region was prepped and draped in a standard sterile fashion. Fluoroscopic imaging was used to localize the foramina of the L4 and L5 levels on the right. Local anesthetic was administered to the skin. Two 22-gauge spinal needles were then guided fluoroscopically into the foramina of the L4 and L5 levels on the right. The position of the tip of the needle was confirmed in AP and lateral planes and found to be adequate. Aspiration confirmed no return of blood or CSF. Injection was then performed which included a mixture of steroid and local anesthetic.

Injection was then performed which included a mixture of steroid and local anesthetic. The needles were then removed. The back was cleansed. Band-Aids were placed where appropriate.

**ORTHOPEDIC SURGERY CENTER**
**Baton Rouge, LA**

**OPERATIVE REPORT**

TERESA C. LUNDBERG
Page 2

The patient was awakened from anesthesia and taken to the recovery room without difficulty or complication.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_06302020_KMcCarthy*

*dd: 6/30/2020*
*dt: 7/1/2020*

Patient Name: LUNDBERG, TERESA
Patient Number: M000060887
Admit Date: 02/19/2020
DOB: 10/23/1967

Dictating Physician: Kevin McCarthy, M.D.

Date of Service: 02/19/2020

OPERATIVE REPORT

**PREOPERATIVE DIAGNOSES:**
1. Lumbar stenosis.
2. Lumbar radiculopathy.
3. Lumbar spondylosis.
4. Lumbar herniated nucleus pulposus.

**POSTOPERATIVE DIAGNOSES:**
1. Lumbar stenosis.
2. Lumbar radiculopathy.
3. Lumbar spondylosis.
4. Lumbar herniated nucleus pulposus.

**PROCEDURE:**
1. Smith-Petersen osteotomy, L3-L4, L4-L5, and L5-S1.
2. Discectomy with interbody fusion, L3-L4, L4-L5, and L5-S1.
3. Interbody structural cage, L3-L4, L4-L5, and L5-S1.
4. Posterior instrumentation, L3-L4, L4-L5, and L5-S1.
5. Posterior lateral fusion, L3-L4, L4-L5, and L5-S1.
6. Local autograft.
7. Fluoroscopic imaging for placement of above instrumentation.
8. Application of amnion membrane to prevent future adhesions.

**SURGEON:** KEVIN MCCARTHY, M.D.

**ASSISTANT:** Christina Lander, PA-C.

**ANESTHESIA:** General endotracheal.

**HISTORY OF PRESENT ILLNESS:** The patient is a 52-year-old woman who presented with back and lower extremity symptoms. She had had nonoperative treatment without long-term relief. She is interested in operative intervention. Risks, indications, and potential complications from surgery were discussed. The patient appeared to understand and wished to proceed. Consent was reviewed in full detail. It was then signed and placed in the chart.

**PROCEDURE IN DETAIL:** The patient was taken to the Operating Room and underwent general endotracheal anesthesia without difficulty. Evoked potential monitoring leads were placed on the arms and legs. The patient was monitored throughout the procedure. The patient was placed in a prone position on the Wilson frame and Jackson table. Arms were placed at the side on well-padded arm boards less than 90 degrees abducted. The lumbosacral region was prepped and draped in standard sterile fashion. Fluoroscopic

imaging was used to localize the site of the skin incision. This was made in midline at L3 down to S1. Dissection was carried down through the lamina and facet joint. Retractors were then placed. Imaging was used to confirm the level. A Smith-Petersen osteotomy was performed at L3-L4, L4-L5, and L5-S1. The posterior elements were completely removed from lateral facet to mid-line. This allowed completion of the osteotomy for maximal lordosis creation. This is done by undermining and removing the lamina and facet joints using a Woodson elevator as well as a Kerrison punch and rongeur. Residual ligamentum and lamina were undermined with Woodson elevator and removed using a Kerrison punch. Thecal sac and nerve root were easily visualized. These were adequately decompressed by direct visualization as well as palpation using the Woodson elevator. This was performed at L3-L4, L4-L5, and L5-S1. At each of these levels, the thecal sac and nerve root were gently retracted. Annulotomy and discectomy was then performed at each level. End plates were decorticated using a curette as well as spinners. The anterior interspaces were packed with graft using the bone funnel. The PEEK spacers of appropriate size was judged by trials and packed with graft and gently impacted into position. Imaging showed appropriate position of the spacers at each level. Screws were then placed at L3, L4, L5, and S1 on both sides. This was done using standard technique. A small starting hole was created using a drill. Lenke probe was then used to cannulate the pedicle. The pedicle hole was probed using multiprobe and found to be intact with no evidence of breach. Pedicle screws and bone graft were placed into position and tightened down at each level. Imaging showed appropriate position of all screws and hardware. These were tested using EMG monitoring and found to have adequate threshold. Rods were then placed, set screws were placed and tightened down. Set screws were then torqued after compression at each level to maximize the lordosis. Posterior lateral gutter was decorticated using a high-speed bur. It was then packed with local autograft as well as DBM. Amnion was then laid at the thecal sac to prevent future adhesions.

The wound was then closed using standard technique. Dressings were applied. The patient was rolled to the supine position, awakened from anesthesia, extubated, and taken to Recovery without difficulty or complication.

Electronically signed by: Kevin McCarthy, M.D.
Signed: 3/5/2020 5:12:27 AM

Job#: 209663092

Imaging Center of Louisiana

Accredited by the American College of Radiology

8338 SUMMA AVE #100
BATON ROUGE, LA 70809
p: (225)761-8988
f: (225)761-8940

Report provided by:
Radiology Specialists, LLC

Patient Name: LUNDBERG, TERESA
ID Number: RS586934
DOB: Gender: F
Referring Physician: MCCARTHY, KEVIN MD
Contrast:

Examination: MRI LUMBAR W/O
Accession Number: RSA428625
Exam Date/Time: 10-Jan-2022 01:40:43 PM
Radiologist: KNOX, BRUCE

**STUDY: MRI lumbar spine**

**HISTORY**: Workers comp injury in 2008 and now with a recent fall at home several months ago with acquired low back pain radiating into right hip and leg.

**TECHNIQUE**: Sagittal T1 weighted T2 weighted and STIR images of the lumbar spine axial T1 weighted and T2 weighted images of the lumbar spine are presented.

**FINDINGS**: The height of the lumbar vertebral bodies is maintained. There is normal lordotic curvature and alignment. No evidence of acute fracture is seen. There is evidence of extensive prior surgery with bilateral transpedicular screws seen at the L3, L4, L5, and S1 levels with posteriorly positioned metallic fixation hardware. There is a laminectomy defect extending from the L3-4 through L5-S1 levels. The lower cord and conus are without signal abnormalities.

T11-12: There is a broad-based disc herniation eccentric to the right which extends approximately 3 mm beyond the vertebral body margin causing mass effect on the right ventral aspect of the thecal sac but no cord deformity. There is mild central canal narrowing. The neural canals remain patent superiorly.

L1-2: No disc herniation central canal stenosis or neural canal narrowing is seen.

L2-3: There is disc bulging approximately 2 mm beyond the vertebral body margin eccentric to the right and disc combines with ligamentous and facet hypertrophy result in neural canal narrowing bilaterally. No central canal stenosis is seen.

L3-4: The extensive postoperative changes. No residual recurrent disc herniation is seen. There is neural canal narrowing bilaterally due to ligamentous and facet hypertrophy.

L4-5: There postoperative changes. No residual recurrent disc herniation is seen. There is neural canal narrowing bilaterally due to ligamentous and facet hypertrophy.

Imaging Center of Louisiana

Accredited by the American College of Radiology

8338 SUMMA AVE #100
BATON ROUGE, LA 70809
p: (225)761-8988
f: (225)761-8940

Report provided by:
Radiology Specialists, LLC

Patient Name: LUNDBERG, TERESA
ID Number: RS586934
DOB: Gender: F
Referring Physician: MCCARTHY, KEVIN MD
Contrast:

Examination: MRI LUMBAR W/O
Accession Number: RSA428625
Exam Date/Time: 10-Jan-2022 01:40:43 PM
Radiologist: KNOX, BRUCE

L5-S1: There are postoperative changes. There is ligamentous and facet hypertrophy and bilateral neural canal narrowing. No disc herniation or central canal compromise is seen. There is some increased soft tissue intensity in the left anterior epidural space partially obscuring the S1 nerve root on the left this could represent scar or disc material. Contrast would be helpful for to differentiate scar from disc is recommended if clinically indicated.

**IMPRESSION:**

1. Broad-based disc herniation eccentric to the right T11-12 with mild central canal stenosis.

2. Disc bulging L2-3 eccentric to the right with bilateral neural canal narrowing.

3. Postoperative changes previous fusion and bilateral neural canal narrowing L3-4 and L4-5 levels.

4. Postoperative changes L5-S1. There is ligamentous and facet hypertrophy and bilateral neural canal narrowing. There is soft tissue intensity partially obscuring the S1 nerve root on the left which most likely represents scar. If clinically indicated contrast-enhanced study to differentiate scar from disc recommended.

Electronically Signed by KNOX, BRUCE at 10-Jan-2022 02:23:44 PM

 Study URL: https://rs.radiologydocs.com/powerreader/mobile/index.aspx?StudyInstanceUID=1.2.124.113540.0.201611160926.3.428625&PatientID=RS586934
Patient Educational Resource: http://www.radiologyinfo.org/

To: "KEVIN MCCARTHY MD" From: Radiology Specialist Pages: 2

**Imaging Center of Louisiana**

8338 SUMMA AVE #100
BATON ROUGE, LA 70809
p: (225)761-8988
f: (225)761-8940

Accredited by the American College of Radiology

Report provided by:
Radiology Specialists, LLC

Patient Name: LUNDBERG, TERESA
ID Number: RS586934
DOB: Gender: F
Referring Physician: MCCARTHY, KEVIN MD
Contrast:

Examination: MRI LUMBAR W/O
Accession Number: RSA428625
Exam Date/Time: 10-Jan-2022 01:40:43 PM
Radiologist: KNOX, BRUCE

2/1/23

**STUDY: MRI lumbar spine**

**HISTORY**: Workers comp injury in 2008 and now with a recent fall at home several months ago with acquired low back pain radiating into right hip and leg.

**TECHNIQUE**: Sagittal T1 weighted T2 weighted and STIR images of the lumbar spine axial T1 weighted and T2 weighted images of the lumbar spine are presented.

**FINDINGS**: The height of the lumbar vertebral bodies is maintained. There is normal lordotic curvature and alignment. No evidence of acute fracture is seen. There is evidence of extensive prior surgery with bilateral transpedicular screws seen at the L3, L4, L5, and S1 levels with posteriorly positioned metallic fixation hardware. There is a laminectomy defect extending from the L3-4 through L5-S1 levels. The lower cord and conus are without signal abnormalities.

T11-12: There is a broad-based disc herniation eccentric to the right which extends approximately 3 mm beyond the vertebral body margin causing mass effect on the right ventral aspect of the thecal sac but no cord deformity. There is mild central canal narrowing. The neural canals remain patent superiorly.

L1-2: No disc herniation central canal stenosis or neural canal narrowing is seen.

L2-3: There is disc bulging approximately 2 mm beyond the vertebral body margin eccentric to the right and disc combines with ligamentous and facet hypertrophy result in neural canal narrowing bilaterally. No central canal stenosis is seen.

L3-4: The extensive postoperative changes. No residual recurrent disc herniation is seen. There is neural canal narrowing bilaterally due to ligamentous and facet hypertrophy.

L4-5: There postoperative changes. No residual recurrent disc herniation is seen. There is neural canal narrowing bilaterally due to ligamentous and facet hypertrophy.

To: "KEVIN MCCARTHY MD" From: Radiology Specialist Pages: 2

Imaging Center of Louisiana

Accredited by the American College of Radiology

8338 SUMMA AVE #100
BATON ROUGE, LA 70809
p: (225)761-8988
f: (225)761-8940

Report provided by:
Radiology Specialists, LLC

Patient Name: LUNDBERG, TERESA
ID Number: RS586934
DOB: Gender: F
Referring Physician: MCCARTHY, KEVIN MD
Contrast:

Examination: MRI LUMBAR W/O
Accession Number: RSA428625
Exam Date/Time: 10-Jan-2022 01:40:43 PM
Radiologist: KNOX, BRUCE

L5-S1: There are postoperative changes. There is ligamentous and facet hypertrophy and bilateral neural canal narrowing. No disc herniation or central canal compromise is seen. There is some increased soft tissue intensity in the left anterior epidural space partially obscuring the S1 nerve root on the left this could represent scar or disc material. Contrast would be helpful for to differentiate scar from disc is recommended if clinically indicated.

**IMPRESSION**:

1. Broad-based disc herniation eccentric to the right T11-12 with mild central canal stenosis.

2. Disc bulging L2-3 eccentric to the right with bilateral neural canal narrowing.

3. Postoperative changes previous fusion and bilateral neural canal narrowing L3-4 and L4-5 levels.

4. Postoperative changes L5-S1. There is ligamentous and facet hypertrophy and bilateral neural canal narrowing. There is soft tissue intensity partially obscuring the S1 nerve root on the left which most likely represents scar. If clinically indicated contrast-enhanced study to differentiate scar from disc recommended.

Electronically Signed by KNOX, BRUCE at 10-Jan-2022 02:23:44 PM

 Study URL: https://rs.radiologydocs.com/powerreader/mobile/index.aspx?StudyInstanceUID=1.2.124.113540.0.201611160926.3.428625&PatientID=RS586934
Patient Educational Resource: http://www.radiologyinfo.org/

Diagnostic Imaging Center of Terrebonne

# MRI THORACIC SPINE WITHOUT CONTRAST

**Lundberg, Teresa**
MRN: 10808185, Legal Sex: Female, (53 yrs)
Accession #: 34852866

## Final Result

EXAMINATION:
MRI THORACIC SPINE WITHOUT CONTRAST

CLINICAL HISTORY:
Pain in thoracic spine

TECHNIQUE:
Multisequence multiplanar, no IV contrast

COMPARISON:
None

FINDINGS:
Vertebral body heights are maintained. No suspicious marrow lesions.

Multilevel disc protrusions effacing anterior subarachnoid space, T2-3, T4-5, T5-6, T6-7, T7-8. Suspect T11 disc protrusion or extrusion with effacement of anterior subarachnoid space.

Impression:

Multiple disc protrusions effacing anterior subarachnoid space as above

Electronically signed by: Ashley Prejean, MD
Date: 03/10/2021
Time: 16:37
Signed by Ashley J. Prejean, MD on 3/10/2021 4:37 PM

## Appointment Info

Exam Date
3/10/2021

Department
Terrebonne Diagnostic Imaging Center - MRI
985-274-0550
316 Civic Center Blvd
Houma LA 70360-6088

## Reason for Exam

No reason for exam was entered

## Diagnosis

Pain in thoracic spine

## Providers

PCP
Jenny A. Templet, MD
985-446-2680
804 SOUTH ACADIA RD
THIBODAUX LA 70301

Ordering Provider
Kevin P. McCarthy, MD
225-766-0050
7301 HENNESSY BLVD
SUITE 200
BATON ROUGE LA 70808-4794

# MRI LUMBAR SPINE W WO CONTRAST

**Lundberg, Teresa**
MRN: 10808185, Gender Identity: Female, (52 yrs)
Accession #: 33483726

## Final Result

EXAMINATION:
MRI LUMBAR SPINE W WO CONTRAST

CLINICAL HISTORY:
Radiculopathy, lumbar region

TECHNIQUE:
Multisequence multiplanar imaging, with and without IV contrast

COMPARISON:
05/29/2018

FINDINGS:
Interval hardware fusion and laminectomies from L3 through S1 with bilateral pedicle screws and vertical rods. No suspicious bone marrow lesions.

T11-12, similar abnormal signal suggesting disc protrusion or extrusion effacing anterior subarachnoid space, unchanged from May 2018

L1-2, unremarkable

L2-3, mild right foraminal to lateral disc osteophyte complex. No significant stenosis. No significant change from prior.

L3-4, prior fusion. Hardware artifact. No central canal stenosis. No definite foraminal stenosis. Some enhancing scar noted within dorsal epidural space.

L4-5, prior fusion. Hardware artifact. No central canal stenosis. Suboptimal evaluation of neural foramina, though suspected right foraminal stenosis, secondary to loss of fat signal. Suspected enhancing scar throughout dorsal epidural space and extending towards both neural foramina.

L5-S1, prior fusion. Hardware artifact. No central canal stenosis. Suspect bilateral foraminal stenosis secondary to marginal disc osteophyte complexes. Dorsal epidural scar.

Impression:

Interval L3-S1 fusion and laminectomies. Diffuse dorsal epidural scar appearing to extend into L4-5 foramina.

No significant central canal stenosis at any lumbar level. Right L4-5 and bilateral L5-S1 foraminal stenosis.

Abnormal T11-12 signal suggesting disc protrusion versus extrusion with effacement of anterior subarachnoid space, unchanged from May 2018

## Appointment Info

Exam Date
8/11/2020

Department
Terrebonne Diagnostic Imaging Center - MRI
985-274-0550
316 Civic Center Blvd
Houma LA 70360-6088

## Reason for Exam

No reason for exam was entered

## Diagnosis

Lumbar radiculopathy

## Providers

PCP
Jenny A Templet, MD
985-446-2680
804 SOUTH ACADIA RD
THIBODAUX LA 70301

Ordering Provider
Kevin P McCarthy, MD
225-766-0050
7301 HENNESSY BLVD
SUITE 200
BATON ROUGE LA 70808-4794

Electronically signed by: Ashley Prejean, MD
Date: 08/11/2020
Time: 14:58

Signed by Ashley J. Prejean, MD on 8/11/2020 2:58 PM

**Diagnostic Imaging Center of Terrebonne**

**316 Civic Center**
**Houma, LA 70360**

# Final Report

| | | |
|---|---|---|
| Name: *TERESA LUNDBERG* | ID:20120 | Sex:F |
| Admit: | DoB: | MR#: |
| Discharge: | Order#: | Completed:Jan 14,2020 14:50 |
| Referred by:KEVIN MCCARTHY | Reason:PELVIS | |
| Radiologist:Dr. Ashley Prejean MD. | Report Date:Jan 14,2020 17:20 | Key Images:0 |
| Approved by:Dr. Anne Walker | Approval Date:Jan 15,2020 15:08 | |

## OBSERVATION

MRI OF THE PELVIS

CLINICAL HISTORY: Pain.

FINDINGS: No suspicious bone marrow signal. No evidence of an occult fracture, joint effusion, or avascular necrosis. Hip, SI joints and pubic symphysis show no significant abnormalities. Somewhat heterogeneous appearance of the uterus with a few punctate foci of increased T2 signal. Multiple nabothian cysts.

## IMPRESSION

IMPRESSION
1. Questionable findings of uterine adenomyosis. If clinically indicated, followup high field strength, small field of view MRI of the uterus would be recommended.
2. Multiple nabothian cysts.
3. Otherwise unremarkable exam.

AP:csb

Need discuss @ f/u
JB

**Diagnostic Imaging Center of Terrebonne**

**316 Civic Center**
**Houma, LA 70360**

# Final Report

| | | |
|---|---|---|
| Name: *TERESA LUNDBERG* | ID:20120 | Sex:F |
| Admit: | DoB: | MR#: |
| Discharge: | Order#: | Completed:Jan 14,2020 14:50 |
| Referred by:KEVIN MCCARTHY | Reason:PELVIS | |
| Radiologist:Dr. Ashley Prejean MD. | Report Date:Jan 14,2020 17:20 | Key Images:0 |
| Approved by:Dr. Anne Walker | Approval Date:Jan 15,2020 15:08 | |

## OBSERVATION

MRI OF THE PELVIS

CLINICAL HISTORY: Pain.

FINDINGS: No suspicious bone marrow signal. No evidence of an occult fracture, joint effusion, or avascular necrosis. Hip, SI joints and pubic symphysis show no significant abnormalities. Somewhat heterogeneous appearance of the uterus with a few punctate foci of increased T2 signal. Multiple nabothian cysts.

## IMPRESSION

IMPRESSION

1. Questionable findings of uterine adenomyosis. If clinically indicated, followup high field strength, small field of view MRI of the uterus would be recommended.
2. Multiple nabothian cysts.
3. Otherwise unremarkable exam.

AP:csb

Electronically Signed By:Dr. Anne Walker
Date/Time Signed:Jan 15,2020 15:08

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070

Date of Birth:
Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 11/18/2021

**RADIOGRAPHS**: Thoracic spine AP and lateral shows spinal cord stim lead unchanged.
Three view lumbar spine x-rays obtained today AP, lateral and spot views show questionable rotation versus wedging of the superior endplate at L2.

Physician Signature: Kevin P. McCarthy, M.D.

Bone & Joint Clinic of Baton Rouge, Inc.

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070

Date of Birth:
Sex: F

## Bone & Joint Clinic X-Ray Report

Date of Service: 8/25/2021

**RADIOGRAPHS**: Two view thoracic spine x-rays obtained today AP and lateral show T7 lead assuming the bottom of this x-ray is T12.

Physician Signature: Kevin P. McCarthy, M.D.

7301 Hennessy Blvd, Suite 200, Baton Rouge, LA 70808 * Tel (225) 766-0050

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070

Date of Birth:
Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 06/25/2021

**RADIOGRAPHS**: T-spine AP and lateral shows spinal cord stimulator trial leads in place.

Physician Signature: Kevin P. McCarthy, M.D.

Bone & Joint Clinic of Baton Rouge, Inc.

Patient Name: Lundberg, Teresa Date of Birth:
Medical Record Number: 3435070 Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 6/8/2021

**RADIOGRAPHS**: Two view thoracic spine x-rays obtained today AP and lateral showing slight curvature of the thoracic spine with some slight anterior endplate changes noted throughout.

Physician Signature: Kevin P. McCarthy, M.D.

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa | Date of Birth:

Medical Record Number: 3435070 | Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 03/15/2021

Study: Lumbar spine

Interpretation:

Three view lumbar spine x-ray AP, lateral, and spot show some definite rotation as this is not a true lateral. Cages appear in good position. There is no definitive failure or lucency although, again, there is rotation with the alignment.

Physician Signature: Kevin P. McCarthy, M.D.

7301 Hennessy Blvd, Suite 200, Baton Rouge, LA 70808 * Tel (225) 766-0050

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa Date of Birth:

Medical Record Number: 3435070 Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 01/04/2021

Study: Lumbar spine

Interpretation:

Three view lumbar spine AP, lateral and spot show good position of the hardware without failure or lucency.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 1-7-21

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070

Date of Birth:
Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 10/16/2020

**RADIOGRAPHS**: Three view lumbar spine x-rays obtained today AP, lateral and spot views show hardware okay from L3-S1. There are some SI joint degenerative changes.

Physician Signature: Kevin P. McCarthy, M.D.

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa    Date of Birth:

Medical Record Number: 3435070    Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 08/20/2020

Study: Lumbosacral spine

Interpretation:

Three view lumbosacral spine AP, lateral and spot show good position of the hardware without lucency or failure.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 8-28-20

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070

Date of Birth:
Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 07/22/2020

**RADIOGRAPHS**: Three view lumbar spine x-rays obtained today AP, lateral and spot views show hardware from L3-S1. Interbody cages show good interbody growth at the L3-L4 level. Appears to be good posterior lateral graft developing from L4-S1 bilaterally.

Physician Signature: Kevin P. McCarthy, M.D.

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa | Date of Birth:

Medical Record Number: 3435070 | Sex: F

**Bone & Joint Clinic X-Ray Report**

**Date of Service: 06/02/2020**

Study: Lumbar spine

Interpretation:

Three view lumbar spine AP, lateral and spot show evidence of a L3-S1 TLIF. L3-4 and L4-5 interbody cage with increased bone growth. No acute findings. All hardware is in good position. No acute abnormalities seen in comparison to previous postoperative x-rays.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 6-22-20

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa    Date of Birth:

Medical Record Number: 3435070    Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 03/30/2020

Study: Lumbosacral spine

Interpretation:

Three view lumbosacral spine AP, lateral and spot show hardware and graft consistent with TLIF at L3-4 and L4-5. There was no interbody spacer placed at L5-S1 secondary to an intraoperative conjoined nerve root that was identified. There are posterior pedicle screws from L3-S1 all of which are in good position.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 4-8-20

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa Date of Birth:

Medical Record Number: 3435070 Sex: F

**Bone & Joint Clinic X-Ray Report**

**Date of Service: 03/16/2020**

Study: Lumbar spine

Interpretation:

Three view lumbar spine AP, lateral and spot show good position of the hardware without failure or lucency.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 3-29-20

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa Date of Birth:

Medical Record Number: 3435070 Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 03/05/2020

Study: Lumbar spine

Interpretation:

Radiographs taken include AP and lateral of the lumbar spine show good position of the lumbar hardware. There is good lordosis that is present. Interbody spacers are in appropriate position.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 4-7-20

NATIONAL
Louisiana
PO Box 592442
San Antonio, TX 78259-9998

# Technical Report

Print Time Stamp: 08/24/21 10:44 PM

Hospital ID: 160084
Medical Rec. #: 1670
PID: 2057811

| Patient Information | Date Of Surgery | Hospital | Surgeon | IONM Technologist |
|---|---|---|---|---|
| Teresa C Lundberg | 08/24/2021 | Orthopedic Surgery Center LLC | Kevin McCarthy, M.D. | Jon Price, CNIM |

| Date Of Birth | Age | Sex | Home Phone | Work Phone | Cell |
|---|---|---|---|---|---|
| | 53 | Female | | | |

**Procedure** SCS/DCS Implant T7 - T9.

**Diagnosis:** chronic lumbar radiculopathy

| Reader | Anesthesiologist | IONM System |
|---|---|---|
| David Adams, M.D. | Dr. Gardiner | STXN 74 |

[illegible] 06:54 08:21 06:20 [illegible]

***Introduction***

Multi-modality Intraoperative neurophysiological monitoring was continuously carried out in an effort to safeguard the patient, utilizing the modalities listed below. After the patient was intubated sub dermal needle and stimulating electrodes were placed. Post induction, subdermal needle electrodes were placed in the scalp at Fpz, CPz, CP3, CP4 and Mastoid for SSEP recording. All stimulation electrodes were connected to the stimulation box. All recording electrodes were connected to the pre-amplifier. Impedances were checked and found to be acceptable. Monitoring began and baselines were taken prior to exposure. All studies were performed on the aforementioned patient under real-time physician direct supervision via internet communication allowing continuous or immediate contact between the interpreting physician and surgeon. This was achieved via a high-quality audio-visual connection. Data was available for interpretation at 0646 and the interpreting physician was signed on and remained in communication until closure.

## Upper SSEP

*Results:* Bilateral ulnar nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 50% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.

## Lower SSEP

Results: Bilateral posterior tibial nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 50% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.

## Abs/Axial

Recording Sites:Lower Abs.
Results: Free running EMG responses were recorded from the axial muscles listed above throughout the procedure. At baseline acquisition, all axial sEMG channels were quiet and free of artifact. All axial sEMG channels were quiet throughout the procedure and at closing. Surgeon was informed and acknowledged.

## Lower EMG

Recording Sites:Abductor Hallucis, Gastrocnemius, Tibialis Anterior, Vastus Medialis, Vastus Lateralis, Flexor Hallucis Brevis.
Results: Bilateral free running lower EMG responses were recorded from the muscles listed above throughout the procedure. When SSEP baselines were taken, all sEMG channels were quiet and free of artifact. All sEMG channels remained quiet throughout the procedure and during closing. Surgeon was informed and acknowledged.

## EEG

Results: Raw and digitally processed EEG waveforms were recorded throughout this procedure to visualize general cerebral activity. Waveforms were symmetric throughout the procedure. No lateralizing events were observed during the case.

## TO4

Results: Train of Four testing was performed in muscle(s) relevant to the body region that was monitored with EMG recording, to verify the validity of monitoring procedures that are dependent upon adequate neuromuscular transmission, such as EMG. A response of 4/4 muscle twitches was noted for all periods of this procedure.



Confidential and legally privileged for client/partner informational purpose only. Unauthorized use or disclosure is strictly prohibited. If you have found this communication, please notify National Neuromonitoring, LLC at (210) 259-7108

NATIONAL

Louisiana

PO Box 592442
San Antonio, TX, 78259-9998

# Technical Report

Print Time Stamp: 08/24/21 10:44 PM

Hospital ID: 160084
Medical Rec. #: 1670
PID: 2057811

Summary

Upper and lower extremity SSEP baselines replicated reliably throughout the procedure. EMGs were quiet throughout the case. EEG was unremarkable and symmetrical throughout the procedure. Train of Four results showed 4 out of 4 twitches during critical periods. Any changes that occurred throughout were relayed to the surgeon and acknowledged. The patient moved all four extremities preoperatively. The patient moved all four limbs postoperatively. Technologist informed recovery room staff that no changes were noted during this procedure.

**Sharps Count:**

**Placed:** 28 **Removed:** 28 **Initials:**jp

| Supplies Used | Quantity |
|---|---|
| 2.5M Twisted Pair Needle Electrode | 11 |
| 1.5M Single Subdermal Needle | 6 |
| Surface Electrodes (Stickies) | 8 |

NOTE: This report was signed via Electronic Signature by Jon Price, CNIM on 08/24/2021 01:49 PM



Confidential and legally privileged for clinical/other informational purpose only. Unauthorized use or disclosure is strictly prohibited. If you have found this communication, please notify National Neuromonitoring, LLC at (210) 289-7108

# INTRAOPERATIVE NEUROPHYSIOLOGY

Print Time Stamp: 08-24-2021 02:56 PM EST

**Surgery Date:** **08-24-21** Hospital ID: 160084 Medical Rec. #: 1670

**Patient:** Teresa C Lundberg **DOB:** 10/23/1967 **Age:** 53 **Sex:** Female

**Surgeon:** Kevin McCarthy, M.D.

Post Baseline 06:46
Final Trace Time: 07:56
Total Professional Time: 01:10
**PID:** 2057811

**Anesthesiologist:** Dr. Gardiner

**IONM Technologist:** Jon Price, CNIM

**Location:** Orthopedic Surgery Center LLC

**Diagnosis:** chronic lumbar radiculopathy

**Procedure:** SCS/DCS Implant T7 - T9.

**Conditions of the Recording:**

All studies were performed on the aforementioned patient under real-time physician direct supervision via internet communication allowing continuous or immediate contact between the interpreting physician and the surgeon. This was achieved via a high quality audio visual connection. Please see tech notes for details of stimulation and recording.

**Description of the Recording:**

SSEP Interpretation: The baseline recordings revealed reproducible and reliable responses in both upper and lower extremities. After accounting for any influences due to anesthesia and/or temperature, there was no significant change in latency or amplitude of potentials bilaterally throughout the study noted by the technician. SASA.

Upper extremity stimulation site (s): ulnar nerve

Lower extremity stimulation site (s): posterior tibial nerve

Spontaneous EMG Interpretation: There was no significant sEMG activity seen at baseline or throughout the study and sEMG was quiet at the end of the case in the lower abdominal and both lower extremity muscles. SASA.

Abs/Axial Recording Site : Lower Abs.

Lower EMG Muscles : Abductor Hallucis, Gastrocnemius, Tibialis Anterior, Vastus Medialis, Vastus Lateralis, Flexor Hallucis Brevis.

EEG was symmetrical throughout the procedure.

NMJ Monitoring: Train of Four testing demonstrated 4/4 motor twitches during the critical portions of the procedure. Refer to data file comment log for specific timing and results of individual NMJ testing performed during the procedure.

**Summary:**

Description of the Recording: Under direct physician supervision, both upper and lower extremity SSEP latencies and amplitudes were measured during the procedure and were compared to baseline values. No significant variations were noted by the technician. Free-running EMG was performed during the procedure and is unremarkable in both lower extremity

muscles. Train-of-Four and Neuromuscular Junction testing produced 4 out of 4 stimulus responses after exposure. EEG is unremarkable throughout the case.

**Impression:**

Impression: This neurophysiologic intraoperative monitoring study was unremarkable, as described above.

David Adams, M.D.

NOTE: This report was signed via Electronic Signature by David Adams, M.D. on 08/24/2021 02:57 PM

**Bone and Joint Clinic of Baton Rouge, Inc.**
*Practice Limited to Orthopaedic Surgery*

7301 Hennessy Blvd
Suite 200

Baton Rouge, Louisiana
P.O. Box 98035
70898 9035

Telephone 225.766.0050
FAX 225.766.1499

# Lab Orders

**Physician:**

Patient Name Teresa C Lundberg
Date of Birth
Diagnosis Z79.01, Z01.812, M54.5
Procedure
Date of Procedure
Specimen Source

Please complete the following selected test and fax the results to 225-819-1373

- ☐ ABO RH and Antibody Screen
- ☐ Aerobic Culture
- ☒ Albumin
- ☐ Alkaline Phosphate
- ☐ ANA
- ☐ Anaerobic Culture
- ☐ Bleeding Time
- ☐ Blood Antibody Screen
- ☐ BUN
- ☐ Cardiac Clearance
- ☒ CBC
- ☐ CBC w/ Diff
- ☒ Chem 7 or BMP
- ☒ C-Reactive Protein
- ☐ Creatinine
- ☒ CXR
- ☒ EKG
- ☐ Gram Stain
- ☒ HgA1C
- ☐ HLA-B27
- ☐ Joint Fluid Analysis, Cell Count, Crystals
- ☒ MRSA Screen Nasal Swab
- ☐ Other:
- ☒ PT / INR
- ☒ PTT
- ☐ Rheumatoid Factor
- ☒ Sed Rate
- ☐ SGOT
- ☐ SGPT
- ☐ Uric Acid
- ☒ Urine Analysis with micro (with culture and sensitivity if indicated)
- ☐ Urine Pregnancy Test
- ☐ Vitamin D Level

- ☒ Preop Clearance
- ☐ Cardiac Clearance

Date: 7/20/2021 2:49:49 PM

Physician Signature: Kevin P. McCarthy, M.D.

LUNDBERG, Teresa C DOB: (53 yo F) Acc No. 10707 DOS: 06/15/2021

**Lundberg, Teresa C**
53 Y old Female, DOB:
Account Number: 10707

Home:
Guarantor: Lundberg, Teresa C Insurance: BCBS OF LOUISIANA Payer ID: 00670
Appointment Facility: Preferred Health & Wellness, Llc

06/15/2021 Progress Notes: Craig R Wade, MD

### Current Medications

Taking
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Lyrica 75 MG Capsule 1 capsule Orally Twice a day
- Lipitor 10 MG Tablet 1 tablet Orally Once a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- Cymbalta 30 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- Glimepiride 1 MG Tablet 1 tablet with breakfast or the first main meal of the day Orally Once a day
- Effexor XR 150 MG Capsule Extended Release 24 Hour 1 capsule with food Orally Once a day
- Lisinopril-hydroCHLOROthiazide 20-12.5 MG Tablet 1 tablet Orally Once a day
- Spironolactone 25 MG Tablet TAKE 1 TABLET BY MOUTH EVERY DAY
- Carvedilol 12.5 MG Tablet TAKE 1 TABLET BY MOUTH TWICE A DAY

Medication List reviewed and reconciled with the patient

### Past Medical History

Essential (primary) hypertension.
Chronic pain syndrome.
Polycystic ovarian syndrome.
Mixed hyperlipidemia.
Type 2 diabetes mellitus without complications.
Obstructive sleep apnea.

### Surgical History

lumbar surgery x2

### Family History

Father: hypothyroidism, diagnosed with Type 2 diabetes mellitus without complication, unspecified whether long term insulin use

### Reason for Appointment

1. Workers comp .. lab,chest xray,ekg

### History of Present Illness

Constitutional:
Patient presents for medical clearance for a procedure being done through workers comp. She is having a spinal cord stimulator placed next week.

### Vital Signs

Wt 265 lbs, Ht 69 in, BP 118/76 mm Hg, HR 79 /min, Oxygen sat % 93 %, BMI 39.13 Index, Wt-kg 120.2 kg, Body Surface Area 2.42.

### Examination

General Examination:
GENERAL APPEARANCE: well developed, well nourished, in no acute distress.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.
NECK / THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
SKIN: warm and dry, no suspicious lesions.
HEART: regular rate and rhythm, S1, S2 normal, no murmurs.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal.
BACK: surgical scar to lumbar back, no obvious deformity.
EXTREMITIES: no clubbing, cyanosis, or edema.
NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

### Assessments

1. Pre-operative exam - Z01.818 (Primary)
2. Chronic pain syndrome - G89.4
3. Essential (primary) hypertension - I10
4. Type 2 diabetes mellitus without complications - E11.9
5. Mixed hyperlipidemia - E78.2

LUNDBERG, Teresa C DOB: (53 yo F) Acc No. 10707 DOS: 06/15/2021

Mother: diagnosed with Other malignant neoplasm without specification of site

**Social History**

Migrated Social History

Migrated Social History: Smoking Status:Never Smoker, nonsmoker.

**Allergies**

N.K.D.A.

**Review of Systems**

GENERAL/CONSTITUTIONAL:
Patient denies change in appetite, chills, fever.

OPHTHALMOLOGIC:
Patient denies blurry vision, discharge, eye pain.

ENT:
Patient denies decreased hearing, sore throat, swollen glands.

ENDOCRINE:
Patient denies cold intolerance, excessive thirst, heat intolerance, weight loss.

RESPIRATORY:
Patient denies cough, shortness of breath at rest, shortness of breath with exertion, wheezing.

CARDIOVASCULAR:
Patient denies chest pain at rest, chest pain with exertion, irregular heartbeat, shortness of breath.

GASTROINTESTINAL:
Patient denies abdominal pain, diarrhea, nausea, vomiting.

GENITOURINARY:
Patient denies blood in the urine, difficulty urinating, frequent urination.

MUSCULOSKELETAL:
Patient denies painful joints, weakness. Patient complains of Chronic low back pain- s/p lumbar surgery previously.

SKIN:
Patient denies dry skin, itching, rash.

NEUROLOGIC:
Patient denies dizziness, fainting, headache.

6. Obstructive sleep apnea - G47.33

**Treatment**

**1. Pre-operative exam**

LAB: COMPREHENSIVE METABOLIC PANEL (10231)
LAB: CBC (H/H, RBC, INDICES, WBC, PLT) (1759)
LAB: C-REACTIVE PROTEIN (4420)
LAB: ALBUMIN, RANDOM URINE W/O CREATININE (17674)
IMAGING: Chest X-ray PA and lateral

Notes: patient may proceed with planned surgical procedure for placement of spinal cord stimulator with moderate risk for intraoperative and post operative complications secondary to multiple medical problems, DM, HTN
recommend to monitor blood sugars frequently with tight control during surgery and postoperatively to avoid complications.

**2. Chronic pain syndrome**

LAB: URINALYSIS, COMPLETE (5463)
LAB: PROTHROMBIN TIME-INR (8847)
LAB: SED RATE BY MODIFIED WESTERGREN (809)

**3. Essential (primary) hypertension**

Notes: HTN chronic, stable recommend to continue current medications, will adjust as needed, low sodium diet, exercise daily, monitor.

**4. Type 2 diabetes mellitus without complications**

LAB: URINALYSIS, COMPLETE (5463)
LAB: PROTHROMBIN TIME-INR (8847)
LAB: SED RATE BY MODIFIED WESTERGREN (809)
LAB: HEMOGLOBIN A1c (496)

Notes: Chronic, continue medications- carb consistent diet, monitor blood sugar at home, Hba1c every 3 months, annual foot exam, annual retinal exam with ophtho.

**5. Mixed hyperlipidemia**

Notes: chronic, continue statin therapy, fish oil, dash diet, exercise, weight loss, monitor.

**6. Others**

Refill Lipitor Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90, Refills 3

**Visit Codes**

99214 Office Visit, Est Pt., Level 4.

**Follow Up**

6 Months

6/21/2021 Print Preview

LUNDBERG, Teresa C DOB: (53 yo F) Acc No. 10707 DOS: 06/15/2021

Electronically signed by CRAIG WADE , MD on 06/16/2021 at 08:06 AM CDT

Sign off status: Completed

Preferred Health & Wellness, Llc
1011 VERRET ST
HOUMA, LA 70360-4639
Tel: 985-293-2300
Fax: 985-293-2301

Progress Note: Craig R Wade, MD 06/15/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Lundberg, Teresa C, 53 Y, F,
225-937-2046

# CUMULATIVE REPORTS

## COMPREHENSIVE METABOLIC PANEL (10231)

| | |
|---|---|
| COLLECTION DATE | 06/15/2021 |
| Order Date | 06/16/2021 |
| Result Date | 06/17/2021 |
| Ordering Physician | WADE, CRAIG |
| GLUCOSE | 142H<br>65-139 mg/dL |
| UREA NITROGEN (BUN) | 23<br>7-25 mg/dL |
| CREATININE | 1.41H<br>0.50-1.05 mg/dL |
| eGFR NON-AFR. AMERICAN | 42L<br>> OR = 60 mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | 49L<br>> OR = 60 mL/min/1.73m2 |
| BUN/CREATININE RATIO | 16<br>6-22 (calc) |
| SODIUM | 140<br>135-146 mmol/L |
| POTASSIUM | 5.3<br>3.5-5.3 mmol/L |
| CHLORIDE | 102<br>98-110 mmol/L |
| CARBON DIOXIDE | 29<br>20-32 mmol/L |
| CALCIUM | 10.1<br>8.6-10.4 mg/dL |
| PROTEIN, TOTAL | 7.2<br>6.1-8.1 g/dL |
| ALBUMIN | 4.3<br>3.6-5.1 g/dL |
| GLOBULIN | 2.9<br>1.9-3.7 g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | 1.5<br>1.0-2.5 (calc) |
| BILIRUBIN, TOTAL | 0.3<br>0.2-1.2 mg/dL |
| ALKALINE PHOSPHATASE | 72<br>37-153 U/L |
| AST | 19<br>10-35 U/L |
| ALT | 20<br>6-29 U/L |

CBC (H/H, RBC, INDICES, WBC, PLT) (1759)

| | |
|---|---|
| COLLECTION DATE | 06/15/2021 |
| Order Date | 06/16/2021 |
| Result Date | 06/17/2021 |
| Ordering Physician | WADE, CRAIG |
| WHITE BLOOD CELL COUNT | 9.6<br>3.8-10.8 Thousand/uL |
| RED BLOOD CELL COUNT | 4.88<br>3.80-5.10 Million/uL |
| HEMOGLOBIN | 14.3<br>11.7-15.5 g/dL |
| HEMATOCRIT | 43.6<br>35.0-45.0 % |
| MCV | 89.7<br>80.0-100.0 fL |
| MCH | 29.4<br>27.0-33.0 pg |
| MCHC | 32.8<br>32.0-36.0 g/dL |
| RDW | 14.1<br>11.0-15.0 % |
| PLATELET COUNT | 343<br>140-400 Thousand/uL |
| MPV | 12.0<br>7.5-12.5 fL |

2021-06-21 13:43 Preferred Health 9852923301 >> Port Server p 6/10

## URINALYSIS, COMPLETE (5463)

| | |
|---|---|
| COLLECTION DATE | 06/15/2021 |
| Order Date | 06/15/2021 |
| Result Date | 06/17/2021 |
| Ordering Physician | WADE, CRAIG |
| COLOR | YELLOW<br>YELLOW |
| APPEARANCE | CLEAR<br>CLEAR |
| BILIRUBIN | NEGATIVE<br>NEGATIVE |
| KETONES | TRACEA<br>NEGATIVE |
| SPECIFIC GRAVITY | 1.029<br>1.001-1.035 |
| OCCULT BLOOD | NEGATIVE<br>NEGATIVE |
| PH | < OR = 5.0<br>5.0-8.0 |
| PROTEIN | NEGATIVE<br>NEGATIVE |
| NITRITE | NEGATIVE<br>NEGATIVE |
| LEUKOCYTE ESTERASE | NEGATIVE<br>NEGATIVE |
| WBC | 0-5<br>< OR = 5 /HPF |
| RBC | NONE SEEN<br>< OR = 2 /HPF |
| SQUAMOUS EPITHELIAL CELLS | 0-5<br>< OR = 5 /HPF |
| BACTERIA | NONE SEEN<br>NONE SEEN /HPF |
| HYALINE CAST | NONE SEEN<br>NONE SEEN /LPF |
| GLUCOSE | TRACEA<br>NEGATIVE |

## PROTHROMBIN TIME-INR (8847)

| | |
|---|---|
| COLLECTION DATE | 06/15/2021 |
| Order Date | 06/15/2021 |
| Result Date | 06/17/2021 |
| Ordering Physician | WADE, CRAIG |
| PT | 10.0<br>9.0-11.5 sec |
| INR | 1.0 |

2021-06-21 13:43 Preferred Health 9852932301 >> Port Server p 7/10

SED RATE BY MODIFIED WESTERGREN (809)

| | |
|---|---|
| COLLECTION DATE | 06/15/2021 |
| Order Date | 06/15/2021 |
| Result Date | 06/17/2021 |
| Ordering Physician | WADE, CRAIG |
| SED RATE BY MODIFIED | 11<br>< OR = 30 mm/h |

C-REACTIVE PROTEIN (4420)

| | |
|---|---|
| COLLECTION DATE | 06/15/2021 |
| Order Date | 06/15/2021 |
| Result Date | 06/17/2021 |
| Ordering Physician | WADE, CRAIG |
| C-REACTIVE PROTEIN | 16.3H<br><8.0 mg/L |

ALBUMIN, RANDOM URINE W/O CREATININE (17674)

| | |
|---|---|
| COLLECTION DATE | 06/15/2021 |
| Order Date | 06/15/2021 |
| Result Date | 06/17/2021 |
| Ordering Physician | WADE, CRAIG |
| ALBUMIN, URINE | 0.5<br>See Note; mg/dL |

HEMOGLOBIN A1c (496)

| | |
|---|---|
| COLLECTION DATE | 06/15/2021 |
| Order Date | 06/15/2021 |
| Result Date | 06/17/2021 |
| Ordering Physician | WADE, CRAIG |
| HEMOGLOBIN A1c | 7.0H<br><5.7 % of total Hgb |

MRSA CULTURE SCREEN (90417)

| | |
|---|---|
| COLLECTION DATE | 06/15/2021 |
| Order Date | 06/15/2021 |
| Result Date | 06/17/2021 |
| Ordering Physician | WADE, CRAIG |
| CULTURE | SEE NOTE |

2021-06-21 13:43 Preferred Health 9852932301 >> Port Server P 9/10



2021-06-21 08:26 TGMC Radio Receipt 9858733645 >> ATA Connector P 2/2

TGMC
Terrebonne General Medical Center

# X-RAY CHEST PA AND LATERAL

**Lundberg, Teresa**
MRN: 10809185, Legal Sex: Female, (53 yrs), OP- Outpatient Diagnostic Testing
Accession #: 31592345

## Final Result

**EXAMINATION:**
XR CHEST PAAND LATERAL

**CLINICAL HISTORY:**
Encounter for other preprocedural examination

**COMPARISON:**
None

**FINDINGS:**
Heart mediastinum are normal the lungs are clear with no focal infiltrates or effusions

**Impression:**

No acute lung disease

Electronically signed by:Anna Walker, MD
Date: 06/15/2021
Time: 19:14

Signed by Anna L Walker, MD on 6/15/2021 7:14 PM

## Appointment Info

Exam Date
6/15/2021

Department
Terrebonne General Health System
985-873-4121
8166 Main Street
Houma LA 70360-3404

## Reason for Exam

No reason for exam was entered

## Diagnosis

Preop examination

## Providers

PCP
Jenny A. Templet, MD
985-446-2680
804 SOUTH ACADIA RD
THIBODAUX LA 70301

Ordering Provider
Paper Order
No number on file
No address on file

2021-06-21 13:44 Preferred Health 9852923301 >> Port Server p 10/10

Preferred Health & Wellness, Llc
1011 VERRET ST HOUMA, LA 70360-4639
Tel: 985-293-2300 Fax: 985-293-2301

Craig R Wade, MD
Internal Medicine

| | | |
|---|---|---|
| Patient: | Lundberg, Teresa C | 06/21/2021 |
| DOB: | Sex: Female | |
| Address: | | |
| Phone: | | |

| | |
|---|---|
| Ordered Date: | 06/15/2021 |
| Assessments: | |
| Lab: | MRSA CULTURE SCREEN (90417) |
| Fasting: | No |
| Specimen: | Collection Date: 06/15/2021 Time:4:14 PM |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| CULTURE | SEE NOTE | |

Result:

Received Date: 06/17/2021

Notes: eclinicalworks, support 06/17/2021 11:10:06 : This order was created by the Interface.

Patient Name: Lundberg, Teresa C , DOB:

# Lundberg, Teresa C, 53 Y, F, 10/23/1967

Preferred Health & Wellness, Llc
1011 VERRET ST, HOUMA, LA 70360-4639
985-293-2300

FINAL RESULT

Accession ID: HL695985H Ref ID: 1A52314

Order Date: 06/15/2021 Received: 06/17/2021 11:10:06 Spec Recd: 06/15/2021 16:15:00
Collection Date: 06/15/2021 16:14:00 Report: 06/17/2021 11:02:00

Requesting Physician: WADE, CRAIG Ordering Physician: WADE, CRAIG

## MRSA CULTURE SCREEN (90417)

| | NAME | VALUE | LAB |
|---|---|---|---|
| F | MRSA CULTURE SCREEN | SEE NOTE | RGA |

MRSA CULTURE SCREEN

Micro Number: 10874727

Test Status: Final

Specimen Source: NOSE ANTERIOR (NARES)

Specimen Quality: Adequate

Result: No methicillin resistant Staphylococcus aureus (MRSA) isolated.

0; 0; 0; 0; 0; 0; 0; 0

FASTING:NO

FASTING: NO

PERFORMING LAB: RGA, Quest Diagnostics-Houston Lab
5850 Rogerdale Road, Houston
TX
77072-1602 Robert L Breckenridge

**Bone and Joint Clinic of Baton Rouge, Inc.**
*Practice Limited to Orthopaedic Surgery*

7301 Hennessy Blvd
Suite 200

Baton Rouge, Louisiana
P.O. Box 98035
70898 9035

Telephone 225.766.0050
FAX 225.766.1499

## Lab Orders

**Physician:**

Patient Name Teresa C Lundberg
Date of Birth
Diagnosis Z79.01, Z01.812
Procedure
Date of Procedure
Specimen Source

Please complete the following selected test and fax the results to 225-819-1373

☐ ABO RH and Antibody Screen
☐ Aerobic Culture
☒ Albumin
☐ Alkaline Phosphate
☐ ANA
☐ Anaerobic Culture
☐ Bleeding Time
☐ Blood Antibody Screen
☐ BUN
☐ Cardiac Clearance
☒ CBC
☐ CBC w/ Diff
☒ Chem 7 or BMP
☒ C-Reactive Protein
☐ Creatinine
☒ CXR
☒ EKG
☐ Gram Stain
☒ HgA1C
☐ HLA-B27
☐ Joint Fluid Analysis, Cell Count, Crystals
☒ MRSA Screen Nasal Swab
☐ Other:
☒ PT / INR
☒ PTT
☐ Rheumatoid Factor
☒ Sed Rate
☐ SGOT
☐ SGPT
☐ Uric Acid
☒ Urine Analysis with micro (with culture and sensitivity if indicated)
☐ Urine Pregnancy Test
☐ Vitamin D Level

☒ Preop Clearance
☐ Cardiac Clearance

Date: 6/8/2021 2:56:44 PM

Physician Signature: Kevin P. McCarthy, M.D.

**LabCorp** **Patient Report**

Specimen ID: 105-772-9021-0
Control ID: 41543817076

Acct #: 17890175 Phone: (225) 766-0050 Rte: 14

LUNDBERG, TERESA C.

The Bone and Joint Clinic
7301 Henessy Blvd #200
Baton Rouge LA 70808

**Patient Details**
DOB:
Age(y/m/d): 053/05/23
Gender: F
Patient ID:

**Specimen Details**
Date collected: 04/15/2021 1301 Local
Date received: 04/15/2021
Date entered: 04/15/2021
Date reported: 04/15/2021 1610 ET

**Physician Details**
Ordering: K MCCARTHY
Referring:
ID:
NPI: 1407843501

**General Comments & Additional Information**
A courtesy copy of this report has been sent to 2258191373.

**Total Volume:** Not Provided

**Fasting:** No

**Ordered Items**
CBC With Differential/Platelet; Prothrombin Time (PT); PTT, Activated; Blood Drawing

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 10.2 | | 1000/uL | 4.0-11.0 | 01 |
| RBC | 4.97 | | mill/uL | 3.80-5.30 | 01 |
| Hemoglobin | 15.0 | | g/dL | 12.0-16.0 | 01 |
| Hematocrit | 46.5 | | % | 37.0-47.0 | 01 |
| MCV | 94 | | fL | 80-100 | 01 |
| MCHC | 32.3 | | g/dL | 31.0-37.0 | 01 |
| RDW | 13.0 | | % | 12.1-14.9 | 01 |
| Platelets | 311 | | K/uL | 150-375 | 01 |
| MEAN PLATELET VOLUME (MPV) | 8.7 | | fL | 6.5-12.0 | N |
| Neutrophils | 55 | | % | 44-81 | 01 |
| Lymphs | 34 | | % | 21-47 | 01 |
| Monocytes | 7 | | % | 2-11 | 01 |
| Eos | 2 | | % | 0-7 | 01 |
| Basos | 1 | | % | 0-1 | 01 |
| Neutrophils (Absolute) | 5.7 | | 1000/UL | 1.5-10.0 | 01 |
| **Lymphs (Absolute)** | **3.5** | **High** | 1000/ul | 1.3-2.9 | 01 |
| Monocytes(Absolute) | 0.7 | | 1000/ul | 0.1-1.0 | 01 |
| Eos (Absolute) | 0.3 | | 1000/UL | 0.0-0.7 | 01 |
| Baso (Absolute) | 0.1 | | 1000/UL | 0.0-0.1 | 01 |
| **Prothrombin Time (PT)** | | | | | |
| INR | 0.9 | | | | 01 |
| Prothrombin Time | 12.2 | | SECONDS | 11.5-15.3 | 01 |
| **PTT, Activated** | | | | | |
| aPTT | 24 | | SECONDS | 21-35 | 01 |

Date Issued: 04/22/21 1531 ET **FINAL REPORT** 

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 225-765-8611

© 1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

LabCorp **Patient Report**

Patient: LUNDBERG, TERESA C.
DOB:
Patient ID:
Control ID: 41543817076
Specimen ID: 105-772-9021-0
Date collected: 04/15/2021 1301 Local

| | | | |
|---|---|---|---|
| 01 | BATLA | Our Lady of the Lake Regional<br>5000 Hennessy Boulevard, Baton Rouge, LA 70808-4375 | Dir: Anthony Harton, MD |
| 02 | MB | LabCorp Birmingham<br>1801 First Avenue South, Birmingham, AL 35233-1935 | Dir: Brian Ragland, MD |

For inquiries, the physician may contact **Branch: 225-298-8200 Lab: 225-765-8611**



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 225-765-8611

© 1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

CPL 512-873-5055 Mon Apr 19 12:32:39 2021 Page 2 of 6
FROM CLIN PATH LABS PH: 512-339-1275

CLINICAL PATHOLOGY LABORATORIES
9200 Wall Street • Austin, Texas 78754
512-873-1600 1-800-633-4757

CAP Accreditation #: 21525-01
CLIA # 45D0505003

34383
BONE AND JOINT CLINIC OF BATON ROUGE
7301 HENNESSY BLVD #200
BATON ROUGE, LA 70808

DOB:

| PATIENT NAME | PATIENT I.D. | ROOM NUMBER | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| LUNDBERG,TERESA | 1720862806 | 20578 | 53 | F | MCCARTHY,KEVIN |

| PAGE | REQUISITION NO. | ACCESSION NO. | ID. NO. | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | SW0343830 | BE384197 | 225937204 | 04/15/21 15:27 | 04/15/21 | 04/19/21 | 12:32P |

| TEST | RESULTS OUT-OF-RANGE | RESULTS WITHIN RANGE | UNITS | EXPECTED RANGE |
|---|---|---|---|---|
| RX COMPREHENSIVE PAIN MANAGEMENT PROFILE, SCREEN RFLX CONFIRM | | | | |
| RX AMPHET SCRN/RFLX | | Negative | | |
| RX DESIGN AMPHET SCRN/RFLX | | Negative | | |
| RX ANTICONVULS SCRN/RFLX | | Negative | | |
| RX ANTIDEPRESS SCRN/RFLX | | See Confirm | | |
| AMITRIPTYLINE | | Negative | | |
| AMITRIPTYLINE RES | | <100 | ng/mL | <100 |
| DESIPRAMINE | | Negative | | |
| DESIPRAMINE RES | | <100 | ng/mL | <100 |
| DOXEPIN | | Negative | | |
| DOXEPIN RES | | <100 | ng/mL | <100 |
| DOXEPIN METAB | | Negative | | |
| DOXEPIN METAB RES | | <100 | ng/mL | <100 |
| IMIPRAMINE | | Negative | | |
| IMIPRAMINE RES | | <100 | ng/mL | <100 |
| NORTRIPTYLINE | | Negative | | |
| NORTRIPTYLINE RES | | <100 | ng/mL | <100 |
| PAROXETINE | | Negative | | |
| PAROXETINE RES | | <100 | ng/mL | <100 |
| SERTRALINE METAB | | Negative | | |
| SERTRALINE METAB RES | | <100 | ng/mL | <100 |
| TRAZODONE METAB | | Negative | | |
| TRAZODONE METAB RES | | <100 | ng/mL | <100 |
| VENLAFAXINE METAB | Positive-Consistent | | | |
| VENLAFAXINE METAB RES | >5000 | | ng/mL | <100 |
| DULOXETINE | Positive-Consistent | | | |
| DULOXETINE RES | 267 | | ng/mL | <100 |
| FLUOXETINE METAB | | Negative | | |
| FLUOXETINE METAB RES | | <100 | ng/mL | <100 |
| FLUVOXAMINE | | Negative | | |
| FLUVOXAMINE RES | | <100 | ng/mL | <100 |
| CITALOPRAM METAB | | Negative | | |
| CITALOPRAM METAB RES | | <100 | ng/mL | <100 |
| BUPROPION METAB | | Negative | | |
| BUPROPION METAB RES | | <100 | ng/mL | <100 |
| CLOMIPRAMINE METAB | | Negative | | |
| CLOMIPRAMINE METAB RES | | <100 | ng/mL | <100 |
| MIRTAZAPINE | | Negative | | |
| MIRTAZAPINE RES | | <100 | ng/mL | <100 |
| RX ANTIPSYCH SCRN/RFLX | | Negative | | |

* Recheck UDS @ F/U 10/7/21

REPORT CONTINUED ON NEXT FORM

ALLEN PRINT SOLUTIONS allenprintsolutions.com 800-282-1119

CPL 512-873-5055 Mon Apr 19 12:32:39 2021 Page 3 of 6

CONTINUED REPORT FROM CLIN PATH LABS PH: 512-339-1275

CLINICAL PATHOLOGY LABORATORIES

9200 Wall Street • Austin, Texas 78754
512-873-1600 1-800-633-4757

CAP Accreditation #: 21525-01
CLIA # 45D0505003

34383
BONE AND JOINT CLINIC OF BATON ROUGE
7301 HENNESSY BLVD #200
BATON ROUGE, LA 70808

DOB:

| PATIENT NAME | PATIENT I.D. | ROOM NUMBER | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| LUNDBERG,TERESA | 1720862806 | 20578 | 53 | F | MCCARTHY,KEVIN |

| PAGE | REQUISITION NO. | ACCESSION NO. | ID. NO. | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | SW0343830 | BE384197 | 2259372040 | 04/15/21 15:27 | 04/15/21 | 04/19/21 | 12:32P |

| TEST | RESULTS OUT-OF-RANGE WITHIN RANGE | UNITS | EXPECTED RANGE |
|---|---|---|---|
| RX BARBIT SCRN/RFLX | Negative | | |
| RX BENZO SCRN/RFLX | Negative | | |
| RX BUPRENORPHINE SCRN/RFLX | Negative | | |
| RX SYNTH CANN SCRN/RFLX | Negative | | |
| RX CATHINONES SCRN/RFLX | Negative | | |
| RX DEXTROMETHORPH SCRN/RFLX | See Confirm | | |
| DEXTROMETHORPHAN | Positive-Inconsistent | | |
| DEXTROMETHORPHAN RES | 542 | ng/mL | <100 |
| DEXTRORPHAN | Positive-Inconsistent | | |
| DEXTRORPHAN RES | >5000 | ng/mL | <100 |
| RX ETHANOL METAB SCRN/RFLX | Negative | | |
| RX FENTANYL SCRN/RFLX | Negative | | |
| RX GABA/PREGAB SCRN/RFLX | See Confirm | | |
| GABAPENTIN | Negative | | |
| GABAPENTIN RES | <1000 | ng/mL | <1000 |
| PREGABALIN | Positive-Consistent | | |
| PREGABALIN RES | 15495 | ng/mL | <1000 |
| RX ILLICITS K SCRN/RFLX | Negative | | |
| RX ILLICITS, CLASS SCRN/RFLX | Negative | | |
| RX ILLICITS D SCRN/RFLX | Negative | | |
| RX KETAMINE SCRN/RFLX | Negative | | |
| RX MEPERIDINE SCRN/RFLX | Negative | | |
| RX METHADONE SCRN/RFLX | Negative | | |
| RX NALX/NALT/BUTR SCRN/RFLX | Negative | | |
| RX OPIOIDS, SCRN/RFLX | See Confirm | | |
| HYDROCODONE | Negative-Inconsistent | | |
| HYDROCODONE RES | <100 | ng/mL | <100 |
| HYDROMORPHONE | Negative-Inconsistent | | |
| HYDROMORPHONE RES | <100 | ng/mL | <100 |
| NORHYDROCODONE | Negative-Inconsistent | | |
| NORHYDROCODONE RES | <100 | ng/mL | <100 |
| CODEINE | Negative | | |
| CODEINE RES | <100 | ng/mL | <100 |
| NORCODEINE | Negative | | |
| NORCODEINE RES | <100 | ng/mL | <100 |
| MORPHINE | Negative | | |
| MORPHINE RES | <100 | ng/mL | <100 |
| RX OXYCODONE SCRN/RFLX | Negative | | |
| RX SKEL. MUSC. RELAX SCRN/RFLX | See Confirm | | |
| CARISOPRODOL | Negative | | |

ran out x 1 wk ? recheck

REPORT CONTINUED ON NEXT FORM

ALLEN PRINT SOLUTIONS allenprintsolutions.com 800-282-1119

CPL 512-873-5055 Mon Apr 19 12:32:39 2021 Page 4 of 6
CONTINUED REPORT FROM CLIN PATH LABS PH: 512-339-1275

CLINICAL PATHOLOGY LABORATORIES
9200 Wall Street • Austin, Texas 78754
512-873-1600 1-800-633-4757

CAP Accreditation #: 21525-01
CLIA # 45D0505003

34383
BONE AND JOINT CLINIC OF BATON ROUGE
7301 HENNESSY BLVD #200
BATON ROUGE, LA 70808

DOB:

| PATIENT NAME | PATIENT I.D. | ROOM NUMBER | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| LUNDBERG, TERESA | 1720862806 | 20578 | 53 | F | MCCARTHY, KEVIN |

| PAGE | REQUISITION NO. | ACCESSION NO. | ID. NO. | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 3 | SW0343830 | BE384197 | 225937204 | 04/15/21 15:27 | 04/15/21 | 04/19/21 | 12:32P |

| TEST | RESULTS (OUT-OF-RANGE / WITHIN RANGE) | UNITS | EXPECTED RANGE |
|---|---|---|---|
| CARISOPRODOL RES | <100 | ng/mL | <100 |
| MEPROBAMATE | Negative | | |
| MEPROBAMATE RES | <200 | ng/mL | <200 |
| CYCLOBENZAPRINE | Negative-Inconsistent | | |
| CYCLOBENZAPRINE RES | <50 | ng/mL | <50 |
| BACLOFEN | Negative | | |
| BACLOFEN RES | <100 | ng/mL | <100 |
| RX TAPENTADOL SCRN/RFLX | Negative | | |
| RX TRAMADOL SCRN/RFLX | Negative | | |

PROVIDED MEDICATIONS

| | |
|---|---|
| MEDICATION 1 | NORCO |
| MEDICATION 2 | EFFEXOR |
| MEDICATION 3 | CYMBALTA |
| MEDICATION 4 | FLEXERIL |
| MEDICATION 5 | LYRICA |

Reference range indicates cutoff for positive result determination.

Specimen Type: Urine

Urine drug and metabolite concentrations are dependent on many factors, including patient compliance, drug dosing, dosing interval, individual variation in drug absorption and metabolism, urine concentration, and limitations of testing. Assay is intended for medical purposes only, not for forensic use.

These tests were developed and their performance characteristics determined by Sonic Reference Laboratory (SRL). These have not been cleared or approved by the U.S. Food and Drug Administration (FDA). The FDA has determined that such clearance or approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. SRL is qualified to perform high complexity testing under the Clinical Laboratory Improvement Amendments (CLIA).

RX SPECIMEN VALIDITY TESTING

| TEST | RESULTS | UNITS | EXPECTED RANGE |
|---|---|---|---|
| CREATININE | 146 | mg/dL | 20-250 |
| SPECIFIC GRAVITY | 1.026 | | 1.003-1.019 |
| PH | 5.7 | | 4.0-11.0 |

REPORT CONTINUED ON NEXT FORM

ALLEN PRINT SOLUTIONS

**Bone and Joint Clinic of Baton Rouge, Inc.**
*Practice Limited to Orthopaedic Surgery*

7301 Hennessy Blvd
Suite 200

Baton Rouge, Louisiana
P.O. Box 98035
70898 9035

Telephone 225.766.0050
FAX 225.766.1499

# Lab Orders

**Physician:**

Patient Name Teresa C Lundberg
Date of Birth
Diagnosis Z01.812, Z79.01
Procedure
Date of Procedure
Specimen Source

Please complete the following selected test and fax the results to 225-819-1373

- ☐ ABO RH and Antibody Screen
- ☐ Aerobic Culture
- ☐ Albumin
- ☐ Alkaline Phosphate
- ☐ ANA
- ☐ Anaerobic Culture
- ☐ Bleeding Time
- ☐ Blood Antibody Screen
- ☐ BUN
- ☐ Cardiac Clearance
- ☒ CBC
- ☐ CBC w/ Diff
- ☐ Chem 7 or BMP
- ☐ C-Reactive Protein
- ☐ Creatinine
- ☐ CXR
- ☐ EKG
- ☐ Gram Stain
- ☐ HgA1C
- ☐ HLA-B27
- ☐ Joint Fluid Analysis, Cell Count, Crystals
- ☐ MRSA Screen Nasal Swab
- ☐ Other:
- ☒ PT / INR
- ☒ PTT
- ☐ Rheumatoid Factor
- ☐ Sed Rate
- ☐ SGOT
- ☐ SGPT
- ☐ Uric Acid
- ☐ Urine Analysis with micro (with culture and sensitivity if indicated)
- ☐ Urine Pregnancy Test
- ☐ Vitamin D Level

- ☐ Preop Clearance
- ☐ Cardiac Clearance

Date: 3/15/2021 11:58:34 AM

Physician Signature: Kevin P. McCarthy, M.D.

# INTRAOPERATIVE NEUROPHYSIOLOGY

Print Time Stamp: 02-20-2020 06:56 AM EST

**Surgery Date:** 02-19-20 Hospital ID: 345029 Medical Rec. #: 60887 Patient Type: Inpatient

**Patient:** Teresa Lundberg **DOB:** **Age:** 52 **Sex:** Female

**Surgeon:** Kevin McCarthy, M.D.

Post Baseline 09:45
Final Trace Time: 13:20
Total Professional Time: 03:35
**PID:** 1503236

**Anesthesiologist:** Tucker, Pat CRNA

**IONM Technologist:** Jon Price, CNIM

**Location:** The Spine Hospital of Louisiana at the NeuroMedical Center

**Diagnosis:** lumbar stenosis, lumbar radiculopathy

**Procedure:** TLIF L3 - S1.

## Conditions of the Recording:

Multi-modality Intraoperative neurophysiological monitoring was continuously carried out in an effort to safeguard the patient, utilizing the modalities listed below. After the patient was intubated sub dermal needle and stimulating electrodes were placed. Post induction, subdermal needle electrodes were placed in the scalp at Fpz, CPz, CP3, CP4 and Mastoid for SSEP recording. All stimulation electrodes were connected to the stimulation box. All recording electrodes were connected to the pre-amplifier. Impedances were checked and found to be acceptable. Monitoring began and baselines were taken prior to exposure. All studies were performed on the aforementioned patient under real-time physician direct supervision via internet communication allowing continuous or immediate contact between the interpreting physician and surgeon. This was achieved via a high-quality audio-visual connection. Data was available for interpretation at 0945 and the interpreting physician was signed on and remained in communication until closure.

## Description of the Recording:

Bilateral ulnar nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 50% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.Bilateral posterior tibial nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 50% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.

Free running needle EMG responses were recorded from the external anal sphincter throughout the procedure. When SSEP baselines were taken the sEMG channel was quiet and free of artifact. The external anal sphincter EMG channel remained quiet throughout the procedure and during closing. Surgeon was informed and acknowledged.Bilateral free running lower EMG responses were recorded from the muscles listed above throughout the procedure. When SSEP baselines were taken, all sEMG channels were quiet and free of artifact. All sEMG channels remained quiet throughout the procedure and during closing. Surgeon was informed and acknowledged.

Triggered EMG testing was performed by stimulating the pedicle screws to elicit a response from the vastus lateralis, vastus medialis, anterior tibialis, gastrocnemius, and/or abductor hallucis brevis/abductor digiti minimi muscles due to excitation of the corresponding L3, L4, L5, S1 and/or S2 nerve roots. All screw stimulation values were within normal limits, surgeon informed of screw values and acknowledged. Normal stimulation values suggest intact pedicle walls.

Raw and processed EEG waveforms were recorded throughout this procedure to visualize general cerebral activity. Waveforms were symmetric throughout the procedure. No lateralizing events were observed during the case.

Train of Four testing was performed in muscle(s) relevant to the body region that was monitored with EMG recording, to verify the validity of monitoring procedures that are dependent upon adequate neuromuscular transmission, such as EMG and Pedicle screw stimulation. A response of 4/4 muscle twitches was noted for all periods of this procedure.

**Summary:**

Upper and lower extremity SSEP baselines replicated reliably throughout the procedure. EMGs were quiet throughout the case. EEG was unremarkable and symmetrical throughout the procedure. Train of Four results showed 4 out of 4 twitches during critical periods. Any changes that occurred throughout were relayed to the surgeon and acknowledged. The patient moved all four extremities preoperatively. The patient moved all four limbs postoperatively. Technologist informed recovery room staff that no changes were noted during this procedure.

**Impression:**

Uneventful inter-operative procedure.

Richard Boehme, M.D.

NOTE: This report was signed via Electronic Signature by Richard Boehme, M.D. on 02/20/2020 06:57 AM

02/19/2020 12:52 PM 16515607819 → 12258191373 pg 1 of 2

NATIONAL
Louisiana
PO Box 592442
San Antonio, TX 78259-9998

# Technical Report

Print Time Stamp: 02/19/20 03:52 PM

Hospital ID: 345029
Medical Rec. #: 60887
PID: 1503236

| Patient Information | Date Of Surgery | Hospital | Surgeon | IONM Technologist |
|---|---|---|---|---|
| Teresa Lundberg | 02/19/2020 | The Spine Hospital of Louisiana at the NeuroMedical Center | Kevin McCarthy, M.D. | Jon Price, CNIM<br>Kelsi Monzingo, CNIM |

| Date Of Birth | Age | Sex | Home Phone | Work Phone | Cell |
|---|---|---|---|---|---|
| | 52 | Female | | | |

**Procedure** TLIF L3 - S1.

**Diagnosis:** lumbar stenosis, lumbar radiculopathy

| Reader | Anesthesiologist | IONM System |
|---|---|---|
| Richard Boehme, M.D. | Tucker, Pat CRNA | Monzingo |

| Hospital Time In | Patient in OR | Patient Out OR | First Baseline | Final Trace | Professional Time | Total Tech |
|---|---|---|---|---|---|---|
| 09:20 | 09:20 | 13:20 | 09:45 | 13:20 | 03:35 | 04:00 |

**Introduction**

Multi-modality Intraoperative neurophysiological monitoring was continuously carried out in an effort to safeguard the patient, utilizing the modalities listed below. After the patient was intubated sub dermal needle and stimulating electrodes were placed. Post induction, subdermal needle electrodes were placed in the scalp at Fpz, CPz, CP3, CP4 and Mastoid for SSEP recording. All stimulation electrodes were connected to the stimulation box. All recording electrodes were connected to the pre-amplifier. Impedances were checked and found to be acceptable. Monitoring began and baselines were taken prior to exposure. All studies were performed on the aforementioned patient under real-time physician direct supervision via internet communication allowing continuous or immediate contact between the interpreting physician and surgeon. This was achieved via a high-quality audio-visual connection. Data was available for interpretation at 0945 and the interpreting physician was signed on and remained in communication until closure.

## Upper SSEP

Stimulation sites:Ulnar Nerve.
Results: Bilateral ulnar nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 50% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.

## Anal Sphincter EMG

Results: Free running needle EMG responses were recorded from the external anal sphincter throughout the procedure. When SSEP baselines were taken the sEMG channel was quiet and free of artifact. The external anal sphincter EMG channel remained quiet throughout the procedure and during closing. Surgeon was informed and acknowledged.

## Lower SSEP

Stimulation sites:Posterior Tibial.
Recording Sites:Popliteal Fossa.
Results: Bilateral posterior tibial nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 50% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.

## Lower EMG

Recording Sites:Abductor Hallucis, Gastroc, Tib. Ant., Vast. Medi, Vastus Lateralis.
Results: Bilateral free running lower EMG responses were recorded from the muscles listed above throughout the procedure. When SSEP baselines were taken, all sEMG channels were quiet and free of artifact. All sEMG channels remained quiet throughout the procedure and during closing. Surgeon was informed and acknowledged.

## Triggered EMG

Results: Triggered EMG testing was performed by stimulating the pedicle screws to elicit a responce from the vastus lateralis, vastus medialis, anterior tibialis, gastrocnemius, and/or abductor hallucis brevis/abductor digiti minimi muscles due to excitation of the corresponding L3, L4, L5, S1 and/or S2 nerve roots. All screw stimulation values were within normal limits, surgeon informed of screw values and acknowledged. Normal stimulation values suggest intact pedicle walls.



Confidential and legally privileged for client/partner informational purpose only. Unauthorized use or disclosure is strictly prohibited. If you have found this communication, please notify National Neuromonitoring, LLC at (210) 268-7108

NATIONAL

Louisiana

PO Box 592442
San Antonio, TX, 78259-9998

# Technical Report

Hospital ID: 345029
Medical Rec. #: 60887

Print Time Stamp: 02/19/20 03:52 PM PID: 1503236

| Stim Location | Stim Site | Left Stim Level | Alert | Right Stim Level | Alert | Results |
|---|---|---|---|---|---|---|
| L3 | Pedicle Screw | 26 | | 20 | | left - left quad : right - right quad |
| L4 | Pedicle Screw | 13 | | 21 | | left - left quad : right - right quad |
| L5 | Pedicle Screw | 18 | | 22 | | left - left quad : right - right ta |
| S1 | Pedicle Screw | 22 | | 20 | | left - left ta : right - right ta |

**EEG**

Results: Raw and processed EEG waveforms were recorded throughout this procedure to visualize general cerebral activity. Waveforms were symmetric throughout the procedure. No lateralizing events were observed during the case.

**TO4**

Recording Sites:AHB.
Results: Train of Four testing was performed in muscle(s) relevant to the body region that was monitored with EMG recording, to verify the validity of monitoring procedures that are dependent upon adequate neuromuscular transmission, such as EMG and Pedicle screw stimulation. A response of 4/4 muscle twitches was noted for all periods of this procedure.

Summary

Upper and lower extremity SSEP baselines replicated reliably throughout the procedure. EMGs were quiet throughout the case. EEG was unremarkable and symmetrical throughout the procedure. Train of Four results showed 4 out of 4 twitches during critical periods. Any changes that occurred throughout were relayed to the surgeon and acknowledged. The patient moved all four extremities preoperatively. The patient moved all four limbs postoperatively. Technologist informed recovery room staff that no changes were noted during this procedure.

**Sharps Count:**

**Placed:** 29 **Removed:** 29 **Initials:**jp

| Supplies Used | Quantity |
|---|---|
| Surface Electrodes (Stickies) | 8 |
| 1.5M Single Subdermal Needle | 7 |
| 2.5M Twisted Pair Needle Electrode | 11 |

NOTE: This report was signed via Electronic Signature by Jon Price, CNIM on 02/19/2020 03:47 PM



Confidential and legally privileged for client/partner informational purpose only. Unauthorized use or disclosure is strictly prohibited. If you have found this communication, please notify National Neuromonitoring, LLC at (210) 264-7100

ID: 264509
**Lundberg, Teresa**
D.O.B.: 52 Years
Female
Meds:
Class:
Dr: Templet
Tech: Marley

Comment:

01/23/2020 10:32:31

| | |
|---|---|
| Vent. Rate: | 65 bpm |
| RR Interval: | 922 ms |
| PR Interval: | 140 ms |
| QRS Duration: | 94 ms |
| QT Interval: | 414 ms |
| QTc Interval: | 422 ms |
| QT Dispersion: | 84 ms |
| P Axis: | -18 deg |
| QRS Axis: | 3 deg |
| T Axis: | 11 deg |

Sinus rhythm
~~Possible anterior infarct~~ - age undetermined normal
Low QRS voltages in precordial leads

Abnormal ECG

1/23/2020

* Unconfirmed Analysis *

Jan. 23. 2020 11:03AM




No. 8431 P. 4/9

ID: **264509**
**Lundberg, Teresa**

D.O.B.: 52 Years
Female
Meds:
Class:
Dr: Templet
Tech: Marley

Comment:

01/23/2020 10:32:52

| | |
|---|---|
| Vent. Rate: | 65 bpm |
| RR Interval: | 922 ms |
| PR Interval: | 148 ms |
| QRS Duration: | 96 ms |
| QT Interval: | 416 ms |
| QTc Interval: | 424 ms |
| QT Dispersion: | 48 ms |
| P Axis: | -1 deg |
| QRS Axis: | 4 deg |
| T Axis: | 13 deg |

Sinus rhythm
Possible anterior infarct - age undetermined
Inferior T wave changes are nonspecific
Low QRS voltages in precordial leads

Abnormal ECG

* Unconfirmed Analysis *

Jan. 23. 2020 11:03AM




HENRY SCHEIN INC

HENRY SCHEIN INC

No. 8431 P. 5/9


ID 264509
Lundberg, Teresa
01/23/2020 10:33:07
66
II
aVF
V5
10 mm/mV
10 mm/mV
25 mm/s
STABLE 40 Hz
Serial #E8300-001330
E8300 Ref #20101029 6.8
HENRY SCHEIN INC
HENRY SCHEIN INC
Jan. 23. 2020 11:04AM No. 8431 P. 6/9

**LabCorp - Lab - General Lab**

**Specimen #:** 023-613-0163-0 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** F **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 00:00 **Date Received:** 01/23/2020 00:00 **Specimen Source:**
**Date Reported:** 01/24/2020 09:09 **Physician:** Templet, J **Information:**

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Comments:** | | | | |
| **PT and PTT** | | | | |
| INR | 0.9 | | 0.8-1.2 | MB |
| Prothrombin Time | 9.8 sec | | 9.1-12.0 sec | MB |
| aPTT | 25 sec | | 24-33 sec | MB |
| **C-Reactive Protein, Quant** | | | | |
| **C-Reactive Protein, Quant** | **11 mg/L** | **H** | **0-10 mg/L** | **MB** |

INR notes:

Reference interval is for non-anticoagulated patients.

Suggested INR therapeutic range for Vitamin K antagonist therapy:
Standard Dose (moderate intensity therapeutic range): 2.0 - 3.0
Higher intensity therapeutic range 2.5 - 3.5

aPTT notes:

This test has not been validated for monitoring unfractionated heparin therapy. aPTT-based therapeutic ranges for unfractionated heparin therapy have not been established. For general guidelines on Heparin monitoring, refer to the LabCorp Directory of Services.

**Lab Name:** LabCorp Birmingham (MB) **Director:** Brian D Ragland
**Address:** 1801 First Avenue South **Phone #:** 2055813500
Birmingham, AL 35233-1935

[Digital Signature Validated]

**Family Doctor Clinic - Lab - General Lab**

**Specimen #:** 142249 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** Female **DOB:**
**Address:** **Phone #:** **SSN:**

---

**Date of Specimen:** 01/23/2020 **Date Received:** 01/23/2020 **Specimen Source:** Whole blood
**Date Reported:** 01/23/2020 **Physician:** Templet, Jenny A **Information:** Schuyler Patient ID: 264509

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **SED RATE** | | | | |
| SED RATE | 1 mm/hr | | 0-30 mm/hr | LAB |

---

**Lab Name:** FAMILY DOCTOR CLINIC (LAB) **Director:** Dr. Jenny Templet, M.D.
**Address:** 804 SOUTH ACADIA
THIBODAUX, LA 70301 **Phone #:** 985-446-2680

---

[Digital Signature Validated]

**Family Doctor Clinic - Lab - General Lab**

**Specimen #:** 142252 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** Female **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 **Date Received:** 01/23/2020 **Specimen Source:** Serum/Plasma
**Date Reported:** 01/23/2020 **Physician:** Templet, Jenny A **Information:** Schuyler Patient ID: 264509

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **BASIC METABOLIC** | | | | |
| SODIUM | 139 mmol/L | | 136-145 mmol/L | LAB |
| POTASSIUM | 4.8 mmol/L | | 3.5-5.1 mmol/L | LAB |
| CHLORIDE | 100 mmol/L | | 98-107 mmol/L | LAB |
| **GLUCOSE** | **126 mg/dL** | **H** | **74-106 mg/dL** | **LAB** |
| BUN | 23 mg/dL | | 9-31 mg/dL | LAB |
| **CREATININE** | **1.10 mg/dL** | **H** | **0.6-1.0 mg/dL** | **LAB** |
| CALCIUM | 9.6 mg/dL | | 9.2-10.6 mg/dL | LAB |
| **GFR F** | **52.1 mL/min** | **L** | **>60 mL/min** | **LAB** |
| For African-American patients, multiply result by 1.21. | | | | |
| GFR M | 70.2 mL/min | | >60 mL/min | LAB |
| For African-American patients, multiply result by 1.21. | | | | |
| CO2 | 31.0 mmol/L | | 25.0-36.0 mmol/L | LAB |
| BUN/CREA RATIO | 20.9 Ratio | | 9-28 Ratio | LAB |

**Date of Specimen:** 01/23/2020 **Date Received:** 01/23/2020 **Specimen Source:** Serum/Plasma
**Date Reported:** 01/23/2020 **Physician:** Templet, Jenny A **Information:** Schuyler Patient ID: 264509

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **CBC + AUTO DIFF** | | | | |
| WBC | 7.8 10*3/ul | | 4.5-11.0 10*3/ul | LAB |
| RBC | 4.78 10*6/ul | | 3.86-5.55 10*6/ul | LAB |
| HGB | 14.2 g/dL | | 10.9-16.5 g/dL | LAB |
| HCT | 43.5 % | | 35.0-50.4 % | LAB |
| MCV | 91.0 fL | | 80.0-99.9 fL | LAB |
| MCH | 29.7 pg | | 27.0-31.0 pg | LAB |
| MCHC | 32.6 g/dL | | 32.5-34.9 g/dL | LAB |
| RDW | 13.4 % | | 11.5-14.5 % | LAB |
| **MPV** | **10.6 fL** | **H** | **6.8-10.4 fL** | **LAB** |
| PLATELETS | 286 10*3/ul | | 150-450 10*3/ul | LAB |
| GRANULOCYTES # | 4.9 10*3/ul | | 1.4-7.4 10*3/ul | LAB |
| LYMPHOCYTES # | 2.3 10*3/ul | | 0.9-4.1 10*3/ul | LAB |
| MONOCYTES # | 0.6 10*3/ul | | 0.1-1.1 10*3/ul | LAB |
| LYMPHOCYTES % | 30.00 % | | | LAB |
| GRANULOCYTES % | 62.50 % | | | LAB |
| MONOCYTES % | 7.50 % | | | LAB |
| **URINALYSIS** | | | | |
| COLOR | Yellow | | | LAB |
| CLARITY | Clear | | Clear | LAB |

[Digital Signature Validated]

| | | | | |
|---|---|---|---|---|
| SPECIFIC GRAVITY | >1.030 | | 1.003-1.035 | LAB |
| pH | 5.5 | | 5.0-8.0 | LAB |
| PROTEIN | Negative | | Negative | LAB |
| URINE GLUCOSE | Negative | | Negative | LAB |
| BLOOD | Negative | | Negative | LAB |
| KETONES | Negative | | Negative | LAB |
| BILIRUBIN | Negative | | Negative | LAB |
| UROBILINOGEN | 1.0 | | 0.2-1.0 | LAB |
| NITRITES | Negative | | Negative | LAB |
| LEUKOESTERASE | Negative | | Negative | LAB |
| **EPITHELIAL CELLS** | **1+ /HPF** | **A** | **Negative /HPF** | **LAB** |
| **BACTERIA** | **2+** | **A** | **Negative** | **LAB** |
| URINE WBC | Rare /HPF | | Negative /HPF | LAB |
| URINE RBC | Rare /HPF | | | LAB |
| OTHER | SeeBelow | | | LAB |
| **CALCIUM OXALAT** | **Moderate** | **A** | **None** | **LAB** |
| **MUCUS** | **Slight** | **A** | **None** | **LAB** |

likely contaminant

**ALBUMIN**

| | | | |
|---|---|---|---|
| ALBUMIN | 4.4 g/dL | 4.1-5.0 g/dL | LAB |

**Lab Name:** FAMILY DOCTOR CLINIC (LAB) **Director:** Dr. Jenny Templet, M.D.
**Address:** 804 SOUTH ACADIA THIBODAUX, LA 70301 **Phone #:** 985-446-2680

[Digital Signature Validated]

**LabCorp - Lab - General Lab**

**Specimen #:** 023-613-0113-0 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** F **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 00:00 **Date Received:** 01/23/2020 00:00 **Specimen Source:**
**Date Reported:** 01/26/2020 16:07 **Physician:** Templet, J **Information:**

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Comments:** | | | | |
| **Urine Culture, Routine** | | | | |
| Urine Culture, Routine | No growth | | | MB |

**Lab Name:** LabCorp Birmingham (MB) **Director:** Brian D Ragland
**Address:** 1801 First Avenue South **Phone #:** 2055813500
Birmingham, AL 35233-1935

[Digital Signature Validated]

**Thibodaux Regional Medical Center - Lab - General Lab**

**Specimen #:** 5704927 **Report Status:** Final Results

**Patient Information:**

**Name:** WC Lundberg, Teresa **PatientID:** 0213354 **Sex:** Female **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 10:55 **Date Received:** 01/23/2020 10:59 **Specimen Source:**
**Date Reported:** 01/23/2020 **Physician:** TEMPLET, JENNY **Information:** M000260736 - MEDMALL

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **MRSA SCREEN** | | | | |
| MRSA SCREEN | NEGATIVE | | NEG | LAB |

This test was performed using automated real-time polymerase chain reaction (PCR) on the GeneXpert Instrument System. The above test constitutes a screen for colonization with MRSA only and alone is not necessarily indicative of an active infection with this organism. Other than institution of appropriate infection control measures, no treatment is indicated based on the results of this test alone. Correlate results clinically.

**Lab Name:** TRMC PATHOLOGY DEPARTMENT (LAB) **Director:**
**Address:** 602 N Acadia Rd, Thibodaux, LA 70301 **Phone #:**

[Printed from PrimeSuite Document Import]

**Bone and Joint Clinic of Baton Rouge, Inc.**
*Practice Limited to Orthopaedic Surgery*

7301 Hennessy Blvd
Suite 200

Baton Rouge, Louisiana
P.O. Box 98035
70898 9035

Telephone 225.766.0050
FAX 225.766.1499

# Lab Orders

**Physician:**

Patient Name Teresa C Lundberg
Date of Birth
Diagnosis Z01.812, Z79.01
Procedure OPEN TLIF
Date of Procedure
Specimen Source

Please complete the following selected test and fax the results to 225-819-1373

- ☐ ABO RH and Antibody Screen
- ☐ Aerobic Culture
- ☒ Albumin
- ☐ Alkaline Phosphate
- ☐ ANA
- ☐ Anaerobic Culture
- ☐ Bleeding Time
- ☐ Blood Antibody Screen
- ☐ BUN
- ☐ Cardiac Clearance
- ☒ CBC
- ☐ CBC w/ Diff
- ☒ Chem 7 or BMP
- ☒ C-Reactive Protein
- ☐ Creatinine
- ☒ CXR
- ☒ EKG
- ☐ Gram Stain
- ☐ HgA1C
- ☐ HLA-B27
- ☐ Joint Fluid Analysis, Cell Count, Crystals
- ☒ MRSA Screen Nasal Swab
- ☐ Other:
- ☒ PT / INR
- ☒ PTT
- ☐ Rheumatoid Factor
- ☒ Sed Rate
- ☐ SGOT
- ☐ SGPT
- ☐ Uric Acid
- ☒ Urine Analysis with micro (with culture and sensitivity if indicated)
- ☐ Urine Pregnancy Test
- ☐ Vitamin D Level

- ☒ Preop Clearance
- ☐ Cardiac Clearance

Date: 1/10/2020 11:40:57 AM

Physician Signature: Kevin P. McCarthy, M.D.

# Billing Statement:

ReleasePoint

**Invoice Date: 01/05/2022** **Invoice #: 715674-2481**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Dec 1 2021 and Dec 31 2021**

**LIBMTX** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 8581843<br>9832837 | LUNDBERG, TERESA<br>BOSTON SCIENTIFIC | Canceled | 11/04/21<br>J Visaysouk | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 8581842<br>9832837 | LUNDBERG, TERESA<br>BONE & JOINT CLINIC OF BATON RO... | Complete | 11/04/21<br>J Visaysouk | $ 9.00 | $ 29.00 | $ 0.00 | $ 0.00<br>23 | **$ 38.00** |

**ReleasePoint**

**Total Amount Due: $ 43.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**From:** DisabilityDocuments
**Sent:** Thursday, February 10, 2022 5:56 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Copies of disability claim file

---

**From:** Teresa Lundberg <tlundberg31@gmail.com>
**Sent:** Thursday, February 10, 2022 10:55:37 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Copies of disability claim file

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Teresa Lundberg
Claim # **9832837**

**I would like copies of my file please.**

**Thanks**
**Teresa Lundberg**
--

Teresa Lundberg

# THE SPINE CENTER AT BONE & JOINT CLINIC OF BATON ROUGE

7301 HENNESSY BLVD. SUITE 200 BATON ROUGE, LA 70808
TELEPHONE: (225) 766-0050 FAX: (225) 768-2456

**DATE: 1/26/2022**
**RECIPIENT'S FAX NUMBER: (603)334-9124**
**ATTN: JOHN VISAYSOUK**
**PAGES (INCLUDING COVER PAGE): 2**

---

**CONFIDENTIALITY NOTICE**
The document accompanying this telecopy transmission contains confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorization recipient of this information is prohibited from disclosing this information to any other party and required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 1/13/2022

Location: Baton Rouge

---

1/13/2022

Lincoln Financial Group
Attn: John Bisaysouk

Re: Teresa Lundberg
Our File No: 3435070

To Whom It May Concern,

Ms. Teresa Lundberg is a known patient of my clinic. She has had several procedures as well as surgeries, her most recent has been a spinal cord stim placement on 8/24/21. She is still having issues and continued symptoms and we are now requiring the patient to undergo possibly further procedures. She is also taking medications that prohibit her from working. These are narcotic medications that interfere with her thought process. The medication is Norco as well as she is on Gabapentin which does interfere with confusion and alter mental state. She is also on Robaxin which causes drowsiness. She does require to take these medications consistently to try to alleviate some of her symptoms.

Again, we do not feel this patient is ready to return back to work. She has still ongoing treatment and requiring these medications as well as having restrictions of no bending, lifting greater than 10-15 lbs. or twisting at this time. She cannot stand or sit for a long period of time and it does require her to lay down as needed to help with symptomatic control.

If you have any questions in regards to this, feel free to contact me at my office at 225-766-0050.

Sincerely,

Physician Signature: Kevin P. McCarthy, M.D.

KPM/aew

*3435070*

dt: 1/14/2022

THE SPINE CENTER OF BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TERESA LUNDBERG

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

January 27, 2022

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

We are writing in reference to your claim for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Policy. As you know, on December 21, 2021, we sent you a letter with our decision to close this LTD claim. On January 26, 2022, we received and out of work note from Dr. McCarthy.

These documents have been placed in your claim file. Since your LTD claim is in a closed status, please be advised that we are not taking any further action and your LTD claim remains closed. If you wish to submit a written appeal of the denial of your LTD claim, please refer to the appeal procedures set forth in the attached January 26, 2022 denial letter.

If you have any question, please do not hesitate to contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist II
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

## CLAIMANT INFORMATION

CLAIMANT: TERESA C LUNDBERG

CUSTOMER: ACADIAN AMBULANCE SERVICES,INC

CLAIM #(s): 9832837

GROSS MONTHLY BENEFIT: $1,819.46

NET MONTHLY BENEFIT: $1,819.46

MINIMUM MONTHLY BENEFIT: $100.00

FEDERAL TAX WITHHOLDING: $0

## OFFSETS

| | FROM DATE | THRU DATE | BENEFIT |
|---|---|---|---|
| SS PRIMARY | | | |
| SS DEPENDENT | | | |
| SS RETIREMENT | | | |
| ER PENSION | | | |
| CAN. PENSION | | | |
| WORKERS' COMP. | | | |
| SLCT | | | |
| STAT BENEFITS | | | |
| OTHER - Benefit Red. | | | |
| OTHER - Subro lien | | | |

## AMOUNT TO BE PAID

| FROM DATE | THRU DATE | GROSS BENEFIT AMOUNT | OFFSETS | ADJUSTED GROSS AMOUNT (D)-(E) | FEDERAL TAX (FIT) WITHHELD | FICA TAX WITHHELD | BR Applied | STATE TAX (SIT) WITHHELD | NET BENEFIT AMOUNT (F)-(G)-(H)-(I)-(J) |
|---|---|---|---|---|---|---|---|---|---|
| 12/7/2021 | 1/6/2022 | 1,819.46 | 0.00 | 1,819.46 | 0.00 | | | | 1,819.46 |
| 1/7/2022 | 2/6/2022 | 1,819.46 | 0.00 | 1,819.46 | 0.00 | | | | 1,819.46 |
| 2/7/2022 | 3/6/2022 | 1,819.46 | 0.00 | 1,819.46 | 0.00 | | | | 1,819.46 |
| 3/7/2022 | 4/6/2022 | 1,819.46 | 0.00 | 1,819.46 | 0.00 | | | | 1,819.46 |
| | | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | **TOTALS** | **7,277.84** | **0.00** | **7,277.84** | **0.00** | **0.00** | **0.00** | **0.00** | **7,277.84** |

Payment Specialist: Sheila Canney

Date 12/22/2021

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TERESA LUNDBERG

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

December 21, 2021

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are writing in regard to your claim for disability benefits. We have completed a thorough review of your eligibility for disability benefits and have determined that benefits are not payable beyond April 6, 2022. Acadian Ambulance Services, Inc.'s Long-Term Disability Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical, mental capacity and which provides the Covered Person with substantially the same earning capacity as the Covered Person's former earning capacity prior to the start of the Disability.*

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s), and then compared your restrictions and limitations to the requirements of your occupation

**Medical Review**

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s), and then compared your restrictions and limitations to the requirements of any occupation. We received medical records from

- Office visit notes from Dr. McCarthy dated March 9, 2020 to November 18, 2021
- Office visit notes from Dr. Templet dated January 23, 2020 to January 26, 2020
- Office visit notes from Dalgle Himel Dalgle PT dated June 29, 2020 to July 16, 2020

**Orthopedic Medical Review**

To clarify the severity of your diagnosis we referred your file to a Consulting Physician Board Certified Orthopedic Surgery for a review of the medical records noted above. The results of the medical reviewed dated December 12, 2021 is as follow:

> *"Due to the chronicity of the claimant's low back pain and right lower extremity radiculopathy which has failed to resolve following the claimant's 2/19/20 L3-S1 decompression and fusion and permanent placement of an SCS on 8/24/21 (which resulted in temporary resolution of the claimant's back pain and right lower extremity radiculopathy which then recurred in mid-October 2021 and which is requiring ongoing evaluation and treatment by Dr. McCarthy) which is consistent with the assessment that the claimant's chronic pain is due to failed back syndrome, and the fact that this is a difficult entity to treat since there is usually no surgical treatment for this condition since the source of the pain cannot usually be defined, reasonable R/Ls from 12/1/21-5/1/22 would include frequent sit with the ability to change position as needed, no bend/twist at the waist, no squat/kneel/crawl/climb, and no push/pull/lift greater than 5 pounds on an occasional basis. Based on the chronicity of the claimant's low back pain and right lower extremity radiculopathy due to failed back syndrome due to a prolonged course of conservative treatment and 2 surgical procedures it would be reasonable to expect that if there is no improvement in the claimant's condition by 5/1/22 such that she can sit to stand, stand, and walk without impairment from her low back or right lower extremity that this assessment of the claimant's functional capacity would be permanent."*

**Vocational Review**

Your file was then referred to a vocational consultant for review based on the current physical restrictions and limitations provided and referenced above. We requested a transferrable skills analysis to identify any vocational alternatives within the labor market consistent with your training, education, experience and physical capabilities. The vocational consultant report dated December 15, 2021 indicates you have the following transferrable skills:

**TRANSFERABLE SKILLS:**

**Skills & Abilities:**
Paramedic Skills:
- Learning and knowing laws, safety rules, and procedures.
- Recognizing violations and signs of danger.
- Using reason and judgment to deal with people in different kinds of situations.
- Thinking clearly, staying calm, and reacting quickly in emergencies.
- Ability to help professionally trained medical personnel in attending to the physical needs and welfare of the sick, injured, elderly, young, or handicapped.
- Using common sense and special skills in attending to the needs of a specific individual or group.
- Use equipment and instruments and collect medical data.

Communication Skills:
- Communicate effectively with others.
- Ability to recognize problems/concerns.
- Inform and consult with staff.

Clerical Skills:
- Collects patient data, review of medical documents.
- Documentation skills.
- Work without direction.
- Scheduling appointments.
- Express ideas in easily understandable terms.
- Applying math/calculation skills to process financial data.

| DOT Code | Occupation | National Monthly Wage |
|---|---|---|
| 203.582-054 | Data Entry Clerk | $ 2870 |
| 237.367-038 | Receptionist | $ 2593 |
| 237.367-010 | Appointment Clerk | $ 2593 |
| 241.367-014 | Customer Complaint Clerk | $ 2987 |

Our role in reviewing your file is to determine whether your medical condition and the medical documentation contained in your file supports that you are able to perform the material and substantial duties of any other occupation that you are qualified to perform. We are not required to ensure the availability of these occupations or that you return to active employment with Safeway Inc. in the same or alternative position. The review of your file conducted was to determine whether you are capable of performing the duties of any occupation.

While you may continue to experience some symptoms, the medical documentation contained in your file does not support restrictions and limitations severe enough to prevent you from performing the material and substantial duties of any occupation as referenced above.

**Summary**

Based on the medical and vocational information contained in your file your benefits are not payable beyond April 6, 2022. Although we have determined that you will not be eligible beyond the change in definitions date, we have determined you remain eligible for benefits during the remainder of the Own Occupation period. We are issuing the remainder of your benefits in a lump sum advance payment. This lump sum payment is not a full and final settlement of your claim.

Therefore, we have determined that you do not meet the above Policy's definition of disability and we must close your claim effective April 7, 2022.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, and treatment plans from all treating providers from January 8, 2020 to the present and any additional information which you feel will support your claim.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́į́ł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist II
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Lincoln Financial Group®

# Transferable Skills Analysis

**Date:** 12/15/2021
**Claimant:** Teresa Lundberg
**Claim #:** 9832837
**Policyholder:** Acadian Ambulance Services, Inc.
**Pre-disability Earnings:** $2729.06
**Benefit Amount:** $1819.46

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description, Training Education Experience Form, Peer Review by Richard Avioli, MD dated 12/12/2021; Occupational Analysis by Triska Henry-Byrd, MS CRC dated 11/6/2020

**Education & Training:**
Education: High School graduate; Licensed paramedic; computer skills include word processing, spreadsheets, email, internet, photo software,

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 079.364-026 | Paramedic | 6 | 19 | V |
| 201.362-014 | Medical Records Clerk | 6 | 3 | S |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of Peer Review by Richard Avioli, MD dated 12/12/2021

- Frequent sit with the ability to change position as needed
- No bend/twist at the waist
- No squat/kneel/crawl/climb
- No push/pull/lift greater than 5 pounds on an occasional basis

**Skills & Abilities:**
Paramedic Skills:

- Learning and knowing laws, safety rules, and procedures.
- Recognizing violations and signs of danger.
- Using reason and judgment to deal with people in different kinds of situations.
- Thinking clearly, staying calm, and reacting quickly in emergencies.
- Ability to help professionally trained medical personnel in attending to the physical needs and welfare of the sick, injured, elderly, young, or handicapped.
- Using common sense and special skills in attending to the needs of a specific individual or group.
- Use equipment and instruments and collect medical data.

Communication Skills:

- Communicate effectively with others.
- Ability to recognize problems/concerns.
- Inform and consult with staff.

Clerical Skills:

- Collects patient data, review of medical documents.
- Documentation skills.
- Work without direction.

- Scheduling appointments.
- Express ideas in easily understandable terms.
- Applying math/calculation skills to process financial data.

**Profile Adjustments:**

- General Educational Development: Mathematics adjusted to grades 9-12 based on high school graduate.
- Strength: Adjusted to sedentary based on restrictions/limitations.
- Physical: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- Environmental: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- Noise: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud.
- Aptitudes: No adjustments performed.
- Situations: Performing repetitive or short-cycle work adjusted to yes based on clerical tasks, data entry, etc.
  Performing a variety of duties adjusted to yes based on examination of the patient for signs and symptoms of illness/injury and assists other medical personnel as necessary; administers prompt and efficient basic and intermediate life support care within the limits of licensure or certification and in accordance with approved protocols prior to and during transport; handling of the patient to and from the ambulance.
  Working under specific instructions adjusted to yes based on working under operations manager.
- Data: Analyzing adjusted to yes based on assessment of patient and emergency treatment needed.
  Copying and comparing adjusted to yes based on completing documentation, ensuring accuracy, medical information, scheduling, etc.
- People: Serving adjusted to yes based on providing direct patient care.
  Taking instructions-helping adjusted to yes based on ability to follow supervisor in charge.
- Things: Precision working adjusted to yes based on skillfully providing ACLS according to exact guidelines, performing extrications as needed.
  Driving-operating adjusted to yes based on driving ambulance.
  Tending adjusted to yes based on tending to patient and medical equipment.
  Handling adjusted to yes based on handling variety of tools and medical or life saving equipment.

**Summary:**
The Transferable Skills Analysis identified occupations that are within the physical abilities and identified skills level.

**Examples of Occupations identified based on national economy labor market and insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Economy Monthly Wage |
|---|---|---|---|
| 203.582-054 | Data Entry Clerk | S | $2870 |
| 237.367-038 | Receptionist | S | $2593 |
| 237.367-010 | Appointment Clerk | S | $2593 |
| 241.367-014 | Customer Complaint Clerk | S | $2987 |

**Wage Information is based on median 2020 Bureau of Labor Statistical Data*

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Counselor

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 079.364-026 | Paramedic | 6 | 19 | 0 | Y | N | N | V | 10.03.02 |
| 201.362-014 | Medical Secretary | 6 | 3 | 0 | Y | N | N | S | 07.01.03 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 6 (1 to 2 years) | No Change |
| Minimum | | 6 (1 to 2 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 4 Grades 9-12 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | V Very Heavy | S Sedentary |
| | Minimum | S Sedentary | No Change |
| Climbing | | Occasionally | Never |
| Balancing | | Occasionally | Unknown |
| Stooping | | Frequently | Never |
| Kneeling | | Frequently | Never |
| Crouching | | Occasionally | Never |
| Crawling | | Occasionally | Never |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Unknown |
| Fingering | | Frequently | Unknown |
| Feeling | | Occasionally | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Occasionally | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Frequently | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Frequently | Unknown |
| Field of Vision | | Frequently | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Frequently | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Constantly | Unknown |
| Noise Intensity Level | | Loud | Very Loud |
| **DOT Aptitudes** | | | |
| General Learning Ability | | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | | 3 (34-66 Percentile) | No Change |

| | | |
|---|---|---|
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 2 (67-89 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 2 (67-89 Percentile) | No Change |
| Finger Dexterity | 2 (67-89 Percentile) | No Change |
| Manual Dexterity | 2 (67-89 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 3 (34-66 Percentile) | No Change |
| Color Discrimination | 3 (34-66 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | Yes | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | Yes |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | Yes |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | Yes |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| ACADIAN AMBULANCE SERVICES,INC | TERESA LUNDBERG | 9832837 |

| | | | |
|---|---|---|---|
| Report Date: | 12/12/2021 | | |
| Referred By: | John Visaysouk | Claimant DOB: | |
| Referral Date: | 11/30/2021 | Job Title: | EMT-PARAMEDIC - OA - VERY HEAVY |
| Due Date: | 12/15/2021 | Medical/ Surgical Condition: | Spinal stenosis, lumbar region |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 01/07/2020 |
| | | DOD: | 01/08/2020 |
| Physical Demands: | | BBD: | 04/07/2020 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

   At the time of this review the claimant's impairing musculoskeletal diagnosis is chronic pain syndrome (G 89.4) due to failed back syndrome (M 96.1) following L3-S1 decompression and translumbar interbody fusion (TLIF) at L3-4 and L4-5 and instrumented posterolateral fusion from L3-S1 by Dr. McCarthy (Ortho Spine) on 2/19/20 to treat the claimant's chronic low back pain and right lower extremity radiculopathy (M 54.16) due to lumbar spinal stenosis (M 48.06). The claimant's preoperative chronic low back pain and right lower extremity radiculopathy was due to a work-related injury (Z 56.9) which occurred while the claimant was working as a paramedic for Acadian Ambulance Service with date of injury 6/5/11. When the claimant continued to have significant low back pain radiating into her right lower extremity associated with new onset of left lower extremity radiculopathy postoperatively despite a prolonged course of conservative treatment including PT, modification of activities, chronic opioid use, and lumbar and thoracic epidural steroid injections Dr. McCarthy performed a trial spinal cord stimulator (SCS) on the claimant on 6/22/21. Since the claimant experienced excellent pain relief from the coverage provided by the SCS Dr. McCarthy subsequently performed a permanent SCS on the claimant on 8/24/21. Although in his 10/7/21 OVN Dr. McCarthy noted that the claimant had 0/10 pain and had a normal musculoskeletal exam, in a 10/25/21 LFG Activities Questionnaire the claimant noted that she was unable to sit for long periods due to back and leg pain, that when the pain started she had to lay flat in order to get relief, and the claimant documented that she required assistance

for the listed activity related ADLs. In an 11/18/21 handwritten OVN an assistant to Dr. McCarthy noted that the claimant was complaining of increased right lower extremity and back pain which occurred with activities of daily living and that 2 weeks previously her right leg had given out causing her to fall, landing on her left knee. The claimant was prescribed a lumbar corset and was referred for a lumbar CT scan. She was advised to continue activity modification, to remain out of work, and to return to clinic in 4 weeks.

2. If applicable please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

   The medical record supports that the claimant has clinically significant comorbid diagnoses of morbid obesity (BMI 39.13) (E 66.9) since the body habitus associated with morbid obesity can be contributing to her chronic back pain; diabetes (E 11.9); depression (F 32.89); OSA (G 47.33); chronic opioid use (F 11.20).

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/1/2021 to 5/1/2022, and comment on the expected duration.

   Due to the chronicity of the claimant's low back pain and right lower extremity radiculopathy which has failed to resolve following the claimant's 2/19/20 L3-S1 decompression and fusion and permanent placement of an SCS on 8/24/21 (which resulted in temporary resolution of the claimant's back pain and right lower extremity radiculopathy which then recurred in mid-October 2021 and which is requiring ongoing evaluation and treatment by Dr. McCarthy) which is consistent with the assessment that the claimant's chronic pain is due to failed back syndrome, and the fact that this is a difficult entity to treat since there is usually no surgical treatment for this condition since the source of the pain cannot usually be defined, reasonable R/Ls from 12/1/21-5/1/22 would include frequent sit with the ability to change position as needed, no bend/twist at the waist, no squat/kneel/crawl/climb, and no push/pull/lift greater than 5 pounds on an occasional basis. Based on the chronicity of the claimant's low back pain and right lower extremity radiculopathy due to failed back syndrome due to a prolonged course of conservative treatment and 2 surgical procedures it would be reasonable to expect that if there is no improvement in the claimant's condition by 5/1/22 such that she can sit to stand, stand, and walk without impairment from her low back or right lower extremity that this assessment of the claimant's functional capacity would be permanent.

4. Do the medical records reviewed support the R/Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

   The medical record supports the above assessment of the claimant's functional capacity which is consistent with Dr. McCarthy's assessment that the claimant has no work capacity.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

   The medical record supports that the treatment which the claimant has received for the musculoskeletal conditions discussed above since the time of her DOD has been clinically reasonable and consistent with the apparent level of severity for those conditions.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

   It is beyond my expertise is an orthopedic surgeon to answer this question.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows: Kevin McCarthy, MD (Phone Number: 225-766-0050; Fax Number: 225-766-2456).
   Date of call ______, Time ______
   Date of call ______, Time ______
   Date letter sent to AP:
   At this time it is not necessary for me to contact Dr. McCarthy since the medical record supports his assessment that the claimant has no work capacity. Consider updating the medical record with Dr. McCarthy's OVNs after 11/18/21 with Restrictions Forms completed by him in a timely manner. If the updated medical record supports that the above assessment of the claimant's functional capacity needs to be reassessed, consider referral to me for additional review and consideration of AP contact with Dr. McCarthy at that time. If the updated medical record supports that there is no change in the claimant's chronic low back pain and right lower extremity radiculopathy due to failed back syndrome by 5/1/22 it would be reasonable to assess that the claimant had reached MMI at that time and that the above assessment of the claimant's functional capacity would be permanent.

Analysis of Medical Documentation and Support for Responses to Referral Questions:

See above.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:

11/30/21 (Medical).

Electronically Signed:

Richard Avioli, MD, FAAOS
Board Certified Orthopedic Surgery

Terrebonne Parish
**LIBRARY**

# FAX COVER SHEET

**Recipient:**

To: John Visaysouk

Fax Number: (603) 334-9124

**SENDER:**

From: Teresa Lundberg

Phone: ____________

Total # of Pages: 4 (including cover sheet)

Date: 11-30-21

**MESSAGE:**

Claim # 9832837



NORTH BRANCH LIBRARY
4130 West Park Ave. – Gray, LA 70359
Phone: 985-868-3050 **Fax: 985-868-3051**

*VISIT YOUR LOCAL LIBRARY! READ EVERYDAY!*

Name: Lundberg, Teresa
Chart: 3435070 W/C
Date: 11/18/2021

KB
1:30

*3435070-1*

4

**Bone and Joint Clinic of Baton Rouge**
*Kevin P. McCarthy, MD*
*C. Chambliss Harrod, MD*
7301 Hennessy Blvd. Ste. 200
Baton Rouge, LA 70808
225-766-0050 225-768-2456(fax)
*Christina C. Landry, PA-C*
*Meegan L. Domangue, PA-C*
*Kim Bergeron, PA-C*
*Chelsea Jasper, FNP-C*
*Patrick Arcement, PA-C*

## Status Report

***Patient Name:*** ______ ***Acct. #:*** ______

***Employer:*** ______ ***W/C Company:*** ______

***Claim Number:*** ______ ***DOI:*** ______

***Diagnosis:*** 6 wk f/u ; S/P SCS perm implant 8-24-21

***Treatment:*** ______

☐ Surgery ☐ PT ☐ Home Exercise Program ☐ MRI ☐ CT ☐ Other: ______
☐ Medication:

***Restrictions:***

☐ Return to work without restrictions ___/___/___
☒ Cannot return to work. Estimated length of time out of work: ______
☐ Return to work on: ___/___/___ with the following restrictions.

***General Restrictions:***

☐ Limit repetitive stooping, squatting, kneeling
☐ Limit repeated bending of back
☐ Limit standing to ______ hours
☐ Limit climbing to ______ flight of stairs
☐ Limit lifting to ☐ 0-5 lbs. ☐ 0-20 lbs. ☐ 0-50 lbs.
☐ No climbing ladders
☐ No driving
☐ Must wear brace
☐ Sedentary work only

***Upper Extremity Restrictions:***

☐ No repetitive ☐ pushing ☐ pulling ☐ grasping ☐ twisting ☐ Right ☐ Left
☐ No overhead work
☐ No use ☐ L Hand ☐ R Hand
☐ Must wear splint / cast ______

***Follow Up Visit:*** 4 ***weeks*** 2 16

***Report to follow***

***MMI Status:*** ☐ Patient at MMI as of ___/___/___ ☐ Anticipated MMI ___/___/___ ☒ Unknown

***Comments:***

***Provider Signature:*** [signature] DC

***Date:*** 11/18/21 @ 1342

FC36

Name: **Lundberg, Teresa**
Chart: **3435070**
Date: **11/18/2021**

*3435070-1*

**The Spine Center at**
**Bone and Joint Clinic of Baton Rouge**

**Spine H&P** (page 1/3)

Post-Op: ☐ No ☐ Yes ☐ Procedure / Date:

DOB:

**HPI / Subjective changes since last visit / procedure:**

Overall Symptoms: ☐ Unchanged ☐ Improved ☐ Worse Accident or Injury Since Last Visit ☒ Yes ☐ No

SCS Δ c̄ Sym
Ⓡ leg ↑ pain
center of back
↑ c̄ ADL

2 wks ago
Ⓡ leg gave
out on knee
Ⓛ knee hit

Pain Scale ______/10

Medications:

**Physical Exam**

| BP | Resp: | HR: | Ht: | Wt: | Temp: | A&O X 3 |
|---|---|---|---|---|---|---|
| (WD) / (WN) | (Cachectic) | Obese | Thin | NAD | (Normal Mood) | Blunt Affect |
| HEENT (NCAT) | PERRLA (EOMI) | Heart RRR | Murmur | Rubs | Lungs CTA Bil. | (Symmetrical) |
| ABD (Soft) | NT / ND +BS | Skin Rash | Lesions | Ext's CCE | | (Appears Age) |

| ROM* | Cerv. | Lum. |
|---|---|---|
| Flexion | | |
| Extension | | |
| Bend Lt. | | |
| Bend Rt. | | |

Right: Tinel's + / - Phalen's + / -
Left: Tinel's + / - Phalen's + / -

**DTR's**




**Gait**

| Normal | Shuffle | Ataxic | Antalgic |
|---|---|---|---|

| Atrophy | | Pulses |
|---|---|---|
| Left | | 1+DP |
| Right | | 1+RP |

| SLR | | |
|---|---|---|
| Left | (+) @ | ((-) @) ____ |
| Right | ((+) @) | (-) @ ____ |

**Visual / Tenderness**



| UE Motors Muscle Action | Right | Left | LE Motors Muscle Action | Right | Left |
|---|---|---|---|---|---|
| Deltoid | /5 | /5 | Quadriceps | 5/5 | 5/5 |
| Biceps | /5 | /5 | Ham Strings | /5 | /5 |
| Triceps | /5 | /5 | Iliopsoas | /5 | /5 |
| Wrist Flexors | /5 | /5 | Tib. Ant. | /5 | /5 |
| Wrist Extensors | /5 | /5 | EHL | /5 | /5 |
| Finger Flexors | /5 | /5 | Gas. / Sol. | /5 | /5 |
| Interossei | /5 | /5 | Peroneals | /5 | /5 |

| Sensory | | |
|---|---|---|
| Left | LTI | Other: |
| Right | LTI | Other: |

**Specific Tests**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Hoffman | L | R | Clonus | L | R | Spurling's | L | R |
| Patrick's | L | R | IRR | L | R | Lirmette's | | |

**Provocative Tests**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gaenslen | L | R | Thigh Thrust | L | R | FABER | L | R |
| Distraction | L | R | Compression | L | R | Piriformis | L | R |

**Ortho Exam:**
TTP L4/2

FC37

Ⓛ knee healed

Name: **Lundberg, Teresa**
Chart: **3435070**
Date: **11/18/2021**

*3435070-1*

**The Spine Center at Bone and Joint Clinic of Baton Rouge**

DOB:

**Spine H&P (page 2/3)**

**Interval Studies:** ☐ MRI ☐ Myelogram ☐ EMG/NCS ☐ CT ☐ Blood Work ☐ X-Ray ☐ Other

Xray T-spine AP/Lat - SCS lead w/ A
L-spine - DV ? not vs wedging [illegible] L2

| Procedure / Plan of Care | Diagnosis |
|---|---|
| ☐ Imaging | |
| ☐ Surgery ① rehab consult | ① s/p SCS 8/24/21 |
| ☐ PT/OT ② CT L-spine ant L2 ? | ② ① LE rad |
| ☐ EMG/NCT | |
| ☐ RX ③ cont act mod | |
| ☐ PMP ④ SCS rep reprogram today | RTC 4 Wks/Mo. ~ 6 |
| ☐ Other: | ☐ M.D. ☐ Midlevel |

Provider Signature: [signature] Dc 11/18/21 12/14/22

☐ Kevin P. McCarthy, MD ☐ Christina Landry, PA-C ☒ Meegan Domangue, PA-C ☐ Kim Bergeron, PA-C
☐ ~~Chelsea Commander, FNP-C~~ ☐ Patrick Arcement, PA-C

☑ I have personally reviewed this patient's chart and all pertinent medical information including radiographic studies. I agree with the above diagnosis and treatment plan as well as any prescribed medications as outlined by the above signed mid-level practitioner. Any modifications to this chart have been noted above.

☐ I participated in this patient's care on this visit. I reviewed the chart and pertinent data as outlined by the above signed mid-level practitioner. Any modifications to the chart have been noted above. My involvement with this patient is as follows:

☐ Prescribed Medication
☐ Performed Orthopaedic Physical Exam
☐ Obtained History
☐ Medical Decision Making
☐ Reviewed Radiographs
☐ Other ______

______________________
Kevin P. McCarthy, M.D.

Date: ______
Time: ______

FC48

ReleasePoint

**Medical Record Overview**

**Date:** **November 12, 2021**

**Patient Name:** LUNDBERG, TERESA

**Records From:** DR. KEVIN MCCARTHY
7301 Hennessy Blvd #300
Baton Rouge, LA 70808
(833) 774-6327

**Request Scope:** From May 29, 2021 to Present

**Chart Range:** 06/08/2021 - 10/07/2021

**RP ID:** 8581842

**Client ID:** 9832837

**Source:** LIBMTX

**Req By:** J Visaysouk
09-LF0211

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 8 2021 | Oct 7 2021 | 20 | 2 |
| EKG/Cardiology | Jul 20 2021 | Jul 20 2021 | 3 | 22 |

**Total Page Count:** 23

**Notes From QC:**

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: October 7, 2021 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: She returns to clinic today for follow-up. The patient is doing very well today. She did receive an additional program to utilize. She reports her pain scale is 0/10 with the use of the spinal cord stimulator. She has not had any problems postoperative.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 53 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam is negative for motor or sensory deficit.

**IMPRESSION**: S/p spinal cord stimulator implant.

**RECOMMENDATIONS/PLAN**: The patient is doing great. She has zero pain with the use of her spinal cord stimulator. She was given a prescription for acute postop pain including hydrocodone. We would like to perform a UDS for prescription monitoring and compliance and our hopes to continue tapering narcotics as the stimulator is working. Follow-up in six weeks.

Physician Signature: Kevin P. McCarthy, M.D.

CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.

cg
dt: 10-8-21
*3435070*



7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

# Bone and Joint Clinic of Baton Rouge

**PATIENT HISTORY**

**3435070**

**Teresa Lundberg**

9/28/21 WC is requesting a UDS at next office visit; hr

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: September 9, 2021 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She is s/p spinal cord stimulator implant 8-24-21. Overall, she states she is doing well from a postop standpoint. Unfortunately, she has had less leg coverage over the past few days. She was placed on Bactrim at her last visit for prophylactic measures. She is also here for a wound check.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 53 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam shows the patient's wounds are healed without erythema, drainage, or dehiscence. She has no focal motor or sensory deficit.

**IMPRESSION**: S/p spinal cord stimulator implant secondary to chronic lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: (1) The patient was sent down for two view thoracic x-rays today to assess lead placement. The leads are still in good position with no migration.

(2) She was reprogrammed today by the Boston Scientific representative. She did get complete coverage once again of her leg symptoms.

(3) Her wounds are healed and sutures were removed. She is now okay to shower.

(4) She was provided refills of her Norco for postop pain. Follow-up will be in four weeks. In that interim, she is to continue with no bend, lift, twist or overhead activity. She has no remaining questions.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.

cg
dt: 9-15-21
*3435070*

Patient Name: Teresa Lundberg Date: 8/25/2021
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

8/25/2021 TERESA LUNDBERG

**HISTORY OF PRESENT ILLNESS**: The patient presents today for evaluation. She is status post spinal cord stim permanent implant yesterday on 08/24/2021. She is noticing some right abdominal pain burning feels like her skin is tearing. She denies any changes with her spinal cord stim adjusted. She denies any other issues with it. She does mention the Lidocaine Patches to this area have greatly helped. Unfortunately, she is having issues with her workers comp doing medications. Her workers comp has changed from her previous carrier to a different carrier and they do not have her information yet; therefore, they have not processed her prescriptions.

**PHYSICAL EXAMINATION**: 53-year-old female. Her dressings were examined times two thoracic and flank showing no swelling, clean, dry and intact.

Lumbar spine: Exam shows 5/5 bilateral extremity. Light touch intact.

**RADIOGRAPHS**: Two view thoracic spine x-rays obtained today AP and lateral show T7 lead assuming the bottom of this x-ray is T12.

**IMPRESSION**:

1. Status post spinal cord stim 08/24/2021.
2. Right side stomach pain.
3. Questionable radiculopathy.

**RECOMMENDATIONS/PLAN**: At this time, will continue Lidocaine and continue Neurontin. I did personally call her new workers comp to discuss what is going on in regards to her reimbursement of her medications. It was discussed with Amanda Norris that she unfortunately had to transfer this to her supervisor. She unfortunately has no control over what is going on. They have not received from the previous workers comp any of the information. She does mention that she did send it to the supervisor in an urgent manner since she is postop. In regards to additional medications, we did recommend the patient to be on Bactrim DS one p.o. b.i.d. #14. Will follow patient two weeks after her surgery which was yesterday.

**CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.**

Physician Assistant Signature: Kimberly Bergeron, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

KB/mg

_3435070_1_KStorm;KMcCarthy_08252021_KMcCarthy

dt: 8/27/2021

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

**ORTHOPEDIC SURGERY CENTER**
**Baton Rouge, LA**

**OPERATIVE REPORT**

**TERESA C. LUNDBERG**
Page 2

the skin incision was to be over the 8-9 level. The flank incision was also marked, measuring the distance from the ribs and iliac crest. A transverse incision was made for the battery. Dissection was carried down to create a subcutaneous pocket. The incision was made over the laminectomy site and dissection was carried down to the laminar and facet joints. Retractors were placed. Imaging was used to confirm the 8-0 level. A laminectomy was then performed. This was done by removing the posterior eminence using a rongeur, as well as a Kerrison punch. The ligamentum flavum was undermined using a Woodson elevator and an angled micro curette and removed using a Kerrison punch. The paddle lead was then easily slid into position in the epidural space. Imaging confirmed position. It was then sutured to the cauda spinous process. Final imaging was obtained to confirm position as compared to the trial, which was found to be adequate. A tunneling device was used to tunnel leads from the laminectomy site to the subcutaneous pocket. Here it was attached to the battery and the intraoperative programming was performed. The wound was irrigated. Everything was tightened down. The battery was sutured into position. Impedances were checked and found to be adequate. The wounds were again irrigated. It was confirmed all bleeding was control. The wound was then closed using standard technique. Dressings were applied at both wounds. The patient was then rolled to the supine position, awakened from anesthesia, extubated and taken to the recovery room without difficulty or complication.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_08242021_Op Note*

*dd: 8/24/2021*
*dt: 8/25/2021*

Bone & Joint Clinic of Baton Rouge, Inc.

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070

Date of Birth:
Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 8/25/2021

RADIOGRAPHS: Two view thoracic spine x-rays obtained today AP and lateral show T7 lead assuming the bottom of this x-ray is T12.

Physician Signature: Kevin P. McCarthy, M.D.

**ORTHOPEDIC SURGERY CENTER, LLC**
**7301 HENNESSY BLVD., STE. 100**
**BATON ROUGE, LA 70808**

**OPERATIVE REPORT**

**NAME OF PATIENT:** TERESA C. LUNDBERG

**DATE OF BIRTH:**

**ACCOUNT NUMBER:** 160084

**DATE OF SURGERY:** 8/24/2021

**PREOPERATIVE DIAGNOSIS:** Lumbar radiculopathy, chronic

**POSTOPERATIVE DIAGNOSIS:** Lumbar radiculopathy, chronic

**PROCEDURE:**

1. Laminectomy with placement of permanent spinal cord stimulator paddle lead
2. Placement of pulse generator right flank
3. Intraoperative programming of spinal cord stimulator
4. Fluoroscopic imaging for guidance of above

**SURGEON:** Kevin P. McCarthy, M.D.

**ASSISTANT:** Christina Landry, PA-C

**ANESTHESIA:** General endotracheal

**HARDWARE IMPLANTED:** Boston Scientific

**HISTORY OF PRESENT ILLNESS:** The patient is a 53-year-old female who had a previous spinal cord stimulator trial with good relief. She is interested in permanent placement. The risks, indications and potential complications from this were discussed. She appeared to understand and wished to proceed. Consent was reviewed in full detail. It was then signed and placed in the chart.

**DESCRIPTION OF PROCEDURE:** The patient was taken to the operating room. She underwent general endotracheal anesthesia without difficulty. Evoke potential monitoring leads were placed on the arms and legs. The patient was monitored throughout the procedure. The patient was placed prone position on the operating room table. Arms were placed on the side on well padded arm boards less than 80 degrees abducted. The thoracolumbar and buttock regions were prepped and draped in the standard sterile fashion. Imaging was used to localize the site of

muscles. *Train-of-Four* and *Neuromuscular Junction* testing produced 4 out of 4 stimulus responses after exposure. EEG is unremarkable throughout the case.

**Impression:**

Impression: This neurophysiologic intraoperative monitoring study was unremarkable, as described above.

David Adams, M.D.

NOTE: This report was signed via Electronic Signature by David Adams, M.D. on 08/24/2021 02:57 PM

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: August 23, 2021 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She has a diagnosis of chronic lumbar radiculopathy. She is tentatively scheduled for a spinal cord stimulator implant tomorrow morning. She had great coverage with the trial. She had labs done last week but unfortunately we do not have them yet. She did get psychiatric clearance and had her thoracic MRI done.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 53 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam shows 5/5 strength in both lower extremities. Sensation to light touch is intact. Gait is within normal limits.

**IMPRESSION**: Chronic lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: After a long discussion the patient does wish to proceed with permanent spinal cord stimulator implant. Consents were signed. We are awaiting her final labs which will be reviewed later today. She will return the morning after the implant for postop check-up. She is understanding to risk vs. benefit and does wish to proceed. All questions are answered.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.

cg
dt: 9-3-21
*3435070*