LUNDBERG, Teresa C DOB: (53 yo F) Acc No. 10707 DOS: 06/15/2021

Mother: diagnosed with Other malignant neoplasm without specification of site

**Social History**
Migrated Social History
Migrated Social History: Smoking Status:Never Smoker, nonsmoker.

**Allergies**
N.K.D.A.

**Review of Systems**
GENERAL/CONSTITUTIONAL:
Patient denies change in appetite, chills, fever.
OPHTHALMOLOGIC:
Patient denies blurry vision, discharge, eye pain.
ENT:
Patient denies decreased hearing, sore throat, swollen glands.
ENDOCRINE:
Patient denies cold intolerance, excessive thirst, heat intolerance, weight loss.
RESPIRATORY:
Patient denies cough, shortness of breath at rest, shortness of breath with exertion, wheezing.
CARDIOVASCULAR:
Patient denies chest pain at rest, chest pain with exertion, irregular heartbeat, shortness of breath.
GASTROINTESTINAL:
Patient denies abdominal pain, diarrhea, nausea, vomiting.
GENITOURINARY:
Patient denies blood in the urine, difficulty urinating, frequent urination.
MUSCULOSKELETAL:
Patient denies painful joints, weakness. Patient complains of Chronic low back pain- s/p lumbar surgery previously.
SKIN:
Patient denies dry skin, itching, rash.
NEUROLOGIC:
Patient denies dizziness, fainting, headache.

6. Obstructive sleep apnea - G47.33

**Treatment**

1. **Pre-operative exam**
   LAB: COMPREHENSIVE METABOLIC PANEL (10231)
   LAB: CBC (H/H, RBC, INDICES, WBC, PLT) (1759)
   LAB: C-REACTIVE PROTEIN (4420)
   LAB: ALBUMIN, RANDOM URINE W/O CREATININE (17674)
   IMAGING: Chest X-ray PA and lateral

   Notes: patient may proceed with planned surgical procedure for placement of spinal cord stimulator with moderate risk for intraoperative and post operative complications secondary to multiple medical problems, DM, HTN
   recommend to monitor blood sugars frequently with tight control during surgery and postoperatively to avoid complications.

2. **Chronic pain syndrome**
   LAB: URINALYSIS, COMPLETE (5463)
   LAB: PROTHROMBIN TIME-INR (8847)
   LAB: SED RATE BY MODIFIED WESTERGREN (809)

3. **Essential (primary) hypertension**
   Notes: HTN chronic, stable recommend to continue current medications, will adjust as needed, low sodium diet, exercise daily, monitor.

4. **Type 2 diabetes mellitus without complications**
   LAB: URINALYSIS, COMPLETE (5463)
   LAB: PROTHROMBIN TIME-INR (8847)
   LAB: SED RATE BY MODIFIED WESTERGREN (809)
   LAB: HEMOGLOBIN A1c (496)
   Notes: Chronic, continue medications- carb consistent diet, monitor blood sugar at home, Hbaic every 3 months, annual foot exam, annual retinal exam with ophtho.

5. **Mixed hyperlipidemia**
   Notes: chronic, continue statin therapy, fish oil, dash diet, exercise, weight loss, monitor.

6. **Others**
   Refill Lipitor Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90, Refills 3

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Follow Up**
6 Months





EXHIBIT
2, part 2

**ORTHOPEDIC SURGERY CENTER**
**Baton Rouge, LA**

**OPERATIVE REPORT**

TERESA C. LUNDBERG
Page 2

were in appropriate position, they were attached to the computer and intraoperative testing and programming was performed. The patient got adequate coverage in the appropriate positions. The needles were then carefully removed as well as the stylette. Imaging showed that the spinal cord stimulator leads did not move and they were in appropriate position. The leads were then taped down. The patient was then rolled to the supine position and taken to the recovery room without difficulty or complication. Further programming was performed in the recovery area.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_06222021_KMcCarthy*

*dd: 6/26/2021*
*dt: 6/29/2021*

Patient Name: Teresa Lundberg Date: 06/25/2021
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

**06/25/2021** **TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: The patient presents today for evaluation. Patient is 95% better with her spinal cord stimulator trial. She did very well. She is very pleased and is wanting to proceed ahead. She is able to do more with this implant and is very pleased with these results.
**PHYSICAL EXAMINATION**: Vital signs: Blood pressure 130/85. Respirations 14. Heart rate 80. Height 5' 9". Weight 265 pounds. Temp 97.3.
General: She presents as a pleasant, well developed, well nourished female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar exam shows 5/5 bilateral lower extremity with light touch intact. This exam was performed after the trial was removed.
**RADIOGRAPHS**: T-spine AP and lateral shows spinal cord stimulator trial leads in place.
**IMPRESSION**:

1. Status post spinal cord stimulator trial.
2. History of previous TLIF.

**RECOMMENDATIONS/PLAN**: At this time we will submit for a spinal cord stimulator permanent implant. Patient did very well with 95% relief. Patient wants a battery in her flank, not in her buttock. Her stimulator was removed today, bleeding was controlled and a band-aid was applied. We will refilled the patient's Flexeril, Norco request was submitted to Dr. McCarthy. We will follow patient one day after surgery or in four to six weeks. She cannot return to work at this time. Her MMI is unknown.

**CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.**

Physician Assistant Signature: Kimberly Bergeron, PA-C
I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.
KB/jd
_3435070_1_KStorm;KMcCarthy_06252021_KMcCarthy
dt: 7/1/2021

THE SPINE CENTER
BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070

Date of Birth:
Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 06/25/2021

**RADIOGRAPHS**: T-spine AP and lateral shows spinal cord stimulator trial leads in place.

Physician Signature: Kevin P. McCarthy, M.D.

**ORTHOPEDIC SURGERY CENTER, LLC**
**7301 HENNESSY BLVD., STE. 100**
**BATON ROUGE, LA 70808**

## OPERATIVE REPORT

| | |
|---|---|
| **NAME OF PATIENT:** | TERESA C. LUNDBERG |
| **DATE OF BIRTH:** | |
| **ACCOUNT NUMBER:** | 159129 |
| **DATE OF SURGERY:** | 6/22/2021 |
| **PREOPERATIVE DIAGNOSIS:** | Chronic radiculopathy |
| **POSTOPERATIVE DIAGNOSIS:** | Chronic radiculopathy |
| **PROCEDURE:** | 1. Placement of percutaneous spinal cord stimulator trial lead x 2<br>2. Intraoperative programming<br>3. Fluoroscopic imaging for guidance of above |
| **SURGEON:** | Kevin P. McCarthy, M.D. |
| **ASSISTANT:** | Christina Landry, PA-C |
| **ANESTHESIA:** | IV sedation |
| **HARDWARE IMPLANTED:** | Boston Scientific |

**HISTORY OF PRESENT ILLNESS:** The patient is a 53-year-old female who presented with chronic radiculopathy. She was deemed an appropriate candidate for a spinal cord stimulator trial. Risks, indications and potential complications were fully discussed. The patient appeared to understand and wished to proceed. Consent was reviewed in full detail, signed and then placed in the chart.

**DESCRIPTION OF PROCEDURE:** The patient was taken to the operating room and was placed in the prone position on the operating room table. Some mild sedation was administered. The patient was largely awake for the procedure. The thoracolumbar region was prepped and draped in standard sterile fashion.

Using a Tuohy needle, loss of resistance technique was used to enter the epidural space in the interlaminar region. The spinal cord stimulator lead was then driven up in the posterior epidural space to the appropriate level. This was repeated for the contralateral side. Once both leads

LUNDBERG, Teresa C DOB: (53 yo F) Acc No. 10707 DOS: 06/15/2021



Electronically signed by CRAIG WADE , MD on 06/16/2021 at 08:06 AM CDT

Sign off status: Completed

Preferred Health & Wellness, Llc
1011 VERRET ST
HOUMA, LA 70360-4639
Tel: 985-293-2300
Fax: 985-293-2301



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



Lundberg, Teresa C, 53 Y, F,

## CUMULATIVE REPORTS

COMPREHENSIVE METABOLIC PANEL (10231)

| | |
|---|---|
| COLLECTION DATE | 06/15/2021 |
| Order Date | 06/16/2021 |
| Result Date | 06/17/2021 |
| Ordering Physician | WADE, CRAIG |
| GLUCOSE | 142H<br>65-139 mg/dL |
| UREA NITROGEN (BUN) | 23<br>7-25 mg/dL |
| CREATININE | 1.41H<br>0.50-1.05 mg/dL |
| eGFR NON-AFR. AMERICAN | 42L<br>> OR = 60 mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | 49L<br>> OR = 60 mL/min/1.73m2 |
| BUN/CREATININE RATIO | 16<br>6-22 (calc) |
| SODIUM | 140<br>135-146 mmol/L |
| POTASSIUM | 5.3<br>3.5-5.3 mmol/L |
| CHLORIDE | 102<br>98-110 mmol/L |
| CARBON DIOXIDE | 28<br>20-32 mmol/L |
| CALCIUM | 10.1<br>8.6-10.4 mg/dL |
| PROTEIN, TOTAL | 7.2<br>6.1-8.1 g/dL |
| ALBUMIN | 4.3<br>3.6-5.1 g/dL |
| GLOBULIN | 2.9<br>1.9-3.7 g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | 1.5<br>1.0-2.5 (calc) |
| BILIRUBIN, TOTAL | 0.3<br>0.2-1.2 mg/dL |
| ALKALINE PHOSPHATASE | 72<br>37-153 U/L |
| AST | 19<br>10-35 U/L |
| ALT | 20<br>6-29 U/L |

Bone & Joint Clinic of Baton Rouge, Inc.

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070

Date of Birth:
Sex: F

**Bone & Joint Clinic X-Ray Report**

Date of Service: 6/8/2021

**RADIOGRAPHS**: Two view thoracic spine x-rays obtained today AP and lateral showing slight curvature of the thoracic spine with some slight anterior endplate changes noted throughout.

Physician Signature: Kevin P. McCarthy, M.D.

NATIONAL

Louisiana
PO Box 692442
San Antonio, TX 78259-9998

# Technical Report

Print Time Stamp: 08/24/21 10:44 PM

Hospital ID: 160084
Medical Rec. #: 1870
PID: 2067811

| Patient Information | Date Of Surgery | Hospital | Surgeon | IONM Technologist |
|---|---|---|---|---|
| Teresa C Lundberg | 08/24/2021 | Orthopedic Surgery Center LLC | Kevin McCarthy, M.D. | Jon Price, CNIM |

| Date Of Birth | Age | Sex | Home Phone | Work Phone | Cell |
|---|---|---|---|---|---|
| | 53 | Female | | | 2258372046 |

**Procedure** SCS/DCS Implant T7 - T9.

**Diagnosis:** chronic lumbar radiculopathy

| Reader | Anesthesiologist | IONM System | |
|---|---|---|---|
| David Adams, M.D. | Dr. Gardiner | STXN 74 | [redacted] |

**Introduction**

Multi-modality Intraoperative neurophysiological monitoring was continuously carried out in an effort to safeguard the patient, utilizing the modalities listed below. After the patient was intubated sub dermal needle and stimulating electrodes were placed. Post induction, subdermal needle electrodes were placed in the scalp at Fpz, CPz, CP3, CP4 and Mastoid for SSEP recording. All stimulation electrodes were connected to the stimulation box. All recording electrodes were connected to the pre-amplifier. Impedances were checked and found to be acceptable. Monitoring began and baselines were taken prior to exposure. All studies were performed on the aforementioned patient under real-time physician direct supervision via internet communication allowing continuous or immediate contact between the interpreting physician and surgeon. This was achieved via a high-quality audio-visual connection. Data was available for interpretation at 0646 and the interpreting physician was signed on and remained in communication until closure.

## Upper SSEP

*Results: Bilateral ulnar nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 60% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.*

## Lower SSEP

Results: Bilateral posterior tibial nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 60% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.

## Abs/Axial

Recording Sites:Lower Abs.
Results: Free running EMG responses were recorded from the axial muscles listed above throughout the procedure. At baseline acquisition, all axial sEMG channels were quiet and free of artifact. All axial sEMG channels were quiet throughout the procedure and at closing. Surgeon was informed and acknowledged.

## Lower EMG

Recording Sites:Abductor Hallucis, Gastrocnemius, Tibialis Anterior, Vastus Medialis, Vastus Lateralis, Flexor Hallucis Brevis.
Results: Bilateral free running lower EMG responses were recorded from the muscles listed above throughout the procedure. When SSEP baselines were taken, all sEMG channels were quiet and free of artifact. All sEMG channels remained quiet throughout the procedure and during closing. Surgeon was informed and acknowledged.

## EEG

*Results: Raw and digitally processed EEG waveforms were recorded throughout this procedure to visualize general cerebral activity. Waveforms were symmetric throughout the procedure. No lateralizing events were observed during the case.*

## TO4

Results: Train of Four testing was performed in muscle(s) relevant to the body region that was monitored with EMG recording, to verify the validity of monitoring procedures that are dependent upon adequate neuromuscular transmission, such as EMG. A response of 4/4 muscle twitches was noted for all periods of this procedure.



Confidential and legally privileged for client/partner informational purpose only. Unauthorized use or disclosure is strictly prohibited. If you have found this communication, please notify National Neuromonitoring, LLC at (210) 209-7108

NATIONAL
Louisiana
PO Box 892442
San Antonio, TX 78259-9998

# Technical Report

Print Time Stamp: 08/24/21 10:44 PM

Hospital ID: 180084
Medical Rec. #: 1870
PID: 2057811

**Summary**

Upper and lower extremity SSEP baselines replicated reliably throughout the procedure. EMGs were quiet throughout the case. EEG was unremarkable and symmetrical throughout the procedure. Train of Four results showed 4 out of 4 twitches during critical periods. Any changes that occurred throughout were relayed to the surgeon and acknowledged. The patient moved all four extremities preoperatively. The patient moved all four limbs postoperatively. Technologist informed recovery room staff that no changes were noted during this procedure.

**Sharpe Count:**

**Placed: 28** **Removed: 28** **Initials:jp**

| | |
|---|---|
| 2.0M Twisted Pair Needle Electrode | 11 |
| 1.5M Single Subdermal Needle | 6 |
| Surface Electrodes (Stickies) | 8 |

NOTE: This report was signed via Electronic Signature by Jon Price, CNIM on 08/24/2021 01:49 PM



Confidential and legally privileged for [illegible] informational purpose only. Unauthorized use or disclosure is strictly prohibited. If you have found this communication, please notify National Neuromonitoring, LLC at (210) [illegible]

# INTRAOPERATIVE NEUROPHYSIOLOGY

Print Time Stamp: 08-24-2021 02:56 PM EST

**Surgery Date:** 08-24-21 Hospital ID: 160084 Medical Rec. #: 1670

**Patient:** Teresa C Lundberg **DOB:** **Age:** 53 **Sex:** Female

**Surgeon:** Kevin McCarthy, M.D.

Post Baseline 06:46

Final Trace Time: 07:56

**Anesthesiologist:** Dr. Gardiner

Total Professional Time: 01:10

PID: 2057811

**IONM Technologist:** Jon Price, CNIM

**Location:** Orthopedic Surgery Center LLC

**Diagnosis:** chronic lumbar radiculopathy

**Procedure:** SCS/DCS Implant T7 - T9.

**Conditions of the Recording:**

All studies were performed on the aforementioned patient under real-time physician direct supervision via internet communication allowing continuous or immediate contact between the interpreting physician and the surgeon. This was achieved via a high quality audio visual connection. Please see tech notes for details of stimulation and recording.

**Description of the Recording:**

SSEP Interpretation: The baseline recordings revealed reproducible and reliable responses in both upper and lower extremities. After accounting for any influences due to anesthesia and/or temperature, there was no significant change in latency or amplitude of potentials bilaterally throughout the study noted by the technician. SASA.

Upper extremity stimulation site (s): ulnar nerve

Lower extremity stimulation site (s): posterior tibial nerve

Spontaneous EMG Interpretation: There was no significant sEMG activity seen at baseline or throughout the study and sEMG was quiet at the end of the case in the lower abdominal and both lower extremity muscles. SASA.

Abs/Axial Recording Site : Lower Abs.

Lower EMG Muscles : Abductor Hallucis, Gastrocnemius, Tibialis Anterior, Vastus Medialis, Vastus Lateralis, Flexor Hallucis Brevis.

EEG was symmetrical throughout the procedure.

NMJ Monitoring: Train of Four testing demonstrated 4/4 motor twitches during the critical portions of the procedure. Refer to data file comment log for specific timing and results of individual NMJ testing performed during the procedure.

**Summary:**

Description of the Recording: Under direct physician supervision, both upper and lower extremity SSEP latencies and amplitudes were measured during the procedure and were compared to baseline values. No significant variations were noted by the technician. Free-running EMG was performed during the procedure and is unremarkable in both lower extremity

**Bone and Joint Clinic of Baton Rouge, Inc.**
*Practice Limited to Orthopaedic Surgery*

7301 Hennessy Blvd
Suite 200

Baton Rouge, Louisiana
P.O. Box 98035
70898 9035

Telephone 225.768.0050
FAX 225.766.1499

## Lab Orders

**Physician:**
Patient Name Teresa C Lundberg
Date of Birth
Diagnosis Z79.01, Z01.812, M54.5
Procedure
Date of Procedure
Specimen Source

Please complete the following selected test and fax the results to 225-819-1373

- ☐ ABO RH and Antibody Screen
- ☐ Aerobic Culture
- ☒ Albumin
- ☐ Alkaline Phosphate
- ☐ ANA
- ☐ Anaerobic Culture
- ☐ Bleeding Time
- ☐ Blood Antibody Screen
- ☐ BUN
- ☐ Cardiac Clearance
- ☒ CBC
- ☐ CBC w/ Diff
- ☒ Chem 7 or BMP
- ☒ C-Reactive Protein
- ☐ Creatinine
- ☒ CXR
- ☒ EKG
- ☐ Gram Stain
- ☒ HgA1C
- ☐ HLA-B27
- ☐ Joint Fluid Analysis, Cell Count, Crystals
- ☒ MRSA Screen Nasal Swab
- ☐ Other:
- ☒ PT / INR
- ☒ PTT
- ☐ Rheumatoid Factor
- ☒ Sed Rate
- ☐ SGOT
- ☐ SGPT
- ☐ Uric Acid
- ☒ Urine Analysis with micro (with culture and sensitivity if indicated)
- ☐ Urine Pregnancy Test
- ☐ Vitamin D Level

- ☒ Preop Clearance
- ☐ Cardiac Clearance

[signature]

Date: 7/20/2021 2:49:49 PM

Physician Signature: Kevin P. McCarthy, M.D.

LUNDBERG, Teresa C DOB: 10/23/1967 (53 yo F) Acc No. 10707 DOS: 06/15/2021

**Lundberg, Teresa C**
53 Y old Female, DOB:
Account Number: 10707

Home:
Guarantor: Lundberg, Teresa C Insurance: BCBS OF LOUISIANA Payer ID: 00670
Appointment Facility: Preferred Health & Wellness, Llc

06/15/2021 Progress Notes: Craig R Wade, MD

## Current Medications

Taking

- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Lyrica 75 MG Capsule 1 capsule Orally Twice a day
- Lipitor 10 MG Tablet 1 tablet Orally Once a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- Cymbalta 30 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- Glimepiride 2 MG Tablet 1 tablet with breakfast or the first main meal of the day Orally Once a day
- Effexor XR 150 MG Capsule Extended Release 24 Hour 1 capsule with food Orally Once a day
- Lisinopril-hydroCHLOROthiazide 20-12.5 MG Tablet 1 tablet Orally Once a day
- Spironolactone 25 MG Tablet TAKE 1 TABLET BY MOUTH EVERY DAY
- Carvedilol 12.5 MG Tablet TAKE 1 TABLET BY MOUTH TWICE A DAY

Medication List reviewed and reconciled with the patient

## Past Medical History

Essential (primary) hypertension.
Chronic pain syndrome.
Polycystic ovarian syndrome.
Mixed hyperlipidemia.
Type 2 diabetes mellitus without complications.
Obstructive sleep apnea.

## Surgical History

lumbar surgery x2

## Family History

Father: hypothyroidism, diagnosed with Type 2 diabetes mellitus without complication, unspecified whether long term insulin use

## Reason for Appointment

1. Workers comp .. lab,chest xray,ekg

## History of Present Illness

Constitutional:

Patient presents for medical clearance for a procedure being done through workers comp. She is having a spinal cord stimulator placed next week.

## Vital Signs

Wt 265 lbs, Ht 69 in, BP 118/76 mm Hg, HR 79 /min, Oxygen sat % 93 %, BMI 39.13 Index, Wt-kg 120.2 kg, Body Surface Area 2.42.

## Examination

General Examination:

GENERAL APPEARANCE: well developed, well nourished, in no acute distress.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.
NECK / THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
SKIN: warm and dry, no suspicious lesions.
HEART: regular rate and rhythm, S1, S2 normal, no murmurs.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal.
BACK: surgical scar to lumbar back, no obvious deformity.
EXTREMITIES: no clubbing, cyanosis, or edema.
NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

## Assessments

1. Pre-operative exam - Z01.818 (Primary)
2. Chronic pain syndrome - G89.4
3. Essential (primary) hypertension - I10
4. Type 2 diabetes mellitus without complications - E11.9
5. Mixed hyperlipidemia - E78.2

# Quality Assurance Report

## Request Information

Report Date: November 12, 2021

RP ID: 8581842

Patient Name: LUNDBERG, TERESA

Provider Name: BONE & JOINT CLINIC OF BATON ROUGE

## Quality Assurance Information

Scope Requested: **From May 29, 2021 to Present**

Special Request:
medical records - Seen By: DR. KEVIN MCCARTHY

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

| | |
|---|---|
| Date: | November 10, 2021 |
| To: | DR. KEVIN MCCARTHY<br>7301 HENNESSY BLVD<br>STE 200<br>BATON ROUGE LA 70808 |
| Attn: | Medical Records |
| Fax: | (225) 766-2456 |
| From: | John Visaysouk<br>LTD Claims Specialist I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-9124 |
| Total Pages<br>(Including Cover): | 13 |
| RE: | Claim #: 9832837<br>Claimant: Teresa Lundberg<br><br>Acadian Ambulance Services,inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

November 10, 2021

Dr. Kevin McCarthy
7301 HENNESSY BLVD
STE 200
BATON ROUGE, LA 70808

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837
Claimant: Teresa Lundberg
Claimant D.O.B.:

Dear Dr. Kevin McCarthy:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to Teresa Lundberg's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to medical records. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 17, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: 9832837-REQUEST-PROVIDER-10.22.2021
9832837-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.02.2021
9832837-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.02.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

| | |
|---|---|
| Date: | October 22, 2021 |
| To: | KEVIN MCCARTHY<br>7301 HENNESSY BLVD<br>STE 200<br>BATON ROUGE LA 70808 |
| Attn: | Medical Records |
| Fax: | (225) 766-1499 |
| From: | John Visaysouk<br>LTD Claims Specialist I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-9124 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 9832837<br>Claimant: Teresa Lundberg<br><br>Acadian Ambulance Services,inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

October 22, 2021

Kevin McCarthy
7301 HENNESSY BLVD
STE 200
BATON ROUGE, LA 70808

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837
Claimant: Teresa Lundberg
Claimant D.O.B.:

Dear Kevin McCarthy:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to Teresa Lundberg's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to medical records. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 29, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: 9832837-REQUEST-PROVIDER-09.23.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

| | |
|---|---|
| Date: | September 23, 2021 |
| To: | KEVIN MCCARTHY<br>7301 HENNESSY BLVD<br>STE 200<br>BATON ROUGE LA 70808 |
| Attn: | Medical Records |
| Fax: | (225) 766-1499 |
| From: | John Visaysouk<br>LTD Claims Specialist I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-9124 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 9832837<br>Claimant: Teresa Lundberg<br><br>Acadian Ambulance Services,inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

September 23, 2021

Kevin McCarthy
7301 HENNESSY BLVD
STE 200
BATON ROUGE, LA 70808

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837
Claimant: Teresa Lundberg
Claimant D.O.B.:

Dear Kevin McCarthy:

We are the Disability Claim Administrator for your patient, Teresa Lundberg.

To evaluate Ms. Lundberg's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 29, 2021 through present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical records from 5/29/2021 - present

We ask that you provide this information by September 30, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9124 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Teresa | | Lundberg | 9832837 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: ____

Primary ICD diagnosis Description: ____

Secondary ICD Diagnosis Code: ____

Secondary ICD Diagnosis Description: ____

**Pregnancy** ____/____/____ First Treated ____/____/____ Estimated Delivery ____/____/____ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms: ____

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): ____

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: ____

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ___/___/___ | ___/___/___ | ___/___/___ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ___/___/___ | ___/___/___ | ___/___/___ |

Dates hospital confined: ___/___/___ to ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | | Balancing | | Climbing | | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

| | |
|---|---|
| Continence | ____ / ____ / ________ |
| Dressing | ____ / ____ / ________ |
| Transferring | ____ / ____ / ________ |
| Bathing | ____ / ____ / ________ |
| Toileting | ____ / ____ / ________ |
| Eating | ____ / ____ / ________ |

Date patient experienced loss of
Cognitive Functioning: ____ / ____ / ____

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____ / ____ / ____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C. Lundberg

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Teresa C. Lundberg Date: 10-25-21

Date of Birth: ____ Claim Number: 9832837

**A copy of this authorization will be considered as valid as the original.**

00003275 LFPQ1UD1 00011689

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

00003275 LFPQ1UD1 00011690

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C. Lundberg

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Teresa C. Lundberg

Date of Birth: ____________ Claim Number: 9832837 Date: 10-25-21

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

September 24, 2021

Ms. Teresa C. Lundberg

00003275 LFPQ1UD1 00011688

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 23, 2021, we requested medical records from all of your treating providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 29, 2021 through present from all of your treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by November 6, 2021:

X LTD Forms
__ Other

Acadian Ambulance Services,inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 6, 2021, 45 days from the date of

this request, your benefits will be suspended. If we do not receive all of this requested information by December 6, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 6, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: LTD Forms - Standard

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: 

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: The Spine Center @ the Bone & Joint Clinic (Kevin McCarthy MD)
Specialty: Spinal Specialist
Address: 7301 Hennessy Blvd Ste 300 Baton Rouge, Louisiana 70808
Telephone No.: (833) 774-6327 Fax No.: ( )

Name: Boston Scientific
Specialty: Spinal Cord Stimulator
Address: 25155 Rye Canyon Loop Valencia, CA. 91355
Telephone No.: (866) 360-4747 Fax No.: ( )

Name: Orthopedic Surgery Center @ Bone & Joint Clinic
Specialty: Surgical Center
Address: 7301 Hennessy Blvd Ste Baton Rouge LA 70808
Telephone No.: (225) 768-2421 Fax No.: ( )

Name: Gracen Cobb
Specialty: Clinical Specialist
Address: Same As Above
Telephone No.: (225) 247-1860 Fax No.: ( )
gracen.whitesides@bsci.com

**MEDICAL INSURANCE CARRIER(S):**

Name: Gallagher Bassett →
Specialty: Workers comp carrier
Address: P.O. Box 2831 Clinton, IO 52733
Med claim # 009008-000157-WC-01
Telephone No.: (800) 370-0594 opt #1 Fax No.: (813) 262-8379

Name: Amanda Allen McGinty
Specialty: Workers comp case worker
Address: 
Telephone No.: (813) 261-2451 Fax No.: (717) 697-1402

**PHARMACY(S):**

Name: CVS
Specialty: Pharmacy
Address: 9407 E. Park Houma, LA. 70364
Telephone No.: (985) 876-3117 Fax No.: ( )

Name: 
Specialty: 
Address: 
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** Teresa C Lundberg **DATE:** 10-25-21

00003275 LFPQ1UD1 0001691

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return to:** John Visaysouk

**EMPLOYEE/CLAIMANT NAME:** Teresa Lundberg **CLAIM #:** 9832837

**EMPLOYER:** Acadian Ambulance Services,inc **DATE OF BIRTH:**

| Full Name (Last, First, Middle In t.) | Social Security # | Email Address | |
|---|---|---|---|
| Lundberg Teresa C | | | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| | | S | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |
| | 3 | | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Martha Claxton Relationship to you? Mother Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? Yes, paramedic

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. no

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. no

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☑ | ☐ | Other income/money/benefit (describe) LTD | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Teresa C. Lundberg

**DATE:** 10-25-21 **EMPLOYEE'S SIGNATURE:** Teresa C Lundberg

DP 409

00003275 LFPQ1UD1 00011692

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk



EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston (Lincoln Financial Group).

How long are you able to:

sit 30 min stand 30 min walk 30min (level ground)

How many hours a day do you:

sit 3-4 off and on stand 2 walk 2

Do you take a nap during the day?

Yes ✓ No ______

If Yes, for how long? 2 hrs At what time of the day? noon

How many hours a day do you spend in bed? 16

Do you require any assistive devices such as a:

cane n/A walker n/A crutches n/A wheelchair n/A other ______

How long are you able to sit in a car? 4 hrs but start hurting prior to stopping

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 4 hrs c̄ burning in my Rt leg

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

by phone

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 1

On the weekends? 1

How often do you run errands? once every other week

Please describe what errands you most commonly run: grocery shopping; doctor appointments when scheduled



00003275 LFPQ1UD1 00011693

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? Sit on porch daily

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
____ None ✓ 0-1 hours ____ 1-2 hours ~~✓~~ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ✓ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ____ Read news/articles ____ Use search engines ✓ Send emails
____ Visit chat rooms ____ Photos Other: classes

What computer software applications do you utilize. Please check all that apply:
✓ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home (copy machine)/fax machine? ✓ Yes ____ No

If yes, please explain purpose and usage: copies on my printer

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | me or friend | |
| Carrying groceries into the house | me & friend | yes |
| Cooking meals | me & friend | |
| Cleaning after meals | me or friend | yes |
| Cleaning bathrooms | me | |
| Vacuuming | friend | yes |
| Doing the laundry | me & friend | yes |
| Opening and responding to mail | me | |
| Managing your finances | me | |
| Balancing your checkbook | me | |
| Bathing yourself | me | |
| Styling your own hair | me | |
| Getting dressed | me | |
| Going up and down stairs | me (few steps; no staircases | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

00003275 LFPQ1UD1 00011694

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

00003275 LFPQ1UD1 00011695 E

How often do you travel or take vacation? ⊖

Where do you go? How do you get there (transportation method)? ⊖

Are you able to pursue your hobbies? Yes ______ No ✓

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No ✓

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ✓

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ✓

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I can not sit for long periods. When my leg or back starts hurting I have to lay flat for it to ease up.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

wake up, take a shower, sit or lay down to watch TV. Eat breakfast at times. Light housework: fold clothes c̄ friend bringing them to me. Lay down take a nap. Sit on porch. Eat dinner and go to bed. Run errands at times.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Steve Hebert ______

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Teresa C. Lundberg Date: 10-25-21

Signature: Teresa C Lundberg

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

00003275 LFPQ1UD1 00011689

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C. Lundberg

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Teresa C. Lundberg Date: 10-25-21

Date of Birth: ____ Claim Number: 9832837

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

00003275 LFPQ1UD1 00011690

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C. Lundberg

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Teresa C. Lundberg

Date of Birth: ____ ____ Claim Number: 9832837 Date: 10-25-21

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

| | |
|---|---|
| Date: | October 22, 2021 |
| To: | KEVIN MCCARTHY<br>7301 HENNESSY BLVD<br>STE 200<br>BATON ROUGE LA 70808 |
| Attn: | Medical Records |
| Fax: | (225) 766-1499 |
| From: | John Visaysouk<br>LTD Claims Specialist I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-9124 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 9832837<br>Claimant: Teresa Lundberg<br><br>Acadian Ambulance Services,inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

October 22, 2021

Kevin McCarthy
7301 HENNESSY BLVD
STE 200
BATON ROUGE, LA 70808

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837
Claimant: Teresa Lundberg
Claimant D.O.B.:

Dear Kevin McCarthy:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to Teresa Lundberg's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to medical records. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 29, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: 9832837-REQUEST-PROVIDER-09.23.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

| | |
|---|---|
| Date: | September 23, 2021 |
| To: | KEVIN MCCARTHY<br>7301 HENNESSY BLVD<br>STE 200<br>BATON ROUGE LA 70808 |
| Attn: | Medical Records |
| Fax: | (225) 766-1499 |
| From: | John Visaysouk<br>LTD Claims Specialist I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-9124 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 9832837<br>Claimant: Teresa Lundberg<br><br>Acadian Ambulance Services,inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

September 23, 2021

Kevin McCarthy
7301 HENNESSY BLVD
STE 200
BATON ROUGE, LA 70808

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837
Claimant: Teresa Lundberg
Claimant D.O.B.:

Dear Kevin McCarthy:

We are the Disability Claim Administrator for your patient, Teresa Lundberg.

To evaluate Ms. Lundberg's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 29, 2021 through present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical records from 5/29/2021 - present

We ask that you provide this information by September 30, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9124 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Teresa | | Lundberg | 9832837 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms: 

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): 

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: 

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ___/___/_____ | ___/___/_____ | ___/___/_____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ___/___/_____ | ___/___/_____ | ___/___/_____ |

Dates hospital confined: ___/___/_____ to ___/___/_____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____ /____ /________

Dressing ____ / ____ /________

Transferring ____ / ____ /________

Bathing ____ / ____ /________

Toileting ____ / ____ /________

Eating ____ / ____ /________

Date patient experienced loss of
Cognitive Functioning: ____ / ____ /_____

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____ /____ /____ to ____ /____ /____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TERESA LUNDBERG

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

October 23, 2021

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by December 6, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: 9832837-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-09.23.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

September 24, 2021

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 23, 2021, we requested medical records from all of your treating providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 29, 2021 through present from all of your treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by November 6, 2021:

_X_ LTD Forms
___ Other

Acadian Ambulance Services,inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 6, 2021, 45 days from the date of

this request, your benefits will be suspended. If we do not receive all of this requested information by December 6, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 6, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: LTD Forms - Standard

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: __ ________ Claim Number: 9832837

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: __ ________ Claim Number: 9832837 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return to:** John Visaysouk

**EMPLOYEE/CLAIMANT NAME:** Teresa Lundberg **CLAIM #:** 9832837

**EMPLOYER:** Acadian Ambulance Services,inc **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk



EMPLOYEE/CLAIMANT NAME: Teresa Lundberg

CLAIM NO: 9832837 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Acadian Ambulance Services,inc

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston (Lincoln Financial Group).

How long are you able to:

sit __________ stand __________ walk __________

How many hours a day do you:

sit __________ stand __________ walk __________

Do you take a nap during the day?

Yes__________ No __________

If Yes, for how long? __________ At what time of the day?__________

How many hours a day do you spend in bed?__________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?__________

Do you hold a valid driver's license?

Yes__________ No __________

If No, please explain: ______________________________

If Yes, how long are you able to drive a car? __________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ______________________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ______________________________

How many times a day do you leave the house during the week? __________

On the weekends? __________

How often do you run errands? ______________________________

Please describe what errands you most commonly run: ______________________________

______________________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

______________________________________________

______________________________________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

| | |
|---|---|
| Date: | September 23, 2021 |
| To: | KEVIN MCCARTHY<br>7301 HENNESSY BLVD<br>STE 200<br>BATON ROUGE LA 70808 |
| Attn: | Medical Records |
| Fax: | (225) 766-1499 |
| From: | John Visaysouk<br>LTD Claims Specialist I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-9124 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 9832837<br>Claimant: Teresa Lundberg<br><br>Acadian Ambulance Services,inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

September 23, 2021

Kevin McCarthy
7301 HENNESSY BLVD
STE 200
BATON ROUGE, LA 70808

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837
Claimant: Teresa Lundberg
Claimant D.O.B.:

Dear Kevin McCarthy:

We are the Disability Claim Administrator for your patient, Teresa Lundberg.

To evaluate Ms. Lundberg's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 29, 2021 through present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical records from 5/29/2021 - present

We ask that you provide this information by September 30, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9124 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

**To be completed by treating provider:**

## 1. Patient Information

| | | | |
|---|---|---|---|
| Teresa | | Lundberg | 9832837 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| | | | |
| Height | Weight | Blood Pressure | Employer Name |

## 2. Diagnosis

| | |
|---|---|
| | |
| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
| | |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

## 3. Disability Circumstances - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| | | |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| ____/____/____ | ____/____/____ | ____/____/____ |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____ / _____ /___________

Transferring _____ / _____ /___________

Bathing _____ / _____ /___________

Toileting _____ / _____ /___________

Eating _____ / _____ /___________

Date patient experienced loss of Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / ____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

September 24, 2021

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 23, 2021, we requested medical records from all of your treating providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 29, 2021 through present from all of your treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by November 6, 2021:

X LTD Forms
__ Other

Acadian Ambulance Services,inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 6, 2021, 45 days from the date of

this request, your benefits will be suspended. If we do not receive all of this requested information by December 6, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 6, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: LTD Forms - Standard

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________ Date: ______________

Date of Birth: ______________ Claim Number: 9832837

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 9832837 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return to:** John Visaysouk

**EMPLOYEE/CLAIMANT NAME:** Teresa Lundberg **CLAIM #:** 9832837
**EMPLOYER:** Acadian Ambulance Services,inc **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ______________________

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk



EMPLOYEE/CLAIMANT NAME: Teresa Lundberg

CLAIM NO: 9832837 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Acadian Ambulance Services,inc

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston (Lincoln Financial Group).

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________________________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________________________________________

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ________________

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ________________

How many times a day do you leave the house during the week? ________

On the weekends?________

How often do you run errands? ________________

Please describe what errands you most commonly run: ________________

________________________________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ______________ | ______________ |
| Carrying groceries into the house | ______________ | ______________ |
| Cooking meals | ______________ | ______________ |
| Cleaning after meals | ______________ | ______________ |
| Cleaning bathrooms | ______________ | ______________ |
| Vacuuming | ______________ | ______________ |
| Doing the laundry | ______________ | ______________ |
| Opening and responding to mail | ______________ | ______________ |
| Managing your finances | ______________ | ______________ |
| Balancing your checkbook | ______________ | ______________ |
| Bathing yourself | ______________ | ______________ |
| Styling your own hair | ______________ | ______________ |
| Getting dressed | ______________ | ______________ |
| Going up and down stairs | ______________ | ______________ |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

______________________________________________________________

______________________________________________________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

# Billing Statement:

**Invoice Date: 07/02/2021** **Invoice #: 714454-2616**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Jun 1 2021 and Jun 30 2021**

**LIBMTS** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 7920601<br>9832837 | LUNDBERG, TERESA<br>SPINE HOSPITAL | Canceled | 05/21/21<br>J Visaysouk | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 7920600<br>9832837 | LUNDBERG, TERESA<br>Bone & Joint Clinic of Baton Roug | Complete | 05/21/21<br>J Visaysouk | $ 9.00 | $ 18.00 | $ 0.00 | $ 0.00<br>18 | **$ 27.00** |
| 7920599<br>9832837 | LUNDBERG, TERESA<br>FAMILY DOCTOR CLINIC | Canceled | 05/21/21<br>J Visaysouk | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due: $ 37.00**

**Tax ID: 95-2843455**

INTEGRATED BENEFITS, INC.

6/24/2021

Re: Ms. Teresa Lundberg
Lincoln Financial Claim Number: 9832837

Good Morning:

Ms. Lundberg received a denial prior to appointment and has returned appointment forms for assistance. A request for Reconsideration has been filed on her behalf. IBI will work with Social Security through development of the appeal and notify Lincoln Financial Group when a decision is received.

Thank you for allowing IBI to assist with Ms. Lundberg's claim.

If you have any questions, please call IBI at (800) 535-6575.

Integrated Benefits Inc.

P.O. Box 7200 • 203 Alameda Dr. • Jefferson City, MO 65102 • (877) 245-4456 • FAX (866) 717-6023

ReleasePoint

**Medical Record Overview**

**Date:** **June 10, 2021**

**Patient Name:** LUNDBERG, TERESA

**Records From:** Bone & Joint Clinic of Baton Roug
7301 Hennesy Blvd Ste 200
BATON ROUGE, LA 70808
(225) 766-0050

**Request Scope:** From January 5, 2021 to Present

**Chart Range:** 03/10/2021 - 05/28/2021

**RP ID:** 7920600

**Client ID:** 9832837

**Source:** LIBMTS

**Req By:** J Visaysouk
09-LF0211

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 10 2021 | May 28 2021 | 12 | 2 |
| EKG/Cardiology | Mar 15 2021 | Apr 15 2021 | 3 | 14 |
| Labs/Diagnostics | Apr 15 2021 | Apr 15 2021 | 3 | 17 |

**Total Page Count:** 18

**Notes From QC:**

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 05/10/2021
Location: Baton Rouge Office

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

KB/aew

_3435070_1_KStorm;KMcCarthy_05102021_KMcCarthy
dt: 5/28/2021

Patient Name: Teresa Lundberg Date: 05/10/2021
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

**05/10/2021** **TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: Patient presents today for evaluation. She is status post thoracic ESI T8, T9 on 4/23/21. She mentions it helped 75-80% better. Unfortunately, she is still having severe low back pain 8/10 down the right leg, it can alternate to the left leg. She has numbness and burning in the foot and is doing Norco and Lyrica.

**PHYSICAL EXAMINATION**:

General: She presents as a pleasant, well developed, well nourished female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Lumbar exam: Shows a positive straight leg raise on the right.

**IMPRESSION**:

1. Status post L3 to S1 TLIF 2/19/2020.
2. Thoracic radiculopathy bilaterally.
3. Chronic lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: At this time, we will submit for a spinal cord stim of Boston Scientific. Patient was given this info before in regards to Boston. She does mention she has had a previous psych eval. Please note, this spinal cord stim is a trial. A Norco request was submitted to Dr. McCarthy. We will follow patient back in four weeks. She cannot return to work at this time. Her MMI is unknown.

**CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.**

Physician Assistant Signature: Kimberly Bergeron, PA-C

**ORTHOPEDIC SURGERY CENTER**
**Baton Rouge, LA**

**OPERATIVE REPORT**

TERESA C. LUNDBERG
Page 2

Once loss of resistance was obtained, a contralateral oblique image was obtained that showed appropriate position of the tip of the needle. An ipsilateral oblique was also obtained, as well as the lateral image. This all showed the needle tip to be in what was felt to be appropriate position. A small amount of contrast was injected. This showed flow into the epidural space. This appeared vacuolated and had the appropriate appearance. Aspiration was then performed without any return of blood or CSF. Injection with steroid and local anesthetic was then performed. The needle was then removed. The upper back was cleansed. Band-Aid was placed where appropriate. The patient was rolled to the supine position, awakened from anesthesia, and taken to the recovery room without difficulty or complication.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_04232021_KMcCarthy*

*dd: 4/26/2021*
*dt: 4/28/2021*

ORTHOPEDIC SURGERY CENTER, LLC
7301 HENNESSY BLVD., STE. 100
BATON ROUGE, LA 70808

## OPERATIVE REPORT

**NAME OF PATIENT:** TERESA C. LUNDBERG

**DATE OF BIRTH:**

**ACCOUNT NUMBER:** 157900

**DATE OF SURGERY:** 4/23/2021

**PREOPERATIVE DIAGNOSIS:** Thoracic radiculopathy

**POSTOPERATIVE DIAGNOSIS:** Thoracic radiculopathy

**PROCEDURE:**

1. Fluoroscopically guided interlaminar thoracic injection in the T8, T9 level
2. Epidurogram, thoracic interlaminar
3. Fluoroscopic imaging for guidance of above

**SURGEON:** Kevin P. McCarthy, M.D.

**ANESTHESIA:** Monitored anesthesia care.

**HISTORY OF PRESENT ILLNESS:** The patient is a 52-year-old female who presented with neck and upper extremity symptoms. The patient was interested in having treatment for this problem. Risks, indications, and potential complications from interlaminar thoracic injection were discussed in detail. The patient appeared to understand and wished to proceed. Consent was reviewed in full detail, signed, and placed on the chart.

**DESCRIPTION OF PROCEDURE:** The patient was taken to the operating room and placed prone on the operating room table with arms at the side. The patient was administered monitored anesthesia care and the upper thoracic region was prepped and draped in a standard sterile fashion. Fluoroscopic imaging was used to localize the interlaminar space between T8 and T9. This was obliqued very slightly to reveal the lamina on the one side. A marker was used to mark the skin overlying the lamina of T8 and T9. This area was injected with local anesthetic. A Tuohy needle was then advanced fluoroscopically down to the lamina of T8 and T9. Contact was made at this proximal lamina. Using loss of resistance technique with a glass syringe, the needle was then advanced into the interlaminar space in the epidural region. Loss of resistance was obtained. Aspiration was performed to confirm no return of blood or CSF.

**ORTHOPEDIC SURGERY CENTER, LLC**
**7301 HENNESSY BLVD., STE. 100**
**BATON ROUGE, LA 70808**

## THORACIC EPIDUROGRAM REPORT

| | |
|---|---|
| **NAME OF PATIENT:** | TERESA C. LUNDBERG |
| **DATE OF BIRTH:** | |
| **ACCOUNT NUMBER:** | 157900 |
| **DATE OF SURGERY:** | 4/23/2021 |
| **PREOPERATIVE DIAGNOSIS:** | Thoracic radiculopathy |
| **POSTOPERATIVE DIAGNOSIS:** | Thoracic radiculopathy |
| **PROCEDURE:** | 1. Fluoroscopically guided interlaminar thoracic injection at the T8, T9 level<br>2. Epidurogram, thoracic interlaminar<br>3. Fluoroscopic imaging for guidance of above |
| **SURGEON:** | Kevin P. McCarthy, MD |

**DESCRIPTION OF PROCEDURE:** The position of the needle was confirmed on imaging and the contrast was then injected. There was no block to flow of the contrast. There was good spread of the contrast into the epidural space. There was no evidence of any lesions or extra dural compression that was visible on the epidurogram. It appeared to be a normal epidurogram of the thoracic spine.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_04232021_KMcCarthy*

*dd: 4/26/2021*
*dt: 4/28/2021*

Patient Name: Teresa Lundberg Date: 4/15/2021
Medical Record Number: 3435070 Location: Baton Rouge
Date of Birth:

**4/15/2021** **TERESA LUNDBERG**

**HISTORY OF PRESENT ILLNESS**: The patient presents today for evaluation. Patient's symptoms are unchanged in the mid and low back. Patient's T8, T9 injection has been approved. She is still having continued mid-back pain across bilateral sides. She does do Norco two to three times a day with no side effects. Lyrica one in the morning and two at night with no side effects. Patient describes pain 6-7/10 and denies any recent accident or injury.

**PHYSICAL EXAMINATION**: Vital signs: Blood pressure 121/77. Respirations 12. Heart rate 69. Height 5' 9". Weight 216 pounds. Temp 97.1.

General: She presents as a pleasant, well developed, well-nourished female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Lumbar spine: Exam shows 4/5 all muscle groups on right lower extremity. Decreased sensation on the right L4 distribution.

**INTERVAL STUDIES**: MRI of thoracic spine shows multilevel disc protrusion effacing the anterior subarachnoid space T2-3, T4-5, T5-6, T6-7, T7-8. Suspected a T11 disc protrusion or extrusion with effacement of the anterior subarachnoid space.

**IMPRESSION**:

1. Status post L3 to S1 TLIF 02/19/2020.
2. Bilateral thoracic radiculopathy.
3. Chronic lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: At this time, a UDS was obtained today. Prescriptions were given. Norco times three; one today, a second one not to be filled until 04/29 and a third one May 13th. Thoracic ESI was consented for T8, T9 interlaminar which has been approved. Will follow patient two weeks after injection. PMP profile was checked today on 04/15/2021. The patient was prescribed one or more narcotic medication(s) today. Counseling was provided regarding the potential risks and side effects of this class of medication. This includes the most common side effects (including but not limited to nausea, dizziness, confusion, over sedation, and constipation), addictive potential and tolerance development, risk in pregnancy, withdrawal potential, and the risk for overdose and death. Dr. McCarthy did see this patient.

Patient Name: Teresa Lundberg
Medical Record Number: 3435070
Date of Birth:

Date: 4/15/2021
Location: Baton Rouge Office

**CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.**

Physician Assistant Signature: Kimberly Bergeron, PA-C
I was personally involved in this patient's care on this visit. I took the patient's history, reviewed any radiographs, performed a clinical physical examination, made the diagnosis and prescribed the treatment plan per the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.
KB/mg
_3435070_1_KStorm;KMcCarthy_04152021_KMcCarthy
dt: 4/20/2021

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: March 15, 2021 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She notes pain in her mid back that wraps around bilaterally. She also has a sensation like her right great toe is "on fire". She had a lumbar epidural steroid injection 12-18-20 without relief. She has a history of open lumbar fusion 2-19-20. She underwent thoracic MRI, which we have for review.

Vital Signs: Blood pressure 95/53. Respiration 14. Heart rate 76. Height 5 ft. 9 in. Weight 265 lb. Temp 97.1.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 53 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Lumbar spine: Exam shows global weakness down the right leg at 4/5. Remaining muscle groups are 5/5. Sensation is decreased right L4 distribution, intact to the left. Remaining exam is normal.

**RADIOGRAPHS**: Three view lumbar spine x-ray AP, lateral, and spot show some definite rotation as this is not a true lateral. Cages appear in good position. There is no definitive failure or lucency although, again, there is rotation with the alignment.

**INTERVAL STUDIES**: MRI of the thoracic spine performed 3-10-21 shows multilevel disc protrusions at T2-3, T4-5, T5-6, T6-7, T7-8, and T11-12.

**IMPRESSION**: (1) S/p L3-S1 TLIF 2-19-20.
(2) Thoracic pain.
(3) Thoracic herniated nucleus pulposus with radiculopathy.

**RECOMMENDATIONS/PLAN**: (1) The patient will proceed with thoracic epidural steroid injection for therapeutic and diagnostic purposes. The risks, benefits, and potential complications associated with ESI's were discussed in detail. These include but are not limited to bleeding, infection, injury to nerves or spinal cord, leakage of spinal fluid, symptoms getting worse, symptoms staying the same. The patient voiced understanding of all of this and has elected to proceed with the injection. She signed consent for T8-9 interlaminar injection.
(2) Going forward she is a possible candidate for spinal cord stimulator trial.
(3) She is requesting a refill of Norco. This will be submitted to Dr. McCarthy for approval.
(4) Follow-up will be two weeks post procedure and she is to call with questions or concerns prior.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel,

additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.

cg
dt: 3-23-21
*3435070*

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa — Date of Birth:

Medical Record Number: 3435070 — Sex: F

**Bone & Joint Clinic X-Ray Report**

**Date of Service: 03/15/2021**

**Study:** Lumbar spine

**Interpretation:**

Three view lumbar spine x-ray AP, lateral, and spot show some definite rotation as this is not a true lateral. Cages appear in good position. There is no definitive failure or lucency although, again, there is rotation with the alignment.

Physician Signature: Kevin P. McCarthy, M.D.

Diagnostic Imaging Center of Terrebonne

# MRI THORACIC SPINE WITHOUT CONTRAST

**Lundberg, Teresa**
MRN: 10808185, Legal Sex: Female, (53 yrs)
Accession #: 34852866

## Final Result

EXAMINATION:
MRI THORACIC SPINE WITHOUT CONTRAST

CLINICAL HISTORY:
Pain in thoracic spine

TECHNIQUE:
Multisequence multiplanar, no IV contrast

COMPARISON:
None

FINDINGS:
Vertebral body heights are maintained. No suspicious marrow lesions.

Multilevel disc protrusions effacing anterior subarachnoid space, T2-3, T4-5, T5-6, T6-7, T7-8. Suspect T11 disc protrusion or extrusion with effacement of anterior subarachnoid space.

Impression:

Multiple disc protrusions effacing anterior subarachnoid space as above

Electronically signed by: Ashley Prejean, MD
Date: 03/10/2021
Time: 16:37

Signed by Ashley J. Prejean, MD on 3/10/2021 4:37 PM

## Appointment Info

Exam Date
3/10/2021

Department
Terrebonne Diagnostic Imaging Center - MRI
985-274-0550
316 Civic Center Blvd
Houma LA 70360-6088

## Reason for Exam

No reason for exam was entered

## Diagnosis

Pain in thoracic spine

## Providers

PCP
Jenny A. Templet, MD
985-446-2680
804 SOUTH ACADIA RD
THIBODAUX LA 70301

Ordering Provider
Kevin P. McCarthy, MD
225-766-0050
7301 HENNESSY BLVD
SUITE 200
BATON ROUGE LA 70808-4794

# Bone and Joint Clinic of Baton Rouge

**PATIENT HISTORY**

**3435070**

**Teresa Lundberg**

Clarification: We are requesting a SCS trial for the patient.......................KSB 5/14/21 @ 1152