EKG/Cardiology - 04/15/2021 (FAX) P.016/019

**LabCorp** **Patient Report**

Specimen ID: 105-772-9021-0
Control ID: 41543817076

Acct #: 17890175 Phone: (225) 766-0050 Rte: 14

**LUNDBERG, TERESA C.**

The Bone and Joint Clinic
7301 Henessy Blvd #200
Baton Rouge LA 70808

**Patient Details**
DOB:
Age(y/m/d): 053/05/23
Gender: F
Patient ID:

**Specimen Details**
Date collected: 04/15/2021 1301 Local
Date received: 04/15/2021
Date entered: 04/15/2021
Date reported: 04/15/2021 1610 ET

**Physician Details**
Ordering: K MCCARTHY
Referring:
ID:
NPI: 1407843501

**General Comments & Additional Information**
A courtesy copy of this report has been sent to 2258191373.

**Total Volume:** Not Provided **Fasting:** No

**Ordered Items**
CBC With Differential/Platelet; Prothrombin Time (PT); PTT, Activated; Blood Drawing

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 10.2 | | 1000/uL | 4.0-11.0 | 01 |
| RBC | 4.97 | | mill/uL | 3.80-5.30 | 01 |
| Hemoglobin | 15.0 | | g/dL | 12.0-16.0 | 01 |
| Hematocrit | 46.5 | | % | 37.0-47.0 | 01 |
| MCV | 94 | | fL | 80-100 | 01 |
| MCHC | 32.3 | | g/dL | 31.0-37.0 | 01 |
| RDW | 13.0 | | % | 12.1-14.9 | 01 |
| Platelets | 311 | | K/uL | 150-375 | 01 |
| MEAN PLATELET VOLUME (MPV) | 8.7 | | fL | 6.5-12.0 | N |
| Neutrophils | 55 | | % | 44-81 | 01 |
| Lymphs | 34 | | % | 21-47 | 01 |
| Monocytes | 7 | | % | 2-11 | 01 |
| Eos | 2 | | % | 0-7 | 01 |
| Basos | 1 | | % | 0-1 | 01 |
| Neutrophils (Absolute) | 5.7 | | 1000/UL | 1.5-10.0 | 01 |
| Lymphs (Absolute) | 3.5 | High | 1000/ul | 1.3-2.9 | 01 |
| Monocytes(Absolute) | 0.7 | | 1000/ul | 0.1-1.0 | 01 |
| Eos (Absolute) | 0.3 | | 1000/UL | 0.0-0.7 | 01 |
| Baso (Absolute) | 0.1 | | 1000/UL | 0.0-0.1 | 01 |
| **Prothrombin Time (PT)** | | | | | |
| INR | 0.9 | | | | 01 |
| Prothrombin Time | 12.2 | | SECONDS | 11.5-15.3 | 01 |
| **PTT, Activated** | | | | | |
| aPTT | 24 | | SECONDS | 21-35 | 01 |



This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 225-765-8611

© 1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

EXHIBIT
2, part 3

**Bone and Joint Clinic of Baton Rouge, Inc.**
*Practice Limited to Orthopaedic Surgery*

7301 Hennessy Blvd
Suite 200

Baton Rouge, Louisiana
P.O. Box 98035
70898-8035

Telephone 225.766.0050
FAX 225.766.1499

## Lab Orders

**Physician:**
Patient Name Teresa C Lundberg
Date of Birth
Diagnosis 779.01, 701.812
Procedure
Date of Procedure
Specimen Source

Please complete the following selected test and fax the results to 225-819-1373

- ☐ ABO RH and Antibody Screen
- ☐ Aerobic Culture
- ☒ Albumin
- ☐ Alkaline Phosphate
- ☐ ANA
- ☐ Anaerobic Culture
- ☐ Bleeding Time
- ☐ Blood Antibody Screen
- ☐ BUN
- ☐ Cardiac Clearance
- ☒ CBC
- ☐ CBC w/ Diff
- ☒ Chem 7 or BMP
- ☒ C-Reactive Protein
- ☐ Creatinine
- ☒ CXR
- ☒ EKG
- ☐ Gram Stain
- ☒ HgA1C
- ☐ HLA-B27
- ☐ Joint Fluid Analysis, Cell Count, Crystals
- ☒ MRSA Screen Nasal Swab
- ☐ Other:
- ☒ PT / INR
- ☒ PTT
- ☐ Rheumatoid Factor
- ☒ Sed Rate
- ☐ SGOT
- ☐ SGPT
- ☐ Uric Acid
- ☒ Urine Analysis with micro (with culture and sensitivity if indicated)
- ☐ Urine Pregnancy Test
- ☐ Vitamin D Level

- ☒ Preop Clearance
- ☐ Cardiac Clearance

Physician Signature: Kevin P. McCarthy, M.D. Date: 6/8/2021 2:56:44 PM

LabCorp **Patient Report**

Patient: LUNDBERG, TERESA C.
DOB:
Patient ID:
Control ID: 41543817076
Specimen ID: 105-772-9021-0
Date collected: 04/15/2021 1301 Local

| | | | |
|---|---|---|---|
| 01 | BATLA | Our Lady of the Lake Regional<br>5000 Hennessy Boulevard, Baton Rouge, LA 70808-4375 | Dir: Anthony Harton, MD |
| 02 | MB | LabCorp Birmingham<br>1801 First Avenue South, Birmingham, AL 35233-1935 | Dir: Brian Ragland, MD |

For inquiries, the physician may contact Branch: 225-298-8200 Lab: 225-765-8611

Date Issued: 04/22/21 1531 ET

**FINAL REPORT**



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 225-765-8611

© 1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**Bone and Joint Clinic of Baton Rouge, Inc.**
*Practice Limited to Orthopaedic Surgery*

7301 Hennessy Blvd
Suite 200

Baton Rouge, Louisiana
P.O. Box 98035
70898-9035

Telephone 225.766.0050
FAX 225.766.1499

## Lab Orders

**Physician:**

Patient Name Teresa C Lundberg
Date of Birth
Diagnosis 701 812, 779 01
Procedure
Date of Procedure
Specimen Source

Please complete the following selected test and fax the results to 225-819-1373

- ☐ ABO RH and Antibody Screen
- ☐ Aerobic Culture
- ☐ Albumin
- ☐ Alkaline Phosphate
- ☐ ANA
- ☐ Anaerobic Culture
- ☐ Bleeding Time
- ☐ Blood Antibody Screen
- ☐ BUN
- ☐ Cardiac Clearance
- ☒ CBC
- ☐ CBC w/ Diff
- ☐ Chem 7 or BMP
- ☐ C-Reactive Protein
- ☐ Creatinine
- ☐ CXR
- ☐ EKG
- ☐ Gram Stain
- ☐ HgA1C
- ☐ HLA-B27
- ☐ Joint Fluid Analysis, Cell Count, Crystals
- ☐ MRSA Screen Nasal Swab
- ☐ Other:
- ☒ PT / INR
- ☒ PTT
- ☐ Rheumatoid Factor
- ☐ Sed Rate
- ☐ SGOT
- ☐ SGPT
- ☐ Uric Acid
- ☐ Urine Analysis with micro (with culture and sensitivity if indicated)
- ☐ Urine Pregnancy Test
- ☐ Vitamin D Level

- ☐ Preop Clearance
- ☐ Cardiac Clearance

[signature]

Physician Signature: Kevin P. McCarthy, M.D. Date: 3/15/2021 11:58:34 AM

# Quality Assurance Report

## Request Information

Report Date: June 10, 2021

**RP ID:** 7920600

Patient Name: LUNDBERG, TERESA

Provider Name: Bone & Joint Clinic of Baton Roug

## Quality Assurance Information

Scope Requested: **From January 5, 2021 to Present**

Special Request:
Dr. Kevin McCarthy - Seen By: Bone & Joint Clinic of Baton Roug

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

May 22, 2021

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

To be eligible to receive benefits, the Policy requires that you provide proof of disability in order to receive benefits. However, there are currently no medical providers on file, so we are unable to request your medical records which are needed to evaluate your claim eligibility.

To assist us with our investigation, please complete the enclosed Claimant Information Form and provide us the full names, addresses, and telephone numbers of all medical providers, you are currently treating with for this condition.

Additionally, please contact each of your medical providers and request that they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from January 5, 2021 through present.

Acadian Ambulance Services,inc’s LTD Policy requires that you provide proof of disability in order to receive benefits. This proof must be provided by July 4, 2021. Without the information specified above, we will be unable to evaluate your claim eligibility and your disability benefits may be suspended.

Acadian Ambulance Services,inc's LTD Policy requires that, in order to receive ongoing benefits,

you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 4, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by August 3, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than August 3, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: Advantages of Social Security Disability Benefits Form
IBI Social Security FAQ

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

ibi

**Social Security Disability Insurance – Important Facts & Frequently Asked Questions**

1. What is Social Security Disability Insurance?
   Social Security provides an insurance benefit to workers who have been diagnosed with a medical condition and are unable to work.

2. What are the benefits of SSDI?
   There are many benefits of an SSDI award including Medicare coverage, monetary benefits for qualifying family members, cost of living increases and a "frozen" earnings record to protect Social Security retirement benefits.

3. Should you apply for SSDI?
   - Are you still working?
   - Is your condition severe enough to keep you from working 12 months or medically meet a listing?
   - Are you able to perform past work or any other type of work?

4. How can IBI assist?
   Integrated Benefits has provided dedicated Social Security disability representation since 1986 to individuals across the country. Our experienced team will assist throughout the process at no out of pocket expense. Our staff works directly with your insurer to provide documentation and help integrate your benefits once the Social Security claim is awarded.

5. How long will SSA take to make a decision?
   Since Social Security has strict rules and guidelines for eligibility, there are also many steps to filing and appealing. Depending on the level of decision, the process could take a few months for an initial claim to a few years for a Hearing or Appeals Council review.

6. What if Social Security denies the claim?
   Social Security considers several factors when determining a claim and if denied, you have the right to contest the decision. IBI works to ensure the paperwork and required information are submitted timely for appealing.

7. Since LTD benefits have been approved, is SSDI guaranteed?
   An approved Long-term disability claim does not guarantee an award for SSDI as the rules of disability are not the same for the private insurance and Federal program.

8. Once the SSDI claim is awarded, how are benefits calculated?
   The average 2019 Social Security benefit is $1,234 and is calculated based on history of earnings and could be reduced by other government or public disability benefits as well as Worker's Compensation.

Contact Us
Toll-Free (800) 535-6575
Fax (573) 893-7706
Monday-Friday 7:00 am to 5:00 pm (CST)

Mailing Address
Integrated Benefits, Inc
PO Box 7200
Jefferson City, MO 65109

THE SPINE CENTER AT
BONE AND JOINT CLINIC OF BATON ROUGE
7301 HENNESSY BLVD. SUITE 200 BATON ROUGE, LA 70808
TELEPHONE: (225) 766-0050 FAX: (225) 768-2456

## FAX COVER SHEET

Today's Date: 1/26/2021

This is the first of 2 pages

This fax is being sent to fax number: 603.427.1888

To the attention of: Maria Aguirre

RE: Teresa Lundberg - clinic notes

From: KM Dr. Kevin P. McCarthy's Office

Confidentiality Notice

The document accompanying this telecopy transmission contains confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for the return of these documents.

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: January 4, 2021 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She is s/p lumbar epidural steroid injection 12-18-20. Unfortunately, she got no relief. In fact, her right side is no better and it has since aggravated her left side. She has burning if she lays on her left side. She has pain with any prolonged sit, stand or walk. She is also noting episodes where her pain gets really bad and causes pain in the rectal region and temporary numbness. This will only last for a few minutes and resolves. She has had no issues with incontinence or any other episodes of saddle anesthesia. She states that she has been approached about possible spinal cord stimulation and is interested going forward.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 53 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam shows 5/5 strength in all muscle groups of both legs. Sensation to light touch is intact. Gait is normal.

**RADIOGRAPHS**: Three view lumbar spine AP, lateral and spot show good position of the hardware without failure or lucency.

**IMPRESSION**: S/p L3-S1 TLIF 2-19-20.

**RECOMMENDATIONS/PLAN**: (1) The patient will be sent for thoracic MRI. I want to make sure there is no stenosis that would be causing any additional neurologic symptoms. She is interested in possible spinal cord stimulator trial and this would be necessary for that purpose as well.

(2) If the thoracic MRI is benign, we will likely proceed with spinal cord stimulator trial and potential implant.

(3) She is unable to perform any work at the present time.

(4) Refill request of her pain medication will be submitted to Dr. McCarthy for authorization. Follow-up will be after the MRI is performed. She has no remaining questions.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

CPT 99072 is assigned during this declared public health emergency (COVID 19 Pandemic) to account for healthcare provider PPE, masks provided to patients as needed, additional screening time and personnel, additional disinfectant material and time, as well as slower processes to respect current social distancing guidelines.

cg
dt: 1-7-21
*3435070*

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Lincoln Financial Group®

# OCCUPATIONAL ANALYSIS

**Claimant**: Teresa Lundberg
**Claim Number**: 9832837
**Date**: 11/06/20
**Policy Holder**: Acadian Ambulance Services, Inc.

An Occupational Analysis was completed to compare the job Emergency Medical Technician - Paramedic, to the occupation in the National Economy, per the DOT Paramedic [Very Heavy, (079.364-026)].

Documents Reviewed:
- Job Description

The following restrictions were provided:
- No restrictions and/or limitations were provided.

The following resources were utilized in this comparison:
- DOT
- O*NET

The comparison to the position with the employer to the national economy is as follows:

**Essential Duties**:
Comparable between the employer and the National Economy, they both assess nature and extent of illness and injury and provide life support care to sick and injured in prehospital settings.

**Physical Demands**:
The employer provided the following physical demands:
- Stand, Walk, climb, balance up to 1/3 of time
- Sit, stoop, kneel, crouch or crawl and reach with hands and arms 1/3 to 2/3 of time
- Weight lifting more than 100 lbs. 1/3 to 2/3 of time

The occupation is typically performed as Very Heavy physical demand level in the National Economy per the DOT. The National Economy demand levels include:

Per the DOT:
- Occasionally lift, carry, push, pull over 100 lbs.
- Frequently lift, carry, push, pull 50 + lbs.
- Constantly lift, carry, push, pull 20+ lbs.
- Frequently: stooping Kneeling, reaching, handling, fingering, talking and hearing

- Occasionally climbing, balancing, crouching, crawling and feeling

**Summary**:
The employer requirements of the job are similar to the national requirements of the occupation.

The occupation is most often performed at a Very Heavy physical demand level in the National Economy per the DOT EMT Paramedic, (079.364-026)].

I have not met with the employee for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

*Electronically Signed*

Triska Henry-Byrd, MS CRC
*Certified Rehabilitation Counselor*
*Certified ADA Administrator*
Vocational Rehabilitation Consultant
Group Protection

# OCCUPATIONAL DESCRIPTION

**079.364-026 Paramedic**

Administers life support care to sick and injured persons in prehospital setting as authorized and directed by physician: Assesses nature and extent of illness or injury to establish and prioritize medical procedures to be followed or need for additional assistance. Restores and stabilizes heart rhythm on pulseless, nonbreathing patient, using defibrillator, or as directed by physician. Monitors cardiac patient, using electrocardiograph. Initiates intravenous fluids to administer medication or drugs, or to replace fluids lacking in body. Performs endotracheal intubation to open airways and ventilate patient. Administers injections of medications and drugs, following established protocols. Inflates pneumatic anti-shock garment on patient to improve blood circulation. Administers initial treatment at emergency scene and takes and records patient's vital signs. Assists in extricating trapped victims and transports sick and injured persons to treatment center.

Observes, records, and reports to physician patient's condition and reaction to drugs, treatments, and significant incidents. May drive mobile intensive care unit to emergency scene. May serve as team leader for EMERGENCY MEDICAL TECHNICIANS (medical ser.) 079.374-010. May communicate with physician and other medical personnel via radio- telephone.

Alternate Titles: EMT-Paramedic

# OCCUPATIONAL REQUIREMENTS

**Title:** Paramedic **DOT Code:** 079.364-026
**Industry:** Medical Services

**Specific Vocational Preparation:** Level 6 (1 to 2 years)

**General Educational Development:** Reasoning Level 4
Mathematics Level 3
Language Level 4

**Strength:** Very Heavy — Lifting, Carrying, Pushing, Pulling over 100 Lbs. occasionally, 50+ Lbs.

**Work Situations:** Making judgments and decisions.
Dealing with people.
Attaining precise set limits, tolerances, and standards.
Performing effectively under stress.

**Data:** 3 Compiling
**People:** 6 Speaking-Signaling
**Things:** 4 Manipulating

| Aptitudes: DOT | | OAP |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 3- (34 - 44 Percentile) |
| Verbal Aptitude | 3 (34-66 Percentile) | Not Included |
| Numerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Spatial Aptitude | 3 (34-66 Percentile) | Not Included |
| Form Perception | 2 (67-89 Percentile) | Not Included |
| Clerical Aptitude | 2 (67-89 Percentile) | Not Included |
| Motor Coordination | 2 (67-89 Percentile) | Not Included |
| Finger Dexterity | 2 (67-89 Percentile) | Not Included |
| Manual Dexterity | 2 (67-89 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 3 (34-66 Percentile) | |
| Color Discrimination | 3 (34-66 Percentile) | |

| Physical Demands: | | Environmental Conditions: | |
|---|---|---|---|
| Climbing | Occasionally | Noise Intensity Level | Loud |

| | | | |
|---|---|---|---|
| Balancing | Occasionally | Exposure to Weather | Frequently |
| Stooping | Frequently | Extreme Cold | Never |
| Kneeling | Frequently | Extreme Heat | Never |
| Crouching | Occasionally | Wet and/or Humid | Never |
| Crawling | Occasionally | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Occasionally | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Occasionally | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Constantly |
| Far Acuity | Frequently | | |
| Depth Perception | Frequently | | |
| Accommodation | Frequently | | |
| Color Vision | Frequently | | |
| Field of Vision | Frequently | | |

| Acadian Companies | |
|---|---|
| **JOB DESCRIPTION** | |
| **Job Title:** | Emergency Medical Technician - Paramedic |
| **Alternate Job Title(s):** | EMT – P, EMT – P/(RN) |
| **Division/Department:** | Acadian Ambulance Service |
| **Status:** | Hourly-Non-Exempt |
| **Performance Appraisal Type**: | Medic |

**JOB SUMMARY:** Provide appropriate, efficient and timely pre-hospital intermediate and basic life support care and transportation of the sick and injured in accordance with local, state, national and Acadian Ambulance standards of practice.

**REPORTS TO:** Operations Supervisor/Operations Coordinator
Operations Manager
Director of Operations
Regional Vice President

**EQUIPMENT:** Ambulance; stretcher; folding stretcher; scoop stretcher; long and short spine boards and KED; spinal immobilization equipment; radios and computerized communications equipment; pager; splinting devices; suction devices; bandaging materials; oxygen bottles and tubings; basic and advanced airway management devices and EOA; glucometer; intravenous fluid therapy equipment; cardiac monitor I defibrillator; pulse oximeter; fire extinguisher; simple extrication devices; simple mechanics tools; pneumatic anti-shock garment; blood pressure cuff and stethoscope; patient restraints; simple traction devices; other medical and related equipment items not specifically listed may be added as new items are introduced.

**DUTIES AND RESPONSIBILITIES:** This job description is not intended, nor should it be construed, to be an all-inclusive list of responsibilities, duties, skills or working conditions associated with the job. It is intended to be a general description of the essential duties and requirements common to positions of this type and may be subject to change. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

1. Conducts a careful examination of the patient for signs and symptoms of illness/injury and assists other medical personnel as necessary.
2. Administers prompt and efficient basic and intermediate life support care within the limits of licensure or certification and in accordance with approved protocols prior to and during transport.
3. Provides careful handling of the patient to and from the ambulance.
4. Provides safe and efficient transport of the patient in the ambulance to the medical facility.
5. Provides a safe and efficient transfer of patient and patient care information to the receiving personnel at the destination.

6. Documents all aspects of patient condition and treatment on EMS run reports. Obtains and records non-medical patient information as required. Completes other patient documentation and forms as required.
7. Conducts regular unit inventory and equipment testing to ensure all equipment for which the paramedic is responsible is present, clean and in proper working order.
8. Upon completion of transport, responsible for all assigned duties which will place the ambulance and equipment back in service.
9. Responsible for full knowledge of the ambulance's equipment and its proper use at all times.
10. Documents and reports all needed repairs to the proper maintenance departments (electronic or mechanical) as well as to supervisors and other ambulance personnel as required.
11. In the absence of other qualified personnel, responsible for the use of basic extrication tools and procedures to gain access to the patient if necessary.
12. In the absence of other qualified personnel, responsible for controlling the patient's surroundings in such a way as to minimize further danger and control the actions of bystanders.
13. In both the emergency and non-emergency setting, operates *I* drives the ambulance in a safe and efficient manner, following company driving guidelines, so the safety or condition of the occupants are not compromised.
14. Follows all FCC regulations when communicating via electronic communications equipment.
15. Attends all mandatory meetings as scheduled.
16. Completes assigned station and station grounds duties.
17. Orders supplies and equipment from Central Supply to replenish station and ambulance inventories as needed.
18. Completes assigned ambulance duties (i.e., washing, waxing, interior and exterior cleaning, etc.) as required.
19. Completes all required company reports and logs and when necessary provides other ambulance and supervisory personnel with the information.
20. If an approved preceptor, responsible for precepting new employees as directed.
21. If an approved preceptor, responsible for precepting EMT-Basic, Intermediate and Paramedic students as directed.
22. Must meet and fulfill the qualifications, requirements, functions and responsibilities of the Emergency Medical Technician -Basic and Intermediate job descriptions.
23. Performs other duties as assigned.

**<u>QUALIFICATIONS:</u>**

1. High School Diploma or GED.
2. National and/or State certification as an Emergency Medical Technician-Paramedic determined by appropriate state requirements.
3. Current CPR certification as established by the American Heart Association.
4. Current ACLS certification as established by the American Heart Association.
5. Current and valid state-issued driver's license determined by appropriate state requirements (equivalent of a Louisiana Class "**D**" driver's license).
6. Must be able to read, write and communicate professionally and effectively with employees and managers. Must possess the ability to write simple correspondence or reports. Must possess the ability to effectively present information in one-on-one and small group situations to other employees and/or managers.
7. Must be knowledgeable of company protocols, operational procedures and safety

policies.

8. Must be able to drive large vehicles in normal and adverse conditions.
9. Additional certifications such as, NALS, PALS, PHTLS, PEEP, and Instructor certifications are preferred but required.

**INTERPERSONAL REQUIREMENTS**:

1. Maintain social, ethical and organizational norms.
2. Maintain good personal motivation; develop a sense of ownership of job tasks and results.
3. Must have a sense of urgency for all work performed.
4. Ability to work under the pressure of meeting strict deadlines.
5. Excellent interpersonal and communication skills.

**TRAINING REQUIREMENTS:**

1. Orientation to job requirements

**PHYSICAL DEMANDS:**

**Physical Abilities**: Must be able to perform strenuous physical requirements, including without limitation, lifting and moving of heavy equipment and patients in a variety of environmental and dangerous conditions, perform CPR and other lifesaving maneuvers. Water rescues may require the ability to swim at basic survival levels, and other exhaustive physical demands in emergent situations.

**Unimpaired Mobility**: Must be able to respond quickly to ambulance calls, must physically be able to access patients located in difficult terrain and dangerous environments and locations, must be able to climb stairs and other structures, must be able to work without limitation in close and dangerous environments, such as damaged vehicles and structures on fire, must be able to carry heavy equipment and patients.

**Fine Motor Skills**: Must be able to perform required medical skills and techniques, including without limitation bandaging, splinting and establishing an IV, performing endotracheal intubation and other advanced airway techniques, manual defibrillation, pleural decompression.

**Vision**: Must have correctable vision that permits the safe operation of emergency vehicles, the reading of gauges, fine print and figures associated with emergent medical care and treatment; and color acuity to differentiate varying colors that may be necessary in providing emergency care and treatment.

**Hearing**: Must be able to hear sufficiently to obtain information provided by patients, family members, bystanders, medical professionals and other emergency personnel; and adequate hearing necessary to provide emergency care and treatment in active, distracting environments.

**Speech**: Must be able to speak and enunciate clearly and at a level audible to others in loud conditions. Must be able to verbally communicate in stressful and distracting environments with patients, family members, medical professionals and other emergency personnel.

**Physical activities and the amount of time spent performing each while on this job:**

| AMOUNT OF TIME | | | | |
|---|---|---|---|---|
| | **None** | **Up to 1/3** | **1/3 to 2/3** | **Over 2/3** |
| Stand | | X | | |
| Walk | | X | | |
| Sit | | | X | |
| Talk or hear | | | | X |
| Use hands to finger, handle or feel | | | | X |
| Climb or balance | | X | | |
| Stoop, kneel, crouch or crawl | | | X | |
| Reach with hands and arms | | | X | |
| Taste or smell | | X | | |

**Weight lifting requirements and the amount of time spent lifting on this job:**

| AMOUNT OF TIME | | | | |
|---|---|---|---|---|
| | **None** | **Up to 1/3** | **1/3 to 2/3** | **Over 2/3** |
| Up to 10 pounds | | | X | |
| Up to 25 pounds | | | X | |
| Up to 50 pounds | | | X | |
| Up to 100 pounds | | | X | |
| More than 100 pounds | | | X | |

**Vision requirements:**

**X** Color Vision (Able to identify and distinguish colors.)
**X** Distance Vision (Clear vision at 20 feet or more.)
**X** Color Vision (Able to identify and distinguish colors.)
**X** Peripheral Vision (Able to observe areas that can be seen up and down or to the left and right while eyes are fixed on a given point).
**X** Depth Perception (Able to judge distances and spatial relationships.)
**X** Focusing (Able to adjust the eye to bring an object into sharp focus.)

Specific job duties which require the physical demands noted above:

Lifting of patient from beds or emergency scenes onto stretcher and into ambulance; carrying of patients and equipment; climbing stairs or steps; working in unusual geographic settings such as ditches, hills, embankments, high elevations – natural or manmade; working with small, delicate items such as oxygen tubings, bandaging materials, *N* setups when assisting advanced partners, medications, etc.; visually assessing the safety and condition of the emergency scene and the patient; verbally communicating with patients, co-workers, medical personnel and the public either directly or indirectly via electronic communication equipment; driving the ambulance in emergency and non-emergency situations both short and long distances.

**<u>WORK ENVIRONMENT</u>:**

Specific situations that lead to environment conditions can include: hazardous materials, electrical emergencies, vehicular accidents, outdoor emergency settings, hurricanes, tornadoes, industrial

accidents, conditions affecting driving, settings where heavy equipment such as extrication tools are in use, etc.

**Exposure to environmental conditions and the amount of time exposed to each on this job:**

| AMOUNT OF TIME | | | | |
|---|---|---|---|---|
| | **None** | **Up to 1/3** | **1/3 to 2/3** | **Over 2/3** |
| Wet, humid conditions (non-weather) | | X | | |
| Work near moving mechanical parts | | X | | |
| Work in high, precarious places | | X | | |
| Fumes or air borne particles | | X | | |
| Toxic or caustic chemicals | | X | | |
| Outdoor weather conditions | | X | | X |
| Extreme cold (non-weather) | | X | | |
| Extreme heat (non-weather) | | X | | |
| Risk of electrical shock | | X | | |
| Work with explosives | X | | | |
| Risk of radiation | | X | | |
| Vibration | | X | | |

**Noise level associated with this job:**

__ Moderate Noise (Ex: business office with typewriters and/or computer printers, light traffic).

X Loud Noise (Ex: metal can manufacturing, large earth-moving equipment).

___ Very Loud Noise (Ex: jack hammer work, front row at rock concert).

# Alen Nourian, MD

***Board-Certified in Orthopedic Surgery***
***Orthopedic surgery of the spine***

CLAIMANT NAME: Lundberg, Teresa
EXAMINER: Alen Nourian, MD
ECN #: 160021-1
CLAIM #: 9832837
DATE OF LOSS: 1/8/2020
DATE OF SERVICE: 11/02/2020

**Peer Review**

This is a peer review regarding Lundberg, Teresa. On behalf of ECN I reviewed records from 01/14/2020 through 07/16/2020 including: Ashley PreJean, M.D./ Radiology, on 01/14/2020; The Spine Hospital, extending from 02/19/2020 to 02/21/2020; ECG, on 01/23/2020; Kevin McCarthy, M.D./ Orthopedic Surgery, extending from 03/05/2020 to 06/30/2020; Jenny A. Tamplet, M.D./ Family Medicine, on 01/23/2020; Family Doctor Clinic, on 01/23/2020; Daigle Himel Daigle PT, extending from 06/29/2020 to 07/16/2020.

The claimant is a 52-year-old female presenting with medical history significant for lumbar stenosis.

X-ray lumbar spine, 3/5/2020, revealed good positon of the lumbar hardware; good lordosis; interbody spacers in appropriate position.

X-ray lumbar spine, 3/16/2020, revealed good position of the hardware without failure or lucency.

X-ray lumbar spine, 3/30/2020, revealed TLIF at L3-4 and L4-5; no interbody spacer placed at L5-S1 secondary to an intraoperative conjoined nerve root; posterior pedicle screws from L3-S1 all of which are in good position.

X-ray lumbar spine, 6/2/2020, revealed TLIF at L3-4 and L4-5, interbody cage with increased bone growth; no acute findings; all hardware in good position.

Kevin McCarthy, M.D, 6/2/2020, the claimant is s/p L3-S1 open TLIF. She complains of low back pain, right leg pain, burning pain down the leg to the big toe with numbness in a L4 distribution. Examination revealed strength 4+/5, antalgic gait.

Daigle Himel Daigle PT, 6/29/2020, the claimant has right sided low back pain with numbness/tingling downright lower extremity.

Daigle Himel Daigle PT, 7/10/2020, the claimant has right sided low back pain with numbness/tingling downright lower extremity.

Daigle Himel Daigle PT, 7/14/2020, the claimant has right sided low back pain with numbness/tingling downright lower extremity.

Daigle Himel Daigle PT, 7/16/2020, the claimant has right sided low back pain with numbness/tingling downright lower extremity.

**DIAGNOSES:**

Spinal stenosis, lumbar region

**CALL ATTEMPTS:**

Phone call placed to Dr. Mccarthy on Wednesday October 21th at 9:52 / Left a message at Bone & Joint Clinic of Baton Rouge on Dr. Mccarthy's nurse line voicemail.

Voicemail October 21, 2020: Hi, I'm calling from Dr. Mccarthy's office. You're inquiring about work restrictions for claimant Teresa Lundberg. Our last records indicate she cannot return to work and her follow up will be after her injection, which has been submitted for approval. Her last office visit was October 16th so we're still waiting for the approval for the injection.

Phone call placed to Dr. Mccarthy on Thursday October 22th at 10:06 / Left an additional message at Bone and Joint Clinic of Baton Rouge on Dr. Mccarthy's nurse line voicemail.

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Lumbar stenosis M48.06

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

There is no evidence of clinically significant comorbid diagnosis.

3. **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 9/1/2020 to - present, and comment on the expected duration**.

The medical documentation reflects that the claimant is a 52-year-old female presenting with medical history significant for lumbar stenosis. X-ray lumbar spine dated 3/5/2020 revealed good positon of the lumbar hardware; good lordosis; interbody spacers in appropriate position. X-ray lumbar spine dated 3/16/2020 revealed good position of the hardware without failure or lucency. X-ray lumbar spine dated 3/30/2020 revealed TLIF at L3-4 and L4-5; no interbody spacer placed at L5-S1 secondary to an intraoperative conjoined nerve root; posterior pedicle screws from L3-S1 all of which are in good position. X-ray lumbar spine dated 6/2/2020 revealed TLIF at L3-4 and L4-5, interbody cage with increased bone growth; no acute findings; all hardware in good position. Dr. Kevin McCarthy recorded on 6/2/2020 the claimant is s/p L3-S1 open TLIF; and she complains of low back pain, right leg pain, burning pain down the leg to the big toe with numbness in a L4 distribution. Examination in the note revealed strength 4+/5, antalgic gait. Daigle Himel Daigle PT recorded on 6/29/2020, 7/10/2020, 7/14/2020 and 7/16/2020 the claimant has right sided low back pain with numbness/tingling downright lower extremity. The claimant has confirmed history of lumbar condition. She has continued to have residual disabling issues. There is no evidence of any significant improvement in her condition. Therefore, the claimant requires R&Ls from 9/1/2020 until 2/25/2021, pending re-assessment.

Standing: up to 15 minutes at a time for a total of 2 hours per day
Walking: up to 15 minutes at a time for a total of 2 hours per day
Sitting: unrestricted
Lifting/carrying/pushing/pulling occasionally up to 20 lbs. BUE
Climbing stairs: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: occasionally
Crouching: occasionally
Crawling: never
Reaching: occasionally overhead and below waist level, unrestricted desk level BUE
Use lower extremities for foot controls: frequently RLE and unrestricted LLE
Fine manipulation: unrestricted
Simple and firm grasping unrestricted

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

N/A

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, the treatment provided is consistent with the standard of care. There is no evidence that the claimant is not compliant with treatment.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There is no evidence of any non-medical circumstances that may interfere with work-related activities.

Sincerely,

A. Alen Nourian, MD
Board certified, Orthopedic Surgery
Spine Surgery
Medical License CA128908

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Teresa Lundberg
Claim Number: 9832837
Case Number: 160021-1

"I, A. Alen Nourian, MD, am a physician duly licensed to practice medicine in the State of ______________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

11/2/2020

Signature of Physician Date

Medical/Professional License # CA 128908

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 94765**

**Date** **11/2/2020**

***Bill To:***

**John Visaysouk**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 9832837
**Date of Loss:** 1/8/2020
**ECN #** 160021-1
**Account #**

**Claimant** Teresa Lundberg

| | | |
|---|---|---|
| 10/19/2020 | Peer Review - Long Term Disability: Service<br>Provider: A. Alen Nourian, MD<br>Specialty: Orthopedic Surgery | $660.00 |
| | **SubTotal** | $660.00 |
| | **Final Invoice Total** | $660.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

August 27, 2020

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 10, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: 9832837-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-07.28.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

July 29, 2020

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On July 28, 2020, we requested medical records from all of your treating providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2020 through present from all of your treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Acadian Ambulance Services,inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by September 10, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by October 10, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 10, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

ReleasePoint

**Medical Record Overview**

**Date:** **August 7, 2020**

**Patient Name:** LUNDBERG, TERESA

**Records From:** Daigle Himel Daigle Physical Therapy
125 Bayou Gardens Blvd
houma, LA 70364
(985) 223-4760

**Request Scope:** From April 30, 2020 to Present

**Chart Range:** 06/29/2020 - 07/16/2020

**RP ID:** 6788442

**Client ID:** 10248812

**Source:** LIBMTW

**Req By:** 09-LF0211

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 29 2020 | Jul 16 2020 | 26 | 2 |
| Non Medical/Other | | | 1 | 28 |
| Request Correspondence | | | 5 | 29 |

**Total Page Count:** 32

**Notes From QC:**

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA, 70364-1431
P: (985)223-4760
F: (985)223-4759
http://www.ptcenter-la.com/

PHYSICAL THERAPY & HAND CENTER
Leslie Daigle, PT
Eddie Himel, PT, DSc, OCS, Cert.MDT
John Daigle, PT, OCS, COMT
Tracy Palmer, PT, CMT
Steven Landry, OT, CHT
Sawyer Triche, PT, DPT
Pamela B. Allen, PT, DPT
Joshua Gephart, PT, DPT
Chase Chauvin, PTA

## FLOWSHEET

**Patient:** Lundberg, Teresa

**Date:** 07/16/2020 **Start Date:** 06/29/2020
**Physician:** K. McCarthy, MD (1407843501)
**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)

**Location: gym**

**Manual Therapy**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | -/-/- | 10' | | | 1:1 w/Therapist *KR* |

**Multi-Hip Abduction**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | 40#/3/10 | - | | | 1:1 w/Assistant *KR* |

**Multi-Hip Flexion**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | 40#/3/10 | - | | | 1:1 w/Assistant *KR* |

**NK Quads/Hams**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | 5#/-/- | 4'/4' | | | 1:1 w/Assistant *KR* |

**Total Gym**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | -/-/- | 4' | | | 1:1 w/Assistant *KR* |

**Core Stix Stir The Pot**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | purple/3/10 | - | | | 1:1 w/Assistant *KR* |

**Core Stix Push/Pull**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | purple/3/10 | - | | | 1:1 w/Assistant *KR* |

**Seated Swiss Ball Flexions**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | -/-/- | 4' | | | 1:1 w/Assistant *KR* |

**Swiss Ball Trunk Rotations**

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA, 70364-1431
P: (985)223-4760
F: (985)223-4759
http://www.ptcenter-la.com/

PHYSICAL THERAPY & HAND CENTER

# FLOWSHEET

**Patient:** Lundberg, Teresa

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

**Swiss Ball Knee to Chest**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

**Dead Bugs**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

**Estim W/Heat**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-16 | -/-/- | 15' | | | 1:1 w/Assistant *KR* |

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA 70364-1431
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

# Daily Note / Billing Sheet

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Referring Physician(s):** McCarthy, Kevin MD

**Surgery:** (Date/Type) 02/19/2020 TLIF L3-5
**Visit No.:** 6

**Insurance Name:** Enstar

**Date of Daily Note:** 07/16/2020
**Injury/Onset/Change of Status Date:** 06/30/2019 Insidious
**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 06/29/2020
**Treatment Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** HU000769994

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** R side low back pain with numbness/tingling down R LE.

Pt reports her legs are sore as expected due to LE strength TEs but low back is feeling great.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
**Self Care:** Sleep: Disturbed Sleep
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing, Standing
**Mobility: Walking & Moving Around:** IADLs: Food Preparation, Housekeeping
**Aggravating Factors:** Standing
**Home Health Care:** No
**Medical History:** High Blood Pressure
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97140 | Manual Therapy<br>STM, MFR, L5-S1 gapping, B LE stretching | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97014 | E-Stim Unattended<br>High Volt<br>with MHP | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt tol tx well today with no reports of pain during session. Pt is working very well in the clinic and is completing all TEs with no difficulty. Pt is completing higher level strength and stability TEs today. Pt continues to respond well to manual therapy and is exhibiting reduced trigger points in lumbar paraspinals. Will progress pt as tolerated.
**Patient Education:** HEP, Postural Awareness
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Educational Needs
- Low Back Pain
- LE weakness
- Antalgic gait
- Lumbar ROM limitations
- Poor Posture

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA 70364-1431
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

**Daily Note / Billing Sheet**

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 07/16/2020

- FOTO scoer of 51

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP. |
2: (2 Weeks) | Pt to report 4/10 low back pain at worst. |
3: (2 Weeks) | Pt to exhibit normal, pain free gait for all distances. |

**Long Term Goals:**
1: (4 Weeks) | Pt to report minimal to nil low back pain with all functional activities and ADLs. |
2: (4 Weeks) | Pt to exhibit at least 4+/5 LE strength with no fatiguing weakness. |
3: (4 Weeks) | Pt to exhibit functional lumbar ROM with no pain at end ranges. |
4: (4 Weeks) | Pt to exhibit normal standing posture and be able to wash dishes or do housework with no pain. |
5: (4 Weeks) | Pt to score at least 75 on FOTO. |

**Plan**
**Instructions:** Progressing Patient Next Visit
Progress pt per POC.

PT, DPT

Ryan Ocker, PT
License #09965
*Electronically Signed by Ryan Ocker, PT on July 16, 2020 at 4:13 pm*

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA, 70364-1431
P: (985)223-4760
F: (985)223-4759
http://www.ptcenter-la.com/

## FLOWSHEET

**Patient:** Lundberg, Teresa

**Date:** 07/14/2020 **Start Date:** 06/29/2020
**Physician:** K. McCarthy, MD (1407843501)
**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)

**Location: gym**

**Manual Therapy**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | -/-/- | 10' | | | 1:1 w/Therapist *KR* |

**Multi-Hip Abduction**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | 40#/3/10 | - | | | 1:1 w/Assistant *KR* |

**Multi-Hip Flexion**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | 40#/3/10 | - | | | 1:1 w/Assistant *KR* |

**NK Quads/Hams**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | 5#/-/- | 4'/4' | | | 1:1 w/Assistant *KR* |

**Total Gym**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | -/-/- | 4' | | | 1:1 w/Assistant *KR* |

**Dead Bugs**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

**Core Stix Stir The Pot**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | purple/3/10 | - | | | 1:1 w/Assistant *KR* |

**Core Stix Push/Pull**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | purple/3/10 | - | | | 1:1 w/Assistant *KR* |

**Seated Swiss Ball Flexions**

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA, 70364-1431
P: (985)223-4760
F: (985)223-4759
http://www.ptcenter-la.com/

# FLOWSHEET

**Patient:** Lundberg, Teresa

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | -/-/- | 4' | | | 1:1 w/Assistant *KR* |

**Swiss Ball Trunk Rotations**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

**Swiss Ball Knee to Chest**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

**Estim W/Heat**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-14 | -/-/- | 15' | | | 1:1 w/Assistant *KR* |

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA 70364-1431
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

# Daily Note / Billing Sheet

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Referring Physician(s):** McCarthy, Kevin MD

**Surgery:** (Date/Type) 02/19/2020 TLIF L3-5
**Visit No.:** 5

**Insurance Name:** Enstar

**Date of Daily Note:** 07/14/2020
**Injury/Onset/Change of Status Date:** 06/30/2019 Insidious
**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 06/29/2020
**Treatment Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** HU000769994

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** R side low back pain with numbness/tingling down R LE.

Pt reports very minimal symptoms down R LE and R low back pain. Pt reports some tightness between shoulder blades. Pt reports she would like to strengthen B LEs.

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**

**Current Functional Limitations:**
**Self Care:** Sleep: Disturbed Sleep
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing, Standing
**Mobility: Walking & Moving Around:** IADLs: Food Preparation, Housekeeping

**Aggravating Factors:** Standing
**Home Health Care:** No
**Medical History:** High Blood Pressure
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97140 | Manual Therapy<br>STM, MFR, L5-S1 gapping, B LE stretching | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97014 | E-Stim Unattended<br>High Volt<br>with MHP | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt tol tx well today with no reports of increased pain during session. Pt is working very well in the clinic and was able to complete all new strength TEs with minimal difficulty. Pt exhibiting improved lumbar stability today. Pt still having most pain when doing dishes and housework. Will progress pt as tolerated.
**Patient Education:** HEP, postural awareness
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Educational Needs
- Low Back Pain
- LE weakness
- Antalgic gait
- Lumbar ROM limitations
- Poor Posture

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA 70364-1431
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 07/14/2020

## Daily Note / Billing Sheet

- FOTO scoer of 51

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP. |
2: (2 Weeks) | Pt to report 4/10 low back pain at worst. |
3: (2 Weeks) | Pt to exhibit normal, pain free gait for all distances. |

**Long Term Goals:**
1: (4 Weeks) | Pt to report minimal to nil low back pain with all functional activities and ADLs. |
2: (4 Weeks) | Pt to exhibit at least 4+/5 LE strength with no fatiguing weakness. |
3: (4 Weeks) | Pt to exhibit functional lumbar ROM with no pain at end ranges. |
4: (4 Weeks) | Pt to exhibit normal standing posture and be able to wash dishes or do housework with no pain. |
5: (4 Weeks) | Pt to score at least 75 on FOTO. |

**Plan**

**Instructions:** Progressing Patient Next Visit
Progress pt per POC.

PT, DPT

Ryan Ocker, PT
License #09965
*Electronically Signed by Ryan Ocker on July 14, 2020 at 2:42 pm*

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA, 70364-1431
P: (985)223-4760
F: (985)223-4759
http://www.ptcenter-la.com/

PHYSICAL THERAPY & HAND CENTER
Leslie Daigle, PT
Eddie Himel, PT, DSc, OCS, Cert.MDT
John Daigle, PT, OCS, COMT
Travis Heltzer, PT, CMT
Shawn Landry, OT, CHT
Sawyer Triche, PT, DPT
Brandon D. Allen, PT, DPT
Joshua Oraben, PT, DPT
Clay Chermin, PTA

## FLOWSHEET

**Patient:** Lundberg, Teresa

**Date:** 07/10/2020 **Start Date:** 06/29/2020
**Physician:** K. McCarthy, MD (1407843501)
**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)

**Location: gym**

**Manual Therapy**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-10 | -/-/- | 10' | | | 1:1 w/Therapist *KR* |

**Core Stix Stir The Pot**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-10 | purple/3/10 | - | | | 1:1 w/Assistant *KR* |

**Core Stix Push/Pull**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-10 | purple/3/10 | - | | | 1:1 w/Assistant *KR* |

**Seated Swiss Ball Flexions**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-10 | -/-/- | 4' | | | 1:1 w/Assistant *KR* |

**Swiss Ball Trunk Rotations**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-10 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

**Swiss Ball Knee to Chest**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-10 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

**Estim W/Heat**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-10 | -/-/- | 15' | | | 1:1 w/Assistant *KR* |

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA 70364-1431
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

# Daily Note / Billing Sheet

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Referring Physician(s):** McCarthy, Kevin MD

**Surgery:** (Date/Type) 02/19/2020 TLIF L3-5
**Visit No.:** 4

**Insurance Name:** Enstar

**Date of Daily Note:** 07/10/2020
**Injury/Onset/Change of Status Date:** 06/30/2019 Insidious
**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 06/29/2020
**Treatment Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** HU000769994

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** R side low back pain with numbness/tingling down R LE.

Pt continues to feel significant relief in R low back and down R LE.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
**Self Care:** Sleep: Disturbed Sleep
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing, Standing
**Mobility: Walking & Moving Around:** IADLs: Food Preparation, Housekeeping
**Aggravating Factors:** Standing
**Home Health Care:** No
**Medical History:** High Blood Pressure
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97140 | Manual Therapy<br>STM, MFR, L5-S1 gapping, B LE stretching | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97014 | E-Stim Unattended<br>High Volt<br>with MHP | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt tol tx well today with no reports of increased pain during session. Pt is working well in the clinic and is completing all TEs with no difficulty. Pt continues to show improved sitting/standing posture. Pt progressing well with stability TEs. Pt exhibiting reduced trigger points in lumbar paraspinals. Pt responding well to manual therapy. Will progress pt as tolerated.
**Patient Education:** HEP, Postural Awareness
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Educational Needs
- Low Back Pain
- LE weakness
- Antalgic gait
- Lumbar ROM limitations
- Poor Posture

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA 70364-1431
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

## Daily Note / Billing Sheet

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 07/10/2020

- FOTO scoer of 51

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP. |
2: (2 Weeks) | Pt to report 4/10 low back pain at worst. |
3: (2 Weeks) | Pt to exhibit normal, pain free gait for all distances. |

**Long Term Goals:**
1: (4 Weeks) | Pt to report minimal to nil low back pain with all functional activities and ADLs. |
2: (4 Weeks) | Pt to exhibit at least 4+/5 LE strength with no fatiguing weakness. |
3: (4 Weeks) | Pt to exhibit functional lumbar ROM with no pain at end ranges. |
4: (4 Weeks) | Pt to exhibit normal standing posture and be able to wash dishes or do housework with no pain. |
5: (4 Weeks) | Pt to score at least 75 on FOTO. |

**Plan**

**Instructions:** Progressing Patient Next Visit
Progress pt per POC.

PT, DPT

Ryan Ocker, PT
License #09965
*Electronically Signed by Ryan Ocker, PT on July 10, 2020 at 7lam*

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA, 70364-1431
P: (985)223-4760
F: (985)223-4759
http://www.ptcenter-la.com/

PHYSICAL THERAPY & HAND CENTER
Leslie Daigle, PT
Eddie Himel, PT, DSc, OCS, Cert.SIDT
John Daigle, PT, OCS, COMT
Tracy Peltier, PT, CMT
Susan Landry, OT, CHT
Sawyer Triche, PT, DPT
Danielle D. Allen, PT, DPT
Joshua Graham, PT, DPT
Lillian Thomas, PTA

## FLOWSHEET

**Patient:** Lundberg, Teresa

**Date:** 07/08/2020 **Start Date:** 06/29/2020
**Physician:** K. McCarthy, MD (1407843501)
**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)

**Location: gym**

**Manual Therapy**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-08 | -/-/- | 10' | | | 1:1 w/Therapist *KR* |

**Core Stix Stir The Pot**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-08 | purple/3/10 | - | | | 1:1 w/Assistant *KR* |

**Core Stix Push/Pull**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-08 | purple/3/10 | - | | | 1:1 w/Assistant *KR* |

**Seated Swiss Ball Flexions**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-08 | -/-/- | 4' | | | 1:1 w/Assistant *KR* |

**Swiss Ball Trunk Rotations**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-08 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

**Swiss Ball Knee to Chest**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-08 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

**Estim W/Heat**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-08 | -/-/- | 15' | | | 1:1 w/Assistant *KR* |

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA 70364-1431
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

# Daily Note / Billing Sheet

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Referring Physician(s):** McCarthy, Kevin MD

**Surgery:** (Date/Type) 02/19/2020 TLIF L3-5
**Visit No.:** 3

**Insurance Name:** Enstar

**Date of Daily Note:** 07/08/2020
**Injury/Onset/Change of Status Date:** 06/30/2019 Insidious
**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 06/29/2020
**Treatment Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** HU000769994

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** R side low back pain with numbness/tingling down R LE.

Pt reports her R side low back and leg are feeling much better. Pt reports some pain in L UT and L hip today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
**Self Care:** Sleep: Disturbed Sleep
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing, Standing
**Mobility: Walking & Moving Around:** IADLs: Food Preparation, Housekeeping
**Aggravating Factors:** Standing
**Home Health Care:** No
**Medical History:** High Blood Pressure
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97140 | Manual Therapy<br>STM, MFR, L5-S1 gapping, LE stretching | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97014 | E-Stim Unattended<br>High Volt<br>with MHP | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt tol tx well today with no reports of increased pain during session. Pt is working well in the clinic and did well with new TEs today. Pt is exhibiting improved sitting/standing posture. Pt is also exhibiting decreased trigger points in R LQ today but did exhibiting increased trigger points in L piriformis today. Pt responded well to manual therapy. Will progress pt as tolerated.
**Patient Education:** HEP, postural awareness
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Educational Needs
- Low Back Pain
- LE weakness
- Antalgic gait
- Lumbar ROM limitations
- Poor Posture

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA 70364-1431
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 07/08/2020

## Daily Note / Billing Sheet

- FOTO scoer of 51

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP. |
2: (2 Weeks) | Pt to report 4/10 low back pain at worst. |
3: (2 Weeks) | Pt to exhibit normal, pain free gait for all distances. |

**Long Term Goals:**
1: (4 Weeks) | Pt to report minimal to nil low back pain with all functional activities and ADLs. |
2: (4 Weeks) | Pt to exhibit at least 4+/5 LE strength with no fatiguing weakness. |
3: (4 Weeks) | Pt to exhibit functional lumbar ROM with no pain at end ranges. |
4: (4 Weeks) | Pt to exhibit normal standing posture and be able to wash dishes or do housework with no pain. |
5: (4 Weeks) | Pt to score at least 75 on FOTO. |

**Plan**
**Instructions:** Progressing Patient Next Visit
Progress pt per POC.

PT, DPT

Ryan Ocker, PT
License #09965
*Electronically Signed by Ryan Ocker on July 8, 2020 at 12:52 pm*

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA, 70364-1431
P: (985)223-4760
F: (985)223-4759
http://www.ptcenter-la.com/

# FLOWSHEET

**Patient:** Lundberg, Teresa

**Date:** 07/02/2020 **Start Date:** 06/29/2020

**Physician:** K. McCarthy, MD (1407843501)

**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)

**Location: gym**

Manual Therapy

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-02 | -/-/- | 10' | | | 1:1 w/Therapist *KR* |

Seated Swiss Ball Flexions

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-02 | -/-/- | 4' | | | 1:1 w/Assistant *KR* |

Swiss Ball Trunk Rotations

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-02 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

Swiss Ball Knee to Chest

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-02 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

Estim W/Heat

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-07-02 | -/-/- | 15' | | | 1:1 w/Assistant *KR* |

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA 70364-1431
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

# Daily Note / Billing Sheet

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Referring Physician(s):** McCarthy, Kevin MD

**Surgery:** (Date/Type) 02/19/2020 TLIF L3-5
**Visit No.:** 2

**Insurance Name:** Enstar

**Date of Daily Note:** 07/02/2020
**Injury/Onset/Change of Status Date:** 06/30/2019 Insidious
**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 06/29/2020
**Treatment Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** HU000769994

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** R side low back pain with numbness/tingling down R LE.

Pt reports her low back back and leg symptoms are reduced today as compared to initial session.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
**Self Care:** Sleep: Disturbed Sleep
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing, Standing
**Mobility: Walking & Moving Around:** IADLs: Food Preparation, Housekeeping
**Aggravating Factors:** Standing
**Home Health Care:** No
**Medical History:** High Blood Pressure
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97140 | Manual Therapy<br>STM, MFR, L5-S1 gapping, LE stretching | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97014 | E-Stim Unattended<br>High Volt<br>with MHP | 1 |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt tol tx well today with no reports of increased pain during session. Pt is working well in the clinic and is completing all TEs with no difficulty. Pt exhibited improved sitting/standing posture and had less pain with standing while at home. Pt exhibited reduced trigger points in low back and responded well to manual therapy today. Will progress pt as tolerated.
**Patient Education:** HEP, Postural Awareness
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Educational Needs
- Low Back Pain
- LE weakness
- Antalgic gait
- Lumbar ROM limitations
- Poor Posture

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA 70364-1431
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 07/02/2020

## Daily Note / Billing Sheet

- FOTO scoer of 51

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP. |
2: (2 Weeks) | Pt to report 4/10 low back pain at worst. |
3: (2 Weeks) | Pt to exhibit normal, pain free gait for all distances. |

**Long Term Goals:**
1: (4 Weeks) | Pt to report minimal to nil low back pain with all functional activities and ADLs. |
2: (4 Weeks) | Pt to exhibit at least 4+/5 LE strength with no fatiguing weakness. |
3: (4 Weeks) | Pt to exhibit functional lumbar ROM with no pain at end ranges. |
4: (4 Weeks) | Pt to exhibit normal standing posture and be able to wash dishes or do housework with no pain. |
5: (4 Weeks) | Pt to score at least 75 on FOTO. |

**Plan**
**Instructions:** Progressing Patient Next Visit
Progress pt per POC.

PT, DPT

Ryan Ocker, PT
License #09965
*Electronically Signed by Ryan Ocker on July 2, 2020 at 3:38 pm*

**Daigle Himel Daigle PT - BG**
125 Bayou Gardens Blvd
Houma, LA, 70364-1431
P: (985)223-4760
F: (985)223-4759
http://www.ptcenter-la.com/

PHYSICAL THERAPY & HAND CENTER

# FLOWSHEET

**Patient:** Lundberg, Teresa

**Date:** 06/29/2020
**Physician:** K. McCarthy, MD (1407843501)
**Diagnosis:** ICD10: 00.0000: Unknown

**Location: gym**

Manual Therapy

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-06-29 | -/-/- | 10' | | | 1:1 w/Therapist *KR* |

Swiss Ball Trunk Rotations

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-06-29 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

Swiss Ball Knee to Chest

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-06-29 | -/3/10 | - | | | 1:1 w/Assistant *KR* |

Estim W/Heat

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2020-06-29 | -/-/- | 15' | | | 1:1 w/Assistant *KR* |

Daigle Himel Daigle PT - BG
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

# Plan of Care

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Referring Physician(s):** McCarthy, Kevin MD

**Surgery:** (Date/Type) 02/19/2020 TLIF L3-5
**Visit No.:** 1

**Date of Plan of Care:** 06/29/2020
**Injury/Onset/Change of Status Date:** 06/30/2019 Insidious
**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 06/29/2020
**Treatment Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)

## Assessment

**Assessment/Diagnosis:** Pt is a 52 y/o female presenting to the clinic s/p TLIF of L3-5 on 2/19/2020. Pt had relief of low back pain and symptoms down R leg until ~2 months ago when she began to have low back pain and R LE pain as well. Back pain and symptoms down R LE are worst with standing for long periods and when pt is cooking or washing dishes. Pt is most comfortable when sitting or lying down on side in lumbar flexion. Pt did have increased leg symptoms with SLR with increased pain with DF but no increase with cervical flexion. Pt had normal sensation. Pt did have increased pain with lumbar extension and R side bending but no increase in R LE symptoms. Pt also had positive torsion test on R side at L5-S1. Pt is exhibiting signs/symptoms of possible stenosis on R side at level L5-S1. Pt is appropriate for and would benefit from PT treatment in order to address problems listed above and to return pt to a normal functional level.

**Patient Education:** HEP, Postural Awareness

**Patient Demonstrates Compliance with Prescribed HEP**

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**
- Educational Needs
- Low Back Pain
- LE weakness
- Antalgic gait
- Lumbar ROM limitations
- Poor Posture
- FOTO scoer of 51

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP. |
2: (2 Weeks) | Pt to report 4/10 low back pain at worst. |
3: (2 Weeks) | Pt to exhibit normal, pain free gait for all distances. |

**Long Term Goals:**
1: (4 Weeks) | Pt to report minimal to nil low back pain with all functional activities and ADLs. |
2: (4 Weeks) | Pt to exhibit at least 4+/5 LE strength with no fatiguing weakness. |
3: (4 Weeks) | Pt to exhibit functional lumbar ROM with no pain at end ranges. |
4: (4 Weeks) | Pt to exhibit normal standing posture and be able to wash dishes or do housework with no pain. |
5: (4 Weeks) | Pt to score at least 75 on FOTO. |

## Plan

**Frequency:** 2-3 times a week
**Duration:** 4 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Dry Needling/Intramuscular Manual Therapy, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics)

**Modalities**

Progress Notes - 06/29/2020 85 223 4759 Daigle Himel Daigle ☒025/032

**Daigle Himel Daigle PT - BG**
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 06/29/2020

## Plan of Care

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (High Volt, Interferential), Cryotherapy (Ice Pack), Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)223-4760.

Please sign and return: Fax#: (985)223-4759

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

PT, DPT

Ryan Ocker, PT
License #09965
*Electronically Signed by Ryan Ocker, PT on June 30, 2020 at 9:11 am*

Physician Signature______________________
K. McCarthy, MD
Date:__________ Time:__________

Daigle Himel Daigle PT - BG
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (985)223-4760
Fax: (985)223-4759
http://www.ptcenter-la.com/

# Daily Note / Billing Sheet

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Referring Physician(s):** McCarthy, Kevin MD

**Surgery:** (Date/Type) 02/19/2020 TLIF L3-5
**Visit No.:** 1

**Insurance Name:** Enstar

**Date of Daily Note:** 06/29/2020
**Injury/Onset/Change of Status Date:** 06/30/2019 Insidious
**Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 06/29/2020
**Treatment Diagnosis:** ICD10: Z47.89: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** HU000769994

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** R side low back pain with numbness/tingling down R LE.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
**Self Care:** Sleep: Disturbed Sleep
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing, Standing
**Mobility: Walking & Moving Around:** IADLs: Food Preparation, Housekeeping
**Pain Location:** Low Back Pain
**Pain Scale: Worst:** 7 **Best:** 3 **Current:** 6
**Pain Description:** Constant
**Pain Follow-up Plan:** Pt to report minimal to nil low back pain with all functional activities and ADLs.
**Aggravating Factors:** Standing
**Home Health Care:** No
**Medical History:** High Blood Pressure
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| 97140 | Manual Therapy<br>STM, MFR, L5-S1 gapping, LE stretching | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97014 | E-Stim Unattended<br>High Volt<br>with MHP | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt is a 52 y/o female presenting to the clinic s/p TLIF of L3-5 on 2/19/2020. Pt had relief of low back pain and symptoms down R leg until ~2 months ago when she began to have low back pain and R LE pain as well. Back pain and symptoms down R LE are worst with standing for long periods and when pt is cooking or washing dishes. Pt is most comfortable when sitting or lying down on side in lumbar flexion. Pt did have increased leg symptoms with SLR with increased pain with DF but no increase with cervical flexion. Pt had normal sensation. Pt did have increased pain with lumbar extension and R side bending but no increase in R LE symptoms. Pt also had positive torsion test on R side at L5-S1. Pt is exhibiting signs/symptoms of possible stenosis on R side at level L5-S1. Pt is appropriate for and would benefit from PT treatment in order to address problems listed above and to return pt to a normal functional level.
**Patient Education:** HEP, Postural Awareness
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**

**Daigle Himel Daigle PT - BG**
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (98 5)223-4760
Fax: (98 5)223-4759
http://www.ptcenter-la.com/

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 06/29/2020

## Daily Note / Billing Sheet

- Educational Needs
- Low Back Pain
- LE weakness
- Antalgic gait
- Lumbar ROM limitations
- Poor Posture
- FOTO scoer of 51

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP. |
2: (2 Weeks) | Pt to report 4/10 low back pain at worst. |
3: (2 Weeks) | Pt to exhibit normal, pain free gait for all distances. |

**Long Term Goals:**
1: (4 Weeks) | Pt to report minimal to nil low back pain with all functional activities and ADLs. |
2: (4 Weeks) | Pt to exhibit at least 4+/5 LE strength with no fatiguing weakness. |
3: (4 Weeks) | Pt to exhibit functional lumbar ROM with no pain at end ranges. |
4: (4 Weeks) | Pt to exhibit normal standing posture and be able to wash dishes or do housework with no pain. |
5: (4 Weeks) | Pt to score at least 75 on FOTO. |

**Plan**
**Instructions:** Progressing Patient Next Visit

Ryan Ocker, PT
License #09965
*E lectronically S igned b y R yan O ck er, PT on June 30, 2020 at 9:11 am*