Daigle Himel Daigle PT - BG
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (98 5)223-4760
Fax: (98 5)223-4759
http://www.ptcenter-la.com/

# Physical Therapy Initial Examination

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Referring Physician(s):** McCarthy, K evin MD

**Date of Initial Examination:** 06/29/2020
**Injury/Onset/Change of Status Date:** 06/30/2019 Insidious
**Diagnosis:** ICD10: Z 47.8 9: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.8 1: Muscle weakness (generaliz ed)

**Surgery:** (Date/Type) 02/19/2020 TLIF L3-5
**Visit No.:** 1
**Treatment Diagnosis:** ICD10: Z 47.8 9: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.8 1: Muscle weakness (generaliz ed)

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt underwent TLIF of L3-5 in February 2020. Pt reported having pain down R LE prior to surgery which subsided until ~2 months ago when it began to occur again. Pt reports numbness/tingling down medial R LE and R low back pain. Pt reports most pain with prolonged standing and relief with sitting and lying down on side.
**Primary Concern/Chief Complaint:** R side low back pain with numbness/tingling down R LE.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
- **Self Care:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**

**Current Functional Limitations:**
- **Self Care:** Sleep: Disturbed Sleep
- **Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing, Standing
- **Mobility: Walking & Moving Around:** IADLs: Food Preparation, Housekeeping

**Pain Location:** Low Back Pain
- **Pain Scale: Worst:** 7 **Best:** 3 **Current:** 6
- **Pain Description:** Constant
- **Pain Follow-up Plan:** Pt to report minimal to nil low back pain with all functional activities and ADLs.

**Aggravating Factors:** Standing
**Previous History of Similar Symptoms:**
**Previous Episodes of Same Complaints:** 1-5
- **Year of First Episode:** 2018

**Home Health Care:** No
**Medical History:** High Blood Pressure
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see edocs)
**Patient Goals:** Pt reports she would like to be able to do normal housework and stand without pain.

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | Pt entered clinic with forward leaning posture. |
| **Post Operative/Wound Healing** | Incision Sites:Clean and healing well |

### Outcome Measurement Tools

**General Function**

| | |
|---|---|
| FOTO Patient Inquiry | 51 |

### Observation

EXHIBIT
2, part 4

Daigle Himel Daigle PT - BG
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (98 5)223-4760
Fax: (98 5)223-4759
http://www.ptcenter-la.com/

# Physical Therapy Initial Examination

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 06/29/2020

**Standing Posture** Forward Head, Rounded Shoulders

**Gait** Antalgic

**Movement Loss Lumbar**

| | |
|---|---|
| Flexion | Minor |
| Extension | Major |

## Range of Motion

**Lumbar AROM**

| | |
|---|---|
| Forward Bending | 50% |
| Backward Bending | 20% |
| Right Side Bending | 30% |
| Left Side Bending | 50% |
| Lumbar AROM Comments | Pt reports most pain with lumbar extension and R side bending. |

## Strength

**Gross Muscle Tests Lower**

**Hip**

| | Right | Left |
|---|---|---|
| Hip Flexion | 4/5 | Not Tested |
| Hip Abduction | 5/5 | Not Tested |
| Hip Adduction | 5/5 | Not Tested |

**Knee**

| | Right | Left |
|---|---|---|
| Knee Flexion | 4/5 | Not Tested |
| Knee Extension | 5/5 | Not Tested |

**Ankle**

| | Right | Left |
|---|---|---|
| Ankle Dorsiflexion | 4/5 | Not Tested |
| Ankle Plantarflexion | 5/5 | Not Tested |

## Neuro-Vascular

**Myotomes Lower**

| | Right | Left |
|---|---|---|
| L1, 2 Iliopsoas | Good | Normal |
| L3 Quadriceps | Normal | Normal |
| L4 Anterior Tibialis | Normal | Normal |
| L5 EHL | Fair | Normal |
| S1 Gastroc | Fair | Normal |
| S2 Hamstrings | Normal | Normal |

**Dermatomes Lower**

| | Right | Left |
|---|---|---|
| L1, 2 Mid Anterior Thigh | Normal | Normal |
| L3 Distal Inner Thigh | Normal | Normal |
| L4 Anterior Tibialis | Normal | Normal |
| L5 EHL | Normal | Normal |

**Daigle Himel Daigle PT - BG**
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (98 5)223-4760
Fax: (98 5)223-4759
http://www.ptcenter-la.com/

**Physical Therapy Initial Examination**

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 06/29/2020

| | | |
|---|---|---|
| S1 Lateral Foot | Normal | Normal |
| S2 Mid Gastoc/Hamstring | Normal | Normal |

Seated Dural Stretch comments: Increased leg symptoms with DF but and relief with PF. No increase in symptoms with cervical flexion.

**Special Tests**

**Sacral Passive Mobility** Normal mobility with no pain.

**Comments** Pt had positive lumbar torsion test bilaterally L5-S1.

**Palpation**

**Comments** Pt reported TTP of lumbar paraspinals.

**Assessment**

**Assessment/Diagnosis:** Pt is a 52 y/o female presenting to the clinic s/p TLIF of L3-5 on 2/19/2020. Pt had relief of low back pain and symptoms down R leg until ~2 months ago when she began to have low back pain and R LE pain as well. Back pain and symptoms down R LE are worst with standing for long periods and when pt is cooking or washing dishes. Pt is most comfortable when sitting or lying down on side in lumbar flexion. Pt did have increased leg symptoms with SLR with increased pain with DF but no increase with cervical flexion. Pt had normal sensation. Pt did have increased pain with lumbar extension and R side bending but no increase in R LE symptoms. Pt also had positive torsion test on R side at L5-S1. Pt is exhibiting signs/symptoms of possible stenosis on R side at level L5-S1. Pt is appropriate for and would benefit from PT treatment in order to address problems listed above and to return pt to a normal functional level.

**Patient Education:** HEP, Postural Awareness

**Patient Demonstrates Compliance with Prescribed HEP**

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Educational Needs
- Low Back Pain
- LE weakness
- Antalgic gait
- Lumbar ROM limitations
- Poor Posture
- FOTO scoer of 51

**Short Term Goals:**

1: (1 Week) | Pt to be I with HEP.
2: (2 Weeks) | Pt to report 4/10 low back pain at worst.
3: (2 Weeks) | Pt to exhibit normal, pain free gait for all distances.

**Long Term Goals:**

1: (4 Weeks) | Pt to report minimal to nil low back pain with all functional activities and ADLs.
2: (4 Weeks) | Pt to exhibit at least 4+/5 LE strength with no fatiguing weakness.
3: (4 Weeks) | Pt to exhibit functional lumbar ROM with no pain at end ranges.
4: (4 Weeks) | Pt to exhibit normal standing posture and be able to wash dishes or do housework with no pain.
5: (4 Weeks) | Pt to score at least 75 on FOTO.

**Plan**

**Frequency:** 2-3 times a week
**Duration:** 4 weeks

**Daigle Himel Daigle PT - BG**
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (98 5)223-4760
Fax: (98 5)223-4759
http://www.ptcenter-la.com/

# Physical Therapy Initial Examination

**Patient Name:** Lundbera. Teresa
**Date of Birth:**
**Document Date:** 06/29/2020

**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Dry Needling/Intramuscular Manual Therapy, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (High Volt, Interferential), Cryotherapy (Ice Pack), Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)223-4760.

PT, DPT

Ryan Ocker, PT
License #09965
*Electronically Signed by Ryan Ocker, PT on June 30, 2020 at 9:11 am*

Please sign and return: Fax#: (985)223-4759

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__________

Physician Signature________________
K. McCarthy, MD
Date:________ Time:________

# Daigle Himel Daigle Physical Therapy and Hand Center

## Communication Sheet

Date: 6.12.20

Patient: Teresa Lundberg SSN: DOB:

Home #: Cell #: Other #:

Insurance: Enstar Member ID: Group:

Insured: DOB: Ins Phone #:

Secondary: Member ID: Group:

Other: Contact:

Phone #: Fax #:

Claim #: HN00769994 Address:

Ref. Physician: McCarthy Diagnosis: PO Lower Back DOS - 2.19.20

Cause of Injury: General Work Injury Auto Accident School Injury

Precert: Ded: OPP: Copay: Visit Limit: 12 visits

Amt Met: OPP Met:

Are you currently receiving Home Health? No Yes If yes, what is expected discharge date?

Have you received Physical or Occupational Therapy in the last 12 months? Yes No

If yes, with which clinic: Dates of treatment?

Notes:

LM to schedule 6.12.20

LM 6.22.20

Scheduled c̄ Ryan 6.29.20 @ 9:00am

Request Corresponden 85 223 4759 Daigle Himel Daigle 001/032

Daigle Himel Daigle
PHYSICAL THERAPY & HAND CENTER
Leslie Daigle, PT
Eddie Himel, PT, DSc, OCS, Cert.MDT
John Daigle, PT, OCS, COMT
Tracy Pelder, PT, CMT
Steven Landry, OT, CHT
Joshua Grabert, PT, DPT
Ben Schexnayder, PT, DPT
Sharne Higginbotham, PTA

| Thibodaux | Houma | Houma |
|---|---|---|
| 808 Bayou Lane<br>Thibodaux, Louisiana<br>70301 | 1321 Grand Caillou Road<br>Houma, Louisiana<br>70363 | 125 Bayou Gardens<br>Boulevard<br>Houma, Louisiana<br>70364 |
| Phone: (985) 447-3164<br>Fax: (985) 447-5196 | Phone: (985) 876-1155<br>Fax: (985) 8761179 | Phone: (985) 223-4760<br>Fax: (985) 223-4759 |

# Fax Cover Sheet

Date: 8·6·20 From: Shelly

To: Lincoln (Alter Paul Paulete) Location: *Houma (Bayou Gardens Blvd.)*

Dept: ______

Fax: 213·884·4921

Re: Teresa Lundberg ( )

We are sending a total of ____ pages, including this cover sheet. Please contact us at *(985) 223-4760* in you do not receive the indicated pages.

Comments:
medical records

**CONFIDENTIAL NOTICE:** This fax transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender who is protected by the physician – patient privilege. As the information intended recipient you are hereby notified that any disclosure, copying distributing or taking of any action in reliance on the contents of this information is strictly prohibited. **If you received this fax in error, please notify us at (985) 223-4760.**

Lincoln Financial Group

copyed 8.6.20

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

DAIGLE HIMEL DAIGLE PT
125 Bayou Gardens Blvd
ATTN: MEDICAL RECORDS
Houma, LA 70364

Date: Aug 5, 2020

**Re: Long Term Disability Benefits**
Claim# 6788442 10248812
Claimant: LUNDBERG, TERESA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: DAI161

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From April 30, 2020 to Present**
**Medical records within the time frame - Seen by: Daigle Himel**
**Daigle Physical Therapy**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested Information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Alter Paul Paulete
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

6788442

RPID: 6788442

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C Lundberg

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Teresa C. Lundberg

Date of Birth: ____________ Claim Number: 9832837 Date: 3-3-20

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

1/22/2020

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 6788442

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | LUNDBERG, TERESA |
| RP ID: | 6788442 |
| Access Code: | DAI161 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 6788442

# Quality Assurance Report

## Request Information

Report Date: August 7, 2020

**RP ID:** 6788442

Patient Name: LUNDBERG, TERESA

Provider Name: DAIGLE HIMEL DAIGLE PT

## Quality Assurance Information

Scope Requested: **From April 30, 2020 to Present**

Special Request:

Medical records within the time frame - Seen by:
Daigle Himel Daigle Physical Therapy

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: GBAND

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

| | |
|---|---|
| Date: July 28, 2020 | |
| To: KEVIN MCCARTHY<br>7301 HENNESSY BLVD<br>STE 200<br>BATON ROUGE LA 70808 | |
| Attn: Medical Records | |
| Fax: (225) 766-1499 | |
| From: John Visaysouk<br>LTD Claims Specialist I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-9124 | |
| Total Pages<br>(Including Cover): 6 | |
| RE:<br><br>Claim #: 9832837<br>Claimant: Teresa Lundberg<br><br>Acadian Ambulance Services,inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Dr. McCarthy doesn't do long term disability, only short-term.

Thanks

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

| | |
|---|---|
| Date: | July 28, 2020 |
| To: | KEVIN MCCARTHY<br>7301 HENNESSY BLVD<br>STE 200<br>BATON ROUGE LA 70808 |
| Attn: | Medical Records |
| Fax: | (225) 766-1499 |
| From: | John Visaysouk<br>LTD Claims Specialist I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-9124 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 9832837<br>Claimant: Teresa Lundberg<br><br>Acadian Ambulance Services,inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

July 28, 2020

Kevin McCarthy
7301 HENNESSY BLVD
STE 200
BATON ROUGE, LA 70808

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837
Claimant: Teresa Lundberg
Claimant D.O.B.:

Dear Kevin McCarthy:

We are the Disability Claim Administrator for your patient, Teresa Lundberg.

To evaluate Ms. Lundberg's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by August 4, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9124 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Lundberg allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Lundberg's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: Restrictions Form
9832837-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.12.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

# Restrictions Form

**Return To:** John Visaysouk

| Teresa Lundberg | | 9832837 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C Lundberg

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Teresa C. Lundberg

Date of Birth: ____________ Claim Number: 9832837 Date: 3-13-20

**A copy of this authorization will be considered as valid as the original.**



PAGE 11/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

July 29, 2020

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On July 28, 2020, we requested medical records from all of your treating providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2020 through present from all of your treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Acadian Ambulance Services,inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by September 10, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by October 10, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 10, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

ReleasePoint

**Medical Record Overview**

**Date:** **July 13, 2020**

**Patient Name:** LUNDBERG, TERESA

**Records From:** BONE & JOINT CLINIC OF BATON ROUGE
PO BOX 98035
BATON ROUGE, LA 70808
(225) 766-0050

**Request Scope:** From April 1, 2020 to Present

**Chart Range:** 06/02/2020 - 06/30/2020

**RP ID:** 6682937

**Client ID:** 10248812

**Source:** LIBMTW

**Req By:** M Aguirre
09-LF0211

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 2 2020 | Jun 2 2020 | 2 | 2 |
| Labs/Diagnostics | Jun 2 2020 | Jun 2 2020 | 1 | 4 |
| Operative Reports | Jun 30 2020 | Jun 30 2020 | 2 | 5 |
| Request Correspondence | | | 3 | 7 |
| | | **Total Page Count:** | 8 | |

**Notes From QC:**

REQUESTED ITEMS NOT RECEIVED, We only received medical records within scope. Please request for the completed form seen by the requested physician/facility in S/A, thanks

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: June 2, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient presents to clinic today for two month follow-up s/p a L3-S1 open TLIF on 2-19-20. Her symptoms are unchanged. No recent accident or injury. She complains of low back pain, right leg pain, burning pain down the leg to the big toe with numbness in a L4 distribution. No left leg symptoms. Symptoms have persisted and are unchanged since last office visit. She also has right leg spasms. She takes Norco every 4 hours as well as Zanaflex and Lyrica. No other issues or complaints at this time.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar spine: Gross examination shows the patient to be free of deformity or swelling. There is no obvious list. There is no significant tenderness to palpation. Motion is good with respect to flexion and extension. There is no pain on either maneuver. Strength in both lower extremities with respect to iliopsoas, hamstring, quadriceps, tibialis anterior, external hallucis longus, and gastrocsoleus shows 4-4+/5 right tibialis anterior, extensor hallucis longus, gastrocsoleus, and peroneal; otherwise, 5/5 bilaterally. Hypersensitive to touch in the L4-S1 distribution to the right. Deep tendon reflexes at both patella and Achilles are 2+ and equivocal bilaterally. Straight leg raises in the seated position is positive to the right, negative to the left. The left only causes increased low back pain. There is no significant muscular atrophy. The patient ambulates with an antalgic gait. Dorsalis pedis pulses are 1+ and equivocal bilaterally. There is no clonus present.
**RADIOGRAPHS**: Three view lumbar spine AP, lateral and spot show evidence of a L3-S1 TLIF. L3-4 and L4-5 interbody cage with increased bone growth. No acute findings. All hardware is in good position. No acute abnormalities seen in comparison to previous postoperative x-rays.
**IMPRESSION**: (1) S/p L3-S1 open TLIF on 2-19-20.
(2) Postoperative low back pain with right lumbar radiculopathy.
**RECOMMENDATIONS/PLAN**: (1) Refilled Norco per Dr. McCarthy today in clinic on 6-2-20 and a post dated script for 6-15-20. Post dated script was given secondary to the COVID pandemic to decrease transportation. She was also given refills of Zanaflex and Lyrica today in clinic per Dr. McCarthy as well.
(2) We will submit to workman's comp for right L4 and L5 epidural steroid injection. This will be the first in a series. The risks, benefits, and potential complications associated with ESI's were discussed in detail. These include but are not limited to bleeding, infection, injury to nerves or spinal cord, leakage of spinal fluid, symptoms getting worse, symptoms staying the same. The patient voiced understanding of all of this and has elected to proceed with the injection. She will return to clinic two weeks after the epidural steroid injection or in four to six weeks.
(3) If no better after the epidural steroid injection, the patient would be a candidate for updated MRI scan of the lumbar spine with and without contrast.
(4) We will also submit for physical therapy postop TLIF for low back core strengthening, improved mobility, and lower extremity strengthening.
(5) We will keep the patient out of work until next office visit.
(6) PMP was checked 6-2-20 and was appropriate at that time. The patient was prescribed one or more narcotic medication(s) today. Counseling was provided regarding the potential risks and side effects of this class of medication. This includes the most common side effects (including but not limited to nausea, dizziness, confusion, over sedation, and constipation), addictive potential and tolerance development, risk in pregnancy, withdrawal potential, and the risk for overdose and death. MMI status unknown. Work status unchanged.

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070
Date of Birth:

Date:06/02/2020
Location: Baton Rouge Office

Patrick Ar... PA-C

Physician Assistant Signature: Patrick Arcement, PA-C

I was personally involved in this patient's care on this visit. I reviewed the patient's history and radiographs, performed a clinical physical examination and agree with the above diagnosis and treatment plan per the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 6-22-20
*3435070*

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa Date of Birth:

Medical Record Number: 3435070 Sex: F

**Bone & Joint Clinic X-Ray Report**

**Date of Service: 06/02/2020**

**Study:** Lumbar spine

**Interpretation:**

Three view lumbar spine AP, lateral and spot show evidence of a L3-S1 TLIF. L3-4 and L4-5 interbody cage with increased bone growth. No acute findings. All hardware is in good position. No acute abnormalities seen in comparison to previous postoperative x-rays.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 6-22-20

ORTHOPEDIC SURGERY CENTER, LLC
7301 HENNESSY BLVD., STE. 100
BATON ROUGE, LA 70808

## OPERATIVE REPORT

| | |
|---|---|
| **NAME OF PATIENT:** | TERESA C. LUNDBERG |
| **DATE OF BIRTH:** | |
| **ACCOUNT NUMBER:** | 151308 |
| **DATE OF SURGERY:** | 6/30/2020 |
| **PREOPERATIVE DIAGNOSIS:** | Lumbar radiculopathy |
| **POSTOPERATIVE DIAGNOSIS:** | Lumbar radiculopathy |
| **PROCEDURE:** | Right sided L4, L5 transforaminal fluoroscopically guided epidural steroid injections |
| **SURGEON:** | Kevin P. McCarthy, MD |
| **ANESTHESIA:** | Monitored anesthesia care |

**HISTORY OF PRESENT ILLNESS:** The patient is a 52-year-old female who presents with back and lower extremity pain. Treatment options were discussed in detail including epidural steroid injections. Risks, indications, and potential complications were discussed in detail. The patient appeared to understand and wished to proceed with these injections. Consent was reviewed in full detail, signed, and placed on the chart.

**DESCRIPTION OF PROCEDURE:** The patient was taken to the operating room and placed prone on the operating room table. Monitored anesthesia care was administered without difficulty. The patient was monitored throughout the procedure. The lumbosacral region was prepped and draped in a standard sterile fashion. Fluoroscopic imaging was used to localize the foramina of the L4 and L5 levels on the right. Local anesthetic was administered to the skin. Two 22-gauge spinal needles were then guided fluoroscopically into the foramina of the L4 and L5 levels on the right. The position of the tip of the needle was confirmed in AP and lateral planes and found to be adequate. Aspiration confirmed no return of blood or CSF. Injection was then performed which included a mixture of steroid and local anesthetic.

Injection was then performed which included a mixture of steroid and local anesthetic. The needles were then removed. The back was cleansed. Band-Aids were placed where appropriate.

**ORTHOPEDIC SURGERY CENTER**
**Baton Rouge, LA**

**OPERATIVE REPORT**

TERESA C. LUNDBERG
Page 2

The patient was awakened from anesthesia and taken to the recovery room without difficulty or complication.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_06302020_KMcCarthy*

*dd: 6/30/2020*
*dt: 7/1/2020*

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

BONE & JOINT CLINIC OF BATON ROUGE
PO BOX 98035
7301 HENNESEY BLVD STE 200
BATON ROUGE, LA 70808

Jul 10, 2020
**Re: Long Term Disability Benefits**
Claim# 6682937 10248812
Claimant: LUNDBERG. TERESA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com 3436070
Access Key: BBJCO3

RECEIVED
JUL 10 2020
BY: ______

Dear ALLISON X O.

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 1, 2020 to Present**
Please provide all medical records for the timeframe and have
AP: Dr. McCarthy complete the attached Restrictions form - Seen
By: BONE & JOINT CLINIC OF BATON ROUGE

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rona Sibal

Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

6682937

RPID: 6682937

Request Corresponden

From WFI Incorporated 1.626.628.9628 Fri Jul 10 16:47:49 2020 MDT (FAX) Page 3 of 3 P.002/008

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C. Lundberg

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Teresa C. Lundberg

Date of Birth: ______ Claim Number: 9832837 Date: 3-13-20

**A copy of this authorization will be considered as valid as the original.**



PAGE 11/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

RPID: 6682937

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 6682937

# Quality Assurance Report

## Request Information

Report Date: July 13, 2020

**RP ID:** 6682937

Patient Name: LUNDBERG, TERESA

Provider Name: BONE & JOINT CLINIC OF BATON ROUGE

## Quality Assurance Information

Scope Requested: **From April 1, 2020 to Present**

Special Request:

Please provide all medical records for the timeframe
and have AP: Dr. McCarthy complete the attached
Restrictions form - Seen By: BONE & JOINT CLINIC OF
BATON ROUGE

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

REQUESTED ITEMS NOT RECEIVED, We only received medical
records within scope. Please request for the
completed form seen by the requested
physician/facility in S/A, thanks

Chart Reviewed By: AATIE

# Billing Statement:

ReleasePoint

**Invoice Date: 05/05/2020** **Invoice #: 711890-2091**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Apr 1 2020 and Apr 30 2020**

**LIBMTS** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6287758<br>9832837 | LUNDBERG, TERESA<br>FAMILY DOCTOR CLINIC | Complete | 03/26/20<br>J Visaysouk | $ 8.00 | $ 42.00 | $ 0.00 | $ 0.00<br>16 | **$ 50.00** |
| 6287757<br>9832837 | LUNDBERG, TERESA<br>BONE & JOINT CLINIC OF BATON RO... | Complete | 04/15/20<br>J Visaysouk | $ 8.00 | $ 24.00 | $ 0.00 | $ 0.00<br>24 | **$ 32.00** |
| 6287756<br>9832837 | LUNDBERG, TERESA<br>SPINE HOSPITAL | Complete | 03/25/20<br>J Visaysouk | $ 8.00 | $ 103.00 | $ 0.00 | $ 0.00<br>378 | **$ 111.00** |

**ReleasePoint**

**Total Amount Due: $ 193.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

April 29, 2020

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 28, 2020.

**Resending first copy was sent back.**

If you have any questions regarding this correspondence, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: 9832837-APPROVE-INITIAL-03.18.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

March 19, 2020

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> ***"Disability"*** *or* ***"Disabled",*** *with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
> ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is January 8, 2020 and your benefits begin on April 7, 2020. Benefit payment will be sent under separate cover.

The Policy provides benefits at 66.67% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by May 1, 2020.

__ Direct Deposit Application
__ Advantages of Social Security Disability Benefits Form
X Survivor / Estate Information Form
__ W-4S 2019
__ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your

claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: Direct Deposit Application
Advantages of Social Security Disability Benefits Form
Survivor / Estate Information Form
W-4S 2019

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______

**YOUR ACCOUNT NUMBER:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

**YOUR SPOUSE:** **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:______________________________________**

**EMPLOYEE'S SIGNATURE:______________________________________**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

## Request for Federal Income Tax Withholding From Sick Pay

▶ Give this form to the third-party payer of your sick pay.
▶ Go to *www.irs.gov/FormW4S* for the latest information.

OMB No. 1545-0074

**2019**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . $

Employee's signature ▶ Date ▶

Separate here and give the top part of this form to the payer. Keep the lower part for your records.

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2019 . . . . . . . . . . . . . | 1 | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| **4** | Tax. Figure your tax on line 3 by using the **2019** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2018 Form 1040 instructions . . . . . . . . | 4 | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | 5 | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2019 or paid or to be paid with 2019 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | 10 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2019, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $24,400* |
| Head of household | $18,350* |
| Single or Married filing separately | $12,200* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See Pub. 505, Worksheet 2-4.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2019 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2019 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 510,300 | **46,628.50 + 35%** | **204,100** |
| 510,300 | and greater | **153,798.50 + 37%** | **510,300** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,850 | **$0 + 10%** | **$0** |
| 13,850 | 52,850 | **1,385 + 12%** | **13,850** |
| 52,850 | 84,200 | **6,065 + 22%** | **52,850** |
| 84,200 | 160,700 | **12,962 + 24%** | **84,200** |
| 160,700 | 204,100 | **31,322 + 32%** | **160,700** |
| 204,100 | 510,300 | **45,210 + 35%** | **204,100** |
| 510,300 | and greater | **152,320 + 37%** | **510,300** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,400 | **$0 + 10%** | **$0** |
| 19,400 | 78,950 | **1,940 + 12%** | **19,400** |
| 78,950 | 168,400 | **9,086 + 22%** | **78,950** |
| 168,400 | 321,450 | **28,765 + 24%** | **168,400** |
| 321,450 | 408,200 | **65,497 + 32%** | **321,450** |
| 408,200 | 612,350 | **93,257 + 35%** | **408,200** |
| 612,350 | and greater | **164,709.50 + 37%** | **612,350** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 306,175 | **46,628.50 + 35%** | **204,100** |
| 306,175 | and greater | **82,354.75 + 37%** | **306,175** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: ________

**CHECK ONE:** ☐ New ☐ Change
**YOUR TELEPHONE NUMBER:** ( ) ________
**ADDRESS:** ________ **CITY:** ________ **STATE:** ____ **ZIP:** ________

00003882 LFPW0UD1 00013415

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston , to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ Checking ☐ Savings **BANK NAME:** ________

**9 DIGIT ABA ROUTING NUMBER:** ________ **BANK ADDRESS:** ________

**YOUR ACCOUNT NUMBER:** ________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**BANK PHONE:** ( ) ________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ________ Date: ________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

00003882 LFPWOUD1 00013413

March 19, 2020

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is January 8, 2020 and your benefits begin on April 7, 2020. Benefit payment will be sent under separate cover.

The Policy provides benefits at 66.67% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by May 1, 2020.

- __ Direct Deposit Application
- __ Advantages of Social Security Disability Benefits Form
- X Survivor / Estate Information Form
- __ W-4S 2019
- __ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your

claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

00003362 LFPW0UD1 00013414

Attachments: Direct Deposit Application
Advantages of Social Security Disability Benefits Form
Survivor / Estate Information Form
W-4S 2019