Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

00003882 LFPW0UD1 00013416

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the necessary **voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account ?**
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.



EXHIBIT
2, part 5

00003862 LFPW0UD1 00013417

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.
- **Increased Retirement Benefits**
  - For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be ***substantially higher***.
- **Cost of Living Adjustment (COLA) Raises**
  - SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.
- **Tax Free Income**
  - The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.
- **Medicare Coverage**
  - After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.
  - Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.
  - Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.
- **COBRA Extension**
  - If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.
- **Return To Work Incentives**
  - Social Security will provide you opportunities to Return To Work while still paying you disability benefits.

1

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No 1545-0074

**2019**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . $

Employee's signature ▶ Date ▶

........Separate here and give the top part of this form to the payer. Keep the lower part for your records. ........

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | | |
|---|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2019 . . . . . . . . . . . . . | 1 | | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2019 . . . . . . . . . . . . . . . . . . . . . . . . | 2 | | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | |
| **4** | Tax. Figure your tax on line 3 by using the **2019** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2018 Form 1040 instructions . . . . . . . . | 4 | | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | 5 | | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . | 6 | | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2019 or paid or to be paid with 2019 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . | 7 | | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . | 8 | | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . | 9 | | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | 10 | | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*



00003862 LFPW0UD1 00013419

00003882 LFPW0UD1 00013420 E

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2019, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $24,400* |
| Head of household | $18,350* |
| Single or Married filing separately | $12,200* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents*, later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older and blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older and blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or olderand blind. See Pub. 505, Worksheet 2-4.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2019 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2019 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | $0 + 10% | $0 |
| 9,700 | 39,475 | 970.00 + 12% | 9,700 |
| 39,475 | 84,200 | 4,543.00 + 22% | 39,475 |
| 84,200 | 160,725 | 14,382.50 + 24% | 84,200 |
| 160,725 | 204,100 | 32,748.50 + 32% | 160,725 |
| 204,100 | 510,300 | 46,628.50 + 35% | 204,100 |
| 510,300 | and greater | 153,798.50 + 37% | 510,300 |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,850 | $0 + 10% | $0 |
| 13,850 | 52,850 | 1,385 + 12% | 13,850 |
| 52,850 | 84,200 | 6,065 + 22% | 52,850 |
| 84,200 | 160,700 | 12,962 + 24% | 84,200 |
| 160,700 | 204,100 | 31,322 + 32% | 160,700 |
| 204,100 | 510,300 | 45,210 + 35% | 204,100 |
| 510,300 | and greater | 152,320 + 37% | 510,300 |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,400 | $0 + 10% | $0 |
| 19,400 | 78,950 | 1,940 + 12% | 19,400 |
| 78,950 | 168,400 | 9,086 + 22% | 78,950 |
| 168,400 | 321,450 | 28,765 + 24% | 168,400 |
| 321,450 | 408,200 | 65,497 + 32% | 321,450 |
| 408,200 | 612,350 | 93,257 + 35% | 408,200 |
| 612,350 | and greater | 164,709.50 + 37% | 612,350 |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | $0 + 10% | $0 |
| 9,700 | 39,475 | 970.00 + 12% | 9,700 |
| 39,475 | 84,200 | 4,543.00 + 22% | 39,475 |
| 84,200 | 160,725 | 14,382.50 + 24% | 84,200 |
| 160,725 | 204,100 | 32,748.50 + 32% | 160,725 |
| 204,100 | 306,175 | 46,628.50 + 35% | 204,100 |
| 306,175 | and greater | 82,354.75 + 37% | 306,175 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN:** List ALL children. Use reverse side if necessary.

| | |
|---|---|
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |

00003862 LFPW0UD1 00013418

**GUARDIANSHIP:** For all children under age 18 listed above:

| |
|---|
| Name: |
| Address: |
| |
| |
| Telephone Number: |

**DO YOU HAVE A WILL? YES ___ NO ___** **DO YOU HAVE A TRUST? YES ___ NO ___**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

**DATE:** ____________ **EMPLOYEE'S PRINTED NAME:** ____________________

**EMPLOYEE'S SIGNATURE:** ____________________

Lincoln Financial Group

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7209
LONDON, KY 40742-7209

003862 LFPW0UD1 000000

MS. TERESA LUNDBERG

8 00003862 LFPW0UD1 00013412

NIXIE 788 DE 1318 0004/21/20

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 40742720909 *2155-02284-21-45

**Initial Payment Set up Worksheet**

| | | | |
|---|---|---|---|
| **Claimant's Name** | TERESA LUNDBERG | **DOB** | |
| **Customer** | ACADIAN AMBULANCE SERVICES,INC | | |
| **LTD Claim #** | 9832837 | **Work State:** | LA |
| **Associated Claims** | 9711813 Type STD | Type | |
| **Benefit End date of associated claims** | Denied | | |
| **Contractual EP** | > end of STD or 90 days | | |
| **LTD Benefit begin date** | 4/7/2020 | **DOD** 1/8/2020 | **AGE** 52 |
| **Max Benefit date** | 10/22/2034 | Age 67 | |
| **Does policy include COLA provision** | No | | |
| **Sources used to verify BME amount** | earning statement with PPE 12/27/19 and e-mail in DL - $15.7446 hrly x 80 x 26 /12 = $2729.06 BME. | | |
| **BME amount** | $2,729.06 | **Benefit percentage** | 66.67 |
| | | **Gross modal benefit** | $1,819.46 |
| **Benefit Begin date** | 4/7/2020 | | |
| **Approved thru date** | 4/6/2022 | 24 months own occupation | |

**Offsets entered**

| Type | Amount |
|---|---|
| WCOF 4/7/20 - max | n/a |
| per phone note 1 WC paying medical only - not paying loss wages DCM to obtain WCOF pay hx | |

**Deductions entered**

Effective: ______ Through ______

| Type | Amount | Type | Amount |
|---|---|---|---|
| n/a | | | |

**Tax Withholding** **Federal** ______ **State** ______

**Completed by:** Erika Lincoln **Approved by:** ______

ReleasePoint

**Medical Record Overview**

**Date:** **April 14, 2020**

**Patient Name:** LUNDBERG, TERESA

**Records From:** Dr. Kevin McCarthy

,
(225) 766-0050

**Request Scope:** From January 1, 2020 to Present

**Chart Range:** 01/14/2020 - 03/30/2020

**RP ID:** 6287757

**Client ID:** 9832837

**Source:** LIBMTS

**Req By:** J Visaysouk
09-LF0211

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 15 2020 | Mar 30 2020 | 23 | 2 |
| Operative Reports | Jan 14 2020 | Jan 14 2020 | 1 | 25 |

**Total Page Count:** 24

**Notes From QC:**

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: March 30, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: She returns to clinic today for follow-up s/p L3-S1 open TLIF 2-19-20. The patient reports she is doing better and overall symptoms are improved. She does have low back pain with occasion burning in the right leg but overall better. She reports that the symptom in the leg is better than her preop state and she rates her pain 4/10. She also reports having had a thrush infection. She uses Lyrica, Zanaflex, Norco, and OxyContin 20 mg.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Exam shows the wound is benign with no evidence of dehiscence, erythema, or wound drainage.

**RADIOGRAPHS**: Three view lumbosacral spine AP, lateral and spot show hardware and graft consistent with TLIF at L3-4 and L4-5. There was no interbody spacer placed at L5-S1 secondary to an intraoperative conjoined nerve root that was identified. There are posterior pedicle screws from L3-S1 all of which are in good position.

**IMPRESSION**: (1) S/p posterior lateral fusion L3-S1.
(2) S/p TLIF L3-4 and L4-5 2-19-20.

**RECOMMENDATIONS/PLAN**: She is doing well. Symptoms appear to be getting better. Her wound is benign. She was educated on continuation of postop restriction including no bending, lifting or twisting. She is given the okay to discontinue her brace. She was given a prescription of Norco to use as needed for pain control. We will start to wean the OxyContin. Follow-up in eight weeks.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 4-8-20
*3435070*

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: March 16, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She is s/p TLIF 2-19-20. She was given topical antiinflammatory cream which has helped her leg symptoms. She is not burning. She does have new pain in the left low back. She is here primarily for wound check and suture removal. Her medications include Lyrica, OxyContin, Norco, Flexeril, and Zanaflex.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Lumbar spine: Exam shows 5/5 strength down both legs. Sensation to light touch is intact. The wound is healed. She is having a suture reaction with a bit of erythema over each of the suture sites. There is no erythema or signs of infection at the central incision itself.

**RADIOGRAPHS**: Three view lumbar spine AP, lateral and spot show good position of the hardware without failure or lucency.

**IMPRESSION**: S/p L3-S1 open TLIF.

**RECOMMENDATIONS/PLAN**: (1) The patient's sutures were removed today and a sterile bandage was applied. She will be placed on Bactrim for prophylactic measures due to some of the erythema that was starting from suture reaction.

(2) She was given refills today of OxyContin with Norco for breakthrough pain. She was also given refills of Zanaflex for spasm. She can increase the dose of Lyrica if her leg symptoms worsen. She will return back in two weeks with repeat x-rays and check-up. She has no remaining questions today.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 3-29-20
*3435070*

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE
7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: March 5, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: Ms. Lundberg returns today for routine postoperative check s/p open TLIF L3-S1 on 2-19-20. She reports some burning in the right anterior shin as well as some right anterior thigh pain. She rates her pain 9/10.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

On exam her wound is clean, dry, and intact. There is no evidence of erythema, drainage, or swelling.

**RADIOGRAPHS**: Radiographs taken include AP and lateral of the lumbar spine show good position of the lumbar hardware. There is good lordosis that is present. Interbody spacers are in appropriate position.

**IMPRESSION**: S/p open TLIF 2-19-20 L3-S1.

**RECOMMENDATIONS/PLAN**: We recommend topical compound cream for treatment of symptoms in the shin. This can be applied as directed. In addition, we are going to give her patient a prescription for Lyrica 75 mg t.i.d. PMP was checked today and found to be appropriate from 3-5-20. We are going to plan to remove the sutures on return to clinic. We gave the patient a prescription for OxyContin 20 mg ER 1 tab p.o. b.i.d. #14. We will have the patient return for follow-up in 10 days time.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 4-7-20
*3435070*

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE
7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: February 13, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient returns to clinic today for follow-up. She has a diagnosis of lumbar stenosis with radiculopathy. She continues with back pain that radiates into her right leg. She feels like her foot is getting weaker and gets stuck when she is walking. She is tentatively scheduled for surgery and here to further discuss that recommendation. She denies any new injury or change in her symptoms since last visit.
Vital Signs: Blood pressure 105/22. Respiration 12. Heart rate 79. Height 5 ft. 9 in. Weight 253 lb. Temp 98.2.
**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.
Lumbar spine: Exam shows motor weakness measuring 4/5 quad and hamstring, 4+/5 iliopsoas, 4-/5 tibialis anterior. Remaining muscle groups are all intact at 5/5. Sensation to light touch is intact. Gait is antalgic.
**IMPRESSION**: (1) Lumbar stenosis.
(2) Lumbar radiculopathy.
**RECOMMENDATIONS/PLAN**: After a long discussion, the patient does wish to proceed with the proposed surgery. She will undergo updated x-rays today as she has not had any x-ray imaging since 2008. She will also undergo DEXA scan for postop guidance. All of her preop studies have been reviewed and are found to be appropriate. She is to continue her current medication until surgery. Follow-up will be two weeks postop. She has no remaining questions.

Physician Assistant Signature: Meegan Domangue, PA-C

I have personally reviewed this patient's chart and radiographs. I agree with the diagnosis and prescribed treatment plan as outlined by the above signed mid-level practitioner.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 2-24-20
*3435070*

THE SPINE CENTER at BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

3/10/2020 Transcription Viewer

Patient Name: LUNDBERG, TERESA
Patient Number: M000060887
Admit Date: 02/19/2020
DOB:

Dictating Physician: Kevin McCarthy, M.D.

Date of Service: 02/19/2020

OPERATIVE REPORT

**PREOPERATIVE DIAGNOSES:**
1. Lumbar stenosis.
2. Lumbar radiculopathy.
3. Lumbar spondylosis.
4. Lumbar herniated nucleus pulposus.

**POSTOPERATIVE DIAGNOSES:**
1. Lumbar stenosis.
2. Lumbar radiculopathy.
3. Lumbar spondylosis.
4. Lumbar herniated nucleus pulposus.

**PROCEDURE:**
1. Smith-Petersen osteotomy, L3-L4, L4-L5, and L5-S1.
2. Discectomy with interbody fusion, L3-L4, L4-L5, and L5-S1.
3. Interbody structural cage, L3-L4, L4-L5, and L5-S1.
4. Posterior instrumentation, L3-L4, L4-L5, and L5-S1.
5. Posterior lateral fusion, L3-L4, L4-L5, and L5-S1.
6. Local autograft.
7. Fluoroscopic imaging for placement of above instrumentation.
8. Application of amnion membrane to prevent future adhesions.

**SURGEON:** KEVIN MCCARTHY, M.D.

**ASSISTANT:** Christina Lander, PA-C.

**ANESTHESIA:** General endotracheal.

**HISTORY OF PRESENT ILLNESS:** The patient is a 52-year-old woman who presented with back and lower extremity symptoms. She had had nonoperative treatment without long-term relief. She is interested in operative intervention. Risks, indications, and potential complications from surgery were discussed. The patient appeared to understand and wished to proceed. Consent was reviewed in full detail. It was then signed and placed in the chart.

**PROCEDURE IN DETAIL:** The patient was taken to the Operating Room and underwent general endotracheal anesthesia without difficulty. Evoked potential monitoring leads were placed on the arms and legs. The patient was monitored throughout the procedure. The patient was placed in a prone position on the Wilson frame and Jackson table. Arms were placed at the side on well-padded arm boards less than 90 degrees abducted. The lumbosacral region was prepped and draped in standard sterile fashion. Fluoroscopic

imaging was used to localize the site of the skin incision. This was made in midline at L3 down to S1. Dissection was carried down through the lamina and facet joint. Retractors were then placed. Imaging was used to confirm the level. A Smith-Petersen osteotomy was performed at L3-L4, L4-L5, and L5-S1. The posterior elements were completely removed from lateral facet to mid-line. This allowed completion of the osteotomy for maximal lordosis creation. This is done by undermining and removing the lamina and facet joints using a Woodson elevator as well as a Kerrison punch and rongeur. Residual ligamentum and lamina were undermined with Woodson elevator and removed using a Kerrison punch. Thecal sac and nerve root were easily visualized. These were adequately decompressed by direct visualization as well as palpation using the Woodson elevator. This was performed at L3-L4, L4-L5, and L5-S1. At each of these levels, the thecal sac and nerve root were gently retracted. Annulotomy and discectomy was then performed at each level. End plates were decorticated using a curette as well as spinners. The anterior interspaces were packed with graft using the bone funnel. The PEEK spacers of appropriate size was judged by trials and packed with graft and gently impacted into position. Imaging showed appropriate position of the spacers at each level. Screws were then placed at L3, L4, L5, and S1 on both sides. This was done using standard technique. A small starting hole was created using a drill. Lenke probe was then used to cannulate the pedicle. The pedicle hole was probed using multiprobe and found to be intact with no evidence of breach. Pedicle screws and bone graft were placed into position and tightened down at each level. Imaging showed appropriate position of all screws and hardware. These were tested using EMG monitoring and found to have adequate threshold. Rods were then placed, set screws were placed and tightened down. Set screws were then torqued after compression at each level to maximize the lordosis. Posterior lateral gutter was decorticated using a high-speed bur. It was then packed with local autograft as well as DBM. Amnion was then laid at the thecal sac to prevent future adhesions.

The wound was then closed using standard technique. Dressings were applied. The patient was rolled to the supine position, awakened from anesthesia, extubated, and taken to Recovery without difficulty or complication.

Electronically signed by: Kevin McCarthy, M.D.
Signed: 3/5/2020 5:12:27 AM

Job#: 209663092

Diagnostic Imaging Center of Terrebonne

316 Civic Center
Houma, LA 70360

# Final Report

| | | |
|---|---|---|
| Name: *TERESA LUNDBERG* | ID:20120 | Sex:F |
| Admit: | DoB: | MR#: |
| Discharge: | Order#: | Completed:Jan 14,2020 14:50 |
| Referred by:KEVIN MCCARTHY | Reason:PELVIS | |
| Radiologist:Dr. Ashley Prejean MD. Approved by:Dr. Anne Walker | Report Date:Jan 14,2020 17:20 Approval Date:Jan 15,2020 15:08 | Key Images:0 |

## OBSERVATION

MRI OF THE PELVIS

CLINICAL HISTORY: Pain.

FINDINGS: No suspicious bone marrow signal. No evidence of an occult fracture, joint effusion, or avascular necrosis. Hip, SI joints and pubic symphysis show no significant abnormalities. Somewhat heterogeneous appearance of the uterus with a few punctate foci of increased T2 signal. Multiple nabothian cysts.

## IMPRESSION

IMPRESSION
1. Questionable findings of uterine adenomyosis. If clinically indicated, followup high field strength, small field of view MRI of the uterus would be recommended.
2. Multiple nabothian cysts.
3. Otherwise unremarkable exam.

AP:csb

Need discuss @ f/u
[illegible]

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa Date of Birth:

Medical Record Number: 3435070 Sex: F

**Bone & Joint Clinic X-Ray Report**

**Date of Service: 03/30/2020**

**Study:** Lumbosacral spine

**Interpretation:**

Three view lumbosacral spine AP, lateral and spot show hardware and graft consistent with TLIF at L3-4 and L4-5. There was no interbody spacer placed at L5-S1 secondary to an intraoperative conjoined nerve root that was identified. There are posterior pedicle screws from L3-S1 all of which are in good position.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 4-8-20

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa | Date of Birth:

Medical Record Number: 3435070 | Sex: F

**Bone & Joint Clinic X-Ray Report**

**Date of Service: 03/16/2020**

**Study: Lumbar spine**

**Interpretation:**

Three view lumbar spine AP, lateral and spot show good position of the hardware without failure or lucency.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 3-29-20

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa | Date of Birth:

Medical Record Number: 3435070 | Sex: F

**Bone & Joint Clinic X-Ray Report**

**Date of Service:** 03/05/2020

**Study:** Lumbar spine

**Interpretation:**

Radiographs taken include AP and lateral of the lumbar spine show good position of the lumbar hardware. There is good lordosis that is present. Interbody spacers are in appropriate position.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 4-7-20

# INTRAOPERATIVE NEUROPHYSIOLOGY

Print Time Stamp: 02-20-2020 08:56 AM EST

| | | | |
|---|---|---|---|
| **Surgery Date:** | 02-19-20 | Hospital ID: 345029 | Medical Rec. #: 60887 |
| **Patient:** | Teresa Lundberg | **DOB:** | Age: 52 Sex: Female |
| **Surgeon:** | Kevin McCarthy, M.D. | | |
| **Anesthesiologist:** | Tucker, Pat CRNA | | |
| **IONM Technologist:** | Jon Price, CNIM | | |
| **Location:** | The Spine Hospital of Louisiana at the NeuroMedical Center | | |

Patient Type: Inpatient

Post Baseline 09:45
Final Trace Time: 13:20
Total Professional Time: 03:35
PID: 1503236

**Diagnosis:** lumbar stenosis, lumbar radiculopathy

**Procedure:** TLIF L3 - S1.

## Conditions of the Recording:

Multi-modality intraoperative neurophysiological monitoring was continuously carried out in an effort to safeguard the patient, utilizing the modalities listed below. After the patient was intubated sub dermal needle and stimulating electrodes were placed. Post induction, subdermal needle electrodes were placed in the scalp at Fpz, CPz, CP3, CP4 and Mastoid for SSEP recording. All stimulation electrodes were connected to the stimulation box. All recording electrodes were connected to the pre-amplifier. Impedances were checked and found to be acceptable. Monitoring began and baselines were taken prior to exposure. All studies were performed on the aforementioned patient under real-time physician direct supervision via internet communication allowing continuous or immediate contact between the interpreting physician and surgeon. This was achieved via a high-quality audio-visual connection. Data was available for interpretation at 0945 and the interpreting physician was signed on and remained in communication until closure.

## Description of the Recording:

Bilateral ulnar nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 50% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.Bilateral posterior tibial nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 50% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.

Free running needle EMG responses were recorded from the external anal sphincter throughout the procedure. When SSEP baselines were taken the sEMG channel was quiet and free of artifact. The external anal sphincter EMG channel remained quiet throughout the procedure and during closing. Surgeon was informed and acknowledged.Bilateral free running lower EMG responses were recorded from the muscles listed above throughout the procedure. When SSEP baselines were taken, all sEMG channels were quiet and free of artifact. All sEMG channels remained quiet throughout the procedure and during closing. Surgeon was informed and acknowledged.

Triggered EMG testing was performed by stimulating the pedicle screws to elicit a response from the vastus lateralis, vastus medialis, anterior tibialis, gastrocnemius, and/or abductor hallucis brevis/abductor digiti minimi muscles due to excitation of the corresponding L3, L4, L5, S1 and/or S2 nerve roots. All screw stimulation values were within normal limits, surgeon informed of screw values and acknowledged. Normal stimulation values suggest intact pedicle walls.

Raw and processed EEG waveforms were recorded throughout this procedure to visualize general cerebral activity. Waveforms were symmetric throughout the procedure. No lateralizing events were observed during the case.

Train of Four testing was performed in muscle(s) relevant to the body region that was monitored with EMG recording, to verify the validity of monitoring procedures that are dependent upon adequate neuromuscular transmission, such as EMG and Pedicle screw stimulation. A response of 4/4 muscle twitches was noted for all periods of this procedure.

**Summary:**

Upper and lower extremity SSEP baselines replicated reliably throughout the procedure. EMGs were quiet throughout the case. EEG was unremarkable and symmetrical throughout the procedure. Train of Four results showed 4 out of 4 twitches during critical periods. Any changes that occurred throughout were relayed to the surgeon and acknowledged. The patient moved all four extremities preoperatively. The patient moved all four limbs postoperatively. Technologist informed recovery room staff that no changes were noted during this procedure.

**Impression:**

Uneventful inter-operative procedure.

Richard Boehme, M.D.

NOTE: This report was signed via Electronic Signature by Richard Boehme, M.D. on 02/20/2020 06:57 AM

NATIONAL

Louisiana

PO Box 592442
San Antonio, TX 78259-9998

# Technical Report

Print Time Stamp: 02/19/20 00:52 PM

Hospital ID: 345029
Medical Rec. #: 60887
PID: 1503236

| Patient Information | Date Of Surgery | Hospital | Surgeon | IONM Technologist |
|---|---|---|---|---|
| Teresa Lundberg | 02/19/2020 | The Spine Hospital of Louisiana at the NeuroMedical Center | Kevin McCarthy, M.D. | Jon Price, CNIM<br>Kelsi Monzingo, CNIM |

| Date Of Birth | Age | Sex | Home Phone | Work Phone | Cell |
|---|---|---|---|---|---|
| | 52 | Female | | | |

**Procedure** TLIF L3 - S1.

**Diagnosis:** lumbar stenosis, lumbar radiculopathy

| Reader | Anesthesiologist | IONM System |
|---|---|---|
| Richard Boehme, M.D. | Tucker, Pat CRNA | Monzingo |

**Introduction**

Multi-modality intraoperative neurophysiological monitoring was continuously carried out in an effort to safeguard the patient, utilizing the modalities listed below. After the patient was intubated sub dermal needle and stimulating electrodes were placed. Post induction, subdermal needle electrodes were placed in the scalp at Fpz, CPz, CP3, CP4 and Mastoid for SSEP recording. All stimulation electrodes were connected to the stimulation box. All recording electrodes were connected to the pre-amplifier. Impedances were checked and found to be acceptable. Monitoring began and baselines were taken prior to exposure. All studies were performed on the aforementioned patient under real-time physician direct supervision via internet communication allowing continuous or immediate contact between the interpreting physician and surgeon. This was achieved via a high-quality audio-visual connection. Data was available for interpretation at 0945 and the interpreting physician was signed on and remained in communication until closure.

## Upper SSEP

Stimulation sites:Ulnar Nerve.
Results: Bilateral ulnar nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 50% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.

## Anal Sphincter EMG

Results: Free running needle EMG responses were recorded from the external anal sphincter throughout the procedure. When SSEP baselines were taken the sEMG channel was quiet and free of artifact. The external anal sphincter EMG channel remained quiet throughout the procedure and during closing. Surgeon was informed and acknowledged.

## Lower SSEP

Stimulation sites:Posterior Tibial.
Recording Sites:Popliteal Fossa.
Results: Bilateral posterior tibial nerve SSEPs replicated reliably at baseline. Cortical and sub-cortical waveforms were recorded from the sensory and sub-thalamic generators. There were no significant changes in either the latency (greater than 10% shift) or amplitude (greater than 50% decrease) from baselines throughout the case. Surgeon was informed and acknowledged.

## Lower EMG

Recording Sites:Abductor Hallucis, Gastroc, Tib. Ant., Vast. Medi, Vastus Lateralis.
Results: Bilateral free running lower EMG responses were recorded from the muscles listed above throughout the procedure. When SSEP baselines were taken, all sEMG channels were quiet and free of artifact. All sEMG channels remained quiet throughout the procedure and during closing. Surgeon was informed and acknowledged.

## Triggered EMG

Results: Triggered EMG testing was performed by stimulating the pedicle screws to elicit a responce from the vastus lateralis, vastus medialis, anterior tibialis, gastrocnemius, and/or abductor hallucis brevis/abductor digiti minimi muscles due to excitation of the corresponding L3, L4, L5, S1 and/or S2 nerve roots. All screw stimulation values were within normal limits, surgeon informed of screw values and acknowledged. Normal stimulation values suggest intact pedicle walls.



Confidential and legally privileged for client/partner informational purpose only. Unauthorized use or disclosure is strictly prohibited. If you have found this communication, please notify National Neuromonitoring, LLC at (210) [illegible]

NATIONAL

Louisiana

PO Box 592442
San Antonio, TX, 78259-9996

# Technical Report

Print Time Stamp: 02/19/20 03:58 PM

Hospital ID: 345028
Medical Rec. #: 60687
PID: 1503236

| Stim Location | Stim Site | Left Stim Level | Alert | Right Stim Level | Alert | Results |
|---|---|---|---|---|---|---|
| L3 | Pedicle Screw | 26 | | 20 | | left - left quad : right - right quad |
| L4 | Pedicle Screw | 13 | | 21 | | left - left quad : right - right quad |
| L5 | Pedicle Screw | 18 | | 22 | | left - left quad : right - right ta |
| S1 | Pedicle Screw | 22 | | 20 | | left - left ta : right - right ta |

## EEG

Results: Raw and processed EEG waveforms were recorded throughout this procedure to visualize general cerebral activity. Waveforms were symmetric throughout the procedure. No lateralizing events were observed during the case.

## TO4

Recording Sites:AHB.
Results: Train of Four testing was performed in muscle(s) relevant to the body region that was monitored with EMG recording, to verify the validity of monitoring procedures that are dependent upon adequate neuromuscular transmission, such as EMG and Pedicle screw stimulation. A response of 4/4 muscle twitches was noted for all periods of this procedure.

## Summary

Upper and lower extremity SSEP baselines replicated reliably throughout the procedure. EMGs were quiet throughout the case. EEG was unremarkable and symmetrical throughout the procedure. Train of Four results showed 4 out of 4 twitches during critical periods. Any changes that occurred throughout were relayed to the surgeon and acknowledged. The patient moved all four extremities preoperatively. The patient moved all four limbs postoperatively. Technologist informed recovery room staff that no changes were noted during this procedure.

**Sharps Count:**

**Placed: 29** **Removed: 29** **Initials: jp**

| Supplies Used | Quantity |
|---|---|
| Surface Electrodes (Stickies) | 8 |
| 1.5M Single Subdermal Needle | 7 |
| 2.5M Twisted Pair Needle Electrode | 11 |

NOTE: This report was signed via Electronic Signature by Jon Price, CNIM on 02/19/2020 03:47 PM



Confidential and legally privileged for client/patient informational purposes only. Unauthorized use or disclosure is strictly prohibited. If you have found this communication, please notify National Neuromonitoring, LLC at (210) 298-7169

Jan. 23. 2020 11:03AM No. 8431 P. 4/9

ID: 264509
Lundberg, Teresa

D.O.B.: 52 Years
Female
Meds:
Class:
Dr: Templet
Tech: Marley

01/23/2020 10:32:31

| | |
|---|---|
| Vent. Rate: | 65 bpm |
| RR Interval: | 922 ms |
| PR Interval: | 140 ms |
| QRS Duration: | 94 ms |
| QT Interval: | 414 ms |
| QTc Interval: | 422 ms |
| QT Dispersion: | 84 ms |
| P Axis: | -18 deg |
| QRS Axis: | 3 deg |
| T Axis: | 11 deg |

Sinus rhythm
~~Possible anterior infarct~~ - age undetermined normal
Low QRS voltages in precordial leads

Abnormal ECG

1/23/2020

* Unconfirmed Analysis *

Comment:



ID: 264509
Lundberg, Teresa
D.O.B.: 52 Years
Female
Meds:
Class:
Dr: Templet
Tech: Marley

Comment:

01/23/2020 10:32:52

| | |
|---|---|
| Vent. Rate: | 65 bpm |
| RR Interval: | 922 ms |
| PR Interval: | 148 ms |
| QRS Duration: | 96 ms |
| QT Interval: | 416 ms |
| QTc Interval: | 424 ms |
| QT Dispersion: | 48 ms |
| P Axis: | -1 deg |
| QRS Axis: | 4 deg |
| T Axis: | 13 deg |

Sinus rhythm
Possible anterior infarct - age undetermined
Inferior T wave changes are nonspecific
Low QRS voltages in precordial leads

Abnormal ECG

* Unconfirmed Analysis *




ID 264509
Lundberg, Teresa
01/23/2020 10:33:07
66
II
aVF
V5
25 mm/s
10 mm/mV
HENRY SCHEIN INC
HENRY SCHEIN INC

## LabCorp - Lab - General Lab

**Specimen #:** 023-613-0163-0 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** F **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 00:00 **Date Received:** 01/23/2020 00:00 **Specimen Source:**
**Date Reported:** 01/24/2020 09:09 **Physician:** Templet, J **Information:**

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Comments:** | | | | |
| **PT and PTT** | | | | |
| INR | 0.9 | | 0.8-1.2 | MB |
| Prothrombin Time | 9.8 sec | | 9.1-12.0 sec | MB |
| aPTT | 25 sec | | 24-33 sec | MB |
| **C-Reactive Protein, Quant** | | | | |
| **C-Reactive Protein, Quant** | 11 mg/L | H | 0-10 mg/L | MB |

INR comment:
Reference interval is for non-anticoagulated patients.

Suggested INR therapeutic range for Vitamin K antagonist therapy:
Standard Dose (moderate intensity therapeutic range): 2.0 - 3.0
Higher intensity therapeutic range 2.5 - 3.5

aPTT comment:
This test has not been validated for monitoring unfractionated heparin therapy. aPTT-based therapeutic ranges for unfractionated heparin therapy have not been established. For general guidelines on Heparin monitoring, refer to the LabCorp Directory of Services.

**Lab Name:** LabCorp Birmingham (MB) **Director:** Brian D Ragland
**Address:** 1801 First Avenue South, Birmingham, AL 35233-1935 **Phone #:** 2055813500

[Digital Signature Validated]

**Family Doctor Clinic - Lab - General Lab**

**Specimen #:** 142249 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** Female **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 **Date Received:** 01/23/2020 **Specimen Source:** Whole blood
**Date Reported:** 01/23/2020 **Physician:** Templet, Jenny A **Information:** Schuyler Patient ID: 264509

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **SED RATE** | | | | |
| SED RATE | 1 mm/hr | | 0-30 mm/hr | LAB |

**Lab Name:** FAMILY DOCTOR CLINIC (LAB) **Director:** Dr. Jenny Templet, M.D.
**Address:** 804 SOUTH ACADIA **Phone #:** 985-446-2680
THIBODAUX, LA 70301



[Digital Signature Validated]

**Family Doctor Clinic - Lab - General Lab**

**Specimen #:** 142252 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** Female **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 **Date Received:** 01/23/2020 **Specimen Source:** Serum/Plasma
**Date Reported:** 01/23/2020 **Physician:** Templet, Jenny A **Information:** Schuyler Patient ID: 264509

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **BASIC METABOLIC** | | | | |
| SODIUM | 139 mmol/L | | 136-145 mmol/L | LAB |
| POTASSIUM | 4.8 mmol/L | | 3.5-5.1 mmol/L | LAB |
| CHLORIDE | 100 mmol/L | | 98-107 mmol/L | LAB |
| **GLUCOSE** | **126 mg/dL** | **H** | **74-106 mg/dL** | **LAB** |
| BUN | 23 mg/dL | | 9-31 mg/dL | LAB |
| **CREATININE** | **1.10 mg/dL** | **H** | **0.6-1.0 mg/dL** | **LAB** |
| CALCIUM | 9.6 mg/dL | | 9.2-10.6 mg/dL | LAB |
| **GFR F** For African-American patients, multiply result by 1.21. | **52.1 mL/min** | **L** | **>60 mL/min** | **LAB** |
| GFR M For African-American patients, multiply result by 1.21. | 70.2 mL/min | | >60 mL/min | LAB |
| CO2 | 31.0 mmol/L | | 25.0-36.0 mmol/L | LAB |
| BUN/CREA RATIO | 20.9 Ratio | | 9-28 Ratio | LAB |

**Date of Specimen:** 01/23/2020 **Date Received:** 01/23/2020 **Specimen Source:** Serum/Plasma
**Date Reported:** 01/23/2020 **Physician:** Templet, Jenny A **Information:** Schuyler Patient ID: 264509

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **CBC + AUTO DIFF** | | | | |
| WBC | 7.8 10*3/ul | | 4.5-11.0 10*3/ul | LAB |
| RBC | 4.78 10*6/ul | | 3.86-5.55 10*6/ul | LAB |
| HGB | 14.2 g/dL | | 10.9-16.5 g/dL | LAB |
| HCT | 43.5 % | | 35.0-50.4 % | LAB |
| MCV | 91.0 fL | | 80.0-99.9 fL | LAB |
| MCH | 29.7 pg | | 27.0-31.0 pg | LAB |
| MCHC | 32.6 g/dL | | 32.5-34.9 g/dL | LAB |
| RDW | 13.4 % | | 11.5-14.5 % | LAB |
| **MPV** | **10.6 fL** | **H** | **6.8-10.4 fL** | **LAB** |
| PLATELETS | 286 10*3/ul | | 150-450 10*3/ul | LAB |
| GRANULOCYTES # | 4.9 10*3/ul | | 1.4-7.4 10*3/ul | LAB |
| LYMPHOCYTES # | 2.3 10*3/ul | | 0.9-4.1 10*3/ul | LAB |
| MONOCYTES # | 0.6 10*3/ul | | 0.1-1.1 10*3/ul | LAB |
| LYMPHOCYTES % | 30.00 % | | | LAB |
| GRANULOCYTES % | 62.50 % | | | LAB |
| MONOCYTES % | 7.50 % | | | LAB |
| **URINALYSIS** | | | | |
| COLOR | Yellow | | | LAB |
| CLARITY | Clear | | Clear | LAB |

[Digital Signature Validated]

| | | | | |
|---|---|---|---|---|
| SPECIFIC GRAVITY | >1.030 | | 1.003-1.035 | LAB |
| pH | 5.5 | | 5.0-8.0 | LAB |
| PROTEIN | Negative | | Negative | LAB |
| URINE GLUCOSE | Negative | | Negative | LAB |
| BLOOD | Negative | | Negative | LAB |
| KETONES | Negative | | Negative | LAB |
| BILIRUBIN | Negative | | Negative | LAB |
| URDBILINDGEN | 1.0 | | 0.2-1.0 | LAB |
| NITRITES | Negative | | Negative | LAB |
| LEUKOESTERASE | Negative | | Negative | LAB |
| **EPITHELIAL CELLS** | **1+ /HPF** | **A** | **Negative /HPF** | **LAB** |
| **BACTERIA** | **2+** | **A** | **Negative** | **LAB** |
| URINE WBC | Rare /HPF | | Negative /HPF | LAB |
| URINE RBC | Rare /HPF | | | LAB |
| OTHER | SeeBelow | | | LAB |
| **CALCIUM OXALAT** | **Moderate** | **A** | **None** | **LAB** |
| **MUCUS** | **Slight** | **A** | **None** | **LAB** |
| **ALBUMIN** | | | | |
| ALBUMIN | 4.4 g/dL | | 4.1-5.0 g/dL | LAB |

likely contaminant

**Lab Name:** FAMILY DOCTOR CLINIC (LAB) **Director:** Dr. Jenny Templet, M.D.
**Address:** 804 SOUTH ACADIA **Phone #:** 985-446-2680
THIBODAUX, LA 70301

[Digital Signature Validated]

**LabCorp - Lab - General Lab**

**Specimen #:** 023-613-0113-0 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** F **DOB:**

**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 00:00 **Date Received:** 01/23/2020 00:00 **Specimen Source:**

**Date Reported:** 01/26/2020 16:07 **Physician:** Templet, J **Information:**

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Comments:** | | | | |
| **Urine Culture, Routine** | | | | |
| Urine Culture, Routine | No growth | | | MB |

**Lab Name:** LabCorp Birmingham (MB) **Director:** Brian D Ragland

**Address:** 1801 First Avenue South, Birmingham, AL 35233-1935 **Phone #:** 2055813500

[Digital Signature Validated]

## Thibodaux Regional Medical Center - Lab - General Lab

**Specimen #:** 5704927 **Report Status:** Final Results

**Patient Information:**

**Name:** WC Lundberg, Teresa **PatientID:** 0213354 **Sex:** Female **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 10:55 **Date Received:** 01/23/2020 10:59 **Specimen Source:**
**Date Reported:** 01/23/2020 **Physician:** TEMPLET, JENNY **Information:** M000260736 - MEDMALL

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **MRSA SCREEN** | | | | |
| MRSA SCREEN | NEGATIVE | | NEG | LAB: |

This test was performed using automated real-time polymerase chain reaction (PCR) on the GeneXpert Instrument System. The above test constitutes a screen for colonization with MRSA only and alone is not necessarily indicative of an active infection with this organism. Other than institution of appropriate infection control measures, no treatment is indicated based on the results of this test alone. Correlate results clinically.

**Lab Name:** TRMC PATHOLOGY DEPARTMENT (LAB) **Director:**
**Address:** 602 N Acadia Rd, Thibodaux, LA 70301 **Phone #:**

[Printed from PrimeSuite Document Import]

Diagnostic Imaging Center of Terrebonne
316 Civic Center
Houma, LA 70360

# Final Report

| | | |
|---|---|---|
| Name: *TERESA LUNDBERG* | ID:20120 | Sex:F |
| Admit: | DoB: | MR#: |
| Discharge: | Order#: | Completed:Jan 14,2020 14:50 |
| Referred by:KEVIN MCCARTHY | Reason:PELVIS | |
| Radiologist:Dr. Ashley Prejean MD. Approved by:Dr. Anne Walker | Report Date:Jan 14,2020 17:20 Approval Date:Jan 15,2020 15:08 | Key Images:0 |

## OBSERVATION

MRI OF THE PELVIS

CLINICAL HISTORY: Pain.

FINDINGS: No suspicious bone marrow signal. No evidence of an occult fracture, joint effusion, or avascular necrosis. Hip, SI joints and pubic symphysis show no significant abnormalities. Somewhat heterogeneous appearance of the uterus with a few punctate foci of increased T2 signal. Multiple nabothian cysts.

## IMPRESSION

IMPRESSION

1. Questionable findings of uterine adenomyosis. If clinically indicated, followup high field strength, small field of view MRI of the uterus would be recommended.
2. Multiple nabothian cysts.
3. Otherwise unremarkable exam.

AP:csb

Electronically Signed By:Dr. Anne Walker
Date/Time Signed:Jan 15,2020 15:08

# Quality Assurance Report

## Request Information

Report Date: April 14, 2020

**RP ID:** 6287757

Patient Name: LUNDBERG, TERESA

Provider Name: BONE & JOINT CLINIC OF BATON ROUGE

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:

Please provide all medical records for the timeframe- seen by: Dr. Kevin McCarthy

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**From:**Lincoln, Erika
**Sent:**Mon, 13 Apr 2020 11:47:40 +0000
**To:**Liz Gerald
**Subject:***2nd Request* LTD Salary Verification - Teresa Lundberg - LTD Claim 9832837
**Importance:**High

Good morning,

I am following up as I have not received a response on my below request.

Please contact me with any questions.

Thank you,

Erika

---

**From:** Liz Gerald <liz.gerald@acadian.com>
**Sent:** Thursday, April 2, 2020 12:05 PM
**To:** Lincoln, Erika <Erika.Lincoln@lfg.com>
**Subject:** Re: LTD Salary Verification - Teresa Lundberg - LTD Claim 9832837

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Erika.  Anne LeBlanc is the HR contact for this employee.

Anne - Please assist Erick with her questions.

Thanks,

**Liz Gerald** | Manager, Human Resources
Acadian Companies
2916 N. University, Bldg G | Lafayette, LA | 70507
O: 337.291.3360 | F: 337.291.2260 | C: 337.256.2287
www.Acadian.com

---------- Forwarded message ---------
From: **Lincoln, Erika** <Erika.Lincoln@lfg.com>
Date: Thu, Apr 2, 2020 at 11:00 AM
Subject: LTD Salary Verification - Teresa Lundberg - LTD Claim 9832837
To: liz.gerald@acadian.com <liz.gerald@acadian.com>

Good afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Teresa Lundberg, emp # 013502 and DOB

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 01/08/2020.
- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,



**Erika Lincoln AINS, AIS, ACS, AIM**
Sr Svc Procr, Claims Payment
Claims Support Services

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

888-437-7611 ext. 16487

603-334-3957 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This email and any files transmitted with it may contain information that is PRIVILEGED AND CONFIDENTIAL. It is the property of Acadian Companies and is intended only for the use of the intended recipient. If you have received this email in error, do not disseminate, distribute, forward, print or copy this email or any of its attachments. Immediately destroy/purge the email and all attachments and notify the sender by reply of email. Any misuse/abuse may result in disciplinary action and/or legal liability. Unauthorized interception of this email is a violation of federal law.

**From:** Anne Leblanc
**Cc:** Lincoln, Erika
**Subject:** Re: *2nd Request* LTD Salary Verification - Teresa Lundberg - LTD Claim 9832837
**Date:** Monday, April 13, 2020 1:10:49 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image.png

---

Hi Erika,

Below is a screenshot of Teresa's pay statement outlining her earnings for the pay period prior to her 1/8/2020 disability date. Prior to her disability date, Teresa worked 80 hours on a standard biweekly basis.

**Pay Statement**
**This is a statement of earnings and deductions. This pay statement is non-negotiable.**

Acadian Companies

PO Box 98000
Lafayette, LA 70509-8000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 12/14/2019 |
| Period End Date | 12/27/2019 |
| Pay Date | 01/03/2020 |
| Document | 1697654 |
| Net Pay | $1,078.60 |

**Pay Details**

Teresa Claxton Lundberg
USA

| | |
|---|---|
| Employee Number | 013502 |
| SSN | |
| Job | NREMT - P |
| Pay Rate | $15.7446 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | All Other Employees |
| Location | Louisiana |
| Division | OPSBY - Bayou Region |
| Department | GR12 - Assumption |
| Assignment | 12 - Assumption Medics |
| VP/Region | VPOD09 - Burke, Tim |

| | |
|---|---|
| Federal Income Tax | S 0 |
| LA State Income Tax (Residence) | N 0 |
| LA State Income Tax (Work) | N 0 |

**Earnings**

| Pay Type | Shift | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Overtime Pay | 8 | 40.0000 | $23.62 | $944.68 | $944.68 |
| Regular | 8 | 80.0000 | $15.74 | $1,259.57 | $1,259.57 |
| Total Hours | | 120.0000 | | | |

**Deductions**

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD |
| 401K | Yes | $220.42 | $220.42 |
| 401k Loan | No | $50.00 | $50.00 |
| 401k Loan | No | $136.28 | $136.28 |
| Acadian Total S | No | $4.62 | $4.62 |
| AD&D | No | $0.00 | $0.00 |
| Aflac CI Cancer | Yes | $24.41 | $24.41 |
| Aflac Dis 14d3m | No | $19.87 | $19.87 |
| Aflac Group Acc | Yes | $15.90 | $15.90 |
| Aflac Hospital | Yes | $15.50 | $15.50 |
| Base Health Ins | Yes | $185.00 | $185.00 |
| Basic Life | No | $0.00 | $0.00 |
| Dental Ins | Yes | $41.83 | $41.83 |
| Fed & State PAC | No | $1.00 | $1.00 |
| Legal Shield | No | $13.25 | $13.25 |
| United Way | No | $7.27 | $7.27 |
| Vision Ins | Yes | $8.13 | $8.13 |

**Taxes**

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $27.75 | $27.75 |
| Federal Income Tax | $178.40 | $178.40 |
| LA State Income Tax | $57.38 | $57.38 |
| Social Security Employee Tax | $118.64 | $118.64 |

Please inform of any other questions regarding Teresa's disability date.

Thanks,

**Anne LeBlanc | HR Generalist, Human Resources**
**Acadian Companies**
2916 N. University Ave, Bldg G | Lafayette, LA 70507
O: 337.291.1571 | F: 337.291.4286
www.Acadian.com

On Mon, Apr 13, 2020 at 8:55 AM Liz Gerald <liz.gerald@acadian.com> wrote:

Erika,

This is my error. As you can see, I forgot to copy Anne in my email below.

Anne - Please provide this information to Erika today.

Thanks,

**Liz Gerald** | Manager, Human Resources
Acadian Companies
2916 N. University, Bldg G | Lafayette, LA | 70507
O: 337.291.3360 | F: 337.291.2260 | C: 337.256.2287
www.Acadian.com

---------- Forwarded message ---------
From: **Lincoln, Erika** <Erika.Lincoln@lfg.com>
Date: Mon, Apr 13, 2020 at 6:47 AM
Subject: *2nd Request* LTD Salary Verification - Teresa Lundberg - LTD Claim 9832837
To: Liz Gerald <liz.gerald@acadian.com>

Good morning,

I am following up as I have not received a response on my below request.

Please contact me with any questions.

Thank you,

Erika

From: Liz Gerald <liz.gerald@acadian.com>
Sent: Thursday, April 2, 2020 12:05 PM
To: Lincoln, Erika <Erika.Lincoln@lfg.com>
Subject: Re: LTD Salary Verification - Teresa Lundberg - LTD Claim 9832837

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Erika. Anne LeBlanc is the HR contact for this employee.

Anne - Please assist Erick with her questions.

Thanks,

Liz Gerald | Manager, Human Resources

Acadian Companies
2916 N. University, Bldg G | Lafayette, LA | 70507
O: 337.291.3360 | F: 337.291.2260 | C: 337.256.2287
www.Acadian.com

---------- Forwarded message ---------
From: **Lincoln, Erika** <Erika.Lincoln@lfg.com>
Date: Thu, Apr 2, 2020 at 11:00 AM
Subject: LTD Salary Verification - Teresa Lundberg - LTD Claim 9832837
To: liz.gerald@acadian.com <liz.gerald@acadian.com>

Good afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Teresa Lundberg, emp # 013502 and DOB

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 01/08/2020.
- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

Erika Lincoln AINS, AIS, ACS, AIM
Sr Svc Procr, Claims Payment

Claims Support Services

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820

888-437-7611 ext. 16487

603-334-3957 Fax

LincolnFinancial.com

Follow us on:

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This email and any files transmitted with it may contain information that is PRIVILEGED AND CONFIDENTIAL. It is the property of Acadian Companies and is intended only for the use of the intended recipient. If you have received this email in error, do not disseminate, distribute, forward, print or copy this email or any of its attachments. Immediately destroy/purge the email and all attachments and notify the sender by reply of email. Any misuse/abuse may result in disciplinary action and/or legal liability. Unauthorized interception of this email is a violation of federal law.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to

> which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This email and any files transmitted with it may contain information that is PRIVILEGED AND CONFIDENTIAL. It is the property of Acadian Companies and is intended only for the use of the intended recipient. If you have received this email in error, do not disseminate, distribute, forward, print or copy this email or any of its attachments. Immediately destroy/purge the email and all attachments and notify the sender by reply of email. Any misuse/abuse may result in disciplinary action and/or legal liability. Unauthorized interception of this email is a violation of federal law.

# Office DEPOT OfficeMax

## complimentary fax cover sheet

number of pages including cover sheet: 3

attention to: John Visaysouk date: 4-6-20

company: Lincoln Financial Group from: Teresa Lundberg

phone #: company:

fax #: (603) 334-9124 senders phone #:

comments: Direct Deposit Application

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| local first page | long distance first page | international first page |
| --- | --- | --- |
| $1.89 833071 | $2.49 833081 | $7.99 833191 |
| **local additional page** | **long distance additional page** | **international additional page** |
| $1.69 456687 | $2.19 833091 | $3.99 833201 |

depot|max store####
1234 print lane
angel grove, ca 12345
p: 123.456.7890 f: 123.456.7890
ods####cpc@officedepot.com

Office DEPOT OfficeMax

rev 10/2/15

PAGE 1/3 * RCVD AT 4/13/2020 5:04:58 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/14 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):01-16

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH:

**CHECK ONE:** ☑ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:**
**ADDRESS:** **CITY:** **STATE:** **ZIP:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

**REQUIRED FIELDS ARE BOLDED BELOW**
******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ **Checking** ☐ **Savings** **BANK NAME:** Regions
**9 DIGIT ABA ROUTING NUMBER:** **BANK ADDRESS:** 1830 Martin Luther King Blvd
**YOUR ACCOUNT NUMBER:** **CITY:** Houma **STATE:** LA **ZIP:** 70360
**BANK PHONE:** (800) 734-4667

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☑ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Teresa C Lundberg Date: 3-30-20

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10
PAGE 2/3 * RCVD AT 4/13/2020 5:04:58 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/14 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):01-16

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: Claude Emmett Lundberg | Name: |
| Address: 5219 Elm Grove Rd | Address: |
| Port Allen, LA. 70767 | |
| | |
| Telephone Number: (225) 278-5204 | Telephone Number: |

**CHILDREN:** List ALL children. Use reverse side if necessary.

| | |
|---|---|
| Name: Kassi Lynn Lundberg | Date of Birth: 12-07-91 |
| Address: 5223 Elm Grove Rd | |
| Port Allen, LA. 70767 | |
| | |
| Telephone Number: (225) 610-4877 | |
| Name: Ryan Emmett Lundberg Jr | Date of Birth: 05-10-95 |
| Address: 5219 Elm Grove Rd | |
| Port Allen, LA. 70767 | |
| | |
| Telephone Number: | |
| Name: Thomas Claude Lundberg | Date of Birth: 08-17-97 |
| Address: 5219 Elm Grove Rd | |
| Port Allen, LA. 70767 | |
| | |
| Telephone Number: | |

**GUARDIANSHIP:** For all children under age 18 listed above:

| |
|---|
| Name: |
| Address: |
| |
| |
| Telephone Number: |

**DO YOU HAVE A WILL?** YES ____ NO ✓ **DO YOU HAVE A TRUST?** YES ____ NO ✓

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| |
| |
| Telephone Number: |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:** 3-30-20 **EMPLOYEE'S PRINTED NAME:** Teresa C. Lundberg

**EMPLOYEE'S SIGNATURE:** Teresa C Lundberg

PAGE 3/3 * RCVD AT 4/13/2020 5:04:58 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/14 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):01-16

**From:**Lincoln, Erika
**Sent:**Thu, 2 Apr 2020 16:00:10 +0000
**To:**'liz.gerald@acadian.com'
**Subject:**LTD Salary Verification - Teresa Lundberg - LTD Claim 9832837

Good afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Teresa Lundberg, emp # 013502 and DOB

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 01/08/2020.
- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

**Erika Lincoln AINS, AIS, ACS, AIM**
Sr Svc Procr, Claims Payment
Claims Support Services

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

888-437-7611 ext. 16487

603-334-3957 Fax

LincolnFinancial.com

**Follow us on:**

ReleasePoint

**Medical Record Overview**

**Date:** **March 25, 2020**

**Patient Name:** LUNDBERG, TERESA

**Records From:** Dr. Jenny Templet

,
(985) 446-2680

**Request Scope:** From January 1, 2020 to Present

**Chart Range:** 01/23/2020 - 01/26/2020

**RP ID:** 6287758

**Client ID:** 9832837

**Source:** LIBMTS

**Req By:** J Visaysouk
09-LF0211

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 23 2020 | Jan 23 2020 | 3 | 2 |
| EKG/Cardiology | Jan 23 2020 | Jan 26 2020 | 11 | 5 |
| Labs/Diagnostics | Jan 23 2020 | Jan 23 2020 | 2 | 16 |

**Total Page Count:** 16

**Notes From QC:**

Progress Notes - 01/23/2020

## Summary Report

### ALLERGIES

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| NO KNOWN DRUG ALLERGIES | -- | -- | -- |

**Allergy Shot Record** : none listed

### MEDICATION LIST

| Name | Date Started | Instructions |
|---|---|---|
| carvedilol 25 mg oral tablet | | --- |
| duloxetine 30 mg oral capsule,delayed release (DR/EC) | | --- |
| duloxetine 60 mg oral capsule,delayed release (DR/EC) | | --- |
| lisinopril-hydrochlorothiazide 20-12.5 mg oral tablet | | take 1 tablet by oral route once daily |
| Lyrica 75 mg oral capsule | | --- |
| spironolactone oral | | --- |
| venlafaxine 150 mg oral capsule,extended release 24hr | | --- |

**Family Medical History** : none listed

**Genetic Screening** : none listed

### PAST MEDICAL HISTORY

| Disease Name | Date Onset | Notes |
|---|---|---|
| Depressive Disorder | -- | -- |
| Hypertension | -- | -- |
| Migraine | -- | -- |

**Past Surgical History** : none listed

**Reproductive History** : none listed

**Social History** : none listed

**Problem List** : None Listed

### VITAL SIGNS

| Date | BP | Position | HR | RR | T(°F) | Wt | Ht | O2 | FR | FiO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | 117/73 | Sitting | 70 | | | 264lbs 0oz | 5' 9" | | | |

### ORDERS TRACKING

| Order Date | Order Name | Status | A/N |
|---|---|---|---|
| 01/23/2020 | Albumin (serum) (82040) | Reviewed | Normal |
| 01/23/2020 | BMP. (80048) | Reviewed | Abnormal |

# The Family Doctor Clinic of Thibodaux, AMC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Teresa WC Lundberg | **Visit Date:** | January 23, 2020 |
| **Patient ID:** | 264509 | **Provider:** | Jenny A. Templet, MD |
| **Sex:** | Female | **Location:** | Family Doctor Clinic of Thibodaux |
| **Birthdate:** | | **Location Address:** | 804 South Acadia Road<br>Thibodaux, LA 703014850 |
| | | **Location Phone:** | 985-446-2680 |

## Chief Complaint

- worker's compensation injury evaluation
- Preop physical

## History Of Present Illness

**WORKER'S COMPENSATION PROGRESS NOTE ---- INITIAL EVALUATION**

Date of Injury: 06/05/2011.

**EMPLOYEE'S STATEMENT OF CAUSE OF INJURY:**

Teresa WC Lundberg is a 52 year old Caucasian/White female who presents for pre-operative physical.

Planned surgery: Lumbar Surgery -- FUSION. Surgeon and referring physician: Dr. Kevin McCarthy. Date of surgery: surgery is scheduled for 02/19/2020. Condition for which surgery is scheduled: Workers Comp Injury -- BULGING DISC.

Please refer to past medical, past surgical, allergies, medication list and social history for patient's current information.

## Past Medical History

Depressive Disorder; Hypertension; Migraine

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| carvedilol 25 mg oral tablet | | -- |
| duloxetine 30 mg oral capsule,delayed release (DR/EC) | | -- |
| duloxetine 60 mg oral capsule,delayed release (DR/EC) | | -- |
| lisinopril-hydrochlorothiazide 20-12.5 mg oral tablet | | take 1 tablet by oral route once daily |
| Lyrica 75 mg oral capsule | | -- |
| spironolactone oral | | -- |
| venlafaxine 150 mg oral capsule,extended release 24hr | | -- |

## Allergy List

NO KNOWN DRUG ALLERGIES

[Digital Signature Validated]

## Review of Systems

**Constitutional**
- **Denies :** fever, chills, weight loss, weight gain

**Cardiovascular**
- **Denies :** chest pain

**Respiratory**
- **Denies :** shortness of breath, cough

**Gastrointestinal**
- **Denies :** nausea, vomiting, diarrhea, constipation

**Genitourinary**
- **Denies :** dysuria

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/$m^2$ | BSA $m^2$ | O2 Sat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | 09:06 AM | 117/73 | Sitting | | | | 70 - R | | | 264lbs 0oz | 5' 9" | 38.99 | 2.41 | |

## Physical Examination

**Constitutional**
- **Appearance :** well-nourished, well developed, alert, in no acute distress

**Eyes**
- **Conjunctivae :** conjunctivae normal
- **Sclerae :** sclerae white
- **Corneas :** no lesions present

**Ears, Nose, Mouth and Throat**
- **Ears :**
  - **External Ears :** no auricle lesions present, no auricle tenderness to palpation present, no discharge present, no ear canal erythema, no EAC edema
  - **Otoscopic Examination :** TM normal bilaterally, no fluid present behind TM, TM mobility normal bilaterally, no TM perforations present
- **Nose :**
  - **External Nose :** appearance normal
  - **Intranasal Exam :** mucosa within normal limits, normal turbinates, no congestion
- **Oral Cavity :**
  - **Oral Mucosa :** oral mucosa normal without pallor or cyanosis
- **Throat :**
  - **Oropharynx :** no inflammation or lesions present, tonsils within normal limits

**Neck**
- **Inspection/Palpation :** normal appearance, no masses or tenderness, trachea midline
- **Thyroid :** gland size normal, nontender, no nodules or masses present on palpation

**Respiratory**
- **Respiratory Effort :** breathing unlabored
- **Auscultation of Lungs :** normal breath sounds throughout

**Cardiovascular**
- **Heart :**
  - **Auscultation of Heart :** regular rate, normal rhythm, no murmurs present, normal S1, normal S2
- **Peripheral Vascular System :**
  - **Carotid Arteries :** normal pulses bilaterally, no bruits present
  - **Radial Pulses :** pulses 2+ bilaterally
  - **Extremities :** no cyanosis, clubbing or edema; less than 2 second refill noted

**Gastrointestinal**
- **Abdominal Examination :** abdomen nontender to palpation, normal bowel sounds, no masses present

**Neurologic**
- **Mental Status Examination :**
  - **Orientation :** grossly oriented to person, place and time

**EKG/Cardiology - 01/23/2020**

| | | | |
|---|---|---|---|
| 01/23/2020 | CBC. (85025) | Reviewed | Normal |
| 01/23/2020 | Chest xray - (2 views/PA and lateral) (71046) | Reviewed | Normal |
| 01/23/2020 | CRP. (86140) | Reviewed | Normal |
| 01/23/2020 | Culture (urine). (87086) | Reviewed | Normal |
| 01/23/2020 | EKG. (93000) | Reviewed | Normal |
| 01/23/2020 | ESR. (85651) | Reviewed | Normal |
| 01/23/2020 | MRSA culture. (87081) | Reviewed | |
| 01/23/2020 | PT/INR + PTT (85610, 85730) | Reviewed | Normal |
| 01/23/2020 | Urinalysis. (81001) | Reviewed | Abnormal |
| 01/23/2020 | Venipuncture (36415) | Reviewed | |

**CLINICAL ALERTS**

| Name | Alert Name | Description | Note |
|---|---|---|---|
| No Mammogram in 1 Year | No Mammogram in 1 Year | No Mammogram in 1 Year | |

**Immunizations List** : none listed

**DEMOGRAPHICS:**

| | | | |
|---|---|---|---|
| Name: | Teresa WC Lundberg | Age: | 52 years |
| Patient ID: | 264509 | Address: | |
| DOB: | | | |
| SSN: | | | |
| Gender: | Female | Phone #: | |
| Race: | Caucasian/White | Ethnicity: | Not Hispanic or Latino |
| Primary Care Provider: | | Preferred Care Provider: | Templet, Jenny A. MD |
| Referring Care Provider: | | | |

**Task List** : none listed

**Genetic Scan** : none listed

EKG/Cardiology - 01/23/2020

ID: 264509
Lundberg, Teresa
D.O.B.: 52 Years
Female
Meds:
Class:
Dr: Templet
Tech: Marley

01/23/2020 10:32:52

| | |
|---|---|
| Vent. Rate: | 65 bpm |
| RR Interval: | 922 ms |
| PR Interval: | 148 ms |
| QRS Duration: | 96 ms |
| QT Interval: | 416 ms |
| QTc Interval: | 424 ms |
| QT Dispersion: | 48 ms |
| P Axis: | -1 deg |
| QRS Axis: | 4 deg |
| T Axis: | 13 deg |

Sinus rhythm
Possible anterior infarct - age undetermined
Inferior T wave changes are nonspecific
Low QRS voltages in precordial leads

Abnormal ECG

* Unconfirmed Analysis *

Comment:



EKG/Cardiology - 01/23/2020

ID : 264509
Lundberg, Teresa

01/23/2020 10:33:07

♥ 66



EKG/Cardiology - 01/23/2020

## Family Doctor Clinic - Lab - General Lab

**Specimen #:** 142252 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** Female **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 **Date Received:** 01/23/2020 **Specimen Source:** Serum/Plasma
**Date Reported:** 01/23/2020 **Physician:** Templet, Jenny A **Information:** Schuyler Patient ID: 264509

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **BASIC METABOLIC** | | | | |
| SODIUM | 139 mmol/L | | 136-145 mmol/L | LAB |
| POTASSIUM | 4.8 mmol/L | | 3.5-5.1 mmol/L | LAB |
| CHLORIDE | 100 mmol/L | | 98-107 mmol/L | LAB |
| **GLUCOSE** | **126 mg/dL** | **H** | **74-106 mg/dL** | **LAB** |
| BUN | 23 mg/dL | | 9-31 mg/dL | LAB |
| **CREATININE** | **1.10 mg/dL** | **H** | **0.6-1.0 mg/dL** | **LAB** |
| CALCIUM | 9.6 mg/dL | | 9.2-10.6 mg/dL | LAB |
| **GFR F** | **52.1 mL/min** | **L** | **>60 mL/min** | **LAB** |
| For African-American patients, multiply result by 1.21. | | | | |
| GFR M | 70.2 mL/min | | >60 mL/min | LAB |
| For African-American patients, multiply result by 1.21. | | | | |
| CO2 | 31.0 mmol/L | | 25.0-36.0 mmol/L | LAB |
| BUN/CREA RATIO | 20.9 Ratio | | 9-28 Ratio | LAB |

**Date of Specimen:** 01/23/2020 **Date Received:** 01/23/2020 **Specimen Source:** Serum/Plasma
**Date Reported:** 01/23/2020 **Physician:** Templet, Jenny A **Information:** Schuyler Patient ID: 264509

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **CBC + AUTO DIFF** | | | | |
| WBC | 7.8 10*3/ul | | 4.5-11.0 10*3/ul | LAB |
| RBC | 4.78 10*6/ul | | 3.86-5.55 10*6/ul | LAB |
| HGB | 14.2 g/dL | | 10.9-16.5 g/dL | LAB |
| HCT | 43.5 % | | 35.0-50.4 % | LAB |
| MCV | 91.0 fL | | 80.0-99.9 fL | LAB |
| MCH | 29.7 pg | | 27.0-31.0 pg | LAB |
| MCHC | 32.6 g/dL | | 32.5-34.9 g/dL | LAB |
| RDW | 13.4 % | | 11.5-14.5 % | LAB |
| **MPV** | **10.6 fL** | **H** | **6.8-10.4 fL** | **LAB** |
| PLATELETS | 286 10*3/ul | | 150-450 10*3/ul | LAB |
| GRANULOCYTES # | 4.9 10*3/ul | | 1.4-7.4 10*3/ul | LAB |
| LYMPHOCYTES # | 2.3 10*3/ul | | 0.9-4.1 10*3/ul | LAB |
| MONOCYTES # | 0.6 10*3/ul | | 0.1-1.1 10*3/ul | LAB |
| LYMPHOCYTES % | 30.00 % | | | LAB |
| GRANULOCYTES % | 62.50 % | | | LAB |
| MONOCYTES % | 7.50 % | | | LAB |
| **URINALYSIS** | | | | |
| COLOR | Yellow | | | LAB |
| CLARITY | Clear | | Clear | LAB |
| SPECIFIC GRAVITY | >1.030 | | 1.003-1.035 | LAB |

[Digital Signature Validated]

EKG/Cardiology - 01/23/2020

| | | | | |
|---|---|---|---|---|
| pH | 5.5 | | 5.0-8.0 | LAB |
| PROTEIN | Negative | | Negative | LAB |
| URINE GLUCOSE | Negative | | Negative | LAB |
| BLOOD | Negative | | Negative | LAB |
| KETONES | Negative | | Negative | LAB |
| BILIRUBIN | Negative | | Negative | LAB |
| UROBILINOGEN | 1.0 | | 0.2-1.0 | LAB |
| NITRITES | Negative | | Negative | LAB |
| LEUKOESTERASE | Negative | | Negative | LAB |
| **EPITHELIAL CELLS** | **1+ /HPF** | **A** | **Negative /HPF** | **LAB** |
| **BACTERIA** | **2+** | **A** | **Negative** | **LAB** |
| URINE WBC | Rare /HPF | | Negative /HPF | LAB |
| URINE RBC | Rare /HPF | | | LAB |
| OTHER | SeeBelow | | | LAB |
| **CALCIUM OXALAT** | **Moderate** | **A** | **None** | **LAB** |
| **MUCUS** | **Slight** | **A** | **None** | **LAB** |

**ALBUMIN**

| | | | | |
|---|---|---|---|---|
| ALBUMIN | 4.4 g/dL | | 4.1-5.0 g/dL | LAB |

**Lab Name:** FAMILY DOCTOR CLINIC (LAB) **Director:** Dr. Jenny Templet, M.D.
**Address:** 804 SOUTH ACADIA THIBODAUX, LA 70301 **Phone #:** 985-446-2680

[Digital Signature Validated]

EKG/Cardiology - 01/23/2020

## Family Doctor Clinic - Lab - General Lab

**Specimen #:** 142249 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** Female **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 **Date Received:** 01/23/2020 **Specimen Source:** Whole blood
**Date Reported:** 01/23/2020 **Physician:** Templet, Jenny A **Information:** Schuyler Patient ID: 264509

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **SED RATE** | | | | |
| SED RATE | 1 mm/hr | | 0-30 mm/hr | LAB |

**Lab Name:** FAMILY DOCTOR CLINIC (LAB) **Director:** Dr. Jenny Templet, M.D.
**Address:** 804 SOUTH ACADIA **Phone #:** 985-446-2680
THIBODAUX, LA 70301

[Digital Signature Validated]

EKG/Cardiology - 01/23/2020

## Family Doctor Clinic - Lab - General Lab

**Specimen #:** 142242 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** **Sex:** Female **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 **Date Received:** 01/23/2020 **Specimen Source:** Serum/Plasma
**Date Reported:** 01/23/2020 **Physician:** Templet, Jenny A **Information:** Schuyler Patient ID: 264509

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **BASIC METABOLIC** | | | | |
| SODIUM | 139 mmol/L | | 136-145 mmol/L | LAB |
| POTASSIUM | 4.8 mmol/L | | 3.5-5.1 mmol/L | LAB |
| CHLORIDE | 100 mmol/L | | 98-107 mmol/L | LAB |
| **GLUCOSE** | **126 mg/dL** | **H** | **74-106 mg/dL** | **LAB** |
| BUN | 23 mg/dL | | 9-31 mg/dL | LAB |
| **CREATININE** | **1.10 mg/dL** | **H** | **0.6-1.0 mg/dL** | **LAB** |
| CALCIUM | 9.6 mg/dL | | 9.2-10.6 mg/dL | LAB |
| **GFR F** | **52.1 mL/min** | **L** | **>60 mL/min** | **LAB** |
| For African-American patients, multiply result by 1.21. | | | | |
| GFR M | 70.2 mL/min | | >60 mL/min | LAB |
| For African-American patients, multiply result by 1.21. | | | | |
| CO2 | 31.0 mmol/L | | 25.0-36.0 mmol/L | LAB |
| BUN/CREA RATIO | 20.9 Ratio | | 9-28 Ratio | LAB |

**Date of Specimen:** 01/23/2020 **Date Received:** 01/23/2020 **Specimen Source:** Serum/Plasma
**Date Reported:** 01/23/2020 **Physician:** Templet, Jenny A **Information:** Schuyler Patient ID: 264509

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **URINALYSIS** | | | | |
| COLOR | Yellow | | | LAB |
| CLARITY | Clear | | Clear | LAB |
| SPECIFIC GRAVITY | >1.030 | | 1.003-1.035 | LAB |
| pH | 5.5 | | 5.0-8.0 | LAB |
| PROTEIN | Negative | | Negative | LAB |
| URINE GLUCOSE | Negative | | Negative | LAB |
| BLOOD | Negative | | Negative | LAB |
| KETONES | Negative | | Negative | LAB |
| BILIRUBIN | Negative | | Negative | LAB |
| UROBILINOGEN | 1.0 | | 0.2-1.0 | LAB |
| NITRITES | Negative | | Negative | LAB |
| LEUKOESTERASE | Negative | | Negative | LAB |
| **URINE MICROSCOPY** | | | | |
| EPITHELIAL CELLS | Few /HPF | | Negative /HPF | LAB |
| **BACTERIA** | **2+** | **A** | **Negative** | **LAB** |
| URINE WBC | Rare /HPF | | Negative /HPF | LAB |
| **URINE RBC** | **40-80 /HPF** | **A** | | **LAB** |
| OTHER | SeeBelow | | | LAB |
| **MUCUS** | **Slight** | **A** | **None** | **LAB** |

[Digital Signature Validated]

EKG/Cardiology - 01/23/2020

**ALBUMIN**

| | | | |
|---|---|---|---|
| ALBUMIN | 4.4 g/dL | 4.1-5.0 g/dL | LAB |

| | | | |
|---|---|---|---|
| **Lab Name:** | FAMILY DOCTOR CLINIC (LAB) | **Director:** | Dr. Jenny Templet, M.D. |
| **Address:** | 804 SOUTH ACADIA<br>THIBODAUX, LA 70301 | **Phone #:** | 985-446-2680 |

EKG/Cardiology - 01/24/2020

**LabCorp - Lab - General Lab**

**Specimen #:** 023-613-0163-0 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** F **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 00:00 **Date Received:** 01/23/2020 00:00 **Specimen Source:**
**Date Reported:** 01/24/2020 09:09 **Physician:** Templet, J **Information:**

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Comments:** | | | | |
| **PT and PTT** | | | | |
| INR | 0.9 | | 0.8-1.2 | MB |
| Prothrombin Time | 9.8 sec | | 9.1-12.0 sec | MB |
| aPTT | 25 sec | | 24-33 sec | MB |
| **C-Reactive Protein, Quant** | | | | |
| **C-Reactive Protein, Quant** | **11 mg/L** | **H** | **0-10 mg/L** | **MB** |

INR note:

```
Reference interval is for non-anticoagulated patients.

Suggested INR therapeutic range for Vitamin K
antagonist therapy:
   Standard Dose (moderate intensity
                  therapeutic range):       2.0 - 3.0
   Higher intensity therapeutic range       2.5 - 3.5
```

aPTT note:

This test has not been validated for monitoring unfractionated heparin therapy. aPTT-based therapeutic ranges for unfractionated heparin therapy have not been established. For general guidelines on Heparin monitoring, refer to the LabCorp Directory of Services.

**Lab Name:** LabCorp Birmingham (MB) **Director:** Brian D Ragland
**Address:** 1801 First Avenue South, Birmingham, AL 35233-1935 **Phone #:** 2055813500

[Digital Signature Validated]

EKG/Cardiology - 01/26/2020

## LabCorp - Lab - General Lab

**Specimen #:** 023-613-0113-0 **Report Status:** Final Results

**Patient Information:**

**Name:** Wc Lundberg, Teresa **PatientID:** 264509 **Sex:** F **DOB:**
**Address:** **Phone #:** **SSN:**

-

**Date of Specimen:** 01/23/2020 00:00 **Date Received:** 01/23/2020 00:00 **Specimen Source:**
**Date Reported:** 01/26/2020 16:07 **Physician:** Templet, J **Information:**

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Comments:** | | | | |
| **Urine Culture, Routine** | | | | |
| Urine Culture, Routine | No growth | | | MB |

**Lab Name:** LabCorp Birmingham (MB) **Director:** Brian D Ragland
**Address:** 1801 First Avenue South **Phone #:** 2055813500
Birmingham, AL 35233-1935

[Digital Signature Validated]

**Thibodaux Regional Medical Center - Lab - General Lab**

**Specimen #:** 5704927 **Report Status:** Final Results

**Patient Information:**

**Name:** WC Lundberg, Teresa **PatientID:** 0213354 **Sex:** Female **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 01/23/2020 10:55 **Date Received:** 01/23/2020 10:59 **Specimen Source:**
**Date Reported:** 01/23/2020 **Physician:** TEMPLET, JENNY **Information:** M000260736 - MEDMALL

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **MRSA SCREEN** | | | | |
| MRSA SCREEN | NEGATIVE | | NEG | LAB |

This test was performed using automated real-time polymerase chain reaction (PCR) on the GeneXpert Instrument System. The above test constitutes a screen for colonization with MRSA only and alone is not necessarily indicative of an active infection with this organism. Other than institution of appropriate infection control measures, no treatment is indicated based on the results of this test alone. Correlate results clinically.

**Lab Name:** TRMC PATHOLOGY DEPARTMENT (LAB) **Director:**
**Address:** 602 N Acadia Rd, Thibodaux, LA 70301 **Phone #:**

**Labs/Diagnostics - 01/23/2020**

**Office Tests**

- **CBC** : normal WBC, normal hemoglobin/hematocrit, normal platelets
- **BMP** : normal Na+, normal K+, normal Cl, normal CO2, normal BUN, *MILDLY INCREASED CREATININE*, normal glucose, normal calcium
- **U/A** : negative for WBCs, negative for RBCs, ***2+ BACTERIA*, ***1+ SQUAMOUS EPITHELIALS*
- **EKG** : normal sinus rhythm, normal rate, no ST changes

**Office Xray**

- **CXR** : no infiltrate, no mass, no pulmonary edema, good inspiratory effort

ALBUMIN NORMAL AT 4.4
CREATININE 1.1 (WAS 1.3 IN 9/2019)

## Assessment

- Worker's Compensation Injury V71.3/Z04.2
- Pre-Op Exam V72.83/Z01.818
- Bacteria in Urine 791.9/R82.71
- Lumbar degenerative disc disease 722.52/M51.36

## Plan

**Orders**

- Venipuncture (36415) - V72.83/Z01.818 - 01/23/2020
- BMP. (80048) - V72.83/Z01.818 - 01/23/2020
- CBC. (85025) - V72.83/Z01.818 - 01/23/2020
- CRP. (86140) - V72.83/Z01.818 - 01/23/2020
- Urinalysis. (81001) - V72.83/Z01.818 - 01/23/2020
- PT/INR + PTT (85610, 85730) - V72.83/Z01.818 - 01/23/2020
- Chest xray - (2 views/PA and lateral) (71046) - V72.83/Z01.818 - 01/23/2020
- EKG. (93000) - V72.83/Z01.818 - 01/23/2020
- MRSA culture. (87081) - V72.83/Z01.818 - 01/23/2020
- Culture (urine). (87086) - 791.9/R82.71 - 01/23/2020
- Albumin (serum) (82040) - - 01/23/2020
- ESR. (85651) - - 01/23/2020

**Medications**

- Medications have been Reconciled

**Instructions**

- ---CLEARNANCE---
- Patient is cleared medically for surgery using general anesthesia. Pending lab results will be forwarded to surgeon.
- Patient's medications were reviewed.
- Patient instructed to take only morning blood pressure medications with a sip of water the morning of surgery.
- -----BACTERIA IN URINE-----
- Obtain urine culture.
- Urine culture results will be given to patient and forwarded to surgeon once obtained.
- Electronically Identified Patient Education Materials Provided Electronically

**Electronically Signed by:** Jenny A. Templet, MD -Author on January 23, 2020 10:39:07 AM

[Digital Signature Validated]

Labs/Diagnostics - 01/23/2020

**ID: 264509**
**Lundberg, Teresa**

D.O.B.: 52 Years
Female
Meds:
Class:
Dr: Templet
Tech: Marley

01/23/2020 10:32:31

| | |
|---|---|
| Vent. Rate: | 65 bpm |
| RR Interval: | 922 ms |
| PR Interval: | 140 ms |
| QRS Duration: | 94 ms |
| QT Interval: | 414 ms |
| QTc Interval: | 422 ms |
| QT Dispersion: | 84 ms |
| P Axis: | -18 deg |
| QRS Axis: | 3 deg |
| T Axis: | 11 deg |

Sinus rhythm
~~Possible anterior infarct~~ - age undetermined normal
Low QRS voltages in precordial leads

Abnormal ECG

1/23/2020

* Unconfirmed Analysis *

Comment:



# Quality Assurance Report

## Request Information

Report Date: March 25, 2020

**RP ID:** 6287758

Patient Name: LUNDBERG, TERESA

Provider Name: FAMILY DOCTOR CLINIC

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:
- Seen by: Dr. Jenny Templet

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

ReleasePoint

**Medical Record Overview**

**Date:** **March 25, 2020**

**Patient Name:** LUNDBERG, TERESA

**Records From:** SPINE HOSPITAL
10105 PARK ROWE CIRCLE STE 250
BATON ROUGE, LA 70810
(225) 763-9900

**Request Scope:** From January 1, 2020 to Present

**Chart Range:** 02/18/2020 - 03/23/2020

**RP ID:** 6287756

**Client ID:** 9832837

**Source:** LIBMTS

**Req By:** J Visaysouk
09-LF0211

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 18 2020 | Mar 23 2020 | 204 | 2 |
| EKG/Cardiology | Feb 22 2020 | Feb 22 2020 | 6 | 206 |
| Labs/Diagnostics | Feb 18 2020 | Feb 22 2020 | 160 | 212 |
| Operative Reports | Feb 19 2020 | Feb 19 2020 | 4 | 372 |
| Consultations | Feb 19 2020 | Feb 22 2020 | 3 | 376 |
| Non Medical/Other | | | 1 | 379 |
| | | **Total Page Count:** | 378 | |

**Notes From QC:**

Progress Notes - 03/23/2020

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

CIOX HEALTH

**INVOICE**

**Electronic Delivery Service**

Invoice #: **0301676353**
Date: **03/23/2020**
Customer #: **1387456**

**https://edelivery.cioxhealth.com**

| Ship to: | Bill to: | Records from: |
| --- | --- | --- |
| RONA SIBAL<br>RELEASE POINT<br>PO BOX 1390<br>SAINT PETERS,MO 63376-0121 | RONA SIBAL<br>RELEASE POINT<br>PO BOX 1390<br>SAINT PETERS,MO 63376-0121 | THE SPINE HOSP OF LOUISIANA<br>10105 PARK ROWE CIRCLE<br>SUITE 250<br>BATON ROUGE,LA 70815 |

**Requested By:** RELEASE POINT **CASE NUMBER :** 6287756
**Patient Name:** LUNDBERG TERESA

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 25.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 270 | 0.00 | 0.00 |
| Per Page Copy (Elect) 2 | 100 | 0.50 | 50.00 |
| Per Page Copy (Elect) 3 | 25 | 1.00 | 25.00 |
| Electronic Data Archive Fee | | | 3.00 |
| Subtotal | | | 103.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 103.00 |
| Less Payment | | | -103.00 |
| Balance Due | | | 0.00 |

**Please Note: Your medical record request has been delivered electronically to your Ciox eDelivery account.**

**Terms: Net 30 days**

---

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0301676353**

Check #____________________

Payment Amount $____________________

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

Progress Notes

From WFI Incorporated 1.626.628.9628 Fri Mar 13 08:53:53 2020 MDT Page 2 of 3

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C Lundberg

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Teresa C. Lundberg

Date of Birth: ____________ Claim Number: 9832837 Date: 3-13-20

**A copy of this authorization will be considered as valid as the original.**

Progress Notes - 02/21/2020

THE SPINE HOSPITAL OF LOUISIANA
at The NeuroMedical Center

V00000345029 M000060887
LUNDBERG, TERESA C
DOB: DOS: 02/19/20
Kevin McCarthy, MD

10105 Park Rowe Circle
Baton Rouge, LA 70810
Phone: (225) 763-9900
Fax: 9225) 906-4187
TheNeuroMedicalCenter.com

# PHYSICIAN'S ORDER SHEET

| DATE / TIME | ☐ STAT |
| --- | --- |
| | **Please complete the following** |
| | 1. Diagnosis: |
| | 2. Allergies |
| | 3. Registration Status: |
| 2/19/20 1700 | DC Percocet. Δ to Oxycodone IR 15mg PO Q4HR PRN mod pain VORB C Landry, PA/K McDaniel, RN → Noted: K McDaniel, RN |
| | Electronically Signed by Kevin McCarthy, MD on 03/12/20 at 0956 |
| 2\19\2020 2236 | 24° Chart ✓ day [signature] |
| 2/21/20 | 0157 - 24° Chart ✓ [signature] |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

SINPT 135 Rev 10/2014 S:\Forms\Inpatient\Physicians Order Sheet SINPT135.docx

Progress Notes - 02/19/2020

Patient Name: LUNDBERG, TERESA
Patient Number: M000060887
Admit Date: 02/19/2020
DOB:

Dictating Physician: Kevin McCarthy, M.D.

Date of Service: 02/19/2020

OPERATIVE REPORT

**PREOPERATIVE DIAGNOSES:**
1. Lumbar stenosis.
2. Lumbar radiculopathy.
3. Lumbar spondylosis.
4. Lumbar herniated nucleus pulposus.

**POSTOPERATIVE DIAGNOSES:**
1. Lumbar stenosis.
2. Lumbar radiculopathy.
3. Lumbar spondylosis.
4. Lumbar herniated nucleus pulposus.

**PROCEDURE:**
1. Smith-Petersen osteotomy, L3-L4, L4-L5, and L5-S1.
2. Discectomy with interbody fusion, L3-L4, L4-L5, and L5-S1.
3. Interbody structural cage, L3-L4, L4-L5, and L5-S1.
4. Posterior instrumentation, L3-L4, L4-L5, and L5-S1.
5. Posterior lateral fusion, L3-L4, L4-L5, and L5-S1.
6. Local autograft.
7. Fluoroscopic imaging for placement of above instrumentation.
8. Application of amnion membrane to prevent future adhesions.

**SURGEON:** KEVIN MCCARTHY, M.D.

**ASSISTANT:** Christina Lander, PA-C.

**ANESTHESIA:** General endotracheal.

**HISTORY OF PRESENT ILLNESS:** The patient is a 52-year-old woman who presented with back and lower extremity symptoms. She had had nonoperative treatment without long-term relief. She is interested in operative intervention. Risks, indications, and potential complications from surgery were discussed. The patient appeared to understand and wished to proceed. Consent was reviewed in full detail. It was then signed and placed in the chart.

**PROCEDURE IN DETAIL:** The patient was taken to the Operating Room and underwent general endotracheal anesthesia without difficulty. Evoked potential monitoring leads were placed on the arms and legs. The patient was monitored throughout the procedure. The patient was placed in a prone position on the Wilson frame and Jackson table. Arms were placed at the side on well-padded arm boards less than 90 degrees abducted. The lumbosacral region was prepped and draped in standard sterile fashion. Fluoroscopic

Progress Notes - 02/19/2020

imaging was used to localize the site of the skin incision. This was made in midline at L3 down to S1. Dissection was carried down through the lamina and facet joint. Retractors were then placed. Imaging was used to confirm the level. A Smith-Petersen osteotomy was performed at L3-L4, L4-L5, and L5-S1. The posterior elements were completely removed from lateral facet to mid-line. This allowed completion of the osteotomy for maximal lordosis creation. This is done by undermining and removing the lamina and facet joints using a Woodson elevator as well as a Kerrison punch and rongeur. Residual ligamentum and lamina were undermined with Woodson elevator and removed using a Kerrison punch. Thecal sac and nerve root were easily visualized. These were adequately decompressed by direct visualization as well as palpation using the Woodson elevator. This was performed at L3-L4, L4-L5, and L5-S1. At each of these levels, the thecal sac and nerve root were gently retracted. Annulotomy and discectomy was then performed at each level. End plates were decorticated using a curette as well as spinners. The anterior interspaces were packed with graft using the bone funnel. The PEEK spacers of appropriate size was judged by trials and packed with graft and gently impacted into position. Imaging showed appropriate position of the spacers at each level. Screws were then placed at L3, L4, L5, and S1 on both sides. This was done using standard technique. A small starting hole was created using a drill. Lenke probe was then used to cannulate the pedicle. The pedicle hole was probed using multiprobe and found to be intact with no evidence of breach. Pedicle screws and bone graft were placed into position and tightened down at each level. Imaging showed appropriate position of all screws and hardware. These were tested using EMG monitoring and found to have adequate threshold. Rods were then placed, set screws were placed and tightened down. Set screws were then torqued after compression at each level to maximize the lordosis. Posterior lateral gutter was decorticated using a high-speed bur. It was then packed with local autograft as well as DBM. Amnion was then laid at the thecal sac to prevent future adhesions.

The wound was then closed using standard technique. Dressings were applied. The patient was rolled to the supine position, awakened from anesthesia, extubated, and taken to Recovery without difficulty or complication.

Kevin McCarthy, M.D.

Job#: 209663092

Patient Name: LUNDBERG, TERESA
Patient Number: M000060887
Admit Date: 02/19/2020
DOB:

Dictating Physician: Kevin McCarthy, M.D.

Date of Service: 02/19/2020

OPERATIVE REPORT

**PREOPERATIVE DIAGNOSES**:
1. Lumbar stenosis.
2. Lumbar radiculopathy.
3. Lumbar spondylosis.
4. Lumbar herniated nucleus pulposus.

**POSTOPERATIVE DIAGNOSES**:
1. Lumbar stenosis.
2. Lumbar radiculopathy.
3. Lumbar spondylosis.
4. Lumbar herniated nucleus pulposus.

**PROCEDURE**:
1. Smith-Petersen osteotomy, L3-L4, L4-L5, and L5-S1.
2. Discectomy with interbody fusion, L3-L4, L4-L5, and L5-S1.
3. Interbody structural cage, L3-L4, L4-L5, and L5-S1.
4. Posterior instrumentation, L3-L4, L4-L5, and L5-S1.
5. Posterior lateral fusion, L3-L4, L4-L5, and L5-S1.
6. Local autograft.
7. Fluoroscopic imaging for placement of above instrumentation.
8. Application of amnion membrane to prevent future adhesions.

**SURGEON**: KEVIN MCCARTHY, M.D.

**ASSISTANT**: Christina Lander, PA-C.

**ANESTHESIA**: General endotracheal.

**HISTORY OF PRESENT ILLNESS**: The patient is a 52-year-old woman who presented with back and lower extremity symptoms. She had had nonoperative treatment without long-term relief. She is interested in operative intervention. Risks, indications, and potential complications from surgery were discussed. The patient appeared to understand and wished to proceed. Consent was reviewed in full detail. It was then signed and placed in the chart.

**PROCEDURE IN DETAIL**: The patient was taken to the Operating Room and underwent general endotracheal anesthesia without difficulty. Evoked potential monitoring leads were placed on the arms and legs. The patient was monitored throughout the procedure. The patient was placed in a prone position on the Wilson frame and Jackson table. Arms were placed at the side on well-padded arm boards less than 90

degrees abducted. The lumbosacral region was prepped and draped in standard sterile fashion. Fluoroscopic imaging was used to localize the site of the skin incision. This was made in midline at L3 down to S1. Dissection was carried down through the lamina and facet joint. Retractors were then placed. Imaging was used to confirm the level. A Smith-Petersen osteotomy was performed at L3-L4, L4-L5, and L5-S1. The posterior elements were completely removed from lateral facet to mid-line. This allowed completion of the osteotomy for maximal lordosis creation. This is done by undermining and removing the lamina and facet joints using a Woodson elevator as well as a Kerrison punch and rongeur. Residual ligamentum and lamina were undermined with Woodson elevator and removed using a Kerrison punch. Thecal sac and nerve root were easily visualized. These were adequately decompressed by direct visualization as well as palpation using the Woodson elevator. This was performed at L3-L4, L4-L5, and L5-S1. At each of these levels, the thecal sac and nerve root were gently retracted. Annulotomy and discectomy was then performed at each level. End plates were decorticated using a curette as well as spinners. The anterior interspaces were packed with graft using the bone funnel. The PEEK spacers of appropriate size was judged by trials and packed with graft and gently impacted into position. Imaging showed appropriate position of the spacers at each level. Screws were then placed at L3, L4, L5, and S1 on both sides. This was done using standard technique. A small starting hole was created using a drill. Lenke probe was then used to cannulate the pedicle. The pedicle hole was probed using multiprobe and found to be intact with no evidence of breach. Pedicle screws and bone graft were placed into position and tightened down at each level. Imaging showed appropriate position of all screws and hardware. These were tested using EMG monitoring and found to have adequate threshold. Rods were then placed, set screws were placed and tightened down. Set screws were then torqued after compression at each level to maximize the lordosis. Posterior lateral gutter was decorticated using a high-speed bur. It was then packed with local autograft as well as DBM. Amnion was then laid at the thecal sac to prevent future adhesions.

The wound was then closed using standard technique. Dressings were applied. The patient was rolled to the supine position, awakened from anesthesia, extubated, and taken to Recovery without difficulty or complication.

Electronically signed by: Kevin McCarthy, M.D.
Signed: 3/5/2020 5:12:27 AM
Job#: 209663092

Progress Notes - 02/21/2020

Spine Hospital of Louisiana
Home Medication Sig Form
Page: 1
Date: 02/21/20 13:58

LUNDBERG,TERESA C
Fac: Spine Hospital of Louisiana Loc: Inpatient Bed: 207-1
52 F Med Rec Num: M000060887 Visit: V00000345029
Attending: Kevin McCarthy Reg Date: 02/19/20
Reason: L3-S1 OPEN TLIF

# Home Medication List Signature Form

I have read and understand the instructions given to me. I have been provided a copy.

Teresa C. Lundberg
Patient (or Guardian) Signature

Katie McDaniel, RN
Caregiver/RN/Doctor Signature

Progress Notes - 02/21/2020

Page: 2

**LUNDBERG, TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

May Shower On: 02/21/20
May Remove Collar for Bathing: Yes
Patient Requested Electronic Copy of Discharge Instructions:
Electronic Discharge Information Provided to Patient: Yes
Additional Patient Instructions:

This Discharge Summary has been reviewed with me and I have recieved a copy.

Patient Signature Teresa C. Lundberg 02/21/20 1358
TERESA C LUNDBERG

Nurse Signature: Katie McDaniel, RN 02/21/20 1358
KATIE MCDANIEL

Progress Notes - 02/21/2020

**Spine Hospital of Louisiana**

**Date:** 02/19/20
**Acct Num:** V00000345029
**Med Rec Num:** M000060887
**Name:** TERESA C LUNDBERG
**Location:** Inpatient
**Primary Provider:** McCarthy,Kevin

I have read and understand the instructions given to me by my caregivers.

TERESA C LUNDBERG
Print Patient Name

Teresa C. Lundberg
Patient (or Guardian) Signature

Katie McDonald, RN
Caregiver/RN/Doctor Signature

Progress Notes - 02/21/2020

The Spine Hospital of Louisiana

PATIENT NAME: LUNDBERG,TERESA C
DOB:
DOS: 02/19/20
PERFORMING: Kevin McCarthy, MD
MEDICAL RECORD#: M000060887
VISIT/ACCOUNT #: V00000345029

**Physician Discharge Summary**

**- Care Transitions**
**Discharge Date:** 02/21/20 - pending u/s, and drain output
**Disposition:** Home w/ Home Health Services
**Hospital Course (Summary of Treatment):**

L3-S1 PLf
TLIF L3-4, L4-5
**Discharge Prognosis:** Good
**Condition at Discharge:** Good

**- Discharge Instructions**
**Diet:** Regular
**May Shower On:** 02/21/20
**May Remove collar for bathing:** Yes
**Activity:** No Bending, No Lifting > 5 pounds, No Twisting, No Driving, Wear Brace When Out of bed, No Overhead Activity
**Additional Patient Instructions:**
Wear TED hose for 1 week
No NSAIDS/Aspirin for 2 weeks
Daily stool softner recommended while on pain medications
Call MD for:

- Fever > 100.6 degrees
- Drainage on bandage
- Uncontrolled pain
- Changes in neurological function or sensation

if original dressing is left in place ok to leave until followup appointment- if removed then change every day with dry gauze and tape

**- Dressing**
**Change dressing before discharge::** No
**May replace dressing after showering::** PRN
**Leave incision open to air::** No

**- Home Health**
**Home Health Orders:**

PT/3 week
RN/2 week

**- Prescriptions**

**Progress Notes - 02/19/2020**

The Spine Hospital of Louisiana
PATIENT NAME: LUNDBERG,TERESA C
DOB:
DOS: 02/19/20
PERFORMING: Kevin McCarthy, MD
MEDICAL RECORD#: M000060887
VISIT/ACCOUNT #: V00000345029

**Prescriptions:**
Methocarbamol [Robaxin] 750 mg PO Q8H PRN #61 tab
PRN Reason: Muscle Spasms
oxyCODONE 20MG ER [Oxycontin] 20 mg PO BID #28 ert

**- Follow Up**
**Referrals:**
McCarthy,Kevin, MD [STAFF PHYSICIAN] - 2 weeks

<Electronically signed by Christina Landry PA>02/21/20 0945

**Progress Notes - 02/19/2020**

The Spine Hospital of Louisiana

PATIENT NAME: LUNDBERG,TERESA C
DOB:
DOS: 02/19/20
PERFORMING: Kevin McCarthy, MD
MEDICAL RECORD#: M000060887
VISIT/ACCOUNT #: V00000345029

**Post Operative Note**

**- Post Operative Note**
**Date:** 02/19/20
**Time:** 14:23
**Procedure:**

L3-S1 PLf
TLIF L3-4, L4-5
**Dura tear?:** No
**Exploration of Fusion?:** No
**Repair Spinal Fluid Leak?:** No
**Pre-Op Diagnosis:**

lumbar radiculopathy
lumbar stenosis

**Surgeon:** McCarthy K. MD
**Estimated Blood Loss (ml):** 1,100 - 500 returned with cell saver
**Drain:** Hemovac
**Drain Location:** Lower Back
**Specimens:** None
**Patient Condition:** Stable
**Complications:** None
**Autograft used for spine surgery?:** Yes
**Assistant:** Landry C. PA-C - 180 total volume xparel, vanc powder placed

<Electronically signed by Christina Landry PA>02/19/20 1423

The Spine Hospital of Louisiana

PATIENT NAME: LUNDBERG,TERESA C
DOB:
DOS: 02/19/20
PERFORMING: Kevin McCarthy, MD
MEDICAL RECORD#: M000060887
VISIT/ACCOUNT #: V00000345029

**Progress Note: Lumbar**

**- Encounter**
**Date:** 02/21/20
**Time:** 09:36

**- Subjective**
**Subjective Data:**

c/o pain better controlled with long acting meds
still with bilateral thigh numbness
walked with therapy
denies cp/sob but some dysphasia (mild)
ready to go home

**- Objective**
**POD:** 2
**S/P:**

L3-S1 PLf
TLIF L3-4, L4-5
**Vital Signs:**

| | | |
|---|---|---|
| Temperature | 97.1 F | 02/21/20 07:00 |
| Pulse Rate | 80 | 02/21/20 07:00 |
| Respiratory Rate | 18 | 02/21/20 07:00 |
| Blood Pressure | 106/56 | 02/21/20 07:00 |
| Oxygen Saturation | 91 L | 02/21/20 07:00 |

**Hemovac Drain Output:**

| | |
|---|---|
| Output, Drainage Amount [Lower Back] | 80 |

**Lab Results:**

02/21/20 05:01

Progress Notes - 02/19/2020

The Spine Hospital of Louisiana
PATIENT NAME: LUNDBERG,TERESA C
DOB:
DOS: 02/19/20
PERFORMING: Kevin McCarthy, MD
MEDICAL RECORD#: M000060887
VISIT/ACCOUNT #: V00000345029

10.9H 10.1L / 32.5L 204.0

02/21/20 05:01

| | | | |
|---|---|---|---|
| 138 | 103 | 12 | 183H |
| 4.9 | 31.5 | 1.3H | |

**- Physical Exam**
**Patient Status:** Awake, Alert, Oriented x 3, Vital Signs Stable, Afebrile
**Sensory L2-S1 Bilaterally:** Intact
**Lower Extremities:** Iliopsoas Bil: Intact, Quadriceps Bil: Intact, Hamstrings Bil: Intact, Tibialis Anterior Bil: Intact - 4/5 right, EHL Bil: Intact - 4/5 right, Gastroc Soleus Bil: Intact
**Calves Bilaterally:** Soft, Other - positive homans right, ttp right
**Abdomen:** Soft, Non-Tender, Non-Distended
**Dressing:** Clean, Intact

**- Plan**
**Plan/Comments:**

1. s/p L3-S1 PLF with TLIF L3-4 L4-5
watch hemovac drain - dc at next shift if output decreasing
arrange HH for anticipated dc home later today
LE venous US r/o DVT, right leg
encourage IS every 30 min to 1 hr - monitor pulse ox

<Electronically signed by Christina Landry PA>02/21/20 0936

The Spine Hospital of Louisiana

PATIENT NAME: LUNDBERG,TERESA C
DOB:
DOS: 02/19/20
PERFORMING: Kevin McCarthy, MD
MEDICAL RECORD#: M000060887
VISIT/ACCOUNT #: V00000345029

**Progress Note: Lumbar**

**- Encounter**
**Date:** 02/20/20
**Time:** 09:55

**- Subjective**
**Subjective Data:**

c/o back pain
improved right L5 pain
but new onset numbness bilateral thighs
burning in left groin with noted skin abrasion
feels increased sedation with oxy IR
walked in hall
no cp/sob or abdominal pain
no flatus or BM

**- Objective**
**POD:** 1
**S/P:**

L3-S1 PLf
TLIF L3-4, L4-5
**Vital Signs:**

| | | |
|---|---|---|
| Temperature | 97.2 F | 02/20/20 07:00 |
| Pulse Rate | 99 H | 02/20/20 07:00 |
| Respiratory Rate | 18 | 02/20/20 07:00 |
| Blood Pressure | 113/47 | 02/20/20 07:00 |
| Oxygen Saturation | 90 L | 02/20/20 07:46 |

**Hemovac Drain Output:**

Output, Drainage Amount [Lower Back] 180

**Lab Results:**

**Progress Notes - 02/19/2020**

The Spine Hospital of Louisiana
PATIENT NAME: LUNDBERG,TERESA C
DOB:
DOS: 02/19/20
PERFORMING: Kevin McCarthy, MD
MEDICAL RECORD#: M000060887
VISIT/ACCOUNT #: V00000345029







**- Physical Exam**
**Patient Status:** Awake, Alert, Oriented x 3, Vital Signs Stable, Afebrile
**Sensory L2-S1 Bilaterally:** Intact
**Lower Extremities:** Iliopsoas Bil: Intact, Quadriceps Bil: Intact, Hamstrings Bil: Intact, Tibialis Anterior Bil: Intact - 4/5 right, EHL Bil: Intact - 4/5 right, Gastroc Soleus Bil: Intact
**Calves Bilaterally:** Soft, Non-Tender, Negative Homan's
**Abdomen:** Soft, Non-Tender, Non-Distended
**Dressing:** Clean, Intact
**Additional Assessment Information:**

skin abrasion left groin no s/sx of infection

**- Plan**
**Plan/Comments:**

1. s/p L3-S1 PLf, L3-4, L4-5 TLIF
L5-S1 TLIf not done secondary to conjoined nerve root
- dc foley
- continue hemovac
-advance diet with bowel activity
-bactriban to left groin
-monitor bilateral thigh numbness (?positional)
-continue Pt
-dc oxy IR and start oxycontin 20 bid with norco for BTP starting tonight

<Electronically signed by Christina Landry PA>02/20/20 0955

Progress Notes - 02/19/2020



02/22/20

**MEDICATION DISCHARGE SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| Name | **LUNDBERG,TERESA C** | Admit Date | **02/19/20** | Age **52** | |
| Unit Num | **M000060887** | Discharge Date | **02/21/20** | Sex **F** | |
| Account Num | **V00000345029** | Status | **DIS IN** | | |
| Allergies | **No Known Drug Allergies** | | | | |

ADMINISTRATION PERIOD:
0700 02/19/20 to 0659 02/20/20 — START/STOP

**SODIUM CHLORIDE (0.9 % SODIUM CHLORIDE 10 ML VIAL)**
**10 ML** .ROUTE .STK-MED/ONE
RX #: 001621265
|02/19/20| *0706 MCDANKAT at 1444 PERIOP
|02/19/20| NDC/DIN: (SOURCE: Default NDCs)
| | 00409488810 — NS10MLI - 0.9 % SODIUM CHLORIDE 10 ML VIA
| | DC 0707 STK MED
| | DM 0707 FIFE, CATHY

---

**BACITRACIN (BACITRACIN 50,000 UNIT VIAL)**
**50,000 UNIT** INJ .STK-MED/ONE
RX #: 001621266
|02/19/20| *0706 MCDANKAT at 1444 PERIOP
|02/19/20| NDC/DIN: (SOURCE: Default NDCs)
| | 63323032930 — BACI5000I - BACITRACIN 50,000 UNIT VIAL
| | DC 0707 STK MED
| | DM 0707 FIFE, CATHY

---

**VANCOMYCIN HCL (VANCOMYCIN HCL 1 GM VIAL)**
**1 GM** .ROUTE .STK-MED/ONE
RX #: 001621269
|02/19/20| *0706 MCDANKAT at 1444 PERIOP
|02/19/20| NDC/DIN: (SOURCE: Default NDCs)
| | 00409653501 — VANCIN - VANCOMYCIN HCL 1 GM VIAL
| | DC 0707 STK MED
| | DM 0707 FIFE, CATHY

---

**ALBUMIN (HUMAN) (ALBUMIN HUMAN 500 ML IV SOLUTION)**
**1,000 ML** IV .STK-MED/ONE
RX #: 001621284
|02/19/20| *0707 MCDANKAT at 1444 PERIOP
|02/19/20| NDC/DIN: (SOURCE: Default NDCs)
| | 44206031050 — ALBU500 - ALBUMIN HUMAN 500 ML IV SOLUTIO
| | DM 0708 FIFE, CATHY
| | DC 0708 STK MED
| | TXN 0802 PHABKGJOB
| | MEDI.WASTE - Medicare Waste
| | Description: ALBU500 Drug Waste%: 0

---

**ACD-ANTICOAGULANT CITRATE DEXTROSE (CITRATE DEXTROSE SOLUTION 500 ML SOLUTION)**
**1,000 ML** CELLSAVER .STK-MED/ONE
Comments: FOR USE WITH AUTOMATED APHERESIS DEVICE ONLY.

****NOTE FOR DIRECT INTRAVENOUS INFUSION****
RX #: 001621285
|02/19/20| *0707 MCDANKAT at 1445 PERIOP
|02/19/20| NDC/DIN: (SOURCE: Default NDCs)
| | 00942064103 — CITRDEX - CITRATE DEXTROSE SOLUTION 500..
| | DC 0708 STK MED
| | DM 0708 FIFE, CATHY

---

*** Continued on Page 2 ***
**This document is part of the legal medical record.**

Progress Notes - 02/19/2020



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | | |
|---|---|---|---|
| **MARCAINE 0.5% VIAL (BUPIVACAINE 0.5% PF 10ML VIAL)**<br>**10 ML** INJ .STK-MED/ONE<br>RX #: 001621286 | 02/19/20<br>02/19/20 | *0707 MCDANKAT at 1445 PERIOP<br>NDC/DIN: (SOURCE: Default NDCs)<br>00409116201<br>DC 0708 STK MED<br>DM 0708 FIFE, CATHY | BUPI0.5I10 - BUPIVACAINE 0.5% PF 10ML VIAL |
| **TYLENOL (ACETAMINOPHEN 500 MG TABLET)**<br>**1,000 MG** PO ONCE<br>Comments: Void if liver disease; void if patient had a dose of acetaminophen today (e.g. Norco, Percocet)<br>RX #: 001621412 | 02/19/20 | 0724 ROWLABIN at 0822 GAVE: 1,000 MG<br>NDC/DIN: (SOURCE: Default NDCs)<br>00904673061<br>ACK 0726 ROWLABIN<br>ED 0736 CATALJOD<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: ACET500C Drug Waste%: 0 | ACET500C - ACETAMINOPHEN 500 MG TABLET |
| **ANCEF 2 GM-D5W BAG 50 ML**<br>**(ceFAZolin/D5W 2 GRAMS/50 ML 2 GM/50 ML BAG)**<br>100 MLS/HR IVPB Q4H<br>Total Bags: 3 (0 of 3 Given)<br>Comments: PREOP FOR PATIENT <120KG *PREFERRED* Give first dose within 60 minutes before surgical incision<br>RX #: 001621418 | 02/19/20<br>02/19/20 | *0724 MCDANKAT at 1445 PERIOP<br>NDC/DIN: (SOURCE: Default NDCs)<br>00264310511<br>ACK 0726 ROWLABIN<br>ED 0736 CATALJOD<br>*1124 MCDANKAT at 1446 PERIOP<br>NDC/DIN: (SOURCE: Default NDCs)<br>00264310511<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK | CEF2PRE - ceFAZolin/D5W 2 GRAMS/50 ML 2..<br><br><br><br><br><br><br>CEF2PRE - ceFAZolin/D5W 2 GRAMS/50 ML 2.. |

*** Continued on Page 3 ***

**This document is part of the legal medical record.**

Progress Notes - 02/19/2020



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | | |
|---|---|---|---|
| **GABAPENTIN (GABAPENTIN 400 MG CAPSULE)**<br>**800 MG** PO ONCE<br>Comments: Give to patient <60 years; avoid if CrCl is less than or equal to 60 mL/minute<br>RX #: 001621420 | 02/19/20 | 0724 ROWLABIN at 0822 GAVE: 800 MG<br>NDC/DIN: (SOURCE: Default NDCs)<br>68084077401<br>ACK 0726 ROWLABIN<br>ED 0736 CATALJOD<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: GABA400C Drug Waste%: 0 | GABA400C - GABAPENTIN 400 MG CAPSULE |
| **LACTATED RINGERS 1,000 ML**<br>**(LACTATED RINGERS SOLUTION 1000 ML IV SOLUTION)**<br>30 MLS/HR IV .Q33H20M<br>Comments: PREOP<br>RX #: 001621426 | 02/19/20 | EDADM 0724 ROWLABIN at 0832 GAVE: 20 mLs<br>NDC/DIN: (SOURCE: Default NDCs)<br>00409795309<br>02/19/20-0833 by ROWLABIN<br>EDADM 02/19/20-1252 by ROWLABIN<br>DOSE changed from 0 mLs to 20 mLs<br>ACK 0726 ROWLABIN<br>ED 0736 CATALJOD<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: LR1L Drug Waste%: 0 | LR1L - LACTATED RINGERS SOLUTION 100.. |
| **SALINE FLUSH (0.9 % SODIUM CHLORIDE 10ML SYRINGE)**<br>**10 ML** IVF .STK-MED/ONE<br>RX #: 001621718 | 02/19/20<br>02/19/20 | 0830 ROWLABIN at 0830 GAVE: 10 ML<br>NDC/DIN: (SOURCE: Default NDCs)<br>64253011130<br>DC 0832 STK MED<br>ENTER 0832 ROWLABIN<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: NSFLUSH Drug Waste%: 0 | NSFLUSH - 0.9 % SODIUM CHLORIDE 10ML SY.. |

*** Continued on Page 4 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **ANCEF 2 GRAM IVPB (ceFAZolin SODIUM 2 GM/NS50ML PIGGYBACK)**<br>**2 GM** IVPB .STK-MED/ONE<br>RX #: 001621740 | 02/19/20<br>02/19/20 | UNADM *0843 ROWLABIN at 0843 <None><br>NDC/DIN: (SOURCE: Default NDCs)<br>00781345295 CEF2GMNS - ceFAZolin SODIUM 2 GM/NS50ML ..<br>02/19/20-0845 by ROWLABIN<br>UNADM 02/19/20-1252 by ROWLABIN<br>ENTER 0844 ROWLABIN<br>DC 0844 STK MED<br>CAN 1251 ROWLABIN<br>TXN 0802 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: CEF2GMNS Drug Waste%: 0 |
| **VERSED (MIDAZOLAM HCL 1 MG/1 ML 2ML VIAL)**<br>**2 MG** .ROUTE .STK-MED/ONE<br>Comments: IV PUSH OVER 2 MINUTES. MAX DOSE IN PACU = 2MG<br>RX #: 001621903 | 02/19/20<br>02/19/20 | *0914 MCDANKAT at 1445 PERIOP<br>NDC/DIN: (SOURCE: Default NDCs)<br>00409230517 MIDA2I2 - MIDAZOLAM HCL 1 MG/1 ML 2ML VIA<br>DC 0916 STK MED<br>DM 0916 TUCKER, PATRICK |
| **SUFENTANIL CITRATE (SUFENTANIL CITRATE 50 MCG/ML ML)**<br>**50 MCG** IV .STK-MED/ONE<br>RX #: 001621904 | 02/19/20<br>02/19/20 | *0915 MCDANKAT at 1445 PERIOP<br>NDC/DIN: (SOURCE: Default NDCs)<br>17478005001 SUFE50I - SUFENTANIL CITRATE 50 MCG/ML ML<br>DC 0916 STK MED<br>DM 0916 TUCKER, PATRICK |
| **BRIDION (SUGAMMADEX SODIUM 200 MG/2 ML VIAL)**<br>**200 MG** IV .STK-MED/ONE<br>RX #: 001621905 | 02/19/20<br>02/19/20 | *0915 MCDANKAT at 1445 PERIOP<br>NDC/DIN: (SOURCE: Default NDCs)<br>00006542312 SUGA200V4 - SUGAMMADEX SODIUM 200 MG/2 ML..<br>DC 0916 STK MED<br>DM 0916 TUCKER, PATRICK |

*** Continued on Page 5 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | | | |
|---|---|---|---|---|
| **ALBUMIN (HUMAN) (ALBUMIN HUMAN 500 ML IV SOLUTION)**<br>**500 ML** IV .STK-MED/ONE<br>RX #: 001622131 | 02/19/20<br>02/19/20 | UNADM *0916 MCCARKEV at 0916 <None><br>NDC/DIN: (SOURCE: Default NDCs)<br>44206031050<br>02/19/20-1001 by MCCARKEV<br>UNADM 02/19/20-1310 by MCCARKEV<br>DC 1000 STK MED<br>ENTER 1000 FIFECATH<br>CAN 1309 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: ALBU500 Drug Waste%: 0 | ALBU500 | - ALBUMIN HUMAN 500 ML IV SOLUTIO |
| **ACD-ANTICOAGULANT CITRATE DEXTROSE (CITRATE DEXTROSE SOLUTION 500 ML SOLUTION)**<br>**1,000 ML** CELLSAVER .STK-MED/ONE<br>RX #: 001622132 | 02/19/20<br>02/19/20 | UNADM *0916 MCCARKEV at 0916 <None><br>NDC/DIN: (SOURCE: Default NDCs)<br>00942064103<br>02/19/20-1001 by MCCARKEV<br>UNADM 02/19/20-1310 by MCCARKEV<br>DC 1000 STK MED<br>ENTER 1000 FIFECATH<br>CAN 1309 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: CITRDEX Drug Waste%: 0 | CITRDEX | - CITRATE DEXTROSE SOLUTION 500.. |
| **VANCOMYCIN HCL (VANCOMYCIN HCL 1 GM VIAL)**<br>**1 GM** TOP .STK-MED/ONE<br>RX #: 001622133 | 02/19/20<br>02/19/20 | 0916 MCCARKEV at 0916 GAVE: 1 GM<br>NDC/DIN: (SOURCE: Default NDCs)<br>00409653501<br>DC 1000 STK MED<br>ENTER 1000 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: VANCIN Drug Waste%: 0 | VANCIN | - VANCOMYCIN HCL 1 GM VIAL |

*** Continued on Page 6 ***

**Progress Notes**



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | | |
|---|---|---|---|
| **BACITRACIN (BACITRACIN 50,000 UNIT VIAL)**<br>**50,000 UNIT** INJ .STK-MED/ONE<br>RX #: 001622134 | 02/19/20<br>02/19/20 | 0916 MCCARKEV at 0916 GAVE: 50,000 UNIT<br>NDC/DIN: (SOURCE: Default NDCs)<br>63323032930<br>DC 1000 STK MED<br>ENTER 1000 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: BACI5000I Drug Waste%: 0 | BACI5000I - BACITRACIN 50,000 UNIT VIAL |
| **SODIUM CHLORIDE (0.9 % SODIUM CHLORIDE 10 ML VIAL)**<br>**10 ML** INJ .STK-MED/ONE<br>RX #: 001622135 | 02/19/20<br>02/19/20 | UNADM *0916 MCCARKEV at 0916 <None><br>NDC/DIN: (SOURCE: Default NDCs)<br>00409488810<br>02/19/20-1001 by MCCARKEV<br>UNADM 02/19/20-1312 by MCCARKEV<br>ENTER 1000 FIFECATH<br>DC 1000 STK MED<br>CAN 1311 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: NS10MLI Drug Waste%: 0 | NS10MLI - 0.9 % SODIUM CHLORIDE 10 ML VIA |
| **MARCAINE 0.5% VIAL (BUPIVACAINE 0.5% PF 10ML VIAL)**<br>**30 ML** INJ .STK-MED/ONE<br>RX #: 001622136 | 02/19/20<br>02/19/20 | UNADM *0916 MCCARKEV at 0916 <None><br>NDC/DIN: (SOURCE: Default NDCs)<br>00409116201<br>02/19/20-1001 by MCCARKEV<br>UNADM 02/19/20-1311 by MCCARKEV<br>DC 1000 STK MED<br>ENTER 1000 FIFECATH<br>CAN 1310 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: BUPI0.5I10 Drug Waste%: 0 | BUPI0.5I10 - BUPIVACAINE 0.5% PF 10ML VIAL |
| **ACD-ANTICOAGULANT CITRATE DEXTROSE (CITRATE DEXTROSE SOLUTION 500 ML SOLUTION)**<br>**1,000 ML** CELLSAVER .STK-MED/ONE<br>Comments: FOR USE WITH AUTOMATED APHERESIS DEVICE ONLY.<br>****NOTE FOR DIRECT INTRAVENOUS INFUSION****<br>RX #: 001622417 | 02/19/20<br>02/19/20 | *1158 MCDANKAT at 1445 PERIOP<br>NDC/DIN: (SOURCE: Default NDCs)<br>00942064103<br>DC 1159 STK MED<br>DM 1159 FIFE, CATHY | CITRDEX - CITRATE DEXTROSE SOLUTION 500.. |

*** Continued on Page 7 ***

**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **EXPAREL 266 MG/20 ML VIAL (EXPAREL 266MG VIAL)**<br>**266 MG** INJ .STK-MED/ONE<br>RX #: 001622519 | 02/19/20<br>02/19/20 | UNADM *1232 MCCARKEV at 1232 <None><br>NDC/DIN: (SOURCE: Default NDCs)<br>65250026609 LIPBUP20I - EXPAREL 266MG VIAL<br>02/19/20-1235 by MCCARKEV<br>UNADM 02/19/20-1311 by MCCARKEV<br>ENTER 1234 FIFECATH<br>DC 1234 STK MED<br>CAN 1310 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: LIPBUP20I Drug Waste%: 0 |
| **ANCEF 2 GRAM IVPB (ceFAZolin SODIUM 2 GM/NS50ML PIGGYBACK)**<br>**2 GM** IVPB .STK-MED/ONE<br>RX #: 001622521 | 02/19/20<br>02/19/20 | 0916 TUCKEPAT at 0916 GAVE: 2 GM<br>NDC/DIN: (SOURCE: Default NDCs)<br>00781345295 CEF2GMNS - ceFAZolin SODIUM 2 GM/NS50ML ..<br>ENTER 1251 ROWLABIN<br>DC 1251 STK MED<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: CEF2GMNS Drug Waste%: 0 |
| **ACD-ANTICOAGULANT CITRATE DEXTROSE (CITRATE DEXTROSE SOLUTION 500 ML SOLUTION)**<br>**1,500 ML** CELLSAVER .STK-MED/ONE<br>RX #: 001622534 | 02/19/20<br>02/19/20 | 0916 MCCARKEV at 0916 GAVE: 1,500 ML<br>NDC/DIN: (SOURCE: Default NDCs)<br>00942064103 CITRDEX - CITRATE DEXTROSE SOLUTION 500..<br>DC 1309 STK MED<br>ENTER 1309 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: CITRDEX Drug Waste%: 0 |
| **ALBUMIN (HUMAN) (ALBUMIN HUMAN 500 ML IV SOLUTION)**<br>**1,000 ML** IV .STK-MED/ONE<br>RX #: 001622533 | 02/19/20<br>02/19/20 | 0916 MCCARKEV at 0916 GAVE: 1,000 ML<br>NDC/DIN: (SOURCE: Default NDCs)<br>44206031050 ALBU500 - ALBUMIN HUMAN 500 ML IV SOLUTIO<br>DC 1309 STK MED<br>ENTER 1309 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: ALBU500 Drug Waste%: 0 |

*** Continued on Page 8 ***
**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **MARCAINE 0.5% VIAL (BUPIVACAINE 0.5% PF 10ML VIAL)**<br>**30 ML** INJ .STK-MED/ONE<br>RX #: 001622535 | 02/19/20<br>02/19/20 | 1305 MCCARKEV at 1305 GAVE: 30 ML<br>NDC/DIN: (SOURCE: Default NDCs)<br>00409116201 BUPI0.5I10 - BUPIVACAINE 0.5% PF 10ML VIAL<br>DC 1310 STK MED<br>ENTER 1310 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: BUPI0.5I10 Drug Waste%: 0 |
| **EXPAREL 266 MG/20 ML VIAL (EXPAREL 266MG VIAL)**<br>**266 MG** INJ .STK-MED/ONE<br>RX #: 001622536 | 02/19/20<br>02/19/20 | 1305 MCCARKEV at 1305 GAVE: 266 MG<br>NDC/DIN: (SOURCE: Default NDCs)<br>65250026609 LIPBUP20I - EXPAREL 266MG VIAL<br>DC 1310 STK MED<br>ENTER 1310 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: LIPBUP20I Drug Waste%: 0 |
| **SODIUM CHLORIDE (0.9 % SODIUM CHLORIDE 10 ML VIAL)**<br>**30 ML** INJ .STK-MED/ONE<br>RX #: 001622537 | 02/19/20<br>02/19/20 | 0916 MCCARKEV at 0916 GAVE: 30 ML<br>NDC/DIN: (SOURCE: Default NDCs)<br>00409488810 NS10MLI - 0.9 % SODIUM CHLORIDE 10 ML VIA<br>DC 1311 STK MED<br>ENTER 1311 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: NS10MLI Drug Waste%: 0 |
| **ANCEF 2 GM-D5W BAG 50 ML**<br>**(ceFAZolin/D5W 2 GRAMS/50 ML 2 GM/50 ML BAG)**<br>As Directed .ROUTE .STK-MED/ONE<br>RX #: 001622558 | 02/19/20<br>02/19/20 | *1316 MCDANKAT at 1445 PERIOP<br>NDC/DIN: (SOURCE: Default NDCs)<br>00264310511 CEF2PRE - ceFAZolin/D5W 2 GRAMS/50 ML 2..<br>DC 1317 STK MED<br>DM 1317 FIFE, CATHY |

*** Continued on Page 9 ***
**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | | |
|---|---|---|---|
| **ANCEF 2 GM-D5W BAG (ceFAZolin/D5W 2 GRAMS/50 ML 2 GM/50 ML BAG)**<br>**2 GM** IVPB .STK-MED/ONE<br>RX #: 001622559 | 02/19/20<br>02/19/20 | UNADM *1318 TUCKEPAT at 1318 <None><br>NDC/DIN: (SOURCE: Default NDCs)<br>00264310511<br>02/19/20-1319 by TUCKEPAT<br>UNADM 02/19/20-1332 by TUCKEPAT<br>DC 1319 STK MED<br>ENTER 1319 FIFECATH<br>CAN 1331 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: CEF2PRE Drug Waste%: 0 | <br><br>CEF2PRE - ceFAZolin/D5W 2 GRAMS/50 ML 2.. |
| **ANCEF 2 GM-D5W BAG (ceFAZolin/D5W 2 GRAMS/50 ML 2 GM/50 ML BAG)**<br>**2 GM** IVPB .STK-MED/ONE<br>RX #: 001622563 | 02/19/20<br>02/19/20 | 1330 TUCKEPAT at 1330 GAVE: 2 GM<br>NDC/DIN: (SOURCE: Default NDCs)<br>00264310511<br>DC 1331 STK MED<br>ENTER 1331 FIFECATH<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: CEF2PRE Drug Waste%: 0 | <br><br>CEF2PRE - ceFAZolin/D5W 2 GRAMS/50 ML 2.. |
| **ROBAXIN 1 GRAM IVPB 100 ML**<br>**(METHOCARBAMOL 1000 MG IN 0.9% NACL 100 ML BAG)**<br>As Directed .ROUTE .STK-MED/ONE<br>Comments: ROBAXIN 1000MG IN 100MLS OF 0.9% NACL<br>GIVE IF PATIENT CANNOT TAKE MEDICATION BY<br>MOUTH.<br><br>Alternate with Valium<br>(4 hours between doses of each drug)<br>RX #: 001622608 | 02/19/20<br>02/19/20 | *1422 MCDANKAT at 1445 PERIOP<br>NDC/DIN: (SOURCE: Default NDCs)<br>00641610325<br>DC 1422 STK MED<br>DM 1422 O'NEAL, KRISTIN | <br><br>METH1GMNS - METHOCARBAMOL 1000 MG IN 0.9%.. |

*** Continued on Page 10 ***

**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | | | |
|---|---|---|---|---|
| **NORMAL SALINE 1,000 ML** | 02/19/20 | *1516 MCDANKAT at 1558 PERIOP | | |
| **(0.9 % SODIUM CHLORIDE 1000 ML IV SOLN)** | | NDC/DIN: (SOURCE: Default NDCs) | | |
| 110 MLS/HR IV .Q9H6M | | 00264780000 | NS1L | - 0.9 % SODIUM CHLORIDE 1000 ML.. |
| RX #: 001622619 | | ED 1523 CATALJOD | | |
| | | ACK 1558 MCDANKAT | | |
| | | REV 1840 COOKBLAK | | |
| | | REV 1842 COOKBLAK | | |
| | | 0022 COOKBLAK at 0000 GAVE: 110 MLS/HR | | |
| | | NDC/DIN: (SOURCE: Default NDCs) | | |
| | | 00264780000 | NS1L | - 0.9 % SODIUM CHLORIDE 1000 ML... |
| **COREG (CARVEDILOL 12.5 MG TABLET)** | 02/19/20 | ED 1529 CATALJOD | | |
| **25 MG** PO TWICE DAILY WITH MEALS | | ED 1529 CATALJOD | | |
| RX #: 001622640 | | ACK 1619 MCDANKAT | | |
| | | *1700 MCDANKAT at 1619 DBP | | |
| | | NDC/DIN: (SOURCE: Default NDCs) | | |
| | | 00007414120 | CARV12.5T | - CARVEDILOL 12.5 MG TABLET |
| | | REV 1840 COOKBLAK | | |
| | | REV 1842 COOKBLAK | | |
| **ANCEF 2 GM-D5W BAG 50 ML** | 02/19/20 | ED 1529 CATALJOD | | |
| **(ceFAZolin/D5W 2 GRAMS/50 ML 2 GM/50 ML BAG)** | 02/20/20 | ED 1529 CATALJOD | | |
| 100 MLS/HR IVPB Q8H | | ACK 1700 MCDANKAT | | |
| Total Bags: 3 (3 of 3 Given) | | REV 1840 COOKBLAK | | |
| RX #: 001622642 | | REV 1842 COOKBLAK | | |
| | | 2130 COOKBLAK at 2107 GAVE: 100 MLS/HR | | |
| | | NDC/DIN: (SOURCE: eMAR) | | |
| | | 0264310511 | CEF2PRE | - ceFAZolin/D5W 2 GRAMS/50 ML 2... |
| | | TXN 0002 PHARKGJOB | | |
| | | MEDI.WASTE - Medicare Waste | | |
| | | Description: CEF2PRE Drug Waste%: 0 | | |
| | | 0530 COOKBLAK at 0549 GAVE: 100 MLS/HR | | |
| | | NDC/DIN: (SOURCE: eMAR) | | |
| | | 0264310511 | CEF2PRE | - ceFAZolin/D5W 2 GRAMS/50 ML 2... |
| **NON FORMULARY MEDICATION (NON FORMULARY MEDICATION)** | 02/20/20 | DC 1529 CATALJOD | | |
| **(Cyanocobalamin (Vitamin B-12) [Vitamin B12] - 2,500 MCG)** | | ED 1529 SYSTEM | | |
| **2,500 EACH** PO DAILY | | ACK 1700 MCDANKAT | | |
| RX #: 001622641 | | REV 1842 COOKBLAK | | |

*** Continued on Page 11 ***

**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | | |
|---|---|---|---|
| **COLACE (DOCUSATE SODIUM 100 MG CAPSULE)** | 02/19/20 | ED 1523 CATALJOD | |
| **100 MG** PO TWICE A DAY | | ACK 1700 MCDANKAT | |
| RX #: 001622625 | | REV 1840 COOKBLAK | |
| | | REV 1842 COOKBLAK | |
| | | 2100 COOKBLAK at 2105 GAVE: 100 MG | |
| | | NDC/DIN: (SOURCE: eMAR) | |
| | | 6373947810 | DOCU100CAP - DOCUSATE SODIUM 100 MG CAPSULE |
| | | TXN 0002 PHABKGJOB | |
| | | MEDI.WASTE - Medicare Waste | |
| | | Description: DOCU100CAP Drug Waste%: 0 | |
| **CYMBALTA (DULoxetine HCL 60 MG DR CAPSULE)** | 02/20/20 | ED 1523 CATALJOD | |
| **60 MG** PO DAILY | | ACK 1700 MCDANKAT | |
| RX #: 001622626 | | REV 1840 COOKBLAK | |
| | | REV 1842 COOKBLAK | |
| **CYMBALTA (DULoxetine HCL 30 MG DR CAPSULE)** | 02/20/20 | ED 1523 CATALJOD | |
| **30 MG** PO DAILY | | ACK 1700 MCDANKAT | |
| Comments: CONTROL RELEASE...DO NOT CRUSH OR CHEW | | REV 1840 COOKBLAK | |
| RX #: 001622627 | | REV 1842 COOKBLAK | |
| **PEPCID (FAMOTIDINE 20 MG TABLET)** | 02/19/20 | ED 1523 CATALJOD | |
| **20 MG** PO TWICE A DAY | | ACK 1700 MCDANKAT | |
| RX #: 001622628 | | REV 1840 COOKBLAK | |
| | | REV 1842 COOKBLAK | |
| | | 2100 COOKBLAK at 2105 GAVE: 20 MG | |
| | | NDC/DIN: (SOURCE: eMAR) | |
| | | 6373964510 | FAMO20T - FAMOTIDINE 20 MG TABLET |
| | | TXN 0002 PHABKGJOB | |
| | | MEDI.WASTE - Medicare Waste | |
| | | Description: FAMO20T Drug Waste%: 0 | |
| **FLUZONE QUAD 2019-2020 (FLU VACC QUAD 2019-20(6MOS UP) 60 MCG/0.5 ML VIAL)** | 02/21/20 | ED 1523 CATALJOD | |
| **60 MCG** IM ONCE/ONE | 02/21/20 | ACK 1700 MCDANKAT | |
| RX #: 001622629 | | REV 1840 COOKBLAK | |
| | | REV 1842 COOKBLAK | |

*** Continued on Page 12 ***

**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **NON FORMULARY MEDICATION (NON FORMULARY MEDICATION)**<br>**(Lisinopril/Hydrochlorothiazide [Lisinopril-Hctz 20-12.5 Mg Tab] - 1 EACH)**<br>**1 EACH** PO EVERY MORNING<br>RX #: 001622648 | 02/20/20 | DC 1536 CATALJOD<br>ED 1536 SYSTEM<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK |
| **LYRICA (PREGABALIN 75 MG CAPSULE)**<br>**75 MG** PO EVERY MORNING<br>RX #: 001622631 | 02/20/20 | ED 1524 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |
| **LYRICA (PREGABALIN 75 MG CAPSULE)**<br>**150 MG** PO BEDTIME<br>RX #: 001622632 | 02/19/20 | ED 1524 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK<br>2100 COOKBLAK at 2106 GAVE: 150 MG<br>NDC/DIN: (SOURCE: eMAR)<br>60687495111 PREG75C - PREGABALIN 75 MG CAPSULE<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: PREG75C Drug Waste%: 0 |
| **VENLAFAXINE HCL ER (VENLAFAXINE HCL 75 MG CAP CR)**<br>**150 MG** PO DAILY<br>RX #: 001622645 | 02/20/20 | ED 1531 CATALJOD<br>ED 1531 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |
| **LISINOPRIL (LISINOPRIL 20 MG TABLET)**<br>**20 MG** PO DAILY<br>Comments: HOLD BP MEDS IF SYSTOLIC BELOW 110 OR DIASTOLIC BELOW 60.<br>RX #: 001622646 | 02/19/20 | ENTER 1535 CATALJOD<br>ED 1535 CATALJOD<br>ED 1535 CATALJOD<br>ACK 1619 MCDANKAT<br>*1700 MCDANKAT at 1619 DBP<br>NDC/DIN: (SOURCE: Default NDCs)<br>51079098320 LISI20T - LISINOPRIL 20 MG TABLET<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |

*** Continued on Page 13 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE 25 MG TABLET)** | 02/19/20 | ENTER 1535 CATALJOD |
| **12.5 MG** PO DAILY | | ED 1535 CATALJOD |
| Comments: HOLD BP MEDS IF SYSTOLIC BELOW 110 OR | | ED 1535 CATALJOD |
| DIASTOLIC BELOW 60 | | ACK 1619 MCDANKAT |
| RX #: 001622647 | | *1700 MCDANKAT at 1619 DBF |
| | | NDC/DIN: (SOURCE: Default NDCs) |
| | | 63739012810 HCTZ25T - HYDROCHLOROTHIAZIDE 25 MG TABLET |
| | | REV 1840 COOKBLAK |
| | | REV 1842 COOKBLAK |
| **EPHEDRINE SULFATE (ePHEDrine SULFATE 50 MG/1 ML AMPULE)** | 02/19/20 | 1415 |
| **50 MG** IV .STK-MED/ONE | 02/19/20 | DC 1544 STK MED |
| RX #: 001622653 | | ENTER 1544 SMITHDES |
| | | TXN 0002 PHABKGJOB |
| | | MEDI.WASTE - Medicare Waste |
| | | Description: EPH50I Drug Waste%: 0 |
| **LIDOCAINE HCL 2% VIAL (LIDOCAINE/PF 2% 5ML VIAL)** | 02/19/20 | 1415 |
| **100 MG** .ROUTE .STK-MED/ONE | 02/19/20 | DC 1544 STK MED |
| RX #: 001622654 | | ENTER 1544 SMITHDES |
| | | TXN 0002 PHABKGJOB |
| | | MEDI.WASTE - Medicare Waste |
| | | Description: LIDO2I5 Drug Waste%: 0 |
| **ZOFRAN (ONDANSETRON SDV 4 MG/2 ML VIAL)** | 02/19/20 | 1415 |
| **8 MG** .ROUTE .STK-MED/ONE | 02/19/20 | DC 1544 STK MED |
| RX #: 001622655 | | ENTER 1544 SMITHDES |
| | | TXN 0002 PHABKGJOB |
| | | MEDI.WASTE - Medicare Waste |
| | | Description: ONDA4I Drug Waste%: 0 |
| **PHENYLEPHRINE HCL (PHENYLEPHRINE HCL 10 MG/ML VIAL)** | 02/19/20 | 1415 |
| **10 MG** .ROUTE .STK-MED/ONE | 02/19/20 | DC 1544 STK MED |
| RX #: 001622656 | | ENTER 1544 SMITHDES |
| | | TXN 0002 PHABKGJOB |
| | | MEDI.WASTE - Medicare Waste |
| | | Description: PHEN10I Drug Waste%: 0 |

*** Continued on Page 14 ***

**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **DIPRIVAN 1% (PROPOFOL 10 MG/1 ML 20ML VIAL)**<br>**200 MG** IV .STK-MED/ONE<br>RX #: 001622657 | 02/19/20<br>02/19/20 | 1415<br>DC 1544 STK MED<br>ENTER 1544 SMITHDES<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: PROP10I20 Drug Waste%: 0 |
| **ZEMURON (ROCURONIUM BROMIDE 10 MG/1 ML 5ML VIAL)**<br>**50 MG** IV .STK-MED/ONE<br>RX #: 001622658 | 02/19/20<br>02/19/20 | 1415<br>DC 1544 STK MED<br>ENTER 1544 SMITHDES<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: ROCU10VI18 Drug Waste%: 0 |
| **QUELICIN (SUCCINYLCHOLINE CHLORIDE 20 MG/1 ML 10ML VIAL)**<br>**200 MG** .ROUTE .STK-MED/ONE<br>RX #: 001622659 | 02/19/20<br>02/19/20 | 1415<br>DC 1544 STK MED<br>ENTER 1544 SMITHDES<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: SUCC20I Drug Waste%: 0 |
| **VERSED (MIDAZOLAM HCL 1 MG/1 ML 2ML VIAL)**<br>**2 MG** .ROUTE .STK-MED/ONE<br>RX #: 001622660 | 02/19/20<br>02/19/20 | 1415<br>DC 1544 STK MED<br>ENTER 1544 SMITHDES<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: MIDA2I2 Drug Waste%: 0 |
| **SUFENTANIL CITRATE (SUFENTANIL CITRATE 50 MCG/ML ML)**<br>**50 MCG** IV .STK-MED/ONE<br>RX #: 001622661 | 02/19/20<br>02/19/20 | 1415<br>ENTER 1544 SMITHDES<br>DC 1544 STK MED<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: SUFE50I Drug Waste%: 0 |

*** Continued on Page 15 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **ALBUTEROL SULFATE (ALBUTEROL SULFATE 2.5 MG/3 ML NEB)**<br>**2.5 MG** INH ONCE/PRN<br>PRN Reason: Respiratory Complications<br>Comments: PREOP Give with IPATROPIUM 30 minutes prior to surgery<br>RX #: 001621399 | 02/19/20<br>02/19/20 | ACK 0726 ROWLABIN<br>ED 0736 CATALJOD<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK |
| **ALBUTEROL SULFATE (ALBUTEROL SULFATE 2.5 MG/3 ML NEB)**<br>**2.5 MG** INH EVERY 8 HOURS/PRN<br>PRN Reason: Shortness of Breath<br>Dose Ins: PRN FOR RESPIRATORY COMPLICATIONS<br>Comments: PACU ANESTHESIA. Give with IPRATROPIUM<br>RX #: 001621400 | 02/19/20 | ED 0736 CATALJOD<br>ACK 1446 KENNEPAI<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK |
| **VALIUM (DIAZEPAM 5 MG TABLET)**<br>**5 MG** PO ONCE/PRN<br>PRN Reason: Mild Muscle Spasms<br>Dose Ins: AS NEEDED FOR MILD MUSCLE SPASMS (1-3)<br>RX #: 001621402 | 02/19/20 | ED 0736 CATALJOD<br>ACK 1446 KENNEPAI<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK |
| **BENADRYL (diphenhydrAMINE HCL 50 MG/ML VIAL)**<br>**25 MG** IV ONCE/PRN<br>PRN Reason: Itching<br>Comments: for itching in PACU<br>RX #: 001621403 | 02/19/20 | ED 0736 CATALJOD<br>ACK 1446 KENNEPAI<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK |
| **BENADRYL (diphenhydrAMINE HCL 25 MG CAPSULE)**<br>**25 MG** PO ONCE/PRN<br>PRN Reason: Itching<br>Dose Ins: GIVE IF ZOLPIDEM IS NOT EFFECTIVE<br>RX #: 001621404 | 02/19/20 | ED 0736 CATALJOD<br>ACK 1446 KENNEPAI<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK |

*** Continued on Page 16 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **PEPCID 20 MG/2 ML VIAL (FAMOTIDINE PF 20 MG/2 ML VIAL)** | 02/19/20 | ACK 0726 ROWLABIN |
| **20 MG** IVP ONCE/PRN | 02/19/20 | ED 0736 CATALJOD |
| PRN Reason: Heartburn | | DC 1516 LANDRCHR |
| Comments: PREOP | | ACK 1700 MCDANKAT |
| RX #: 001621406 | | REV 1842 COOKBLAK |
| **FENTANYL 100 MCG/2 ML VIAL (fentaNYL PF 100 MCG/2 ML VIAL)** | 02/19/20 | ED 0736 CATALJOD |
| **25 MCG** IV Q5M/PRN | | ACK 1446 KENNEPAI |
| PRN Reason: Severe Pain 8-10 | | DC 1516 LANDRCHR |
| Dose Ins: TITRATE DOSE. MAX DOSE OF 4 ADMINISTRATIONS (100MCG) IN PACU. | | ACK 1700 MCDANKAT |
| | | REV 1842 COOKBLAK |
| Comments: TITRATE DOSE. MAX DOSE OF 4 ADMINISTRATIONS (100MCG) IN PACU. | | TXN 0002 PHABKGJOB |
| | | MEDI.WASTE - Medicare Waste |
| RX #: 001621407 | | Description: FENT50VI12 Drug Waste%: 75 |
| **APRESOLINE (hydralAZINE HCL 20 MG/ML VIAL)** | 02/19/20 | ED 0736 CATALJOD |
| **10 MG** IV Q15M/PRN | | ACK 1446 KENNEPAI |
| PRN Reason: Blood Pressure | | DC 1516 LANDRCHR |
| Dose Ins: PRN SYSTOLIC BP GREATER THAN 160mmHg OR BP DIASTOLIC GREATER THAN 100mmHg. MAXIMUM DOSE OF 20MG EVERY 4HRS IF LABETALOL IS NOT EFFECTIVE. | | ACK 1700 MCDANKAT |
| | | REV 1842 COOKBLAK |
| Comments: PACU ANESTHESIA<br><br>GIVE IF LABETALOL IS NOT EFFECTIVE, PRN SYSTOLIC BP GREATER THAN 160mmHg OR BP DIASTOLIC GREATER THAN 100mmHg. MAXIMUM DOSE OF 20MG EVERY 4HRS | | |
| RX #: 001621408 | | |

*** Continued on Page 17 ***

**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **DILAUDID (HYDROmorphone HCL 2 MG/ML VIAL)**<br>**0.2 MG** IV Q5M/PRN<br>PRN Reason: Severe Pain 8-10<br>Dose Ins: MAX DOSE = 2MG<br>WHILE IN PACU<br>Comments: ANESTHESIA PACU<br>GIVE IF PAIN UNCONTROLLED (PAIN REMAINS 6/10<br>OR GREATER) AFTER MAX DOSE OF MORPHINE.<br>TITRATE Q5 MIN FOR MAX DOSE OF 2MG.<br>NOTIFY MD OF CONTINUED PAIN<br>RX #: 001621409 | 02/19/20 | ED 0736 CATALJOD<br>1430 KENNEPAI at 1430 GAVE: 0.2 MG<br>NDC/DIN: (SOURCE: Default NDCs)<br>00641012125 HYDR2I - HYDROmorphone HCL 2 MG/ML VIAL<br>1435 KENNEPAI at 1435 GAVE: 0.2 MG<br>NDC/DIN: (SOURCE: Default NDCs)<br>00641012125 HYDR2I - HYDROmorphone HCL 2 MG/ML VIAL<br>1440 KENNEPAI at 1440 GAVE: 0.2 MG<br>NDC/DIN: (SOURCE: Default NDCs)<br>00641012125 HYDR2I - HYDROmorphone HCL 2 MG/ML VIAL<br>ACK 1446 KENNEPAI<br>1450 KENNEPAI at 1450 GAVE: 0.2 MG<br>NDC/DIN: (SOURCE: Default NDCs)<br>00641012125 HYDR2I - HYDROmorphone HCL 2 MG/ML VIAL<br>1500 REASSESS by MCDANKAT at 1500 Not Done: PERIOP<br>1500 KENNEPAI at 1500 GAVE: 0.2 MG<br>NDC/DIN: (SOURCE: Default NDCs)<br>00641012125 HYDR2I - HYDROmorphone HCL 2 MG/ML VIAL<br>1505 REASSESS by MCDANKAT at 1505 Not Done: PERIOP<br>1505 KENNEPAI at 1505 GAVE: 0.2 MG<br>NDC/DIN: (SOURCE: Default NDCs)<br>00641012125 HYDR2I - HYDROmorphone HCL 2 MG/ML VIAL<br>1510 REASSESS by MCDANKAT at 1510 Not Done: PERIOP<br>1515 KENNEPAI at 1515 GAVE: 0.2 MG<br>NDC/DIN: (SOURCE: Default NDCs)<br>00641012125 HYDR2I - HYDROmorphone HCL 2 MG/ML VIAL<br>DC 1516 LANDRCHR<br>1520 REASSESS by MCDANKAT at 1520 Not Done: PERIOP<br>1530 REASSESS by MCDANKAT at 1530 Not Done: PERIOP<br>1535 REASSESS by MCDANKAT at 1535 Not Done: PERIOP<br>1545 REASSESS by MCDANKAT at 1545 Not Done: PERIOP<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: HYDR2I Drug Waste%: 90 |

*** Continued on Page 18 ***
**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **IPRATROPIUM BROMIDE (IPRATROPIUM BROMIDE 0.5 MG/2.5 ML)** | 02/19/20 | ACK 0726 ROWLABIN |
| **0.5 MG** NEB ONCE/PRN | 02/19/20 | ED 0736 CATALJOD |
| PRN Reason: Respiratory Complications | | ACK 1446 KENNEPAI |
| Comments: PREOP Give with Albuterol 30 minutes prior to | | DC 1516 LANDRCHR |
| surgery | | ACK 1700 MCDANKAT |
| RX #: 001621410 | | REV 1842 COOKBLAK |
| **IPRATROPIUM BROMIDE (IPRATROPIUM BROMIDE 0.5 MG/2.5 ML)** | 02/19/20 | ED 0736 CATALJOD |
| **0.5 MG** NEB Q8H/PRN | | ACK 1446 KENNEPAI |
| PRN Reason: Shortness of Breath | | DC 1516 LANDRCHR |
| Dose Ins: PRN FOR RESPIRATORY COMPLICATIONS | | ACK 1700 MCDANKAT |
| Comments: PACU ANESTHESIA. Give with Albuterol | | REV 1842 COOKBLAK |
| RX #: 001621411 | | |
| **ALBUMIN (HUMAN) (ALBUMIN HUMAN 500 ML IV SOLUTION)** | 02/19/20 | ED 0736 CATALJOD |
| **See Dose Ins.** IV ONCE/PRN | 02/19/20 | DC 1516 LANDRCHR |
| PRN Reason: FOR SURGERY CASE | | ACK 1700 MCDANKAT |
| Dose Ins: Dose per MD Order Intraop | | REV 1842 COOKBLAK |
| Comments: INTRAOP | | TXN 0002 PHABKGJOB |
| RX #: 001621413 | | MEDI.WASTE - Medicare Waste |
| | | Description: ALBU500 Drug Waste%: 0 |
| **BACITRACIN (BACITRACIN 50,000 UNIT VIAL)** | 02/19/20 | ED 0736 CATALJOD |
| **See Dose Ins.** INJ ONCE/PRN | 02/19/20 | DC 1516 LANDRCHR |
| PRN Reason: FOR SURGERY CASE | | ACK 1700 MCDANKAT |
| Dose Ins: Dose per MD order intraop | | REV 1842 COOKBLAK |
| Comments: INTRAOP | | |
| RX #: 001621414 | | |
| **SENSORCAINE-MPF 0.25% VIAL (BUPIVACAINE 0.25% PF (2.5 MG/1 ML) 10ML VIAL)** | 02/19/20 | ED 0736 CATALJOD |
| **See Dose Ins.** INJ ONCE/PRN | 02/19/20 | DC 1516 LANDRCHR |
| PRN Reason: FOR SURGERY CASE | | ACK 1700 MCDANKAT |
| Dose Ins: To be given by MD Order Intraoperatively | | REV 1842 COOKBLAK |
| RX #: 001621415 | | |

*** Continued on Page 19 ***

**This document is part of the legal medical record.**

**Progress Notes**



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **MARCAINE 0.5% VIAL (BUPIVACAINE 0.5% PF 10ML VIAL)**<br>**See Dose Ins.** INJ ONCE/PRN<br>PRN Reason: FOR SURGERY CASE<br>Dose Ins: DOSE PER MD ORDER INTRAOP<br>Comments: INTRAOP<br>RX #: 001621416 | 02/19/20 | ED 0736 CATALJOD<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK |
| **SENSORCAINE-EPI 0.25% (BUPIVACAINE/EPINEPHRINE 0.25% (2.5 MG/ML) 10ML PF VIAL)**<br>**See Dose Ins.** INJ ONCE/PRN<br>PRN Reason: FOR SURGERY CASE<br>Dose Ins: Dose per MD Order Intraop<br>Comments: INTRAOP<br>RX #: 001621417 | 02/19/20<br>02/19/20 | ED 0736 CATALJOD<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK |
| **ACD-ANTICOAGULANT CITRATE DEXTROSE (CITRATE DEXTROSE SOLUTION 500 ML SOLUTION)**<br>**See Dose Ins.** CELLSAVER ONCE/PRN<br>PRN Reason: FOR SURGERY CASE<br>Dose Ins: Dose per MD Order Intraop<br>Comments: INTRAOP<br>RX #: 001621419 | 02/19/20<br>02/19/20 | ED 0736 CATALJOD<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK |
| **LABETALOL HCL (LABETALOL MDV 5 MG/1 ML 20ML VIAL)**<br>**5 MG** IV Q10M/PRN<br>PRN Reason: Blood Pressure<br>Dose Ins: PRN SYSTOLIC BP GREATER THAN 160mmHG OR DIASTOLIC ABOVE 100mmHG FOR MAXIMUM DOSE=20mg HOLD FOR HEART RATE LESS THAN 70 IN PACU.<br>Comments: PACU ANESTHESIA<br><br>PRN SYSTOLIC BP GREATER THAN 160mmHG OR<br>DIASTOLIC ABOVE<br>100mmHG<br>MAXIMUM GIVEN=20mg<br>HOLD FOR HEART RATE LESS THAN 70 IN PACU.<br>RX #: 001621431 | 02/19/20 | ED 0736 CATALJOD<br>ED 0736 CATALJOD<br>ACK 1446 KENNEPAI<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK |

*** Continued on Page 20 ***

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **DEMEROL 50 MG/ML VIAL (MEPERIDINE HCL/PF 50 MG/ML VIAL)** | 02/19/20 | ED 0736 CATALJOD |
| **10 MG** IV Q5M/PRN | | ED 0736 CATALJOD |
| PRN Reason: SHIVERING | | ACK 1446 KENNEPAI |
| Dose Ins: MAXIMUM DOSE= 30MG IN PACU | | DC 1516 LANDRCHR |
| Comments: PACU ANESTHESIA | | ACK 1700 MCDANKAT |
| | | REV 1842 COOKBLAK |
| MAXIMUM DOSE= 30MG IN PACU | | |
| RX #: 001621432 | | |
| **VERSED (MIDAZOLAM HCL 1 MG/1 ML 2ML VIAL)** | 02/19/20 | ED 0736 CATALJOD |
| **0.5 MG** IV Q5M/PRN | | ACK 1446 KENNEPAI |
| PRN Reason: Anxiety | | DC 1516 LANDRCHR |
| Dose Ins: MAX DOSE = 2MG IN PACU | | ACK 1700 MCDANKAT |
| Comments: PACU ANESTHESIA | | REV 1842 COOKBLAK |
| MAX DOSE = 2MG IN PACU | | |
| RX #: 001621421 | | |
| **MORPHINE SULFATE (MORPHINE SULFATE PF 10 MG/ML VIAL)** | 02/19/20 | ED 0736 CATALJOD |
| **2 MG** IV Q5M/PRN | 02/24/20 | ACK 1446 KENNEPAI |
| PRN Reason: Severe Pain 8-10 | | DC 1516 LANDRCHR |
| Dose Ins: ADMINISTER IV PUSH DOSE OVER 5 MINUTE. MAX DOSE = 20MG IN PACU. | | ACK 1700 MCDANKAT |
| Comments: TITRATE FOR PAIN UNRELIEVED BE FENTANYL PACU ANESTHESIA ADMINISTER IV PUSH DOSE OVER 5 MINUTES. MAX DOSE = 5 ADMINISTRATIONS (20MG) OVER ONE HOUR IN PACU. NOTIFY MD FOR ALLERGY OR CONTINUED PAIN | | REV 1842 COOKBLAK |
| RX #: 001621422 | | |
| **ZOFRAN (ONDANSETRON SDV 4 MG/2 ML VIAL)** | 02/19/20 | ACK 0726 ROWLAERIN |
| **4 MG** IV Q8H/PRN | 02/26/20 | ED 0736 CATALJOD |
| PRN Reason: Nausea / Vomiting | | DC 1516 LANDRCHR |
| Comments: PACU ANESTHESIA | | ACK 1700 MCDANKAT |
| RX #: 001621423 | | REV 1842 COOKBLAK |

*** Continued on Page 21 ***

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **PHENERGAN (PROMETHAZINE HCL 25 MG/1ML INJECTION)** | 02/19/20 | ACK 0726 ROWLABIN |
| **6.25 MG** IVP Q30M/PRN | | ED 0736 CATALJOD |
| PRN Reason: Nausea / Vomiting | | DC 1516 LANDRCHR |
| Comments: PACU ANESTHESIA | | ACK 1700 MCDANKAT |
| IF ZOFRAN IS NOT EFFECTIVE. | | REV 1842 COOKBLAK |
| MAXIMUM DOSE 2 ADMINISTRATIONS (12.5MG) | | |
| RX #: 001621424 | | |
| **S2 RACEPINEPHRINE (RACEPINEPHRINE 2.25% INH 1 EACH NEB)** | 02/19/20 | ED 0736 CATALJOD |
| **1 EACH** NEB Q4H/PRN | | ED 0736 CATALJOD |
| PRN Reason: Respiratory Complications | | ACK 1446 KENNEPAI |
| Dose Ins: TAKE 0.5ML DILUTED WITH 3ML OF | | DC 1516 LANDRCHR |
| STERILE 0.9% SODIUM CHLORIDE | | ACK 1700 MCDANKAT |
| AND GIVE PER NEBULIZER | | REV 1842 COOKBLAK |
| RX #: 001621425 | | |
| **LIDOCAINE 1%-EPI 1:100,000 (LIDOCAINE/EPI PF 1% 20ML VIAL)** | 02/19/20 | ED 0736 CATALJOD |
| **See Dose Ins.** INJ ONCE/PRN | | ED 0736 CATALJOD |
| PRN Reason: FOR SURGERY CASE | | DC 1516 LANDRCHR |
| Dose Ins: DOSE PER MD ORDER INTRAOP | | ACK 1700 MCDANKAT |
| Comments: INTRAOP | | REV 1842 COOKBLAK |
| RX #: 001621427 | | |
| **DEPO-MEDROL (methylPREDNISOLONE ACETATE 40 MG/ML VIAL)** | 02/19/20 | ED 0736 CATALJOD |
| **40 MG** INJ ONCE/PRN | 02/19/20 | DC 1516 LANDRCHR |
| PRN Reason: FOR SURGERY CASE | | ACK 1700 MCDANKAT |
| Dose Ins: Dose per MD Order Intraop | | REV 1842 COOKBLAK |
| Comments: INTRAOP | | |
| RX #: 001621428 | | |
| **DEPO-MEDROL (methylPREDNISOLONE ACETATE 80 MG/ML VIAL)** | 02/19/20 | ED 0736 CATALJOD |
| **80 MG** INJ ONCE/PRN | 02/19/20 | DC 1516 LANDRCHR |
| PRN Reason: FOR SURGERY CASE | | ACK 1700 MCDANKAT |
| Dose Ins: Dose per MD Order Intraop | | REV 1842 COOKBLAK |
| Comments: INTRAOP | | |
| RX #: 001621429 | | |

*** Continued on Page 22 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **THROMBIN-JMI (THROMBIN (BOVINE) 5,000 UNIT VIAL)**<br>**5,000 UNIT** TOP ONCE/PRN<br>PRN Reason: FOR SURGERY CASE<br>Dose Ins: Dose per MD Order Intraop<br>Comments: INTRAOP<br>RX #: 001621430 | 02/19/20<br>02/19/20 | ED 0736 CATALJOD<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>REV 1842 COOKBLAK |
| **OFIRMEV (ACETAMINOPHEN IV 1000 MG/100 ML VIAL)**<br>**1,000 MG** IV ONCE/PRN<br>PRN Reason: If 6hrs after preop dose &NPO<br>Dose Ins: ACETAMINOPHEN IV 1000MG OVER 15 MINUTES WITH<br>VENTED TUBING.<br>RX #: 001622614 | 02/19/20 | ED 1435 CATALJOD<br>ACK 1446 KENNEPAI<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT |
| **ROBAXIN 1 GRAM IVPB 100 ML**<br>**(METHOCARBAMOL 1000 MG IN 0.9% NACL 100 ML BAG)**<br>200 MLS/HR IVPB ONCE/PRN<br>PRN Reason: Muscle Spasms<br>Comments: ROBAXIN 1000MG IN 100MLS OF 0.9% NACL<br>GIVE IF PATIENT CANNOT TAKE MEDICATION BY<br>MOUTH.<br><br>Alternate with Valium<br>(4 hours between doses of each drug)<br>RX #: 001622615 | 02/19/20 | 1430 KENNEPAI at 1430 GAVE: 100 mLs<br>NDC/DIN: (SOURCE: Default NDCs)<br>00641610325 METH1GMNS - METHOCARBAMOL 1000 MG IN 0.9%..<br>ED 1435 CATALJOD<br>ACK 1446 KENNEPAI<br>DC 1516 LANDRCHR<br>ACK 1700 MCDANKAT<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: METH1GMNS Drug Waste%: 0 |
| **TYLENOL (ACETAMINOPHEN 325 MG TABLET)**<br>**650 MG** PO EVERY 6 HOURS/PRN<br>PRN Reason: Mild Pain 1-3<br>RX #: 001622620 | 02/19/20<br>02/26/20 | ED 1523 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |

*** Continued on Page 23 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **DULCOLAX (BISACODYL 5 MG EC TABLET)**<br>**10 MG** PO DAILY/PRN<br>PRN Reason: Constipation<br>Dose Ins: AS NEEDED FOR CONSTIPATION.<br>MAY GIVE RECTAL VERSION IF<br>PATIENT CAN NOT TOLERATE ORAL<br>MEDICATIONS.<br>RX #: 001622621 | 02/19/20 | ED 1523 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |
| **DULCOLAX SUPPOSITORY (BISACODYL 10 MG SUPPOSITORY)**<br>**10 MG** RC DAILY/PRN<br>PRN Reason: Constipation<br>Dose Ins: AS NEEDED FOR CONSTIPATION.<br>MAY USE TABLET VERSION IF<br>TOLERABLE TO ORAL MEDICATIONS.<br>RX #: 001622622 | 02/19/20 | ED 1523 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |
| **FLEXERIL (CYCLOBENZAPRINE HCL 10 MG TABLET)**<br>**10 MG** PO THREE TIMES A DAY/PRN<br>PRN Reason: Severe Muscle Spasms<br>RX #: 001622623 | 02/19/20 | ED 1523 CATALJOD<br>ACK 1545 MCDANKAT<br>1545 MCDANKAT at 1545 GAVE: 10 MG<br>NDC/DIN: (SOURCE: eMAR)<br>0591565801 CYCL10T - CYCLOBENZAPRINE HCL 10 MG TABLET<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK<br>2359 COOKBLAK at 2359 GAVE: 10 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6373953110 CYCL10T - CYCLOBENZAPRINE HCL 10 MG TABLET<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: CYCL10T Drug Waste%: 0<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: CYCL10T Drug Waste%: 0 |
| **BENADRYL (diphenhydrAMINE HCL 25 MG CAPSULE)**<br>**25 MG** PO Q6H/PRN<br>PRN Reason: Pruritus<br>RX #: 001622624 | 02/19/20 | ED 1523 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |

*** Continued on Page 24 ***

**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **DILAUDID (HYDROmorphone HCL 2 MG/ML VIAL)** | 02/19/20 | ED 1527 CATALJOD |
| **1 MG** IM Q3H/PRN | | ED 1527 CATALJOD |
| PRN Reason: Breakthrough Pain | | ACK 1700 MCDANKAT |
| Dose Ins: PRN FOR SEVERE BREAKTHROUGH PAIN | | REV 1840 COOKBLAK |
| Comments: PRN BREAKTHROUGH PAIN UNRELEIVED BY MORPHINE | | REV 1842 COOKBLAK |
| RX #: 001622638 | | |
| **MECLIZINE HCL (MECLIZINE HCL 25 MG TABLET)** | 02/19/20 | ED 1537 CATALJOD |
| **25 MG** PO THREE TIMES A DAY/PRN | | ED 1537 CATALJOD |
| PRN Reason: Dizziness | | ACK 1700 MCDANKAT |
| RX #: 001622649 | | REV 1840 COOKBLAK |
| | | REV 1842 COOKBLAK |
| **ROBAXIN (METHOCARBAMOL 750 MG TABLET)** | 02/19/20 | ED 1530 CATALJOD |
| **750 MG** PO Q8H/PRN | 02/26/20 | ED 1530 CATALJOD |
| PRN Reason: Muscle Spasms | | ACK 1700 MCDANKAT |
| RX #: 001622643 | | REV 1840 COOKBLAK |
| | | REV 1842 COOKBLAK |
| | | 0412 COOKBLAK at 0412 GAVE: 750 MG |
| | | NDC/DIN: (SOURCE: eMAR) |
| | | 43547022610 METH750T - METHOCARBAMOL 750 MG TABLET |
| **ROBAXIN 1 GRAM IVPB 100 ML** | 02/19/20 | ED 1530 CATALJOD |
| **(METHOCARBAMOL 1000 MG IN 0.9% NACL 100 ML BAG)** | | ED 1530 CATALJOD |
| 200 MLS/HR IVPB Q8H/PRN | | ACK 1700 MCDANKAT |
| PRN Reason: Muscle Spasms | | REV 1840 COOKBLAK |
| Comments: ROBAXIN 1000MG IN 100MLS OF 0.9% NACL | | REV 1842 COOKBLAK |
| GIVE IF PATIENT CANNOT TAKE MEDICATION BY | | |
| MOUTH. | | |
| | | |
| Alternate with Valium | | |
| (4 hours between doses of each drug) | | |
| RX #: 001622644 | | |
| **MORPHINE SULFATE (MORPHINE SULFATE PF 10 MG/ML VIAL)** | 02/19/20 | ED 1526 CATALJOD |
| **3 MG** IM Q3H/PRN | 02/24/20 | ACK 1700 MCDANKAT |
| PRN Reason: Breakthrough Pain | | REV 1840 COOKBLAK |
| RX #: 001622637 | | REV 1842 COOKBLAK |

*** Continued on Page 25 ***

**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **ZOFRAN ODT (ONDANSETRON ODT 4 MG TAB.RAPDIS)**<br>**4 MG** PO Q6H/PRN<br>PRN Reason: Nausea / Vomiting<br>RX #: 001622635 | 02/19/20 | ED 1525 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |
| **ZOFRAN (ONDANSETRON SDV 4 MG/2 ML VIAL)**<br>**4 MG** IV EVERY 6 HOURS/PRN<br>PRN Reason: Nausea / Vomiting<br>RX #: 001622636 | 02/19/20<br>02/26/20 | ED 1525 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |
| **PERCOCET (oxyCODONE/APAP 10MG/325MG TABLET)**<br>**1 EACH** PO Q4H/PRN<br>PRN Reason: Moderate to Severe Pain 4-10<br>RX #: 001622639 | 02/19/20 | ED 1528 CATALJOD<br>ED 1528 CATALJOD<br>ACK 1545 MCDANKAT<br>1545 MCDANKAT at 1545 GAVE: 1 EACH<br>NDC/DIN: (SOURCE: eMAR)<br>6830848047 OXYC-368 - oxyCODONE/APAP 10MG/325MG TABLET<br>Admin Queries<br>Pain Intensity: 10 Pasero Opioid-induced Sedation Scale: 2<br>1615 REASSESS by MCDANKAT at 1615<br>Reassessment: MAR Pain Assessment<br>Pain Intensity: 10<br>Pasero Opioid-induced Sedation Scale: 2<br>DC 1817 ALISHIFA<br>REV 1842 COOKBLAK<br>TKN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: OXYC-368 Drug Waste%: 0 |
| **CHLORASEPTIC THROAT SPRAY (PHENOL/SODIUM PHENOLATE 5,000 SPRAYS/180 ML BOTTLE)**<br>**5 SPRAYS** MT AS NEEDED/PRN<br>PRN Reason: Sore Throat<br>Dose Ins: MAY USE UP TO 5 SPRAYS EVERY 2 HOURS AS NEEDED FOR SORE THROAT.<br>PATIENT EDUCATION ON USE -- MAY LEAVE AT BEDSIDE TABLE.<br>RX #: 001622630 | 02/19/20 | ED 1524 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |

*** Continued on Page 26 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **PHENERGAN (PROMETHAZINE HCL 25 MG TABLET)**<br>**25 MG** PO Q6H/PRN<br>PRN Reason: Nausea / Vomiting<br>Comments: Give if Zofran Ineffective<br>RX #: 001622633 | 02/19/20 | ED 1524 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |
| **PHENERGAN (PROMETHAZINE HCL 25 MG/1ML INJECTION)**<br>**25 MG** IM Q6H/PRN<br>PRN Reason: Nausea / Vomiting<br>Comments: Give if Zofran Ineffective<br>RX #: 001622634 | 02/19/20 | ED 1524 CATALJOD<br>ACK 1700 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK |

*** Continued on Page 27 ***

**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/19/20 to 0659 02/20/20 (Continued) | START/ STOP | |
|---|---|---|
| **OXYCODONE HCL (OXYCODONE 15MG TABLET)**<br>**15 MG** PO Q4H/PRN<br>PRN Reason: Moderate Pain 4-7<br>Comments: ***IMMEDIATE RELEASE***LASA***<br>RX #: 001622778 | 02/19/20 | ENTER 1818 ALISHIFA<br>ACK 1831 MCDANKAT<br>REV 1840 COOKBLAK<br>REV 1842 COOKBLAK<br>1952 COOKBLAK at 1952 GAVE: 15 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6808418411 OXYC15T - OXYCODONE 15MG TABLET<br>Admin Queries<br>Pain Intensity: 10 Pasero Opioid-induced Sedation Scale: S<br>2022 REASSESS by COOKBLAK at 2022<br>Reassessment: MAR Pain Assessment<br>Pain Intensity: 9<br>Pasero Opioid-induced Sedation Scale: 2<br>2358 COOKBLAK at 2358 GAVE: 15 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6808418411 OXYC15T - OXYCODONE 15MG TABLET<br>Admin Queries<br>Pain Intensity: 9 Pasero Opioid-induced Sedation Scale: 2<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: OXYC15T Drug Waste%: 0<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: OXYC15T Drug Waste%: 0<br>0028 REASSESS by COOKBLAK at 0028<br>Reassessment: MAR Pain Assessment<br>Pain Intensity: 8<br>Pasero Opioid-induced Sedation Scale: 2<br>0412 COOKBLAK at 0412 GAVE: 15 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6808418411 OXYC15T - OXYCODONE 15MG TABLET<br>Admin Queries<br>Pain Intensity: 9 Pasero Opioid-induced Sedation Scale: S<br>0442 REASSESS by COOKBLAK at 0442<br>Reassessment: MAR Pain Assessment<br>Pain Intensity: 8<br>Pasero Opioid-induced Sedation Scale: S |

| ADMINISTRATION PERIOD: 0700 02/20/20 to 0659 02/21/20 | START/ STOP | |
|---|---|---|

*** Continued on Page 28 ***

**Progress Notes**



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/20/20 to 0659 02/21/20 (Continued) | START/ STOP | | | |
|---|---|---|---|---|
| **NORMAL SALINE 1,000 ML** | 02/19/20 | 0928 MCDANKAT at 0804 GAVE: 110 MLS/HR | | |
| **(0.9 % SODIUM CHLORIDE 1000 ML IV SOLN)** | | NDC/DIN: (SOURCE: eMAR) | | |
| 110 MLS/HR IV .Q9H6M | | 0264780000 | NS1L | - 0.9 % SODIUM CHLORIDE 1000 ML.. |
| RX #: 001622619 | | *1834 MCDANKAT at 1847 fluids dc'ed | | |
| | | NDC/DIN: (SOURCE: Default NDCs) | | |
| | | 00264780000 | NS1L | - 0.9 % SODIUM CHLORIDE 1000 ML... |
| | | TXN 0001 PHABKGJOB | | |
| | | MEDI.WASTE - Medicare Waste | | |
| | | Description: NS1L Drug Waste%: 0 | | |
| | | TXN 0001 PHABKGJOB | | |
| | | MEDI.WASTE - Medicare Waste | | |
| | | Description: NS1L Drug Waste%: 0 | | |
| | | REV 0335 ADAMSBOB | | |
| | | *0340 ADAMSBOB at 0335 fluids d/c | | |
| | | NDC/DIN: (SOURCE: Default NDCs) | | |
| | | 00264780000 | NS1L | - 0.9 % SODIUM CHLORIDE 1000 ML... |
| **COREG (CARVEDILOL 12.5 MG TABLET)** | 02/19/20 | 0800 MCDANKAT at 0803 GAVE: 25 MG | | |
| **25 MG** PO TWICE DAILY WITH MEALS | | NDC/DIN: (SOURCE: eMAR) | | |
| RX #: 001622640 | | 0904630261 | CARV12.5T | - CARVEDILOL 12.5 MG TABLET |
| | | 1700 MCDANKAT at 1638 GAVE: 25 MG | | |
| | | NDC/DIN: (SOURCE: eMAR) | | |
| | | 0904630261 | CARV12.5T | - CARVEDILOL 12.5 MG TABLET |
| | | TXN 0001 PHABKGJOB | | |
| | | MEDI.WASTE - Medicare Waste | | |
| | | Description: CARV12.5T Drug Waste%: 0 | | |
| | | TXN 0002 PHABKGJOB | | |
| | | MEDI.WASTE - Medicare Waste | | |
| | | Description: CARV12.5T Drug Waste%: 0 | | |
| | | REV 0335 ADAMSBOB | | |

*** Continued on Page 29 ***

This document is part of the legal medical record.

Progress Notes



```
02/22/20                                  Medication Discharge Summary

Name LUNDBERG,TERESA C            Unit Num M000060887                  Account Num V00000345029

ADMINISTRATION PERIOD:                                   |START/ |
0700 02/20/20 to 0659 02/21/20 (Continued)               |STOP   |

ANCEF 2 GM-D5W BAG 50 ML                                 |02/19/20| 1330 MCDANKAT at 1246 GAVE: 100 MLS/HR
  (ceFAZolin/D5W 2 GRAMS/50 ML 2 GM/50 ML BAG)           |02/20/20|         NDC/DIN: (SOURCE:  Default NDCs)
100 MLS/HR IVPB Q8H                                      |        |         00264310511                    CEF2PRE    - ceFAZolin/D5W 2 GRAMS/50 ML 2..
 Total Bags: 3  (3 of 3 Given)                           |        | DC 1359  PHABKGJOB
RX #: 001622642                                          |        | TXN 0001  PHABKGJOB
                                                         |        |      MEDI.WASTE - Medicare Waste
                                                         |        |      Description: CEF2PRE Drug Waste%: 0
                                                         |        | TXN 0002  PHABKGJOB
                                                         |        |      MEDI.WASTE - Medicare Waste
                                                         |        |      Description: CEF2PRE Drug Waste%: 0

COLACE (DOCUSATE SODIUM 100 MG CAPSULE)                  |02/19/20| 0900 MCDANKAT at 0809 GAVE: 100 MG
100 MG PO TWICE A DAY                                    |        |         NDC/DIN: (SOURCE:  eMAR)
RX #: 001622625                                          |        |         6373947810                     DOCU100CAP - DOCUSATE SODIUM 100 MG CAPSULE
                                                         |        | 2100 ADAMSBOB at 2059 GAVE: 100 MG
                                                         |        |         NDC/DIN: (SOURCE:  eMAR)
                                                         |        |         6373947810                     DOCU100CAP - DOCUSATE SODIUM 100 MG CAPSULE
                                                         |        | TXN 0001  PHABKGJOB
                                                         |        |      MEDI.WASTE - Medicare Waste
                                                         |        |      Description: DOCU100CAP Drug Waste%: 0
                                                         |        | TXN 0002  PHABKGJOB
                                                         |        |      MEDI.WASTE - Medicare Waste
                                                         |        |      Description: DOCU100CAP Drug Waste%: 0
                                                         |        | REV 0335  ADAMSBOB

CYMBALTA (DULoxetine HCL 60 MG DR CAPSULE)               |02/20/20| 0900 MCDANKAT at 0802 GAVE: 60 MG
60 MG PO DAILY                                           |        |         NDC/DIN: (SOURCE:  eMAR)
RX #: 001622626                                          |        |         2724109903                     DULO60C    - DULoxetine HCL 60 MG DR CAPSULE
                                                         |        | TXN 0001  PHABKGJOB
                                                         |        |      MEDI.WASTE - Medicare Waste
                                                         |        |      Description: DULO60C Drug Waste%: 0
                                                         |        | REV 0335  ADAMSBOB
```

*** Continued on Page 30 ***

**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/20/20 to 0659 02/21/20 (Continued) | START/ STOP | | |
|---|---|---|---|
| **CYMBALTA (DULoxetine HCL 30 MG DR CAPSULE)**<br>**30 MG** PO DAILY<br>Comments: CONTROL RELEASE...DO NOT CRUSH OR CHEW<br>RX #: 001622627 | 02/20/20 | 0900 MCDANKAT at 0802 GAVE: 30 MG<br>NDC/DIN: (SOURCE: eMAR)<br>27241009803<br>TXN 0001 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: DULOX30C Drug Waste%: 0<br>REV 0335 ADAMSBOB | <br><br>DULOX30C - DULoxetine HCL 30 MG DR CAPSULE |
| **PEPCID (FAMOTIDINE 20 MG TABLET)**<br>**20 MG** PO TWICE A DAY<br>RX #: 001622628 | 02/19/20 | 0900 MCDANKAT at 0803 GAVE: 20 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6373964510<br>2100 ADAMSBOB at 2059 GAVE: 20 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6373964510<br>TXN 0001 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: FAMO20T Drug Waste%: 0<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: FAMO20T Drug Waste%: 0<br>REV 0335 ADAMSBOB | <br><br>FAMO20T - FAMOTIDINE 20 MG TABLET<br><br><br>FAMO20T - FAMOTIDINE 20 MG TABLET |
| **FLUZONE QUAD 2019-2020 (FLU VACC QUAD 2019-20(6MOS UP) 60 MCG/0.5 ML VIAL)**<br>**60 MCG** IM ONCE/ONE<br>RX #: 001622629 | 02/21/20<br>02/21/20 | REV 0335 ADAMSBOB<br>*0600 ADAMSBOB at 0522 pt already vaccinated<br>NDC/DIN: (SOURCE: Default NDCs)<br>49281063115<br>DC 0601 PHABKGJOB | <br><br><br>FLU60VIA51 - FLU VACC QUAD 2019-20(6MOS UP... |
| **LYRICA (PREGABALIN 75 MG CAPSULE)**<br>**75 MG** PO EVERY MORNING<br>RX #: 001622631 | 02/20/20 | 0900 MCDANKAT at 0803 GAVE: 75 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6068749511<br>TXN 0001 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: PREG75C Drug Waste%: 0<br>REV 0335 ADAMSBOB | <br><br>PREG75C - PREGABALIN 75 MG CAPSULE |

*** Continued on Page 31 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/20/20 to 0659 02/21/20 (Continued) | START/ STOP | | |
|---|---|---|---|
| **LYRICA (PREGABALIN 75 MG CAPSULE)**<br>**150 MG** PO BEDTIME<br>RX #: 001622632 | 02/19/20 | 2100 ADAMSBOB at 2058 GAVE: 150 MG<br>NDC/DIN: (SOURCE: eMAR)<br>64980041209<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: PREG75C Drug Waste%: 0<br>REV 0335 ADAMSBOB | PREG75C - PREGABALIN 75 MG CAPSULE |
| **VENLAFAXINE HCL ER (VENLAFAXINE HCL 75 MG CAP CR)**<br>**150 MG** PO DAILY<br>RX #: 001622645 | 02/20/20 | 0900 MCDANKAT at 0804 GAVE: 150 MG<br>NDC/DIN: (SOURCE: eMAR)<br>68084709011<br>TXN 0001 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: VENL75CXR Drug Waste%: 0<br>REV 0335 ADAMSBOB | VENL75CXR - VENLAFAXINE HCL 75 MG CAP CR |
| **LISINOPRIL (LISINOPRIL 20 MG TABLET)**<br>**20 MG** PO DAILY<br>Comments: HOLD BP MEDS IF SYSTOLIC BELOW 110 OR DIASTOLIC BELOW 60.<br>RX #: 001622646 | 02/19/20 | *0900 MCDANKAT at 0749 DBP<br>NDC/DIN: (SOURCE: Default NDCs)<br>51079098320<br>REV 0335 ADAMSBOB | LISI20T - LISINOPRIL 20 MG TABLET |
| **HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE 25 MG TABLET)**<br>**12.5 MG** PO DAILY<br>Comments: HOLD BP MEDS IF SYSTOLIC BELOW 110 OR DIASTOLIC BELOW 60<br>RX #: 001622647 | 02/19/20 | *0900 MCDANKAT at 0748 DBP<br>NDC/DIN: (SOURCE: Default NDCs)<br>63739012810<br>REV 0335 ADAMSBOB | HCTZ25T - HYDROCHLOROTHIAZIDE 25 MG TABLE |

*** Continued on Page 32 ***

**This document is part of the legal medical record.**

**Progress Notes**



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

```
ADMINISTRATION PERIOD:                                   |START/|
0700 02/20/20 to 0659 02/21/20 (Continued)               |STOP  |

OXYCONTIN (oxyCODONE HCL 20 MG TAB.ER.12H)               |02/20/20| ED 1006  EASTVICT
20 MG PO TWICE A DAY                                     |        | ACK 1024  MCDANKAT
Dose Ins: give first dose tonight at 9 pm and then continue BId dosing | | 2100 ADAMSBOB at 2059 GAVE: 20 MG
         at 9am/9pm                                      |        |        NDC/DIN: (SOURCE:  eMAR)
Comments: ***EXTENDED RELEASE***LASA***                  |        |        5901142020          OXYC20TER  - oxyCODONE HCL 20 MG TAB.ER.12H
         ***DO NOT CRUSH OR CHEW***                      |        |     Admin Queries
RX #: 001624064                                          |        |     Pain Intensity: 9  Pasero Opioid-induced Sedation Scale: 1
                                                         |        | 2129 REASSESS by ADAMSBOB at 2129
                                                         |        |   Reassessment: MAR Pain Assessment
                                                         |        |   Pain Intensity: 6
                                                         |        |   Pasero Opioid-induced Sedation Scale: 1
                                                         |        | TXN 0002  PHABKGJOB
                                                         |        |     MEDI.WASTE - Medicare Waste
                                                         |        |     Description: OXYC20TER Drug Waste%: 0
                                                         |        | REV 0334  ADAMSBOB
                                                         |        | REV 0334  ADAMSBOB
                                                         |        | REV 0335  ADAMSBOB

BACITRACIN (BACITRACIN 28 GM OINT)                       |02/20/20| ED 1009  EASTVICT
28 GM TOP TWICE A DAY                                    |        | ACK 1024  MCDANKAT
Dose Ins: APPLY A SMALL STRIP TO AFFECTED AREA           |        | ED 1140  EASTVICT
Comments: apply left thigh                               |        | ED 1140  EASTVICT
RX #: 001624074                                          |        | ED 1140  EASTVICT
                                                         |        | ACK 1142  MCDANKAT
                                                         |        | 1145 MCDANKAT at 1151 GAVE: 28 GM
                                                         |        |        NDC/DIN: (SOURCE:  eMAR)
                                                         |        |        0713028031          BACIOINT   - BACITRACIN 28 GM OINT
                                                         |        | 2100 ADAMSBOB at 2059 GAVE: 28 GM
                                                         |        |        NDC/DIN: (SOURCE:  eMAR)
                                                         |        |        0713028031          BACIOINT   - BACITRACIN 28 GM OINT
                                                         |        | TXN 0002  PHABKGJOB
                                                         |        |     MEDI.WASTE - Medicare Waste
                                                         |        |     Description: BACIOINT Drug Waste%: 0
                                                         |        | TXN 0002  PHABKGJOB
                                                         |        |     MEDI.WASTE - Medicare Waste
                                                         |        |     Description: BACIOINT Drug Waste%: 0
                                                         |        | REV 0334  ADAMSBOB
                                                         |        | REV 0334  ADAMSBOB
                                                         |        | REV 0335  ADAMSBOB
```

*** Continued on Page 33 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/20/20 to 0659 02/21/20 (Continued) | START/ STOP | |
|---|---|---|
| **TYLENOL (ACETAMINOPHEN 325 MG TABLET)**<br>**650 MG** PO EVERY 6 HOURS/PRN<br>PRN Reason: Mild Pain 1-3<br>RX #: 001622620 | 02/19/20<br>02/26/20 | REV 0335 ADAMSBOB |
| **DULCOLAX (BISACODYL 5 MG EC TABLET)**<br>**10 MG** PO DAILY/PRN<br>PRN Reason: Constipation<br>Dose Ins: AS NEEDED FOR CONSTIPATION. MAY GIVE RECTAL VERSION IF PATIENT CAN NOT TOLERATE ORAL MEDICATIONS.<br>RX #: 001622621 | 02/19/20 | 0803 MCDANKAT at 0803 GAVE: 10 MG<br>NDC/DIN: (SOURCE: eMAR)<br>0904640761 BISA5T - BISACODYL 5 MG EC TABLET<br>TXN 0001 PHABEGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: BISA5T Drug Waste%: 0<br>REV 0335 ADAMSBOB |
| **DULCOLAX SUPPOSITORY (BISACODYL 10 MG SUPPOSITORY)**<br>**10 MG** RC DAILY/PRN<br>PRN Reason: Constipation<br>Dose Ins: AS NEEDED FOR CONSTIPATION. MAY USE TABLET VERSION IF TOLERABLE TO ORAL MEDICATIONS.<br>RX #: 001622622 | 02/19/20 | REV 0335 ADAMSBOB |
| **FLEXERIL (CYCLOBENZAPRINE HCL 10 MG TABLET)**<br>**10 MG** PO THREE TIMES A DAY/PRN<br>PRN Reason: Severe Muscle Spasms<br>RX #: 001622623 | 02/19/20 | REV 0335 ADAMSBOB |
| **BENADRYL (diphenhydrAMINE HCL 25 MG CAPSULE)**<br>**25 MG** PO Q6H/PRN<br>PRN Reason: Pruritus<br>RX #: 001622624 | 02/19/20 | REV 0335 ADAMSBOB |

*** Continued on Page 34 ***
**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/20/20 to 0659 02/21/20 (Continued) | START/ STOP | |
|---|---|---|
| **DILAUDID (HYDROmorphone HCL 2 MG/ML VIAL)**<br>**1 MG** IM Q3H/PRN<br>PRN Reason: Breakthrough Pain<br>Dose Ins: PRN FOR SEVERE BREAKTHROUGH PAIN<br>Comments: PRN BREAKTHROUGH PAIN UNRELEIVED BY MORPHINE<br>RX #: 001622638 | 02/19/20 | REV 0335 ADAMSBOB |
| **MECLIZINE HCL (MECLIZINE HCL 25 MG TABLET)**<br>**25 MG** PO THREE TIMES A DAY/PRN<br>PRN Reason: Dizziness<br>RX #: 001622649 | 02/19/20 | REV 0335 ADAMSBOB |
| **ROBAXIN (METHOCARBAMOL 750 MG TABLET)**<br>**750 MG** PO Q8H/PRN<br>PRN Reason: Muscle Spasms<br>RX #: 001622643 | 02/19/20<br>02/26/20 | 1247 MCDANKAT at 1247 GAVE: 750 MG<br>NDC/DIN: (SOURCE: eMAR)<br>43547022610 METH750T - METHOCARBAMOL 750 MG TABLET<br>TXN 0001 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: METH750T Drug Waste%: 0<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: METH750T Drug Waste%: 0<br>REV 0335 ADAMSBOB |
| **ROBAXIN 1 GRAM IVPB 100 ML**<br>**(METHOCARBAMOL 1000 MG IN 0.9% NACL 100 ML BAG)**<br>200 MLS/HR IVPB Q8H/PRN<br>PRN Reason: Muscle Spasms<br>Comments: ROBAXIN 1000MG IN 100MLS OF 0.9% NACL<br>GIVE IF PATIENT CANNOT TAKE MEDICATION BY<br>MOUTH.<br><br>Alternate with Valium<br>(4 hours between doses of each drug)<br>RX #: 001622644 | 02/19/20 | REV 0335 ADAMSBOB |

*** Continued on Page 35 ***

**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/20/20 to 0659 02/21/20 (Continued) | START/ STOP | |
|---|---|---|
| **MORPHINE SULFATE (MORPHINE SULFATE PF 10 MG/ML VIAL)**<br>**3 MG** IM Q3H/PRN<br>PRN Reason: Breakthrough Pain<br>RX #: 001622637 | 02/19/20<br>02/24/20 | REV 0335 ADAMSBOB |
| **ZOFRAN ODT (ONDANSETRON ODT 4 MG TAB.RAPDIS)**<br>**4 MG** PO Q6H/PRN<br>PRN Reason: Nausea / Vomiting<br>RX #: 001622635 | 02/19/20 | REV 0335 ADAMSBOB |
| **ZOFRAN (ONDANSETRON SDV 4 MG/2 ML VIAL)**<br>**4 MG** IV EVERY 6 HOURS/PRN<br>PRN Reason: Nausea / Vomiting<br>RX #: 001622636 | 02/19/20<br>02/26/20 | REV 0335 ADAMSBOB |
| **CHLORASEPTIC THROAT SPRAY (PHENOL/SODIUM PHENOLATE 5,000 SPRAYS/180 ML BOTTLE)**<br>**5 SPRAYS** MT AS NEEDED/PRN<br>PRN Reason: Sore Throat<br>Dose Ins: MAY USE UP TO 5 SPRAYS EVERY 2 HOURS AS NEEDED FOR SORE THROAT.<br>PATIENT EDUCATION ON USE -- MAY LEAVE AT BEDSIDE TABLE.<br>RX #: 001622630 | 02/19/20 | REV 0335 ADAMSBOB |
| **PHENERGAN (PROMETHAZINE HCL 25 MG TABLET)**<br>**25 MG** PO Q6H/PRN<br>PRN Reason: Nausea / Vomiting<br>Comments: Give if Zofran Ineffective<br>RX #: 001622633 | 02/19/20 | REV 0335 ADAMSBOB |
| **PHENERGAN (PROMETHAZINE HCL 25 MG/1ML INJECTION)**<br>**25 MG** IM Q6H/PRN<br>PRN Reason: Nausea / Vomiting<br>Comments: Give if Zofran Ineffective<br>RX #: 001622634 | 02/19/20 | REV 0335 ADAMSBOB |

*** Continued on Page 36 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/20/20 to 0659 02/21/20 (Continued) | START/ STOP | |
|---|---|---|
| **OXYCODONE HCL (OXYCODONE 15MG TABLET)**<br>**15 MG** PO Q4H/PRN<br>PRN Reason: Moderate Pain 4-7<br>Comments: ***IMMEDIATE RELEASE***LASA***<br>RX #: 001622778 | 02/19/20 | 0804 MCDANKAT at 0804 GAVE: 15 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6808418411 OXYC15T - OXYCODONE 15MG TABLET<br>Admin Queries<br>Pain Intensity: 9 Pasero Opioid-induced Sedation Scale: 1<br>0834 REASSESS by MCDANKAT at 0834<br>Reassessment: MAR Pain Assessment<br>Pain Intensity: 8<br>Pasero Opioid-induced Sedation Scale: 1<br>1247 MCDANKAT at 1247 GAVE: 15 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6808418411 OXYC15T - OXYCODONE 15MG TABLET<br>Admin Queries<br>Pain Intensity: 6 Pasero Opioid-induced Sedation Scale: 1<br>1317 REASSESS by MCDANKAT at 1317<br>Reassessment: MAR Pain Assessment<br>Pain Intensity: 5<br>Pasero Opioid-induced Sedation Scale: 1<br>1639 MCDANKAT at 1639 GAVE: 15 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6808418411 OXYC15T - OXYCODONE 15MG TABLET<br>Admin Queries<br>Pain Intensity: 9 Pasero Opioid-induced Sedation Scale: 1<br>1709 REASSESS by MCDANKAT at 1709<br>Reassessment: MAR Pain Assessment<br>Pain Intensity: 6<br>Pasero Opioid-induced Sedation Scale: 1<br>TXN 0001 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: OXYC15T Drug Waste%: 0<br>TXN 0001 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: OXYC15T Drug Waste%: 0<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: OXYC15T Drug Waste%: 0<br>TXN 0002 PHABKGJOB<br>MEDI.WASTE - Medicare Waste<br>Description: OXYC15T Drug Waste%: 0<br>REV 0335 ADAMSBOB |

*** Continued on Page 37 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

```
ADMINISTRATION PERIOD:                                  |START/|
0700 02/20/20 to 0659 02/21/20 (Continued)              |STOP  |

NORCO (HYDROCODONE/ACETAM 10MG/325MG TABLET)            |02/20/20| ED 1006  EASTVICT
1 EACH PO EVERY 4 HOURS/PRN                             |        | ACK 1024  MCDANKAT
PRN Reason: Moderate Pain 4-7                           |        | 2059 ADAMSBOB at 2059 GAVE: 1 EACH
Dose Ins: for BTP                                       |        |        NDC/DIN: (SOURCE:  eMAR)
Comments: NOTE 1 TABLET = 325MG OF ACETAMINOPHEN.       |        |        5026840211                    HYDR10325T - HYDROCODONE/ACETAM 10MG/325MG..
                                                        |        |     Admin Queries
          Do not give within 2 hours of IV/IM pain meds |        |     Pain Intensity: 9  Pasero Opioid-induced Sedation Scale: 1
RX #: 001624063                                         |        | 2129 REASSESS by ADAMSBOB at 2129
                                                        |        |   Reassessment: MAR Pain Assessment
                                                        |        |   Pain Intensity: 6
                                                        |        |   Pasero Opioid-induced Sedation Scale: 1
                                                        |        | TXN 0002  PHABKGJOB
                                                        |        |     MEDI.WASTE - Medicare Waste
                                                        |        |     Description: HYDR10325T Drug Waste%: 0
                                                        |        | REV 0334  ADAMSBOB
                                                        |        | REV 0334  ADAMSBOB
                                                        |        | REV 0335  ADAMSBOB
                                                        |        | 0559 ADAMSBOB at 0559 GAVE: 1 EACH
                                                        |        |        NDC/DIN: (SOURCE:  eMAR)
                                                        |        |        5026840211                    HYDR10325T - HYDROCODONE/ACETAM 10MG/325MG...
                                                        |        |     Admin Queries
                                                        |        |     Pain Intensity: 8  Pasero Opioid-induced Sedation Scale: 1
                                                        |        | 0629 REASSESS by ADAMSBOB at 0629
                                                        |        |   Reassessment: MAR Pain Assessment
                                                        |        |   Pain Intensity: 8
                                                        |        |   Pasero Opioid-induced Sedation Scale: 1

ADMINISTRATION PERIOD:                                  |START/|
0700 02/21/20 to 0659 02/22/20                          |STOP  |

NORMAL SALINE 1,000 ML                                  |02/19/20| *1246 MCDANKAT at 1336 fluids dc'ed
  (0.9 % SODIUM CHLORIDE 1000 ML IV SOLN)               |        |        NDC/DIN: (SOURCE:  Default NDCs)
110 MLS/HR IV .Q9H6M                                    |        |        00264780000                   NS1L      - 0.9 % SODIUM CHLORIDE 1000 ML..
RX #: 001622619                                         |        | DC 1458  DISCHARGE

COREG (CARVEDILOL 12.5 MG TABLET)                       |02/19/20| *0800 MCDANKAT at 0820 DEP
25 MG PO TWICE DAILY WITH MEALS                         |        |        NDC/DIN: (SOURCE:  Default NDCs)
RX #: 001622640                                         |        |        00007414120                   CARV12.5T  - CARVEDILOL 12.5 MG TABLET
                                                        |        | DC 1458  DISCHARGE
```

*** Continued on Page 38 ***
**This document is part of the legal medical record.**

Progress Notes



02/22/20

Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/21/20 to 0659 02/22/20 (Continued) | START/ STOP | | |
|---|---|---|---|
| **COLACE (DOCUSATE SODIUM 100 MG CAPSULE)**<br>**100 MG** PO TWICE A DAY<br>RX #: 001622625 | 02/19/20 | 0900 MCDANKAT at 0821 GAVE: 100 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6373947810<br>DC 1458 DISCHARGE | DOCU100CAP - DOCUSATE SODIUM 100 MG CAPSULE |
| **CYMBALTA (DULoxetine HCL 60 MG DR CAPSULE)**<br>**60 MG** PO DAILY<br>RX #: 001622626 | 02/20/20 | 0900 MCDANKAT at 0821 GAVE: 60 MG<br>NDC/DIN: (SOURCE: eMAR)<br>2724109903<br>DC 1458 DISCHARGE | DULO60C - DULoxetine HCL 60 MG DR CAPSULE |
| **CYMBALTA (DULoxetine HCL 30 MG DR CAPSULE)**<br>**30 MG** PO DAILY<br>Comments: CONTROL RELEASE...DO NOT CRUSH OR CHEW<br>RX #: 001622627 | 02/20/20 | 0900 MCDANKAT at 0821 GAVE: 30 MG<br>NDC/DIN: (SOURCE: eMAR)<br>27241009803<br>DC 1458 DISCHARGE | DULOX30C - DULoxetine HCL 30 MG DR CAPSULE |
| **PEPCID (FAMOTIDINE 20 MG TABLET)**<br>**20 MG** PO TWICE A DAY<br>RX #: 001622628 | 02/19/20 | 0900 MCDANKAT at 0822 GAVE: 20 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6373964510<br>DC 1458 DISCHARGE | FAMO20T - FAMOTIDINE 20 MG TABLET |
| **LYRICA (PREGABALIN 75 MG CAPSULE)**<br>**75 MG** PO EVERY MORNING<br>RX #: 001622631 | 02/20/20 | 0900 MCDANKAT at 0822 GAVE: 75 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6068749511<br>DC 1458 DISCHARGE | PREG75C - PREGABALIN 75 MG CAPSULE |
| **LYRICA (PREGABALIN 75 MG CAPSULE)**<br>**150 MG** PO BEDTIME<br>RX #: 001622632 | 02/19/20 | DC 1458 DISCHARGE | |
| **VENLAFAXINE HCL ER (VENLAFAXINE HCL 75 MG CAP CR)**<br>**150 MG** PO DAILY<br>RX #: 001622645 | 02/20/20 | 0900 MCDANKAT at 0822 GAVE: 150 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6808470911<br>DC 1458 DISCHARGE | VENL75CXR - VENLAFAXINE HCL 75 MG CAP CR |

*** Continued on Page 39 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/21/20 to 0659 02/22/20 (Continued) | START/ STOP | | | |
|---|---|---|---|---|
| **LISINOPRIL (LISINOPRIL 20 MG TABLET)**<br>**20 MG** PO DAILY<br>Comments: HOLD BP MEDS IF SYSTOLIC BELOW 110 OR DIASTOLIC BELOW 60.<br>RX #: 001622646 | 02/19/20 | *0900 MCDANKAT at 0820 DEP<br>NDC/DIN: (SOURCE: Default NDCs)<br>51079098320<br>DC 1458 DISCHARGE | LISI20T | - LISINOPRIL 20 MG TABLET |
| **HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE 25 MG TABLET)**<br>**12.5 MG** PO DAILY<br>Comments: HOLD BP MEDS IF SYSTOLIC BELOW 110 OR DIASTOLIC BELOW 60<br>RX #: 001622647 | 02/19/20 | *0900 MCDANKAT at 0820 DEP<br>NDC/DIN: (SOURCE: Default NDCs)<br>63739012810<br>DC 1458 DISCHARGE | HCTZ25T | - HYDROCHLOROTHIAZIDE 25 MG TABLE |
| **OXYCONTIN (oxyCODONE HCL 20 MG TAB.ER.12H)**<br>**20 MG** PO TWICE A DAY<br>Dose Ins: give first dose tonight at 9 pm and then continue BId dosing at 9am/9pm<br>Comments: ***EXTENDED RELEASE***LASA*** ***DO NOT CRUSH OR CHEW***<br>RX #: 001624064 | 02/20/20 | 0852 REASSESS by MCDANKAT at 0852<br>Reassessment: MAR Pain Assessment<br>Pain Intensity: 6<br>Pasero Opioid-induced Sedation Scale: 1<br>0900 MCDANKAT at 0822 GAVE: 20 MG<br>NDC/DIN: (SOURCE: eMAR)<br>5901142020<br>Admin Queries<br>Pain Intensity: 7 Pasero Opioid-induced Sedation Scale: 1<br>DC 1459 DISCHARGE | OXYC20TER | - oxyCODONE HCL 20 MG TAB.ER.12H |
| **BACITRACIN (BACITRACIN 28 GM OINT)**<br>**28 GM** TOP TWICE A DAY<br>Dose Ins: APPLY A SMALL STRIP TO AFFECTED AREA<br>Comments: apply left thigh<br>RX #: 001624074 | 02/20/20 | 0900 MCDANKAT at 0824 GAVE: 28 GM<br>NDC/DIN: (SOURCE: eMAR)<br>0713028031<br>DC 1459 DISCHARGE | BACIOINT | - BACITRACIN 28 GM OINT |
| **TYLENOL (ACETAMINOPHEN 325 MG TABLET)**<br>**650 MG** PO EVERY 6 HOURS/PRN<br>PRN Reason: Mild Pain 1-3<br>RX #: 001622620 | 02/19/20<br>02/26/20 | DC 1458 DISCHARGE | | |

*** Continued on Page 40 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/21/20 to 0659 02/22/20 (Continued) | START/ STOP | |
|---|---|---|
| **DULCOLAX (BISACODYL 5 MG EC TABLET)**<br>**10 MG** PO DAILY/PRN<br>PRN Reason: Constipation<br>Dose Ins: AS NEEDED FOR CONSTIPATION. MAY GIVE RECTAL VERSION IF PATIENT CAN NOT TOLERATE ORAL MEDICATIONS.<br>RX #: 001622621 | 02/19/20 | 0821 MCDANKAT at 0821 GAVE: 10 MG<br>NDC/DIN: (SOURCE: eMAR)<br>0904640761 BISA5T - BISACODYL 5 MG EC TABLET<br>DC 1458 DISCHARGE |
| **DULCOLAX SUPPOSITORY (BISACODYL 10 MG SUPPOSITORY)**<br>**10 MG** RC DAILY/PRN<br>PRN Reason: Constipation<br>Dose Ins: AS NEEDED FOR CONSTIPATION. MAY USE TABLET VERSION IF TOLERABLE TO ORAL MEDICATIONS.<br>RX #: 001622622 | 02/19/20 | DC 1458 DISCHARGE |
| **FLEXERIL (CYCLOBENZAPRINE HCL 10 MG TABLET)**<br>**10 MG** PO THREE TIMES A DAY/PRN<br>PRN Reason: Severe Muscle Spasms<br>RX #: 001622623 | 02/19/20 | DC 1458 DISCHARGE |
| **BENADRYL (diphenhydrAMINE HCL 25 MG CAPSULE)**<br>**25 MG** PO Q6H/PRN<br>PRN Reason: Pruritus<br>RX #: 001622624 | 02/19/20 | DC 1458 DISCHARGE |
| **DILAUDID (HYDROmorphone HCL 2 MG/ML VIAL)**<br>**1 MG** IM Q3H/PRN<br>PRN Reason: Breakthrough Pain<br>Dose Ins: PRN FOR SEVERE BREAKTHROUGH PAIN<br>Comments: PRN BREAKTHROUGH PAIN UNRELEIVED BY MORPHINE<br>RX #: 001622638 | 02/19/20 | DC 1458 DISCHARGE |

*** Continued on Page 41 ***
**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/21/20 to 0659 02/22/20 (Continued) | START/ STOP | |
|---|---|---|
| **MECLIZINE HCL (MECLIZINE HCL 25 MG TABLET)**<br>**25 MG** PO THREE TIMES A DAY/PRN<br>PRN Reason: Dizziness<br>RX #: 001622649 | 02/19/20 | DC 1458 DISCHARGE |
| **ROBAXIN (METHOCARBAMOL 750 MG TABLET)**<br>**750 MG** PO Q8H/PRN<br>PRN Reason: Muscle Spasms<br>RX #: 001622643 | 02/19/20<br>02/26/20 | 1428 MCDANKAT at 1428 GAVE: 750 MG<br>NDC/DIN: (SOURCE: eMAR)<br>43547022610 METH750T - METHOCARBAMOL 750 MG TABLET<br>DC 1458 DISCHARGE |
| **ROBAXIN 1 GRAM IVPB 100 ML**<br>**(METHOCARBAMOL 1000 MG IN 0.9% NACL 100 ML BAG)**<br>200 MLS/HR IVPB Q8H/PRN<br>PRN Reason: Muscle Spasms<br>Comments: ROBAXIN 1000MG IN 100MLS OF 0.9% NACL GIVE IF PATIENT CANNOT TAKE MEDICATION BY MOUTH.<br><br>Alternate with Valium<br>(4 hours between doses of each drug)<br>RX #: 001622644 | 02/19/20 | DC 1458 DISCHARGE |
| **MORPHINE SULFATE (MORPHINE SULFATE PF 10 MG/ML VIAL)**<br>**3 MG** IM Q3H/PRN<br>PRN Reason: Breakthrough Pain<br>RX #: 001622637 | 02/19/20<br>02/24/20 | DC 1458 DISCHARGE |
| **ZOFRAN ODT (ONDANSETRON ODT 4 MG TAB.RAPDIS)**<br>**4 MG** PO Q6H/PRN<br>PRN Reason: Nausea / Vomiting<br>RX #: 001622635 | 02/19/20 | DC 1458 DISCHARGE |
| **ZOFRAN (ONDANSETRON SDV 4 MG/2 ML VIAL)**<br>**4 MG** IV EVERY 6 HOURS/PRN<br>PRN Reason: Nausea / Vomiting<br>RX #: 001622636 | 02/19/20<br>02/26/20 | DC 1458 DISCHARGE |

*** Continued on Page 42 ***
**This document is part of the legal medical record.**

Progress Notes



02/22/20 Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

| ADMINISTRATION PERIOD: 0700 02/21/20 to 0659 02/22/20 (Continued) | START/ STOP | |
|---|---|---|
| **CHLORASEPTIC THROAT SPRAY (PHENOL/SODIUM PHENOLATE 5,000 SPRAYS/180 ML BOTTLE)**<br>**5 SPRAYS** MT AS NEEDED/PRN<br>PRN Reason: Sore Throat<br>Dose Ins: MAY USE UP TO 5 SPRAYS EVERY 2 HOURS AS NEEDED FOR SORE THROAT.<br>PATIENT EDUCATION ON USE -- MAY LEAVE AT BEDSIDE TABLE.<br>RX #: 001622630 | 02/19/20 | DC 1458 DISCHARGE |
| **PHENERGAN (PROMETHAZINE HCL 25 MG TABLET)**<br>**25 MG** PO Q6H/PRN<br>PRN Reason: Nausea / Vomiting<br>Comments: Give if Zofran Ineffective<br>RX #: 001622633 | 02/19/20 | DC 1458 DISCHARGE |
| **PHENERGAN (PROMETHAZINE HCL 25 MG/1ML INJECTION)**<br>**25 MG** IM Q6H/PRN<br>PRN Reason: Nausea / Vomiting<br>Comments: Give if Zofran Ineffective<br>RX #: 001622634 | 02/19/20 | DC 1458 DISCHARGE |
| **OXYCODONE HCL (OXYCODONE 15MG TABLET)**<br>**15 MG** PO Q4H/PRN<br>PRN Reason: Moderate Pain 4-7<br>Comments: ***IMMEDIATE RELEASE***LASA***<br>RX #: 001622778 | 02/19/20 | DC 1458 DISCHARGE |
| **NORCO (HYDROCODONE/ACETAM 10MG/325MG TABLET)**<br>**1 EACH** PO EVERY 4 HOURS/PRN<br>PRN Reason: Moderate Pain 4-7<br>Dose Ins: for BTP<br>Comments: NOTE 1 TABLET = 325MG OF ACETAMINOPHEN.<br>Do not give within 2 hours of IV/IM pain meds<br>RX #: 001624063 | 02/20/20 | 1210 MCDANKAT at 1210 GAVE: 1 EACH<br>NDC/DIN: (SOURCE: eMAR)<br>5026840211 HYDR10325T - HYDROCODONE/ACETAM 10MG/325MG..<br>Admin Queries<br>Pain Intensity: 7 Pasero Opioid-induced Sedation Scale: 1<br>1240 REASSESS by MCDANKAT at 1240<br>Reassessment: MAR Pain Assessment<br>Pain Intensity: 7<br>Pasero Opioid-induced Sedation Scale: 1<br>DC 1458 DISCHARGE |

*** Continued on Page 43 ***

**This document is part of the legal medical record.**

Progress Notes



**02/22/20** Medication Discharge Summary

Name **LUNDBERG,TERESA C** Unit Num **M000060887** Account Num **V00000345029**

Legends

**Activity Codes**
* - Not Administered
ACK - Acknowledged Order
CAN - Cancel
DC - Discontinue
DM - Dispensing Machine
ED - Edit or Verification
EDADM - Edit Administration
ENTER - Order Entry
REASSESS - Reassessment
REV - Review Order
TXN - Transaction Rule
UNADM - Undo Administration

**Reason Codes**
PERIOP -

**Site Codes**

Administered By

| User User Name/Type | User User Name/Type | User User Name/Type | User User Name/Type |
|---|---|---|---|
| ADAMSBOB - Bobbie Adamski | COOKBLAK - Blake Cook | KENNEPAI - Paige Kennedy | MCCARKEV - Kevin McCarthy |
| MCDANKAT - KATIE MCDANIEL | ROWLABIN - Biney Rowland | TUCKEPAT - Patrick D Tucker | |

Pharmacy

| User User Name | User User Name | User User Name | User User Name |
|---|---|---|---|
| ALISHIFA - Shifa Ali | CATALJOD - Jody Cataldo | EASTVICT - Victoria East | FIFECATH - Cathy Fife |
| LANDRCHR - Christina Landry | ROWLABIN - Biney Rowland | SMITHDES - Destinie Smith | |

Allergy History

```
Date     Time User Name                  Database    Type         Allergy
02/14/20 1047 L'ERIN WIECKERT            PCM         New          No Known Drug Allergies
              NEW:   Type: Allergy
                     Status: Verified     02/14/20 1047
02/14/20 1120 Jody Cataldo               PHA.NCS     Acknowledge
              NEW:   Comments:
                     User acknowledged allergy record in PHA.

02/19/20 0755 Biney Rowland              PCM         Verify       No Known Drug Allergies
              OLD:   Status: Verified     02/14/20 1047
              NEW:   Status: Verified     02/19/20 0755
02/19/20 0805 Jody Cataldo               PHA.NCS     Acknowledge
              NEW:   Comments:
                     User acknowledged allergy record in PHA.
```

Progress Notes

THE SPINE HOSPITAL OF LOUISIANA
at The NeuroMedical Center

10105 Park Rowe Circle
Baton Rouge, LA 70810
Phone 225-763-9900
TheNeuroMedicalCenter.com

V00000345029 M000060887
LUNDBERG, TERESA C
DOB: DOS: 02/19/20
Kevin McCarthy, MD

# ANESTHESIA RECORD

## Preanesthesia Evaluation

**PATIENT or Family Member**
Please indicate by a check (√) your answer to each question. These answers will greatly help your anesthesiologist to give you his (or her) best care during your operation. If you do not understand any question (or your answer is uncertain), simply place a question mark (?) in the YES or NO column.

Form ID: ANESREC

Date 2-19-20 Time 07:26
Signature Teresa Chandler Patient Family Steve-Fiancé

GK 47650 (P)

**HAVE YOU HAD OR DO YOU STILL HAVE?**

| | YES | NO |
|---|---|---|
| Bronchitis, Chronic cough, or Emphysema | | √ |
| Asthma | | √ |
| Shortness of breath | | √ |
| Any other lung trouble | | √ |
| Sleep apnea or snoring | | √ |
| Do you smoke? # ______ packs / day # ______ of years | | √ |
| Rheumatic fever | | √ |
| Heart murmur | | √ |
| High blood pressure | √ | |
| Arthritis | | √ |

| | YES | NO |
|---|---|---|
| Chest pain, angina | | √ |
| Heart attack (s) | | √ |
| Heart Failure | | √ |
| Palpitations, irregular or fast heart beat | | √ |
| Pacemaker | | √ |
| Anemia | | √ |
| Sickle cell disease | | √ |
| Back pain or injury | √ | |
| Neck pain or injury | | √ |
| Slipped disc | | √ |
| Convulsions, epilepsy | | √ |

| | YES | NO |
|---|---|---|
| Stroke, paralysis | | √ |
| Jaundice, hepatitis, liver trouble, ulcers | | √ |
| Kidney, bladder trouble | | √ |
| Thyroid trouble, Goiter | | √ |
| Diabetes | | √ |
| AIDS or HIV related illness | | √ |
| Glaucoma | | √ |
| Latex allergy | | √ |
| Other illness not mentioned. List: | | |

| | YES | NO |
|---|---|---|
| Have you or any blood relative ever had problems related to an anesthetic? | | √ |
| Have you ever had surgery or been put to sleep for any reason? | √ | |
| List: back surg; C-Section x3 | | |
| Have you or any blood relative had a bleeding problem? | | √ |
| Have you had blood transfusions? | | √ |
| Is blood transfusion contrary to religious beliefs? | | √ |
| Is there a possibility that you are pregnant? | | √ |
| Do you drink alcoholic beverages? How much: | | √ |
| Do you take or have taken any addicting drugs? | | √ |

| | YES | NO |
|---|---|---|
| Do you have any dentures or capped teeth? | √ | |
| Do you have any loose or chipped teeth? | | √ |

Are you taking (or recently taken in past 6 weeks) any of the following medications?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 1. Aspirin (Excedrin, Anacin, Bufferin) | | √ | 8. Diabetic medication | | √ |
| 2. Anticoagulants (blood thinners) | | √ | 9. Eye drops | | √ |
| 3. Heart pills (digitalis) | | √ | 10. Steroids-prednisone | | √ |
| 4. Blood pressure pills | √ | | 11. Inhaler or lung meds | | √ |
| 5. Fluid pills | | √ | 12. Pain pills | √ | |
| 6. Sedatives or sleeping pills | | √ | 13. Diet pills | | √ |
| 7. Antidepressants or tranquilizers | | √ | 14. Herbal supplement | | √ |

**Are you allergic to any medications? List** NKA

**FOR ANESTHETIST / ANESTHESIOLOGIST ONLY** (Comments and significant physical findings)

Pre-Anesthesia Evaluation form reviewed ☑ YES ☐ NO
Patient interviewed and examined? ☑ YES ☐ NO
Patient appropriate candidate for planned anesthesia? ☑ YES ☐ NO
Patient, Procedure, Surgical Site verified? ☑ YES ☐ NO

Risk benefits & alternatives of anesthesia discussed with patient/family? ☑ Yes ☐ No
Possible blood transfusion discussed with patient/family? ☐ NA ☑ YES ☐ NO
Patient accepts? ☑ YES ☐ NO
Questions answered? ☑ YES ☐ NO

Height 5'9" Weight 262 Preoperative BP 131/74 P 70 R 14 T 97.1 O₂SAT 95%

TLIF

NPO Status After 2000 ☐ YES ☐ NO

| | | |
|---|---|---|
| Heart | ☑ WNL | ☐ Other: NAA |
| Lungs | ☑ WNL | ☐ Other: CTA |
| Lab | ☑ WNL | ☐ Other: CBC, Chem 7 |
| X-ray CXR | ☑ WNL | ☐ Other: |
| Anesthesia History | ☑ WNL | ☐ Other: |
| Airway Exam | ☑ WNL | ☐ Other: |

Allergic to: NKDA EKG: NSR

Morbid obesity
HTN.

Physical Status: 1 2 (3) 4 5 Emergency

Anesthesia Plan: General ✓ Regional ______ MAC ______

[signature] Time 083· Date 2/20/20
Evaluating Anesthesiologist / Anesthetist

SANES 103 Rev. (7/20/15)

THE SPINE HOSPITAL OF LOUISIANA
at The NeuroMedical Center

V00000345029 M000060887
LUNDBERG, TERESA C
DOB: DOS: 02/19/20
Kevin McCarthy, MD

Form ID: ANESREC

L3-S1 TLIF

| AGENT / TIME | 915 | 30 | 45 | 10 | 15 | 30 | 45 | 11 | 15 | 30 | 45 | 12 | 15 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Sevo | 1.3 | – | 1.9 | 1.8 | 1.6 | 1.5 | 1.5 | – | 1.5 | 1.4 | 1.4 | 1.5 | – | |
| Prop | 160 | | | | | | | | | | | | | |
| Lido | 60 | | | | | | | | | | | | | |
| Roc | 35 | | 10 | | | | | | | | | | | |
| Succ | 120 | | | | | | | | | | | | | |
| Ketamine | | | | | | | | | | | | | | |
| EKG | SR | SR | SR | SR | SR | SR | SR | SR | SR | SR | SR | SR | SR | SR |
| SpO2 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| EtCO2 | 34 | 32 | 30 | 35 | 30 | 31 | 36 | 32 | 31 | 35 | 34 | 31 | | |
| Temp | 36.1 | | | | | | 36.4 | | | | | | 37.1 | |
| ~~FENTANYL~~ | | | | | | | | | | | | | | |
| MIDAZOLAM | 2 | | | | | | | | | | | | | |
| SUFENTANIL | 10 | | 10/5 | | | | | | | | | | | |
| ~~Antibiotic IV~~ | | | | | 100 | | | 100 | | | 100 | | | |
| CEFAZOLIN 1 gram IV | | | | | | | | | | | | | | |
| LEVAQUIN 500 mg IV | | | | | | | | | | | | | | |
| VANCOMYCIN 1 gram IV | | | | | | | | | | | | | | |
| CEFAZOLIN 2 grams IV | 2g | | | | | | | | | | | | | |

1. Equipment, drugs, and gas supply checked prior to surgery? ☑ YES ☐ NO
2. Patient re-evaluated immediately prior to induction? ☑ YES ☐ NO
3. Paused for correct surgical site verification? ☑ YES ☐ NO

NARCOTIC WASTAGE

| Amt. Wasted | MD/CRNA Initials | Witness Signature |
|---|---|---|
| | | |

Antibiotic re-dose?

Chart scale: 240, 220, 200, 180, 160, 140, 120, 100, 80, 60, 40, 20 — A, P •, Anes X, Temp Δ, Spont Vent O, Asst Vent Ø, Cont Vent ⊙, Surg ⊙, Tourniquet T — 40, 38, 36, 34, 30

| TECHNIQUE | MONITORS |
|---|---|
| ☑ General | ☑ EKG |
| ☐ MAC | ☑ NIBP |
| ☐ Mask | ☑ FIO2 |
| ☐ LMA | ☑ Temp Skin |
| ☐ Nasal Cannula | ☑ SpO2 |
| ☑ Endotracheal | ☑ EtCO2 |
| Size: 7.5 ID | ☐ CVP |
| ☑ Secured 21 cm | ☐ Cardiac Output |
| ☑ Oral | ☐ Fluid warmer unit |
| ☐ Nasal | ☑ Body Warming Unit |
| ☑ cuff __ cc | ☐ IV site L |
| ☑ 1 # of Attempts | ☐ A-line site |
| ☑ Direct Vision | ☑ Mechanical Vent |
| ☑ Atraumatic | ☑ Pt. Position Prone |
| ☑ Bil BS | ☐ Esophageal Stethoscope |
| ☑ Airway, Oral | ☑ Peripheral Nerve Stimulator |
| ☐ Stylet | EYES |
| ☐ LTA | ☐ Lubricated |
| ☑ Pre O2 | ☑ Taped closed |
| ☐ Cricoid Pressure | ☐ Goggles |
| ☐ Blind | ☐ Eye pads |
| ☐ Fiberoptic | |
| ☐ Difficult | |
| ☐ Head cradle | |
| ☐ | |

☑ Arms secured, padded
☐ Arms at less than 90°
☐ Arms Tucked

Remarks: Foam Bolster
Arms Re-assessed
EBL — totals 600
Fluids: LR #1, #2, #3; 500, 1000, 1000/250; totals 1000 / 250
5% Alb 1000
Cell Saver
Urine Output 100

POST ANESTHESIA REPORT
☑ PACU ☐ SDS ☐ ___ ICU ☐ Room
BP 143/56 P 77 SaO2 92
Report given to ✓
☐ No Apparent Anesthesia complications
Teeth: ☐ No damage ☐ Edentulous

Remarks: IV induction & intubation s̄ diff ⓧ BBS & ETCO2, eye care, ETT secured, Pt placed prone on open Jackson table, airway chk'd, ⊕ IV patent, all eyes free of pressure, all pressure pts padded, ✓ ② ⓤ ⓛ ① ± 20° started 1 ...

MD/CRNA Signature: [signature] [signature] Date: 2/19/20 Time: ______

SANES 103 Rev. (7/20/15)

Progress Notes - 02/19/2020

THE SPINE HOSPITAL OF LOUISIANA at The NeuroMedical Center

V00000345039 M000060887
LUNDBERG, TERESA
DOB: ... DOS: 02/19/20
Kevin McCarthy, MD

Form ID: ANESREC

JLIF

| AGENT / TIME | 1:46 | 13 | 15 | 30 | 45 | 14 | 15 | 30 | 45 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|
| Zofran | | | | | | | | | | |
| EKG | | | | | | | | | | |
| SpO2 | | | | | | | | | | |
| EtCO2 | | | | | | | | | | |
| Temp | | | | | | | | | | |
| FENTANYL | | | | | | | | | | |
| MIDAZOLAM | | | | | | | | | | |
| SUFENTANIL | 5 | | | | | | | | | |
| Antibiotic IV | | | | | | | | | | |
| CEFAZOLIN 1 gram IV | | | | | | | | | | |
| LEVAQUIN 500 mg IV | | | | | | | | | | |
| VANCOMYCIN 1 gram IV | | | | | | | | | | |
| CEFAZOLIN 2 grams IV | | 2gm | | | | | | | | |

BP ∨ ∧, P •, Anes X, Temp Δ, Spont Vent O, Asst Vent ⊘, Cont Vent ⊗, Surg ⊙, Tourniquet T

Scale: 42, 40, 38, 36, 34, 30 / 240, 220, 200, 180, 160, 140, 120, 100, 80, 60, 40, 20

Remarks: Facet Bfuh

Arms Re-assessed

EBL 1100

Fluids 2600 — 2800

Alb (1000)

Cell saver 850 — 1500

totals: 1100 / 3500 / 1000 / 500

Urine Output

Remarks:

1. Equipment, drugs, and gas supply checked prior to surgery? ☐ YES ☐ NO
2. Patient re-evaluated immediately prior to induction? ☐ YES ☐ NO
3. Paused for correct surgical site verification? ☐ YES ☐ NO

**NARCOTIC WASTAGE**

| Amt. Wasted | MD/CRNA Initials | Witness Signature |
|---|---|---|
| | | |

Antibiotic re-dose?

| TECHNIQUE | MONITORS |
|---|---|
| ☐ General | ☐ EKG |
| ☐ MAC | ☐ NIBP |
| ☐ Mask | ☐ FIO2 |
| ☐ LMA ______ | ☐ Temp |
| ☐ Nasal Cannula | ☐ SpO2 |
| ☐ Endotracheal | ☐ EtCO2 |
| Size: ______ ID | ☐ CVP |
| ☐ Secured ______ cm | ☐ Cardiac Output |
| ☐ Oral | ☐ Fluid warmer unit |
| ☐ Nasal | ☐ Body Warming Unit |
| ☐ cuff ______ cc | ☐ IV site ______ |
| ☐ ______ # of Attempts | ☐ A-line site ______ |
| ☐ Direct Vision | |
| ☐ Atraumatic | ☐ Mechanical Vent |
| ☐ Bil BS | ☐ Pt. Position ______ |
| ☐ Airway, Oral | |
| ☐ Stylet | ☐ Esophageal Stethoscope |
| ☐ LTA | |
| ☐ Pre O2 | ☐ Peripheral Nerve Stimulator |
| ☐ Cricoid Pressure | **EYES** |
| ☐ Blind | |
| ☐ Fiberoptic | ☐ Lubricated |
| ☐ Difficult | ☐ Taped closed |
| ☐ Head cradle | ☐ Goggles |
| ☐ | ☐ Eye pads |

☐ Arms secured, padded
☐ Arms at less than 90°
☐ Arms Tucked

POST ANESTHESIA REPORT

☐ PACU ☐ SDS ☐ ☐ ICU ☐ Room

BP ______ R ______ SaO2 ______

Report given to ______

☐ No Apparent Anesthesia complications

Teeth: ☐ No damage ☐ Edentulous

MD/CRNA Signature: [signature] Date: 2/19/20 Time: ______

SANES 103 Rev. (7/20/15)

2/19/20 14:48

**Progress Notes - 02/21/2020**

Spine Hospital of Louisiana
PCS EChart
Page: 1
Date: 03/05/20 00:05

**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029
**Attending:** Kevin McCarthy **Reg Date:** 02/19/20
**Reason:** L3-S1 OPEN TLIF

## Allergies

No Known Drug Allergies Allergy (Verified 02/19/20 07:55)

## Clinical Data

Height 5 ft 9 in
Weight 262 lb
What is patient's Resuscitation Status Full Code

Condition Good
Visit Reason L3-S1 OPEN TLIF

| Diagnosis Code | Name |
|---|---|
| M47.26 | OTHER SPONDYLOSIS WITH RADICULOPATHY, LUMBAR REGION |
| M51.16 | INTERVERTEBRAL DISC DISORDERS W RADICULOPATHY, LUMBAR REGION |
| M48.061 | SPINAL STENOSIS, LUMBAR REGION WITHOUT NEUROGENIC CLAUD |
| I10 | ESSENTIAL (PRIMARY) HYPERTENSION |
| Z68.38 | BODY MASS INDEX (BMI) 38.0-38.9, ADULT |
| E66.01 | MORBID (SEVERE) OBESITY DUE TO EXCESS CALORIES |
| R20.0 | ANESTHESIA OF SKIN |
| S30.811A | ABRASION OF ABDOMINAL WALL, INITIAL ENCOUNTER |
| X58.XXXA | EXPOSURE TO OTHER SPECIFIED FACTORS, INITIAL ENCOUNTER |

## Discharge

Inpatient Discharge Date/Time: 02/21/20 14:45
Inpatient Discharge Disposition: Home w/ Home Health Services
Inpatient Discharge Comment: dc'ed via WC with brace on

Instructions: Lumbar Fusion - Dr. McCarthy
Stand-Alone Forms:
Prescriptions: Methocarbamol [Robaxin]
Landry,Christina
oxyCODONE 20MG ER [Oxycontin]
Landry,Christina

Visit Report
- Forms:
- Referrals: McCarthy,Kevin, MD (Admit Provider) - 2 weeks
- Additional text: Refer to physician discharge summary report.

Continued on Page 2

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

Nurses Notes - Continued

02/19/20 07:28 Preoperative Note by Rowland,Biney
02/19/20 0728 - Biney Rowland - REGISTERED NURSE:

CHART APPROVED BY DR. PATTY ON 2/18/20

Initialized on 02/19/20 07:28 - END OF NOTE

| Review Date/Time | User | Esign | Client |
|---|---|---|---|
| 02/19/20 18:40 | Cook,Blake | | SHOLAH374 |
| 02/20/20 18:40 | Missed Review | | |
| 02/21/20 03:35 | Adamski,Bobbie | | SHOLAH374 |

Vital Signs

Continued on Page 4

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Communication Assessment | |
| What is patient's Preferred Language? | ENGLISH |
| Interpreter Required | No |
| Comprehension Ability | No Impairment |
| Oral Expression Ability | No Impairment |
| Speech Pattern | Clear<br>Appropriate |
| Lifestyle Assessment | |
| Services Used Prior to Admission | None |
| Living With | FIANCE |
| Support System on Admission | FIANCE |
| Physical Limitations on Admission | No Physical Limitations |
| Oral Care Ability | Independent |
| Bathing Ability | Independent |
| Upper Body Dressing Ability | Independent |
| Lower Body Dressing Ability | Independent |
| Eating (Feeding) Ability | Independent |
| Toileting Ability | Independent |
| Ambulation Ability | Independent |
| Assistive Devices | None |
| Assistive Device With Patient | TO BRING BACK BRACE |
| Substance Use Assessment | |
| Frequency | Never Smoker |
| Frequency | Current Some Day |
| Type | RARELY |
| Frequency | Never |
| Pain Management Info | |
| Pain Management Physician | "DR. MCCARTHY" |
| Patient Pre-operative Teaching | |
| Arrive to Hospital at | 10:00 |
| Arrival Comment | 02/19/2020; PTS SURGERY TIME CHANGED DURING PAT CALL, ADVISED PT TO CONTACT MD OFFICE FOR MORE INFO; GAVE HER PREOP INFO BASED ON TIME IN SYSTEM DURING CALL |
| Educated on Pre and Post Op Instructions | Yes |
| Remain NPO including water, hard candy and gum | NPO past midnight |
| Take Pre-op Meds as Instructed by MD | Yes |
| Bring home meds to hospital | Yes |
| Bring C-PAP machine | Yes |
| Stop blood thinners 5 days before surg | Yes |
| No make-up, jewelry/body piercings, contacts, or valuables | Yes |
| Wear comfortable/appropriate clothing | Yes |
| Bring any assistive devices | Yes |
| Bring Labs, X-Rays and MRI | Yes |
| Necessity of discharge transportation | Yes |
| Obtain required Preop clearances | Yes: *DR. JENNY TEMPLET-PCP |
| Notify MD of sudden cold, runny nose or fever before surgery | Yes |
| Reviewed medications to hold on morning of surgery sheet? | Yes |

Continued on Page 6

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Reviewed medications to stop as instructed by surgeon sheet? | Yes |
| Patient/Family verbalizes understanding of instructions | Yes |

Past Medical History Start: 02/14/20 10:51
Freq: Status: Discharge
Protocol:
Document WIECKLER (Rec: 02/14/20 11:12 WIECKLER SHOLAH333)

| | |
|---|---|
| Integumentary Assessment | |
| Hx Skin Conditions | No |
| Neurologic Medical History | |
| Hx Neurological Disorders | No |
| Hx Sensory Changes | Yes |
| Hx Numbness | Yes: RLE, FEET |
| Hx Tingling | Yes: RLE, FEET |
| Hx Weakness | Yes: RLE |
| Cardiovascular Medical History | |
| Hx Cardiac Disorders | Yes |
| Hx Hypercholesterolemia | No |
| Hx Deep Vein Thrombosis | No |
| Hx Hypertension | Yes |
| Hx Cardiac Surgery | No |
| Respiratory Medical History | |
| Hx Respiratory Disorders | No |
| Hx Pulmonary Embolism | No |
| Hx Sleep Apnea | No |
| GI Medical History | |
| Hx Gastrointestinal Disorders | No |
| Hx Bowel Problem | No |
| Genitourinary Medical History | |
| Hx Genitourinary Disorders | No |
| Hx Dialysis | No |
| Hx Bladder Problem | No |
| Reproductive Medical History | |
| Hx Sexually Transmitted Disorders (STD's ) | No |
| Hx Hysterectomy | No |
| Hx Pregnant Now or in Last 3 Months | No |
| Hx Previous Pregnancies | Yes: 5 |
| Musculoskeletal History | |
| Hx Musculoskeletal Disorders | Yes |
| Hx Arthritis | Yes |
| Hx Degenerative Disk Disease | Yes |
| Hx Fractures | No |
| Hx Orthopedic Surgery | Yes: LUMBAR DISC. ~2012 |
| Hx Back Pain | Yes |
| Hx Muscle Weakness | Yes: BLE |
| Hx Muscle Spasm | Yes |
| Hx Unsteady Gait | No |
| Hx Limited Movement | No |
| Hx Extremity Weakness | No |
| Hx Unable to Perform ADL's | No |
| ENT Medical History | |
| History of ENT Disorders | No |

Continued on Page 7

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Hx Eye Surgery | No |
| Hx Nose Surgery | No |
| Hx Oral Surgery | No |
| Hx Contacts or Glasses | Yes: GLASSES |
| Hx Dentures or Partial | No |
| Hx Hearing Aid | No |
| Endocrine Medical History | |
| Hx Endocrine Disorders | No |
| Hematologic Medical History | |
| Hx Blood Disorders | No |
| Psycho/Social Medical History | |
| Hx Psychiatric Problems | Yes |
| Hx Depression | Yes |
| Hx Psychiatric Treatment | Yes: *PCP MANAGES, OUTPATIENT |
| Cancer Medical History | |
| Hx Cancer | No |
| Other Medical History | |
| Hx Hospitalization | Yes: CHILDBIRTH, SURGERY |
| Hx Human Immunodeficiency Virus (HIV) | No |
| Hx Acquired Immunodeficiency Syndrome ( AIDS) | No |
| Hx MRSA | No |
| Hx Blood Transfusions | No |
| Did you donate blood to have available for your surgery? | No |
| Hx Surgeries | Yes: AS STATED ABOVE |
| Hx Anesthesia Reactions | No |
| Do you have nausea and/or vomiting with anesthesia? | No |
| Hx Malignant Hyperthermia | No |
| Hx Influenza Vaccination | Yes: 2019 |
| Hx Pneumococcal Vaccination | No |
| Family Medical History | |
| Sister | |
| Living Status | Still Living |
| Hx Family Cancer | Yes: SKIN |
| Mother | |
| Hx Family Cancer | Yes: OF SINUS CAVITY? |
| Father | |
| Living Status | Still Living |
| Hx Family Diabetes | Yes |
| Hx Family Cardiac Disorders | Yes: MI |
| Comments | TIA'S |

DVT Risk Factor Assessment Start: 02/14/20 10:51
Freq: Status: Discharge
Protocol:
Document WIECKLER (Rec: 02/14/20 11:12 WIECKLER SHOLAH333)

| DVT Risk Factor Assessment | |
|---|---|
| 1 Risk Factor | Age 41-60 years |
| | Obesity (BMI >30) |
| 3 Risk Factors | Major surgery (>2hrs) |
| Total of all risk factors | 5 |
| VTE Risk Level | Highest Risk |
| VTE Risk Assessment Completed | Yes |

Continued on Page 8

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

```
Travel Precautionary Screening                          Start:  02/14/20 10:51
Freq:                                                   Status: Discharge
Protocol:
 Document     WIECKLER  (Rec: 02/14/20 11:12  WIECKLER  SHOLAH333)
 Foreign Travel Precautionary Screening
     Have you or anyone in your household        No
```

**02/19/20 08:01**

```
Travel Precautionary Screening                          Start:  02/19/20 08:01
Freq:                                                   Status: Discharge
Protocol:
 Document     RB  (Rec: 02/19/20 08:01  BKG DAEMON  pcoip-portal-0080643fe6a9)
 Foreign Travel Precautionary Screening
     Have you or anyone in your household        No
Vital Signs Periop                                      Start:  02/19/20 08:01
Freq:                                                   Status: Discharge
Protocol:
 Document     RB  (Rec: 02/19/20 08:01  BKG DAEMON  pcoip-portal-0080643fe6a9)
 Vital Signs
     Right Brachial
      Blood Pressure                             131/74
      Source                                     Automatic Cuff
      Position                                   Sitting
     Heart Rate (60-90)                          70
     Respiratory Rate (12-24)                    17
     Oxygen Saturation (92-100)                  95
     Oxygen Delivery Method                      Room Air
     Temperature (97.0 F-100.0 F)                97.1 F
     Temperature Source                          Oral
```

**02/19/20 14:10**

```
Vital Signs Periop                                      Start:  02/19/20 08:01
Freq:                                                   Status: Discharge
Protocol:
 Document     KENNEPAI  (Rec: 02/19/20 14:43  BKG DAEMON  pcoip-portal-0080643fe6ab)
 Vital Signs
     Temperature (97.0 F-100.0 F)                97.2 F
     Temperature Source                          Temporal Artery Scan
Family Notification                                     Start:  02/19/20 14:10
Freq:                                                   Status: Discharge
Protocol:
 Document     KENNEPAI  (Rec: 02/19/20 14:28  BKG DAEMON  pcoip-portal-0080643fe6ab)
 Family Notification
     Family Updated                              Yes
     Family Notified At                          14:15
     Spoke with:                                 FAMILY IN PT'S ROOM
Vital Signs Monitor                                     Start:  02/19/20 14:10
Freq:                                                   Status: Discharge
Protocol:
 Document     KENNEPAI  (Rec: 02/19/20 14:43  BKG DAEMON  pcoip-portal-0080643fe6ab)
 Monitor Vital Signs
     Blood Pressure                              143/75
     Pulse Rate (60-90)                          77
     Respiratory Rate (12-24)                    16
     Oxygen Saturation (92-100)                  92
```

**02/19/20 14:15**

Continued on Page 9

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Vital Signs Monitor Start: 02/19/20 14:10
Freq: Status: Discharge
Protocol:
Document KENNEPAI (Rec: 02/19/20 14:52 BKG DAEMON pcoip-portal-0080643fe6ab)
Monitor Vital Signs

| | |
|---|---|
| Blood Pressure | 132/76 |
| Pulse Rate (60-90) | 78 |
| Respiratory Rate (12-24) | 16 |
| Oxygen Saturation (92-100) | 91 |

**02/19/20 14:20**
Vital Signs Monitor Start: 02/19/20 14:10
Freq: Status: Discharge
Protocol:
Document KENNEPAI (Rec: 02/19/20 14:52 BKG DAEMON pcoip-portal-0080643fe6ab)
Monitor Vital Signs

| | |
|---|---|
| Blood Pressure | 122/74 |
| Pulse Rate (60-90) | 79 |
| Respiratory Rate (12-24) | 16 |
| Oxygen Saturation (92-100) | 99 |

**02/19/20 14:25**
Vital Signs Monitor Start: 02/19/20 14:10
Freq: Status: Discharge
Protocol:
Document KENNEPAI (Rec: 02/19/20 14:52 BKG DAEMON pcoip-portal-0080643fe6ab)
Monitor Vital Signs

| | |
|---|---|
| Blood Pressure | 111/75 |
| Pulse Rate (60-90) | 83 |
| Respiratory Rate (12-24) | 16 |
| Oxygen Saturation (92-100) | 97 |

**02/19/20 14:29**
Patient fitted with LSO Brace Start: 02/19/20 14:29
Freq: ROUTINE Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 15:39 MCDANKAT SHOLACTX01)

**02/19/20 14:40**
Vital Signs Monitor Start: 02/19/20 14:10
Freq: Status: Discharge
Protocol:
Document KENNEPAI (Rec: 02/19/20 14:52 BKG DAEMON pcoip-portal-0080643fe6ab)
Monitor Vital Signs

| | |
|---|---|
| Blood Pressure | 116/66 |
| Pulse Rate (60-90) | 83 |
| Respiratory Rate (12-24) | 16 |
| Oxygen Saturation (92-100) | 98 |

**02/19/20 14:55**
Vital Signs Monitor Start: 02/19/20 14:10
Freq: Status: Discharge
Protocol:
Document KENNEPAI (Rec: 02/19/20 14:57 BKG DAEMON pcoip-portal-0080643fe6ab)
Monitor Vital Signs

| | |
|---|---|
| Blood Pressure | 140/75 |
| Pulse Rate (60-90) | 88 |
| Respiratory Rate (12-24) | 16 |
| Oxygen Saturation (92-100) | 94 |

Continued on Page 10

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

**02/19/20 15:10**

Vital Signs Monitor Start: 02/19/20 14:10
Freq: Status: Discharge
Protocol:
Document KENNEPAI (Rec: 02/19/20 15:27 BKG DAEMON pcoip-portal-0080643fe6ab)
Monitor Vital Signs

| | |
|---|---|
| Blood Pressure | 127/82 |
| Pulse Rate (60-90) | 86 |
| Respiratory Rate (12-24) | 16 |
| Oxygen Saturation (92-100) | 95 |

**02/19/20 15:19**

Post-Operative Care Start: 02/19/20 15:19
Freq: Status: Complete
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Pain Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Disease process
Surgical pain
Musculoskeletal pain

Possibly evidenced by:
Patient statement of pain
Guarding behaviors
Communicating pain description
Psychological factors

Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Pain Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Disease process
Surgical pain
Musculoskeletal pain

Possibly evidenced by:
Patient statement of pain
Guarding behaviors
Communicating pain description
Psychological factors

Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
Active=>Complete

Report pain at tolerable level Start: 02/19/20 15:19
Text: Uses pain scale appropriately Status: Complete Target: 02/21/20
Identify options for pain control
- Analgesics
- Narcotics
- Non-medication measures
Freq: DAILY
Protocol:

Continued on Page 11

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Report pain at tolerable level Start: 02/19/20 15:19
Text: Uses pain scale appropriately Status: Complete Target: 02/21/20
Identify options for pain control
- Analgesics
- Narcotics
- Non-medication measures
Freq: DAILY
Protocol:
Edit Status MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
Active=>Complete

High Risk: Post-Op Complications Start: 02/19/20 15:19
Text: Related to: Status: Complete
Surgical procedure

Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

High Risk: Post-Op Complications Start: 02/19/20 15:19
Text: Related to: Status: Complete
Surgical procedure

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
2=>1

Remain free of complications Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq: DAILY
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

High Risk: Injury Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Altered mobility
Impaired sensory function
Pain
Fatigue
Orthostatic hypotension
Electrolyte imbalance
Age
Drug therapy
Mental confusion

Possibly evidenced by:
Lack of knowledge of safety and
precautions
History of accidents
Impaired mobility
Sensory deficits
Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Continued on Page 12
This is the patient's legal medical record

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

High Risk: Injury Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Altered mobility
Impaired sensory function
Pain
Fatigue
Orthostatic hypotension
Electrolyte imbalance
Age
Drug therapy
Mental confusion

Possibly evidenced by:
Lack of knowledge of safety and precautions
History of accidents
Impaired mobility
Sensory deficits
Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
3=>2

Identify potential injury risk factors Start: 02/19/20 15:19
Text: * Relates intent to use safety measures Status: Complete Target: 02/21/20
* Relates intent to use prevention measures
Freq: DAILY
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Remain free of injury Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq: DAILY
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Knowledge Deficit Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Recent diagnosis
Ineffective past teaching/learning

Possibly evidenced by:
Requests for information
Verbalizing inaccurate information
Inaccurate task performance
Denying need to learn

Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Knowledge Deficit Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Recent diagnosis
Ineffective past teaching/learning

Continued on Page 13

**Progress Notes**



Possibly evidenced by:
Requests for information
Verbalizing inaccurate information
Inaccurate task performance
Denying need to learn

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
4=>3

Understand Post Op Plan Start: 02/19/20 15:19
Text: * Understands anatomy and physiology Status: Complete Target: 02/21/20
* Describes reportable s/s
* Understands treatment plan
* Understands medication regime

Freq: DAILY
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Understand Plan of Care Start: 02/19/20 15:19
Text: Patient plan of care incorporates: Status: Complete Target: 02/21/20
Physician Diagnosis
Patient History and Physical
Medical Interventions
Freq: DAILY
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Teach: Plan of Care Components Start: 02/19/20 15:19
Freq: Q1HX1,DAILY Status: Complete
Protocol:
Document MCDANKAT (Rec: 02/19/20 15:32 MCDANKAT SHOLACTX01)
Plan of Care
Plan of Care Includes Physician's Diagnosis
History and Physical
Medical Interventions
Patient and/or designee participated in development of plan Yes

High Risk: Impaired Skin Integrity Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Extremes of age
Immobility
Poor Nutrition
Mechanical forces
Poor circulation
Altered sensation
Incontinence
Hyper/hypothermia

Possibly evidenced by:
Reddened areas over bony prominences
Reddened perineal areas
Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Continued on Page 14

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

High Risk: Impaired Skin Integrity Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Extremes of age
Immobility
Poor Nutrition
Mechanical forces
Poor circulation
Altered sensation
Incontinence
Hyper/hypothermia

Possibly evidenced by:
Reddened areas over bony prominences
Reddened perineal areas
Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
5=>4

Exhibit intact skin Start: 02/19/20 15:19
Text: * Exhibits no redness over bony Status: Complete Target: 02/21/20
prominences
* Exhibits capillary refill <6
seconds over reddened areas
Freq: DAILY
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Impaired Gas Exchange Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Altered oxygenation
Altered blood flow
Altered blood oxygen carrying
capacity

Possibly evidenced by:
Confusion
Somnolence
Restlessness
Irritability
Inability to move secretions
Hypoxia

Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Impaired Gas Exchange Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Altered oxygenation
Altered blood flow
Altered blood oxygen carrying
capacity

Possibly evidenced by:
Confusion
Somnolence

Continued on Page 15

Progress Notes



Restlessness
Irritability
Inability to move secretions
Hypoxia

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
6=>5

Impaired Gas Exchange Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Altered oxygenation
Altered blood flow
Altered blood oxygen carrying capacity

Possibly evidenced by:
Confusion
Somnolence
Restlessness
Irritability
Inability to move secretions
Hypoxia

Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
Active=>Complete

Maintain optimal gas exchange Start: 02/19/20 15:19
Text: Clinical indicators of hypoxia resolved Status: Complete Target: 02/21/20
Patient's oxygentation status has returned to preoperative status

Freq: DAILY
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Maintain optimal gas exchange Start: 02/19/20 15:19
Text: Clinical indicators of hypoxia resolved Status: Complete Target: 02/21/20
Patient's oxygentation status has returned to preoperative status

Freq: DAILY
Protocol:
Edit Status MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
Active=>Complete

Nausea Start: 02/19/20 15:19
Freq: Status: Complete
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Nausea Start: 02/19/20 15:19
Freq: Status: Complete
Protocol:

Continued on Page 16

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
7=>6

Nausea Start: 02/19/20 15:19
Freq: Status: Complete
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
6=>5

Patient reports decreased nausea Start: 02/19/20 15:19
Freq: Status: Complete Target: 02/21/20
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

RAP: Nutrition Start: 02/19/20 15:19
Text: Status: Complete
Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

RAP: Nutrition Start: 02/19/20 15:19
Text: Status: Complete
Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
8=>7

RAP: Nutrition Start: 02/19/20 15:19
Text: Status: Complete
Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
7=>6

RAP: Nutrition Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Impaired Mobility Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Activity intolerance
Neuromuscular impairment
Musculoskeletal impairment
External devices
Fatigue
Motivation
Pain
Surgical procedures

Possibly evidenced by:
Compromised ability to move
Range-of-motion limitation
Decreased muscle strength
Impaired coordination
Imposed restriction of movement
Reluctance to move
Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Continued on Page 17
This is the patient's legal medical record

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Hypertension Start: 02/19/20 15:19
Freq: Status: Complete
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Altered Cerebral Tissue Perfusion Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Embolism/thrombus
Arterial spasm
Vasoconstriction
Increased Intercranial Pressure
Intracranial bleeding
Cerebral edema
Trauma

Possibly evidenced by:
Restlessness
Confusion
Lethargy
Seizure activity
Pupillary changes
Slurred speech
Posturing
Decreased Glasgow coma scores
Nausea and/or vomiting
Alterations in vital signs
Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Altered Cerebral Tissue Perfusion Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Embolism/thrombus
Arterial spasm
Vasoconstriction
Increased Intercranial Pressure
Intracranial bleeding
Cerebral edema
Trauma

Possibly evidenced by:
Restlessness
Confusion
Lethargy
Seizure activity
Pupillary changes
Slurred speech
Posturing
Decreased Glasgow coma scores
Nausea and/or vomiting
Alterations in vital signs
Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
10=>9

Continued on Page 19

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Altered Cerebral Tissue Perfusion Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Embolism/thrombus
Arterial spasm
Vasoconstriction
Increased Intercranial Pressure
Intracranial bleeding
Cerebral edema
Trauma

Possibly evidenced by:
Restlessness
Confusion
Lethargy
Seizure activity
Pupillary changes
Slurred speech
Posturing
Decreased Glasgow coma scores
Nausea and/or vomiting
Alterations in vital signs

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
9=>8

Exhibit optimal tissue perfusion Start: 02/19/20 15:19
Text: * Exhibits adequate oxygenation and ventilation Status: Complete Target: 02/21/20
* Exhibits adequate cardiac output
* Regains stable cardiac rhythm
* Maintains optimal activity level
* Maintains balanced intake and output

Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Pain Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Disease process
Surgical pain
Trauma
Musculoskeletal pain
Diagnostic procedures

Possibly evidenced by:
Patient statement of pain
Guarding behaviors
Self-focused behavior
Absence of causative factors
Communicating pain description
Psychological factors
Sociocultural factors
Environmental factors

Freq:

Continued on Page 20
This is the patient's legal medical record

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

```
Protocol:
 Created      MCDANKAT  (Rec: 02/19/20 15:19  MCDANKAT  SHOLACTX01)
Pain                                                   Start:  02/19/20 15:19
Text: May be related to:                               Status: Complete
        Disease process
        Surgical pain
        Trauma
        Musculoskeletal pain
        Diagnostic procedures

      Possibly evidenced by:
        Patient statement of pain
        Guarding behaviors
        Self-focused behavior
        Absence of causative factors
        Communicating pain description
        Psychological factors
        Sociocultural factors
        Environmental factors
Freq:
Protocol:
 Rank         MCDANKAT  (Rec: 02/19/20 15:19  MCDANKAT  SHOLACTX01)
     11=>10
Pain                                                   Start:  02/19/20 15:19
Text: May be related to:                               Status: Complete
        Disease process
        Surgical pain
        Trauma
        Musculoskeletal pain
        Diagnostic procedures

      Possibly evidenced by:
        Patient statement of pain
        Guarding behaviors
        Self-focused behavior
        Absence of causative factors
        Communicating pain description
        Psychological factors
        Sociocultural factors
        Environmental factors
Freq:
Protocol:
 Rank         MCDANKAT  (Rec: 02/19/20 15:19  MCDANKAT  SHOLACTX01)
     10=>9
Report pain at tolerable level           Start:  02/19/20 15:19
Text: * Uses pain scale appropriately    Status: Complete    Target: 02/21/20
      * Identify options for pain control
        - Analgesics
        - Narcotics
        - Non-medication measures
Freq:
Protocol:
 Created      MCDANKAT  (Rec: 02/19/20 15:19  MCDANKAT  SHOLACTX01)
Fluid Volume Excess                                    Start:  02/19/20 15:19
```

Continued on Page 21

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Text: May be related to: Status: Complete
Excessive fluid intake
Excessive sodium intake
Low protein intake/malnutrition
Decreased cardiac output
Renal insufficiency or failure
Hormonal disturbances

Possibly evidenced by:
Weight gain
Edema
Bounding pulses
Shortness of breath
Crackles
Pulmonary congestion on xray
Increased CVP
Increased pulmonary artery pressures
Change in mental status

Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Fluid Volume Excess Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Excessive fluid intake
Excessive sodium intake
Low protein intake/malnutrition
Decreased cardiac output
Renal insufficiency or failure
Hormonal disturbances

Possibly evidenced by:
Weight gain
Edema
Bounding pulses
Shortness of breath
Crackles
Pulmonary congestion on xray
Increased CVP
Increased pulmonary artery pressures
Change in mental status

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
12=>11

Fluid Volume Excess Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Excessive fluid intake
Excessive sodium intake
Low protein intake/malnutrition
Decreased cardiac output
Renal insufficiency or failure
Hormonal disturbances

Continued on Page 22

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Possibly evidenced by:
Weight gain
Edema
Bounding pulses
Shortness of breath
Crackles
Pulmonary congestion on xray
Increased CVP
Increased pulmonary artery pressures
Change in mental status

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
11=>10

Maintain adequate fluid volume Start: 02/19/20 15:19
Text: * Maintain adequate intake/output and Status: Complete Target: 02/21/20
electrolyte balance
* Maintains vital signs WNL
* Maintains clear breath sounds
* Exhibits no edema
Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Nutrition More than Body Requirements Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Lack of knowledge related to
nutrition
Poor dietary habits
Use of food as a coping mechanism
Metabolic disorders
Diabetes
Sedentary activity level
Decreased sense of taste and smell
Decreased activity patterns
Decreased metabolic needs
Radiation
Pregnancy
Medications (corticosteroids)

Possibly evidenced by:
Weight 10%-20% over ideal
Reported undesirable eating
patterns
Intake in excess of metabolic needs
Sedentary activity patterns

Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Nutrition More than Body Requirements Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Lack of knowledge related to

Continued on Page 23

Progress Notes



nutrition
Poor dietary habits
Use of food as a coping mechanism
Metabolic disorders
Diabetes
Sedentary activity level
Decreased sense of taste and smell
Decreased activity patterns
Decreased metabolic needs
Radiation
Pregnancy
Medications (corticosteroids)

Possibly evidenced by:
Weight 10%-20% over ideal
Reported undesirable eating
patterns
Intake in excess of metabolic needs
Sedentary activity patterns

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
13=>12

Nutrition More than Body Requirements Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Lack of knowledge related to
nutrition
Poor dietary habits
Use of food as a coping mechanism
Metabolic disorders
Diabetes
Sedentary activity level
Decreased sense of taste and smell
Decreased activity patterns
Decreased metabolic needs
Radiation
Pregnancy
Medications (corticosteroids)

Possibly evidenced by:
Weight 10%-20% over ideal
Reported undesirable eating
patterns
Intake in excess of metabolic needs
Sedentary activity patterns

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
12=>11

Demonstrate appropriate menu selection Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq:

Continued on Page 24

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Ineff. Management of Therapeutic Regimen Start: 02/19/20 15:19
Text: May be related to: Status: Complete

- Complexity of health care system
- Complexity of therapeutic regimen
- Insufficient knowledge
- Economic difficulties
- Decisional conflicts
- Family conflicts
- Health belief conflicts
- Side effects of therapy
- Insufficient social support
- Perceived powerlessness

Possibly evidenced by:

- Inappropriate choices of daily living for meeting the goals of a treatment or prevention program
- Verbalizing desire to manage the treatment of illness and prevention of sequelae
- Verbalizing difficulty with regulation/integration of one or more prescribed regimens for treatment of illness and its effects or for prevention of complications
- Acceleration (expected or unexpected) of illness symptoms
- Verbalizing lack of initiative to include treatment regimens in daily routines
- Verbalizing lack of initiative to reduce risk factors for progression of illness and sequelae

Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Ineff. Management of Therapeutic Regimen Start: 02/19/20 15:19
Text: May be related to: Status: Complete

- Complexity of health care system
- Complexity of therapeutic regimen
- Insufficient knowledge
- Economic difficulties
- Decisional conflicts
- Family conflicts
- Health belief conflicts
- Side effects of therapy
- Insufficient social support
- Perceived powerlessness

Possibly evidenced by:

- Inappropriate choices of daily living

Continued on Page 25

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

for meeting the goals of a treatment
or prevention program
Verbalizing desire to manage the
treatment of illness and prevention
of sequelae
Verbalizing difficulty with
regulation/integration of one or more
prescribed regimens for treatment of
illness and its effects or for
prevention of complications
Acceleration (expected or
unexpected) of illness symptoms
Verbalizing lack of initiative to
include treatment regimens in daily
routines
Verbalizing lack of initiative to
reduce risk factors for progression
of illness and sequelae

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
14=>13

Ineff. Management of Therapeutic Regimen Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Complexity of health care system
Complexity of therapeutic regimen
Insufficient knowledge
Economic difficulties
Decisional conflicts
Family conflicts
Health belief conflicts
Side effects of therapy
Insufficient social support
Perceived powerlessness

Possibly evidenced by:
Inappropriate choices of daily living
for meeting the goals of a treatment
or prevention program
Verbalizing desire to manage the
treatment of illness and prevention
of sequelae
Verbalizing difficulty with
regulation/integration of one or more
prescribed regimens for treatment of
illness and its effects or for
prevention of complications
Acceleration (expected or
unexpected) of illness symptoms
Verbalizing lack of initiative to
include treatment regimens in daily
routines
Verbalizing lack of initiative to

Continued on Page 26

Progress Notes



```
        reduce risk factors for progression
        of illness and sequelae

Freq:
Protocol:
 Rank        MCDANKAT  (Rec: 02/19/20 15:19  MCDANKAT  SHOLACTX01)
     13=>12
Describe intent to follow treatment plan     Start:  02/19/20 15:19
Text: * Demonstrates required competencies   Status: Complete    Target: 02/21/20
      * Identifies appropriate resources

Freq:
Protocol:
 Created     MCDANKAT  (Rec: 02/19/20 15:19  MCDANKAT  SHOLACTX01)
Knowledge Deficit: Hypertension                             Start:  02/19/20 15:19
Text: May be related to:                                    Status: Complete
        Recent diagnosis
        Ineffective past teaching/learning

      Possibly evidenced by:
        Requests for information
        Verbalizing inaccurate information
        Inaccurate task performance
        Denying need to learn

Freq:
Protocol:
 Created     MCDANKAT  (Rec: 02/19/20 15:19  MCDANKAT  SHOLACTX01)
Knowledge Deficit: Hypertension                             Start:  02/19/20 15:19
Text: May be related to:                                    Status: Complete
        Recent diagnosis
        Ineffective past teaching/learning

      Possibly evidenced by:
        Requests for information
        Verbalizing inaccurate information
        Inaccurate task performance
        Denying need to learn

Freq:
Protocol:
 Rank        MCDANKAT  (Rec: 02/19/20 15:19  MCDANKAT  SHOLACTX01)
     15=>14
Knowledge Deficit: Hypertension                             Start:  02/19/20 15:19
Text: May be related to:                                    Status: Complete
        Recent diagnosis
        Ineffective past teaching/learning

      Possibly evidenced by:
        Requests for information
        Verbalizing inaccurate information
        Inaccurate task performance
        Denying need to learn
```

Continued on Page 27

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
14=>13

Understand Post Op Plan — Start: 02/19/20 15:19
Text: * Understands anatomy and physiology — Status: Complete — Target: 02/21/20
* Describes reportable s/s
* Understands treatment plan
* Understands medication regime

Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

Inpatient Admission Documentation — Start: 02/19/20 15:19
Freq: Q1HX1 — Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 15:26 MCDANKAT SHOLACTX01)

Inpatient Admit Information

| | |
|---|---|
| Time of Arrival | 15:19 |
| Mode of Arrival | Bed |
| Procedure | TLIF |
| Procedure Levels | L3-S1 |
| Dentures Present | None |
| Patient Belongings Present | Glasses<br>Clothing |
| Medication VTE prophylaxis ordered | No |
| Reason no medication VTE prophylaxis ordered | Surgical Contraindication |

Screening Triggers

| | |
|---|---|
| Patient would like to see a social worker | No |
| Assistance with Advance Medical Directive/Organ Donation | No |
| Emotional status/hygiene trigger from physical exam | No |
| Financial concerns or difficulty obtaining resources | No |
| Special language/communication/visual needs | No |
| Tobacco used in the last year | No |
| Evidence/suspicion of abuse/neglect | No |
| Limited/absent support system | No |
| Patient is a nursing home resident | No |
| Weight changes of 10lbs or 10% in last 6 months | No |
| Patient is pregnant or lactating | No |
| Patient has decubitus or non healing chronic wound | No |
| Patient has been receiving prior to admission | NONE |
| Difficulty ambulating within the last month | No |
| Unable to perform ADL's within the last month | No |

Continued on Page 28

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| History of mastectomy or lumpectomy | No |
| Scheduled for mastectomy or lumpectomy | No |
| Developed difficulty swallowing/speaking in the last month | No |
| Has had a laryngectomy | No |
| Is scheduled for a laryngectomy | No |
| **Discharge Planning Assessment** | |
| History Provided By | Patient |
| Living With | FIANCE |
| Support System on Admission | FIANCE |
| Physical Limitations on Admission | No Physical Limitations |
| Physical Barriers in Home Environment | Railing Ascend Right<br>Railing Ascend Left<br>Greater than 4 steps |
| Patient Retired | No: ptreviously with acadian |
| Services Used Prior to Admission | None |
| Patient Discharge Plan Description | Return Home |
| Anticipated Services Needed at Discharge | None |
| Referrals Initiated | None |

Inpatient Assessment Start: 02/19/20 15:19
Freq: Q1HX1,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 15:39 MCDANKAT SHOLACTX01)

| | |
|---|---|
| **Patient Information** | |
| Post Op Day | 0 |
| Patient Activity | Currently in Bed |
| Patient Position in Bed | Right Side |
| Degree of Head of Bed | 15 |
| Assistive Devices | None |
| VTE Prophylaxis Ordered | Yes |
| Type of VTE Device Applied | Intermittent Pneumatic Compression Sleeve<br>Ted Hose |
| Isolation Precautions | Standard |
| **IV Assessment** | |
| Left Hand | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Peripheral IV |
| Observation | Asymptomatic<br>Intact<br>Patent |
| IV Site Changed? | No |
| Left Forearm | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Asymptomatic<br>Intact<br>Patent |
| IV Site Changed? | No |
| **Incentive Spirometry** | |

Continued on Page 29

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Number of Repetitions | 0 |
| HEENT Assessment | |
| HEENT Symptoms | None |
| Head & Neck Movement | Normal |
| Facial Expression | Tense |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |
| Eye Symptoms | None |
| Eye Discomfort | None |
| Oral Cavity | Pink<br>Intact<br>Smooth |
| Teeth Condition | Intact |
| Mouth Odor | Musty |
| Lip Color | Pink |
| Lip Moisture | Moist |
| Neurological Assessment | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place |
| Patient Arouses To | Verbal Stimuli |
| Numbness | No |
| Tingling | No |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear |
| Patient Behavior | Drowsy |
| Mood Description | Apprehensive |
| Cardiovascular Assessment | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |

Continued on Page 30

**Progress Notes - 02/19/2020**



| | |
|---|---|
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal<br>S1 & S2 |
| Respiratory Assessment | |
| Anterior Bilateral Throughout | |
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft<br>Obese<br>Round |
| All Quadrants | |
| Bowel Sound | Hypoactive |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Absent |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Voiding Method | Foley Catheter |
| Catheter Patency | Patent/Draining |
| Urine Appearance | Clear |
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower<br>Back |
| Drainage Description | Sanguineous |
| Drain Compressed | Yes |
| Lower Back | |
| Wound Type | Incision |
| Dressing Status | Dry & Intact |
| Dressing | Telfa Pad<br>Ioban<br>4x8 Guaze Pads |
| Drainage Amount | None |
| General Appearance | Clean/Dry |

Vital Signs Start: 02/19/20 15:19

Continued on Page 31

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 15:32 MCDANKAT SHOLACTX01)
Vital Signs

| | |
|---|---|
| Right Brachial | |
| Blood Pressure | 115/60 |
| Blood Pressure Mean (mm Hg) | 78 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 88 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 94 |
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 3 |
| Temperature (97.0 F-100.0 F) | 97.0 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 15:33 MCDANKAT SHOLACTX01)
Neuro Checks

| | |
|---|---|
| Eye Opening | To Voice |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 14 |
| Patient Orientation | Person<br>Place |
| Patient Arouses To | Verbal Stimuli |
| Numbness | No |
| Tingling | No |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 15:51 MCDANKAT SHOLACTX01)
Pain Assessment

| | |
|---|---|
| Lower Back | |
| Description | Aching<br>Sharp<br>Shooting |
| Intensity | 10 |
| Pain Goal | 5 |
| Pain Behavior | Moaning<br>Guarding<br>Restlessness<br>Facial Grimacing |
| Alleviating Factors | Medication |

Continued on Page 32

**Progress Notes - 02/19/2020**



| | |
|---|---|
| | Position Change |
| | Distraction |
| Pain Management Techniques | Medication |
| | Position Change |
| | Distraction |
| | Relaxation Techniques |

Patient Rounding Start: 02/19/20 15:19
Freq: ASNEED Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 15:33 MCDANKAT SHOLACTX01)
Inpatient Patient Rounds

| | |
|---|---|
| IV Site Assessed | Yes |
| Patient's Needs Assessed | Yes |
| Physician Rounding | No |
| Physician Assistant Rounding | No |
| Nurse Practitioner Rounding | No |

Education Record Start: 02/19/20 15:19
Freq: Q1HX1,BID Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 15:39 MCDANKAT SHOLACTX01)
Education Record

| | |
|---|---|
| Education Topic | Medications |
| | Pain Management |
| | Pain Scale and Self-Assessment |
| | Lumbar/Cervical Equipment |
| | Relaxation Techniques |
| | Incision |
| | Diet |
| | IV Pump & Pole |
| | SCDs/TED Hose |
| | Call Light |
| | Bed Control |
| Learner | Patient |
| | Family |
| | Significant Other |
| Educated to | Use |
| | Benefits |
| | Modifications |
| | Administration/Schedule |
| | Limitations |
| | Safety Precautions |
| | Signs/Symptoms to Report |
| | Possible Complications |
| | Possible Side Effects |
| | Management Options |
| | Care |
| Assessment of Knowledge | Needs Reinforcement |
| Teaching Methods | Discussion |
| | Demonstration |
| Response to Teaching | Displays Lack of Interest |
| Outcomes of Education | Performs with Assistance |

Routine Care Assessment Start: 02/19/20 15:19
Freq: Q1HX1,BID Status: Discharge
Protocol:

Continued on Page 33

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Document MCDANKAT (Rec: 02/19/20 15:33 MCDANKAT SHOLACTX01)
Activities of Daily Living

| | |
|---|---|
| Patient Activity | Currently in Bed |
| SCDs Applied | Yes |
| TED Hose Applied? | Yes |
| Ice Pack Placed | No |
| Patient Repositioned to | Right Side |
| Head of Bed | 15 |
| Linen Changed | No: new admit |
| Meal | Nourishment/Supplement |
| Diet | ice chips and water |
| ADA Diet | No |
| Diet Tolerated | Well |
| Eating (Feeding) Ability | Independent |

Skin Risk and Fall Risk Assessment Start: 02/19/20 15:19
Freq: Q1HX1,0900 Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 15:32 MCDANKAT SHOLACTX01)
Braden Scale

| | |
|---|---|
| Moisture | Rarely Moist |
| Sensory Perception | No Impairment |
| Activity | Bedfast |
| Mobility | Very Limited |
| Nutrition | Probably Inadequate |
| Friction & Shear | Potential Problem |
| Skin Risk Total Score (points) | 15 |

Morse Fall Scale

| | |
|---|---|
| History of falling: Immediate or within 3 months | No (0) |
| Secondary Dx/On a medication that may contribute to a fall | Yes (15) |
| Ambulatory Aid | None/Bedrest/Assist/Wheelchair (0) |
| IV/Heparin Lock | Yes (20) |
| Gait/Transferring | Weak (10) |
| Mental Status | Oriented to own ability (0) |
| Total | 45 |

**02/19/20 15:20**
Report pain at tolerable level Start: 02/19/20 15:19
Text: Uses pain scale appropriately Status: Complete Target: 02/21/20
Identify options for pain control
- Analgesics
- Narcotics
- Non-medication measures

Freq: DAILY
Protocol:
Edit Target MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
02/21/20

High Risk: Post-Op Complications Start: 02/19/20 15:19
Text: Related to: Status: Complete
Surgical procedure

Freq:

Continued on Page 34

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

```
Protocol:
 Rank         MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     1=>2
Remain free of complications              Start:  02/19/20 15:19
Text:                                     Status: Complete    Target: 02/21/20
Freq:   DAILY
Protocol:
 Edit Target  MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     02/21/20
High Risk: Injury                                       Start:  02/19/20 15:19
Text: May be related to:                                Status: Complete
        Altered mobility
        Impaired sensory function
        Pain
        Fatigue
        Orthostatic hypotension
        Electrolyte imbalance
        Age
        Drug therapy
        Mental confusion

      Possibly evidenced by:
        Lack of knowledge of safety and
        precautions
        History of accidents
        Impaired mobility
        Sensory deficits
Freq:
Protocol:
 Rank         MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     2=>4
Identify potential injury risk factors    Start:  02/19/20 15:19
Text: * Relates intent to use safety      Status: Complete    Target: 02/21/20
measures
      * Relates intent to use prevention
measures
Freq:   DAILY
Protocol:
 Edit Target  MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     02/21/20
Remain free of injury                     Start:  02/19/20 15:19
Text:                                     Status: Complete    Target: 02/21/20
Freq:   DAILY
Protocol:
 Edit Target  MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     02/21/20
Knowledge Deficit                                       Start:  02/19/20 15:19
Text: May be related to:                                Status: Complete
        Recent diagnosis
        Ineffective past teaching/learning

      Possibly evidenced by:
        Requests for information
        Verbalizing inaccurate information
```

Continued on Page 35

This is the patient's legal medical record

Progress Notes - 02/19/2020



Inaccurate task performance
Denying need to learn

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
3=>13

Understand Post Op Plan Start: 02/19/20 15:19
Text: * Understands anatomy and physiology Status: Complete Target: 02/21/20
* Describes reportable s/s
* Understands treatment plan
* Understands medication regime

Freq: DAILY
Protocol:
Edit Target MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
02/21/20

Understand Plan of Care Start: 02/19/20 15:19
Text: Patient plan of care incorporates: Status: Complete Target: 02/21/20
Physician Diagnosis
Patient History and Physical
Medical Interventions
Freq: DAILY
Protocol:
Edit Target MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
02/21/20

High Risk: Impaired Skin Integrity Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Extremes of age
Immobility
Poor Nutrition
Mechanical forces
Poor circulation
Altered sensation
Incontinence
Hyper/hypothermia

Possibly evidenced by:
Reddened areas over bony prominences
Reddened perineal areas
Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
4=>9

Exhibit intact skin Start: 02/19/20 15:19
Text: * Exhibits no redness over bony prominences Status: Complete Target: 02/21/20
* Exhibits capillary refill <6 seconds over reddened areas
Freq: DAILY
Protocol:
Edit Target MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
02/21/20

Maintain optimal gas exchange Start: 02/19/20 15:19

Continued on Page 36

Progress Notes



Musculoskeletal pain
Diagnostic procedures

Possibly evidenced by:
Patient statement of pain
Guarding behaviors
Self-focused behavior
Absence of causative factors
Communicating pain description
Psychological factors
Sociocultural factors
Environmental factors

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
9=>3

Report pain at tolerable level Start: 02/19/20 15:19
Text: * Uses pain scale appropriately Status: Complete Target: 02/21/20
* Identify options for pain control
- Analgesics
- Narcotics
- Non-medication measures

Freq:
Protocol:
Edit Target MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
02/21/20

Fluid Volume Excess Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Excessive fluid intake
Excessive sodium intake
Low protein intake/malnutrition
Decreased cardiac output
Renal insufficiency or failure
Hormonal disturbances

Possibly evidenced by:
Weight gain
Edema
Bounding pulses
Shortness of breath
Crackles
Pulmonary congestion on xray
Increased CVP
Increased pulmonary artery pressures
Change in mental status

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
10=>7

Maintain adequate fluid volume Start: 02/19/20 15:19
Text: * Maintain adequate intake/output and Status: Complete Target: 02/21/20
electrolyte balance
* Maintains vital signs WNL

Continued on Page 39

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

* Maintains clear breath sounds
* Exhibits no edema
Freq:
Protocol:
Edit Target MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
02/21/20

Nutrition More than Body Requirements Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Lack of knowledge related to
nutrition
Poor dietary habits
Use of food as a coping mechanism
Metabolic disorders
Diabetes
Sedentary activity level
Decreased sense of taste and smell
Decreased activity patterns
Decreased metabolic needs
Radiation
Pregnancy
Medications (corticosteroids)

Possibly evidenced by:
Weight 10%-20% over ideal
Reported undesirable eating
patterns
Intake in excess of metabolic needs
Sedentary activity patterns

Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
11=>10

Demonstrate appropriate menu selection Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq:
Protocol:
Edit Target MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
02/21/20

Ineff. Management of Therapeutic Regimen Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Complexity of health care system
Complexity of therapeutic regimen
Insufficient knowledge
Economic difficulties
Decisional conflicts
Family conflicts
Health belief conflicts
Side effects of therapy
Insufficient social support
Perceived powerlessness

Possibly evidenced by:
Inappropriate choices of daily living

Continued on Page 40

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

```
        for meeting the goals of a treatment
        or prevention program
        Verbalizing desire to manage the
        treatment of illness and prevention
        of sequelae
        Verbalizing difficulty with
        regulation/integration of one or more
        prescribed regimens for treatment of
        illness and its effects or for
        prevention of complications
        Acceleration (expected or
        unexpected) of illness symptoms
        Verbalizing lack of initiative to
        include treatment regimens in daily
        routines
        Verbalizing lack of initiative to
        reduce risk factors for progression
        of illness and sequelae

Freq:
Protocol:
 Rank         MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     12=>11
Describe intent to follow treatment plan     Start:  02/19/20 15:19
Text: * Demonstrates required competencies   Status: Complete    Target: 02/21/20
      * Identifies appropriate resources

Freq:
Protocol:
 Edit Target  MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     02/21/20
Knowledge Deficit: Hypertension                             Start:  02/19/20 15:19
Text: May be related to:                                    Status: Complete
        Recent diagnosis
        Ineffective past teaching/learning

      Possibly evidenced by:
        Requests for information
        Verbalizing inaccurate information
        Inaccurate task performance
        Denying need to learn

Freq:
Protocol:
 Rank         MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     13=>12
Understand Post Op Plan                      Start:  02/19/20 15:19
Text: * Understands anatomy and physiology   Status: Complete    Target: 02/21/20
      * Describes reportable s/s
      * Understands treatment plan
      * Understands medication regime

Freq:
Protocol:
```

Continued on Page 41

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Edit Target MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
02/21/20

**02/19/20 16:19**

Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 16:20 MCDANKAT SHOLACTX01)
Vital Signs

| | |
|---|---|
| Right Brachial | |
| Blood Pressure | 120/58 |
| Blood Pressure Mean (mm Hg) | 78 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 82 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 96 |
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 2 |
| Temperature (97.0 F-100.0 F) | 96.9 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 16:20 MCDANKAT SHOLACTX01)
Neuro Checks

| | |
|---|---|
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | No |
| Tingling | No |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 16:20 MCDANKAT SHOLACTX01)
Pain Assessment

| | |
|---|---|
| Lower Back | |
| Description | Aching<br>Sharp<br>Shooting |
| Intensity | 10 |
| Pain Goal | 5 |

Continued on Page 42

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Pain Behavior | Moaning |
| | Guarding |
| | Restlessness |
| | Facial Grimacing |
| Alleviating Factors | Medication |
| | Position Change |
| | Distraction |
| Pain Management Techniques | Medication |
| | Position Change |
| | Distraction |
| | Relaxation Techniques |

**02/19/20 17:19**

Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 17:40 MCDANKAT SHOLACTX01)
Vital Signs

| | |
|---|---|
| Right Brachial | |
| Blood Pressure | 114/61 |
| Blood Pressure Mean (mm Hg) | 78 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 87 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 95 |
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 1 |
| Temperature (97.0 F-100.0 F) | 97.0 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 17:40 MCDANKAT SHOLACTX01)
Neuro Checks

| | |
|---|---|
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person |
| | Place |
| | Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | No |
| Tingling | No |
| Strength | Equal |
| | Weak |
| Strength | Equal |
| | Weak |
| Strength | Equal |
| | Weak |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge

Continued on Page 43

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Protocol:
Document MCDANKAT (Rec: 02/19/20 17:40 MCDANKAT SHOLACTX01)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching<br>Sharp<br>Shooting |
| Intensity | 9 |
| Pain Goal | 5 |
| Pain Behavior | Moaning<br>Guarding<br>Restlessness<br>Facial Grimacing |
| Alleviating Factors | Medication<br>Position Change<br>Distraction |
| Pain Management Techniques | Medication<br>Position Change<br>Distraction<br>Relaxation Techniques |

**02/19/20 17:40**
Inpatient Charges Start: 02/19/20 15:19
Freq: 0600,1800 Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 17:40 MCDANKAT SHOLACTX01)
Inpatient Charges

| | |
|---|---|
| Oxygyen Materials | Incentive Spirometer |
| Personal Care | Admit Kits |
| GI/GU Materials | Specimen Hat |

**02/19/20 18:19**
Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 18:22 MCDANKAT SHOLACTX01)
Vital Signs
Right Brachial

| | |
|---|---|
| Blood Pressure | 113/51 |
| Blood Pressure Mean (mm Hg) | 71 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 94 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 95 |
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 2 |
| Temperature (97.0 F-100.0 F) | 97.3 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 18:22 MCDANKAT SHOLACTX01)
Neuro Checks

| | |
|---|---|
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |

Continued on Page 44

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person |
| | Place |
| | Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | No |
| Tingling | No |
| Strength | Equal |
| | Weak |
| Strength | Equal |
| | Weak |
| Strength | Equal |
| | Weak |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/19/20 18:22 MCDANKAT SHOLACTX01)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching |
| | Sharp |
| | Shooting |
| Intensity | 6 |
| Pain Goal | 5 |
| Scale Used | Wong-Baker |
| Pain Behavior | Moaning |
| | Guarding |
| | Restlessness |
| | Facial Grimacing |
| Alleviating Factors | Medication |
| | Position Change |
| | Distraction |
| Pain Management Techniques | Medication |
| | Position Change |
| | Distraction |
| | Relaxation Techniques |

**02/19/20 18:45**
Remain free of complications Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq: DAILY
Protocol:
Document BC (Rec: 02/19/20 18:45 BC SHOLAH374)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Identify potential injury risk factors Start: 02/19/20 15:19
Text: * Relates intent to use safety measures Status: Complete Target: 02/21/20
* Relates intent to use prevention measures
Freq: DAILY
Protocol:

Continued on Page 45

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

Document BC (Rec: 02/19/20 18:45 BC SHOLAH374)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Remain free of injury Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq: DAILY
Protocol:
Document BC (Rec: 02/19/20 18:45 BC SHOLAH374)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Understand Post Op Plan Start: 02/19/20 15:19
Text: * Understands anatomy and physiology Status: Complete Target: 02/21/20
* Describes reportable s/s
* Understands treatment plan
* Understands medication regime

Freq: DAILY
Protocol:
Document BC (Rec: 02/19/20 18:45 BC SHOLAH374)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Understand Plan of Care Start: 02/19/20 15:19
Text: Patient plan of care incorporates: Status: Complete Target: 02/21/20
Physician Diagnosis
Patient History and Physical
Medical Interventions
Freq: DAILY
Protocol:
Document BC (Rec: 02/19/20 18:45 BC SHOLAH374)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Exhibit intact skin Start: 02/19/20 15:19
Text: * Exhibits no redness over bony Status: Complete Target: 02/21/20
prominences
* Exhibits capillary refill <6
seconds over reddened areas
Freq: DAILY
Protocol:
Document BC (Rec: 02/19/20 18:45 BC SHOLAH374)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Patient reports decreased nausea Start: 02/19/20 15:19
Freq: Status: Complete Target: 02/21/20
Protocol:
Document BC (Rec: 02/19/20 18:45 BC SHOLAH374)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

RAP: Nutrition Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq:
Protocol:
Document BC (Rec: 02/19/20 18:45 BC SHOLAH374)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Continued on Page 46

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

```
Remain free of complications                 Start:  02/19/20 15:19
Text:                                        Status: Complete    Target: 02/21/20
Freq:
Protocol:
 Document     BC  (Rec: 02/19/20 18:45  BC  SHOLAH374)
 Outcomes Evaluation
     Outcomes Evaluation                         Continued Care Needed
ADL-Rehabilitation                           Start:  02/19/20 15:19
Text: Patient able to demonstrate ability to Status: Complete    Target: 02/21/20
perform ADLs
Freq:
Protocol:
 Document     BC  (Rec: 02/19/20 18:45  BC  SHOLAH374)
 Outcomes Evaluation
     Outcomes Evaluation                         Continued Care Needed
Exhibit optimal tissue perfusion             Start:  02/19/20 15:19
Text: * Exhibits adequate oxygenation and    Status: Complete    Target: 02/21/20
ventilation
      * Exhibits adequate cardiac output
      * Regains stable cardiac rhythm
      * Maintains optimal activity level
      * Maintains balanced intake and
output
Freq:
Protocol:
 Document     BC  (Rec: 02/19/20 18:45  BC  SHOLAH374)
 Outcomes Evaluation
     Outcomes Evaluation                         Continued Care Needed
Report pain at tolerable level               Start:  02/19/20 15:19
Text: * Uses pain scale appropriately        Status: Complete    Target: 02/21/20
      * Identify options for pain control
        - Analgesics
        - Narcotics
        - Non-medication measures
Freq:
Protocol:
 Document     BC  (Rec: 02/19/20 18:45  BC  SHOLAH374)
 Outcomes Evaluation
     Outcomes Evaluation                         Continued Care Needed
Maintain adequate fluid volume               Start:  02/19/20 15:19
Text: * Maintain adequate intake/output and  Status: Complete    Target: 02/21/20
electrolyte balance
      * Maintains vital signs WNL
      * Maintains clear breath sounds
      * Exhibits no edema
Freq:
Protocol:
 Document     BC  (Rec: 02/19/20 18:45  BC  SHOLAH374)
 Outcomes Evaluation
     Outcomes Evaluation                         Continued Care Needed
Demonstrate appropriate menu selection       Start:  02/19/20 15:19
Text:                                        Status: Complete    Target: 02/21/20
Freq:
Protocol:
```

Continued on Page 47

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

Document BC (Rec: 02/19/20 18:45 BC SHOLAH374)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Describe intent to follow treatment plan Start: 02/19/20 15:19
Text: * Demonstrates required competencies Status: Complete Target: 02/21/20
* Identifies appropriate resources

Freq:
Protocol:
Document BC (Rec: 02/19/20 18:45 BC SHOLAH374)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Understand Post Op Plan Start: 02/19/20 15:19
Text: * Understands anatomy and physiology Status: Complete Target: 02/21/20
* Describes reportable s/s
* Understands treatment plan
* Understands medication regime

Freq:
Protocol:
Document BC (Rec: 02/19/20 18:45 BC SHOLAH374)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

**02/19/20 19:00**
Inpatient Assessment Start: 02/19/20 15:19
Freq: Q1HX1,Q4HR Status: Discharge
Protocol:
Document BC (Rec: 02/19/20 20:06 BC SHOLAH374)
Patient Information

| | |
|---|---|
| Post Op Day | 0 |
| Patient Activity | Currently in Bed |
| Patient Position in Bed | Right Side |
| Degree of Head of Bed | 15 |
| Assistive Devices | None |
| VTE Prophylaxis Ordered | Yes |
| Type of VTE Device Applied | Intermittent Pneumatic Compression Sleeve<br>Ted Hose |
| Isolation Precautions | Standard |

IV Assessment
Left Hand

| | |
|---|---|
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Peripheral IV |
| Observation | Asymptomatic<br>Intact<br>Patent |
| IV Site Changed? | No |

Left Forearm

| | |
|---|---|
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |

Continued on Page 48

Progress Notes - 02/19/2020



| | |
|---|---|
| Observation | Asymptomatic |
| | Intact |
| | Patent |
| IV Site Changed? | No |
| Incentive Spirometry | |
| Volume Amount | 1,500 |
| Number of Repetitions | 2 |
| HEENT Assessment | |
| HEENT Symptoms | None |
| Head & Neck Movement | Normal |
| Facial Expression | Alert/Appropriate |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |
| Eye Symptoms | None |
| Eye Discomfort | None |
| Oral Cavity | Pink |
| | Intact |
| | Smooth |
| Teeth Condition | Intact |
| Mouth Odor | Musty |
| Lip Color | Pink |
| Lip Moisture | Moist |
| Neurological Assessment | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person |
| | Place |
| | Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | No |
| Tingling | No |
| Strength | Equal |
| | Weak |
| Strength | Equal |
| | Weak |
| Strength | Equal |
| | Weak |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear |
| Patient Behavior | Drowsy |

Continued on Page 49

**Progress Notes - 02/19/2020**



| | |
|---|---|
| Mood Description | Calm<br>Relaxed |
| Cardiovascular Assessment | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal<br>S1 & S2 |
| Respiratory Assessment | |
| Anterior Bilateral Throughout | |
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft<br>Obese<br>Round |
| All Quadrants | |
| Bowel Sound | Hypoactive |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Absent |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Voiding Method | Foley Catheter |
| Date of Insertion | 02/19/20 |
| Catheter Patency | Patent/Draining |
| Urine Appearance | Clear |
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower<br>Back |
| Drainage Description | Sanguineous |
| Drain Compressed | Yes |

Continued on Page 50

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Lower Back
Wound Type — Incision
Dressing Status — Dry & Intact
Dressing — Telfa Pad; Ioban; 4x8 Guaze Pads
Drainage Amount — None
General Appearance — Clean/Dry

Vital Signs — Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR — Status: Discharge
Protocol:
Document BC (Rec: 02/19/20 19:44 BC SHOLAH374)
Vital Signs
Right Brachial

| | |
|---|---|
| Blood Pressure | 120/60 |
| Blood Pressure Mean (mm Hg) | 80 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 96 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 95 |
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 2 |
| Temperature (97.0 F-100.0 F) | 97.4 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks — Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR — Status: Discharge
Protocol:
Document BC (Rec: 02/19/20 20:06 BC SHOLAH374)
Neuro Checks

| | |
|---|---|
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | No |
| Tingling | No |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment — Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR — Status: Discharge
Protocol:
Document BC (Rec: 02/19/20 20:06 BC SHOLAH374)
Pain Assessment
Lower Back

Continued on Page 51

| | |
|---|---|
| Description | Aching<br>Sharp<br>Shooting |
| Intensity | 4 |
| Pain Goal | 5 |
| Scale Used | Wong-Baker |
| Pain Behavior | Moaning<br>Guarding<br>Restlessness<br>Facial Grimacing |
| Alleviating Factors | Medication<br>Position Change<br>Distraction |
| Pain Management Techniques | Medication<br>Position Change<br>Distraction<br>Relaxation Techniques |

**02/19/20 21:00**

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document BC (Rec: 02/19/20 22:16 BC SHOLACTX01)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching<br>Sharp<br>Shooting |
| Intensity | 4 |
| Pain Goal | 5 |
| Scale Used | Wong-Baker |
| Pain Behavior | Moaning<br>Guarding<br>Restlessness<br>Facial Grimacing |
| Alleviating Factors | Medication<br>Position Change<br>Distraction |
| Pain Management Techniques | Medication<br>Position Change<br>Distraction<br>Relaxation Techniques |

Education Record Start: 02/19/20 15:19
Freq: Q1HX1,BID Status: Discharge
Protocol:
Document BC (Rec: 02/19/20 22:16 BC SHOLACTX01)
Education Record

| | |
|---|---|
| Education Topic | Medications<br>Pain Management<br>Pain Scale and Self-Assessment<br>Lumbar/Cervical Equipment<br>Relaxation Techniques<br>Incision<br>Diet<br>IV Pump & Pole |

Continued on Page 52

**Progress Notes - 02/19/2020**



| | |
|---|---|
| | SCDs/TED Hose |
| | Call Light |
| | Bed Control |
| Learner | Patient |
| | Family |
| | Significant Other |
| Educated to | Use |
| | Benefits |
| | Modifications |
| | Administration/Schedule |
| | Limitations |
| | Safety Precautions |
| | Signs/Symptoms to Report |
| | Possible Complications |
| | Possible Side Effects |
| | Management Options |
| | Care |
| Assessment of Knowledge | Needs Reinforcement |
| Teaching Methods | Discussion |
| | Demonstration |
| Response to Teaching | Displays Lack of Interest |
| Outcomes of Education | Performs with Assistance |

Routine Care Assessment Start: 02/19/20 15:19
Freq: Q1HX1,BID Status: Discharge
Protocol:
Document BC (Rec: 02/19/20 22:16 BC SHOLACTX01)
Activities of Daily Living

| | |
|---|---|
| Patient Activity | Currently in Bed |
| SCDs Applied | Yes |
| TED Hose Applied? | Yes |
| Ice Pack Placed | No |
| Patient Repositioned to | Right Side |
| Head of Bed | 15 |
| Hygiene Care Performed | PM Care |
| Linen Changed | No: new admit |
| Bathing Ability | Independent |
| Meal | Nourishment/Supplement |
| Percent Meal Consumed | 50% |
| Diet | Clear Liquid |
| ADA Diet | No |
| Diet Tolerated | Well |
| Eating (Feeding) Ability | Independent |

**02/19/20 22:00**

Intake and Output Start: 02/19/20 15:19
Freq: Q8HR Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 00:29 BC SHOLACTX01)
Intake and Output

ceFAZolin/D5W 2 GRAMS/50 ML 2 gm In 50 ml @ 100 mls/hr IVPB Q8H SCH Rx#:001622642

| | |
|---|---|
| Intake, IV Amount | 50 |

0.9 % Sodium Chloride 1,000 ml @ 110 mls/hr IV .Q9H6M SCH Rx#:001622619

| | |
|---|---|
| Intake, IV Amount | 660 |
| Intake, Oral Amount | 360 |
| Total, Intake Amount | 1070 |

Continued on Page 53

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Output, Catheter Amount | 1,000 |
| Lower Back | |
| Tube Type | Hemovac |
| Drainage | Sanguineous |
| Odor | None/Absent |
| Drainage Amount | 240 |
| Total, Output Amount | 1240 |

**02/19/20 23:00**

Inpatient Assessment Start: 02/19/20 15:19
Freq: Q1HX1,Q4HR Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 00:35 BC SHOLACTX01)

| | |
|---|---|
| Patient Information | |
| Post Op Day | 0 |
| Patient Activity | Currently in Bed |
| Patient Position in Bed | Left Side |
| Degree of Head of Bed | 15 |
| Activity Ability | 1 person assist |
| Assistive Devices | None |
| VTE Prophylaxis Ordered | Yes |
| Type of VTE Device Applied | Intermittent Pneumatic Compression Sleeve<br>Ted Hose |
| Isolation Precautions | Standard |
| IV Assessment | |
| Left Hand | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Peripheral IV |
| Observation | Asymptomatic<br>Intact<br>Patent |
| IV Site Changed? | No |
| Left Forearm | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Asymptomatic<br>Intact<br>Patent |
| IV Site Changed? | No |
| Incentive Spirometry | |
| Volume Amount | 1,500 |
| Number of Repetitions | 2 |
| HEENT Assessment | |
| HEENT Symptoms | None |
| Head & Neck Movement | Normal |
| Facial Expression | Alert/Appropriate |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |

Continued on Page 54

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |
| Eye Symptoms | None |
| Eye Discomfort | None |
| Oral Cavity | Pink<br>Intact<br>Smooth |
| Teeth Condition | Intact |
| Mouth Odor | Musty |
| Lip Color | Pink |
| Lip Moisture | Moist |
| Neurological Assessment | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: BILATERAL |
| Location of Numbness | "FRONT OF THIGHS DOWN TO SHINS<br>" |
| Tingling | No |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Moderate |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear |
| Patient Behavior | Drowsy |
| Mood Description | Calm<br>Relaxed |
| Cardiovascular Assessment | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal<br>S1 & S2 |

Continued on Page 55

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Respiratory Assessment | |
| Anterior Bilateral Throughout | |
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft<br>Obese<br>Round |
| All Quadrants | |
| Bowel Sound | Hypoactive |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Absent |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Voiding Method | Foley Catheter |
| Date of Insertion | 02/19/20 |
| Catheter Patency | Patent/Draining |
| Urine Appearance | Clear |
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower<br>Back |
| Drainage Description | Sanguineous |
| Drain Compressed | Yes |
| Lower Back | |
| Wound Type | Incision |
| Dressing Status | Dry & Intact |
| Dressing | Telfa Pad<br>Ioban<br>4x8 Guaze Pads |
| Drainage Amount | None |
| General Appearance | Clean/Dry |

Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 00:35 BC SHOLACTX01)
Vital Signs

Continued on Page 56
This is the patient's legal medical record

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Right Brachial | |
| Blood Pressure | 107/57 |
| Blood Pressure Mean (mm Hg) | 73 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 90 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 97 |
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 2 |
| Temperature (97.0 F-100.0 F) | 97.8 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 00:35 BC SHOLACTX01)
Neuro Checks

| | |
|---|---|
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | No |
| Tingling | No |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 00:35 BC SHOLACTX01)
Pain Assessment

| | |
|---|---|
| Lower Back | |
| Description | Aching<br>Sharp<br>Shooting |
| Intensity | 4 |
| Pain Goal | 5 |
| Scale Used | Wong-Baker |
| Pain Behavior | Moaning<br>Guarding<br>Restlessness<br>Facial Grimacing |
| Alleviating Factors | Medication<br>Position Change<br>Distraction |

Continued on Page 57

**Progress Notes - 02/19/2020**



| | |
|---|---|
| Pain Management Techniques | Medication |
| | Position Change |
| | Distraction |
| | Relaxation Techniques |

**02/20/20 01:00**

Pain Assessment    Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR    Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 03:16 BC SHOLACTX01)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching |
| | Sharp |
| | Shooting |
| Intensity | 4 |
| Pain Goal | 5 |
| Scale Used | Wong-Baker |
| Pain Behavior | Moaning |
| | Guarding |
| | Restlessness |
| | Facial Grimacing |
| Alleviating Factors | Medication |
| | Position Change |
| | Distraction |
| Pain Management Techniques | Medication |
| | Position Change |
| | Distraction |
| | Relaxation Techniques |

**02/20/20 03:00**

Inpatient Assessment    Start: 02/19/20 15:19
Freq: Q1HX1,Q4HR    Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 03:48 BC SHOLACTX01)
Patient Information

| | |
|---|---|
| Post Op Day | 1 |
| Patient Activity | Currently in Bed |
| Patient Position in Bed | Right Side |
| Degree of Head of Bed | 15 |
| Activity Ability | 1 person assist |
| Assistive Devices | None |
| VTE Prophylaxis Ordered | Yes |
| Type of VTE Device Applied | Intermittent Pneumatic |
| | Compression Sleeve |
| | Ted Hose |
| Isolation Precautions | Standard |

IV Assessment
Left Hand

| | |
|---|---|
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Peripheral IV |
| Observation | Asymptomatic |
| | Intact |
| | Patent |

Continued on Page 58

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| IV Site Changed? | No |
| Left Forearm | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Asymptomatic |
| | Intact |
| | Patent |
| IV Site Changed? | No |
| Incentive Spirometry | |
| Volume Amount | 1,500 |
| Number of Repetitions | 2 |
| HEENT Assessment | |
| HEENT Symptoms | None |
| Head & Neck Movement | Normal |
| Facial Expression | Alert/Appropriate |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |
| Eye Symptoms | None |
| Eye Discomfort | None |
| Oral Cavity | Pink |
| | Intact |
| | Smooth |
| Teeth Condition | Intact |
| Mouth Odor | Musty |
| Lip Color | Pink |
| Lip Moisture | Moist |
| Neurological Assessment | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person |
| | Place |
| | Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: BILATERAL |
| Location of Numbness | "FRONT OF THIGHS DOWN TO SHINS " |
| Tingling | No |
| Strength | Equal |
| | Weak |

Continued on Page 59

Progress Notes - 02/19/2020



| | |
|---|---|
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear |
| Patient Behavior | Drowsy |
| Mood Description | Calm<br>Relaxed |
| Cardiovascular Assessment | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal<br>S1 & S2 |
| Respiratory Assessment | |
| Anterior Bilateral Throughout | |
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft<br>Obese<br>Round |
| All Quadrants | |
| Bowel Sound | Hypoactive |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Absent |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Voiding Method | Foley Catheter |
| Date of Insertion | 02/19/20 |
| Catheter Patency | Patent/Draining |
| Urine Appearance | Clear |
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |

Continued on Page 60

**Progress Notes - 02/19/2020**



| | |
|---|---|
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower Back |
| Drainage Description | Sanguineous |
| Drain Compressed | Yes |
| Lower Back | |
| Wound Type | Incision |
| Dressing Status | Dry & Intact |
| Dressing | Telfa Pad<br>Ioban<br>4x8 Guaze Pads |
| Drainage Amount | None |
| General Appearance | Clean/Dry |

Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 03:25 BC SHOLACTX01)
Vital Signs

| | |
|---|---|
| Right Brachial | |
| Blood Pressure | 99/58 |
| Blood Pressure Mean (mm Hg) | 71 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 92 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 95 |
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 2 |
| Temperature (97.0 F-100.0 F) | 97.4 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 03:48 BC SHOLACTX01)
Neuro Checks

| | |
|---|---|
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: BILATERAL |
| Location of Numbness | "FRONT OF THIGHS DOWN TO SHINS " |
| Tingling | No |
| Strength | Equal<br>Weak |
| Strength | Equal<br>Weak |

Continued on Page 61

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Strength | Equal |
| | Weak |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 03:48 BC SHOLACTX01)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching |
| | Sharp |
| | Shooting |
| Intensity | 4 |
| Pain Goal | 5 |
| Scale Used | Wong-Baker |
| Pain Behavior | Moaning |
| | Guarding |
| | Restlessness |
| | Facial Grimacing |
| Alleviating Factors | Medication |
| | Position Change |
| | Distraction |
| Pain Management Techniques | Medication |
| | Position Change |
| | Distraction |
| | Relaxation Techniques |

**02/20/20 05:00**
Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 05:17 BC SHOLACTX01)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching |
| | Sharp |
| | Shooting |
| Intensity | 4 |
| Pain Goal | 5 |
| Scale Used | Wong-Baker |
| Pain Behavior | Moaning |
| | Guarding |
| | Restlessness |
| | Facial Grimacing |
| Alleviating Factors | Medication |
| | Position Change |
| | Distraction |
| Pain Management Techniques | Medication |
| | Position Change |
| | Distraction |
| | Relaxation Techniques |

**02/20/20 06:00**
Intake and Output Start: 02/19/20 15:19
Freq: Q8HR Status: Discharge

Continued on Page 62

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Protocol:
Document BC (Rec: 02/20/20 06:28 BC SHOLAH374)
Intake and Output

| | |
|---|---|
| ceFAZolin/D5W 2 GRAMS/50 ML 2 gm In 50 ml @ 100 mls/hr IVPB Q8H SCH Rx#:001622642 | |
| Intake, IV Amount | 50 |
| 0.9 % Sodium Chloride 1,000 ml @ 110 mls/hr IV .Q9H6M SCH Rx#:001622619 | |
| Intake, IV Amount | 770 |
| Intake, Oral Amount | 280 |
| Total, Intake Amount | 1100 |
| Output, Catheter Amount | 900 |
| Lower Back | |
| Tube Type | Hemovac |
| Drainage | Sanguineous |
| Odor | None/Absent |
| Drainage Amount | 180 |
| Total, Output Amount | 1080 |

Inpatient Charges Start: 02/19/20 15:19
Freq: 0600,1800 Status: Discharge
Protocol:
Document BC (Rec: 02/20/20 06:28 BC SHOLAH374)
Inpatient Charges

| | |
|---|---|
| 0.9 NACL 1000ml | 1 |

**02/20/20 07:00**

Inpatient Assessment Start: 02/19/20 15:19
Freq: Q1HX1,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 07:31 MCDANKAT SHOLACTX01)
Patient Information

| | |
|---|---|
| Post Op Day | 1 |
| Patient Activity | Currently in Bed |
| Patient Position in Bed | Right Side |
| Degree of Head of Bed | 30 |
| VTE Prophylaxis Ordered | Yes |
| Type of VTE Device Applied | Intermittent Pneumatic Compression Sleeve<br>Ted Hose |
| Isolation Precautions | Standard |

IV Assessment

| | |
|---|---|
| Left Hand | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Asymptomatic<br>Intact<br>Patent |
| IV Site Changed? | No |
| Left Forearm | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Peripheral IV |
| Observation | Asymptomatic<br>Intact |

Continued on Page 63

**Progress Notes - 02/19/2020**



| | |
|---|---|
| | Patent |
| IV Site Changed? | No |
| Incentive Spirometry | |
| Volume Amount | 1,500 |
| Number of Repetitions | 10 |
| HEENT Assessment | |
| HEENT Symptoms | Sore Throat |
| Head & Neck Movement | Normal |
| Facial Expression | Alert/Appropriate |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |
| Eye Symptoms | None |
| Eye Discomfort | None |
| Oral Cavity | Pink<br>Intact<br>Smooth |
| Teeth Condition | Intact |
| Mouth Odor | Absent |
| Lip Color | Pink |
| Lip Moisture | Moist |
| Neurological Assessment | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: BILATERAL |
| Location of Numbness | "FRONT OF THIGHS DOWN TO SHINS<br>" |
| Tingling | No |
| Strength | Right Greater Than Left<br>Weak |
| Strength | Right Greater Than Left<br>Weak |
| Strength | Equal<br>Moderate |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear<br>Appropriate |

Continued on Page 64

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Patient Behavior | Drowsy |
| Mood Description | Calm |
| | Relaxed |
| Cardiovascular Assessment | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal |
| | S1 & S2 |
| Respiratory Assessment | |
| Anterior Bilateral Throughout | |
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft |
| | Obese |
| | Round |
| All Quadrants | |
| Bowel Sound | Hypoactive |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Present |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Voiding Method | Foley Catheter |
| Date of Insertion | 02/19/20 |
| Catheter Patency | Patent/Draining |
| Urine Appearance | Clear |
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower |
| | Back |
| Drainage Description | Sanguineous |

Continued on Page 65

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Drain Compressed | Yes |
| Lower Back | |
| Wound Type | Incision |
| Dressing Status | Dry & Intact |
| Dressing | Telfa Pad<br>Ioban<br>4x8 Guaze Pads |
| Drainage Amount | None |
| General Appearance | Clean/Dry |

Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 07:37 MCDANKAT SHOLACTX01)
Vital Signs

| | |
|---|---|
| Right Brachial | |
| Blood Pressure | 113/47 |
| Blood Pressure Mean (mm Hg) | 69 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 99 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 95 |
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 2 |
| Temperature (97.0 F-100.0 F) | 97.2 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 07:31 MCDANKAT SHOLACTX01)
Neuro Checks

| | |
|---|---|
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: BILATERAL |
| Location of Numbness | "FRONT OF THIGHS DOWN TO SHINS<br>" |
| Tingling | No |
| Strength | Right Greater Than Left<br>Weak |
| Strength | Right Greater Than Left<br>Weak |
| Strength | Equal<br>Moderate |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:

Continued on Page 66

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Document MCDANKAT (Rec: 02/20/20 07:31 MCDANKAT SHOLACTX01)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching<br>Sharp<br>Shooting |
| Intensity | 4 |
| Pain Goal | 5 |
| Scale Used | Wong-Baker |
| Pain Behavior | Moaning<br>Guarding<br>Restlessness<br>Facial Grimacing |
| Alleviating Factors | Medication<br>Position Change<br>Distraction |
| Pain Management Techniques | Medication<br>Position Change<br>Distraction<br>Relaxation Techniques |

**02/20/20 07:46**
Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 07:46 MCDANKAT SHOLAH374)
Vital Signs

| | |
|---|---|
| Oxygen Saturation (92-100) | 90 |
| Oxygen Delivery Method | Room Air |

**02/20/20 09:00**
Remain free of complications Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq: DAILY
Protocol:
Document MCDANKAT (Rec: 02/20/20 15:01 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Identify potential injury risk factors Start: 02/19/20 15:19
Text: * Relates intent to use safety measures Status: Complete Target: 02/21/20
* Relates intent to use prevention measures
Freq: DAILY
Protocol:
Document MCDANKAT (Rec: 02/20/20 15:01 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Remain free of injury Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq: DAILY
Protocol:
Document MCDANKAT (Rec: 02/20/20 15:01 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Understand Post Op Plan Start: 02/19/20 15:19

Continued on Page 67

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

```
Text: * Understands anatomy and physiology   Status: Complete    Target: 02/21/20
      * Describes reportable s/s
      * Understands treatment plan
      * Understands medication regime

Freq:   DAILY
Protocol:
 Document     MCDANKAT  (Rec: 02/20/20 15:01  MCDANKAT  SHOLACTX01)
 Outcomes Evaluation
     Outcomes Evaluation                         Continued Care Needed
Understand Plan of Care                      Start:  02/19/20 15:19
Text: Patient plan of care incorporates:     Status: Complete    Target: 02/21/20
      Physician Diagnosis
      Patient History and Physical
      Medical Interventions
Freq:   DAILY
Protocol:
 Document     MCDANKAT  (Rec: 02/20/20 15:01  MCDANKAT  SHOLACTX01)
 Outcomes Evaluation
     Outcomes Evaluation                         Continued Care Needed
Teach: Plan of Care Components                             Start:  02/19/20 15:19
Freq:   Q1HX1,DAILY                                        Status: Complete
Protocol:
 Document     MCDANKAT  (Rec: 02/20/20 10:12  MCDANKAT  SHOLAH374)
 Plan of Care
     Plan of Care Includes                       Physician's Diagnosis
                                                 History and Physical
                                                 Medical Interventions
     Patient and/or designee participated in     Yes
      development of plan
Exhibit intact skin                          Start:  02/19/20 15:19
Text: * Exhibits no redness over bony        Status: Complete    Target: 02/21/20
prominences
      * Exhibits capillary refill <6
seconds over reddened areas
Freq:   DAILY
Protocol:
 Document     MCDANKAT  (Rec: 02/20/20 15:01  MCDANKAT  SHOLACTX01)
 Outcomes Evaluation
     Outcomes Evaluation                         Continued Care Needed
Pain Assessment                                            Start:  02/19/20 15:19
Freq:   Q1HX4,Q2HR                                         Status: Discharge
Protocol:
 Document     MCDANKAT  (Rec: 02/20/20 10:12  MCDANKAT  SHOLAH374)
 Pain Assessment
     Lower Back
      Description                                Aching
                                                 Sharp
                                                 Shooting
      Intensity                                  4
      Pain Goal                                  5
      Scale Used                                 Wong-Baker
      Pain Behavior                              Moaning
                                                 Guarding
```

Continued on Page 68

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| | Restlessness |
| | Facial Grimacing |
| Alleviating Factors | Medication |
| | Position Change |
| | Distraction |
| Aggrevating Factors | Standing |
| | Walking |
| | Exercise/Activity |
| | ADL's |
| Pain Management Techniques | Medication |
| | Position Change |
| | Distraction |
| | Relaxation Techniques |

Education Record Start: 02/19/20 15:19
Freq: Q1HX1,BID Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 10:12 MCDANKAT SHOLAH374)
Education Record

| | |
|---|---|
| Education Topic | Medications |
| | Pain Management |
| | Pain Scale and Self-Assessment |
| | Lumbar/Cervical Equipment |
| | Relaxation Techniques |
| | Incision |
| | Diet |
| | IV Pump & Pole |
| | SCDs/TED Hose |
| | Call Light |
| | Bed Control |
| Learner | Patient |
| | Family |
| | Significant Other |
| Educated to | Use |
| | Benefits |
| | Modifications |
| | Administration/Schedule |
| | Limitations |
| | Safety Precautions |
| | Signs/Symptoms to Report |
| | Possible Complications |
| | Possible Side Effects |
| | Management Options |
| | Care |
| Assessment of Knowledge | Knowledgeable |
| Teaching Methods | Discussion |
| | Demonstration |
| Response to Teaching | Exhibits Interest |
| Outcomes of Education | Performs with Assistance |

Routine Care Assessment Start: 02/19/20 15:19
Freq: Q1HX1,BID Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 10:12 MCDANKAT SHOLAH374)
Activities of Daily Living

| | |
|---|---|
| Patient Activity | Chair |

Continued on Page 69

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Activity Ability | 1 person assist |
| Tolerates Activity | Good |
| SCDs Applied | Yes |
| TED Hose Applied? | Yes |
| Ice Pack Placed | No |
| Hygiene Care Performed | AM Care |
| Linen Changed | Yes |
| Bathing Ability | Independent |
| Meal | Breakfast |
| Percent Meal Consumed | 100% |
| Diet | Clear Liquid |
| ADA Diet | No |
| Diet Tolerated | Well |
| Eating (Feeding) Ability | Independent |

Skin Risk and Fall Risk Assessment Start: 02/19/20 15:19
Freq: Q1HX1,0900 Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 10:12 MCDANKAT SHOLAH374)

Braden Scale

| | |
|---|---|
| Moisture | Rarely Moist |
| Sensory Perception | No Impairment |
| Activity | Walks Occasionally |
| Mobility | Slightly Limited |
| Nutrition | Excellent |
| Friction & Shear | Potential Problem |
| Skin Risk Total Score (points) | 20 |

Morse Fall Scale

| | |
|---|---|
| History of falling: Immediate or within 3 months | No (0) |
| Secondary Dx/On a medication that may contribute to a fall | Yes (15) |
| Ambulatory Aid | None/Bedrest/Assist/Wheelchair (0) |
| IV/Heparin Lock | Yes (20) |
| Gait/Transferring | Weak (10) |
| Mental Status | Oriented to own ability (0) |
| Total | 45 |

**02/20/20 09:42**
Physical Therapy Evaluation Start: 02/20/20 14:32
Freq: IN AM Status: Complete
Protocol:
Document PEVEYBRA (Rec: 02/20/20 09:45 PEVEYBRA SHOLACTX01)

Physical Therapy Evaluation

| | |
|---|---|
| Procedure | TLIF |
| Procedure Levels | L3-S1 |
| Subjective | Pt reports mild post op pain. Pt eager to get OOB |
| Objective | Pt found supine in bed. PT donned LSO |
| Rolling in bed | Minimum Assistance |
| Supine to Sit | Minimum Assistance |
| Sit to Stand | Minimum Assistance |
| Bilateral Lower Sensation | Intact |

Continued on Page 70

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Strength | 4- Good- |
| Ambulation Surface | Level |
| Ambulation Distance (feet) | 150 |
| Ambulation Ability | Minimum Assistance |
| Activity Tolerance | Good |
| Factors Limiting Function | Pain |
| Additional Comments | Pt doing well for 1st time OOB . Pt needing only CGA during gait for safety. VC to imrpove pace and relax BUE. Pt will continue to improve with continued PT. |
| Improve bed mobility activities to | Supervision |
| Improve sit stand transfers to | Supervision |
| Improve gait to | Supervision |
| Ambulate (feet) | 200 |
| Verbalize understanding of proper body mechanics | Yes |
| Patient to be seen by PT for functional mobility training: | BID M-F, Daily Sat and Sun |
| PT Evaluation Complexity | Moderate |

**02/20/20 10:00**
Discontinue Foley Catheter Start: 02/20/20 10:00
Freq: ROUTINE Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 10:23 MCDANKAT SHOLAH374)
Discontinue Foley Catheter

| | |
|---|---|
| Foley Catheter Discontinued? | Yes |

**02/20/20 10:20**
Occupational Therapy Evaluation Start: 02/20/20 14:32
Freq: IN AM Status: Complete
Protocol:
Document TR (Rec: 02/20/20 10:41 TR SHOLAINPT03)
Occupational Therapy Eval

| | |
|---|---|
| Procedure | TLIF |
| Procedure Levels | L3-S1 |
| Subjective | Pt with min complaint of post op pain. |
| Objective | pt found up in chair and seen for OT evaluation. |
| Ambulation Assistive Devices | IV Pole |
| Seated Scooting | Standby Assistance |
| Sit to Stand | Standby Assistance |
| Grooming | Standby Assistance |
| Toileting | Standby Assistance |
| Toilet Transfer | Standby Assistance |
| Bilateral Upper | |
| Functional Strength | Functional |
| Sensation | Intact |
| Patient with complaint of numbness or tingling in UE | No |
| Functional UE ROM | Normal |
| Ambulation Tolerance | Good |
| Functional Activity Tolerance | Good |

Continued on Page 71

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Education | Avoid trunk rotation<br>Avoid trunk flexion<br>No lifting greater than 8-10 pounds<br>Discuss brace/collar donning and schedule |
| Activity Tolerance | Good |
| Improve bed mobility activities to | Modified Independence |
| Improve sit stand transfers to | Modified Independence |
| Improve supine to sit to | Modified Independence |
| Improve toilet transfer to | Modified Independence |
| Simple grooming standing at sink for 5-10 minutes given | Modified Independence |
| LE Dressing | Moderate Independent |
| Verbalize 3 out of 3 back/neck precautions | Yes |
| ADL's, transfers, and functional mobility tasks | Daily (Monday-Saturday) |
| Would benefit from OT to increase functional independence | Yes |
| OT Evaluation Complexity | Moderate |

**02/20/20 11:00**

Inpatient Assessment Start: 02/19/20 15:19
Freq: Q1HX1,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 11:31 MCDANKAT SHOLAH374)

Patient Information

| | |
|---|---|
| Post Op Day | 1 |
| Patient Activity | Chair |
| Activity Ability | Standby Assistance |
| Assistive Devices | None |
| VTE Prophylaxis Ordered | Yes |
| Type of VTE Device Applied | Intermittent Pneumatic Compression Sleeve<br>Ted Hose |
| Isolation Precautions | Standard |

IV Assessment

| | |
|---|---|
| Left Hand | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Asymptomatic<br>Intact<br>Patent |
| IV Site Changed? | No |
| Left Forearm | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Peripheral IV |
| Observation | Asymptomatic<br>Intact<br>Patent |

Continued on Page 72

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| IV Site Changed? | No |
| Incentive Spirometry | |
| Volume Amount | 1,500 |
| Number of Repetitions | 10 |
| HEENT Assessment | |
| HEENT Symptoms | Sore Throat |
| Head & Neck Movement | Normal |
| Facial Expression | Alert/Appropriate |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |
| Eye Symptoms | None |
| Eye Discomfort | None |
| Oral Cavity | Pink<br>Intact<br>Smooth |
| Teeth Condition | Intact |
| Mouth Odor | Absent |
| Lip Color | Pink |
| Lip Moisture | Moist |
| Neurological Assessment | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: BILATERAL |
| Location of Numbness | "FRONT OF THIGHS DOWN TO SHINS<br>" |
| Tingling | No |
| Strength | Left Greater Than Right<br>Weak |
| Strength | Left Greater Than Right<br>Weak |
| Strength | Equal<br>Moderate |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear<br>Appropriate |
| Patient Behavior | Appropriate |

Continued on Page 73

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| | Cooperative |
| Mood Description | Calm |
| | Relaxed |
| Cardiovascular Assessment | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal |
| | S1 & S2 |
| Respiratory Assessment | |
| Anterior Bilateral Throughout | |
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft |
| | Obese |
| | Round |
| All Quadrants | |
| Bowel Sound | Hypoactive |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Present |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Bladder Pattern | Due to Void |
| Voiding Method | Due to Void |
| Urine Appearance | Clear |
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower |
| | Back |
| Drainage Description | Sanguineous |
| Drain Compressed | Yes |

Continued on Page 74

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Lower Back | |
| Wound Type | Incision |
| Dressing Status | Dry & Intact |
| Dressing | Telfa Pad<br>Ioban<br>4x8 Guaze Pads |
| Drainage Amount | None |
| General Appearance | Clean/Dry |

Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 13:58 MCDANKAT SHOLACTX01)

| | |
|---|---|
| Vital Signs | |
| Right Brachial | |
| Blood Pressure | 115/56 |
| Blood Pressure Mean (mm Hg) | 75 |
| Source | Automatic Cuff |
| Position | Sitting |
| Heart Rate (60-90) | 84 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 95 |
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 2 |
| Temperature (97.0 F-100.0 F) | 97.8 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 11:31 MCDANKAT SHOLAH374)

| | |
|---|---|
| Neuro Checks | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: BILATERAL |
| Location of Numbness | "FRONT OF THIGHS DOWN TO SHINS<br>" |
| Tingling | No |
| Strength | Left Greater Than Right<br>Weak |
| Strength | Left Greater Than Right<br>Weak |
| Strength | Equal<br>Moderate |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 11:31 MCDANKAT SHOLAH374)

Continued on Page 75

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching<br>Sharp<br>Shooting |
| Intensity | 4 |
| Pain Goal | 5 |
| Scale Used | Wong-Baker |
| Pain Behavior | Moaning<br>Guarding<br>Restlessness<br>Facial Grimacing |
| Alleviating Factors | Medication<br>Position Change<br>Distraction |
| Aggrevating Factors | Standing<br>Walking<br>Exercise/Activity<br>ADL's |
| Pain Management Techniques | Medication<br>Position Change<br>Distraction<br>Relaxation Techniques |

**02/20/20 13:00**

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 13:58 MCDANKAT SHOLACTX01)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching<br>Sharp<br>Shooting |
| Intensity | 4 |
| Pain Goal | 5 |
| Scale Used | Wong-Baker |
| Pain Behavior | Moaning<br>Guarding<br>Restlessness<br>Facial Grimacing |
| Alleviating Factors | Medication<br>Position Change<br>Distraction |
| Aggrevating Factors | Standing<br>Walking<br>Exercise/Activity<br>ADL's |
| Pain Management Techniques | Medication<br>Position Change<br>Distraction<br>Relaxation Techniques |

Physical Therapy Note Start: 02/20/20 09:45
Freq: ROUTINE Status: Discharge
Protocol:

Continued on Page 76

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Document PEVEYBRA (Rec: 02/20/20 15:01 PEVEYBRA SHOLACTX01)
Physical Therapy Daily Note

| | |
|---|---|
| Procedure | TLIF |
| Procedure Levels | L3-S1 |
| Subjective | Pt with min complaint of post op pain. |
| Objective | pt found supine in bed. Pt donned brace |
| Ambulation Assistive Devices | Railings |
| Bed Mobility Assistive Devices | Bed Rail |
| Rolling in bed | Standby Assistance |
| Supine to Sit | Standby Assistance |
| Seated Scooting | Standby Assistance |
| Sit to Stand | Minimum Assistance |
| Ambulation Surface | Level |
| Ambulation Distance (feet) | 175 |
| Ambulation Ability | Standby Assistance |
| Activity Tolerance | Good |
| Additional Comments | Pt. did very well this pm. Pt making gains with t/f mobility and gait distance. Pt would continue to benefit from continued PT to further improve functional strength, mobility, and endurance to increase return to prior level of function. |
| Education | Proper Donning of Brace<br>Avoid Bending, Lifting, Twisting |
| Plan of Care | Continue Physical Therapy |
| PT/OT Charge | Gait Training |

**02/20/20 14:00**
Intake and Output Start: 02/19/20 15:19
Freq: Q8HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 15:00 MCDANKAT SHOLACTX01)
Intake and Output

ceFAZolin/D5W 2 GRAMS/50 ML 2 gm In 50 ml @ 100 mls/hr IVPB Q8H SCH Rx#:001622642

| | |
|---|---|
| Intake, IV Amount | 50 |

0.9 % Sodium Chloride 1,000 ml @ 110 mls/hr IV .Q9H6M SCH Rx#:001622619

| | |
|---|---|
| Intake, IV Amount | 660 |
| Intake, Oral Amount | 580 |
| Total, Intake Amount | 1290 |
| Number of Voids | 1 |
| Number of Bowel Movements | 0 |
| Lower Back | |
| Tube Type | Hemovac |
| Drainage | Sanguineous |
| Odor | None/Absent |
| Drainage Amount | 180 |
| Total, Output Amount | 180 |

**02/20/20 15:00**
Inpatient Assessment Start: 02/19/20 15:19

Continued on Page 77

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Freq: Q1HX1,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 15:40 MCDANKAT SHOLACTX01)

| | |
|---|---|
| Patient Information | |
| Post Op Day | 1 |
| Patient Activity | Currently in Bed |
| Patient Position in Bed | Supine |
| Degree of Head of Bed | 20 |
| Activity Ability | Standby Assistance |
| Assistive Devices | None |
| VTE Prophylaxis Ordered | Yes |
| Type of VTE Device Applied | Intermittent Pneumatic Compression Sleeve<br>Ted Hose |
| Isolation Precautions | Standard |
| IV Assessment | |
| Left Hand | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Asymptomatic<br>Intact<br>Patent |
| IV Site Changed? | No |
| Left Forearm | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Asymptomatic<br>Intact<br>Patent |
| IV Site Changed? | No |
| Incentive Spirometry | |
| Volume Amount | 1,500 |
| Number of Repetitions | 10 |
| HEENT Assessment | |
| HEENT Symptoms | Sore Throat |
| Head & Neck Movement | Normal |
| Facial Expression | At Rest/Sleeping |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |

Continued on Page 78

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Eye Symptoms | None |
| Eye Discomfort | None |
| Oral Cavity | Pink |
| | Intact |
| | Smooth |
| Teeth Condition | Intact |
| Mouth Odor | Absent |
| Lip Color | Pink |
| Lip Moisture | Moist |
| Neurological Assessment | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person |
| | Place |
| | Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: BILATERAL |
| Location of Numbness | "FRONT OF THIGHS DOWN TO SHINS " |
| Tingling | No |
| Strength | Left Greater Than Right |
| | Weak |
| Strength | Left Greater Than Right |
| | Weak |
| Strength | Equal |
| | Moderate |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear |
| | Appropriate |
| Patient Behavior | Appropriate |
| | Cooperative |
| Mood Description | Calm |
| | Relaxed |
| Cardiovascular Assessment | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal |
| | S1 & S2 |
| Respiratory Assessment | |
| Anterior Bilateral Throughout | |
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |

Continued on Page 79

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft<br>Obese<br>Round |
| All Quadrants | |
| Bowel Sound | Hypoactive |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Present |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Bladder Pattern | Normal |
| Voiding Method | Toilet |
| Urine Appearance | Clear |
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower<br>Back |
| Drainage Description | Sanguineous |
| Drain Compressed | No |
| Lower Back | |
| Wound Type | Incision |
| Dressing Status | Dry & Intact |
| Dressing | Telfa Pad<br>Ioban<br>4x8 Guaze Pads |
| Drainage Amount | None |
| General Appearance | Clean/Dry |

Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 15:40 MCDANKAT SHOLACTX01)

| | |
|---|---|
| Vital Signs | |
| Right Brachial | |
| Blood Pressure | 115/56 |
| Blood Pressure Mean (mm Hg) | 75 |
| Source | Automatic Cuff |
| Position | Sitting |
| Heart Rate (60-90) | 78 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 95 |

Continued on Page 80

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 2 |
| Temperature (97.0 F-100.0 F) | 97.1 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 15:40 MCDANKAT SHOLACTX01)
Neuro Checks

| | |
|---|---|
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: BILATERAL |
| Location of Numbness | "FRONT OF THIGHS DOWN TO SHINS<br>" |
| Tingling | No |
| Strength | Left Greater Than Right<br>Weak |
| Strength | Left Greater Than Right<br>Weak |
| Strength | Equal<br>Moderate |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 15:40 MCDANKAT SHOLACTX01)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching<br>Sharp<br>Shooting |
| Intensity | 6 |
| Pain Goal | 5 |
| Scale Used | Verbal |
| Pain Behavior | Moaning<br>Guarding<br>Restlessness<br>Facial Grimacing |
| Alleviating Factors | Medication<br>Position Change<br>Distraction |
| Aggrevating Factors | Standing<br>Walking<br>Exercise/Activity<br>ADL's |
| Pain Management Techniques | Medication<br>Position Change |

Continued on Page 81

**Progress Notes**



Distraction
Relaxation Techniques

**02/20/20 15:19**
Patient Rounding Start: 02/19/20 15:19
Freq: ASNEED Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 15:40 MCDANKAT SHOLACTX01)
Inpatient Patient Rounds

| | |
|---|---|
| IV Site Assessed | Yes |
| Patient's Needs Assessed | Yes |
| Physician Rounding | No |
| Physician Assistant Rounding | No |
| Nurse Practitioner Rounding | No |

**02/20/20 17:00**
Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 17:24 MCDANKAT SHOLACTX01)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching<br>Sharp<br>Shooting |
| Intensity | 6 |
| Pain Goal | 5 |
| Scale Used | Verbal |
| Pain Behavior | Moaning<br>Guarding<br>Restlessness<br>Facial Grimacing |
| Alleviating Factors | Medication<br>Position Change<br>Distraction |
| Aggrevating Factors | Standing<br>Walking<br>Exercise/Activity<br>ADL's |
| Pain Management Techniques | Medication<br>Position Change<br>Distraction<br>Relaxation Techniques |

**02/20/20 17:24**
Inpatient Charges Start: 02/19/20 15:19
Freq: 0600,1800 Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/20/20 17:24 MCDANKAT SHOLACTX01)
Inpatient Charges

| | |
|---|---|
| Tegaderm 2x2 | 1 |
| Personal Care | Slippers Lg |
| Ted Hose | Ted Knee XXL/Long |
| Saline Flush 0.9% | 1 |

**02/20/20 19:00**
Inpatient Assessment Start: 02/19/20 15:19
Freq: Q1HX1,Q4HR Status: Discharge

Continued on Page 82

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Protocol:
Document ADAMSBOB (Rec: 02/20/20 22:24 ADAMSBOB SHOLAH374)

| | |
|---|---|
| Patient Information | |
| Post Op Day | 1 |
| Patient Activity | Ambulates<br>Up ad lib<br>Currently in Bed |
| Patient Position in Bed | Supine |
| Degree of Head of Bed | 20 |
| Activity Ability | Independent |
| Assistive Devices | None |
| VTE Prophylaxis Ordered | Yes |
| Type of VTE Device Applied | Intermittent Pneumatic<br>Compression Sleeve<br>Ted Hose |
| Isolation Precautions | Standard |
| IV Assessment | |
| Left Hand | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Intact<br>Patent |
| Line Care | Saline Flush |
| IV Site Changed? | No |
| Left Forearm | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Intact<br>Patent |
| IV Site Changed? | No |
| Incentive Spirometry | |
| Volume Amount | 1,500 |
| Number of Repetitions | 5 |
| HEENT Assessment | |
| Head & Neck Movement | Normal |
| Facial Expression | Alert/Appropriate |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |
| Eye Symptoms | None |

Continued on Page 83

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Eye Discomfort | None |
| Oral Cavity | Pink |
| | Intact |
| | Smooth |
| Teeth Condition | Intact |
| Lip Color | Pink |
| Lip Moisture | Moist |
| Neurological Assessment | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person |
| | Place |
| | Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes |
| Location of Numbness | bilat thighs |
| Tingling | No |
| Strength | Left Greater Than Right |
| | Moderate |
| Strength | Left Greater Than Right |
| | Moderate |
| Strength | Equal |
| | Moderate |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear |
| | Appropriate |
| Patient Behavior | Appropriate |
| | Cooperative |
| Mood Description | Calm |
| | Relaxed |
| Cardiovascular Assessment | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal |
| | S1 & S2 |
| Respiratory Assessment | |
| Anterior Bilateral Throughout | |
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |

Continued on Page 84

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft<br>Obese<br>Round |
| All Quadrants | |
| Bowel Sound | Active |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Present |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Bladder Pattern | Normal |
| Voiding Method | Toilet |
| Urine Appearance | Clear |
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower<br>Back |
| Drainage Description | Sanguineous |
| Drain Compressed | Yes |
| Lower Back | |
| Wound Type | Incision |
| Dressing Status | Dry & Intact |
| Dressing | Telfa Pad<br>Ioban<br>4x8 Guaze Pads |
| Drainage Amount | None |
| General Appearance | Clean/Dry |

Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/20/20 22:24 ADAMSBOB SHOLAH374)

| | |
|---|---|
| Vital Signs | |
| Right Brachial | |
| Blood Pressure | 93/49 |
| Blood Pressure Mean (mm Hg) | 63 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 84 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 92 |
| Oxygen Delivery Method | Room Air |
| Temperature (97.0 F-100.0 F) | 96.9 F |
| Temperature Source | Temporal Artery Scan |

Continued on Page 85

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

```
Neuro Checks                                          Start:  02/19/20 15:19
Freq:   Q1HX4,Q4HR                                    Status: Discharge
Protocol:
 Document     ADAMSBOB  (Rec: 02/20/20 22:24  ADAMSBOB  SHOLAH374)
 Neuro Checks
     Eye Opening                            Spontaneous
     Motor                                  Obeys Commands
     Verbal                                 Oriented
     Coma Scale Total                       15
     Patient Orientation                    Person
                                            Place
                                            Time
     Patient Arouses To                     Verbal Stimuli
     Numbness                               Yes
     Location of Numbness                   bilat thighs
     Tingling                               No
     Strength                               Left Greater Than Right
                                            Moderate
     Strength                               Left Greater Than Right
                                            Moderate
     Strength                               Equal
                                            Moderate
     Brace Type                             Aspen LSO
     Patient has Brace                      Yes
Pain Assessment                                       Start:  02/19/20 15:19
Freq:   Q1HX4,Q2HR                                    Status: Discharge
Protocol:
 Document     ADAMSBOB  (Rec: 02/20/20 22:24  ADAMSBOB  SHOLAH374)
 Pain Assessment
     Lower Back
      Description                           Aching
                                            Intermittent
                                            Soreness
      Intensity                             7
      Pain Goal                             5
      Scale Used                            Verbal
      Pain Behavior                         Restlessness
                                            Facial Grimacing
      Alleviating Factors                   Ice
                                            Medication
                                            Inactivity
                                            Position Change
                                            Distraction
      Aggrevating Factors                   Exercise/Activity
                                            ADL's
      Pain Management Techniques            Medication
                                            Ice
                                            Position Change
                                            Distraction
```

**02/20/20 21:00**

```
Pain Assessment                                       Start:  02/19/20 15:19
Freq:   Q1HX4,Q2HR                                    Status: Discharge
Protocol:
 Document     ADAMSBOB  (Rec: 02/20/20 22:26  ADAMSBOB  SHOLAH374)
```

Continued on Page 86

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching<br>Intermittent<br>Soreness |
| Intensity | 5 |
| Pain Goal | 5 |
| Scale Used | Verbal |
| Pain Behavior | Restlessness<br>Facial Grimacing |
| Alleviating Factors | Ice<br>Medication<br>Inactivity<br>Position Change<br>Distraction |
| Aggrevating Factors | Exercise/Activity<br>ADL's |
| Pain Management Techniques | Medication<br>Ice<br>Position Change<br>Distraction |

Education Record Start: 02/19/20 15:19
Freq: Q1HX1,BID Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/20/20 22:26 ADAMSBOB SHOLAH374)
Education Record

| | |
|---|---|
| Education Topic | Medications<br>Surgery<br>Pain Management<br>Pain Scale and Self-Assessment<br>Exercise/Activity<br>Lumbar/Cervical Equipment<br>Incision<br>Diet<br>SCDs/TED Hose<br>Call Light<br>Bed Control<br>Incentive Spirometer |
| Learner | Patient<br>Family |
| Educated to | Use<br>Benefits<br>Modifications<br>Administration/Schedule<br>Limitations<br>Safety Precautions<br>Signs/Symptoms to Report<br>Possible Complications<br>Possible Side Effects |
| Assessment of Knowledge | Knowledgeable |
| Teaching Methods | Discussion<br>Demonstration |
| Response to Teaching | Exhibits Interest |
| Outcomes of Education | Performs with Assistance |

Continued on Page 87

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

```
Routine Care Assessment                                    Start:  02/19/20 15:19
Freq:   Q1HX1,BID                                          Status: Discharge
Protocol:
 Document     ADAMSBOB  (Rec: 02/20/20 22:26  ADAMSBOB  SHOLAH374)
 Activities of Daily Living
     Patient Activity                          Ambulates
                                               Up ad lib
                                               Currently in Bed
     Activity Ability                          Independent
     Tolerates Activity                        Good
     SCDs Applied                              Yes
     TED Hose Applied?                         Yes
     Ice Pack Placed                           No
     Patient Repositioned to                   Supine
     Head of Bed                               20
     Hygiene Care Performed                    PM Care
                                               Oral Care
     Linen Changed                             Yes
     Bathing Ability                           1 person assist
     Diet                                      Regular
     ADA Diet                                  No
     Diet Tolerated                            Well
     Eating (Feeding) Ability                  Independent
```

**02/20/20 22:00**

```
Intake and Output                                          Start:  02/19/20 15:19
Freq:   Q8HR                                               Status: Discharge
Protocol:
 Document     ADAMSBOB  (Rec: 02/21/20 00:18  ADAMSBOB  SHOLAH374)
 Intake and Output
     0.9 % Sodium Chloride 1,000 ml @ 110 mls/hr IV .Q9H6M SCH Rx#:001622619
      Intake, IV Amount                        800
     Total, Intake Amount                      800
     Number of Voids                           2
     Lower Back
      Tube Type                                Hemovac
      Drainage                                 Sanguineous
      Drainage Amount                          140
     Total, Output Amount                      140
```

**02/20/20 23:00**

```
Inpatient Assessment                                       Start:  02/19/20 15:19
Freq:   Q1HX1,Q4HR                                         Status: Discharge
Protocol:
 Document     ADAMSBOB  (Rec: 02/21/20 00:34  ADAMSBOB  SHOLAH374)
 Patient Information
     Post Op Day                               1
     Patient Activity                          Ambulates
                                               Up ad lib
                                               Currently in Bed
     Patient Position in Bed                   Supine
     Degree of Head of Bed                     20
     Activity Ability                          Independent
     Assistive Devices                         None
     VTE Prophylaxis Ordered                   Yes
     Type of VTE Device Applied                Intermittent Pneumatic
```

Continued on Page 88

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| | Compression Sleeve |
| | Ted Hose |
| Isolation Precautions | Standard |
| IV Assessment | |
| Left Hand | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Patent |
| IV Site Changed? | No |
| Left Forearm | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Intact |
| IV Site Changed? | No |
| Incentive Spirometry | |
| Volume Amount | 1,500 |
| Number of Repetitions | 0 |
| HEENT Assessment | |
| Head & Neck Movement | Normal |
| Facial Expression | At Rest/Sleeping |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |
| Eye Symptoms | None |
| Eye Discomfort | None |
| Oral Cavity | Pink |
| | Intact |
| | Smooth |
| Teeth Condition | Intact |
| Lip Color | Pink |
| Lip Moisture | Moist |
| Neurological Assessment | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person |
| | Place |
| | Time |
| Patient Arouses To | Verbal Stimuli |

Continued on Page 89

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Numbness | Yes |
| Location of Numbness | bilat thighs |
| Tingling | No |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Equal<br>Moderate |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear<br>Appropriate |
| Patient Behavior | Appropriate<br>Cooperative<br>Drowsy |
| Mood Description | Calm<br>Relaxed |
| Cardiovascular Assessment | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal<br>S1 & S2 |
| Respiratory Assessment | |
| Anterior Bilateral Throughout | |
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft<br>Obese<br>Round |
| All Quadrants | |
| Bowel Sound | Active |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Present |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Bladder Pattern | Normal |
| Voiding Method | Toilet |
| Urine Appearance | Clear |

Continued on Page 90
This is the patient's legal medical record

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower Back |
| Drainage Description | Sanguineous |
| Drain Compressed | Yes |
| Lower Back | |
| Wound Type | Incision |
| Dressing Status | Dry & Intact |
| Dressing | Telfa Pad<br>Ioban<br>4x8 Guaze Pads |
| Drainage Amount | None |
| General Appearance | Clean/Dry |

Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/21/20 00:34 ADAMSBOB SHOLAH374)

| | |
|---|---|
| Vital Signs | |
| Right Brachial | |
| Blood Pressure | 123/72 |
| Blood Pressure Mean (mm Hg) | 89 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 83 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 96 |
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 2 |
| Temperature (97.0 F-100.0 F) | 96.1 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/21/20 00:34 ADAMSBOB SHOLAH374)

| | |
|---|---|
| Neuro Checks | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes |

Continued on Page 91

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Location of Numbness | bilat thighs |
| Tingling | No |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Equal<br>Moderate |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/21/20 00:34 ADAMSBOB SHOLAH374)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching<br>Intermittent<br>Soreness |
| Intensity | 5 |
| Pain Goal | 5 |
| Scale Used | Verbal |
| Pain Behavior | Restlessness<br>Facial Grimacing |
| Alleviating Factors | Ice<br>Medication<br>Inactivity<br>Position Change<br>Distraction |
| Aggrevating Factors | Exercise/Activity<br>ADL's |
| Pain Management Techniques | Medication<br>Ice<br>Position Change<br>Distraction |

**02/21/20 01:00**
Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/21/20 02:54 ADAMSBOB SHOLAH374)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching<br>Intermittent<br>Soreness |
| Intensity | 5 |
| Pain Goal | 5 |
| Scale Used | Non-Verbal |
| Pain Behavior | Restlessness<br>Facial Grimacing |
| Alleviating Factors | Ice<br>Medication<br>Inactivity<br>Position Change |

Continued on Page 92

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| | Distraction |
| Aggrevating Factors | Exercise/Activity |
| | ADL's |
| Pain Management Techniques | Medication |
| | Ice |
| | Position Change |
| | Distraction |

**02/21/20 03:00**
Inpatient Assessment Start: 02/19/20 15:19
Freq: Q1HX1,Q4HR Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/21/20 03:20 ADAMSBOB SHOLAH374)

| | |
|---|---|
| Patient Information | |
| Post Op Day | 2 |
| Patient Activity | Ambulates |
| | Up ad lib |
| | Currently in Bed |
| Patient Position in Bed | Supine |
| Degree of Head of Bed | 20 |
| Activity Ability | Independent |
| Assistive Devices | None |
| VTE Prophylaxis Ordered | Yes |
| Type of VTE Device Applied | Intermittent Pneumatic |
| | Compression Sleeve |
| | Ted Hose |
| Isolation Precautions | Standard |
| IV Assessment | |
| Left Hand | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Intact |
| IV Site Changed? | No |
| Left Forearm | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Intact |
| IV Site Changed? | No |
| Incentive Spirometry | |
| Volume Amount | 1,500 |
| Number of Repetitions | 0 |
| HEENT Assessment | |
| Head & Neck Movement | Normal |
| Facial Expression | At Rest/Sleeping |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |

Continued on Page 93

**Progress Notes - 02/19/2020**



| | |
|---|---|
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |
| Eye Symptoms | None |
| Eye Discomfort | None |
| Oral Cavity | Pink<br>Intact<br>Smooth |
| Teeth Condition | Intact |
| Lip Color | Pink |
| Lip Moisture | Moist |
| **Neurological Assessment** | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes |
| Location of Numbness | bilat thighs |
| Tingling | No |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Equal<br>Moderate |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear<br>Appropriate |
| Patient Behavior | Appropriate<br>Cooperative<br>Asleep |
| Mood Description | Calm<br>Relaxed |
| **Cardiovascular Assessment** | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal<br>S1 & S2 |
| **Respiratory Assessment** | |
| Anterior Bilateral Throughout | |

Continued on Page 94

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft<br>Obese<br>Round |
| All Quadrants | |
| Bowel Sound | Active |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Present |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Bladder Pattern | Normal |
| Voiding Method | Toilet |
| Urine Appearance | Clear |
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower<br>Back |
| Drainage Description | Sanguineous |
| Drain Compressed | Yes |
| Lower Back | |
| Wound Type | Incision |
| Dressing Status | Dry & Intact |
| Dressing | Telfa Pad<br>Ioban<br>4x8 Guaze Pads |
| Drainage Amount | None |
| General Appearance | Clean/Dry |

Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/21/20 03:20 ADAMSBOB SHOLAH374)

| | |
|---|---|
| Vital Signs | |
| Right Brachial | |
| Blood Pressure | 135/65 |
| Blood Pressure Mean (mm Hg) | 88 |

Continued on Page 95

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 89 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 95 |
| Oxygen Delivery Method | Nasal Cannula |
| Oxygen Flow Rate (L/min) | 2 |
| Temperature (97.0 F-100.0 F) | 96.0 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/21/20 03:20 ADAMSBOB SHOLAH374)
Neuro Checks

| | |
|---|---|
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes |
| Location of Numbness | bilat thighs |
| Tingling | No |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Equal<br>Moderate |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/21/20 03:20 ADAMSBOB SHOLAH374)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching<br>Intermittent<br>Soreness |
| Intensity | 5 |
| Pain Goal | 5 |
| Scale Used | Non-Verbal |
| Pain Behavior | Restlessness<br>Facial Grimacing |
| Alleviating Factors | Ice<br>Medication<br>Inactivity<br>Position Change<br>Distraction |
| Aggravating Factors | Exercise/Activity<br>ADL's |

Continued on Page 96

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Pain Management Techniques | Medication |
| | Ice |
| | Position Change |
| | Distraction |

**02/21/20 05:00**

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/21/20 05:18 ADAMSBOB SHOLAH374)
Pain Assessment
Lower Back

| | |
|---|---|
| Description | Aching |
| | Intermittent |
| | Soreness |
| Intensity | 5 |
| Pain Goal | 5 |
| Scale Used | Verbal |
| Pain Behavior | Restlessness |
| | Facial Grimacing |
| Alleviating Factors | Ice |
| | Medication |
| | Inactivity |
| | Position Change |
| | Distraction |
| Aggrevating Factors | Exercise/Activity |
| | ADL's |
| Pain Management Techniques | Medication |
| | Ice |
| | Position Change |
| | Distraction |

**02/21/20 05:15**

Physical Therapy Note Start: 02/20/20 09:45
Freq: ROUTINE Status: Discharge
Protocol:
Document HEDGEAMA (Rec: 02/21/20 07:38 HEDGEAMA SHOLACTX01)
Physical Therapy Daily Note

| | |
|---|---|
| Procedure | TLIF |
| Procedure Levels | L3-S1 |
| Subjective | Pt. c/o postop back pain this morning. |
| Objective | Pt. was found in restroom in room. LSO donned by PT. |
| Ambulation Assistive Devices | None |
| Seated Scooting | Independent |
| Sit to Stand | Independent |
| Ambulation Surface | Level |
| Ambulation Distance (feet) | 200 |
| Ambulation Ability | Independent |
| Activity Tolerance | Good |
| Additional Comments | Pt. demonstrated ability to ambulate independently without AD and no evidence of imbalance. She also demonstrated good safety |

Continued on Page 97

Progress Notes - 02/19/2020



| | |
|---|---|
| | awareness with sit to stand transfers. Pt. is doing very well with therapy and will be discharged from hospital today ; therefore, pt. is discharged from PT. Pt. verbalized understanding of all home instructions. |
| Education | Proper Donning of Brace<br>Avoid Bending, Lifting, Twisting<br>Walking Program after Discharge |
| Plan of Care | Discharge Physical Therapy |
| PT/OT Charge | Gait Training |

**02/21/20 05:51**

Intake and Output Start: 02/19/20 15:19
Freq: Q8HR Status: Discharge
Protocol:
Document ADAMSBOB (Rec: 02/21/20 05:52 ADAMSBOB SHOLAH374)
Intake and Output

| | |
|---|---|
| Intake, Oral Amount | 120 |
| Total, Intake Amount | 120 |
| Number of Voids | 1 |
| Lower Back | |
| Tube Type | Hemovac |
| Drainage | Serosanguineous |
| Drainage Amount | 80 |
| Total, Output Amount | 80 |

**02/21/20 07:00**

Inpatient Assessment Start: 02/19/20 15:19
Freq: Q1HX1,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 07:21 MCDANKAT SHOLACTX01)
Patient Information

| | |
|---|---|
| Post Op Day | 2 |
| Patient Activity | Ambulates<br>Up ad lib<br>Currently in Bed |
| Patient Position in Bed | Supine |
| Degree of Head of Bed | 20 |
| Activity Ability | Independent |
| Assistive Devices | None |
| VTE Prophylaxis Ordered | Yes |
| Type of VTE Device Applied | Intermittent Pneumatic Compression Sleeve<br>Ted Hose |
| Isolation Precautions | Standard |

IV Assessment

| | |
|---|---|
| Left Forearm | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |

Continued on Page 98

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Observation | Asymptomatic |
| | Intact |
| | Patent |
| IV Site Changed? | No |
| Incentive Spirometry | |
| Volume Amount | 1,500 |
| Number of Repetitions | 0 |
| HEENT Assessment | |
| HEENT Symptoms | Sore Throat |
| Head & Neck Movement | Normal |
| Facial Expression | Alert/Appropriate |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |
| Eye Symptoms | None |
| Eye Discomfort | None |
| Oral Cavity | Pink |
| | Intact |
| | Smooth |
| Teeth Condition | Intact |
| Mouth Odor | Absent |
| Lip Color | Pink |
| Lip Moisture | Moist |
| Neurological Assessment | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person |
| | Place |
| | Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: bilat top of thighs |
| Tingling | No |
| Strength | Left Greater Than Right |
| | Moderate |
| Strength | Left Greater Than Right |
| | Moderate |
| Strength | Equal |
| | Moderate |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear |
| | Appropriate |

Continued on Page 99

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Patient Behavior | Appropriate<br>Cooperative<br>Asleep |
| Mood Description | Calm<br>Relaxed |
| Cardiovascular Assessment | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal<br>S1 & S2 |
| Respiratory Assessment | |
| Anterior Bilateral Throughout | |
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft<br>Obese<br>Round |
| All Quadrants | |
| Bowel Sound | Active |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Present |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Bladder Pattern | Normal |
| Voiding Method | Toilet |
| Urine Appearance | Clear |
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower<br>Back |

Continued on Page 100

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Drainage Description | Sanguineous |
| Drain Compressed | Yes |
| Lower Back | |
| Wound Type | Incision |
| Dressing Status | Dry & Intact |
| Dressing | Telfa Pad<br>Ioban<br>4x8 Guaze Pads |
| Drainage Amount | None |
| General Appearance | Clean/Dry |

Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 07:24 MCDANKAT SHOLACTX01)
Vital Signs

| | |
|---|---|
| Right Brachial | |
| Blood Pressure | 106/56 |
| Blood Pressure Mean (mm Hg) | 72 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 80 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 91 |
| Oxygen Delivery Method | Room Air |
| Temperature (97.0 F-100.0 F) | 97.1 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 07:21 MCDANKAT SHOLACTX01)
Neuro Checks

| | |
|---|---|
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: bilat top of thighs |
| Tingling | No |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Equal<br>Moderate |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 07:21 MCDANKAT SHOLACTX01)
Pain Assessment

Continued on Page 101

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

Lower Back

| | |
|---|---|
| Description | Aching<br>Intermittent<br>Soreness |
| Intensity | 8 |
| Pain Goal | 5 |
| Scale Used | Verbal |
| Pain Behavior | Restlessness<br>Facial Grimacing |
| Alleviating Factors | Ice<br>Medication<br>Inactivity<br>Position Change<br>Distraction |
| Aggrevating Factors | Exercise/Activity<br>ADL's |
| Pain Management Techniques | Medication<br>Ice<br>Position Change<br>Distraction |

**02/21/20 09:00**

Remain free of complications Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq: DAILY
Protocol:
Document MCDANKAT (Rec: 02/21/20 09:27 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Identify potential injury risk factors Start: 02/19/20 15:19
Text: * Relates intent to use safety measures Status: Complete Target: 02/21/20
* Relates intent to use prevention measures
Freq: DAILY
Protocol:
Document MCDANKAT (Rec: 02/21/20 09:27 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Remain free of injury Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq: DAILY
Protocol:
Document MCDANKAT (Rec: 02/21/20 09:27 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Continued Care Needed

Understand Post Op Plan Start: 02/19/20 15:19
Text: * Understands anatomy and physiology Status: Complete Target: 02/21/20
* Describes reportable s/s
* Understands treatment plan
* Understands medication regime

Freq: DAILY
Protocol:
Document MCDANKAT (Rec: 02/21/20 09:27 MCDANKAT SHOLACTX01)

Continued on Page 102

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

```
Outcomes Evaluation
    Outcomes Evaluation                        Continued Care Needed
Understand Plan of Care                    Start:  02/19/20 15:19
Text: Patient plan of care incorporates:   Status: Complete    Target: 02/21/20
      Physician Diagnosis
      Patient History and Physical
      Medical Interventions
Freq:   DAILY
Protocol:
 Document     MCDANKAT  (Rec: 02/21/20 09:27  MCDANKAT  SHOLACTX01)
 Outcomes Evaluation
    Outcomes Evaluation                        Continued Care Needed
Teach: Plan of Care Components                           Start:  02/19/20 15:19
Freq:   Q1HX1,DAILY                                      Status: Complete
Protocol:
 Document     MCDANKAT  (Rec: 02/21/20 09:27  MCDANKAT  SHOLACTX01)
 Plan of Care
    Plan of Care Includes                      Physician's Diagnosis
                                               History and Physical
                                               Medical Interventions
    Patient and/or designee participated in    Yes
     development of plan
Exhibit intact skin                        Start:  02/19/20 15:19
Text: * Exhibits no redness over bony      Status: Complete    Target: 02/21/20
prominences
      * Exhibits capillary refill <6
seconds over reddened areas
Freq:   DAILY
Protocol:
 Document     MCDANKAT  (Rec: 02/21/20 09:27  MCDANKAT  SHOLACTX01)
 Outcomes Evaluation
    Outcomes Evaluation                        Continued Care Needed
Pain Assessment                                          Start:  02/19/20 15:19
Freq:   Q1HX4,Q2HR                                       Status: Discharge
Protocol:
 Document     MCDANKAT  (Rec: 02/21/20 09:27  MCDANKAT  SHOLACTX01)
 Pain Assessment
    Lower Back
     Description                               Aching
                                               Intermittent
                                               Soreness
     Intensity                                 6
     Pain Goal                                 5
     Scale Used                                Verbal
     Pain Behavior                             Facial Grimacing
     Alleviating Factors                       Ice
                                               Medication
                                               Inactivity
                                               Position Change
                                               Distraction
     Aggrevating Factors                       Exercise/Activity
                                               ADL's
     Pain Management Techniques                Medication
                                               Ice
```

Continued on Page 103

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| | Position Change |
| | Distraction |

Education Record Start: 02/19/20 15:19
Freq: Q1HX1,BID Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 09:27 MCDANKAT SHOLACTX01)
Education Record

| | |
|---|---|
| Education Topic | Medications |
| | Surgery |
| | Pain Management |
| | Pain Scale and Self-Assessment |
| | Exercise/Activity |
| | Lumbar/Cervical Equipment |
| | Incision |
| | Diet |
| | SCDs/TED Hose |
| | Call Light |
| | Bed Control |
| | Incentive Spirometer |
| Learner | Patient |
| | Family |
| Educated to | Use |
| | Benefits |
| | Modifications |
| | Administration/Schedule |
| | Limitations |
| | Safety Precautions |
| | Signs/Symptoms to Report |
| | Possible Complications |
| | Possible Side Effects |
| Assessment of Knowledge | Knowledgeable |
| Teaching Methods | Discussion |
| | Demonstration |
| Response to Teaching | Exhibits Interest |
| Outcomes of Education | Performs with Assistance |

Routine Care Assessment Start: 02/19/20 15:19
Freq: Q1HX1,BID Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 09:27 MCDANKAT SHOLACTX01)
Activities of Daily Living

| | |
|---|---|
| Patient Activity | Ambulates |
| | Up ad lib |
| | Currently in Bed |
| Activity Ability | Independent |
| Tolerates Activity | Good |
| SCDs Applied | Yes |
| TED Hose Applied? | Yes |
| Ice Pack Placed | No |
| Patient Repositioned to | Supine |
| Head of Bed | 35 |
| Hygiene Care Performed | AM Care |
| | Oral Care |
| Linen Changed | Yes |
| Bathing Type | Shower |

Continued on Page 104

Progress Notes - 02/20/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Bathing Ability | 1 person assist |
| Meal | Breakfast |
| Percent Meal Consumed | 100% |
| Diet | Regular |
| ADA Diet | No |
| Diet Tolerated | Well |
| Eating (Feeding) Ability | Independent |

Skin Risk and Fall Risk Assessment Start: 02/19/20 15:19
Freq: Q1HX1,0900 Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 09:27 MCDANKAT SHOLACTX01)
Braden Scale

| | |
|---|---|
| Moisture | Rarely Moist |
| Sensory Perception | No Impairment |
| Activity | Walks Occasionally |
| Mobility | Slightly Limited |
| Nutrition | Excellent |
| Friction & Shear | Potential Problem |
| Skin Risk Total Score (points) | 20 |

Morse Fall Scale

| | |
|---|---|
| History of falling: Immediate or within 3 months | No (0) |
| Secondary Dx/On a medication that may contribute to a fall | Yes (15) |
| Ambulatory Aid | None/Bedrest/Assist/Wheelchair (0) |
| IV/Heparin Lock | Yes (20) |
| Gait/Transferring | Weak (10) |
| Mental Status | Oriented to own ability (0) |
| Total | 45 |

**02/21/20 09:35**
DVT Study Completion Start: 02/21/20 09:35
Freq: NOW Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 12:23 MCDANKAT SHOLACTX01)
DVT Studies

| | |
|---|---|
| DVT Study Type | Doppler |

**02/21/20 09:45**
Occupational Daily Note Start: 02/20/20 10:42
Freq: ROUTINE Status: Complete
Protocol:
Document TR (Rec: 02/21/20 09:47 TR SHOLAINPT02)
Occupational Therapy Daily

| | |
|---|---|
| Procedure | TLIF |
| Procedure Levels | L3-S1 |
| Subjective | Pt with min complaint of post op pain. |
| Objective | Pt found supine in bed and seen for OT session. |
| Ambulation Assistive Devices | None |
| Bed Type | Standard Hospital |
| Bed Mobility Assistive Devices | Bed Rail |
| Rolling in bed | Independent |
| Supine to Sit | Independent |

Continued on Page 105

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Seated Scooting | Independent |
| Sit to Stand | Independent |
| Grooming | Independent |
| Bathing | Standby Assistance |
| Dressing | 1 person assist<br>Minimum Assistance |
| Toileting | Independent |
| Toilet Transfer | Independent |
| Ambulation Tolerance | Good |
| Functional Activity Tolerance | Good |
| Education | Avoid trunk rotation<br>Avoid trunk flexion<br>No lifting greater than 8-10 pounds<br>Discuss brace/collar donning and schedule |
| Activity Tolerance | Good |
| Progressing towards goals | Yes |
| ADL's, transfers, and functional mobility tasks | Discharge From Occupational Therapy |
| PT/OT Charge | ADL/Self Training |

**02/21/20 11:00**
Inpatient Assessment Start: 02/19/20 15:19
Freq: Q1HX1,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 12:19 MCDANKAT SHOLACTX01)

| | |
|---|---|
| **Patient Information** | |
| Post Op Day | 2 |
| Patient Activity | Currently in Bed |
| Patient Position in Bed | Supine |
| Degree of Head of Bed | 35 |
| Activity Ability | Independent |
| Assistive Devices | None |
| VTE Prophylaxis Ordered | Yes |
| Type of VTE Device Applied | Intermittent Pneumatic Compression Sleeve<br>Ted Hose |
| Isolation Precautions | Standard |
| **IV Assessment** | |
| Left Forearm | |
| IV Insertion Date | 02/19/20 |
| IV Insertion Time | 08:30 |
| Gauge (gauge) | 20 |
| Type | Saline Lock |
| Observation | Asymptomatic<br>Intact<br>Patent |
| IV Site Changed? | No |
| **Incentive Spirometry** | |
| Volume Amount | 1,500 |
| Number of Repetitions | 10 |
| **HEENT Assessment** | |
| HEENT Symptoms | Sore Throat |
| Head & Neck Movement | Normal |

Continued on Page 106

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Facial Expression | Alert/Appropriate |
| Facial Quality | Normal |
| Facial Symmetry | Symmetrical |
| Facial Color | Normal |
| Facial Movement | Controlled |
| Neck Symmetry | Normal |
| Bilateral | |
| Pupil Size (mm) | 3 |
| Pupil Reaction | Brisk |
| Pupil Equality | PERRL |
| Conjunctiva | Clear/Pink |
| Sclera Appearance | Clear/Quiescent |
| Eye Discharge | None |
| Visual Assistive Devices | Glasses |
| Eye Symptoms | None |
| Eye Discomfort | None |
| Oral Cavity | Pink<br>Intact<br>Smooth |
| Teeth Condition | Intact |
| Mouth Odor | Absent |
| Lip Color | Pink |
| Lip Moisture | Moist |
| Neurological Assessment | |
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: bilat top of thighs |
| Tingling | No |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Equal<br>Moderate |
| Comprehension Ability | Understands Concepts |
| Memory Description | Intact |
| Speech Pattern | Clear<br>Appropriate |
| Patient Behavior | Appropriate<br>Cooperative |
| Mood Description | Calm<br>Relaxed |
| Cardiovascular Assessment | |
| Bilateral Dorsalis Pedis | |
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Bilateral Radial | |

Continued on Page 107

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Rhythm | Regular |
| Strength | Normal |
| Method | Palpation |
| Heart Sounds | Normal |
| | S1 & S2 |
| Respiratory Assessment | |
| Anterior Bilateral Throughout | |
| Phase | Inspiratory & Expiratory |
| Breath Sounds | Clear |
| Effort | Normal |
| Depth | Normal |
| Pattern | Normal |
| Chest Shape | Normal |
| Chest Expansion | Symmetrical |
| Cough Description | None |
| Sputum Amount | None |
| Gastrointestinal Assessment | |
| Abdomen Description | Soft |
| | Obese |
| | Round |
| All Quadrants | |
| Bowel Sound | Active |
| Bowel Pattern | No Bowel Movement |
| Flatus Presence | Present |
| Date of Last Bowel Movement | 02/18/20 |
| Gastrointestinal Symptoms | No Symptoms |
| Genitourinary Assessment | |
| Bladder Pattern | Normal |
| Voiding Method | Toilet |
| Urine Appearance | Clear |
| Color | Yellow |
| Odor | Normal |
| Genitourinary Symptoms | No Symptoms |
| Integumentary Assessment | |
| Generalized | |
| Temperature | Warm |
| Moisture | Dry |
| Color | Normal |
| Turgor | Elastic |
| Texture | Smooth |
| Hemovac | |
| Drain Location | Lower |
| | Back |
| Drainage Description | Sanguineous |
| Drain Compressed | Yes |
| Lower Back | |
| Wound Type | Incision |
| Dressing Status | Dry & Intact |
| Dressing | Telfa Pad |
| | Ioban |
| | 4x8 Guaze Pads |
| Drainage Amount | None |
| General Appearance | Clean/Dry |

Vital Signs Start: 02/19/20 15:19

Continued on Page 108

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 11:17 MCDANKAT SHOLACTX01)
Vital Signs

| | |
|---|---|
| Right Brachial | |
| Blood Pressure | 117/59 |
| Blood Pressure Mean (mm Hg) | 78 |
| Source | Automatic Cuff |
| Position | Supine |
| Heart Rate (60-90) | 79 |
| Respiratory Rate (12-24) | 18 |
| Oxygen Saturation (92-100) | 92 |
| Oxygen Delivery Method | Room Air |
| Temperature (97.0 F-100.0 F) | 96.5 F |
| Temperature Source | Temporal Artery Scan |

Neuro Checks Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 12:19 MCDANKAT SHOLACTX01)
Neuro Checks

| | |
|---|---|
| Eye Opening | Spontaneous |
| Motor | Obeys Commands |
| Verbal | Oriented |
| Coma Scale Total | 15 |
| Patient Orientation | Person<br>Place<br>Time |
| Patient Arouses To | Verbal Stimuli |
| Numbness | Yes: bilat top of thighs |
| Tingling | No |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Left Greater Than Right<br>Moderate |
| Strength | Equal<br>Moderate |
| Brace Type | Aspen LSO |
| Patient has Brace | Yes |

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 12:19 MCDANKAT SHOLACTX01)
Pain Assessment

| | |
|---|---|
| Right Posterior Calf | |
| Description | Soreness |
| Intensity | 5 |
| Pain Goal | 4 |
| Scale Used | Verbal |
| Pain Behavior | Facial Grimacing<br>VS Changes |
| Alleviating Factors | Distraction |
| Pain Management Techniques | Distraction<br>Relaxation Techniques |
| Lower Back | |

Continued on Page 109

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

| | |
|---|---|
| Description | Aching |
| | Intermittent |
| | Soreness |
| Intensity | 6 |
| Pain Goal | 5 |
| Scale Used | Verbal |
| Pain Behavior | Facial Grimacing |
| Alleviating Factors | Ice |
| | Medication |
| | Inactivity |
| | Position Change |
| | Distraction |
| Aggrevating Factors | Exercise/Activity |
| | ADL's |
| Pain Management Techniques | Medication |
| | Ice |
| | Position Change |
| | Distraction |

**02/21/20 13:00**

Pain Assessment Start: 02/19/20 15:19
Freq: Q1HX4,Q2HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 13:36 MCDANKAT SHOLACTX01)
Pain Assessment
Right Posterior Calf

| | |
|---|---|
| Description | Soreness |
| Intensity | 5 |
| Pain Goal | 4 |
| Scale Used | Verbal |
| Pain Behavior | Facial Grimacing |
| | VS Changes |
| Alleviating Factors | Distraction |
| Pain Management Techniques | Distraction |
| | Relaxation Techniques |

Lower Back

| | |
|---|---|
| Description | Aching |
| | Intermittent |
| | Soreness |
| Intensity | 6 |
| Pain Goal | 5 |
| Scale Used | Verbal |
| Pain Behavior | Facial Grimacing |
| Alleviating Factors | Ice |
| | Medication |
| | Inactivity |
| | Position Change |
| | Distraction |
| Aggrevating Factors | Exercise/Activity |
| | ADL's |
| Pain Management Techniques | Medication |
| | Ice |
| | Position Change |
| | Distraction |

**02/21/20 13:49**

Continued on Page 110

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

| | |
|---|---|
| Discontinue Drain | Start: 02/21/20 13:49 |
| Freq: ROUTINE | Status: Discharge |
| Protocol: | |
| Document MCDANKAT (Rec: 02/21/20 13:57 MCDANKAT SHOLACTX01) | |
| Discontinue Drain | |
| Lower Back | |
| Removal Time | 13:56 |
| Removed By | MCDANIEL,KATIE |
| Drain Type | Hemovac |
| Suture(s) Removed | Not Applicable |

| | |
|---|---|
| Nursing Discharge Assessment | Start: 02/21/20 13:49 |
| Freq: ROUTINE | Status: Discharge |
| Protocol: | |
| Document MCDANKAT (Rec: 02/21/20 13:57 MCDANKAT SHOLACTX01) | |
| Discharge Assessment | |
| Discharge Instructions Given To | Patient<br>Significant Other<br>Family Member |
| Home Medications | Returned to Patient |
| Valuables Returned | Yes |
| Accompanied By | Spouse |
| Mode of Discharge | Wheelchair<br>Private Vehicle |
| Post Discharge Services | None |
| Vitals at discharge complete? | Yes |
| Was a PHS printed/downloaded? | Yes |
| Patient Health Summary provided to: | Home Health |
| Was patient education provided? | Yes |
| Were problems and medications reviewed? | Yes |
| Were labs reviewed? | No |
| Condition at Discharge | Good |
| Level Of Consciousness | Awake<br>Alert<br>Appropriate<br>Oriented |
| Upper Body Dressing Ability | Independent |
| Tolerating Diet | Yes |
| Diet | Regular |
| Adaptive Devices on Discharge | None |
| Discharged home with foley | No |
| IV Discontinued, Catheter Tip Intact | Yes |
| Incision Location | Back |
| Incision Appearance | Covered by Dressing |
| Dressing Status | Dry & Intact |
| Drainage Amount | None |
| Activity | No Bending<br>No Lifting > 5 pounds<br>No Twisting<br>No Driving<br>Wear Brace When Out of bed<br>No Overhead Activity |
| Patient Wearing Collar/Brace When Discharged | Yes |
| Patient Instructed on Use of Collar/ | Yes |

Continued on Page 111

Progress Notes - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Brace
May Shower On 02/21/20
May Remove collar for bathing Yes
Was Information given to patient on accessing Health Portal? Yes
Electronic Discharge Information Provided to Patient Yes

**02/21/20 14:28**
Vital Signs Start: 02/19/20 15:19
Freq: Q1HX4,Q4HR Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:31 MCDANKAT SHOLACTX01)
Vital Signs
Right Brachial
Blood Pressure 119/58
Blood Pressure Mean (mm Hg) 78
Source Automatic Cuff
Position Sitting
Heart Rate (60-90) 85
Respiratory Rate (12-24) 18
Oxygen Saturation (92-100) 94
Oxygen Delivery Method Room Air
Temperature (97.0 F-100.0 F) 98.8 F
Temperature Source Temporal Artery Scan

**02/21/20 14:33**
Post-Operative Care Start: 02/19/20 15:19
Freq: Status: Complete
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

High Risk: Post-Op Complications Start: 02/19/20 15:19
Text: Related to: Status: Complete
Surgical procedure

Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Remain free of complications Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq: DAILY
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Met

Remain free of complications Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq: DAILY
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

High Risk: Injury Start: 02/19/20 15:19
Text: May be related to: Status: Complete

Continued on Page 112

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

```
        Altered mobility
        Impaired sensory function
        Pain
        Fatigue
        Orthostatic hypotension
        Electrolyte imbalance
        Age
        Drug therapy
        Mental confusion

      Possibly evidenced by:
        Lack of knowledge of safety and
        precautions
        History of accidents
        Impaired mobility
        Sensory deficits
Freq:
Protocol:
 Edit Status  MCDANKAT  (Rec: 02/21/20 14:33  MCDANKAT  SHOLACTX01)
     Active=>Complete
Identify potential injury risk factors       Start:  02/19/20 15:19
Text: * Relates intent to use safety         Status: Complete    Target: 02/21/20
measures
      * Relates intent to use prevention
measures
Freq:   DAILY
Protocol:
 Document     MCDANKAT  (Rec: 02/21/20 14:33  MCDANKAT  SHOLACTX01)
 Outcomes Evaluation
     Outcomes Evaluation                         Met
Identify potential injury risk factors       Start:  02/19/20 15:19
Text: * Relates intent to use safety         Status: Complete    Target: 02/21/20
measures
      * Relates intent to use prevention
measures
Freq:   DAILY
Protocol:
 Edit Status  MCDANKAT  (Rec: 02/21/20 14:33  MCDANKAT  SHOLACTX01)
     Active=>Complete
Remain free of injury                        Start:  02/19/20 15:19
Text:                                        Status: Complete    Target: 02/21/20
Freq:   DAILY
Protocol:
 Document     MCDANKAT  (Rec: 02/21/20 14:33  MCDANKAT  SHOLACTX01)
 Outcomes Evaluation
     Outcomes Evaluation                         Met
Remain free of injury                        Start:  02/19/20 15:19
Text:                                        Status: Complete    Target: 02/21/20
Freq:   DAILY
Protocol:
 Edit Status  MCDANKAT  (Rec: 02/21/20 14:33  MCDANKAT  SHOLACTX01)
     Active=>Complete
Knowledge Deficit                                           Start:  02/19/20 15:19
Text: May be related to:                                    Status: Complete
```

Continued on Page 113

**Progress Notes - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

```
        Recent diagnosis
        Ineffective past teaching/learning

      Possibly evidenced by:
        Requests for information
        Verbalizing inaccurate information
        Inaccurate task performance
        Denying need to learn

Freq:
Protocol:
 Edit Status  MCDANKAT  (Rec: 02/21/20 14:33  MCDANKAT  SHOLACTX01)
     Active=>Complete
Understand Post Op Plan                       Start:  02/19/20 15:19
Text: * Understands anatomy and physiology    Status: Complete    Target: 02/21/20
      * Describes reportable s/s
      * Understands treatment plan
      * Understands medication regime

Freq:   DAILY
Protocol:
 Document     MCDANKAT  (Rec: 02/21/20 14:33  MCDANKAT  SHOLACTX01)
 Outcomes Evaluation
     Outcomes Evaluation                          Met
Understand Post Op Plan                       Start:  02/19/20 15:19
Text: * Understands anatomy and physiology    Status: Complete    Target: 02/21/20
      * Describes reportable s/s
      * Understands treatment plan
      * Understands medication regime

Freq:   DAILY
Protocol:
 Edit Status  MCDANKAT  (Rec: 02/21/20 14:33  MCDANKAT  SHOLACTX01)
     Active=>Complete
Understand Plan of Care                       Start:  02/19/20 15:19
Text: Patient plan of care incorporates:      Status: Complete    Target: 02/21/20
      Physician Diagnosis
      Patient History and Physical
      Medical Interventions
Freq:   DAILY
Protocol:
 Document     MCDANKAT  (Rec: 02/21/20 14:33  MCDANKAT  SHOLACTX01)
 Outcomes Evaluation
     Outcomes Evaluation                          Met
Understand Plan of Care                       Start:  02/19/20 15:19
Text: Patient plan of care incorporates:      Status: Complete    Target: 02/21/20
      Physician Diagnosis
      Patient History and Physical
      Medical Interventions
Freq:   DAILY
Protocol:
 Edit Status  MCDANKAT  (Rec: 02/21/20 14:33  MCDANKAT  SHOLACTX01)
     Active=>Complete
High Risk: Impaired Skin Integrity                           Start:  02/19/20 15:19
```

Continued on Page 114

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

Text: May be related to: Status: Complete
Extremes of age
Immobility
Poor Nutrition
Mechanical forces
Poor circulation
Altered sensation
Incontinence
Hyper/hypothermia

Possibly evidenced by:
Reddened areas over bony prominences
Reddened perineal areas
Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Exhibit intact skin Start: 02/19/20 15:19
Text: * Exhibits no redness over bony prominences Status: Complete Target: 02/21/20
* Exhibits capillary refill <6 seconds over reddened areas
Freq: DAILY
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Met

Exhibit intact skin Start: 02/19/20 15:19
Text: * Exhibits no redness over bony prominences Status: Complete Target: 02/21/20
* Exhibits capillary refill <6 seconds over reddened areas
Freq: DAILY
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Nausea Start: 02/19/20 15:19
Freq: Status: Complete
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Patient reports decreased nausea Start: 02/19/20 15:19
Freq: Status: Complete Target: 02/21/20
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Met

Patient reports decreased nausea Start: 02/19/20 15:19
Freq: Status: Complete Target: 02/21/20
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

RAP: Nutrition Start: 02/19/20 15:19
Text: Status: Complete

Continued on Page 115

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

perform ADLs
Freq:
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Met

ADL-Rehabilitation Start: 02/19/20 15:19
Text: Patient able to demonstrate ability to Status: Complete Target: 02/21/20
perform ADLs
Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Hypertension Start: 02/19/20 15:19
Freq: Status: Complete
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Altered Cerebral Tissue Perfusion Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Embolism/thrombus
Arterial spasm
Vasoconstriction
Increased Intercranial Pressure
Intracranial bleeding
Cerebral edema
Trauma

Possibly evidenced by:
Restlessness
Confusion
Lethargy
Seizure activity
Pupillary changes
Slurred speech
Posturing
Decreased Glasgow coma scores
Nausea and/or vomiting
Alterations in vital signs
Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Exhibit optimal tissue perfusion Start: 02/19/20 15:19
Text: * Exhibits adequate oxygenation and Status: Complete Target: 02/21/20
ventilation
* Exhibits adequate cardiac output
* Regains stable cardiac rhythm
* Maintains optimal activity level
* Maintains balanced intake and
output
Freq:
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)

Continued on Page 117

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Outcomes Evaluation
Outcomes Evaluation Met

Exhibit optimal tissue perfusion Start: 02/19/20 15:19
Text: * Exhibits adequate oxygenation and ventilation Status: Complete Target: 02/21/20
* Exhibits adequate cardiac output
* Regains stable cardiac rhythm
* Maintains optimal activity level
* Maintains balanced intake and output
Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Pain Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Disease process
Surgical pain
Trauma
Musculoskeletal pain
Diagnostic procedures

Possibly evidenced by:
Patient statement of pain
Guarding behaviors
Self-focused behavior
Absence of causative factors
Communicating pain description
Psychological factors
Sociocultural factors
Environmental factors
Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Report pain at tolerable level Start: 02/19/20 15:19
Text: * Uses pain scale appropriately Status: Complete Target: 02/21/20
* Identify options for pain control
- Analgesics
- Narcotics
- Non-medication measures
Freq:
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Met

Report pain at tolerable level Start: 02/19/20 15:19
Text: * Uses pain scale appropriately Status: Complete Target: 02/21/20
* Identify options for pain control
- Analgesics
- Narcotics
- Non-medication measures
Freq:
Protocol:

Continued on Page 118

**Progress Notes**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:**Inpatient **Bed:**207-1
52 F **Med Rec Num:**M000060887 **Visit:**V00000345029

Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Fluid Volume Excess Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Excessive fluid intake
Excessive sodium intake
Low protein intake/malnutrition
Decreased cardiac output
Renal insufficiency or failure
Hormonal disturbances

Possibly evidenced by:
Weight gain
Edema
Bounding pulses
Shortness of breath
Crackles
Pulmonary congestion on xray
Increased CVP
Increased pulmonary artery pressures
Change in mental status

Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Maintain adequate fluid volume Start: 02/19/20 15:19
Text: * Maintain adequate intake/output and Status: Complete Target: 02/21/20
electrolyte balance
* Maintains vital signs WNL
* Maintains clear breath sounds
* Exhibits no edema
Freq:
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Met

Maintain adequate fluid volume Start: 02/19/20 15:19
Text: * Maintain adequate intake/output and Status: Complete Target: 02/21/20
electrolyte balance
* Maintains vital signs WNL
* Maintains clear breath sounds
* Exhibits no edema
Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Nutrition More than Body Requirements Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Lack of knowledge related to
nutrition
Poor dietary habits
Use of food as a coping mechanism
Metabolic disorders

Continued on Page 119

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Diabetes
Sedentary activity level
Decreased sense of taste and smell
Decreased activity patterns
Decreased metabolic needs
Radiation
Pregnancy
Medications (corticosteroids)

Possibly evidenced by:
Weight 10%-20% over ideal
Reported undesirable eating patterns
Intake in excess of metabolic needs
Sedentary activity patterns

Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

---

Demonstrate appropriate menu selection Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq:
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Met

---

Demonstrate appropriate menu selection Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

---

Ineff. Management of Therapeutic Regimen Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Complexity of health care system
Complexity of therapeutic regimen
Insufficient knowledge
Economic difficulties
Decisional conflicts
Family conflicts
Health belief conflicts
Side effects of therapy
Insufficient social support
Perceived powerlessness

Possibly evidenced by:
Inappropriate choices of daily living for meeting the goals of a treatment or prevention program
Verbalizing desire to manage the treatment of illness and prevention of sequelae
Verbalizing difficulty with

Continued on Page 120

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

regulation/integration of one or more
prescribed regimens for treatment of
illness and its effects or for
prevention of complications
Acceleration (expected or
unexpected) of illness symptoms
Verbalizing lack of initiative to
include treatment regimens in daily
routines
Verbalizing lack of initiative to
reduce risk factors for progression
of illness and sequelae

Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Describe intent to follow treatment plan Start: 02/19/20 15:19
Text: * Demonstrates required competencies Status: Complete Target: 02/21/20
* Identifies appropriate resources

Freq:
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Met

Describe intent to follow treatment plan Start: 02/19/20 15:19
Text: * Demonstrates required competencies Status: Complete Target: 02/21/20
* Identifies appropriate resources

Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Knowledge Deficit: Hypertension Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Recent diagnosis
Ineffective past teaching/learning

Possibly evidenced by:
Requests for information
Verbalizing inaccurate information
Inaccurate task performance
Denying need to learn

Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Understand Post Op Plan Start: 02/19/20 15:19
Text: * Understands anatomy and physiology Status: Complete Target: 02/21/20
* Describes reportable s/s
* Understands treatment plan
* Understands medication regime

Continued on Page 121

Progress Notes



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Freq:
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Met

Understand Post Op Plan Start: 02/19/20 15:19
Text: * Understands anatomy and physiology Status: Complete Target: 02/21/20
* Describes reportable s/s
* Understands treatment plan
* Understands medication regime

Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

**02/21/20 14:34**
Inpatient Charges Start: 02/19/20 15:19
Freq: 0600,1800 Status: Discharge
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:34 MCDANKAT SHOLACTX01)
Inpatient Charges
Sponge 4x4 10 PK Sterile 3
Tegaderm 4x4 1
Personal Care Slippers Lg
Ted Hose Ted Knee XXL/Long
Saline Flush 0.9% 1

**User Key**

| Monogram | Mnemonic | Name | Credentials | Provider Type |
|---|---|---|---|---|
| | ADAMSBOB | Adamski,Bobbie | | REGISTERED NURSE |
| | BKG DAEMON | Daemon,Background | | |
| | HEDGEAMA | Hedges,Amanda | | PHYSICAL THERAPIST |
| | KENNEPAI | Kennedy,Paige | | REGISTERED NURSE |
| | MCDANKAT | MCDANIEL,KATIE | | REGISTERED NURSE |
| | PEVEYBRA | Pevey,Brad | | PHYSICAL THERAPIST |
| | WIECKLER | WIECKERT,L'ERIN | | LICENSED PRACTICAL NURSE |
| BC | COOKBLAK | Cook,Blake | | REGISTERED NURSE |
| RB | ROWLABIN | Rowland,Biney | | REGISTERED NURSE |
| TR | RACHATON | Rachal,Tanya | | OCCUPATIONAL THERAPIST |

Progress Notes

# AUTOTRANSFUSION RECORD

DATE 19 FEB20
SURGEON McCARTHY
ROOM NUMBER 4
PROCEDURE CELLSAVER
TECHNICIAN CLAUSE
START TIME 09:16
STOP TIME 13:47

Cell Saver® Elite® Processing Kit (225mL)
REF CSE-P-225
LOT 0919009 2022-09-02
(01) 1 081274701 654 4 (17) 220902 (10) 0919009
(TMPL: 120195-00 AA)

AUTOTRANSFUSION LN CSE-P-225/Lot #

MACHINE USED HAEMONETICS SN 1586665/6
DISPOSABLE LOT #
SECOND SUCTION YES (circled) NO
QUICKIE PRIMER USED YES NO (circled)
BOWL SIZE 70 ml. 125ml. 225ml (circled)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Nacl (3 L. BAGS) | (1) | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 1 |
| Nacl (1 L. BAGS) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Ø |
| CPD BAGS (500ML) | (1) | (2) | (3) | 4 | 5 | 6 | 7 | 8 | 3 |
| RED LINERS USED | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Ø |

| BATCH | TIME | VOLUMN PROC. | VOLUMN WASHED | VOLUMN RETURNED |
|---|---|---|---|---|
| 1 | 11:45 | 1276cc | 1203cc | 250cc |
| 2 | 12:44 | 2256cc | 1363cc | 250cc |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

Reservoir, Hard-Shell, 150μ
REF 00205-00
LOT 0819006 2024-08-05
(01) 1 081274701 603 2 (17) 240805 (10) 0819006
(TMPL: 120195-00 AA) 109407-00 AE

AUTOLOGOUS GROWTH FACTOR HARVESTING
NOTES: CELL 1100cc

AUTOLOGOUS BLOOD RETURNED 500 ml
PLATELET COUNT (PRE-OP)
PLATELET COUNT (P.R.P.)
HEMOGLOBIN (PRE-OP)
HEMATOCRIT (PRE-OP)

SIGNATURE: [signature]

AUTOTRANSFUSE

Aspiration & Anticoagulation Line
REF 00208-00
LOT 190727H1
2024-06-01
52000-00 AB

Aspiration & Anticoagulation Line
REF 00208-00
LOT 190524H1
2024-04-01
52000-00 AB

Vacuum Line, Filtered
REF HAR-A-1000
LOT 0819061
2022-08-26
(01) 1 081274701 733 8 (17) 220826 (10) 0819061
(TMPL: 120195-00 AA)
116317-00 AC
113049-00 AB

V00000215029 M000060887
LUNDBERG, TRAVON C
DOB:
DOS: 02/19/20
Kevin McCarthy, MD

Reservoir, Hard-Shell, 150μ
REF 00205-00
LOT 1119073 2024-11-25
(01) 1 081274701 603 2 (17) 241125 (10) 1119073
(TMPL: 120195-00 AA)
109407-00 AE

Progress Notes

THE SPINE HOSPITAL OF LOUISIANA
at The NeuroMedical Center

V00000345029 M000060887
LUNDBERG, TERESA C
DOB: DOS: 02/19/20
Kevin McCarthy, MD

# Medication Reconciliation Ackn

## Pre-Op

Please review and verify that the information following pages, including drug names, dosages, and directions are correct. By signing below, the patient or caregiver is acknowledges that the information, which is part of the electronic medical record, is correct. By signing, the patient or caregiver also acknowledges that the information provided concerning which drugs were sent to pharmacy and which drugs were returned directly to the patient or caregiver is correct.

Teresa C Lundberg 2-19-20 — *Patient Signature* / *Date*

STEVE HEBERT — *Caregiver Name (Please Print)*

[signature] 2/19/2020 — *Nurse Signature* / *Date*

Steve Hebert — *Caregiver Signature* / *Date*

## For Inpatient Use Only

Only medications received by pharmacy will be listed below.

Please have patient or caregiver initial each line appropriately when returned to patient.

| Drug Name/Strength/Dosage Form | Returned Post-Op | Retained for Inpatient use; Returned at Discharge |
|---|---|---|
| ✓ [illegible] | | |
| ✓ [illegible] | | |
| ✓ [illegible] | | |
| ✓ [illegible] | | |
| ✓ [illegible] | | |
| ✓ [illegible] | | |
| ✓ [illegible] | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Teresa C Lundberg 2-20-20 — *Patient Signature* / *Date*

Katie McDaniel 2/20/19 — *Nurse Signature* / *Date*

SPREOP102 Revised: 7/2019 S:\Forms\PreOp\Medication Reconciliation Acknowledgement.docx

Progress Notes - 02/19/2020

DATE: 02/19/20 807 Sp e Hospital of Lo iana PHA *LI PAGE 1
USER: ROWLABIN Home Medicat Report

**Patient** [redacted] **Responsible Doctor** Kevin McCarthy, MD
**Account Number** V00000345029 **Location** PERIOP **Unit Number** M000060887
**Age/Sex** 52/F **Room** BAY **Registration Date** 02/19/20
**Status** ADM IN **Bed** 26 **Discharge Date**

**Order Number** **Status** Active
**Category** Pt History

Norco 10-325 Tablet 1 EACH **NDC/DIN:** 52959053324
**Route** **Frequency** **Quantity** **Days** **Disp Unit** **Refills**
PO Q6HR (PRN)
**PRN Reason:** PAIN

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

**Nursing Comments**
PT BROUGHT AN EMPTY PILL BOTTLE WITH HER. EMPTY PILL BOTTLE
GIVEN TO FAMILY

**Last Taken**

**Date/Time** 02/17/20
**Dose**

**Order Number** **Status** Active
**Category** Pt History

Cymbalta 60 MG **NDC/DIN:** 57237001930A
**Route** **Frequency** **Quantity** **Days** **Disp Unit** **Refills**
PO DAILY

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

**Nursing Comments**
SENT TO PHARMACY

**Last Taken**

**Date/Time** 02/18/20
**Dose**

**Order Number** **Status** Active
**Category** Pt History

Vitamin B12 2,500 MCG **NDC/DIN:** 31604002718
**Route** **Frequency** **Quantity** **Days** **Disp Unit** **Refills**
PO DAILY

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

Progress Notes - 02/19/2020

DATE: 02/19/20[redacted]0807 Sp[redacted]e Hospital of Lo[redacted]iana PHA *L[redacted]* PAGE 1
USER: ROWLABIN[redacted] Home Medicat[redacted]s Report

| | | | | | |
|---|---|---|---|---|---|
| **Patient** | LUNDBERG,TERESA C | **Responsible Doctor** | Kevin McCarthy, MD | | |
| **Account Number** | V00000345029 | **Location** | PERIOP | **Unit Number** | M000060887 |
| **Age/Sex** | 52/F | **Room** | BAY | **Registration Date** | 02/19/20 |
| **Status** | ADM IN | **Bed** | 26 | **Discharge Date** | |

**Order Number** **Status** Active
**Category** Pt History

Norco 10-325 Tablet 1 EACH **NDC/DIN:** 52959053324

| **Route** | **Frequency** | **Quantity** | **Days** | **Disp Unit** | **Refills** |
|---|---|---|---|---|---|
| PO | Q6HR (PRN) | | | | |

**PRN Reason:** PAIN

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

**Nursing Comments**
PT BROUGHT AN EMPTY PILL BOTTLE WITH HER. EMPTY PILL BOTTLE GIVEN TO FAMILY

**Last Taken**

**Date/Time** 02/17/20
**Dose**

**Order Number** **Status** Active
**Category** Pt History

Cymbalta 60 MG **NDC/DIN:** 57237001930A

| **Route** | **Frequency** | **Quantity** | **Days** | **Disp Unit** | **Refills** |
|---|---|---|---|---|---|
| PO | DAILY | | | | |

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

**Nursing Comments**
SENT TO PHARMACY

**Last Taken**

**Date/Time** 02/18/20
**Dose**

**Order Number** **Status** Active
**Category** Pt History

Vitamin B12 2,500 MCG **NDC/DIN:** 31604002718

| **Route** | **Frequency** | **Quantity** | **Days** | **Disp Unit** | **Refills** |
|---|---|---|---|---|---|
| PO | DAILY | | | | |

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

Progress Notes - 02/19/2020

DATE: 02/19/20 [illegible]0807 Sp[illegible]e Hospital of Lou[illegible]iana PHA *L[illegible]* PAGE 2
USER: ROWLABIN[illegible] Home Medicat[illegible] Report

| | | | | | |
|---|---|---|---|---|---|
| **Patient** | [redacted] | **Responsible Doctor** | Kevin McCarthy, MD | | |
| **Account Number** | V00000345029 | **Location** | PERIOP | **Unit Number** | M000060887 |
| **Age/Sex** | 52/F | **Room** | BAY | **Registration Date** | 02/19/20 |
| **Status** | ADM IN | **Bed** | 26 | **Discharge Date** | |

**(continued from last page)**
**Order Number** **Status** Active
Vitamin B12 2,500 MCG **NDC/DIN:** 31604002718
**Route** **Frequency** **Quantity** **Days** **Disp Unit** **Refills**
PO DAILY

**Nursing Comments**
GIVEN TO FAMILY

**Last Taken**

**Date/Time** 02/18/20
**Dose**

---

**Order Number** **Status** Active
**Category** Pt History

Biotin 10,000 MCG **NDC/DIN:** 74312051697
**Route** **Frequency** **Quantity** **Days** **Disp Unit** **Refills**
PO DAILY

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

**Nursing Comments**
GIVEN TO FAMILY

**Last Taken**

**Date/Time** 02/18/20
**Dose**

---

**Order Number** **Status** Active
**Category** Pt History

Effexor Xr 150 MG **NDC/DIN:** 00008083602
**Route** **Frequency** **Quantity** **Days** **Disp Unit** **Refills**
PO DAILY

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

**Nursing Comments**
SENT TO PHARMACY

**Last Taken**

**Date/Time** 02/18/20
**Dose**

Progress Notes - 02/18/2020

DATE: 02/19/20 0807 Spine Hospital of Louisiana PHA *LI* PAGE 3
USER: ROWLABIN Home Medication Report

**Patient** [redacted] **Responsible Doctor** Kevin McCarthy, MD
**Account Number** V00000345029 **Location** PERIOP **Unit Number** M000060887
**Age/Sex** 52/F **Room** BAY **Registration Date** 02/19/20
**Status** ADM IN **Bed** 26 **Discharge Date**

---

**Order Number** **Status** Active
**Category** Pt History

Lyrica 75 MG **NDC/DIN:** 68387066190
**Route** **Frequency** **Quantity** **Days** **Disp Unit** **Refills**
PO QAM

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

**Nursing Comments**
GIVEN TO FAMILY

**Last Taken**

**Date/Time** 02/18/20
**Dose**

---

**Order Number** **Status** Active
**Category** Pt History

Lisinopril-Hctz 20-12.5 mg Tab 1 EACH **NDC/DIN:** 51138055530
**Route** **Frequency** **Quantity** **Days** **Disp Unit** **Refills**
PO QAM

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

**Nursing Comments**
SENT TO PHARMACY

**Last Taken**

**Date/Time** 02/18/20
**Dose**

---

**Order Number** **Status** Active
**Category** Pt History

Flexeril 10 MG **NDC/DIN:** 51079064420A
**Route** **Frequency** **Quantity** **Days** **Disp Unit** **Refills**
PO HS

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

**Nursing Comments**
SENT TO PHARMACY

Progress Notes - 02/18/2020

DATE: 02/19/20 [illegible]0807 Sp[illegible]e Hospital of Lou[illegible]iana PHA *L[illegible]* PAGE 4
USER: ROWLABIN Home Medicat[illegible] Report

| | | | | | |
|---|---|---|---|---|---|
| **Patient** | [redacted] | | **Responsible Doctor** | Kevin McCarthy, MD | |
| **Account Number** | V00000345029 | **Location** | PERIOP | **Unit Number** | M000060887 |
| **Age/Sex** | 52/F | **Room** | BAY | **Registration Date** | 02/19/20 |
| **Status** | ADM IN | **Bed** | 26 | **Discharge Date** | |

**(continued from last page)**
**Order Number** **Status** Active
Flexeril 10 MG **NDC/DIN:** 51079064420A

| **Route** | **Frequency** | **Quantity** | **Days** | **Disp Unit** | **Refills** |
|---|---|---|---|---|---|
| PO | HS | | | | |

**Last Taken**

**Date/Time** 02/18/20
**Dose**

---

**Order Number** **Status** Active
**Category** Pt History

Coreg 25 MG **NDC/DIN:** 00007414220

| **Route** | **Frequency** | **Quantity** | **Days** | **Disp Unit** | **Refills** |
|---|---|---|---|---|---|
| PO | BID | | | | |

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

**Nursing Comments**
SENT TO PHARMACY

**Last Taken**

**Date/Time** 02/19/20 0500
**Dose**

---

**Order Number** **Status** Active
**Category** Pt History

Advil 200 MG **NDC/DIN:** 00573016040

| **Route** | **Frequency** | **Quantity** | **Days** | **Disp Unit** | **Refills** |
|---|---|---|---|---|---|
| PO | PRN (PRN) | | | | |

**PRN Reason:** HEADACHE - Headache Pain

**Provider** **Entered**
02/14/20 1047 by L'ERIN WIECKERT

**Nursing Comments**
PT DID NOT BRING THIS MED WITH HER

**Last Taken**

**Date/Time** 01/31/20
**Dose**

Progress Notes - 02/19/2020

DATE: 02/19/20 0807 Spine Hospital of Louisiana PHA *LIVE* PAGE 5
USER: ROWLABIN Home Medication Report

| | | | | | |
|---|---|---|---|---|---|
| **Patient** | LUNDBERG,TERESA C | **Responsible Doctor** | Kevin McCarthy, MD | | |
| **Account Number** | V00000345029 | **Location** | PERIOP | **Unit Number** | M000060887 |
| **Age/Sex** | 52/F | **Room** | BAY | **Registration Date** | 02/19/20 |
| **Status** | ADM IN | **Bed** | 26 | **Discharge Date** | |

**Order Number** **Status** Active
**Category** Pt History

Wal-Dram 2 25 MG **NDC/DIN:** 00363040321

| Route | Frequency | Quantity | Days | Disp Unit | Refills |
|---|---|---|---|---|---|
| PO | TID (PRN) | | | | |

**PRN Reason:** DIZ - Dizziness

**Provider** **Entered**
02/19/20 0755 by Biney Rowland

**Nursing Comments**
SENT TO PHARMACY

**Last Taken**

**Date/Time** 01/20/20
**Dose**

**Order Number** **Status** Active
**Category** Pt History

Pregabalin 150 MG **NDC/DIN:** 00093762498

| Route | Frequency | Quantity | Days | Disp Unit | Refills |
|---|---|---|---|---|---|
| PO | HS | | | | |

**Provider** **Entered**
02/19/20 0755 by Biney Rowland

**Nursing Comments**
GIVEN TO FAMILY
**Patient Comments**
TAKE 1 CAPSULE BY MOUTH IN MORNING AND 2 CAPSULES BY MOUTH AT BEDTIME

**Last Taken**

**Date/Time** 02/18/20
**Dose**

**Order Number** **Status** Active
**Category** Pt History

Duloxetine HCl 30 MG **NDC/DIN:** 00228289103

| Route | Frequency | Quantity | Days | Disp Unit | Refills |
|---|---|---|---|---|---|
| PO | DAILY | | | | |

**Provider** **Entered**
02/19/20 0755 by Biney Rowland

Progress Notes - 02/19/2020

DATE: 02/19/20 0807 Spine Hospital of Louisiana PHA *LI* PAGE 6
USER: ROWLABIN Home Medication Report

| | | | | | |
|---|---|---|---|---|---|
| **Patient** | [redacted] | **Responsible Doctor** | Kevin McCarthy, MD | | |
| **Account Number** | V00000345029 | **Location** | PERIOP | **Unit Number** | M000060887 |
| **Age/Sex** | 52/F | **Room** | BAY | **Registration Date** | 02/19/20 |
| **Status** | ADM IN | **Bed** | 26 | **Discharge Date** | |

**(continued from last page)**
**Order Number** **Status** Active
Duloxetine HCl 30 MG **NDC/DIN:** 00228289103

| Route | Frequency | Quantity | Days | Disp Unit | Refills |
|---|---|---|---|---|---|
| PO | DAILY | | | | |

**Nursing Comments**
SENT TO PHARMACY

**Last Taken**

**Date/Time** 02/18/20
**Dose**

**Progress Notes - 02/22/2020**

---

***Summary Discharge Report - Do not Destroy***

**RUN DATE**: 02/22/20
**RUN TIME**: 0002

**BATCH #** 113308

**USER**:
Lindsey Troy

---

Progress Notes - 02/21/2020

RUN DATE: 02/22/20 Spine Hospital of Louisiana LAB *LIVE* PAGE 1
RUN TIME: 0002 10105 Park Rowe Circle
Baton Rouge, LA 70810
***Summary Discharge Report - Do not Destroy***

PATIENT: LUNDBERG,TERESA C ACCT: V00000345029 LOC: INPT U: M000060887
AGE/SX: 52/F ROOM: 207 REG: 02/19/20
REG DR: Kevin McCarthy, MD DOB: BED: 1 DIS: 02/21/20
STATUS: DIS IN TLOC:

HEMATOLOGY

| Date | 2/21/20 | | Reference | Units |
|---|---|---|---|---|
| Time | 0501 | | | |
| WBC | 10.9 | H | (4.5-10.8) | K/uL |
| RBC | 3.39 | L | (4.2-5.4) | M/uL |
| HGB | 10.1 | L | (12.0-16.0) | gm/dl |
| HCT | 32.5 | L | (37.0-47.0) | % |
| MCV | 95.9 | | (80-100) | fL |
| MCH | 29.8 | | (26-32) | pg |
| MCHC | 31.1 | | (31-37) | % |
| RDW | 14.0 | | (12.1-14.9) | % |
| PLT | 204.0 | | (150-350) | K/uL |
| NEUT% | 74.5 | | (45.0-75.0) | % |
| LYMPH% | 14.2 | L | (21.0-49.0) | % |
| MONO% | 8.7 | | (0-11.0) | % |
| BASO% | 0.6 | | (0.0-2.0) | % |
| EOS% | 2.0 | | (0.0-7.0) | % |
| NEUT# | 8.1 | H | (1.5-7.0) | K/uL |
| LYMPH# | 1.6 | | (1.0-3.7) | K/uL |
| MONO# | 1.0 | H | (0.0-0.7) | K/uL |
| BASO# | 0.1 | | (0.0-0.10) | K/uL |
| EOS# | 0.2 | | (0.0-0.4) | K/uL |

| Date | 2/20/20 | | Reference | Units |
|---|---|---|---|---|
| Time | 0400 | | | |
| WBC | 10.3 | | (4.5-10.8) | K/uL |
| RBC | 3.52 | L | (4.2-5.4) | M/uL |
| HGB | 10.4 | L | (12.0-16.0) | gm/dl |
| HCT | 33.1 | L | (37.0-47.0) | % |
| MCV | 94.0 | | (80-100) | fL |
| MCH | 29.5 | | (26-32) | pg |
| MCHC | 31.4 | | (31-37) | % |
| RDW | 14.0 | | (12.1-14.9) | % |
| PLT | 233.0 | | (150-350) | K/uL |
| NEUT% | 67.2 | | (45.0-75.0) | % |
| LYMPH% | 22.6 | | (21.0-49.0) | % |
| MONO% | 8.5 | | (0-11.0) | % |
| BASO% | 0.5 | | (0.0-2.0) | % |
| EOS% | 1.2 | | (0.0-7.0) | % |
| NEUT# | 6.9 | | (1.5-7.0) | K/uL |
| LYMPH# | 2.3 | | (1.0-3.7) | K/uL |
| MONO# | 0.9 | H | (0.0-0.7) | K/uL |
| BASO# | 0.1 | | (0.0-0.10) | K/uL |
| EOS# | 0.1 | | (0.0-0.4) | K/uL |

Progress Notes - 02/19/2020

RUN DATE: 02/22/20
RUN TIME: 0002

Spine Hospital of Louisiana LAB *LIVE*
10105 Park Rowe Circle
Baton Rouge, LA 70810
***Summary Discharge Report - Do not Destroy***

PAGE 2

Patient: LUNDBERG,TERESA C V00000345029 (Continued)

*** HEMATOLOGY (Continued) ***

| Date / Time | 2/19/20 1454 | | Reference | Units |
|---|---|---|---|---|
| WBC | 10.4 | | (4.5-10.8) | K/uL |
| RBC | 3.54 | L | (4.2-5.4) | M/uL |
| HGB | 10.4 | L | (12.0-16.0) | gm/dl |
| HCT | 33.1 | L | (37.0-47.0) | % |
| MCV | 93.5 | | (80-100) | fL |
| MCH | 29.4 | | (26-32) | pg |
| MCHC | 31.4 | | (31-37) | % |
| RDW | 13.9 | | (12.1-14.9) | % |
| PLT | 209.0 | | (150-350) | K/uL |

CHEMISTRY

| Date / Time | 2/21/20 0501 | | Reference | Units |
|---|---|---|---|---|
| NA | 138 | | (136-145) | mmol/L |
| K | 4.9 | | (3.5-5.1) | mmol/L |
| CL | 103 | | (98-107) | mmol/L |
| CO2 | 31.5 | | (21-32) | mmol/L |
| GLU | 183 | H | (70-110) | mg/dL |
| BUN | 12 | | (7-18) | mg/dL |
| CREAT | 1.3 | H | (0.6-1.0) | mg/dL |
| CA | 8.0 | L | (8.5-10.1) | mg/dL |

| Date / Time | 2/20/20 0400 | | Reference | Units |
|---|---|---|---|---|
| NA | 139 | | (136-145) | mmol/L |
| K | 4.3 | | (3.5-5.1) | mmol/L |
| CL | 105 | | (98-107) | mmol/L |
| CO2 | 26.0 | | (21-32) | mmol/L |
| GLU | 138 | H | (70-110) | mg/dL |
| BUN | 13 | | (7-18) | mg/dL |
| CREAT | 1.1 | H | (0.6-1.0) | mg/dL |
| CA | 7.7 | L | (8.5-10.1) | mg/dL |

| Date / Time | 2/19/20 1454 | | Reference | Units |
|---|---|---|---|---|
| NA | 137 | | (136-145) | mmol/L |
| K | 4.7 | | (3.5-5.1) | mmol/L |
| CL | 104 | | (98-107) | mmol/L |
| CO2 | 29.8 | | (21-32) | mmol/L |
| GLU | 187 | H | (70-110) | mg/dL |

Progress Notes - 02/19/2020

RUN DATE: 02/22/20
RUN TIME: 0002

Spine Hospital of Louisiana LAB *LIVE*
10105 Park Rowe Circle
Baton Rouge, LA 70810
***Summary Discharge Report - Do not Destroy***

PAGE 3

**Patient: LUNDBERG,TERESA C** V00000345029 **(Continued)**

*** CHEMISTRY (Continued) ***

| Date | 2/19/20 | | Reference | Units |
|---|---|---|---|---|
| Time | 1454 | | | |
| BUN | 18 | | (7-18) | mg/dL |
| CREAT | 1.2 | H | (0.6-1.0) | mg/dL |
| CA | 7.7 | L | (8.5-10.1) | mg/dL |

URINALYSIS

| Date | 2/19/20 | Reference | Units |
|---|---|---|---|
| Time | 0805 | | |
| UPT | NEGATIVE | (NEGATIVE) | |

| Test | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|
| BLOOD BANK ID | 2/19/20 | 0720 | gk47650 | | |
| BLOOD TYPE | 2/19/20 | 0720 | B NEG | (REF) | |
| AB SCREEN | 2/19/20 | 0720 | NEG | | |

Progress Notes - 02/22/2020

Surgical Case Record — Page: 1

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Date: | 02/22/20 |
| | | Run Time: | 0001 |

## Allergies

Last Updated: 02/19/20

| CODED Allergy/Adverse Reaction / Pt Reaction / Comments | Type | Sev | Date | Ver |
|---|---|---|---|---|
| F001900590 - No Known Drug Allergies | Allergy | | 02/19/20 | Y |

## Preoperative Times

| -- Preoperative Area -- | Time | Date |
|---|---|---|
| Into PreOp: | 0748 | 02/19/20 |
| Out of PreOp: | 0916 | 02/19/20 |

## Preoperative Invasive Procedures

| Date | Time | Invasive Procedure | Site | Size | Performed By: Doctor | Performed By: Staff | Qty |
|---|---|---|---|---|---|---|---|
| 02/19/20 | 0830 | Intravenous Access | FOREL | 20 | | ROWLABIN | 1 |

## Preoperative Medications

| Date | Time | Medications Admin. | Dose | Dose Unit | Route | Site | Given By |
|---|---|---|---|---|---|---|---|
| 02/19/20 | 0822 | TYLENOL | 1,000 | MG | PO | | ROWLABIN |
| 02/19/20 | 0822 | GABAPENTIN | 800 | MG | PO | | ROWLABIN |
| 02/19/20 | 0830 | SALINE FLUSH | 10 | ML | IVF | FOREL | ROWLABIN |
| 02/19/20 | 0916 | ANCEF 2 GRAM IVPB | 2 | GM | IVPB | FOREL | TUCKEPAT |

## Preoperative Intakes

| Date | Time | User | Type | Intake | Site | Beg Amt | Rate | Route | Pre Vol | End LTC |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/20 | 0832 | ROWLABIN | SOL | LACTATED RINGERS SOLUTION 1,000 ML | FOREL | 1,000 ml | KVO | IV | 20 ml | 980 ml |
| | | | | | | | Total | | 20 ml | |

## Preoperative Notes

02/19/20 0728 - Biney Rowland
CHART APPROVED BY DR. PATTY ON 2/18/20

**Progress Notes - 02/22/2020**

Surgical Case Record Page: 2

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

Preoperative Screens

Preoperative Lab Orders
UPT Y
Blood Screen/Crossmatch ordered: Y
If yes number of units ordered: 0
Blood Consent Y
Blood Bank Bracelet Y
Blood Bank Bracelet Location R WRIST
Blood Bank Number GK47650
Blood Donor Neither
Isolation Precautions Standard
Preoperative Checklist:
Identification Bracelet Present/Legible Y
NPO Y 2/18/20 2000
Surgical Cap/Gown Applied Y
All Metallic Objects Removed/Secured (jewelry, medals, pins)
Y
Valuables Given To Family Y STEVE-FRIEND
Consent Signed? Y
Ordered Lab Work on Chart Y
Pertinent X-Rays Obtained Y
Current History and Physical on Chart Y
Company Implants/Instruments Available Yes
Contact Lenses/Glasses 1 YES
Disposition: GLASSES WITH FAMILY
Denture Type N/A
Disposition:
Metal Implants 2 NO
Comment:
Prosthetics Removed? 3 N/A
Type:
Surgery/Procedure Validation Patient
Consent
H&P
MD Order
Procedural/Surgical Site Marked: Yes
Comment
Site: BACK
Procedural/Surgical Site marked by:
MCCARKEV Kevin McCarthy
Form Completed By: ROWLABIN Biney Rowland
Preop Checklist Verified By OR RN: FIFECATH Cathy Fife

---

Patient's Home Meds Sent to Pharmacy Y
Comments
PAT documentation reviewed: Y
TEDs applied: Y
TEDs comment: SIZE LARGE
CHG wipes: Y
CHG wipes comment:
BACK
Blood sent to lab: Y
Comment: PURPLE TUBE
Color Coded Wrist Band 5 NA

Progress Notes - 02/22/2020

Surgical Case Record Page: 3

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

Preoperative Transfer Data

----Staff----In---Out---Date----

PreOp:
Cathy Fife
Biney Rowland

Patient Destination: OR Operating Room
Transfer Method: STR Stretcher - siderails up

Preoperative Completed By

Completed Date: 02/19/20
Completed Time: 0832
Completed By: Biney Rowland

Preoperative Record filed by Biney Rowland, Registered Nurse on 02/19/20 at 1251

Procedures

| Proposed Procedures | Severity | R/L/B/NA |
|---|---|---|
| p PLIF LUM FUSN W LAM/DEC-L3-S1 OPEN TLIF***SMA | ROUTINE | |

| Actual Procedures | Severity | R/L/B/NA | Wound | Surgeon | INSSC | INCSE |
|---|---|---|---|---|---|---|
| p PLIF LUM FUSN W LAM/DEC-L3-S1 OPEN TLIF***SMA | ROUTINE | | CL | MCCARKEV | 1004 | 1400 |

Case Type: Planned
Anesthetic Type: Gen Monitor
ASA Class: ASA3

Diagnosis

Pre-Op Diagnosis
LUMBAR STENOSIS, RADICULOPATHY

Post-Op Diagnosis
LUMBAR STENOSIS, RADICULOPATHY

Operative Invasive Procedures

| Date | Time | Invasive Procedure | Site | Size | Performed By Doctor | Performed By Staff | Qty |
|---|---|---|---|---|---|---|---|
| 02/19/20 | 0916 | Neuromonitoring | | | | | 1 |
| 02/19/20 | 0916 | Cell Saver Up To 4Hr | | | | | 1 |
| 02/19/20 | 0916 | Cell Saver Per Unit | | 225 | | | 2 |
| 02/19/20 | 1316 | Cell Saver Per Hr p4 | | | | | 1 |

**Progress Notes - 02/22/2020**

Surgical Case Record Page: 12

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

## Phase I Nursing Diagnosis Screens

Diagnosis: Potential for ineffective airway clearance
Goal: Effective Airway Clearance Acheived
Maintain effective airway; breathing pattern is symmetrical **Y**
Diagnosis: Potential for ineffective and/or drainage
Goal: Remain free of infection; Hemostatis maintained
Contamination/excessive bleeding/drainage noted **N**
Diagnosis: Potential for altered body temperature
Goal: Body temperature maintained within normal range;
Tissue perfusion remains adequate
Body Temperture WNL and adequate tissue perfusion **Y**
Diagnosis: Alteration in comfort
Goal: Discomfort minimized
Patient comfort maintained **Y**
Diagnosis: Potential for impaired physical mobility
Goal: No residual muscular anesthetic effects
Physical mobility adequate **Y**
Diagnosis: Alteration in fluid volume deficit/excess
Goal: Fluid volume within normal limits
Fluid intake/output status maintained **Y**

## Phase I Medications

| Date | Time | Medications Admin. | Dose | Dose Unit | Route | Site | Given By |
|---|---|---|---|---|---|---|---|
| 02/19/20 | 1430 | DILAUDID | 0.2 | MG | IV | | KENNEPAI |
| 02/19/20 | 1435 | DILAUDID | 0.2 | MG | IV | | KENNEPAI |
| 02/19/20 | 1440 | DILAUDID | 0.2 | MG | IV | | KENNEPAI |
| 02/19/20 | 1450 | DILAUDID | 0.2 | MG | IV | | KENNEPAI |
| 02/19/20 | 1500 | DILAUDID | 0.2 | MG | IV | | KENNEPAI |
| 02/19/20 | 1505 | DILAUDID | 0.2 | MG | IV | | KENNEPAI |
| 02/19/20 | 1515 | DILAUDID | 0.2 | MG | IV | | KENNEPAI |

## Phase I Intakes

| Date | Time | User / Site | Type | Intake / Beg Amt Rate | Route | Phase I Vol | End LTC |
|---|---|---|---|---|---|---|---|
| 02/19/20 | 1410 | KENNEPAI | SOL | LR - Lactated Ringers | | | |
| | | | | 200 ml | | 200 ml | 0 ml |
| 02/19/20 | 1430 | KENNEPAI | SOL | | IVPB | | |
| | | | | METHOCARBAMOL 1GM/NS 100ML 1,000 MG/100 ML BAG | | | |
| | | | | 100 ml | | 100 ml | 0 ml |
| | | | | | Total | 300 ml | |

## Phase I Outputs

| Date | Time | User | Type | Output | Site | Vol |
|---|---|---|---|---|---|---|
| 02/19/20 | 1505 | KENNEPAI | URINE | Clear Urine | | 75 mL |
| 02/19/20 | 1505 | KENNEPAI | DRAIN | Serous-Sanguinous | | 125 mL |
| | | | | | Total | 200 ml |

**Progress Notes - 02/22/2020**

Surgical Case Record  Page: 13

Patient: M000060887 LUNDBERG,TERESA C  Date of Birth:
Account Num: V00000345029  Age: 52
Physician: MCCARKEV-Kevin McCarthy, MD  Sex: F
Specialty: OR-ORTHOPEDIC MEDICINE  Room-Bed/T.Loc: 207-1
O.R.: OR.SUITE04-Suite 04  Oper Date: 02/19/20
Facility: Spine Hospital of Louisiana
Verified  Run Date: 02/22/20
Date 02/20/20 1455 NAYLOPAI Paige Naylor  Run Time: 0001

## Phase I Notes

02/19/20 1426 - Paige Kennedy
EXPAREL BRACELET NOTED TO R WRIST

## Phase I PAR Scores

| | 02/19/20 1410 KENNEPAI | 02/19/20 1440 KENNEPAI | 02/19/20 1519 KENNEPAI |
|---|---|---|---|
| Activity | 1 | 2 | 2 |
| Respiration | 1 | 2 | 2 |
| Circulation | 2 | 2 | 2 |
| Consciousness | 0 | 1 | 2 |
| Color | 2 | 2 | 2 |
| Total: | 6 | 9 | 10 |

## Phase I Screens

Procedure TLIF
Procedure Levels L3-S1
Dentures Present None
Patient Belongings Present None
Brace/Collar Order Faxed
N
Cervical Collar Type None
Collar Applied N
IV Discontinued/Removed
N

---

IV Discontinued/Removed
N

## Phase I Transfer Data

———Staff———In—Out—Date——
Phase I:
Paige Kennedy

Patient Destination: INPT Inpatient
Transfer Method: BED Bed - siderails up
Report Given To: MCDANKA2 Katie McDaniel

## Phase I Completed By

Completed Date: 02/19/20
Completed Time: 1528
Completed By: Paige Kennedy

Progress Notes - 02/22/2020

Surgical Case Record — Page: 14

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

Phase I Record filed by Paige Kennedy, Registered Nurse on 02/19/20 at 1528

**Anesthesia Data**

Anesthesia Type: **GENMCM** **Gen Monitor**
ASA Class: **ASA3** **ASA3**

**Phase I Vital Signs Assessments**

---

**Monitor Vital Signs**

By Paige Kennedy on 02/19/20 at 1410

---

**Monitor Vital Signs**

| | |
|---|---|
| *Blood Pressure* | 143/75 |
| *Blood Pressure Mean* | |
| *Pulse Rate* | 77 |
| *Respiratory Rate* | 16 |
| *Oxygen Saturation* | 92 |
| *CO2* | |

Filed by Paige Kennedy on 02/19/20 at 1443

---

**Monitor Vital Signs**

By Paige Kennedy on 02/19/20 at 1415

---

**Monitor Vital Signs**

| | |
|---|---|
| *Blood Pressure* | 132/76 |
| *Blood Pressure Mean* | |
| *Pulse Rate* | 78 |
| *Respiratory Rate* | 16 |
| *Oxygen Saturation* | 91 |
| *CO2* | |

Filed by Paige Kennedy on 02/19/20 at 1452

---

**Monitor Vital Signs**

By Paige Kennedy on 02/19/20 at 1420

---

**Monitor Vital Signs**

| | |
|---|---|
| *Blood Pressure* | 122/74 |
| *Blood Pressure Mean* | |

| | |
|---|---|
| *Pulse Rate* | 79 |
| *Respiratory Rate* | 16 |
| *Oxygen Saturation* | 99 |
| *CO2* | |

Filed by Paige Kennedy on 02/19/20 at 1452

Monitor Vital Signs

By Paige Kennedy on 02/19/20 at 1425

Monitor Vital Signs

| | |
|---|---|
| *Blood Pressure* | 111/75 |
| *Blood Pressure Mean* | |
| *Pulse Rate* | 83 |
| *Respiratory Rate* | 16 |
| *Oxygen Saturation* | 97 |
| *CO2* | |

Filed by Paige Kennedy on 02/19/20 at 1452

Monitor Vital Signs

By Paige Kennedy on 02/19/20 at 1440

Monitor Vital Signs

| | |
|---|---|
| *Blood Pressure* | 116/66 |
| *Blood Pressure Mean* | |
| *Pulse Rate* | 83 |
| *Respiratory Rate* | 16 |
| *Oxygen Saturation* | 98 |
| *CO2* | |

Filed by Paige Kennedy on 02/19/20 at 1452

Monitor Vital Signs

By Paige Kennedy on 02/19/20 at 1455

Monitor Vital Signs

| | |
|---|---|
| *Blood Pressure* | 140/75 |
| *Blood Pressure Mean* | |
| *Pulse Rate* | 88 |