**Progress Notes - 02/22/2020**

Surgical Case Record Page: 16

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

*Respiratory Rate* 16
*Oxygen Saturation* 94
*CO2*

Filed by Paige Kennedy on 02/19/20 at 1457

---

Monitor Vital Signs

By Paige Kennedy on 02/19/20 at 1510

---

Monitor Vital Signs

*Blood Pressure* 127/82
*Blood Pressure Mean*
*Pulse Rate* 86
*Respiratory Rate* 16
*Oxygen Saturation* 95
*CO2*

Filed by Paige Kennedy on 02/19/20 at 1527

Preoperative Assessments

---

PREOP Assessment

By Biney Rowland on 02/19/20 at 0801

---

Pre-Op Assessment

**Patient Data**

*Procedure* PLIF
*Procedure Levels* L3-S1
*Mode of Transport* Ambulatory
*Admitted From* Home

**HEENT**

*Visual Assistive Devices* Glasses
*Eye Symptoms* None
*Eye Symptom Location:*
*Ear Symptoms* None
*Ear Symptom Location:*
*Additional HEENT Info:*

**Pain**

*Pain Location* R LOWER BACK, R HIP, R UPPER LEG. OCCASIONAL L UPPER LEG PAIN
*Pain Description* Burning; Aching; Sharp; Shooting; Constant; Intermittent
*Pain Intensity* 6
*Pain Scale Used* Verbal

EXHIBIT
2, part 6

**Progress Notes - 02/22/2020**

Surgical Case Record Page: 17

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

*Additional Pain Info:*

**Neuro**

| | |
|---|---|
| *Patient Orientation* | Person; Place; Time |
| *Numbness* | Yes |
| *Location of Numbness* | R FOOT,R TOES |
| *Tingling* | Yes |
| *Location of Tingling* | R FOOT, R TOES |
| *Dorsiflexion* | Left Greater Than Right; Weak |
| *Plantarflexion* | Left Greater Than Right; Weak |
| *Hand Grips* | Equal; Weak |
| *Additional Notes* | |
| *Speech Pattern* | Clear; Appropriate |
| *Patient Behavior* | Appropriate; Cooperative |
| *Additional Neuro Info:* | |

**Respiratory**

| | |
|---|---|
| *Respiratory Rate* | 17 |
| *Respiratory Pattern* | Normal |
| *Respiratory Effort* | Normal; Non-Labored |
| *Lung Sound Respiratory Phase* | Inspiratory & Expiratory |
| *Breath Sounds* | Clear |
| *Cough Description* | None |
| *Cough Frequency* | |
| *Incentive Spirometry Volume Amount* | |
| *Incentive Spirometry Number of Repetitions* | |
| *Additional Respiratory Info:* | |

**Cardiac**

| | |
|---|---|
| *Heart Sounds* | Normal; S1 & S2 |
| *Pulse Strength* | Normal |
| *Pulse Assessment Method* | Auscultation |
| *Edema Location* | |
| *Edema Type* | |
| *Edema Degree* | |
| *Additional Cardiac Info:* | |

**GI**

| | |
|---|---|
| *Date of Last Bowel Movement* | 02/18/20 |
| *Abdomen Description* | Soft; Non-Tender |
| *Bowel Sound* | Active |
| *Gastrointestinal Symptoms* | No Symptoms |
| *Additional GI Info:* | |

**GU**

| | |
|---|---|
| *Voiding Method* | Toilet |
| *Urinary Catheter Date of Insertion* | |
| *Urinary Catheter Size* | |
| *Urinary Catheter Patency* | |
| *Urinary Catheter Care* | |
| *Urine Appearance* | |
| *Urine Color* | |
| *Additional GU Info:* | |

**Skin**

**Progress Notes - 02/22/2020**

Surgical Case Record Page: 18

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

*Skin Temperature* Warm
*Skin Moisture* Dry
*Skin Color* Normal
*Skin Turgor* Elastic
*Skin Texture* Smooth
*Skin Problem*

**Fall Scale**
*History of Falling* No (0)
*Ambulatory Aid* None/Bedrest/Assist/WC(0)
*IV Access* Yes (20)
*Gait*
*Mental Status* Oriented to own ability(0
*Fall Scale Total* 20

**Comments**
*Additional Assessment Comments*

Filed by Biney Rowland on 02/19/20 at 0821

---

Stop Bang Assessment

By Biney Rowland on 02/19/20 at 0801

---

Stop Bang Assessment

**Neck/Shirt Size**
*Collar Size*
*Shirt Collar Size (inches/cm)*
*Neck Circumference (in cm) to be measured by staff (PreOp)* 43

**Snoring**
*Snore louder than talking/can be heard through closed door?* Yes

**Tired**
*Feel tired,fatigued,sleeping during daytime?* No

**Observed change in Breathing**
*Anyone observed you stop breathing during sleep?* No

**Blood Pressure**
*Have or being treated for HBP?* Yes

**BMI**
*BMI over 35 kg/m2?* Yes
*BMI:* 38.4

**Age**
*Age over 50?* Yes

**Neck Circumference**
*Neck circumference greater than 40 cm?* Yes

Progress Notes - 02/22/2020

Surgical Case Record | Page: 19

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

**Gender**
*Is gender male?* Yes

**Evaluate Risk**
*High: Yes to 3 or more questions* Yes
*Low: Yes to fewer than 3 questions* No

Filed by Biney Rowland on 02/19/20 at 0801

---

TRAVEL PRECAUTION

By Biney Rowland on 02/19/20 at 0801

---

Travel Precautionary Screen

**Travel Precautionary Screening**
*Have you or anyone in your household* No
*If YES, Dates traveled:*
*If YES, have you or a family member traveled to*
*If YES, where?*
*Are you experiencing any of these signs and symptoms:*
*If YES, we will not schedule your appointment for 30 days.*

Filed by Biney Rowland on 02/19/20 at 0801

---

Manual Vital Signs

By Biney Rowland on 02/19/20 at 0801

---

Vital Signs

**Blood Pressure**
*Instance #1*
*Blood Pressure Location* Right Brachial
*Blood Pressure* 131/74
*Blood Pressure Mean*
*Source* Automatic Cuff
*Position* Sitting

**Heart Rate**
*Heart Rate* 70

**Respirations**
*Respiratory Rate* 17

**Oxygen**
*Oxygen Saturation* 95
*Oxygen Delivery Method* Room Air
*Oxygen Flow Rate*

**Temperature**

**Progress Notes - 02/22/2020**

Surgical Case Record — Page: 26

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

**Incision/Wound**

*Instance #1*

| | |
|---|---|
| *Left & Right* | |
| *Upper, Lower* | Lower |
| *Anterior, Posterior* | Posterior |
| *Dressing Site* | Back |
| *Wound Type* | Incision |
| *Dressing* | Telfa Pad; ABD Pad; Ioban; 4x8 Guaze Pads |
| *Dressing Status* | Dry & Intact |
| *Drainage Description* | |
| *Drainage on Dressing* | None |
| *Comments:* | ICE PACKS APPLIED |

**Q Pump**

*Q Pump Location*
*Q Pump Observation*

**Nursing**

*Comments*

Filed by Paige Kennedy on 02/19/20 at 1527

---

Manual Vital Signs

By Paige Kennedy on 02/19/20 at 1410

---

**Vital Signs**

**Blood Pressure**

*Instance #1*

| | |
|---|---|
| *Blood Pressure Location* | Right Brachial |
| *Blood Pressure* | |
| *Blood Pressure Mean* | |
| *Source* | |
| *Position* | |

**Heart Rate**

*Heart Rate*

**Respirations**

*Respiratory Rate*

**Oxygen**

*Oxygen Saturation*
*Oxygen Delivery Method*
*Oxygen Flow Rate*

**Temperature**

| | |
|---|---|
| *Temperature* | 97.2 F |
| *Temperature Source* | Temporal Artery Scan |

**CO2**

*ETCO2*

**Progress Notes - 02/22/2020**



| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

Filed by Paige Kennedy on 02/19/20 at 1443

**User Legend**

BROOKALE = Alexis Brooks, Certified Scrub Tech
COOPELEI = Leigh Anne Cooper RN, Registered Nurse
DEVILLYN = Lynell DeVille
FIFECATH = Cathy Fife, Registered Nurse
HIGGICAR = Carrie M Higginbotham, SURGICAL TECHNICIAN
KENNEPAI = Paige Kennedy, Registered Nurse
MCCARKEV = Kevin McCarthy
MCDANKA2 = Katie McDaniel
ROWLABIN = Biney Rowland, Registered Nurse
TUCKEPAT = Patrick D Tucker, Certified RN Anes

**Provider Legend**

LANDRCHR = PA Christina C Landry
RIEKERIC = CRNA Richard Rieken
TUCKEPAT = CRNA Patrick D Tucker

**Site Legend**

CATH = Catheter
FOREL = Left Forearm
OPSITE = Operative Site

EKG/Cardiology - 02/22/2020

Surgical Case Record Page: 20

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

*Temperature* 97.1 F
*Temperature Source* Oral

CO2
*ETCO2*

Filed by Biney Rowland on 02/19/20 at 0801

Phase I Assessments

EKG Assessment

By Paige Kennedy on 02/19/20 at 1410

EKG Assessment
EKG
*Rhythm* Sinus Rhythm
*Additional Comments*

Pain
*Pain Intensity* 0
*Pain Location*
*Pain Description*
*Additional Comments* PT IS SEDATED, NO FACIAL TENSION NOTED

Filed by Paige Kennedy on 02/19/20 at 1427

EKG Assessment

By Paige Kennedy on 02/19/20 at 1415

EKG Assessment
EKG
*Rhythm* Sinus Rhythm
*Additional Comments*

Pain
*Pain Intensity* 0
*Pain Location*
*Pain Description*
*Additional Comments* PT IS SEDATED, NO FACIAL TENSION NOTED

Filed by Paige Kennedy on 02/19/20 at 1449

EKG Assessment

**EKG/Cardiology - 02/22/2020**

Surgical Case Record — Page: 21

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

By Paige Kennedy on 02/19/20 at 1420

---

<u>EKG Assessment</u>

**EKG**

*Rhythm* Sinus Rhythm
*Additional Comments*

**Pain**

*Pain Intensity* 0
*Pain Location*
*Pain Description*
*Additional Comments* PT IS SEDATED, NO FACIAL TENSION NOTED

Filed by Paige Kennedy on 02/19/20 at 1449

---

EKG Assessment

By Paige Kennedy on 02/19/20 at 1425

---

<u>EKG Assessment</u>

**EKG**

*Rhythm* Sinus Rhythm
*Additional Comments*

**Pain**

*Pain Intensity* 0
*Pain Location*
*Pain Description*
*Additional Comments* PT IS SEDATED, NO FACIAL TENSION NOTED

Filed by Paige Kennedy on 02/19/20 at 1449

---

EKG Assessment

By Paige Kennedy on 02/19/20 at 1440

---

<u>EKG Assessment</u>

**EKG**

*Rhythm* Sinus Rhythm
*Additional Comments*

**Pain**

*Pain Intensity* 5
*Pain Location* Back
*Pain Description* Dull/Aching
*Additional Comments* PT IS VERY DROWSY. MILD FACIAL TENSION NOTED. PAIN MED/COMFORT MEASURES APP

**EKG/Cardiology - 02/22/2020**

Surgical Case Record — Page: 22

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

Filed by Paige Kennedy on 02/19/20 at 1449

---

**EKG Assessment**

By Paige Kennedy on 02/19/20 at 1455

---

**EKG Assessment**

**EKG**

*Rhythm* Sinus Rhythm

*Additional Comments*

**Pain**

*Pain Intensity* 6

*Pain Location* Back

*Pain Description* Dull/Aching

*Additional Comments* PT IS VERY DROWSY. MILD FACIAL TENSION NOTED. PAIN MED/COMFORT MEASURES APP

Filed by Paige Kennedy on 02/19/20 at 1456

---

**EKG Assessment**

By Paige Kennedy on 02/19/20 at 1510

---

**EKG Assessment**

**EKG**

*Rhythm* Sinus Rhythm

*Additional Comments*

**Pain**

*Pain Intensity* 6

*Pain Location* Back

*Pain Description* Dull/Aching

*Additional Comments* PT IS VERY DROWSY. MILD FACIAL TENSION NOTED. PAIN MED/COMFORT MEASURES APP

Filed by Paige Kennedy on 02/19/20 at 1527

---

**Family Notification**

By Paige Kennedy on 02/19/20 at 1410

---

**Family Notification**

**Information**

*Family Updated* Yes

*Family Notified At* 1415

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

*Spoke with:* FAMILY IN PT'S ROOM
*Additional Comments:*

Filed by Paige Kennedy on 02/19/20 at 1428

---

PACU Assessment

By Paige Kennedy on 02/19/20 at 1510

---

**PACU Assessment**

**Diabetic**

*Accucheck* Not Applicable
*Blood Glucose Finger Stick* *(mg/dL)*

**IV**

*Instance #1*
*Left & Right* Left
*IV Line Site* Forearm
*IV Line Insertion Date* 02/19/20
*IV Insertion Time*
*IV Catheter Gauge* 20
*IV Site Observation* Intact; Patent; Infusing @ KVO
*IV infusing @*
*Comments:* LR

*Instance #2*
*Left & Right* Left
*IV Line Site* Hand
*IV Line Insertion Date* 02/19/20
*IV Insertion Time*
*IV Catheter Gauge* 20
*IV Site Observation* Intact; Patent; Infusing @ KVO
*IV infusing @*
*Comments:* SL

**Neuro**

*Patient Position* Supine
*Head of Bed* 45
*Arousable To* Verbal Stimuli
*Patient Orientation* Person
*Patient Behavior* Anxious; Drowsy
*Speech Pattern* Clear
*Mucous Membranes* Pink
*Numbness* No
*Tingling* No
*Dorsiflexion* Equal; Weak
*Plantarflexion* Equal; Weak
*Hand Grips* Equal; Weak
*Reasoned Not Assessed*
*Comments:*

**Head**

*Head & Neck Movement* Normal

EKG/Cardiology - 02/22/2020

Surgical Case Record — Page: 24

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

| | |
|---|---|
| *Neck Girth* | |
| *Facial Expression* | At Rest/Sleeping |
| *Facial Quality* | Normal |
| *Facial Symmetry* | Symmetrical |
| *Facial Color* | Normal |
| *Eye Location* | Bilateral |
| *Eye Symptoms* | None |
| *Eye Discomfort* | None |
| *Visual Assistive Devices* | None |
| *Pupil Equality* | PERRL |
| *Sclera Appearance* | Clear/Quiescent |
| *Patency of Nares* | Noiseless |
| *Nasal Discharge Description* | |
| *HEENT Nose Dressing* | |
| *Teeth Condition* | Intact |
| *Lip Condition* | Normal |
| *Lip Color* | Pink |
| *Comments:* | |

**Surgical Drain**

*Instance #1*

| | |
|---|---|
| *Left & Right* | |
| *Upper, Lower* | Lower |
| *Anterior, Posterior* | Posterior |
| *Dressing Site* | Back |
| *Drain Type* | Hemovac |
| *Drain Compressed* | Yes |
| *Drain Drainage Description* | Serosanguineous |
| *Drainage Amount* | Minimal |
| *Comments:* | |

**Respiratory**

| | |
|---|---|
| *Oxygen Flow Rate (L/Min)* | 3 |
| *Oxygen Delievery Method* | Nasal Cannula |
| *PACU Airway* | Natural |
| *Respiratory Rate* | 16 |
| *Respiratory Pattern* | Normal |
| *Respiratory Effort* | Normal |
| *Respiratory Retraction Type* | |
| *Comments:* | |

**Lung Auscultation**

*Instance #1*

| | |
|---|---|
| *Anterior, Posterior* | Anterior |
| *Left, Right, Bilateral* | Bilateral |
| *Lung Sound Location* | Throughout |
| *Breath Sounds* | Clear |
| *Lung Sound Respiratory Phase* | Inspiratory & Expiratory |
| *Comments:* | |

**Cough**

| | |
|---|---|
| *Cough Description* | None |
| *Cough Frequency* | |
| *Sputum Production Method* | |
| *Sputum Amount* | None |

**EKG/Cardiology - 02/22/2020**

Surgical Case Record Page: 25

Patient: M000060887 LUNDBERG,TERESA C Date of Birth:
Account Num: V00000345029 Age: 52
Physician: MCCARKEV-Kevin McCarthy, MD Sex: F
Specialty: OR-ORTHOPEDIC MEDICINE Room-Bed/T.Loc: 207-1
O.R.: OR.SUITE04-Suite 04 Oper Date: 02/19/20
Facility: Spine Hospital of Louisiana
Verified Run Date: 02/22/20
Date 02/20/20 1455 NAYLOPAI Paige Naylor Run Time: 0001

*Sputum Color*
*Sputum Consistency*
*Comments:*

**Cardiac**

*Instance #1*

| | |
|---|---|
| *Left, Right, Bilateral* | Bilateral |
| *Pulse Location* | Radial |
| *Heart Sounds* | Normal |
| *Pulse Assessment Method* | Palpation |
| *Pulse Rhythm* | Regular |
| *Pulse Strength* | Normal |
| *Capillary Refill* | < 3 seconds |
| *SCDs Applied and Activated* | No |
| *Edema Location* | |
| *Edema Type* | |
| *Edema Degree* | |
| *Comments:* | |

*Instance #2*

| | |
|---|---|
| *Left, Right, Bilateral* | Bilateral |
| *Pulse Location* | Dorsalis Pedis |
| *Heart Sounds* | Normal |
| *Pulse Assessment Method* | Palpation |
| *Pulse Rhythm* | Regular |
| *Pulse Strength* | Normal |
| *Capillary Refill* | < 3 seconds |
| *SCDs Applied and Activated* | Yes |
| *Edema Location* | |
| *Edema Type* | |
| *Edema Degree* | |
| *Comments:* | |

**Gastrointestinal**

| | |
|---|---|
| *Abdomen Description* | Soft; Obese; Round |
| *Bowel Sound* | Faint |
| *Gastrointestinal Symptoms* | No Symptoms |
| *Emesis Description* | |
| *Comments:* | |

**Genitourinary**

| | |
|---|---|
| *Voiding Method* | Foley Catheter |
| *Urinary Catheter Patency* | Patent/Draining |
| *Urinary Catheter Care* | |
| *Urine Color* | Yellow |
| *Urine Appearance* | Clear |
| *Comments:* | |

**Integumentary**

| | |
|---|---|
| *Skin Temperature* | Warm |
| *Skin Moisture* | Dry |
| *Skin Color* | Normal |
| *Skin Problem Location* | |
| *Skin Problem* | |
| *Comments:* | |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 1
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Transfer | 200218-124011940 | Completed | 02/18/20 12:39 | Patty,Robin MD | Patty,Robin |

Patient Transfer — Routine — **Order Source:** Physician Order

**Stop Reason:**

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Order is Entered and Signed | Y |
| 2 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer - Order is Completed | NA |
| 3 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Status changed: **New:** Completed **Old:** Verified | NA |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 6 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200218-1240119401 | Completed | 02/19/20 07:24 | Patty,Robin MD | Patty,Robin |

Albuterol Sulfate — **Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Albuterol Sulfate | 2.5 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INH | ONCE | PRN | Respiratory Complications | | | | | |

Stop Date/Time: 02/19/20 23:59
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 2
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | | Entered By |
|---|---|---|---|---|---|---|
| 3 | 02/18/20 12:40 | Patty, Robin | | NMHOSPITALH207 | Concurrent Link with:<br>**New:** Ipratropium Bromide<br>**Old:** | NA |
| 4 | 02/19/20 07:24 | Daemon, Background | | SHOLACTX01 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 4 | 02/19/20 07:24 | Daemon, Background | | SHOLACTX01 | Start Time edited:<br>**New:** 07:24<br>**Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Daemon, Background | | SHOLACTX01 | Pha Stop Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 5 | 02/19/20 07:24 | Rowland, Biney | | NMHOSPITALH207 | Process Transfer | NA |
| 6 | 02/19/20 07:24 | Daemon, Background | | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 7 | 02/19/20 07:25 | PHA - Daemon, Background | | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon, Background | | NCS-CM02 | Order Type edited:<br>**New:** INH<br>**Old:** | Y |
| 8 | 02/19/20 07:25 | PHA - Daemon, Background | | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 9 | 02/19/20 07:26 | Rowland, Biney | | NMHOSPITALH207 | Order acknowledged | NA |
| 10 | 02/19/20 07:36 | PHA - Cataldo, Jody | | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 11 | 02/19/20 15:16 | Landry, Christina | | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 12 | 02/19/20 15:16 | Landry, Christina | | SHOLAPACU002 | Stop Request | NA |
| 13 | 02/19/20 15:16 | Kennedy, Paige | | SHOLAPACU002 | Process Transfer | NA |
| 14 | 02/19/20 15:17 | PHA - Landry, Christina | | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 15 | 02/19/20 17:00 | MCDANIEL, KATIE | | SHOLACTX01 | Order acknowledged | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 3
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | | Entered By | |
|---|---|---|---|---|---|---|---|
| 16 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | | NA |
| Medications | 200218-1240119402 Albuterol Sulfate | Completed | 02/19/20 07:24 | Patty,Robin MD | | Patty,Robin | |

**Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Albuterol Sulfate | 2.5 MG | |

QS Drug — QS Volume — Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INH | Q8HR | PRN | Shortness Of Breath | | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 4
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Order Type edited: | Y |
| | | | | | **New:** INH | |
| | | | | | **Old:** | |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Logged | |
| | | | | | **Old:** Transmitted | |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Pha Verified | |
| | | | | | **Old:** Logged | |
| 9 | 02/19/20 14:46 | Kennedy,Paige | | SHOLABAY17 | Order acknowledged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Completed | |
| | | | | | **Old:** Pha Verified | |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| Medications | 200218-1240119403 | Completed | 02/19/20 07:24 | Patty,Robin MD | Patty,Robin | |

Valium **Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Diazepam [Valium] | 5 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | ONCE | PRN | Mild Muscle Spasms | | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 5
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** NARC **Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 9 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 6
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200218-1240119404 Benadryl | Completed | 02/19/20 07:24 | Patty,Robin MD | Patty,Robin |

**Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| diphenhydrAMINE HCL [Benadryl] | 25 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | ONCE | PRN | Itching | | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited:<br>**New:** 07:24<br>**Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 7
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **New:** MED | |
| | | | | **Old:** | |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 9 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Medications 200218-124011956 Completed 02/19/20 07:24 Patty,Robin MD Patty,Robin
Benadryl **Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| diphenhydrAMINE HCL [Benadryl] | 25 MG | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | ONCE | PRN | Itching | | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

Labs/Diagnostics

Spine Hospital of Louisiana | Patient Order Summary | Page: 8 | Date: 02/22/20 00:04 | User: Flynn,Linda

V00000345029 LUNDBERG,TERESA C | Location: INPT | Medical Record Number: M000060887
52/F | Attending: McCarthy,Kevin | Account Number: V00000345029
Reason: L3-S1 OPEN TLIF | Registration: 02/19/20

| Category / Order | Date & Time | Status / User | Start / Device | Ord Provider / Event | Entered By / Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited:<br>**New:** 07:24<br>**Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 9 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 9
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200218-1240119561 | Completed | 02/19/20 07:24 | Patty,Robin MD | Patty,Robin |

Pepcid 20 Mg/2 Ml Vial **Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Famotidine Pf [Pepcid 20 mg/2 ml Vial] | 20 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IVP | ONCE | PRN | Heartburn | | | | | |

Stop Date/Time: 02/19/20 23:59
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 12:39 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Pha Stop Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 10
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 07:26 | Rowland,Biney | | NMHOSPITALH207 | Order acknowledged | NA |
| 9 | 02/19/20 07:36 | PHA - Cataldo,Jody | | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| Medications | 200218-1240119562 | Completed | 02/19/20 07:24 | Patty,Robin MD | Patty,Robin | |

Fentanyl 100 Mcg/2 Ml Vial **Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| fentaNYL PF [Fentanyl 100 Mcg/2 ml Vial] | 25 MCG | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | Q5M | PRN | Severe Pain 8-10 | | | | | |

Stop Date/Time:

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 11
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

**Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By**

Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited:<br>**New:** 07:24<br>**Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited:<br>**New:** NARC<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 9 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 12
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** Completed<br>**Old:** Pha Verified | |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200218-1240119563<br>Apresoline | Completed | 02/19/20 07:24 | Patty,Robin MD | Patty,Robin |

**Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| hydralAZINE HCL [Apresoline] | 10 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | Q15M | PRN | Blood Pressure | | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed:<br>Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited:<br>**New:** 07:24<br>**Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 13
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy, Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo, Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 9 | 02/19/20 14:46 | Kennedy, Paige | SHOLABAY17 | Order acknowledged | NA |
| 10 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry, Christina | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 14 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |

Medications 200218-1240119564 Completed 02/19/20 07:24 Patty, Robin MD Patty, Robin
Dilaudid **Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| HYDROmorphone HCL [Dilaudid] | 0.2 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| IV | Q5M | PRN | Severe Pain 8-10 | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 14
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited:<br>**New:** 07:24<br>**Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 9 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed:<br>**New:** Completed | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 21
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | | NA |
| 9 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | | NA |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | | NA |

Medications 200218-1240119724 Completed 02/19/20 07:24 Patty,Robin MD Patty,Robin
Versed **Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Midazolam HCl [Versed] | 0.5 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | Q5M | PRN | Anxiety | | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 22
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy, Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | | **New:** Wed Feb 19 | |
| | | | | **Old:** Tue Feb 18 | |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Time edited: | Y |
| | | | | **New:** 07:24 | |
| | | | | **Old:** 12:39 | |
| 4 | 02/19/20 07:24 | Rowland, Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:25 | Daemon, Background | NCS-BG12 | Status changed: | NA |
| | | | | **New:** Transmitted | |
| | | | | **Old:** Verified | |
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added: | Y |
| | | | | **New:** | |
| | | | | **Old:** | |
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Order Type edited: | Y |
| | | | | **New:** MED | |
| | | | | **Old:** | |
| 7 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 8 | 02/19/20 07:36 | PHA - Cataldo, Jody | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 9 | 02/19/20 14:46 | Kennedy, Paige | SHOLABAY17 | Order acknowledged | NA |
| 10 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry, Christina | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |
| 14 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200218-124011987<br>Morphine Sulfate | Completed | 02/19/20 07:24 | Patty, Robin MD | Patty, Robin<br>**Order Source:** Physician Order |

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Morphine Sulfate Pf [Morphine | 2 MG | |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 23
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Sulfate] | | | | | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | Q5M | PRN | Severe Pain 8-10 | | | | | |

Stop Date/Time: 02/24/20 07:23
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 12:39 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Pha Stop Date edited: **New:** Mon Feb 24 **Old:** Sun Feb 23 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Pha Stop Time edited: **New:** 07:23 **Old:** 12:38 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:25 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 24
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 9 | 02/19/20 14:46 | Kennedy,Paige | | SHOLABAY17 | Order acknowledged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| Medications | 200218-1240119871<br>Zofran | Completed | 02/19/20 07:24 | Patty,Robin MD | Patty,Robin<br>**Order Source:** Physician Order | |

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Ondansetron Sdv [Zofran] | 4 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | Q8H | PRN | Nausea / Vomiting | | | | | |

Stop Date/Time: 02/26/20 07:23
Discontinued 02/19/20 15:16

Protocol text:

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 25
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 12:39 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Pha Stop Date edited: **New:** Wed Feb 26 **Old:** Tue Feb 25 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Pha Stop Time edited: **New:** 07:23 **Old:** 12:38 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:25 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 9 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 26
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT
52/F **Attending:** McCarthy, Kevin
**Reason:** L3-S1 OPEN TLIF

**Medical Record Number:** M000060887
**Account Number:** V00000345029
**Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 12 | 02/19/20 15:16 | Kennedy, Paige | | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry, Christina | | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 14 | 02/19/20 17:00 | MCDANIEL, KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook, Blake | | SHOLAH374 | Order reviewed | NA |
| Medications | 200218-1240119872<br>Phenergan | Completed | 02/19/20 07:24 | Patty, Robin MD | Patty, Robin<br>**Order Source:** Physician Order | |

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Promethazine HCl [Phenergan] | 6.25 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IVP | Q30M | PRN | Nausea / Vomiting | | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty, Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty, Robin | NMHOSPITALH207 | Manage Transfer - Provider signed:<br>Patty, Robin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Start Time edited:<br>**New:** 07:24<br>**Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland, Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:25 | Daemon, Background | NCS-BG12 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 27
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

| | | | | | |
|---|---|---|---|---|---|
| | | | | **New:** Transmitted | |
| | | | | **Old:** Verified | |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: | Y |
| | | | | **New:** | |
| | | | | **Old:** | |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: | Y |
| | | | | **New:** MED | |
| | | | | **Old:** | |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 8 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 9 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200218-1240119873 S2 Racepinephrine | Completed | 02/19/20 07:24 | Patty,Robin MD | Patty,Robin |

**Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Racepinephrine 2.25% INH [S2 Racepinephrine] | 1 EACH | |

QS Drug QS Volume Total Volume

Route Frequency Sched PRN Reason Days Hours Tot Vol Doses Clinical Indication

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 28
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| NEB | Q4H | PRN | Respiratory Complications | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 07:25 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 9 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 29
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy, Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 12 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry, Christina | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 14 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200218-124012003 | Cancelled | 02/19/20 07:24 | Patty, Robin MD | Patty, Robin |

Notify Md If O2 Saturation < 92% In Pacu — Routine — **Order Source:** Physician Order

**Stop Reason:** MDOK

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty, Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty, Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty, Robin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland, Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 14:46 | Kennedy, Paige | SHOLABAY17 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200218-1240120031 | Cancelled | 02/19/20 07:24 | Patty, Robin MD | Patty, Robin |

Bair Hugger If Temp Less Than 96f — Routine — **Order Source:** Physician Order

**Stop Reason:** MDOK

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 30
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

**Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By**

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Nursing | 200218-1240120032 | Cancelled | 02/19/20 07:24 | Patty,Robin MD | Patty,Robin
O2 @ 2lpm Nc If Sats Less Than 92% — Routine — **Order Source:** Physician Order

**Stop Reason:** MDOK

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |

Labs/Diagnostics

Spine Hospital of Louisiana — **Patient Order Summary** — **Page:** 31
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 5 | 02/19/20 14:46 | Kennedy,Paige | | SHOLABAY17 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Status changed:<br>**New:** Cancelled<br>**Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| Nursing | 200218-1240120033<br>100% Oxygen In Pacu | Cancelled | 02/19/20 07:24 | Patty,Robin MD<br>Routine | Patty,Robin<br>**Order Source:** Physician Order | |

**Stop Reason:** MDOK

Comment — On pt until reactive and awake

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty,Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty,Robin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited:<br>**New:** 07:24<br>**Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed:<br>**New:** Cancelled<br>**Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 32
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200218-1240120034 | Cancelled | 02/19/20 07:24 | Patty, Robin MD | Patty, Robin |

Vital Signs Post-Op Per Pacu Protocol — Routine — **Order Source:** Physician Order

**Stop Reason:** MDOK

Comment: Q5minx4 then Q15min

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty, Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty, Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty, Robin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland, Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 14:46 | Kennedy, Paige | SHOLABAY17 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200218-124012018 | Cancelled | 02/19/20 07:24 | Patty, Robin MD | Patty, Robin |

Accuchek On All Diabetics In Pacu — Routine — **Order Source:** Physician Order

**Stop Reason:** MDOK

Physician Instructions: Report Accucheck to Anesthesia

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 12:40 | Patty, Robin | NMHOSPITALH207 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 12:40 | Patty, Robin | NMHOSPITALH207 | Manage Transfer - Provider signed: Patty, Robin | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 33 | **Date:** 02/22/20 00:04 | **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 12:39 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | NMHOSPITALH207 | Process Transfer | NA |
| 5 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Admit | 200218-141937333 Admit As Inpatient | Verified | 02/19/20 07:24 | McCarthy,Kevin MD Routine | McCarthy,Kevin **Order Source:** Physician Order |

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is continued upon transfer | Y |
| 7 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 34
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 8 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 9 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| Admit | 200218-141937335 Admit To Service | Verified | 02/19/20 07:24 | McCarthy,Kevin MD Routine | McCarthy,Kevin **Order Source:** Physician Order | |

**Service:** Ortho

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is continued upon transfer | Y |
| 7 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 8 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 9 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200218-141937336 Tylenol | Completed | 02/19/20 07:24 | McCarthy,Kevin MD | McCarthy,Kevin **Order Source:** Physician Order |

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Acetaminophen [Tylenol] | 1,000 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 35
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|
| Route | Frequency | Sched | PRN Reason | Days Hours Tot Vol Doses | Clinical Indication |
| PO | ONCE | SCH | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 14:30 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 9 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 36
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | | Entered By |
|---|---|---|---|---|---|---|
| 11 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| Medications | 200218-141937338 Albumin (Human) | Completed | 02/19/20 07:24 | McCarthy,Kevin MD | | McCarthy,Kevin |

**Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Albumin Human [Albumin (Human)] | 0 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | ONCE | PRN | For Surgery Case | | | | | |

Stop Date/Time: 02/19/20 23:59
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Pha Stop Date edited: | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 37
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy, Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | **New:** Wed Feb 19 | |
| | | | | **Old:** Tue Feb 18 | |
| 4 | 02/19/20 07:24 | Rowland, Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon, Background | NCS-BG12 | Status changed: | NA |
| | | | | **New:** Transmitted | |
| | | | | **Old:** Verified | |
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added: | Y |
| | | | | **New:** | |
| | | | | **Old:** | |
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Order Type edited: | Y |
| | | | | **New:** MED | |
| | | | | **Old:** | |
| 7 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 8 | 02/19/20 07:36 | PHA - Cataldo, Jody | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 9 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 10 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Stop Request | NA |
| 11 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 12 | 02/19/20 15:17 | PHA - Landry, Christina | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |
| 13 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 14 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200218-141937339 Bacitracin | Completed | 02/19/20 07:24 | McCarthy, Kevin MD | McCarthy, Kevin |

**Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Bacitracin | 0 UNIT | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 38
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

V00000345029 **LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| INJ | ONCE | PRN | For Surgery Case | | | | |

Stop Date/Time: 02/19/20 23:59
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy, Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Start Time edited:<br>**New:** 07:24<br>**Old:** 14:08 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Pha Stop Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 4 | 02/19/20 07:24 | Rowland, Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon, Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo, Jody | NCS-CM02 | Status changed:<br>**New:** Pha Verified | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 39
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **Old:** Logged | |
| 9 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 11 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 12 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 13 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 14 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200218-141937340 Sensorcaine-Mpf 0.25% Vial | Completed | 02/19/20 07:24 | McCarthy,Kevin MD | McCarthy,Kevin |

**Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Bupivacaine 0.25% Pf [Sensorcaine-Mpf 0.25% Vial] | 0 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | ONCE | PRN | For Surgery Case | | | | | |

Stop Date/Time: 02/19/20 23:59
Discontinued 02/19/20 15:16

Protocol text:

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 40
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 3 | 02/19/20 07:24 | Daemon,Background | | SHOLACTX01 | Start Time edited:<br>**New:** 07:24<br>**Old:** 14:08 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | | SHOLACTX01 | Pha Stop Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 9 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 10 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Stop Request | NA |
| 11 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 12 | 02/19/20 15:17 | PHA - Landry,Christina | | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 13 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 14 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| Medications | 200218-141937341<br>Marcaine 0.5% Vial | Completed | 02/19/20 07:24 | McCarthy,Kevin MD | McCarthy,Kevin<br>**Order Source:** Physician Order | |

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Bupivacaine 0.5% Pf [Marcaine | 0 ML | |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 41 | **Date:** 02/22/20 00:04 | **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|
| 0.5% Vial] | | | | | |

QS Drug | QS Volume | Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | ONCE | PRN | For Surgery Case | | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited:<br>**New:** 07:24<br>**Old:** 14:08 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 42 | **Date:** 02/22/20 00:04 | **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | | Entered By | |
|---|---|---|---|---|---|---|---|
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | | NCS-CM02 | | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 9 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | | Manage Transfer - Order is stopped upon transfer | Y |
| 10 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | | Stop Request | NA |
| 11 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | | Process Transfer | NA |
| 12 | 02/19/20 15:17 | PHA - Landry,Christina | | NCS-CM02 | | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 13 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | | Order acknowledged | NA |
| 14 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | | Order reviewed | NA |

Medications 200218-1419373411 Completed 02/19/20 07:24 McCarthy,Kevin MD McCarthy,Kevin
Sensorcaine-Epi 0.25% **Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Bupivacaine/Epinephrine 0.25% [Sensorcaine-Epi 0.25%] | 0 MG | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | ONCE | PRN | For Surgery Case | | | | | |

Stop Date/Time: 02/19/20 23:59
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 43
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **New:** Wed Feb 19<br>**Old:** Tue Feb 18 | |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited:<br>**New:** 07:24<br>**Old:** 14:08 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Pha Stop Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 9 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 11 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 12 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 13 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 14 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Medications 200218-141937344 Completed 02/19/20 07:24 McCarthy,Kevin MD McCarthy,Kevin
Cefazolin 2gm: Pre-Op For Patients<120kg *Preferred* **Order Source:** Physician Order

**Stop Reason:** MDOK

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 44
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|
| Medication | | Dose | Per | | |
| Ancef 2 gm-D5w Bag | | 2 GM in 50 ML | | | |

QS Drug QS Volume Total Volume
50 ML

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Bags | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IVPB | Q4H | SCH | | | | | | |

Rate: 100 MLS/HR
Stop Date/Time: 02/19/20 15:53
Discontinued 02/19/20 15:16

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy, Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Time edited:<br>**New:** 07:24<br>**Old:** 14:30 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Pha Stop Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Pha Stop Time edited:<br>**New:** 15:53<br>**Old:** 22:59 | Y |
| 4 | 02/19/20 07:24 | Rowland, Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon, Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Dose added:<br>**New:** gm<br>**Old:** | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 45
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status Start | Ord Provider | | Entered By | |
|---|---|---|---|---|---|---|
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | | Protocol Text added: | Y |
| | | | | **New:** | | |
| | | | | **Old:** | | |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | | Status changed: | NA |
| | | | | **New:** | Logged | |
| | | | | **Old:** | Transmitted | |
| 8 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | | Order acknowledged | NA |
| 9 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | | Status changed: | NA |
| | | | | **New:** | Pha Verified | |
| | | | | **Old:** | Logged | |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | | Status changed: | NA |
| | | | | **New:** | Completed | |
| | | | | **Old:** | Pha Verified | |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | | Order reviewed | NA |

Medications 200218-141937345 Completed 02/19/20 07:24 McCarthy,Kevin MD McCarthy,Kevin
Acd-Anticoagulant Citrate Dextrose **Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Citrate Dextrose Solution [Acd-Anticoagulant Citrate Dextrose] | 0 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| CELLSAVER | ONCE | PRN | For Surgery Case | | | | | |

Stop Date/Time: 02/19/20 23:59
Discontinued 02/19/20 15:16

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 46
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Pha Stop Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 9 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 11 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 12 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 47
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **New:** Completed | |
| | | | | | **Old:** Pha Verified | |
| 13 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | | Order acknowledged | NA |
| 14 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | | Order reviewed | NA |

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|
| Medications | 200218-141937347 Gabapentin | Completed | 02/19/20 07:24 | McCarthy, Kevin MD | McCarthy, Kevin |

**Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Gabapentin | 800 MG | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | ONCE | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy, Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 14:30 | Y |
| 4 | 02/19/20 07:24 | Rowland, Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:24 | Daemon, Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 48
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 07:26 | Rowland,Biney | | NMHOSPITALH207 | Order acknowledged | NA |
| 9 | 02/19/20 07:36 | PHA - Cataldo,Jody | | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| Medications | 200218-1419373471 | Completed | 02/19/20 07:24 | McCarthy,Kevin MD | McCarthy,Kevin | |

Lactated Ringers 1000ml **Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| LACTATED RINGERS 1000ML | Vol Per Bag: 1,000 ML | |
| Lactated Ringers | Vol Per Bag: 1,000 ML | |
| QS Drug | QS Volume | Total Volume<br>1000 ML |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Bags | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | .Q33H20M | SCH | | | | | | |

Rate: 30 MLS/HR
Stop Date/Time:
Discontinued 02/19/20 15:16

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 49
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited:<br>**New:** 07:24<br>**Old:** 14:30 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:25 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Fluid Units edited:<br>**New:** ML<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Fluid added:<br>**New:** Lactated Ringers<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Freqency edited:<br>**New:** .Q33H20M<br>**Old:** .Q24H | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Duration edited:<br>**New:** 33 HR 20 MIN<br>**Old:** 24 HR | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Dose added:<br>**New:** ml<br>**Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Logged | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 50
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **Old:** Transmitted | |
| 8 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 9 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 11 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 12 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 13 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 14 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 15 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200218-141937350 | Completed | 02/19/20 07:24 | McCarthy,Kevin MD | McCarthy,Kevin |

Lidocaine 1%-Epi 1:100,000

**Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Lidocaine/Epi Pf 1% 20Ml [Lidocaine 1%-Epi 1:100,000] | 0 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | ONCE | PRN | For Surgery Case | | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 51
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| | | | | | McCarthy, Kevin | |
| 3 | 02/19/20 07:24 | Daemon, Background | | SHOLACTX01 | Start Date edited: | Y |
| | | | | | **New:** Wed Feb 19 | |
| | | | | | **Old:** Tue Feb 18 | |
| 3 | 02/19/20 07:24 | Daemon, Background | | SHOLACTX01 | Start Time edited: | Y |
| | | | | | **New:** 07:24 | |
| | | | | | **Old:** 14:08 | |
| 4 | 02/19/20 07:24 | Rowland, Biney | | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:25 | Daemon, Background | | NCS-BG12 | Status changed: | NA |
| | | | | | **New:** Transmitted | |
| | | | | | **Old:** Verified | |
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | | NCS-CM02 | Protocol Text added: | Y |
| | | | | | **New:** | |
| | | | | | **Old:** | |
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | | NCS-CM02 | Order Type edited: | Y |
| | | | | | **New:** MED | |
| | | | | | **Old:** | |
| 7 | 02/19/20 07:25 | PHA - Daemon, Background | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Logged | |
| | | | | | **Old:** Transmitted | |
| 8 | 02/19/20 07:36 | PHA - Cataldo, Jody | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Pha Verified | |
| | | | | | **Old:** Logged | |
| 9 | 02/19/20 15:16 | Landry, Christina | | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 10 | 02/19/20 15:16 | Landry, Christina | | SHOLAPACU002 | Stop Request | NA |
| 11 | 02/19/20 15:16 | Kennedy, Paige | | SHOLAPACU002 | Process Transfer | NA |
| 12 | 02/19/20 15:17 | PHA - Landry, Christina | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Completed | |
| | | | | | **Old:** Pha Verified | |
| 13 | 02/19/20 17:00 | MCDANIEL, KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 14 | 02/19/20 18:42 | Cook, Blake | | SHOLAH374 | Order reviewed | NA |
| Medications | 200218-141937351 | Completed | 02/19/20 07:24 | McCarthy, Kevin MD | McCarthy, Kevin | |
| | Depo-Medrol | | | | **Order Source:** Physician Order | |

**Stop Reason:** MDOK

Medication Dose Per

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 52
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT
52/F — **Attending:** McCarthy,Kevin — **Reason:** L3-S1 OPEN TLIF

**Medical Record Number:** M000060887
**Account Number:** V00000345029
**Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| methylPREDNISOLONE ACETATE [Depo-Medrol] | | 40 MG | | | |

QS Drug — QS Volume — Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | ONCE | PRN | For Surgery Case | | | | | |

Stop Date/Time: 02/19/20 23:59
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Pha Stop Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:25 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 53
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | **Old:** Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 9 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 11 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 12 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 13 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 14 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Medications 200218-141937352 Completed 02/19/20 07:24 McCarthy,Kevin MD McCarthy,Kevin
Depo-Medrol **Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| methylPREDNISOLONE ACETATE [Depo-Medrol] | 80 MG | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | ONCE | PRN | For Surgery Case | | | | | |

Stop Date/Time: 02/19/20 23:59
Discontinued 02/19/20 15:16

Protocol text:

| Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 54
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | | SHOLACTX01 | Pha Stop Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:25 | Daemon,Background | | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 9 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 10 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Stop Request | NA |
| 11 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 12 | 02/19/20 15:17 | PHA - Landry,Christina | | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 13 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 14 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 55
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200218-141937353 | Completed | 02/19/20 07:24 | McCarthy, Kevin MD | McCarthy, Kevin |
| | Thrombin-Jmi | | | | **Order Source:** Physician Order |

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Thrombin (Bovine) [Thrombin-Jmi] | 5,000 UNIT | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| TOP | ONCE | PRN | For Surgery Case | | | | | |

Stop Date/Time: 02/19/20 23:59
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy, Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | NMHOSPITALH207 | Pha Stop Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 4 | 02/19/20 07:24 | Rowland, Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:25 | Daemon, Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 07:25 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added: | Y |

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 56
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** | |
| | | | | **Old:** | |
| 6 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: | Y |
| | | | | **New:** MED | |
| | | | | **Old:** | |
| 7 | 02/19/20 07:25 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 8 | 02/19/20 07:36 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 9 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 10 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 11 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 12 | 02/19/20 15:17 | PHA - Landry,Christina | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |
| 13 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 14 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Nursing 200218-141937354 Cancelled 02/19/20 07:24 McCarthy,Kevin MD McCarthy,Kevin
Chg Wipes To Surgical Site In Preop Routine **Order Source:** Physician Order

**Stop Reason:** MDOK

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: | Y |
| | | | | **New:** Wed Feb 19 | |
| | | | | **Old:** Tue Feb 18 | |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited: | Y |
| | | | | **New:** 07:24 | |
| | | | | **Old:** 14:08 | |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** — **Patient Order Summary** — **Page:** 57 **Date:** 02/22/20 00:04 **User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 6 | 02/19/20 15:16 | Landry, Christina | | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry, Christina | | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry, Christina | | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy, Paige | | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL, KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook, Blake | | SHOLAH374 | Order reviewed | NA |
| Nursing | 200218-141937355 | Cancelled | 02/19/20 07:24 | McCarthy, Kevin MD | McCarthy, Kevin | |

Consent For: Routine **Order Source:** Physician Order

**Stop Reason:** MDOK

**Procedure:** TLIF L3-S1

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy, Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 4 | 02/19/20 07:24 | Rowland, Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland, Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** — **Patient Order Summary** — **Page:** 58 **Date:** 02/22/20 00:04 **User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200218-141937356 | Cancelled | 02/19/20 07:24 | McCarthy, Kevin MD | McCarthy, Kevin |
| | If On Beta Blocker, Give With Sip Of H2o | | | Routine | **Order Source:** Physician Order |

**Stop Reason:** MDOK

Comment PREOP

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy, Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 4 | 02/19/20 07:24 | Rowland, Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland, Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200218-141937357 | Cancelled | 02/19/20 07:24 | McCarthy, Kevin MD | McCarthy, Kevin |
| | Start Iv In Preop | | | Routine | **Order Source:** Physician Order |

**Stop Reason:** MDOK

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy, Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Date edited: | Y |

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 59
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT
52/F — **Attending:** McCarthy,Kevin — **Reason:** L3-S1 OPEN TLIF

**Medical Record Number:** M000060887
**Account Number:** V00000345029
**Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** Wed Feb 19 | |
| | | | | **Old:** Tue Feb 18 | |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited: | Y |
| | | | | **New:** 07:24 | |
| | | | | **Old:** 14:08 | |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: | NA |
| | | | | **New:** Cancelled | |
| | | | | **Old:** Verified | |
| 9 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200218-141937358<br>Npo - Now | Cancelled | 02/19/20 07:24 | McCarthy,Kevin MD<br>Routine | McCarthy,Kevin<br>**Order Source:** Physician Order |

**Stop Reason:** MDOK

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited: | Y |
| | | | | **New:** Wed Feb 19 | |
| | | | | **Old:** Tue Feb 18 | |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited: | Y |
| | | | | **New:** 07:24 | |
| | | | | **Old:** 14:08 | |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: | NA |

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 60
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | | **New:** Cancelled<br>**Old:** Verified | |
| 9 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Nursing 200218-1419373581 Cancelled 02/19/20 07:24 McCarthy,Kevin MD McCarthy,Kevin
Accuchek On All Diabetics In Preop Routine **Order Source:** Physician Order

**Stop Reason:** MDOK

Comment Report accuchek to Anesthesia

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Date edited:<br>**New:** Wed Feb 19<br>**Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | NMHOSPITALH207 | Start Time edited:<br>**New:** 07:24<br>**Old:** 14:08 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed:<br>**New:** Cancelled<br>**Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Nursing 200218-141937361 Cancelled 02/19/20 07:24 McCarthy,Kevin MD McCarthy,Kevin
Sequential Compression Device In Preop Routine **Order Source:** Physician Order

**Stop Reason:** MDOK

Comment SCDs in place for operating room

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 61 | **Date:** 02/22/20 00:04 | **User:** Flynn, Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 4 | 02/19/20 07:24 | Rowland,Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Nursing 200218-141937362 Cancelled 02/19/20 07:24 McCarthy,Kevin MD McCarthy,Kevin
Obtain A Set Of Vital Signs In Preop Routine **Order Source:** Physician Order

**Stop Reason:** MDOK

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy,Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy,Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon,Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 62
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 4 | 02/19/20 07:24 | Rowland, Biney | SHOLACTX01 | | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland, Biney | NMHOSPITALH207 | | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200218-141937363 | Cancelled | 02/19/20 07:24 | McCarthy, Kevin MD | McCarthy, Kevin |

Use Blood Tubing With 2 Extention Sets — Routine — **Order Source:** Physician Order

**Stop Reason:** MDOK

Comment PREOP

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy, Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 4 | 02/19/20 07:24 | Rowland, Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland, Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 63
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy, Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 11 | 02/19/20 18:42 | Cook, Blake | | SHOLAH374 | Order reviewed | NA |
| Nursing | 200218-141937364 | Cancelled | 02/19/20 07:24 | McCarthy, Kevin MD | McCarthy, Kevin | |
| | Start Antibiotic 1 Hour Prior To Surgery | | | Routine | **Order Source:** Physician Order | |

**Stop Reason:** MDOK

Comment PREOP

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Order entered | Y |
| 2 | 02/18/20 14:19 | McCarthy, Kevin | SHOLACTX01 | Manage Transfer - Provider signed: McCarthy, Kevin | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Date edited: **New:** Wed Feb 19 **Old:** Tue Feb 18 | Y |
| 3 | 02/19/20 07:24 | Daemon, Background | SHOLACTX01 | Start Time edited: **New:** 07:24 **Old:** 14:08 | Y |
| 4 | 02/19/20 07:24 | Rowland, Biney | SHOLACTX01 | Process Transfer | NA |
| 5 | 02/19/20 07:26 | Rowland, Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 6 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 7 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Order cancelled | NA |
| 8 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 9 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Order Source |
|---|---|---|---|---|
| Medications | 200219-070743444 | Completed | 02/19/20 07:06 | |
| | Sodium Chloride | | | **Order Source:** Written |

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| 0.9 % Sodium Chloride [Sodium Chloride] | 10 ML | |

Labs/Diagnostics - 02/18/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 64
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| .ROUTE | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 07:07
Discontinued 02/19/20 07:07

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 07:07 | PHA - | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 07:07 | PHA - | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 07:07 | PHA - | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 07:07 | PHA - | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

Medications 200219-070744801 Completed 02/19/20 07:06
Bacitracin **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Bacitracin | 50,000 UNIT | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 07:07
Discontinued 02/19/20 07:07

Protocol text:

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 65
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 07:07 | PHA - | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 07:07 | PHA - | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 07:07 | PHA - | NCS-CM02 | Protocol Text added: | NA |
| | | | | **New:** | |
| | | | | **Old:** | |
| 3 | 02/19/20 07:07 | PHA - | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

Medications 200219-070746112 Completed 02/19/20 07:06
Vancomycin Hcl — **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Vancomycin HCl | 1 GM | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| .ROUTE | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 07:07
Discontinued 02/19/20 07:07

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 07:07 | PHA - | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 07:07 | PHA - | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 07:07 | PHA - | NCS-CM02 | Protocol Text added: | NA |
| | | | | **New:** | |
| | | | | **Old:** | |
| 3 | 02/19/20 07:07 | PHA - | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 66
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

**New:** Completed
**Old:** Pha Verified

| Category | Order | Status | Start |
|---|---|---|---|
| Medications | 200219-070815550 | Completed | 02/19/20 07:07 |

Albumin (Human) **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Albumin Human [Albumin (Human)] | 1,000 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 07:08
Discontinued 02/19/20 07:08

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 07:08 | PHA - | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 07:08 | PHA - | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 07:08 | PHA - | NCS-CM02 | Protocol Text added: **New:** **Old:** | NA |
| 3 | 02/19/20 07:08 | PHA - | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |

| Category | Order | Status | Start |
|---|---|---|---|
| Medications | 200219-070816220 | Completed | 02/19/20 07:07 |

Acd-Anticoagulant Citrate Dextrose **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Citrate Dextrose Solution [Acd-Anticoagulant Citrate | 1,000 ML | |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 67
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

Dextrose]

QS Drug | QS Volume | Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| CELLSAVER | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 07:08
Discontinued 02/19/20 07:08

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 07:08 | PHA - | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 07:08 | PHA - | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 07:08 | PHA - | NCS-CM02 | Protocol Text added: **New:** **Old:** | NA |
| 3 | 02/19/20 07:08 | PHA - | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |

Medications 200219-070817078 Completed 02/19/20 07:07
Marcaine 0.5% Vial **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Bupivacaine 0.5% Pf [Marcaine 0.5% Vial] | 10 ML | |

QS Drug | QS Volume | Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | .STK-MED | ONE | | | | | | |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 68
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT
52/F
**Attending:** McCarthy,Kevin
**Reason:** L3-S1 OPEN TLIF
**Medical Record Number:** M000060887
**Account Number:** V00000345029
**Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

Stop Date/Time: 02/19/20 07:08
Discontinued 02/19/20 07:08

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 07:08 | PHA - | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 07:08 | PHA - | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 07:08 | PHA - | NCS-CM02 | Protocol Text added: **New:** **Old:** | NA |
| 3 | 02/19/20 07:08 | PHA - | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| BLOOD BANK | 200219-072654905 Bbk Type And Screen | Completed | 02/19/20 07:20 | McCarthy,Kevin MD Stat | Rowland,Biney |

**Order Source:** Verbal Order Read Back

**Stop Reason:** Completed by Lis

Department KM

**Hx Blood Transfusions** No
**Hx Previous Pregnancies** Yes: 5
**Hx Pregnancy in the Last 3 Months** No

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Signature is Necessary | Y |
| 1 | 02/19/20 07:26 | Rowland,Biney | NMHOSPITALH207 | Order is Entered | Y |
| 2 | 02/19/20 07:27 | Rowland,Biney | NMHOSPITALH207 | Order acknowledged | NA |
| 3 | 02/19/20 07:27 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 4 | 02/19/20 07:27 | LAB - Daemon,Background | NCS-CM02 | Query Hx Pregnancy in the Last 3 Months edited: **New:** No **Old:** No | Y |
| 5 | 02/19/20 07:27 | LAB - Daemon,Background | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics - 02/19/2020



**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 6 | 02/19/20 07:44 | LAB - Daemon,Background | NCS-CM02 | Start Time edited: | Y |
| | | | | **New:** 07:20 | |
| | | | | **Old:** 07:26 | |
| 6 | 02/19/20 07:44 | LAB - Daemon,Background | NCS-CM02 | Query Department edited: | Y |
| | | | | **New:** KM | |
| | | | | **Old:** | |
| 7 | 02/19/20 07:44 | LAB - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** In Process | |
| | | | | **Old:** Logged | |
| 8 | 02/19/20 08:43 | LAB - Daemon,Background | NCS-CM02 | Status changed: | Y |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| URINALYSIS | 200219-081249311 | Completed | 02/19/20 08:05 | McCarthy,Kevin MD | Rowland,Biney |
| | Upt | | | Stat | **Order Source:** Verbal Order Read Back |

**Stop Reason:** Completed by Lis

Department ND
Specimen Has been collected

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 08:12 | Rowland,Biney | SHOLABAY6 | Signature is Necessary | Y |
| 1 | 02/19/20 08:12 | Rowland,Biney | SHOLABAY6 | Order is Entered | Y |
| 2 | 02/19/20 08:12 | Rowland,Biney | SHOLABAY6 | Order acknowledged | NA |
| 3 | 02/19/20 08:13 | Daemon,Background | NCS-BG12 | Status changed: | NA |
| | | | | **New:** Transmitted | |
| | | | | **Old:** Verified | |
| 4 | 02/19/20 08:13 | LAB - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 5 | 02/19/20 08:14 | LAB - Daemon,Background | NCS-CM02 | Start Time edited: | Y |
| | | | | **New:** 08:05 | |
| | | | | **Old:** 08:12 | |
| 5 | 02/19/20 08:14 | LAB - Daemon,Background | NCS-CM02 | Query Department edited: | Y |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary** — **Page:** 70 **Date:** 02/22/20 00:04 **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** 52/F **Location:** INPT
**Attending:** McCarthy,Kevin **Reason:** L3-S1 OPEN TLIF
**Medical Record Number:** M000060887 **Account Number:** V00000345029 **Registration:** 02/19/20

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** ND | |
| | | | | **Old:** | |
| 6 | 02/19/20 08:14 | LAB - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** In Process | |
| | | | | **Old:** Logged | |
| 7 | 02/19/20 08:15 | LAB - Daemon,Background | NCS-CM02 | Status changed: | Y |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |
| 8 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200219-082321280 Bair Hugger In Or | Cancelled | 02/19/20 08:23 | McCarthy,Kevin MD Routine | Fife,Cathy **Order Source:** Verbal Order Read Back |

**Stop Reason:** MDOK

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Signature is Necessary | Y |
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order is Entered | Y |
| 2 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: | NA |
| | | | | **New:** Cancelled | |
| | | | | **Old:** Verified | |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200219-0823212801 5% Iodine Nasal Swabs In Or Pre-Incision | Cancelled | 02/19/20 08:23 | McCarthy,Kevin MD Routine | Fife,Cathy **Order Source:** Verbal Order Read Back |

**Stop Reason:** MDOK

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Signature is Necessary | Y |
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order is Entered | Y |
| 2 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary** — **Page:** 71 **Date:** 02/22/20 00:04 **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | | Entered By |
|---|---|---|---|---|---|---|
| 4 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |

Nursing 200219-0823212802 Cancelled 02/19/20 08:23 McCarthy,Kevin MD Fife,Cathy
Fluid Warmer In Or Routine **Order Source:** Verbal Order Read Back

**Stop Reason:** MDOK

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Signature is Necessary | Y |
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order is Entered | Y |
| 2 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

Nursing 200219-0823212803 Cancelled 02/19/20 08:23 McCarthy,Kevin MD Fife,Cathy
16 Fr Catheter With 10ml Balloon In Or Routine **Order Source:** Verbal Order Read Back

**Stop Reason:** MDOK

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Signature is Necessary | Y |
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order is Entered | Y |
| 2 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled | NA |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 72
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | | **Old:** Verified | |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

Nursing 200219-0823212804 Cancelled 02/19/20 08:23 McCarthy,Kevin MD Fife,Cathy
Sequential Compression Device In Or Routine **Order Source:** Verbal Order Read Back

**Stop Reason:** MDOK

Comment Activated to bilateral lower extremities

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Signature is Necessary | Y |
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order is Entered | Y |
| 2 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

Nursing 200219-082321296 Cancelled 02/19/20 08:23 McCarthy,Kevin MD Fife,Cathy
Use C-Arm Ap In Or Routine **Order Source:** Verbal Order Read Back

**Stop Reason:** MDOK

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Signature is Necessary | Y |
| 1 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order is Entered | Y |
| 2 | 02/19/20 08:23 | Fife,Cathy | SHOLAPACU003 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 73
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| Medications | 200219-083249717 Saline Flush | Completed | 02/19/20 08:30 | McCarthy,Kevin MD | Rowland,Biney |

**Order Source:**

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| 0.9 % Sodium Chloride 10Ml [Saline Flush] | 10 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| IVF | .STK-MED | ONE | | | | | |

Stop Date/Time: 02/19/20 08:31
Discontinued 02/19/20 08:31

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 08:32 | PHA - Rowland,Biney | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 08:32 | PHA - Rowland,Biney | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 08:32 | PHA - Rowland,Biney | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 08:32 | PHA - Rowland,Biney | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-084407505 Ancef 2 Gram Ivpb | Cancelled | 02/19/20 08:43 | McCarthy,Kevin MD | Rowland,Biney |

**Order Source:**

**Stop Reason:** Canceled by OR Management

| Medication | Dose | Per |
|---|---|---|
| ceFAZolin SODIUM 2 GM/NS50ML [Ancef 2 Gram Ivpb] | 2 GM | |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 74 | **Date:** 02/22/20 00:04 | **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|

QS Drug | QS Volume | Total Volume

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| IVPB | .STK-MED | ONE | | | | | |

Stop Date/Time: 02/19/20 08:44

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 08:44 | PHA - Rowland,Biney | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 08:44 | PHA - Rowland,Biney | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 08:44 | PHA - Rowland,Biney | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 08:44 | PHA - Rowland,Biney | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 4 | 02/19/20 12:51 | PHA - Rowland,Biney | NCS-CM02 | Status changed:<br>**New:** Cancelled<br>**Old:** Completed | NA |

Medications | 200219-091643408 | Completed | 02/19/20 09:14
Versed | **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Midazolam HCl [Versed] | 2 MG | |

QS Drug | QS Volume | Total Volume

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| .ROUTE | .STK-MED | ONE | | | | | |

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 75
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

Stop Date/Time: 02/19/20 09:15
Discontinued 02/19/20 09:15

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 09:16 | PHA - | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 09:16 | PHA - | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 09:16 | PHA - | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 09:16 | PHA - | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

Medications 200219-091644640 Completed 02/19/20 09:15
Sufentanil Citrate **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Sufentanil Citrate | 50 MCG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| IV | .STK-MED | ONE | | | | | |

Stop Date/Time: 02/19/20 09:16
Discontinued 02/19/20 09:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 09:16 | PHA - | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 09:16 | PHA - | NCS-CM02 | Order is Entered in Pharmacy | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 78 | **Date:** 02/22/20 00:04 | **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

QS Drug | QS Volume | Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| CELLSAVER | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 09:17

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Protocol Text added: **New:** **Old:** | NA |
| 3 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 4 | 02/19/20 13:09 | PHA - Fife,Cathy | NCS-CM02 | Status changed: **New:** Cancelled **Old:** Completed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-100005475 Vancomycin Hcl | Completed | 02/19/20 09:16 | McCarthy,Kevin MD | Fife,Cathy |

**Order Source:**

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Vancomycin HCl | 1 GM | |

QS Drug | QS Volume | Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| TOP | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 09:17
Discontinued 02/19/20 09:17

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 79
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-100006240<br>Bacitracin | Completed | 02/19/20 09:16 | McCarthy,Kevin MD | Fife,Cathy<br>**Order Source:** |

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Bacitracin | 50,000 UNIT | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 09:17
Discontinued 02/19/20 09:17

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Protocol Text added:<br>**New:** | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 80
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | | **Old:** | |
| 3 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

| | | | | | |
|---|---|---|---|---|---|
| Medications | 200219-100006989 | Cancelled | 02/19/20 09:16 | McCarthy,Kevin MD | Fife,Cathy |
| | Sodium Chloride | | | | **Order Source:** |

**Stop Reason:** Canceled by OR Management

| Medication | Dose | Per |
|---|---|---|
| 0.9 % Sodium Chloride [Sodium Chloride] | 10 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| INJ | .STK-MED | ONE | | | | | |

Stop Date/Time: 02/19/20 09:17

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Protocol Text added: | NA |
| | | | | **New:** | |
| | | | | **Old:** | |
| 3 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |
| 4 | 02/19/20 13:11 | PHA - Fife,Cathy | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Cancelled | |
| | | | | **Old:** Completed | |

| | | | | | |
|---|---|---|---|---|---|
| Medications | 200219-100007706 | Cancelled | 02/19/20 09:16 | McCarthy,Kevin MD | Fife,Cathy |
| | Marcaine 0.5% Vial | | | | **Order Source:** |

Labs/Diagnostics



**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|

**Stop Reason:** Canceled by OR Management

| Medication | Dose | Per |
|---|---|---|
| Bupivacaine 0.5% Pf [Marcaine 0.5% Vial] | 30 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 09:17

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 10:00 | PHA - Fife,Cathy | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 4 | 02/19/20 13:10 | PHA - Fife,Cathy | NCS-CM02 | Status changed:<br>**New:** Cancelled<br>**Old:** Completed | NA |

Medications 200219-115917807 Completed 02/19/20 11:58
Acd-Anticoagulant Citrate Dextrose **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Citrate Dextrose Solution [Acd-Anticoagulant Citrate Dextrose] | 1,000 ML | |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 82
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

QS Drug | QS Volume | Total Volume

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| CELLSAVER | .STK-MED | ONE | | | | | |

Stop Date/Time: 02/19/20 11:59
Discontinued 02/19/20 11:59

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 11:59 | PHA - | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 11:59 | PHA - | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 11:59 | PHA - | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 11:59 | PHA - | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-123445408<br>Exparel 266 Mg/20 Ml Vial | Cancelled | 02/19/20 12:32 | McCarthy,Kevin MD | Fife,Cathy<br>**Order Source:** |

**Stop Reason:** Canceled by OR Management

| Medication | Dose | Per |
|---|---|---|
| Bupivacaine Liposome/Pf [Exparel 266 mg/20 ml Vial] | 266 MG | |

QS Drug | QS Volume | Total Volume

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| INJ | .STK-MED | ONE | | | | | |

Stop Date/Time: 02/19/20 12:33

Labs/Diagnostics - 02/19/2020



**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 13:06
Discontinued 02/19/20 13:06

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 13:10 | PHA - Fife,Cathy | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 13:10 | PHA - Fife,Cathy | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 13:10 | PHA - Fife,Cathy | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 13:10 | PHA - Fife,Cathy | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| Medications | 200219-131034903 | Completed | 02/19/20 13:05 | McCarthy,Kevin MD | Fife,Cathy |
|---|---|---|---|---|---|

Exparel 266 Mg/20 Ml Vial **Order Source:**

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Bupivacaine Liposome/Pf [Exparel 266 mg/20 ml Vial] | 266 MG | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| INJ | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 13:06

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 87
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|

Discontinued 02/19/20 13:06

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 13:10 | PHA - Fife,Cathy | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 13:10 | PHA - Fife,Cathy | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 13:10 | PHA - Fife,Cathy | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 13:10 | PHA - Fife,Cathy | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| | | | | | |
|---|---|---|---|---|---|
| Medications | 200219-131116618<br>Sodium Chloride | Completed | 02/19/20 09:16 | McCarthy,Kevin MD | Fife,Cathy |

**Order Source:**

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| 0.9 % Sodium Chloride [Sodium Chloride] | 30 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| INJ | .STK-MED | ONE | | | | | |

Stop Date/Time: 02/19/20 09:17
Discontinued 02/19/20 09:17

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 13:11 | PHA - Fife,Cathy | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 13:11 | PHA - Fife,Cathy | NCS-CM02 | Order is Entered in Pharmacy | NA |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 88
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | | **Entered By** |
|---|---|---|---|---|---|---|
| 2 | 02/19/20 13:11 | PHA - Fife,Cathy | | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 13:11 | PHA - Fife,Cathy | | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

Medications 200219-131742198 Completed 02/19/20 13:16
Ancef 2 Gm-D5w Bag **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Ancef 2 gm-D5w Bag | 2 GM in 50 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | 50 ML |

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Bags | Clinical Indication |
|---|---|---|---|---|---|---|---|
| .ROUTE | .STK-MED | ONE | | | | | |

Rate: As Directed
Stop Date/Time: 02/19/20 13:17
Discontinued 02/19/20 13:17

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 13:17 | PHA - | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 13:17 | PHA - | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 13:17 | PHA - | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 13:17 | PHA - | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

Medications 200219-131932492 Cancelled 02/19/20 13:18 McCarthy,Kevin MD Fife,Cathy
Ancef 2 Gm-D5w Bag **Order Source:**

**Stop Reason:** Canceled by OR Management

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 89
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medication | | Dose | Per | | |
| ceFAZolin/D5W 2 GRAMS/50 ML | | 2 GM | | | |
| [Ancef 2 gm-D5w Bag] | | | | | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IVPB | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 13:19

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 13:19 | PHA - Fife,Cathy | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 13:19 | PHA - Fife,Cathy | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 13:19 | PHA - Fife,Cathy | NCS-CM02 | Protocol Text added: **New:** **Old:** | NA |
| 3 | 02/19/20 13:19 | PHA - Fife,Cathy | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 4 | 02/19/20 13:31 | PHA - Fife,Cathy | NCS-CM02 | Status changed: **New:** Cancelled **Old:** Completed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-133154832 Ancef 2 Gm-D5w Bag | Completed | 02/19/20 13:30 | McCarthy,Kevin MD | Fife,Cathy **Order Source:** |

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| ceFAZolin/D5W 2 GRAMS/50 ML | 2 GM | |
| [Ancef 2 gm-D5w Bag] | | |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 90
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

QS Drug — QS Volume — Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IVPB | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 13:31
Discontinued 02/19/20 13:31

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 13:31 | PHA - Fife,Cathy | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 13:31 | PHA - Fife,Cathy | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 13:31 | PHA - Fife,Cathy | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 13:31 | PHA - Fife,Cathy | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

Medications 200219-142234816 Completed 02/19/20 14:22
Robaxin 1 Gram Ivpb — **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Robaxin 1 Gram Ivpb | 1,000 MG in 100 ML | |

QS Drug — QS Volume — Total Volume
100 ML

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Bags | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| .ROUTE | .STK-MED | ONE | | | | | | |

Rate:As Directed
Stop Date/Time: 02/19/20 14:23
Discontinued 02/19/20 14:23

Protocol text:

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 91
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:22 | PHA - | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 14:22 | PHA - | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 14:22 | PHA - | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 14:22 | PHA - | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| DME | 200219-143214991 | In Process | 02/19/20 14:29 | Landry,Christina PA | Landry,Christina |
| | Lso Brace | | | ROUTINE | **Order Source:** Physician Order |

Physician Instructions when OOB

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:32 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** In Process<br>**Old:** Verified | NA |
| 3 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is continued upon transfer | Y |
| 5 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 6 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 7 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200219-1432149911 | Cancelled | 02/19/20 14:29 | Landry,Christina PA | Landry,Christina |
| | Ted Hose To Bilateral Lower Extremities | | | Routine | **Order Source:** Physician Order |

**Stop Reason:** MDOK

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 92
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| CHEMISTRY | 200219-1432149912 | Completed | 02/19/20 14:54 | Landry,Christina PA | Landry,Christina |
| | Bmp | | | Stat | **Order Source:** Physician Order |

**Stop Reason:** Completed by Lis

| | |
|---|---|
| Comment | PACU |
| Department | LYC |
| Specimen | Send someone from the department to collect |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:32 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 3 | 02/19/20 14:32 | LAB - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 4 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 5 | 02/19/20 14:54 | LAB - Daemon,Background | NCS-CM02 | Start Time edited: **New:** 14:54 **Old:** 14:31 | Y |
| 5 | 02/19/20 14:54 | LAB - Daemon,Background | NCS-CM02 | Query Department edited: **New:** LYC **Old:** | Y |
| 6 | 02/19/20 14:54 | LAB - Daemon,Background | NCS-CM02 | Status changed: **New:** In Process **Old:** Logged | NA |
| 7 | 02/19/20 15:06 | LAB - Daemon,Background | NCS-CM02 | Status changed: **New:** Completed **Old:** In Process | Y |
| 8 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| HEMATOLOGY | 200219-1432149913 | Completed | 02/19/20 14:54 | Landry,Christina PA | Landry,Christina |
| | Cbc W/O Diff | | | Stat | **Order Source:** Physician Order |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 93
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

**Stop Reason:** Completed by Lis

Department: LYC
Specimen: Send someone from the department to collect

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:32 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 3 | 02/19/20 14:32 | LAB - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 4 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 5 | 02/19/20 14:54 | LAB - Daemon,Background | NCS-CM02 | Start Time edited: **New:** 14:54 **Old:** 14:31 | Y |
| 5 | 02/19/20 14:54 | LAB - Daemon,Background | NCS-CM02 | Query Department edited: **New:** LYC **Old:** | Y |
| 6 | 02/19/20 14:54 | LAB - Daemon,Background | NCS-CM02 | Status changed: **New:** In Process **Old:** Logged | NA |
| 7 | 02/19/20 14:59 | LAB - Daemon,Background | NCS-CM02 | Status changed: **New:** Completed **Old:** In Process | Y |
| 8 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-1432149914 Ofirmev | Completed | 02/19/20 14:29 | Landry,Christina PA | Landry,Christina |

**Order Source:** Physician Order

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Acetaminophen [Ofirmev] | 1,000 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 94
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-143215006 Methocarbamol 1gm In Ns | Completed | 02/19/20 14:29 | Landry,Christina PA | Landry,Christina |

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| IV | ONCE | PRN | If 6hrs After Preop Dose &Npo | | | | |

Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:32 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 3 | 02/19/20 14:32 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 3 | 02/19/20 14:32 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 4 | 02/19/20 14:32 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 5 | 02/19/20 14:35 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 6 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 7 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 8 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Stop Request | NA |
| 9 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 15:16 | PHA - Landry,Christina | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 11 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

**Order Source:** Physician Order

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 95
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

**Stop Reason:** MDOK

| Medication | Dose | Per |
|---|---|---|
| Robaxin 1 Gram Ivpb | 1,000 MG in 100 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | 100 ML |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Bags | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IVPB | ONCE | PRN | Muscle Spasms | | | | | |

Rate: 200 MLS/HR
Stop Date/Time:
Discontinued 02/19/20 15:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry, Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:32 | Daemon, Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 3 | 02/19/20 14:32 | PHA - Daemon, Background | NCS-CM02 | Dose added:<br>**New:** mg<br>**Old:** | Y |
| 3 | 02/19/20 14:32 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 4 | 02/19/20 14:32 | PHA - Daemon, Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 5 | 02/19/20 14:35 | PHA - Cataldo, Jody | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 6 | 02/19/20 14:46 | Kennedy, Paige | SHOLABAY17 | Order acknowledged | NA |
| 7 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 8 | 02/19/20 15:16 | Landry, Christina | SHOLAPACU002 | Stop Request | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 96
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 9 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 10 | 02/19/20 15:17 | PHA - Landry,Christina | | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 11 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |

Nursing 200219-1432150061 Cancelled 02/19/20 14:30 Landry,Christina PA Landry,Christina
Admit To Pacu Routine **Order Source:** Physician Order

**Stop Reason:** MDOK

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

Nursing 200219-1432150062 Cancelled 02/19/20 14:29 Landry,Christina PA Landry,Christina
Position Bed Per Pt Preference In Pacu Routine **Order Source:** Physician Order

**Stop Reason:** MDOK

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary** — **Page:** 97 **Date:** 02/22/20 00:04 **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** 52/F **Attending:** McCarthy,Kevin **Reason:** L3-S1 OPEN TLIF **Location:** INPT **Medical Record Number:** M000060887 **Account Number:** V00000345029 **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200219-1432150063 | Cancelled | 02/19/20 14:29 | Landry,Christina PA | Landry,Christina |

Foley To Gravity In Pacu — Routine — **Order Source:** Physician Order

**Stop Reason:** MDOK

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200219-1432150064 | Cancelled | 02/19/20 14:30 | Landry,Christina PA | Landry,Christina |

Notify Md Of Changes In Pacu — Routine — **Order Source:** Physician Order

**Stop Reason:** MDOK

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200219-1432150065 | Cancelled | 02/19/20 14:30 | Landry,Christina PA | Landry,Christina |

Sequential Compression Activated In Pacu — Routine — **Order Source:** Physician Order

**Stop Reason:** MDOK

Comment SCDs to Bilateral Lower Extremities

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary** — **Page:** 98 **Date:** 02/22/20 00:04 **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200219-143215022 Transfer To Inpatient Unit | Cancelled | 02/19/20 14:30 | Landry,Christina PA Routine | Landry,Christina **Order Source:** Physician Order |

**Stop Reason:** MDOK

Comment — Once PACU discharge criteria met

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200219-1432150221 Accuchek On All Diabetics In Pacu | Cancelled | 02/19/20 14:30 | Landry,Christina PA Routine | Landry,Christina **Order Source:** Physician Order |

**Stop Reason:** MDOK

Physician Instructions — Report Accucheck to Anesthesia

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 99 | **Date:** 02/22/20 00:04 | **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 2 | 02/19/20 14:46 | Kennedy,Paige | | SHOLABAY17 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |

Nursing 200219-1432150222 Cancelled 02/19/20 14:30 Landry,Christina PA Landry,Christina
Perform Neuro-Checks Per Pacu Protocol Routine **Order Source:** Physician Order

**Stop Reason:** MDOK

Comment Q15min

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:32 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 3 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order is stopped upon transfer | Y |
| 4 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Order cancelled | NA |
| 5 | 02/19/20 15:16 | Landry,Christina | SHOLAPACU002 | Status changed: **New:** Cancelled **Old:** Verified | NA |
| 6 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

Transfer 200219-143510170 Completed 02/19/20 14:32 Landry,Christina PA Landry,Christina
Patient Transfer Routine **Order Source:** Physician Order

**Stop Reason:**

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Order is Entered and Signed | Y |
| 2 | 02/19/20 14:46 | Kennedy,Paige | SHOLABAY17 | Order acknowledged | NA |
| 3 | 02/19/20 15:17 | Kennedy,Paige | SHOLABAY17 | Process Transfer - Order is Completed | NA |
| 4 | 02/19/20 15:17 | Kennedy,Paige | SHOLABAY17 | Status changed: **New:** Completed | NA |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 100
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | | Entered By | |
|---|---|---|---|---|---|---|---|
| | | | | **Old:** | Verified | | |
| 5 | 02/19/20 15:17 | Kennedy,Paige | | SHOLABAY17 | Process Transfer | | NA |
| Medications | 200219-1435102485 | Completed | 02/19/20 17:00 | Landry,Christina PA | | Landry,Christina | |
| | Coreg | | | | | **Order Source:** Physician Order | |

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Carvedilol [Coreg] | 25 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| PO | BIDWM | SCH | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | | Event | Acknowledged |
|---|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | | Manage Transfer - Reconciled Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | | Status changed: | NA |
| | | | | **New:** | Transmitted | |
| | | | | **Old:** | Verified | |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | | Protocol Text added: | Y |
| | | | | **New:** | | |
| | | | | **Old:** | | |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | | Order Type edited: | Y |
| | | | | **New:** | MED | |
| | | | | **Old:** | | |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | | Status changed: | NA |
| | | | | **New:** | Logged | |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 101
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| | | | | | **Old:** Transmitted | |
| 7 | 02/19/20 15:29 | Cataldo,Jody | | NCS-CM02 | Pha Medication edited: | Y |
| | | | | | **New:** Carvedilol 12.5 MG TABLET | |
| | | | | | **Old:** Carvedilol [Coreg] 25 MG Non Formulary | |
| 8 | 02/19/20 15:29 | PHA - Cataldo,Jody | | NCS-CM02 | Start Time edited: | Y |
| | | | | | **New:** 17:00 | |
| | | | | | **Old:** 21:00 | |
| 8 | 02/19/20 15:29 | PHA - Cataldo,Jody | | NCS-CM02 | Freq edited: | Y |
| | | | | | **New:** BIDWM | |
| | | | | | **Old:** BID | |
| 9 | 02/19/20 15:29 | PHA - Cataldo,Jody | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Pha Verified | |
| | | | | | **Old:** Logged | |
| 10 | 02/19/20 16:19 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:40 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| 12 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 03:35 | Adamski,Bobbie | | SHOLAH374 | Order reviewed | NA |
| 14 | 02/21/20 14:58 | PHA - Daemon,Background | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Completed | |
| | | | | | **Old:** Pha Verified | |

Medications 200219-1435102641 Completed 02/20/20 09:00 Landry,Christina PA Landry,Christina
Cyanocobalamin **Order Source:** Physician Order

**Stop Reason:** dc supplements per policy

| Medication | Dose | Per |
|---|---|---|
| Cyanocobalamin (Vitamin B-12) [Vitamin B12] | 2,500 MCG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | DAILY | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/20/20 09:00

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 102
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Reconciled Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 7 | 02/19/20 15:29 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 8 | 02/19/20 15:29 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-143510279 Cymbalta | Completed | 02/20/20 09:00 | Landry,Christina PA | Landry,Christina |

**Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| DULoxetine HCL [Cymbalta] | 60 MG | |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary** — **Page:** 103 **Date:** 02/22/20 00:04 **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| QS Drug | | QS Volume | | Total Volume | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | DAILY | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Reconciled Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 7 | 02/19/20 15:23 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 8 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 9 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 10 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 14:58 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 104
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-1435102791 | Completed | 02/20/20 09:00 | Landry,Christina PA | Landry,Christina |

Cymbalta — **Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| DULoxetine HCL [Cymbalta] | 30 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | DAILY | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Reconciled Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 7 | 02/19/20 15:23 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary** — **Page:** 105 **Date:** 02/22/20 00:04 **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** Pha Verified<br>**Old:** Logged | |
| 8 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 9 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 10 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 14:58 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

Medications 200219-1435102795 Completed 02/20/20 09:00 Landry,Christina PA Landry,Christina
Lisinopril/Hydr **Order Source:** Physician Order

**Stop Reason:** SPLIT FOR FORMULARY PURPOSES

| Medication | Dose | Per |
|---|---|---|
| Lisinopril/Hydrochlorothiazide<br>[Lisinopril-Hctz 20-12.5 mg Tab] | 1 EACH | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | QAM | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/20/20 09:00

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Reconciled Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:17 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 106
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | | Entered By |
|---|---|---|---|---|---|---|
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 7 | 02/19/20 15:36 | PHA - Daemon,Background | | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 8 | 02/19/20 15:36 | PHA - Cataldo,Jody | | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |

Medications 200219-143510295 Completed 02/19/20 15:16 Landry,Christina PA Landry,Christina
Meclizine Hcl **Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Meclizine HCl | 25 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | TID | PRN | Dizziness | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 107
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** — **Location:** INPT
52/F
**Attending:** McCarthy, Kevin
**Reason:** L3-S1 OPEN TLIF

**Medical Record Number:** M000060887
**Account Number:** V00000345029
**Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | | SHOLAPACU002 | Manage Transfer - Reconciled Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:17 | Daemon, Background | | SHOLAPACU002 | Start Time edited: **New:** 15:16 **Old:** 14:32 | Y |
| 4 | 02/19/20 15:17 | Kennedy, Paige | | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon, Background | | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 7 | 02/19/20 15:17 | PHA - Daemon, Background | | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 15:37 | Cataldo, Jody | | NCS-CM02 | Pha Medication edited: **New:** Meclizine HCl 25 MG TABLET **Old:** Meclizine Hcl [Wal-Dram 2] 25 MG Non Formulary | Y |
| 9 | 02/19/20 15:37 | PHA - Cataldo, Jody | | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 10 | 02/19/20 17:00 | MCDANIEL, KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:40 | Cook, Blake | | SHOLAH374 | Order reviewed | NA |
| 12 | 02/19/20 18:42 | Cook, Blake | | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 03:35 | Adamski, Bobbie | | SHOLAH374 | Order reviewed | NA |
| 14 | 02/21/20 14:59 | PHA - Daemon, Background | | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-1435103112 Lyrica | Completed | 02/20/20 09:00 | Landry, Christina PA | Landry, Christina **Order Source:** Physician Order |

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 108
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Pregabalin [Lyrica] | | 75 MG | | | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| PO | QAM | SCH | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Reconciled Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:17 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 7 | 02/19/20 15:24 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 8 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 9 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 10 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 109
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | | Entered By | |
|---|---|---|---|---|---|---|---|
| 11 | 02/21/20 03:35 | Adamski,Bobbie | | SHOLAH374 | Order reviewed | | NA |
| 12 | 02/21/20 14:59 | PHA - Daemon,Background | | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | | NA |
| Medications | 200219-1435103113 Lyrica | Completed | 02/19/20 21:00 | Landry,Christina PA | | Landry,Christina **Order Source:** Physician Order | |

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Pregabalin [Lyrica] | 150 MG | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | HS | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Reconciled Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:17 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 110
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 7 | 02/19/20 15:24 | PHA - Cataldo, Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 8 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 9 | 02/19/20 18:40 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 10 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/21/20 03:35 | Adamski, Bobbie | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 14:59 | PHA - Daemon, Background | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |

Medications 200219-143510326 Completed 02/20/20 09:00 Landry, Christina PA Landry, Christina
Venlafaxine Hcl Er **Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Venlafaxine HCl [Venlafaxine HCl ER] | 150 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | DAILY | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Reconciled Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 111
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy, Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

**Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By**

| | | | | | |
|---|---|---|---|---|---|
| 3 | 02/19/20 15:17 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon, Background | NCS-BG12 | Status changed: | NA |
| | | | | **New:** Transmitted | |
| | | | | **Old:** Verified | |
| 5 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added: | Y |
| | | | | **New:** | |
| | | | | **Old:** | |
| 5 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Order Type edited: | Y |
| | | | | **New:** MED | |
| | | | | **Old:** | |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 7 | 02/19/20 15:31 | Cataldo, Jody | NCS-CM02 | Pha Medication edited: | Y |
| | | | | **New:** Venlafaxine HCl 75 MG CRC | |
| | | | | **Old:** Venlafaxine Hcl [Effexor Xr] 150 MG Non Formulary | |
| 8 | 02/19/20 15:31 | PHA - Cataldo, Jody | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 9 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski, Bobbie | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:59 | PHA - Daemon, Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

Routine Care | 200219-1435101701 | Completed | 02/20/20 14:32 | Landry, Christina PA | Landry, Christina
Physical Therapy Eval & Treat | IN AM | **Order Source:** Physician Order

**Stop Reason:** Completed by Pcs

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon, Background | NCS-BG12 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 112 **Date:** 02/22/20 00:04 **User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** In Process | |
| | | | | **Old:** Verified | |
| 5 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 6 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 7 | 02/20/20 09:45 | Pevey, Brad | SHOLACTX01 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Routine Care | 200219-1435101702 Occupational Therapy Evaltreat | Completed | 02/20/20 14:32 | Landry, Christina PA IN AM | Landry, Christina **Order Source:** Physician Order |

**Stop Reason:** Completed by Pcs

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon, Background | NCS-BG12 | Status changed: | NA |
| | | | | **New:** In Process | |
| | | | | **Old:** Verified | |
| 5 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 6 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 7 | 02/20/20 10:42 | Rachal, Tanya | SHOLAINPT03 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Routine Care | 200219-143510186 Notify Md Of Blood Sugar >200 | Completed | 02/19/20 15:16 | Landry, Christina PA ROUTINE | Landry, Christina **Order Source:** Physician Order |

**Stop Reason:** Completed by Pcs

Intervention Text Notify physician for blood sugar above 200

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:16 | Daemon, Background | SHOLAPACU002 | Start Time edited: | Y |
| | | | | **New:** 15:16 | |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 113
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

| | | | | | |
|---|---|---|---|---|---|
| | | | | **Old:** 14:32 | |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Freq added: | Y |
| | | | | **New:** ROUTINE | |
| | | | | **Old:** | |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Freq removed: | Y |
| | | | | **New:** ROUTINE | |
| | | | | **Old:** | |
| 4 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: | NA |
| | | | | **New:** In Process | |
| | | | | **Old:** Verified | |
| 6 | 02/19/20 15:39 | MCDANIEL,KATIE | SHOLACTX01 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 8 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

Routine Care 200219-1435101861 Completed 02/19/20 15:16 Landry,Christina PA Landry,Christina
Accuchek ACHS **Order Source:** Physician Order

**Stop Reason:** Completed by Pcs

Intervention Text Accucheck before meals and at bedtime for all diabetic patients

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Start Time edited: | Y |
| | | | | **New:** 15:16 | |
| | | | | **Old:** 14:34 | |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Freq added: | Y |
| | | | | **New:** ACHS | |
| | | | | **Old:** | |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Freq removed: | Y |
| | | | | **New:** ACHS | |
| | | | | **Old:** | |
| 4 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 114
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** In Process | |
| | | | | **Old:** Verified | |
| 6 | 02/19/20 15:40 | MCDANIEL,KATIE | SHOLACTX01 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 8 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Routine Care | 200219-1435101862 | Completed | 02/19/20 15:16 | Landry,Christina PA | Landry,Christina |
| | Accucheck On All Dm Patients | | | ACHS | **Order Source:** Physician Order |

**Stop Reason:** Completed by Pcs

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Start Time edited: | Y |
| | | | | **New:** 15:16 | |
| | | | | **Old:** 14:32 | |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Freq added: | Y |
| | | | | **New:** ACHS | |
| | | | | **Old:** | |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Freq removed: | Y |
| | | | | **New:** ACHS | |
| | | | | **Old:** | |
| 4 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: | NA |
| | | | | **New:** In Process | |
| | | | | **Old:** Verified | |
| 6 | 02/19/20 15:40 | MCDANIEL,KATIE | SHOLACTX01 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |
| 7 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 8 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200219-1435101863 | Verified | 02/19/20 15:16 | Landry,Christina PA | Landry,Christina |
| | Admit To Inpatient Unit | | | Routine | **Order Source:** Physician Order |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 119
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy, Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200219-1435102172 | Verified | 02/19/20 15:16 | Landry, Christina PA | Landry, Christina |

Sequential Compression Device Activated — Routine — **Order Source:** Physician Order

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:16 | Daemon, Background | SHOLAPACU002 | Start Time edited: **New:** 15:16 **Old:** 14:32 | Y |
| 4 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 6 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Nursing | 200219-1435102173 | Verified | 02/19/20 15:16 | Landry, Christina PA | Landry, Christina |

Ted Hose To Bilateral Lower Extremities — Routine — **Order Source:** Physician Order

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:16 | Daemon, Background | SHOLAPACU002 | Start Time edited: **New:** 15:16 **Old:** 14:32 | Y |
| 4 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 6 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Diets | 200219-1435102174 | Completed | 02/19/20 16:30 | Landry, Christina PA | Landry, Christina |

Clear Liquid Diet — **Order Source:** Physician Order

**Stop Reason:** Order completed - Patient discharged

Comment: when alert with positive bowel sounds

| Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 120
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 5 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| 6 | 02/21/20 14:58 | Daemon,Background | | NCS-BG12 | Order is completed | NA |
| 7 | 02/21/20 14:58 | Daemon,Background | | NCS-BG12 | Status changed: **New:** Completed **Old:** Verified | NA |

CHEMISTRY 200219-143510233 Completed 02/20/20 04:00 Landry,Christina PA Landry,Christina
Bmp DAILY **Order Source:** Physician Order

**Stop Reason:** Completed by Lis

Department LYC
Specimen Send someone from the department to collect

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 5 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 6 | 02/20/20 00:00 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 7 | 02/20/20 00:01 | LAB - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/20/20 04:01 | LAB - Daemon,Background | NCS-CM02 | Start Time edited: **New:** 04:00 **Old:** 05:00 | Y |
| 8 | 02/20/20 04:01 | LAB - Daemon,Background | NCS-CM02 | Query Department edited: **New:** LYC **Old:** | Y |
| 9 | 02/20/20 04:01 | LAB - Daemon,Background | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 121 | **Date:** 02/22/20 00:04 | **User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** In Process | |
| | | | | **Old:** Logged | |
| 10 | 02/20/20 04:18 | Cook,Blake | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/20/20 07:02 | LAB - Daemon,Background | NCS-CM02 | Status changed: | Y |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |
| 12 | 02/20/20 07:45 | MCDANIEL,KATIE | SHOLAH374 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| CHEMISTRY | 200219-1435102331 Bmp | Completed | 02/21/20 05:01 | Landry,Christina PA DAILY | Landry,Christina |

**Order Source:** Physician Order

**Stop Reason:** Completed by Lis

Department Tw
Specimen Send someone from the department to collect

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 5 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 6 | 02/21/20 00:00 | Daemon,Background | NCS-BG12 | Status changed: | NA |
| | | | | **New:** Transmitted | |
| | | | | **Old:** Verified | |
| 7 | 02/21/20 00:00 | LAB - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 8 | 02/21/20 05:03 | LAB - Daemon,Background | NCS-CM02 | Start Time edited: | Y |
| | | | | **New:** 05:01 | |
| | | | | **Old:** 05:00 | |
| 8 | 02/21/20 05:03 | LAB - Daemon,Background | NCS-CM02 | Query Department edited: | Y |
| | | | | **New:** Tw | |
| | | | | **Old:** | |
| 9 | 02/21/20 05:03 | LAB - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** In Process | |
| | | | | **Old:** Logged | |
| 10 | 02/21/20 05:31 | LAB - Daemon,Background | NCS-CM02 | Status changed: | Y |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 122
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |
| 11 | 02/21/20 09:55 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| CHEMISTRY | 200219-1435102332 | Cancelled | 02/22/20 05:00 | Landry,Christina PA | Landry,Christina |
| | Bmp | | | DAILY | **Order Source:** Physician Order |

**Stop Reason:** Order cancelled - Patient discharged

Specimen Send someone from the department to collect

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 5 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 6 | 02/21/20 14:58 | Daemon,Background | NCS-BG12 | Order cancelled | N |
| 7 | 02/21/20 14:58 | Daemon,Background | NCS-BG12 | Status changed: **New:** Cancelled **Old:** Verified | N |
| 8 | 02/21/20 14:58 | Daemon,Background | NCS-BG12 | Daemon,Background Removed Signature for | N |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| HEMATOLOGY | 200219-1435102334 | Completed | 02/20/20 04:00 | Landry,Christina PA | Landry,Christina |
| | Cbc W/ Auto Diff | | | DAILY | **Order Source:** Physician Order |

**Stop Reason:** Completed by Lis

Department LYC
Specimen Send someone from the department to collect

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 5 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 6 | 02/20/20 00:00 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted | NA |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 123
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **Old:** Verified | |
| 7 | 02/20/20 00:01 | LAB - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 8 | 02/20/20 04:01 | LAB - Daemon,Background | NCS-CM02 | Start Time edited: | Y |
| | | | | **New:** 04:00 | |
| | | | | **Old:** 05:00 | |
| 8 | 02/20/20 04:01 | LAB - Daemon,Background | NCS-CM02 | Query Department edited: | Y |
| | | | | **New:** LYC | |
| | | | | **Old:** | |
| 9 | 02/20/20 04:01 | LAB - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** In Process | |
| | | | | **Old:** Logged | |
| 10 | 02/20/20 04:18 | Cook,Blake | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/20/20 05:18 | LAB - Daemon,Background | NCS-CM02 | Status changed: | Y |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |
| 12 | 02/20/20 05:32 | Cook,Blake | SHOLACTX01 | Order acknowledged | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| HEMATOLOGY | 200219-1435102335<br>Cbc W/ Auto Diff | Completed | 02/21/20 05:01 | Landry,Christina PA<br>DAILY | Landry,Christina<br>**Order Source:** Physician Order |

**Stop Reason:** Completed by Lis

Department Tw
Specimen Send someone from the department to collect

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 5 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 6 | 02/21/20 00:00 | Daemon,Background | NCS-BG12 | Status changed: | NA |
| | | | | **New:** Transmitted | |
| | | | | **Old:** Verified | |
| 7 | 02/21/20 00:00 | LAB - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 124
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** | |
|---|---|---|---|---|---|---|
| | | | | **Old:** | Transmitted | |
| 8 | 02/21/20 05:03 | LAB - Daemon,Background | NCS-CM02 | | Start Time edited: | Y |
| | | | | **New:** | 05:01 | |
| | | | | **Old:** | 05:00 | |
| 8 | 02/21/20 05:03 | LAB - Daemon,Background | NCS-CM02 | | Query Department edited: | Y |
| | | | | **New:** | Tw | |
| | | | | **Old:** | | |
| 9 | 02/21/20 05:03 | LAB - Daemon,Background | NCS-CM02 | | Status changed: | NA |
| | | | | **New:** | In Process | |
| | | | | **Old:** | Logged | |
| 10 | 02/21/20 05:22 | LAB - Daemon,Background | NCS-CM02 | | Status changed: | Y |
| | | | | **New:** | Completed | |
| | | | | **Old:** | In Process | |
| 11 | 02/21/20 09:55 | MCDANIEL,KATIE | SHOLACTX01 | | Order acknowledged | NA |

HEMATOLOGY 200219-143510248 Cancelled 02/22/20 05:00 Landry,Christina PA Landry,Christina
Cbc W/ Auto Diff DAILY **Order Source:** Physician Order

**Stop Reason:** Order cancelled - Patient discharged

Specimen Send someone from the department to collect

| | **Date & Time** | **User** | **Device** | | **Event** | **Acknowledged** |
|---|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | | Process Transfer | NA |
| 4 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | | Order acknowledged | NA |
| 5 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | | Order reviewed | NA |
| 6 | 02/21/20 14:58 | Daemon,Background | NCS-BG12 | | Order cancelled | N |
| 7 | 02/21/20 14:58 | Daemon,Background | NCS-BG12 | | Status changed: | N |
| | | | | **New:** | Cancelled | |
| | | | | **Old:** | Verified | |
| 8 | 02/21/20 14:58 | Daemon,Background | NCS-BG12 | | Daemon,Background Removed Signature for | N |

Medications 200219-1435102481 Completed 02/19/20 15:16 Landry,Christina PA Landry,Christina
0.9% Sodium Chlcride 1000ml **Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

Medication Dose Per

Labs/Diagnostics - 02/19/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 125
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| 0.9% SODIUM CHLORIDE 1000ML | | Vol Per Bag: 1,000 ML | | | |
| Normal Saline | | Vol Per Bag: 1,000 ML | | | |
| QS Drug | | QS Volume | | Fixed Total Volume 1000 ML | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Bags | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | .Q9H6M | SCH | | | | | | |

Rate: 110 MLS/HR
Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:16 | Daemon, Background | SHOLAPACU002 | Start Time edited:<br>**New:** 15:16<br>**Old:** 15:00 | Y |
| 4 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon, Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Fluid Units edited:<br>**New:** ML<br>**Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Fluid added:<br>**New:** Normal Saline<br>**Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Freqency edited:<br>**New:** .Q9H6M<br>**Old:** .Q6H40M | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Duration added:<br>**New:** 9 HR 6 MIN<br>**Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Dose added: | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 126
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **New:** ml | |
| | | | | **Old:** | |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: | Y |
| | | | | **New:** | |
| | | | | **Old:** | |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 8 | 02/19/20 15:23 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 9 | 02/19/20 15:58 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:58 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

Medications 200219-1435102482 Completed 02/19/20 15:16 Landry,Christina PA Landry,Christina
Tylenol **Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Acetaminophen [Tylenol] | 650 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | Q6HR | PRN | Mild Pain 1-3 | | | | | |

Stop Date/Time: 02/26/20 15:15
Discontinued 02/21/20 14:45

Protocol text:

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 127
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Start Time edited: **New:** 15:16 **Old:** 14:32 | Y |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Pha Stop Time edited: **New:** 15:15 **Old:** 14:31 | Y |
| 4 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 15:23 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:58 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-1435102483 Dulcolax | Completed | 02/19/20 15:16 | Landry,Christina PA | Landry,Christina |

**Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 128
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medication | | Dose | Per | | |
| Bisacodyl [Dulcolax] | | 10 MG | | | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| PO | DAILY | PRN | Constipation | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Start Time edited:<br>**New:** 15:16<br>**Old:** 14:32 | Y |
| 4 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 15:23 | PHA - Cataldo,Jody | NCS-CM02 | Status changed:<br>**New:** Pha Verified | NA |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 129
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | | **Old:** Logged | |
| 9 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski, Bobbie | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:58 | PHA - Daemon, Background | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

Medications 200219-1435102484 Completed 02/19/20 15:16 Landry, Christina PA Landry, Christina
Dulcolax Suppository **Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Bisacodyl [Dulcolax Suppository] | 10 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| RC | DAILY | PRN | Constipation | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:16 | Daemon, Background | SHOLAPACU002 | Start Time edited:<br>**New:** 15:16<br>**Old:** 14:32 | Y |
| 4 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon, Background | NCS-BG12 | Status changed:<br>**New:** Transmitted | NA |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 130
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **Old:** Verified | |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: | Y |
| | | | | **New:** | |
| | | | | **Old:** | |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: | Y |
| | | | | **New:** MED | |
| | | | | **Old:** | |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 8 | 02/19/20 15:23 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:58 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

Medications 200219-143510264 Completed 02/19/20 21:30 Landry,Christina PA Landry,Christina
Cefazolin Premix Soln **Order Source:** Physician Order

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Ancef 2 gm-D5w Bag | 2 GM in 50 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | 50 ML |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Bags | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IVPB | Q8H | SCH | | | | | | |

Rate:100 MLS/HR
Stop Date/Time: 02/20/20 13:59
Discontinued 02/20/20 13:59

Protocol text:

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 131
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT
52/F
**Attending:** McCarthy, Kevin
**Reason:** L3-S1 OPEN TLIF

**Medical Record Number:** M000060887
**Account Number:** V00000345029
**Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:16 | Daemon, Background | SHOLAPACU002 | Start Time edited: **New:** 15:16 **Old:** 15:00 | Y |
| 3 | 02/19/20 15:16 | Daemon, Background | SHOLAPACU002 | Pha Stop Time edited: **New:** 07:45 **Old:** 07:29 | Y |
| 4 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon, Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Dose added: **New:** gm **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 7 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 15:30 | PHA - Cataldo, Jody | NCS-CM02 | Start Time edited: **New:** 21:30 **Old:** 15:16 | Y |
| 8 | 02/19/20 15:30 | PHA - Cataldo, Jody | NCS-CM02 | Pha Stop Time edited: **New:** 13:59 **Old:** 07:45 | Y |
| 9 | 02/19/20 15:30 | PHA - Cataldo, Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 10 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:40 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 13 | 02/20/20 13:59 | PHA - Daemon, Background | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 132
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **New:** Completed<br>**Old:** Pha Verified | |
| Medications | 200219-1435102642<br>Flexeril | Completed | 02/19/20 15:16 | Landry,Christina PA | Landry,Christina<br>**Order Source:** Physician Order |

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Cyclobenzaprine HCl [Flexeril] | 10 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | TID | PRN | Severe Muscle Spasms | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Daemon,Background | SHOLAPACU002 | Start Time edited:<br>**New:** 15:16<br>**Old:** 14:32 | Y |
| 4 | 02/19/20 15:16 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited:<br>**New:** MED | Y |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 133
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **Old:** | |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 15:23 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 9 | 02/19/20 15:45 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:58 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |

Medications 200219-1435102643 Completed 02/19/20 15:16 Landry,Christina PA Landry,Christina
Benadryl **Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| diphenhydrAMINE HCL [Benadryl] | 25 MG | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | Q6H | PRN | Pruritus | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 134
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | | Entered By |
|---|---|---|---|---|---|---|
| 3 | 02/19/20 15:16 | Daemon,Background | | SHOLAPACU002 | Start Time edited:<br>**New:** 15:16<br>**Old:** 14:32 | Y |
| 4 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 15:23 | PHA - Cataldo,Jody | | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski,Bobbie | | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:58 | PHA - Daemon,Background | | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-1435102644<br>Colace | Completed | 02/19/20 21:00 | Landry,Christina PA | Landry,Christina<br>**Order Source:** Physician Order |

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Docusate Sodium [Colace] | 100 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 135
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy, Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Route | Frequency | Sched | PRN Reason | Days Hours Tot Vol Doses | Clinical Indication |
| PO | BID | SCH | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon, Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 5 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 5 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 7 | 02/19/20 15:23 | PHA - Cataldo, Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 8 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 9 | 02/19/20 18:40 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 10 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/21/20 03:35 | Adamski, Bobbie | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 14:58 | PHA - Daemon, Background | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-1435102792 Pepcid | Completed | 02/19/20 21:00 | Landry, Christina PA | Landry, Christina **Order Source:** Physician Order |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 136
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

**Stop Reason:** DC'd by Discharge

Medication: Famotidine [Pepcid] — Dose: 20 MG — Per:

QS Drug — QS Volume — Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | BID | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon, Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 5 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 5 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 7 | 02/19/20 15:23 | PHA - Cataldo, Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 137
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

**Category** **Order** **Status** **Start** **Ord Provider** **Entered By**

| | | | | | |
|---|---|---|---|---|---|
| 8 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 9 | 02/19/20 18:40 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 10 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/21/20 03:35 | Adamski, Bobbie | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 14:58 | PHA - Daemon, Background | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |

Medications 200219-1435102793 Completed 02/21/20 06:00 Landry, Christina PA Landry, Christina
Fluzone Quad 2019-2020 **Order Source:** Physician Order

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Flu Vacc Quad 2019-20(6Mos Up) [Fluzone Quad 2019-2020] | 60 MCG | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IM | ONCE | ONE | | | | | | |

Stop Date/Time: 02/21/20 06:01
Discontinued 02/21/20 06:01

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:16 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 4 | 02/19/20 15:17 | Daemon, Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 5 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added: **New:** | Y |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 138
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 5 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | **Old:**<br>Order Type edited:<br>**New:** MED | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | **Old:**<br>Status changed:<br>**New:** Logged | NA |
| 7 | 02/19/20 15:23 | PHA - Cataldo,Jody | NCS-CM02 | **Old:** Transmitted<br>Status changed:<br>**New:** Pha Verified | NA |
| 8 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | **Old:** Logged<br>Order acknowledged | NA |
| 9 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 10 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 06:01 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-1435102794 Dilaudid | Completed | 02/19/20 15:16 | Landry,Christina PA | Landry,Christina |

**Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| HYDROmorphone HCL [Dilaudid] | 1 MG | |

QS Drug    QS Volume    Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IM | Q3H | PRN | Breakthrough Pain | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 139
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:16 | Daemon,Background | | SHOLAPACU002 | Start Time edited: **New:** 15:16 **Old:** 14:32 | Y |
| 4 | 02/19/20 15:16 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 15:27 | PHA - Cataldo,Jody | | NCS-CM02 | Label Comments added: **New:** PRN BREAKTHROUGH PAIN UNRELEIVED BY MORPHINE **Old:** | Y |
| 9 | 02/19/20 15:27 | PHA - Cataldo,Jody | | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 10 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:40 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| 12 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 03:35 | Adamski,Bobbie | | SHOLAH374 | Order reviewed | NA |
| 14 | 02/21/20 14:59 | PHA - Daemon,Background | | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |
| Medications | 200219-1435102951 | Completed | 02/19/20 22:00 | Landry,Christina PA | Landry,Christina | |

Robaxin **Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 140
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Methocarbamol [Robaxin] | | 750 MG | | | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | Q8H | PRN | Muscle Spasms | | | | | |

Stop Date/Time: 02/26/20 21:59
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:17 | Daemon,Background | SHOLAPACU002 | Start Time edited: **New:** 15:16 **Old:** 14:32 | Y |
| 3 | 02/19/20 15:17 | Daemon,Background | SHOLAPACU002 | Pha Stop Time edited: **New:** 15:15 **Old:** 14:31 | Y |
| 4 | 02/19/20 15:17 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 141
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| 8 | 02/19/20 15:30 | PHA - Cataldo,Jody | NCS-CM02 | Start Time edited:<br>**New:** 22:00<br>**Old:** 15:16 | Y |
| 8 | 02/19/20 15:30 | PHA - Cataldo,Jody | NCS-CM02 | Pha Stop Time edited:<br>**New:** 21:59<br>**Old:** 15:15 | Y |
| 9 | 02/19/20 15:30 | PHA - Cataldo,Jody | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 10 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 14 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

Medications 200219-1435102952 Completed 02/19/20 22:00 Landry,Christina PA Landry,Christina
Methocarbamol 1gm In Ns **Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Robaxin 1 Gram Ivpb | 1,000 MG in 100 ML | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | 100 ML |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Bags | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IVPB | Q8H | PRN | Muscle Spasms | | | | | |

Rate: 200 MLS/HR
Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 142
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy, Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | Landry, Christina | |
| 3 | 02/19/20 15:17 | Daemon, Background | SHOLAPACU002 | Start Time edited:<br>**New:** 15:16<br>**Old:** 14:32 | Y |
| 4 | 02/19/20 15:17 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon, Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Dose added:<br>**New:** mg<br>**Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 7 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 15:30 | PHA - Cataldo, Jody | NCS-CM02 | Start Time edited:<br>**New:** 22:00<br>**Old:** 15:16 | Y |
| 9 | 02/19/20 15:30 | PHA - Cataldo, Jody | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 10 | 02/19/20 17:00 | MCDANIEL, KATIE | SHOLACTX01 | Order acknowledged | NA |
| 11 | 02/19/20 18:40 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/19/20 18:42 | Cook, Blake | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 03:35 | Adamski, Bobbie | SHOLAH374 | Order reviewed | NA |
| 14 | 02/21/20 14:59 | PHA - Daemon, Background | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| Medications | 200219-1435102953<br>Morphine Sulfate | Completed | 02/19/20 15:16 | Landry, Christina PA | Landry, Christina<br>**Order Source:** Physician Order |

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Morphine Sulfate Pf [Morphine Sulfate] | 3 MG | |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 143
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy, Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IM | Q3H | PRN | Breakthrough Pain | | | | | |

Stop Date/Time: 02/24/20 15:15
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry, Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry, Christina | Y |
| 3 | 02/19/20 15:17 | Daemon, Background | SHOLAPACU002 | Start Time edited:<br>**New:** 15:16<br>**Old:** 14:32 | Y |
| 3 | 02/19/20 15:17 | Daemon, Background | SHOLAPACU002 | Pha Stop Time edited:<br>**New:** 15:15<br>**Old:** 14:31 | Y |
| 4 | 02/19/20 15:17 | Kennedy, Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon, Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 7 | 02/19/20 15:17 | PHA - Daemon, Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 15:26 | PHA - Cataldo, Jody | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 144
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-1435102954 Zofran Odt | Completed | 02/19/20 15:16 | Landry,Christina PA | Landry,Christina |

**Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Ondansetron Odt [Zofran Odt] | 4 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| PO | Q6H | PRN | Nausea / Vomiting | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:17 | Daemon,Background | SHOLAPACU002 | Start Time edited: | Y |
| | | | | **New:** 15:16 | |
| | | | | **Old:** 14:32 | |
| 4 | 02/19/20 15:17 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 145
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **New:** Transmitted | |
| | | | | **Old:** Verified | |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: | Y |
| | | | | **New:** | |
| | | | | **Old:** | |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: | Y |
| | | | | **New:** MED | |
| | | | | **Old:** | |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 8 | 02/19/20 15:25 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

Medications 200219-1435102955 Completed 02/19/20 15:16 Landry,Christina PA Landry,Christina
Zofran **Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Ondansetron Sdv [Zofran] | 4 MG | |

QS Drug — QS Volume — Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | Q6HR | PRN | Nausea / Vomiting | | | | | |

Stop Date/Time: 02/26/20 15:15
Discontinued 02/21/20 14:45

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 146
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

V00000345029 LUNDBERG,TERESA C **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

Protocol text:

| | Date & Time | User | Device | | Event | Acknowledged |
|---|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:17 | Daemon,Background | SHOLAPACU002 | | Start Time edited: | Y |
| | | | | **New:** | 15:16 | |
| | | | | **Old:** | 14:32 | |
| 3 | 02/19/20 15:17 | Daemon,Background | SHOLAPACU002 | | Pha Stop Time edited: | Y |
| | | | | **New:** | 15:15 | |
| | | | | **Old:** | 14:31 | |
| 4 | 02/19/20 15:17 | Kennedy,Paige | SHOLAPACU002 | | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | | Status changed: | NA |
| | | | | **New:** | Transmitted | |
| | | | | **Old:** | Verified | |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | | Protocol Text added: | Y |
| | | | | **New:** | | |
| | | | | **Old:** | | |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | | Order Type edited: | Y |
| | | | | **New:** | MED | |
| | | | | **Old:** | | |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | | Status changed: | NA |
| | | | | **New:** | Logged | |
| | | | | **Old:** | Transmitted | |
| 8 | 02/19/20 15:25 | PHA - Cataldo,Jody | NCS-CM02 | | Status changed: | NA |
| | | | | **New:** | Pha Verified | |
| | | | | **Old:** | Logged | |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | | Order reviewed | NA |
| 13 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | | Status changed: | NA |
| | | | | **New:** | Completed | |
| | | | | **Old:** | Pha Verified | |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 147
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|
| Medications | 200219-143510311 | Completed | 02/19/20 15:16 | Landry,Christina PA | Landry,Christina |

Percocet **Order Source:** Physician Order

**Stop Reason:** ORDERED REPLACED WITH OXYCODONE

| Medication | Dose | Per |
|---|---|---|
| oxyCODONE/APAP 10MG/325MG [Percocet] | 1 EACH | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | Q4H | PRN | Moderate to Severe Pain 4-10 | | | | | |

Stop Date/Time:
Discontinued 02/19/20 18:17

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:17 | Daemon,Background | SHOLAPACU002 | Start Time edited: **New:** 15:16 **Old:** 14:32 | Y |
| 4 | 02/19/20 15:17 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 148
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 8 | 02/19/20 15:28 | PHA - Cataldo,Jody | NCS-CM02 | | PRN Reason edited:<br>**New:** Moderate to Severe Pain 4-10<br>**Old:** Moderate Pain 4-7 | Y |
| 9 | 02/19/20 15:28 | PHA - Cataldo,Jody | NCS-CM02 | | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 10 | 02/19/20 15:45 | MCDANIEL,KATIE | SHOLACTX01 | | Order acknowledged | NA |
| 11 | 02/19/20 18:17 | PHA - Ali,Shifa | NCS-CM02 | | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |
| 12 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | | Order reviewed | NA |

Medications 200219-1435103111 Completed 02/19/20 15:16 Landry,Christina PA Landry,Christina
Chloraseptic Throat Spray **Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Phenol/Sodium Phenolate [Chloraseptic Throat Spray] | 5 SPRAYS | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| MT | PRN | PRN | Sore Throat | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: | Y |

**Labs/Diagnostics**

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 149
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| | | | | | Landry,Christina | |
| 3 | 02/19/20 15:17 | Daemon,Background | | SHOLAPACU002 | Start Time edited: | Y |
| | | | | | **New:** 15:16 | |
| | | | | | **Old:** 14:32 | |
| 4 | 02/19/20 15:17 | Kennedy,Paige | | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | | NCS-BG12 | Status changed: | NA |
| | | | | | **New:** Transmitted | |
| | | | | | **Old:** Verified | |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Protocol Text added: | Y |
| | | | | | **New:** | |
| | | | | | **Old:** | |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Order Type edited: | Y |
| | | | | | **New:** B | |
| | | | | | **Old:** | |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Logged | |
| | | | | | **Old:** Transmitted | |
| 8 | 02/19/20 15:24 | PHA - Cataldo,Jody | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Pha Verified | |
| | | | | | **Old:** Logged | |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski,Bobbie | | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:59 | PHA - Daemon,Background | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Completed | |
| | | | | | **Old:** Pha Verified | |
| Medications | 200219-1435103114 Phenergan | Completed | 02/19/20 15:16 | Landry,Christina PA | Landry,Christina **Order Source:** Physician Order | |

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Promethazine HCl [Phenergan] | 25 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 150
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| PO | Q6H | PRN | Nausea / Vomiting | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:17 | Daemon,Background | SHOLAPACU002 | Start Time edited: **New:** 15:16 **Old:** 14:32 | Y |
| 4 | 02/19/20 15:17 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: **New:** **Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: **New:** MED **Old:** | Y |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 8 | 02/19/20 15:24 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: **New:** Pha Verified **Old:** Logged | NA |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 151
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **New:** Completed<br>**Old:** Pha Verified | |
| Medications | 200219-1435103115<br>Phenergan | Completed | 02/19/20 15:16 | Landry,Christina PA | Landry,Christina<br>**Order Source:** Physician Order |

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Promethazine HCl [Phenergan] | 25 MG | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| IM | Q6H | PRN | Nausea / Vomiting | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Order entered | Y |
| 2 | 02/19/20 14:35 | Landry,Christina | SHOLAPACU002 | Manage Transfer - Provider signed: Landry,Christina | Y |
| 3 | 02/19/20 15:17 | Daemon,Background | SHOLAPACU002 | Start Time edited:<br>**New:** 15:16<br>**Old:** 14:32 | Y |
| 4 | 02/19/20 15:17 | Kennedy,Paige | SHOLAPACU002 | Process Transfer | NA |
| 5 | 02/19/20 15:17 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 6 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Order Type edited:<br>**New:** MED | Y |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 152
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **Old:** | |
| 7 | 02/19/20 15:17 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 8 | 02/19/20 15:24 | PHA - Cataldo,Jody | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 9 | 02/19/20 17:00 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 10 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 11 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 13 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-153550294 Lisinopril | Completed | 02/19/20 17:00 | Landry,Christina PA | Cataldo,Jody |

**Order Source:** Written

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Lisinopril | 20 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | DAILY | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 15:35 | PHA - Cataldo,Jody | NCS-CM02 | No Signature is Necessary | Y |
| 1 | 02/19/20 15:35 | PHA - Cataldo,Jody | NCS-CM02 | Order is Entered in Pharmacy | Y |
| 2 | 02/19/20 15:35 | Daemon,Background | NCS-CM02 | Concurrent Link with: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 153
**Date:** 02/22/20 00:04
**User:** Flynn, Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy, Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| | | | | | **New:** Hydrochlorothiazide (Rx #001622647) | |
| | | | | | **Old:** | |
| 3 | 02/19/20 16:19 | MCDANIEL, KATIE | | SHOLACTX01 | Order acknowledged | NA |
| 4 | 02/19/20 18:40 | Cook, Blake | | SHOLAH374 | Order reviewed | NA |
| 5 | 02/19/20 18:42 | Cook, Blake | | SHOLAH374 | Order reviewed | NA |
| 6 | 02/21/20 03:35 | Adamski, Bobbie | | SHOLAH374 | Order reviewed | NA |
| 7 | 02/21/20 14:59 | PHA - Daemon, Background | | NCS-CM02 | Protocol Text added: | N |
| | | | | | **New:** | |
| | | | | | **Old:** | |
| 8 | 02/21/20 14:59 | PHA - Daemon, Background | | NCS-CM02 | Status changed: | NA |
| | | | | | **New:** Completed | |
| | | | | | **Old:** Pha Verified | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-153550871 Hydrochlorothiazide | Completed | 02/19/20 17:00 | Landry, Christina PA | Cataldo, Jody |

**Order Source:** Written

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Hydrochlorothiazide | 12.5 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | DAILY | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 15:35 | PHA - Cataldo, Jody | NCS-CM02 | No Signature is Necessary | Y |
| 1 | 02/19/20 15:35 | PHA - Cataldo, Jody | NCS-CM02 | Order is Entered in Pharmacy | Y |
| 2 | 02/19/20 15:35 | Daemon, Background | NCS-CM02 | Concurrent Link with: | NA |
| | | | | **New:** Lisinopril (Rx #001622646) | |
| | | | | **Old:** | |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 154
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| 3 | 02/19/20 16:19 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | | NA |
| 4 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | | NA |
| 5 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | | NA |
| 6 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | | NA |
| 7 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | | N |
| 8 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | | NA |

Medications 200219-154431828 Discontinued 02/19/20 14:15 Patty,Robin MD Smith,Destinie
Ephedrine Sulfate **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| ePHEDrine SULFATE [Ephedrine Sulfate] | 50 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 14:16
Discontinued 02/19/20 14:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 155
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **New:** Completed<br>**Old:** Pha Verified | |
| Medications | 200219-154432701<br>Lidocaine Hcl 2% Vial | Discontinued | 02/19/20 14:15 | Patty,Robin MD | Smith,Destinie<br>**Order Source:** Written |

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Lidocaine/Pf 2% [Lidocaine HCl 2% Vial] | 100 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| .ROUTE | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 14:16
Discontinued 02/19/20 14:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-154433388<br>Zofran | Discontinued | 02/19/20 14:15 | Patty,Robin MD | Smith,Destinie<br>**Order Source:** Written |

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Ondansetron Sdv [Zofran] | 8 MG | |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary** — **Page:** 156 **Date:** 02/22/20 00:04 **User:** Flynn, Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|

QS Drug    QS Volume    Total Volume

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| .ROUTE | .STK-MED | ONE | | | | | |

Stop Date/Time: 02/19/20 14:16
Discontinued 02/19/20 14:16

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| Medications | 200219-154434074<br>Phenylephrine Hcl | Discontinued | 02/19/20 14:15 | Patty,Robin MD | Smith,Destinie<br>**Order Source:** Written |
|---|---|---|---|---|---|

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Phenylephrine HCl | 10 MG | |

QS Drug    QS Volume    Total Volume

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| .ROUTE | .STK-MED | ONE | | | | | |

Stop Date/Time: 02/19/20 14:16
Discontinued 02/19/20 14:16

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 157
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** | **Location:** INPT | **Medical Record Number:** M000060887
52/F | **Attending:** McCarthy,Kevin | **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF | **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** |
|---|---|---|---|---|---|

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

---

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-154434776<br>Diprivan 1% | Discontinued | 02/19/20 14:15 | Patty,Robin MD | Smith,Destinie<br>**Order Source:** Written |

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Propofol [Diprivan 1%] | 200 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 14:16
Discontinued 02/19/20 14:16

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Protocol Text added:<br>**New:** | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary**
**Page:** 158
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **Old:** | |
| 3 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-154435494 | Discontinued | 02/19/20 14:15 | Patty,Robin MD | Smith,Destinie |

Zemuron **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Rocuronium Bromide [Zemuron] | 50 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 14:16
Discontinued 02/19/20 14:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Protocol Text added: | NA |
| | | | | **New:** | |
| | | | | **Old:** | |
| 3 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-154436258 | Discontinued | 02/19/20 14:15 | Patty,Robin MD | Smith,Destinie |

Quelicin **Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 159
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | Succinylcholine Chloride [Quelicin] | 200 MG | | | |

QS Drug | QS Volume | Total Volume

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| .ROUTE | .STK-MED | ONE | | | | | |

Stop Date/Time: 02/19/20 14:16
Discontinued 02/19/20 14:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-154436929 Versed | Discontinued | 02/19/20 14:15 | Patty,Robin MD | Smith,Destinie |

**Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Midazolam HCl [Versed] | 2 MG | |

QS Drug | QS Volume | Total Volume

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| .ROUTE | .STK-MED | ONE | | | | | |

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 160
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

Stop Date/Time: 02/19/20 14:16
Discontinued 02/19/20 14:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Order is Entered in Pharmacy | NA |
| 2 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Protocol Text added: **New:** **Old:** | NA |
| 3 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Status changed: **New:** Completed **Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200219-154437724 Sufentanil Citrate | Discontinued | 02/19/20 14:15 | Patty,Robin MD | Smith,Destinie |

**Order Source:** Written

**Stop Reason:** Reached Stop Date

| Medication | Dose | Per |
|---|---|---|
| Sufentanil Citrate | 50 MCG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| IV | .STK-MED | ONE | | | | | | |

Stop Date/Time: 02/19/20 14:16
Discontinued 02/19/20 14:16

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | No Signature is Necessary | NA |
| 1 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | Order is Entered in Pharmacy | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 161
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Event | Entered By |
|---|---|---|---|---|---|---|
| 2 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | | Protocol Text added:<br>**New:**<br>**Old:** | NA |
| 3 | 02/19/20 15:44 | PHA - Smith,Destinie | NCS-CM02 | | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

Medications 200219-181848062 Completed 02/19/20 18:18 McCarthy,Kevin MD Ali,Shifa
Oxycodone Hcl — **Order Source:** Written

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Oxycodone 15Mg Tablet [Oxycodone HCl] | 15 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| PO | Q4H | PRN | Moderate Pain 4-7 | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/19/20 18:18 | PHA - Ali,Shifa | NCS-CM02 | No Signature is Necessary | Y |
| 1 | 02/19/20 18:18 | PHA - Ali,Shifa | NCS-CM02 | Order is Entered in Pharmacy | Y |
| 2 | 02/19/20 18:31 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 3 | 02/19/20 18:40 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 4 | 02/19/20 18:42 | Cook,Blake | SHOLAH374 | Order reviewed | NA |
| 5 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 6 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | N |
| 7 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 162
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **New:** Completed<br>**Old:** Pha Verified | |
| Routine Care | 200220-094523109<br>Continue Physical Therapy | In Process | 02/20/20 09:45 | McCarthy,Kevin MD<br>ROUTINE | Pevey,Brad<br>**Order Source:** Per PT/OT Evaluation |

Physician Instructions See treatment type and frequency in attached text.

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/20/20 09:45 | Pevey,Brad | SHOLACTX01 | Signature is Necessary | Y |
| 1 | 02/20/20 09:45 | Pevey,Brad | SHOLACTX01 | Order is Entered | Y |
| 2 | 02/20/20 09:45 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** In Process<br>**Old:** Verified | NA |
| 3 | 02/20/20 10:24 | MCDANIEL,KATIE | SHOLAH374 | Order acknowledged | NA |
| 4 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 5 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Routine Care | 200220-100137888<br>Discontinue Foley Catheter | In Process | 02/20/20 10:00 | Landry,Christina PA<br>ROUTINE | Landry,Christina<br>**Order Source:** Physician Order |

Intervention Text For Transphenoidal Hypophysectomy Patients:
Foley catheter may be discontinued in a.m. if No Signs/Symptoms of Diabetes Inspidus

Criteria to Discontinue Foley:
1. Awake, alert, oriented
2. Ambulated with PT without any complications
3. Able to resume their voiding position
4. No previously noted conditions that would be contraindications for removal of foley

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/20/20 10:01 | Landry,Christina | SHOLAINPT01 | Order is Entered and Signed | Y |
| 2 | 02/20/20 10:01 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** In Process<br>**Old:** Verified | NA |
| 3 | 02/20/20 10:24 | MCDANIEL,KATIE | SHOLAH374 | Order acknowledged | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** **Patient Order Summary** **Page:** 163
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| **Category** | **Order** | **Status** | **Start** | **Ord Provider** | **Entered By** | |
|---|---|---|---|---|---|---|
| 4 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | | NA |
| 5 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | | NA |
| Medications | 200220-1001378881 Norco | Completed | 02/20/20 10:00 | Landry,Christina PA | Landry,Christina | |

**Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Hydrocodone/Acetam 10Mg/325Mg [Norco] | 1 EACH | |

QS Drug QS Volume Total Volume

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | Q4HR | PRN | Moderate Pain 4-7 | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | **Date & Time** | **User** | **Device** | **Event** | **Acknowledged** |
|---|---|---|---|---|---|
| 1 | 02/20/20 10:01 | Landry,Christina | SHOLAINPT01 | Order is Entered and Signed | Y |
| 2 | 02/20/20 10:01 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 3 | 02/20/20 10:01 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 3 | 02/20/20 10:01 | PHA - Daemon,Background | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 4 | 02/20/20 10:01 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 5 | 02/20/20 10:06 | PHA - East,Victoria | NCS-CM02 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** — **Patient Order Summary**

**Page:** 164
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 6 | 02/20/20 10:24 | MCDANIEL,KATIE | SHOLAH374 | Order acknowledged | NA |
| 7 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 8 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 9 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 10 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200220-1001378882 Oxycontin | Completed | 02/20/20 21:00 | Landry,Christina PA | Landry,Christina |

**Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| oxyCODONE 20MG ER [Oxycontin] | 20 MG | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| PO | BID | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/20/20 10:01 | Landry,Christina | SHOLAINPT01 | Order is Entered and Signed | Y |
| 2 | 02/20/20 10:01 | Daemon,Background | NCS-BG12 | Status changed: | NA |
| | | | | **New:** Transmitted | |
| | | | | **Old:** Verified | |
| 3 | 02/20/20 10:01 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added: | Y |
| | | | | **New:** | |
| | | | | **Old:** | |
| 3 | 02/20/20 10:01 | PHA - Daemon,Background | NCS-CM02 | Order Type edited: | Y |

Labs/Diagnostics



**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **New:** MED | |
| | | | | **Old:** | |
| 4 | 02/20/20 10:01 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Transmitted | |
| 5 | 02/20/20 10:06 | PHA - East,Victoria | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Pha Verified | |
| | | | | **Old:** Logged | |
| 6 | 02/20/20 10:24 | MCDANIEL,KATIE | SHOLAH374 | Order acknowledged | NA |
| 7 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 8 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 9 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 10 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Status changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Pha Verified | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 200220-100216173 Bacitracin | Completed | 02/20/20 11:45 | Landry,Christina PA | Landry,Christina |

**Order Source:** Physician Order

**Stop Reason:** DC'd by Discharge

| Medication | Dose | Per |
|---|---|---|
| Bacitracin | 28 GM | |

| QS Drug | QS Volume | Total Volume |
|---|---|---|
| | | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Tot Vol | Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|---|
| TOP | BID | SCH | | | | | | |

Stop Date/Time:
Discontinued 02/21/20 14:45

Protocol text:

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/20/20 10:02 | Landry,Christina | SHOLAINPT01 | Order is Entered and Signed | Y |
| 2 | 02/20/20 10:02 | Daemon,Background | NCS-BG12 | Status changed: | NA |

Labs/Diagnostics

**Spine Hospital of Louisiana** | **Patient Order Summary** | **Page:** 166 **Date:** 02/22/20 00:04 **User:** Flynn, Linda

**V00000345029 LUNDBERG,TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy,Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| | | | | **New:** Transmitted<br>**Old:** Verified | |
| 3 | 02/20/20 10:02 | PHA - Daemon,Background | NCS-CM02 | Protocol Text added:<br>**New:**<br>**Old:** | Y |
| 3 | 02/20/20 10:02 | PHA - Daemon,Background | NCS-CM02 | Order Type edited:<br>**New:** MED<br>**Old:** | Y |
| 4 | 02/20/20 10:02 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Logged<br>**Old:** Transmitted | NA |
| 5 | 02/20/20 10:09 | PHA - East,Victoria | NCS-CM02 | Status changed:<br>**New:** Pha Verified<br>**Old:** Logged | NA |
| 6 | 02/20/20 10:24 | MCDANIEL,KATIE | SHOLAH374 | Order acknowledged | NA |
| 7 | 02/20/20 11:40 | PHA - East,Victoria | NCS-CM02 | Start Time edited:<br>**New:** 11:45<br>**Old:** 21:00 | Y |
| 8 | 02/20/20 11:42 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |
| 9 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 10 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 11 | 02/21/20 03:35 | Adamski,Bobbie | SHOLAH374 | Order reviewed | NA |
| 12 | 02/21/20 14:59 | PHA - Daemon,Background | NCS-CM02 | Status changed:<br>**New:** Completed<br>**Old:** Pha Verified | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Routine Care | 200220-104213304<br>Continue Occupational Therapy | Completed | 02/20/20 10:42 | McCarthy,Kevin MD<br>ROUTINE | Rachal,Tanya<br>**Order Source:** Per PT/OT Evaluation |

**Stop Reason:** Completed by Pcs

Physician Instructions See treatment type and frequency in attached text.

| # | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/20/20 10:42 | Rachal,Tanya | SHOLAINPT03 | Signature is Necessary | Y |
| 1 | 02/20/20 10:42 | Rachal,Tanya | SHOLAINPT03 | Order is Entered | Y |
| 2 | 02/20/20 10:42 | Daemon,Background | NCS-BG12 | Status changed:<br>**New:** In Process<br>**Old:** Verified | NA |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 167
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | | Entered By |
|---|---|---|---|---|---|---|
| 3 | 02/20/20 11:40 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | | NA |
| 4 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | | NA |
| 5 | 02/21/20 03:34 | Adamski,Bobbie | SHOLAH374 | Order reviewed | | NA |
| 6 | 02/21/20 09:47 | Rachal,Tanya | SHOLAINPT02 | Status changed: **New:** Completed **Old:** In Process | | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nursing | 200221-074110984 | Verified | 02/21/20 07:41 | McCarthy,Kevin MD | | Hedges,Amanda |
| | Discontinue Physical Therapy | | | Routine | **Order Source:** Per PT/OT Evaluation | |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/21/20 07:41 | Hedges,Amanda | SHOLACTX01 | Signature is Necessary | Y |
| 1 | 02/21/20 07:41 | Hedges,Amanda | SHOLACTX01 | Order is Entered | Y |
| 2 | 02/21/20 09:55 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Routine Care | 200221-093615906 | In Process | 02/21/20 09:35 | Landry,Christina PA | | Landry,Christina |
| | DVT [Inpatient Dvt Studies] | | | NOW | **Order Source:** Physician Order | |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/21/20 09:36 | Landry,Christina | SHOLAINPT01 | Order is Entered and Signed | Y |
| 2 | 02/21/20 09:36 | Daemon,Background | NCS-BG12 | Status changed: **New:** In Process **Old:** Verified | NA |
| 3 | 02/21/20 09:55 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nursing | 200221-094747077 | Verified | 02/21/20 09:47 | McCarthy,Kevin MD | | Rachal,Tanya |
| | Discontinue Occupational Therapy | | | Routine | **Order Source:** Per PT/OT Evaluation | |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/21/20 09:47 | Rachal,Tanya | SHOLAINPT02 | Signature is Necessary | Y |
| 1 | 02/21/20 09:47 | Rachal,Tanya | SHOLAINPT02 | Order is Entered | Y |
| 2 | 02/21/20 09:55 | MCDANIEL,KATIE | SHOLACTX01 | Order acknowledged | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Home Health | 200221-122128670 | Transmitted | 02/21/20 12:20 | McCarthy,Kevin MD | | Flynn,Linda |
| | Consult Home Health | | | Routine | **Order Source:** Telephone Order Read Back | |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** — **Patient Order Summary** — **Page:** 168 **Date:** 02/22/20 00:04 **User:** Flynn, Linda

**V00000345029 LUNDBERG, TERESA C** — **Location:** INPT — **Medical Record Number:** M000060887
52/F — **Attending:** McCarthy, Kevin — **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF — **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

Comment: Evaluate and Treat
Reason For Exam: Assistance with ADLs

**Home Health Type** Physical Therapy
Registered Nurse

**Number of times for therapy per week** 3
**Number of weeks for therapy** 4

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/21/20 12:21 | Flynn, Linda | SHOLAH350 | Signature is Necessary | N |
| 1 | 02/21/20 12:21 | Flynn, Linda | SHOLAH350 | Order is Entered | N |
| 2 | 02/21/20 12:21 | Daemon, Background | NCS-BG12 | Queued to destination:<br>**New:** INPT #15704<br>**Old:** | NA |
| 3 | 02/21/20 12:21 | Daemon, Background | NCS-BG12 | Status changed:<br>**New:** Transmitted<br>**Old:** Verified | NA |
| 4 | 02/21/20 14:35 | Flynn, Linda | SHOLAH350 | Query Home Health Type edited:<br>**New:** Physical Therapy<br>Registered Nurse<br>**Old:** Occupational Therapy<br>Physical Therapy<br>Registered Nurse | N |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Routine Care | 200221-134945162<br>Discontinue Drain | In Process | 02/21/20 13:49 | Landry, Christina PA<br>ROUTINE | MCDANIEL, KATIE<br>**Order Source:** Telephone Order Read Back |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/21/20 13:49 | MCDANIEL, KATIE | SHOLACTX01 | Signature is Necessary | N |
| 1 | 02/21/20 13:49 | MCDANIEL, KATIE | SHOLACTX01 | Order is Entered | N |
| 2 | 02/21/20 13:49 | Daemon, Background | NCS-BG12 | Status changed:<br>**New:** In Process<br>**Old:** Verified | NA |

Labs/Diagnostics - 02/21/2020

**Spine Hospital of Louisiana** **Patient Order Summary**

**Page:** 169
**Date:** 02/22/20 00:04
**User:** Flynn,Linda

**V00000345029 LUNDBERG,TERESA C** **Location:** INPT **Medical Record Number:** M000060887
52/F **Attending:** McCarthy,Kevin **Account Number:** V00000345029
**Reason:** L3-S1 OPEN TLIF **Registration:** 02/19/20

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Routine Care | 200221-134945163 | In Process | 02/21/20 13:49 | Landry,Christina PA | MCDANIEL,KATIE |
| | Discharge | | | ROUTINE | **Order Source:** Telephone Order Read Back |

Comment Home

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 02/21/20 13:49 | MCDANIEL,KATIE | SHOLACTX01 | Signature is Necessary | N |
| 1 | 02/21/20 13:49 | MCDANIEL,KATIE | SHOLACTX01 | Order is Entered | N |
| 2 | 02/21/20 13:49 | Daemon,Background | NCS-BG12 | Status changed: **New:** In Process **Old:** Verified | NA |

Labs/Diagnostics - 02/22/2020

## Surgical Case Record

Page: 4

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

### Operative Staff

| Surgeons | In | Out | Date |
|---|---|---|---|
| Procedure: | | | |
| p PLIF LUM FUSN W LAM/DEC-L3-S1 OPEN TLIF***SMA | | | |
| **Kevin McCarthy, MD** | 0955 | 1305 | 02/19/20 |
| Surgeon: | | | |
| **Kevin McCarthy, MD** | 0955 | 1305 | |
| Assisting: | | | |
| **Christina C Landry, PA** | 0950 | 1403 | 02/19/20 |

| Anesthesiologists | In | Out | Date |
|---|---|---|---|
| Assist/CRNA: | | | |
| **Richard Rieken,CRNA** | 1136 | 1212 | 02/19/20 |
| **Patrick D Tucker, CRNA** | 0916 | 1138 | 02/19/20 |
| | 1212 | 1410 | 02/19/20 |

| Other Case Staff | In | Out | Date |
|---|---|---|---|
| Circulator | | | |
| **Leigh Anne Cooper, RN** | 1115 | 1152 | 02/19/20 |
| **Cathy Fife** | 0900 | 1117 | 02/19/20 |
| | 1152 | 1410 | 02/19/20 |
| Scrub | | | |
| **Alexis Brooks** | 0900 | 1115 | 02/19/20 |
| | 1150 | 1410 | 02/19/20 |
| **Carrie M Higginbotham** | 1115 | 1152 | 02/19/20 |
| Radiology | | | |
| **Lynell DeVille** | 0950 | 1310 | 02/19/20 |
| Vendor | | | |
| **ROBBY MORRIS** | 1019 | 1310 | 02/19/20 |
| **ZACH CORSTEN** | 1015 | 1310 | 02/19/20 |
| Other | | | |
| **JON PRICE- IOM** | 1015 | 1410 | 02/19/20 |
| **KELSI MONZINGO- IOM** | 0916 | 1015 | 02/19/20 |
| **RAY CLAUSE- CELLSAVER** | 0916 | 1347 | 02/19/20 |

### Operative Times

| -- Operative Area | -- Time Date --- |
|---|---|
| Time In Room: | 0916 02/19/20 |
| Injection Time: | |
| Procedure Start: | |
| Procedure End: | 1409 02/19/20 |
| Out of Room: | 1410 02/19/20 |
| Transfer to PACU/CT: | |

Labs/Diagnostics - 02/22/2020

Surgical Case Record Page: 5

Patient: M000060887 LUNDBERG,TERESA C Date of Birth:
Account Num: V00000345029 Age: 52
Physician: MCCARKEV-Kevin McCarthy, MD Sex: F
Specialty: OR-ORTHOPEDIC MEDICINE Room-Bed/T.Loc: 207-1
O.R.: OR.SUITE04-Suite 04 Oper Date: 02/19/20
Facility: Spine Hospital of Louisiana
Verified Run Date: 02/22/20
Date 02/20/20 1455 NAYLOPAI Paige Naylor Run Time: 0001

## Operative Medications

| Date | Time | Medications Admin. | Dose | Dose Unit | Route | Site | Given By |
|---|---|---|---|---|---|---|---|
| 02/19/20 | 0916 | ALBUMIN (HUMAN) | 1,000 | ML | IV | | MCCARKEV |
| 02/19/20 | 0916 | CITRDEX | 1,500 | ML | CELLSAVER | | MCCARKEV |
| | | Med Name: ACD-ANTICOAGULANT CITRATE DEXTROSE | | | | | |
| 02/19/20 | 0916 | VANCOMYCIN HCL | 1 | GM | TOP | | MCCARKEV |
| 02/19/20 | 0916 | BACITRACIN | 50,000 | UNIT | INJ | | MCCARKEV |
| 02/19/20 | 0916 | SODIUM CHLORIDE | 30 | ML | INJ | | MCCARKEV |
| 02/19/20 | 1305 | MARCAINE 0.5% VIAL | 30 | ML | INJ | | MCCARKEV |
| | | Medication Comments: MIXED WITH 180ML NACL AND 20ML EXPAREL | | | | | |
| 02/19/20 | 1305 | LIPBUP20I | 266 | MG | INJ | | MCCARKEV |
| | | Med Name: EXPAREL 266 MG/20 ML VIAL | | | | | |
| | | Medication Comments: MIXED WITH 180ML NACL AND 30ML MARCAINE PLAIN .5% | | | | | |
| 02/19/20 | 1330 | ANCEF 2 GM-D5W BAG | 2 | GM | IVPB | | TUCKEPAT |
| | | Medication Comments: ANCEF 2 GM REDOSE | | | | | |

## Operative Outputs

| Date | Time | User | Type | Output | Site | Vol |
|---|---|---|---|---|---|---|
| 02/19/20 | 1300 | FIFECATH | BLD | Estimated Blood Loss | OPSITE | 1,100 mL |
| 02/19/20 | 1300 | FIFECATH | URINE | Clear Urine | CATH | 150 mL |
| | | | | | Total | 1,250 ml |

## Preparation Screen

Skin Prep: Alcohol
Chlorhexidine
Duraprep
Drying Time (minutes) 3.0
Site Visibly Dry Y
Area Prepped: BACK
Prepped By: LANDRCHR Christina Landry
Area Shaved: NA
Area Shaved With: N/A
Shaved By:
Nasal swabbing Y
Nasal swabbed with: Betadine
Additional Skin Prep:
Drying Time (minutes)
Site Visibly Dry
Area Prepped:
Prepped By:
Area Shaved:
Area Shaved With:
Shaved By:

## Positions

Prone

**Labs/Diagnostics - 02/22/2020**

Surgical Case Record Page: 6

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

Devices

Bilateral Armboard
LESS THAN 90 DEGREES

Arm Cradle
BILATERAL ARMS

Gel Pad

Head Cradle
EYES, NOSE, MOUTH AND CHIN
FREE FROM PRESSURE

Pillow
X2 UNDER LOWER LEGS

Safety Strap
ACROSS UPPER THIGHS

Ulnar Pads
PADDING BETWEEN BED FRAME AND
PATIENTS BILATERAL FLANKS

Labs/Diagnostics - 02/22/2020

Surgical Case Record Page: 7

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

Equipment

OR.AQUA1 - Aquamantis1
Setting: 140/MED

OR.BOVIE01 - Bovie Unit 01
Bovie unit 577
Pad Area Clipped N
Applied By: FIFECATH Cathy Fife
Site: Left
Posterior
Thigh
Settings:
Cut 50
Coag 50
Blend 1
Pad site condition: Clear/Intact
Other
Bipolar Unit # 577
Bipolar Settings 35

OR.CARM1 - C Arm 1

OR.JACBED1 - Jackson Bed 1

OR.SCD - SCD
SCD Unit # 944
Applied to: 1 Right
2 Left
Time: 0918

OR.THERMA - Thermal Unit
Thermal Unit # 896
Thermal Unit #2 892
Setting: 43C
Type Blanket: Both

Labs/Diagnostics - 02/22/2020

Surgical Case Record    Page: 8

| | | | |
|---|---|---|---|
| Patient: | M000060887 LUNDBERG,TERESA C | Date of Birth: | |
| Account Num: | V00000345029 | Age: | 52 |
| Physician: | MCCARKEV-Kevin McCarthy, MD | Sex: | F |
| Specialty: | OR-ORTHOPEDIC MEDICINE | Room-Bed/T.Loc: | 207-1 |
| O.R.: | OR.SUITE04-Suite 04 | Oper Date: | 02/19/20 |
| Facility: | Spine Hospital of Louisiana | | |
| Verified | | Run Date: | 02/22/20 |
| Date | 02/20/20 1455 NAYLOPAI Paige Naylor | Run Time: | 0001 |

## Counts

Procedures
PLIF LUM FUSN W LAM/DEC-L3-S1 OPEN

INITIAL COUNT

| Item | Comments |
|---|---|
| Counts | |

Initial Count Counted By
BROOKALE
FIFECATH

FINAL COUNT

| Item | Counted | Comments |
|---|---|---|
| Counts | Correct | |

Final Count Counted By
BROOKALE
FIFECATH

Surgeon Given Counts: Yes

X-Ray Taken: Not Applicable

## Catheter/Drains Screen

Urinary Catheter: Y
Size: 16FR
Ml Bulb: 10ML
Color: CLEAR, YELLOW
Inserted By: C.FIFE,RN
Total Volume: 25
.
Drain Inserted Y
Drain Type Hemovac Medium
Drain Site: BACK

## Dressings

DRESSING ABD PADS 5X9
DRESSING SPNG 4X8 STERILE
DRESSING TELFA 3X8 C-DDS38S
MASTISOL
STERI STRIP 1/2 X4IN

## Implants

| Inventory | Type | Implant/Manufacturer | Qty/Surgeon | Device ID |
|---|---|---|---|---|
| OR | IMPLANT | TIDE PUTTY 5CC TTB05P | 1 | |
| | | TIDES MEDICAL | Kevin McCarthy, MD | |

| Lot #/Serial #/DIN | Manuf Dt/Exp Dt/Site | Cat #/Batch #/Size | Qty/Culture |
|---|---|---|---|

Labs/Diagnostics - 02/22/2020

Surgical Case Record Page: 9
Patient: M000060887 LUNDBERG,TERESA C Date of Birth:
Account Num: V00000345029 Age: 52
Physician: MCCARKEV-Kevin McCarthy, MD Sex: F
Specialty: OR-ORTHOPEDIC MEDICINE Room-Bed/T.Loc: 207-1
O.R.: OR.SUITE04-Suite 04 Oper Date: 02/19/20
Facility: Spine Hospital of Louisiana
Verified Run Date: 02/22/20
Date 02/20/20 1455 NAYLOPAI Paige Naylor Run Time: 0001

1
THB0715509 08/29/22
1571884 5CC

OR IMPLANT TIDE SPG STRP 20X50 TTH205005 2
TIDES MEDICAL Kevin McCarthy, MD

Lot #/Serial #/DIN Manuf Dt/Exp Dt/Site Cat #/Batch #/Size Qty/Culture
1
LET19012365051 07/29/24

Lot #/Serial #/DIN Manuf Dt/Exp Dt/Site Cat #/Batch #/Size Qty/Culture
1
ATSFMN190031045 12/02/24

OR IMPLANT TIDE CANC CHIPS 15CC TTH015410 1
TIDES MEDICAL Kevin McCarthy, MD

Lot #/Serial #/DIN Manuf Dt/Exp Dt/Site Cat #/Batch #/Size Qty/Culture
1
MSTF0313191019 04/08/24
15CC

OR IMPLANT TIDE AMNIOHEAL 2X3 TAH1203 1
BONE BANK Kevin McCarthy, MD

Lot #/Serial #/DIN Manuf Dt/Exp Dt/Site Cat #/Batch #/Size Qty/Culture
1
TM181201016 12/14/23
2X3

OR IMPLANT TIDE AMNIOHEAL 4X4 TAH1404 1
TIDES MEDICAL Kevin McCarthy, MD

Lot #/Serial #/DIN Manuf Dt/Exp Dt/Site Cat #/Batch #/Size Qty/Culture
1
TM191269006 01/21/25
4CM

OR IMPLANT INN LOCKING SCREW E2002 8
INNOVIS Kevin McCarthy, MD

OR IMPLANT INN ROD CVD 105MM PR55105 2
INNOVIS Kevin McCarthy, MD

OR IMPLANT INN SCR 6.5X45MM RE36545 6
INNOVIS Kevin McCarthy, MD

OR IMPLANT SPA 10X27X12 P11027512 1
SPINAL ELEMENTS Kevin McCarthy, MD

OR IMPLANT CPM SPA 10X27X11 P11027511 1
SPINAL ELEMENTS Kevin McCarthy, MD

**Operative Reports**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Impaired Mobility Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Activity intolerance
Neuromuscular impairment
Musculoskeletal impairment
External devices
Fatigue
Motivation
Pain
Surgical procedures

Possibly evidenced by:
Compromised ability to move
Range-of-motion limitation
Decreased muscle strength
Impaired coordination
Imposed restriction of movement
Reluctance to move
Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
9=>8

Impaired Mobility Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Activity intolerance
Neuromuscular impairment
Musculoskeletal impairment
External devices
Fatigue
Motivation
Pain
Surgical procedures

Possibly evidenced by:
Compromised ability to move
Range-of-motion limitation
Decreased muscle strength
Impaired coordination
Imposed restriction of movement
Reluctance to move
Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)
8=>7

Remain free of complications Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq:
Protocol:
Created MCDANKAT (Rec: 02/19/20 15:19 MCDANKAT SHOLACTX01)

ADL-Rehabilitation Start: 02/19/20 15:19
Text: Patient able to demonstrate ability to Status: Complete Target: 02/21/20
perform ADLs
Freq:
Protocol:

Continued on Page 18

**Operative Reports - 02/19/2020**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

```
Text: Clinical indicators of hypoxia         Status: Complete    Target: 02/21/20
resolved
      Patient's oxygentation status has
returned to preoperative status

Freq:   DAILY
Protocol:
 Edit Target  MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     02/21/20
Nausea                                                     Start:  02/19/20 15:19
Freq:                                                      Status: Complete
Protocol:
 Rank         MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     5=>6
Patient reports decreased nausea             Start:  02/19/20 15:19
Freq:                                        Status: Complete    Target: 02/21/20
Protocol:
 Edit Target  MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     02/21/20
RAP: Nutrition                                             Start:  02/19/20 15:19
Text:                                                      Status: Complete
Freq:
Protocol:
 Rank         MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     6=>8
RAP: Nutrition                               Start:  02/19/20 15:19
Text:                                        Status: Complete    Target: 02/21/20
Freq:
Protocol:
 Edit Target  MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     02/21/20
Impaired Mobility                                          Start:  02/19/20 15:19
Text: May be related to:                                   Status: Complete
        Activity intolerance
        Neuromuscular impairment
        Musculoskeletal impairment
        External devices
        Fatigue
        Motivation
        Pain
        Surgical procedures

      Possibly evidenced by:
        Compromised ability to move
        Range-of-motion limitation
        Decreased muscle strength
        Impaired coordination
        Imposed restriction of movement
        Reluctance to move
Freq:
Protocol:
 Rank         MCDANKAT  (Rec: 02/19/20 15:20  MCDANKAT  SHOLACTX01)
     7=>5
Remain free of complications                 Start:  02/19/20 15:19
```

Continued on Page 37

**Operative Reports**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Text: Status: Complete Target: 02/21/20
Freq:
Protocol:
Edit Target MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
02/21/20

ADL-Rehabilitation Start: 02/19/20 15:19
Text: Patient able to demonstrate ability to perform ADLs Status: Complete Target: 02/21/20
Freq:
Protocol:
Edit Target MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
02/21/20

Altered Cerebral Tissue Perfusion Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Embolism/thrombus
Arterial spasm
Vasoconstriction
Increased Intercranial Pressure
Intracranial bleeding
Cerebral edema
Trauma

Possibly evidenced by:
Restlessness
Confusion
Lethargy
Seizure activity
Pupillary changes
Slurred speech
Posturing
Decreased Glasgow coma scores
Nausea and/or vomiting
Alterations in vital signs
Freq:
Protocol:
Rank MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
8=>1

Exhibit optimal tissue perfusion Start: 02/19/20 15:19
Text: * Exhibits adequate oxygenation and ventilation Status: Complete Target: 02/21/20
* Exhibits adequate cardiac output
* Regains stable cardiac rhythm
* Maintains optimal activity level
* Maintains balanced intake and output
Freq:
Protocol:
Edit Target MCDANKAT (Rec: 02/19/20 15:20 MCDANKAT SHOLACTX01)
02/21/20

Pain Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Disease process
Surgical pain
Trauma

Continued on Page 38

**Operative Reports**



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

RAP: Nutrition Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq:
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Met

RAP: Nutrition Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Impaired Mobility Start: 02/19/20 15:19
Text: May be related to: Status: Complete
Activity intolerance
Neuromuscular impairment
Musculoskeletal impairment
External devices
Fatigue
Motivation
Pain
Surgical procedures

Possibly evidenced by:
Compromised ability to move
Range-of-motion limitation
Decreased muscle strength
Impaired coordination
Imposed restriction of movement
Reluctance to move
Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

Remain free of complications Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq:
Protocol:
Document MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Outcomes Evaluation
Outcomes Evaluation Met

Remain free of complications Start: 02/19/20 15:19
Text: Status: Complete Target: 02/21/20
Freq:
Protocol:
Edit Status MCDANKAT (Rec: 02/21/20 14:33 MCDANKAT SHOLACTX01)
Active=>Complete

ADL-Rehabilitation Start: 02/19/20 15:19
Text: Patient able to demonstrate ability to Status: Complete Target: 02/21/20

Continued on Page 116

Consultations - 02/19/2020



**LUNDBERG,TERESA C**
**Fac:** Spine Hospital of Louisiana **Loc:** Inpatient **Bed:** 207-1
52 F **Med Rec Num:** M000060887 **Visit:** V00000345029

Nurses Notes

02/19/20 14:26 Phase I Recovery Note by Kennedy,Paige
02/19/20 1426 - Paige Kennedy - REGISTERED NURSE:

EXPAREL BRACELET NOTED TO R WRIST

Initialized on 02/19/20 14:26 - END OF NOTE

02/19/20 10:21 Operative Note by Fife,Cathy
02/19/20 1021 - Cathy Fife - REGISTERED NURSE:

Family notified at 1004 that surgery started.

FLOSEAL 10ML LOT# HA190981 X2 TO STERILE FIELD.

02/19/20 1105 - Cathy Fife - REGISTERED NURSE:

Family updated at 1105.

02/19/20 1212 - Cathy Fife - REGISTERED NURSE:

Family updated at 1210.

02/19/20 1232 - Cathy Fife - REGISTERED NURSE:

FLOSEAL 10ML LOT# HA190877 TO STERILE FIELD.

02/19/20 1309 - Cathy Fife - REGISTERED NURSE:

Family called to consultation room at 1308.

Initialized on 02/19/20 10:21 - END OF NOTE

Continued on Page 3

**Consultations - 02/22/2020**

```
                         Surgical Case Record                              Page: 10
    Patient:  M000060887 LUNDBERG,TERESA C                Date of Birth:
Account Num:  V00000345029                                         Age:  52
  Physician:  MCCARKEV-Kevin McCarthy, MD                          Sex:  F
  Specialty:  OR-ORTHOPEDIC MEDICINE                    Room-Bed/T.Loc:  207-1
       O.R.:  OR.SUITE04-Suite 04                            Oper Date:  02/19/20
   Facility:  Spine Hospital of Louisiana
    Verified                                                  Run Date:  02/22/20
    Date      02/20/20 1455  NAYLOPAI  Paige Naylor           Run Time:  0001

OR        IMPLANT    INN SCR 6.5X50MM RE36550        2
                     INNOVIS                         Kevin McCarthy, MD
```

**Operative Notes**

02/19/20 1021 - Cathy Fife
Family notified at 1004 that surgery started.
FLOSEAL 10ML LOT# HA190981 X2 TO STERILE FIELD.

02/19/20 1105 - Cathy Fife
Family updated at 1105.

02/19/20 1212 - Cathy Fife
Family updated at 1210.

02/19/20 1232 - Cathy Fife
FLOSEAL 10ML LOT# HA190877 TO STERILE FIELD.

02/19/20 1309 - Cathy Fife
Family called to consultation room at 1308.

**Operative Screens**

Surgical site/side verbally verified by: Patient
Other:
Patient/Family states: N/A
Surgical Site: BACK
Surgical Site Marked by: MCCARKEV Kevin McCarthy
Preoperative Assessment and Medical History Reviewed:
Y
Assessment/Plan Of Care
I. Potential for Knowledge Deficit and Anxiety Related to
surgical procedure.
Goal:Patient/Family verbalizes understanding Yes
Educate Family/Patient Y
Sequence of events to expect before and
immediately after surgery explained Y
Psychosocial: Alert
Apprehensive
Sensory Limitations None
Other:
II. Potential for Impairment of Skin Integrity
Goal: Skin Integrity Maintained. Yes
Skin Condition: Dry
Warm
Other:
III. Potential for Discomfort Related to Presurgical Status.
Goal: Patient verbalizes location/severity of pain Yes
Pain Assessment: Pain Present: Y
Scale (1-10) 6
Site: R LOW BACK, R HIP, R UPPER LEG, OCC L LE
Notes: N/T R FOOT/TOES, DFPF WEAK L>R, GRIPS=/WEAK

**Consultations - 02/22/2020**

```
                              Surgical Case Record                              Page: 11
    Patient:  M000060887 LUNDBERG,TERESA C                 Date of Birth:
Account Num:  V00000345029                                           Age:  52
  Physician:  MCCARKEV-Kevin McCarthy, MD                            Sex:  F
  Specialty:  OR-ORTHOPEDIC MEDICINE                    Room-Bed/T.Loc:  207-1
       O.R.:  OR.SUITE04-Suite 04                           Oper Date:  02/19/20
   Facility:  Spine Hospital of Louisiana
    Verified                                                Run Date:  02/22/20
    Date      02/20/20 1455  NAYLOPAI  Paige Naylor         Run Time:  0001
```

```
--------------------------------------------------------------------------------------------
Time Out Verified by Team:  Correct Patient
                            Correct Procedure
                            Correct Site
Time Performed: 1003
Antibiotic Given:  Yes
Images Available:  Yes
SCD Applied and Turned On?  Yes
Comment
Performed by: FIFECATH   Cathy Fife
--------------------------------------------------------------------------------------------
Patient Remains Injury Free Related To Intra-op Hazards
          Y
Pre-Procedure Equipment Checks as Required Y
Potential for Infection Related to Intraoprative Care Wound
Goal: Patient Remains Free from Infection  Yes
--------------------------------------------------------------------------------------------
Potential for Retention of Foreign Body in Wound
Goal: Patient Free from Retained Foreign Body  Yes
--------------------------------------------------------------------------------------------
Bovie Pad Condition  Site Clear
Comment
Skin Condition  Dry
                Warm
Patient Status  Asleep, rm air
Additional Procedure(s)
```

**Operative Transfer Data**

```
Surgery Outcome:      C          Completed
Patient Destination:  PACU       Post Anesthesia Care Unit
Transfer Method:      BED        Bed - siderails up
Report Given To:      KENNEPAI   Paige Kennedy
```

**Operative Completed By**

```
Completed Date: 02/19/20
Completed Time: 1419
Completed By:   Cathy Fife
```

Operative Record filed by Paige Naylor, Surgery Schedulers on 02/20/20 at 1454

**Phase I Times**

```
--    Phase I Area     -- Time Date ---
          In Phase I:    1410 02/19/20
         Out Phase I:    1519 02/19/20
```

Non Medical/Other

PATIENT REGISTRATION FORM
THE SPINE HOSPITAL OF LOUISIANA AT THE NEUROMEDICAL CENTER
10105 Park Rowe Circle, Baton Rouge, LA 70810

Medical Record: M000060887 Account #

***PATIENT INFORMATION *** V00000345029

PATIENT NAME: LUNDBERG,TERESA C ADMIT/SERVICE DATE: 02/19/20
BIRTHDATE: SERV/LOC: SUR SOC SEC#:
AGE: 52 ROOM/BED: 207-1 PAT STATUS: DIS IN
SEX: F ACCOM: PRIVATE ADM CLERK: JTD
FIN CLASS: WCP MARTIAL ST: S SINGLE RELIGION: CHRISTIAN
ADDRESS: ETHNICITY: Non-Hispanic
RACE: WH
PHONE CELL#:
PHONE HM#: PHONE WK#:
EMAIL:

Does patient have Advance directive on file? NO

*** CONTACT INFORMATION ***

NEXT OF KIN: PERSON TO NOTIFY: CLAXTON,MARTHA
NOK ADDRESS: PERSON NOTIFY ADD:

NOK PHONE#: PERSON NOTIFY PH#: (225)627-6489
NOK WK PH#: PERSON NOF WK PH#:

***EMPLOYMENT INFORMATION***

EMPLOYER: ACADIAN AMBULANCE OCCUPATION:
ADDRESS: EMP PHONE#:

EMP STATUS:FT

*** GUARANTOR INFORMATION ***

GUARANTOR NAME: LUNDBERG,TERESA GUAR EMPLOYER: ACADIAN AMBULANCE
GUAR ADDRESS: GUAR EMP PH #:
RELATIONSHIP: 18 SELF / SAME AS PATIENT
GUAR PHONE NO: GUARANTOR SS#: 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

| INSURANCE | POLICY # | GROUP # | SUBSCRIBER |
|---|---|---|---|
| 1 EMDEON W/C<br>PO BOX 8780,PHOENIX,AZ 85082<br>(386)218-6449 | | PRECERT/AUTH#: | LUNDBERG,TERESA C |
| 2 | | PRECERT/AUTH#: | |
| 3 | | PRECERT/AUTH#: | |

***PHYSICIAN & PROCEDURE INFORMATION***

ORDERING DX: M54.5 ORDERING PROCEDURE CODE: 22633 , ,
REASON FOR VISIT: L3-S1 OPEN TLIF
ADMITTING (SURGEON) PHYSICIAN: Kevin McCarthy, MD
ATTENDING PHYSICIAN: Kevin McCarthy, MD
REFERRING PHYSICIAN:
OTHER PHYSICIAN NAME:

FORM #1; MNEMONIC:ADMFS

# Quality Assurance Report

## Request Information

Report Date: March 25, 2020

**RP ID:** 6287756

Patient Name: LUNDBERG, TERESA

Provider Name: SPINE HOSPITAL

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:

Please provide all medical records for the timeframe -
Seen By: SPINE HOSPITAL

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

March 19, 2020

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> ***"Disability"*** *or* ***"Disabled"****, with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> > *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
> >
> > *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
> ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is January 8, 2020 and your benefits begin on April 7, 2020. Benefit payment will be sent under separate cover.

The Policy provides benefits at 66.67% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by May 1, 2020.

__ Direct Deposit Application
__ Advantages of Social Security Disability Benefits Form
_X_ Survivor / Estate Information Form
__ W-4S 2019
__ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your

claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: Direct Deposit Application
Advantages of Social Security Disability Benefits Form
Survivor / Estate Information Form
W-4S 2019

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:** **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2019**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . **$**

Employee's signature ▶ Date ▶

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2019 . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2019** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2018 Form 1040 instructions . . . . . . . . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2019 or paid or to be paid with 2019 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2019, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $24,400* |
| Head of household | $18,350* |
| Single or Married filing separately | $12,200* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See Pub. 505, Worksheet 2-4.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2019 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2019 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 510,300 | **46,628.50 + 35%** | **204,100** |
| 510,300 | and greater | **153,798.50 + 37%** | **510,300** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,850 | **$0 + 10%** | **$0** |
| 13,850 | 52,850 | **1,385 + 12%** | **13,850** |
| 52,850 | 84,200 | **6,065 + 22%** | **52,850** |
| 84,200 | 160,700 | **12,962 + 24%** | **84,200** |
| 160,700 | 204,100 | **31,322 + 32%** | **160,700** |
| 204,100 | 510,300 | **45,210 + 35%** | **204,100** |
| 510,300 | and greater | **152,320 + 37%** | **510,300** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,400 | **$0 + 10%** | **$0** |
| 19,400 | 78,950 | **1,940 + 12%** | **19,400** |
| 78,950 | 168,400 | **9,086 + 22%** | **78,950** |
| 168,400 | 321,450 | **28,765 + 24%** | **168,400** |
| 321,450 | 408,200 | **65,497 + 32%** | **321,450** |
| 408,200 | 612,350 | **93,257 + 35%** | **408,200** |
| 612,350 | and greater | **164,709.50 + 37%** | **612,350** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 306,175 | **46,628.50 + 35%** | **204,100** |
| 306,175 | and greater | **82,354.75 + 37%** | **306,175** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

# SUMMARY OF THE LOUISIANA LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION ACT AND NOTICE CONCERNING COVERAGE LIMITATIONS AND EXCLUSIONS

Residents of Louisiana who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Louisiana Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. However, the valuable extra protection provided by these insurers through the Guaranty Association is limited. As noted in the disclaimer below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

**DISCLAIMER**

The Louisiana Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are significant limitations and exclusions. Coverage is always conditioned upon residence in this state. Other conditions may also preclude coverage.

Insurance companies and insurance agents are prohibited by law from using the existence of the association or its coverage to sell you an insurance policy.

You should not rely on the availability of coverage under the Louisiana Life and Health Insurance Guaranty Association when selecting an insurer.

The Louisiana Life and Health Insurance Guaranty Association or the Department of Insurance will respond to any questions you may have which are not answered by this document.

LLHIGA
P.O. Drawer 44126
Baton Rouge, LA 70804

Department of Insurance
P.O. Box 94212
Baton Rouge, LA 70804-9214

The state law that provides for this safety-net coverage is called the Louisiana Life and Health Insurance Guaranty Association Act. The following is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change any person's rights or obligations under the Act or the rights or obligations of the Guaranty Association.

**COVERAGE**

Generally, individuals will be protected by the Louisiana Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by an insurer authorized to conduct business in Louisiana. The beneficiaries, payees or assignees of insured persons are protected as well even if they live in another state.

**EXCLUSION FROM COVERAGE**

However, persons holding such policies are not protected by this association, if:

- They are eligible for protection under the laws of another state (This may occur when the insolvent insurer was incorporated in another state whose Guaranty Association protects insureds who live outside that state.);
- the insurer was not authorized to do business in this state;
- their policy was issued by a non-profit hospital or medical service organization (the "Blues"), an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The association also does not provide coverage for:

- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- any policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- employer's plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
- unallocated annuity contracts (which give rights to group contract holders, not individuals), unless qualified under Section 403(b) of the Internal Revenue Code, except that, even if qualified under Section 403(b), unallocated annuities issued to employee benefit plans protected by the Federal Pension Benefit Guaranty Corporation are not covered.

**LIMITS ON AMOUNTS OF COVERAGE**

The act also limits the amount the association is obligated to pay out: The association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the association will pay a maximum of $300,000 no matter how many policies and contracts there were with the same company, even if they provided different types of coverage. Within this overall $300,000 limit, the association will not pay more than $100,000 in cash surrender values, $500,000 in health insurance benefits, $250,000 in present value of annuities, or $300,000 in life insurance death benefits. Again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.

# GROUP LIFE INSURANCE POLICY
## WITH ACCELERATED BENEFIT

**Sponsor:** **Acadian Ambulance Services, Inc.**

**Policy Number:** **SA3-890-LF0211-01**

**Effective Date:** **January 1, 2020**

**Governing Jurisdiction** is **Louisiana** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each January 1st beginning in 2021.

Lincoln Life Assurance Company of Boston (hereinafter referred to as Lincoln) agrees to pay the benefits provided by this policy in accordance with its provisions.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Employee's agent. Under no circumstances will the Sponsor be deemed the agent of Lincoln.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.

Benefits as specified under this policy will be reduced upon receipt of an accelerated benefit**.**
Receipt of an Accelerated Death Benefit may be taxable. A Covered Employee should consult his tax consultant or legal advisor before applying for an Accelerated Death Benefit.

Signed at Lincoln's Home Office, 100 Liberty Way, Suite 100, Dover, New Hampshire 03820-4695.

Non-participating

SECRETARY

PRESIDENT

**Form GLP.9**

# TABLE OF CONTENTS

SECTION 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SCHEDULE OF BENEFITS

SECTION 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFINITIONS

SECTION 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ELIGIBILITY AND EFFECTIVE DATES

SECTION 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . INSURANCE BENEFITS

SECTION 5. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXCLUSIONS

SECTION 6. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TERMINATION PROVISIONS

SECTION 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . GENERAL PROVISIONS

SECTION 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PREMIUMS

SECTION 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPLICATION

# SECTION 1 - SCHEDULE OF BENEFITS

## ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS

**Minimum Hourly Requirement:**

Employees working a minimum of 30 regularly scheduled hours per week

**Classification of Covered Employees:**

Class 1: All active full-time Chairman of the Board and Chief Executive Officer

Class 2: All active full-time President and Chief Operations Officer

Class 3: All active full-time Employees classified as Executive Vice Presidents and Executive Committee Members

Class 4: All active full-time Employees classified as Senior Vice President of Strategic Initiatives, President of Acadian Monitoring Services, and Vice President Chief Medical Officer Management Systems

Class 5: All active full-time Employees classified as other Vice Presidents, Medical Director, and Regional Vice Presidents

Class 6: All active full-time Employees classified as Directors and General Counsel

Class 7: All active full-time Administrators, Managers, Supervisors, Coordinators, Accountatns, Pilots, Air Medical Staff, Executive Administrative Assistants, and Associate Counsel

Class 8: All other active full-time Employees

**Note:** This policy does not cover the following Employees: Temporary and Seasonal Employees, and Employees who are not legal residents working in the United States.

**Eligibility Waiting Period:**

1. If the Covered Person is employed by the Sponsor on the policy effective date - 59 days of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date - 59 days of continuous, Active Employment

**Employee Contributions Required:**

| | |
|---|---|
| Employee Basic Life Insurance Benefits: | No |
| Employee Optional Life Insurance Benefits: | Yes |
| Employee Basic Accidental Death and Dismemberment Insurance Benefits: | No |
| Employee Optional Accidental Death and Dismemberment Insurance Benefits: | No |
| Dependent Optional Life Insurance Benefits: | Yes |
| Dependent Optional Accidental Death and Dismemberment Insurance Benefits: | No |

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LIFE INSURANCE**

**Amount of Insurance:**

**Employee Basic Life Insurance:**

Applicable to Class 1:
$550,000.00

Applicable to Class 2:
$450,000.00

Applicable to Class 3:
$350,000.00

Applicable to Class 4:
$300,000.00

Applicable to Class 5:
$250,000.00

Applicable to Class 6:
$150,000.00

Applicable to Class 7:
$100,000.00

Applicable to Class 8:
$50,000.00

**Employee Optional Life Insurance:**

An amount in increments of $10,000.00. This amount may not exceed the lesser of $500,000.00 or 5 times Annual Earnings. The minimum amount is $10,000.00.

**Dependent Optional Life Insurance:**

**SPOUSE**

Spouse:

An amount in increments of $5,000.00. This amount may not exceed $250,000.00.

**CHILD**
Children (Age at Death):

Live birth, but under 16 years.

| | |
|---|---|
| Live Birth to under 14 days of age: | $0 |
| 14 days to under 6 months of age: | $1,000.00 |

6 months to 26 years of age: $10,000.00

**Note:** The amount of Dependent Life Insurance may not exceed 50% of the amount of Employee Optional Life Insurance in force on the Covered Employee.

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE**

**Full Amount of Insurance:**

**Employee Basic Accidental Death and Dismemberment Insurance:**

Applicable to Class 1:
$550,000.00

Applicable to Class 2:
$450,000.00

Applicable to Class 3:
$350,000.00

Applicable to Class 4:
$300,000.00

Applicable to Class 5:
$250,000.00

Applicable to Class 6:
$150,000.00

Applicable to Class 7:
$100,000.00

Applicable to Class 8:
$50,000.00

**Employee Optional Accidental Death and Dismemberment Insurance:**

Applicable to Class 1:
$550,000.00

Applicable to Class 2:
$450,000.00

Applicable to Class 3:
$350,000.00

Applicable to Class 4:
$300,000.00

Applicable to Class 5:
$250,000.00

Applicable to Class 6:
$150,000.00

Applicable to Class 7:

$100,000.00

Applicable to Class 8:
$50,000.00

**Dependent Optional Accidental Death and Dismemberment Insurance:**

There are three Dependent Life Options available: Spouse Only, Child Only, Spouse and Child(ren).

**SPOUSE**
Spouse:

Applicable to Class 1:
With Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 40.00% of the Covered Employee's elected amount.This amount may not exceed $220,000.00.
Without Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 50.00% of the Covered Employee's elected amount. This amount may not exceed $275,000.00

Applicable to Class 2:
With Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 40.00% of the Covered Employee's elected amount.This amount may not exceed $180,000.00.
Without Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 50.00% of the Covered Employee's elected amount. This amount may not exceed $225,000.00

Applicable to Class 3:
With Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 40.00% of the Covered Employee's elected amount.This amount may not exceed $140,000.00.
Without Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 50.00% of the Covered Employee's elected amount. This amount may not exceed $175,000.00

Applicable to Class 4:
With Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 40.00% of the Covered Employee's elected amount.This amount may not exceed $120,000.00.
Without Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 50.00% of the Covered Employee's elected amount. This amount may not exceed $150,000.00

Applicable to Class 5:
With Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 40.00% of the Covered Employee's elected amount.This amount may not exceed $100,000.00.
Without Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 50.00% of the Covered Employee's elected amount. This amount may not exceed $125,000.00

Applicable to Class 6:
With Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 40.00% of the Covered Employee's elected amount.This amount may not exceed $60,000.00.
Without Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 50.00% of the Covered Employee's elected amount. This amount may not exceed $75,000.00

Applicable to Class 7:
With Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 40.00% of the Covered Employee's elected amount.This amount may not exceed $40,000.00.
Without Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 50.00% of the Covered Employee's elected amount. This amount may not exceed $50,000.00

Applicable to Class 8:

With Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 40.00% of the Covered Employee's elected amount.This amount may not exceed $20,000.00.
Without Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 50.00% of the Covered Employee's elected amount. This amount may not exceed $25,000.00

**CHILD**
Children (Age at Death):

Live birth, but under 26 years.

Applicable to Class 1:
With Dependent Spouse Accidental Death and Dismemberment coverage, an amount equal to 10.00% of the Covered Employee's elected amount. This amount may not exceed $55,000.00.
Without Dependent Spouse or Domestic Partner Accidental Death and Dismemberment coverage, an amount equal to 15.00% of the Covered Employee's elected amount. This amount may not exceed $82,500.00.

Applicable to Class 2:
With Dependent Spouse Accidental Death and Dismemberment coverage, an amount equal to 10.00% of the Covered Employee's elected amount. This amount may not exceed $45,000.00.
Without Dependent Spouse or Domestic Partner Accidental Death and Dismemberment coverage, an amount equal to 15.00% of the Covered Employee's elected amount. This amount may not exceed $67,500.00.

Applicable to Class 3:
With Dependent Spouse Accidental Death and Dismemberment coverage, an amount equal to 10.00% of the Covered Employee's elected amount. This amount may not exceed $35,000.00.
Without Dependent Spouse or Domestic Partner Accidental Death and Dismemberment coverage, an amount equal to 15.00% of the Covered Employee's elected amount. This amount may not exceed $52,500.00.

Applicable to Class 4:
With Dependent Spouse Accidental Death and Dismemberment coverage, an amount equal to 10.00% of the Covered Employee's elected amount. This amount may not exceed $30,000.00.
Without Dependent Spouse or Domestic Partner Accidental Death and Dismemberment coverage, an amount equal to 15.00% of the Covered Employee's elected amount. This amount may not exceed $45,000.00.

Applicable to Class 5:
With Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 40.00% of the Covered Employee's elected amount.This amount may not exceed $100,000.00.
Without Dependent Child Accidental Death and Dismemberment coverage, an amount equal to 50.00% of the Covered Employee's elected amount. This amount may not exceed $125,000.00

Applicable to Class 6:
With Dependent Spouse Accidental Death and Dismemberment coverage, an amount equal to 10.00% of the Covered Employee's elected amount. This amount may not exceed $15,000.00.
Without Dependent Spouse or Domestic Partner Accidental Death and Dismemberment coverage, an amount equal to 15.00% of the Covered Employee's elected amount. This amount may not exceed $22,500.00.

Applicable to Class 7:

With Dependent Spouse Accidental Death and Dismemberment coverage, an amount equal to 10.00% of the Covered Employee's elected amount. This amount may not exceed $10,000.00.
Without Dependent Spouse or Domestic Partner Accidental Death and Dismemberment coverage, an amount equal to 15.00% of the Covered Employee's elected amount. This amount may not exceed $15,000.00.

Applicable to Class 8:
With Dependent Spouse Accidental Death and Dismemberment coverage, an amount equal to 10.00% of the Covered Employee's elected amount. This amount may not exceed $5,000.00.
Without Dependent Spouse or Domestic Partner Accidental Death and Dismemberment coverage, an amount equal to 15.00% of the Covered Employee's elected amount. This amount may not exceed $7,500.00.

**Note:** The amount of Dependent Optional Accidental Death and Dismemberment Insurance may not exceed 50.00% of the amount of Employee Optional Accidental Death and Dismemberment Insurance in force on the Covered Employee.

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**ADDITIONAL ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE**

**Employee Seat Belt Benefit:**

Maximum Benefit Amount: 10.00% of Full Amount up to $25,000.00

**Employee Air Bag Benefit:**

Maximum Benefit Amount: 10.00% of Full Amount up to $10,000.00

**Applicable to Basic Insurance:**

Applicable to Class 1:

**Employee Disappearance Benefit:**

Maximum Benefit Amount: Full Amount up to $550,000.00

Applicable to Class 2:

**Employee Disappearance Benefit:**

Maximum Benefit Amount: Full Amount up to $450,000.00

Applicable to Class 3:

**Employee Disappearance Benefit:**

Maximum Benefit Amount: Full Amount up to $350,000.00

Applicable to Class 4:

**Employee Disappearance Benefit:**

Maximum Benefit Amount: Full Amount up to $300,000.00

Applicable to Class 5:

**Employee Disappearance Benefit:**

Maximum Benefit Amount: Full Amount up to $250,000.00

Applicable to Class 6:

**Employee Disappearance Benefit:**

Maximum Benefit Amount: Full Amount up to $150,000.00

Applicable to Class 7:

**Employee Disappearance Benefit:**

| | |
|---|---|
| Maximum Benefit Amount: | Full Amount up to $100,000.00 |

Applicable to Class 8:

**Employee Disappearance Benefit:**

| | |
|---|---|
| Maximum Benefit Amount: | Full Amount up to $50,000.00 |

**Applicable to Optional Insurance:**

Applicable to Class 1:

**Employee Disappearance Benefit:**

| | |
|---|---|
| Maximum Benefit Amount: | Full Amount up to $550,000.00 |

Applicable to Class 2:

**Employee Disappearance Benefit:**

| | |
|---|---|
| Maximum Benefit Amount: | Full Amount up to $450,000.00 |

Applicable to Class 3:

**Employee Disappearance Benefit:**

| | |
|---|---|
| Maximum Benefit Amount: | Full Amount up to $350,000.00 |

Applicable to Class 4:

**Employee Disappearance Benefit:**

| | |
|---|---|
| Maximum Benefit Amount: | Full Amount up to $300,000.00 |

Applicable to Class 5:

**Employee Disappearance Benefit:**

| | |
|---|---|
| Maximum Benefit Amount: | Full Amount up to $250,000.00 |

Applicable to Class 6, 7:

**Employee Disappearance Benefit:**

| | |
|---|---|
| Maximum Benefit Amount: | Full Amount up to $150,000.00 |

Applicable to Class 8:

**Employee Disappearance Benefit:**

| | |
|---|---|
| Maximum Benefit Amount: | Full Amount up to $50,000.00 |

**Reduction Formula**:

The amount of Life and Accidental Death and Dismemberment Insurance applicable to the Covered Employee's class of benefits will reduce at age 70 or older as follows:

| | |
|---|---|
| ages 70 & up: | to 50% |

Applicable to Dependent Optional Life Insurance:

at age 65: to 65%

Note: Spouse Optional Life Insurance will terminate at age 70.

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**Evidence of Insurability Requirements**

**Non-Medical Maximum:**

| | |
|---|---|
| Employee Optional Life Insurance Benefits: | $250,000.00 |
| Dependent Spouse Optional Life Insurance Benefits: | $50,000.00 |

**Annual Enrollment:**

| | |
|---|---|
| Employee Optional Life Insurance Benefits: | Any increases of more than two levels above the current benefit level will be subject to Evidence of Insurability. |

Any increases elected during Annual Enrollment will be subject to Evidence of Insurability if an Employee has previously been denied coverage. The Non-Medical Maximum will apply to any changes made during the Annual Enrollment Period.

| | |
|---|---|
| Dependent Spouse Optional Life Insurance: | Any increases of more than two levels above the current benefit level will be subject to Evidence of Insurability. |

**Family Status Change:**

| | |
|---|---|
| Employee Optional Life Insurance Benefits: | Any increases of more than two levels above the current benefit level will be subject to Evidence of Insurability. |

Any increases elected due to a Family Status Change will be subject to Evidence of Insurability if an Employee has previously been denied coverage. The Non-Medical Maximum will apply to any changes made due to a Family Status Change.

| | |
|---|---|
| Dependent Spouse Optional Life Insurance: | Any increases of more than two levels above the current benefit level will be subject to Evidence of Insurability. |

# SECTION 2 - DEFINITIONS

In this section Lincoln defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1. on a full-time basis and paid regular earnings;

2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

   a. at the Sponsor's usual place of business; or
   b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Lincoln Life Assurance Company of Boston, 100 Liberty Way, Suite 100, Dover, New Hampshire 03820-4695.

**"Annual Earnings"** means the Covered Person's annual rate of earnings from the Sponsor. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

**"Annual Enrollment Period"** or **"Enrollment Period"** means the period before each policy anniversary so designated by the Sponsor and Lincoln during which an Employee may enroll for coverage under this policy.

## SECTION 2 - DEFINITIONS
(Continued)

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

**"Confined"** means confinement in a hospital, skilled nursing facility or rehabilitation facility.

**"Covered Dependent"** means a Dependent whose coverage is in effect. It does not include a Dependent whose coverage has ended.

**"Covered Employee"** means a person in Active Employment insured under this policy.

**"Covered Person"** means an Employee in Active Employment or a Dependent insured under this policy.

**"Dependent"** means:

1. a Covered Employee's lawful spouse, including a legally separated spouse; and
2. a Covered Employee's unmarried children, who meet the age requirements shown in the Schedule of Benefits.

Children include the Covered Employee's own natural offspring, lawfully adopted children, and full-time students as defined by the school being attended. A child will be considered adopted on the date of placement in the Covered Employee's home.

Applicable to Optional Dependent Life Insurance:

They also include stepchildren, grandchildren including an eligible child's child, foster children or other children who are dependent on the Covered Employee for support and maintenance and living with the Covered Employee in a regular parent-child relationship.

Applicable to Optional Dependent Accidental Death and Dismemberment Insurance:

They also include stepchildren, grandchildren including an eligible child's child, foster children or other children who are dependent on the Covered Employee for support and maintenance and living with the Covered Employee in a regular parent-child relationship.

They also include children who, on and after the date on which insurance would otherwise end because of the children's age, are Continuously Disabled.

With respect to this provision, **"Continuously Disabled"** means a child who is incapable of self-sustaining employment because of mental or physical disabilities and is chiefly dependent on the Covered Employee for support and maintenance, or institutionalized because of mental or physical disabilities.

## SECTION 2 - DEFINITIONS
(Continued)

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Employee, if required, when enrolling for coverage. This form must be satisfactory to Lincoln.

**"Evidence of Insurability"** means a statement of proof of the Covered Person's medical history upon which acceptance for insurance will be determined by Lincoln.

## SECTION 2 - DEFINITIONS
(Continued)

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Employee's child, spouse or parent or for the Covered Employee's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Family Status Change"** means any one of the following events that may occur:

1. the Employee's marriage or divorce;
2. the birth of a child to the Employee;
3. the adoption of a child by the Employee;
4. the death of the Employee's spouse or child;
5. the commencement or termination of employment of the Employee's spouse;
6. the change from part-time employment to full-time employment by the Employee or the Employee's spouse;
7. the change from full-time employment to part-time employment by the Employee or the Employee's spouse;
8. the taking of unpaid leave of absence by the Employee or the Employee's spouse.

## SECTION 2 - DEFINITIONS
(Continued)

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1. if the Employee is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Lincoln.

2. if the Employee becomes eligible for insurance after the policy effective date, the period which ends 30 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes.

**"Non-Medical Maximum"** means an amount of insurance on a Covered Person which is not subject to Evidence of Insurability. The Non-Medical Maximum amounts are shown in the Schedule of Benefits. Any amounts of insurance in excess of the Non-Medical Maximums are subject to Evidence of Insurability. Evidence of Insurability will be at the Covered Employee's expense.

**"Physician"** means a person who:

1. is licensed to practice medicine and is practicing within the terms of his license; or

2. is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the treatment is received and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

## SECTION 2 - DEFINITIONS
(Continued)

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1. a claim form completed and signed (or otherwise formally submitted) by the Covered Employee or his beneficiary claiming benefits;

2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and

3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits;

4. a certified copy of a death certificate.

Proof must be submitted in a form or format satisfactory to Lincoln.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, and Amount of Insurance Benefit.

**"Sickness"** means disease or illness including related conditions and recurrent symptoms of the sickness. Sickness also includes pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

# SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Employee and Dependent Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

**Employee Coverage:**

If the Employee is in an eligible class he will qualify for insurance on the later of:

1. this policy's effective date; or
2. the day after he completes the Eligibility Waiting Period shown in the Schedule of Benefits.

**Dependent Coverage:**

If the Employee is eligible for Employee coverage he will be eligible for Dependent coverage on the later of:

1. the date he is eligible for Employee coverage if on that date he has a Dependent; or
2. the date he acquires a Dependent if on that date he is eligible for Employee coverage.

If both parents are Employees, only one will be eligible for Dependent coverage with respect to their Dependent children.

**Annual Enrollment Period**

During each Annual Enrollment Period, an Employee may keep his coverage at the same level or make any one of the following changes in coverage for the next policy year, subject to any Evidence of Insurability Requirements as shown in the Schedule of Benefits:

1. decrease his coverage;
2. increase his coverage including enrolling for the first time.

If an Employee fails to enroll for a change in his coverage option during any Annual Enrollment Period he will continue to be insured for the same coverage option during the next policy year, unless the Covered Employee experiences a Family Status Change.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Family Status Change**

When a Covered Employee experiences a Family Status Change, a Covered Employee may keep his coverage at the same level or make any one of the following changes in coverage, subject to any Evidence of Insurability Requirements as shown in the Schedule of Benefits:

1. decrease his coverage;

2. increase his coverage including enrolling for the first time.

The Covered Employee must apply for the change in coverage within 31 days of the date of the Family Status Change. Such changes in coverage must be due to or consistent with the reason that the change in coverage was permitted. A change in coverage is consistent with a Family Status Change only if it is necessary or appropriate as the result of the Family Status Change.

**Effective Date for Insurance Benefits**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Lincoln through the Sponsor in a form or format satisfactory to Lincoln.

**Employee Coverage:**

1. For non-contributory coverage not subject to Evidence of Insurability, the Covered Employee will be insured on his Eligibility Date.

2. For non-contributory coverage subject to Evidence of Insurability, the Covered Employee will be insured on the later of the date Lincoln gives approval or his Eligibility Date.

3. For contributory coverage not subject to Evidence of Insurability, the Covered Employee will be insured on the later of the date he makes application or his Eligibility Date, provided he makes application no later than 30 days after his Eligibility Date.

4. For contributory coverage subject to Evidence of Insurability, the Covered Employee will be insured on the later of the date Lincoln gives approval or his Eligibility Date, provided he makes application no later than 30 days after his Eligibility Date.

Evidence of Insurability will be at the Covered Employee's Expense.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Effective Date for Insurance Benefits** (Continued)

**Dependent Coverage:**

1. For contributory coverage not subject to Evidence of Insurability, the Covered Employee's Dependent will be insured on the later of the date the Covered Employee makes application or his Eligibility Date, provided he makes application no later than 30 days after his Eligibility Date.

2. For contributory coverage subject to Evidence of Insurability, the Covered Employee's Dependent will be insured on the later of the date Lincoln gives approval or his Eligibility Date, provided he makes application no later than 30 days after his Eligibility Date.

Evidence of Insurability will be at the Covered Employee's Expense.

**Increases or Decreases:**

Any increase in or addition to coverage will take effect on the date of the change.

Any decrease in or deletion of coverage will take effect on the date of the change.

Any such change applies to loss of life or accidental Injury that occurs on or after the effective date of the change.

**Delayed Effective Date for Employee Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

**Delayed Effective Date for Dependent Insurance**

If a Covered Dependent is Confined on the date the increase or addition is to take effect, it will take effect when the confinement ends.

# SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Family and Medical Leave**

A Covered Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1. the authorized leave is in writing;
2. the required premium is paid;
3. the Covered Employee's benefit level, or the amount of earnings upon which the Covered Employee's benefit may be based, will be that in effect on the date before said leave begins; and
4. continuation of coverage will cease immediately if any one of the following events should occur:
   a. the Covered Employee returns to work;
   b. this policy terminates;
   c. the Covered Employee is no longer in an eligible class;
   d. nonpayment of premium when due by the Sponsor or the Covered Employee;
   e. the Covered Employee's employment terminates.

**Leave of Absence**

The Sponsor may continue the Covered Employee's coverage(s) by paying the required premiums, if the Covered Person is granted an approved leave of absence.

The Covered Employee's coverage(s) will not continue beyond a period of six months for personal leaves of absence and a period of twelve months for military leaves of absence. In continuing such coverage(s) under this provision, the Sponsor agrees to treat all Covered Employees equally.

**Leave of Absence Due to Disability**

The Sponsor may continue the Covered Employee's coverage(s) by paying the required premiums, if the Covered Employee is granted an approved leave of absence due to a disability.

The Covered Employee's coverage(s) will not continue beyond a period of six months. In continuing such coverage(s) under this provision, the Sponsor agrees to treat all Covered Employees equally.

**Rehire Terms**

If a former Employee is re-hired by the Sponsor within 6 months of his termination date, all past periods of Active Employment with the Sponsor will be used in determining the re-hired Employee's Eligibility Date. If a former Employee is re-hired by the Sponsor more than 6 months after his termination date, he is considered to be a new Employee when determining his Eligibility Date.

# SECTION 4 - INSURANCE BENEFITS

## EMPLOYEE LIFE INSURANCE

**Benefits**

When Lincoln receives satisfactory Proof of the Covered Employee's death, Lincoln will pay the proceeds of the Life Insurance in force on the Covered Employee's life under this policy. The benefit payable is shown in the Schedule of Benefits.

**Conversion Privilege**

**Conversion Privilege at Individual Termination or Reduction of Benefits:**

If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy. Conversion is subject to the following conditions:

1. within 31 days after coverage ends or is reduced, the Covered Employee must make written application to Lincoln and pay the first premium payment.

2. the individual policy will be issued without Evidence of Insurability. It will contain Life Insurance benefits only. The policy will be one then being offered by Lincoln. The premium due will be based on the premium schedule of Lincoln's conversion policy that applies to the Covered Employee's class of risk and age at the birthday nearest to the effective date of the individual policy.

The individual policy will be effective 31 days after the Covered Employee's group coverage ends.

**Conversion Privilege at Class or Policy Termination:**

If coverage ends for all employees or for a Covered Employee's class, the Covered Employee is entitled to a limited conversion privilege. The Covered Employee must have been covered for at least 5 years. The Covered Employee must apply for the individual policy in the same manner as described above. The amount the Covered Employee may convert is limited to the lesser of:

1. the amount the Covered Employee was covered for on the date the group coverage terminated less any group insurance he becomes eligible for within 31 days; or

2. $2,000.

The individual policy will be effective 31 days after the Covered Employee's group coverage ends.

**Death Within the 31 Days Allowed for Conversion:**

If a Covered Employee dies within the 31 days allowed for conversion, Lincoln will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy. Any premiums paid for a converted policy will be refunded.

## SECTION 4 - INSURANCE BENEFITS
(Continued)

**EMPLOYEE LIFE INSURANCE COVERAGE** (Continued)

**Accelerated Death Benefit**

**Note:** The receipt of an Accelerated Death Benefit may be taxable. A Covered Employee should consult his tax consultant or legal advisor before applying for an Accelerated Death Benefit.

If, while insured under this policy, a Covered Employee gives Lincoln satisfactory Proof of having a Terminal Condition, the Covered Employee may receive a portion of his Life Insurance as an Accelerated Death Benefit. Such insurance will be paid one time to the Covered Employee in one lump sum.

The amount of Accelerated Death Benefit payable under this policy is limited to the lesser of the following:

1. the Accelerated Death Benefit amount requested by the Covered Employee;

2. 75.00% of the Covered Employee's Life Insurance that is in force on the date the Covered Employee applies for an Accelerated Death Benefit; or

3. $500,000.00.

If the amount of a Covered Employee's Life Insurance under this policy is scheduled to reduce within 12 months following the date the Covered Employee applies for the Accelerated Death Benefit, the benefit payable under this policy will be based on the reduced amount.

**Application for an Accelerated Death Benefit**

A Covered Employee must apply for an Accelerated Death Benefit. To apply, the Covered Employee must give Lincoln:

1. certification, from a Physician, that he has a Terminal Condition, as defined by this policy;
2. supporting evidence satisfactory to Lincoln, documenting the Terminal Condition;
3. a completed claims form.

## SECTION 4 - INSURANCE BENEFITS
(Continued)

**EMPLOYEE LIFE INSURANCE COVERAGE** (Continued)

**Accelerated Death Benefit** (Continued)

**Application for an Accelerated Death Benefit** (Continued)

During the pendency of a claim, Lincoln may, at its own expense, have a Physician examine the Covered Employee.

If the Covered Employee has assigned all or a portion of the Life Insurance under this policy or named an irrevocable beneficiary, the Covered Employee must also give Lincoln a signed written consent form from the assignee or irrevocable beneficiary.

The Accelerated Death Benefit will be payable upon receipt of satisfactory Proof of a Terminal Condition; and signed written consent from an assignee or irrevocable beneficiary, if required.

With respect to this provision **"Terminal Condition"** means a condition:
1. which is expected to result in the Covered Employee's death within 12 months; and
2. from which there is no reasonable prospect of recovery.

**Effect on Insurance**

The amount of a Covered Employee's Life Insurance will be reduced by the amount paid as an Accelerated Death Benefit. Premiums, if any, for the remaining portion of a Covered Employee's Life Insurance will be based on the amount of the remaining Life Insurance in effect after payment of the Accelerated Death Benefit. All other terms and provisions of this policy will apply to the remaining portion. Receipt of an Accelerated Death Benefit does not affect any Accidental Death or Dismemberment insurance benefit in force on a Covered Employee's life.

**Exceptions**

No Accelerated Death Benefit will be paid if:
1. the Covered Employee is required by a court of law to exercise this option to satisfy a claim of creditors, whether in bankruptcy or otherwise;
2. the Covered Employee is required by a governmental agency to exercise this option in order to apply for, receive, or continue a government benefit or entitlement;
3. all or a part of a Covered Employee's insurance must be paid to the Covered Employee's children or spouse or former spouse as part of a divorce decree, separate maintenance agreement or property settlement agreement;
4. the Covered Employee is married and lives in a community property state, unless the Covered Employee's spouse has given Lincoln signed written consent; or
5. the Covered Employee has previously received an Accelerated Death Benefit under this policy or any other group policy held by the Sponsor.

# SECTION 4 - INSURANCE BENEFITS
(Continued)

**DEPENDENT LIFE INSURANCE**

**Benefits**

When Lincoln receives satisfactory Proof of the Covered Dependent's death, Lincoln will pay to the Covered Employee the amount in force on such Covered Dependent's life under this policy. The Dependent Life Insurance benefit will be paid in one sum. It is shown in the Schedule of Benefits.

**Conversion Privilege**

**Conversion Privilege at Individual Termination or Reduction of Benefits:**

If a Covered Dependent's coverage ends because:

1. of the Covered Employee's death; or
2. the Covered Employee's employment in an eligible class for Dependent Life Insurance ends,

the Covered Employee's Covered Dependent spouse may convert Dependent Life Insurance to an individual policy. Within 31 days after coverage ends, the Covered Dependent spouse must make written application to Lincoln and pay the first premium payment. The individual policy will contain Life Insurance benefits only. The policy will be one then being offered by Lincoln. Evidence of Insurability will not be required.

**Conversion Privilege at Class or Policy Termination:**

If a Covered Dependent's coverage ends because:

1. coverage ends for all employees; or
2. coverage ends for all employees in the Covered Employee's eligible class,

the Covered Dependent spouse is entitled to a limited conversion privilege. The Covered Employee must be entitled to convert to an individual policy in order for his Covered Dependent spouse to have this limited privilege. Conversion must be applied for in the same way as stated above. The amount the Covered Dependent spouse may convert is limited to the lesser of:

1. the amount the Covered Dependent spouse was covered for on the date coverage ended less any group insurance he becomes eligible for within 31 days; or
2. $2,000.

The individual policy will become effective 31 days after the Covered Dependent spouse's coverage ends.

**Death Within the 31 Days Allowed for Conversion:**

Dependent Life Insurance is payable if a Covered Dependent spouse dies during this period. The amount payable is the amount the Covered Dependent spouse was entitled to convert. Such insurance will be paid under this policy. Any premium paid for an individual policy will be refunded.

## SECTION 4 - INSURANCE BENEFITS
(Continued)

**EMPLOYEE AND DEPENDENT ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE**

**Benefits**

Accidental Death and Dismemberment benefits are payable when a Covered Person suffers a loss solely as the result of accidental Injury that occurs while covered. The loss must occur within 365 days after the date of the accident. The benefit payable is called the Full Amount. It is shown in the Schedule of Benefits.

| Loss Schedule: | Benefit Payable: |
|---|---|
| Life | Full Amount |
| Both Hands or Both Feet | Full Amount |
| Sight of Both Eyes | Full Amount |
| One Hand and One Foot | Full Amount |
| One Hand and Sight of One Eye | Full Amount |
| One Foot and Sight of One Eye | Full Amount |
| Speech and Hearing in Both Ears | Full Amount |
| One Hand or One Foot | One-half Full Amount |
| Sight of One Eye | One-half Full Amount |
| Speech or Hearing in Both Ears | One-half Full Amount |
| Thumb and Index Finger of the Same Hand | One-quarter Full Amount |
| Quadriplegia | Full Amount |
| Paraplegia | Three- Quarters Full Amount |
| Hemiplegia | One-half Full Amount |
| Diplegia | One-half Full Amount |
| Monoplegia | One-quarter Full Amount |

Payment is made for loss due to each accident without regard to loss resulting from any prior accident. In no event may the total amount payable for all losses due to any one accident exceed the Full Amount.

Loss of hands or feet means complete severance through or above the wrist or ankle joint.

Loss of sight, speech or hearing must be total and irrecoverable.

Loss of thumb and index finger means that all of the thumb and index finger are cut off at or above the joint closest to the wrist. This benefit is not payable if a benefit is payable for the loss of the same entire hand.

Quadriplegia means the total and permanent paralysis of both upper and lower limbs.
Paraplegia means the total and permanent paralysis of both lower limbs.
Hemiplegia means the total and permanent paralysis of the upper and lower limbs on one side of the body.
Diplegia means the total and permanent paralysis of both arms.
Monoplegia means the total and permanent paralysis of one arm or one leg.

# SECTION 4 - INSURANCE BENEFITS
(Continued)

**ADDITIONAL ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE**

**Benefits**

**Seat Belt Benefit**

Lincoln will pay an additional benefit if accidental death was caused by an Automobile accident while the Covered Person was driving or riding in an Automobile and the Covered Person was covered by this policy. The benefit is payable if the Covered Person was wearing a Seat Belt at the time of the accident. The benefit payable is shown in the Schedule of Benefits.

Lincoln must be given satisfactory written Proof that the Covered Person's death resulted from an Automobile accident while wearing a Seat Belt. A copy of the police accident report should be submitted with the claim.

No benefit will be paid if the Covered Person was the driver of the Automobile and did not hold a current valid driver's license.

**Air Bag Benefit**

Lincoln will pay an additional benefit if accidental death was caused by an Automobile accident while the Covered Person was driving or riding in an Automobile and the Covered Person was covered by this policy. The benefit is payable if the Covered Person was wearing a Seat Belt at the time of the accident and was seated behind a properly installed Air Bag. The benefit payable is shown in the Schedule of Benefits.

Lincoln must be given satisfactory written Proof that the Covered Person's death resulted from an Automobile accident while wearing a Seat Belt and the Automobile was equipped with an Air Bag directly in front of the Covered Person. A copy of the police accident report should be submitted with the claim.

No benefit will be paid if the Covered Person was the driver of the Automobile and did not hold a current valid driver's license.

With respect to this provision, **"Air Bag"** means the passive restraint device in an Automobile which inflates automatically upon collision to provide protection in Automobile accidents. The Air Bag must meet the Federal Vehicle Safety Standards of the National Highway Traffic Safety Administration and be installed by the manufacturer.

With respect to this provision, **"Automobile"** means a private passenger motor vehicle licensed for use on public highways.

With respect to this provision, **"Seat Belt"** means a combination lap and shoulder restraint system that must meet the Federal Vehicle Safety Standards of the National Highway Traffic Safety Administration and be installed by the manufacturer. A Seat Belt will include a lap belt alone, but only if the Automobile did not have a combination lap and shoulder restraint system when manufactured. Seat Belt does not include a shoulder restraint alone.

## SECTION 4 - INSURANCE BENEFITS
(Continued)

**ADDITIONAL ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE** (Continued)

**Benefits** (Continued)

**Exposure Benefit**

Lincoln will pay a benefit to the Covered Person or beneficiary in the event the Covered Person suffers a loss from exposure to the elements of nature by reason of a covered Injury. The benefit payable is shown on the Loss Schedule in the Accidental Death and Dismemberment provision.

**Disappearance Benefit**

Lincoln will pay a benefit to the beneficiary in the event the body of the Covered Person is not found within 365 days after the disappearance, sinking or wrecking of a public conveyance in which the Covered Person was known to be a fare-paying Passenger. The Covered Person will be presumed to have died resulting from Injury caused by an accident. The benefit payable is equal to the Full Amount payable under Accidental Death and Dismemberment shown in the Schedule of Benefits.

With respect to this provision, **"Passenger"** is defined as an individual other than a pilot, operator or crew member who is riding in or on, boarding, or dismounting from a public conveyance.

## SECTION 4 - INSURANCE BENEFITS
(Continued)

**WAIVER OF PREMIUM FOR TOTAL DISABILITY**

If a Covered Employee becomes Totally Disabled while insured under this policy he may be eligible for continued Life Insurance coverage without premium payment, provided that:

1. he becomes Totally Disabled while insured under this policy and before age 65;
2. within one year from the date he is no longer in Active Employment Lincoln receives initial Proof that his Total Disability has continued for 6 months (initial Proof); and
3. during the three months before each anniversary of receipt of initial Proof, Lincoln receives Proof of continuation of Total Disability.

In addition, Lincoln, at its own expense, may request the Covered Employee to be examined by a Physician chosen by Lincoln. After the benefit has been continued for two years under this provision, Lincoln will not require an examination more than once a year.

When Proof of Total Disability has been approved, premiums will be waived beginning the later of:

1. the date Lincoln gives approval; or
2. 6 months from the date the Covered Employee is no longer in Active Employment due to Total Disability.

Accidental Death and Dismemberment and Dependent coverage will not be continued during the Covered Employee's period of Total Disability.

The Life Insurance benefit continued under this provision will be the amount in force on the Covered Employee's life under this policy on the date the Covered Employee is no longer in Active Employment due to Total Disability, subject to any reductions provided by any part of this policy. The amount continued will not include any part of the Covered Employee's Life Insurance that he converted to an individual policy unless he was Totally Disabled when he applied to convert and he returns the converted policy to Lincoln without claim other than for a refund of the premiums.

If the Waiver of Premium provision has been denied, the Covered Employee may convert his Life Insurance benefit as provided in the Conversion Privilege.

A Covered Employee's continued Life Insurance coverage under this provision will end on the earliest of the date when:

1. he recovers and ceases to be Totally Disabled;
2. he returns to Active Employment;
3. he refuses to have an examination by a Physician chosen by Lincoln or fails to give satisfactory Proof of continuation of Total Disability;
4. 90 Days after the date Lincoln mails the Covered Employee a request for additional Proof of loss, Lincoln does not receive such Proof;
5. he reaches age 65;
6. the date he begins receiving a benefit from a retirement or pension plan; or
7. the date the Sponsor classifies him as retired.

## SECTION 4 - INSURANCE BENEFITS
(Continued)

**WAIVER OF PREMIUM FOR TOTAL DISABILITY**

If continued Life Insurance coverage under this provision ends or reduces, the Covered Employee may convert his Life Insurance benefit as provided in the Conversion Privilege. Dependent coverage may be converted as allowed within this policy.

If the Covered Employee dies within one year from the date he is no longer in Active Employment due to Total Disability, Lincoln will pay the Life Insurance benefit provided satisfactory Proof of continuous Total Disability until death is given to Lincoln within one year after death.

If this policy terminates before the Covered Employee has received approval of waiver of premium, he is eligible to convert to an individual policy until such approval has been received. If this policy terminates after approval for waiver of premium, coverage will continue as if this policy continued to be in force.

With respect to this provision, **"Total Disability"** or **"Totally Disabled"** means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.

With respect to this provision, **"Material and Substantial Duties"** means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.

With respect to this provision, **"Any Occupation"** means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

## SECTION 4 - INSURANCE BENEFITS
(Continued)

**PORTABLE GROUP TERM LIFE INSURANCE**

If any of a Covered Person's coverage under this Policy ends, he may be eligible to continue all or a part of the amount that ends, less any amount converted to an individual policy as provided in the Conversion Privilege, subject to any minimum and maximum amounts specified in this provision, as portable group term life insurance. The coverage must end because the Covered Employee is no longer in an eligible class or is no longer in Active Employment.

If a Covered Employee is eligible for portable group term life insurance, he may also elect portable group term life insurance on his Covered Dependent spouse or Dependent child whose coverage under this policy ends. A Covered Dependent is eligible to directly apply for portable group term life insurance if they no longer satisfy the definition of Dependent under the policy.

Portable group term life insurance is not available if coverage ends because this policy terminates, or if any life insurance under this policy will be continued on a waiver of premium basis.

A Covered Person is eligible to apply for portable group term life insurance if he has no Injury or Sickness that has a material effect on his life expectancy.

An Injury or Sickness that has a material effect on life expectancy means a condition that, according to generally accepted medical opinion, may contribute to or result in death within the next 5 years. Some examples include cancers and lung diseases.

Any Covered Person is eligible for portable group term Life Insurance if:

1. he is under age 65;

2. he is a citizen or legal resident of the United States or Canada; and

3. he is not a full-time member of the armed forces of any country.

To apply for portable group term life insurance, a Covered Person must, within 31 days of the date a Covered Person ceases to be eligible for coverage under this policy submit a completed portable group term life insurance application along with the first premium payment and any required application fee to Lincoln at the address shown on the application.

If a Covered Person is applying for coverage his portable group term life insurance will be effective at 12:01 A.M. Standard Time on the day after coverage under this policy ends as long as any required Evidence of Insurability is approved. A Covered Person is responsible for the expense of securing supporting information to satisfy Evidence of Insurability.

The policy available will be one then being offered by Lincoln as portable group term life insurance. The premium due will be based on Lincoln's then current rate for such policies that apply to the Covered Employee, Covered Dependent spouse and Covered Dependent child's class of risk and age at birthday nearest to the effective date of portable group term life insurance.

The amount of portable group term life insurance may be decreased at any time. Once elected, the amount of portable group term life insurance may be increased annually, subject to Evidence of Insurability and Policy maximums.

COVERED EMPLOYEE PORTABLE GROUP TERM LIFE INSURANCE

The amount of portable group term life insurance a Covered Employee may apply for is subject to the following limits:

1. the maximum amount is equal to the lesser of:

   a. the amount of insurance that terminated under this policy; or
   b. $500,000.00.

2. the minimum amount is $10,000.00.

This amount is subject to any reductions due to age that may be contained in the portable group term life insurance policy.

DEPENDENT SPOUSE PORTABLE GROUP TERM LIFE INSURANCE

The amount of portable group term life insurance a Covered Dependent spouse may apply for is subject to the following limits:

1. the maximum amount is equal to the lesser of:

   a. the amount of insurance that terminated under this policy; or
   b. $500,000.00.

2. the minimum amount is $5,000.00.

This amount is subject to any reductions due to age that may be contained in the portable group term life insurance policy.

DEPENDENT CHILD PORTABLE GROUP TERM LIFE INSURANCE

An eligible person may apply for portable group term life insurance for their Dependent child, subject to the following limits:

1. the maximum amount is equal to the lesser of:

   a. the amount of insurance that terminated under this policy; or
   b. $100,000.00.

2. the minimum amount is $2,500.00.

This amount is subject to any reductions due to age that may be contained in the portable group term life insurance policy.

# SECTION 5 - EXCLUSIONS

## LIFE INSURANCE EXCLUSIONS

No benefits are payable for any loss for death that results from, is contributed to or caused by:

1. suicide occurring within 24 months after the Covered Person's initial effective date of insurance with the Sponsor; and

2. suicide occurring within 24 months after the date any increases or additional insurance become effective for the Covered Person under this Policy.

The suicide exclusion will apply to any amounts of insurance for which the Covered Person pays all or part of the premium.

The suicide exclusion will also apply to any amount that is subject to Evidence of Insurability Lincoln approved.

# SECTION 5 - EXCLUSIONS
(Continued)

**ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS**

No benefits are payable for any loss that is contributed to or caused by:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries, while sane or insane;
3. suicide, or suicide attempt, while sane or insane;
4. active Participation in a Riot;
5. committing or attempting to commit a felony or misdemeanor;
6. disease, bodily or mental illness (or medical or surgical treatment thereof);
7. infections, except septic infections of and through a visible wound;
8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;
9. serving full-time active duty in the Armed Forces of any country or international authority;
10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or
11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred; or
12. hazardous sports, including but not limited to, motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving

No benefit will be payable for any loss suffered as a result of Accidental Injury during any period of incarceration.

With respect to this provision, **"Participation"** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **"Riot"** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

# SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2. the date the Covered Employee is no longer in an eligible class;

3. the date the Covered Employee's class is no longer included for insurance;

4. the last day for which any required Employee contribution has been made;

5. the date employment (status as an active Employee) or eligibility ends for any reason; or

6. the date the Covered Employee ceases to be in Active Employment due to a labor dispute, including any strike, work slowdown, or lockout.

Lincoln reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

## SECTION 6 - TERMINATION PROVISIONS
(Continued)

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Lincoln at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Lincoln for all premiums due and unpaid for the full period for which this policy is in force.

3. Lincoln may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

   a. the number of Employees insured is fewer than 10; or
   b. the Sponsor fails:
      i. to furnish promptly any information which Lincoln may reasonably require; or
      ii. to perform any other obligations pertaining to this policy.

4. Lincoln may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Lincoln will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Lincoln.

# SECTION 7 - GENERAL PROVISIONS

**Appeal Process**

Lincoln will notify in writing any Covered Person or beneficiary whose claim is denied in whole or part. That written notice will explain the reasons for denial. If the claimant does not agree with the reasons given, he may request an appeal of the claim. To do so, the claimant should write to Lincoln within 60 days after the notice of denial was received. The claimant should state why he believes the claim was improperly denied. Any data, questions or comments that the claimant thinks are appropriate should be included. Unless Lincoln requests additional material in a timely fashion, the claimant will be advised of Lincoln's decision within 60 days after his or her letter is received.

**Assignment**

The coverage under this policy is not assignable by the Sponsor without Lincoln's written consent. A Covered Employee may assign all of his present and future right, title, interest, and incidents of ownership of:

1. any Life Insurance;
2. any disability provision of Life Insurance; and
3. any Accidental Death and Dismemberment Insurance under this policy.

Such assignment will include, but is not limited to, the rights:

1. to make any contribution required to keep the coverage in force;
2. to exercise any conversion privilege; and
3. to change the beneficiary.

**Beneficiary**

Each Covered Employee must name a beneficiary to whom the insurance benefits under this policy are payable. If more than one beneficiary is named and if their interests are not specified, any surviving Beneficiaries will share equally.

If, at the death of a Covered Employee, there is no named or surviving beneficiary, Lincoln will pay the benefits to the executor or administrator of the Covered Employee's estate. Lincoln may, at its option, pay the benefits to a surviving relative in the following order: spouse, child, parent, sibling. Such payment will release Lincoln of all further liability to the extent of payment.

A Covered Employee may change his beneficiary at any time by written request. Lincoln or the Sponsor will provide a form for that purpose. Any change of beneficiary will take effect when the Sponsor receives the written request whether or not the Covered Employee is alive at that time. Such change will relate back to the date of the request. Any change of beneficiary will not apply to any payment made before the request was received by the Sponsor.

**Conformity with State Statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this policy is hereby amended to conform to the minimum requirements of such statute.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Employee's Certificate**

Lincoln will provide a Certificate to the Sponsor for delivery to Covered Employees. It will state:

1. the name of the insurance company and the policy number;
2. a description of the insurance provided;
3. the method used to determine the amount of benefits;
4. to whom benefits are payable;
5. limitations or reductions that may apply;
6. the circumstances under which insurance terminates; and
7. the rights of the Covered Person upon termination of this policy.

If the terms of a Certificate and this policy differ, this policy will govern.

**Entire Contract - Policy Changes**

1. This policy is the entire contract. It consists of:

   a. all of the pages;
   b. the attached signed Application of the Sponsor; and
   c. if contributory each Employee's signed application for insurance.

2. This policy may be changed in whole or in part. Only an officer of Lincoln can approve a change to the policy. The approval must be in writing and endorsed on or attached to this policy.

3. No other person, including an agent, may change this policy or waive any part of it.

**Examination**

Lincoln, at its own expense, has the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Lincoln. This right may be used as often as reasonably required. Lincoln may also require an autopsy unless prohibited by law.

**Facility of Payment**

If a beneficiary or Covered Person is a minor or is physically or mentally incapable of giving a valid release for payment, Lincoln, at its option, may make payment not to exceed $2,000.00 to a party who appears to have assumed responsibility for the care and support of such person. Lincoln will only make such payment until claim is made by a guardian of the estate of the beneficiary or the Covered Person. Such payment will release Lincoln of all further liability to the extent of payment.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Furnishing of Information - Access to Records**

1. The Sponsor will furnish at regular intervals to Lincoln:

   a. information relative to Employees:

      i. who qualify to become insured;
      ii. whose amounts of insurance change; and/or
      iii. whose insurance terminates.

   b. any other information about this policy that may be reasonably required.

   The Sponsor's records which, in the opinion of Lincoln, have a bearing on the insurance will be opened for inspection at any reasonable time.

2. Clerical error or omission will not deprive an Employee of insurance.

**Incontestability**

This policy will not be contested, except for nonpayment of premium, after it has been in force for two years from the date of issue. The coverage of any Covered Person shall not be contested, except for nonpayment of premium, on the basis of a statement made relating to insurability of the Covered Person after such coverage has been in force for two years during the Covered Person's lifetime.

In the absence of fraud, any statements in any application will be deemed representations and not warranties. No representation made by:

1. the Sponsor in applying for this policy will make it void unless the representation is contained in the Sponsor's signed Application; or

2. any Covered Person in enrolling for insurance under this policy will be used to reduce or deny a claim unless the representation is contained in an application signed by him and such application is given to him or his beneficiary.

**Interpretation of the Policy**

Lincoln shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder. Lincoln's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive.

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:

1. until 60 days after Proof of claim has been given; or

2. more than three years after the time Proof of claim is required.

Legal actions are contingent upon first having followed the Claims and Appeals procedure outlined in this policy.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Misstatement of Age**

If a Covered Person's age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon the Covered Person's age, the amount of the benefit will be the amount the Covered Person would have been entitled to if his correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Lincoln is advised of the error.

**Notice and Proof of Claim**

1. **Notice**

   a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.

   b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.

2. **Proof**

   a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the date of loss.

   b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

**Optional Methods of Settlement**

Benefits are usually payable in one sum. However, the Covered Person may elect in writing to have the proceeds paid through an installment program offered by Lincoln. If the Covered Person makes no such election, his beneficiary may do so at the Covered Person's death.

Any installments remaining after the death of the payee will be paid as directed in the election of this option. Such direction is subject to the approval of Lincoln.

**Payment of Benefits**

All benefits are payable when Lincoln receives written satisfactory Proof of loss. Benefits for loss of life of the Covered Employee are paid to the beneficiary. Benefits for loss of life of the Covered Dependent are paid to the Covered Employee. Benefits for other losses are paid to the Covered Employee.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Right of Recovery**

Lincoln has the right to recover any overpayment of benefits caused by, but not limited to, the following:

1. fraud;
2. any error made by Lincoln in processing a claim; or
3. any error made in the eligibility or administration of this policy by the Sponsor.

Lincoln may recover an overpayment by, but not limited to, the following:

1. requesting a lump sum payment of the overpaid amount;
2. reducing any benefits payable under this policy; or
3. taking any appropriate collection activity available including any legal action needed.

It is required that full reimbursement be made to Lincoln.

**Workers' Compensation**

This Policy and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

# SECTION 8 - PREMIUMS

**Premium Rates**

Lincoln has set the premiums that apply to the coverage(s) provided under this policy. Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 36 months except that Lincoln may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1. a change occurs in the policy design;
2. a division, subsidiary or Associated Company is added to or deleted from this policy;
3. when the number of Covered Persons changes by 15.00% or more from the number insured on this policy's effective date; or
4. a change in existing law which affects this policy.

Lincoln may, upon notice to the Sponsor, set new premium rates to become effective on or at any time after the first anniversary date of this policy. However, no premium may be changed unless Lincoln notifies the Sponsor at least 31 days in advance. Premium changes may take effect on an earlier date when both Lincoln and the Sponsor agree.

**Payment of Premiums**

1. All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Lincoln's Administrative Office, or to Lincoln's agent. The due dates are specified on the first page of this policy.
2. All payments made to or by Lincoln shall be in United States dollars.
3. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.
4. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only. It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.
5. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.
6. Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:
   a. the current policy year; and
   b. the immediately preceding policy year.

## SECTION 8 - PREMIUMS
(Continued)

**Grace Period**

A grace period of 31 days will be allowed for the payment of premium after a premium due date other than the first. No interest will be charged. During this period this policy will continue in force. But, if the Sponsor gives Lincoln written notice to terminate the policy on an earlier date, then this policy will end on such earlier date. The Sponsor must pay the pro rata premium for the time the policy was in force during the grace period.

# Office DEPOT OfficeMax

## complimentary fax cover sheet

number of pages including cover sheet: 22

attention to: John Visaysouk date:

company: from:

phone #: company:

fax #: 603 334 9124 senders phone #:

comments: My Physican Faxed Their part to you last week

By sending this fax at Office Depot, Inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, Inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot Inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| local first page | long distance first page | international first page |
|---|---|---|
| $1.89 833071 | $2.49 833081 | $7.99 833191 |
| local additional page | long distance additional page | international additional page |
| $1.69 456687 | $2.19 833091 | $3.99 833201 |

depot|max store####
1234 print lane
angel grove, ca 12345
p: 123.456.7890 f: 123.456.7890
ods####cpc@officedepot.com

Office DEPOT OfficeMax

rev 10/2/15

PAGE 1/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

# Workers' Compensation INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

Return To: John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg

CLAIM NO: 9832837

EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: ____

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: 6-5-2011
2. Location of Injury (please provide complete address): ____
3. Description of Injury/Sickness (please include copy of accident report): wear & tear from a prior work related injury.
4. Please provide the name of your Employer:
   - Company Name: Acadian Ambulance Service Inc
   - Address: 1018 Bond Street Houma, LA. 70360
   - Supervisor Name: Sydney Doxey Telephone: (985) 209-5400
5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:
   - Insurance Carrier: Enstar ~~Gennifer~~ ~~weidemiller~~ to my Claims adjuster
   - Address: P.O. Box 100239 Columbia, SC. 29202-3239
   - Telephone: (803) 462-7536 or (386) 218-6449
   - Claim Representative: Jennifer weidemiller
6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?
   Yes ☐ No ☑
   If "Yes": Weekly Benefit Amount $ ____
   Claim No.: ____
7. Are you using the services of an attorney?
   Yes ☐ No ☑
   If "Yes": Name: ____
   Address: ____
   Telephone: ( ) ____

SIGNATURE: Teresa C Lundberg DATE: 3-8-20

DP 539D – Rev. 12/02

PAGE 2/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

3. Company: Pan American Life Ins Department: Claims Dept From: 12/1996 To: 2/1998
Job Title(s): Secretary, File Clerk
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): answer a multi-line phone, answer insurance claim questions; open & process/mail services; file insurance claims for claims adjuster.

4. Company: Stanocola Medical Clinic Department: File room From: 1992 To: 1996
Job Title(s): File clerk
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): locate and file manually medical charts for physicians patients; file medical charts after their appointments

5. Company: Manhattan Hairlines Department: Salon From: 1985 To: 1991
Job Title(s): Stylist; Chemical expert, receptionist
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): answered phone & made appointment for other hairstylists. worked the cash register for retail sales & customers hair styles cut, shampoo, perms & color work on a busy clientell services

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☑ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☑ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: | | |
| Photo Software | ☑ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☑ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☑ 3+ hours

Keyboarding/Typing Experience: ☑ Yes ☐ No If yes, WPM (words per minute) ?
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: tlundberg31@gmail.com Work: internet @ wk is blocked for any external companies.

SIGNATURE: Teresa C Lundberg PHONE NO:



PAGE 3/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: Paramedic Certificate Program completed: yes

Associates Degree: —— College: number of years:

Bachelor's Degree: BA /BS Major: —— Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:

Professional Training, License, Certificates(s): Paramedic

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school:

List any other Training or Classes Attended or Plan to Attend:

Primary language spoken: English Other language(s) spoken fluently:

Additional Skills, Hobbies & Volunteer Work

Did you serve in the Armed Forces? ☐ Y ☑ N From: To:

Branch of Service: Specialty:

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Acadian Ambulance Department: Field From: 3-5-01 To: Present
Job Title(s): Paramedic
Supervisory Experience ☐ Y ☑ N
Tasks/Duties/Physical Requirements (please be specific): See attached

2. Company: Louisiana Cardiology Department: Clerical From: 2/1998 To: 2/2001
Job Title(s): Operator; medical records clerk
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): answer a multi-line phone; make appointments for sev. doctor; receive
make calls for physicians, file Medical records;



PAGE 4/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

Lincoln Financial Group®

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Teresa Lundberg Date of Birth

Employer: Acadian Ambulance Services,inc Policy/Plan Sponsor No. 09 - LF0211

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) Teresa C. Lundberg

(Address) 147 D. Dupre St. Houma, LA. 70364

(Date) 3-8-20

***Please retain a copy for your records or one can be provided upon request.***

PAGE 5/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

# REIMBURSEMENT AGREEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

Please complete, sign, and return a copy to Lincoln Financial Group.

[redacted]

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Teresa Lundberg** ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

3-8-20
(Date)

Teresa C. Lundberg
(Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return to:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: [illegible]

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ✓ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Kassi Lynn Lundberg | [illegible] | n/A | no | 2011 |
| Ryan Emmett Lundberg | [illegible] | n/A | no | 2015 |
| Thomas Claude Lundberg | [illegible] | n/A | no | 2017 |
| B[illegible] M[illegible] L[illegible] | [illegible] | n/A | no | 2027 |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Teresa C. Lundberg Date: 3-8-20

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return to:** John Visaysouk

**EMPLOYEE/CLAIMANT NAME:** Teresa Lundberg **CLAIM #:** 9832837
**EMPLOYER:** Acadian Ambulance Services,inc **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.) Lundberg Teresa C
Social Security #
Email Address
Street Address
City
State
Zip Code
Telephone Number (include area code)
Cell Phone Number (include area code)
Marital Status S
Spouse's Full Name and Date of Birth
Number of Children 3
Dates of Birth of Children

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Steve Hebert Relationship to you? friend Tel

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? no

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. no

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. no

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Teresa C. Lundberg

**DATE:** 3-8-20 **EMPLOYEE'S SIGNATURE:** Teresa C Lundberg

PAGE 8/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

SIGNATURE: Teresa C Lundberg DATE: 3-8-20

PAGE 9/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Jenny Templet MD
Specialty: PCP
Address: Family Doctor Clinic
804 S. Acadia Rd. Thibodaux, LA 70301
Telephone No.: (985)446-2180 Fax No.: ( )

Name: Kevin McCarthy (Bone & Joint Clinic)
Specialty: Spine Specialist
Address: 7301 Hennessy Blvd
Baton Rouge, LA. 70808
Telephone No.: (225) 766-0059 Fax No.: ( )

Name: ~~[illegible]~~ The Spine Hosp of LA.
Specialty: Surgery
Address: 10105 Park Rowe Ave
Baton Rouge, LA. 70810
Telephone No.: (225) 763-9900 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Enstar Group
Specialty: Workers Comp Carrier
Address: Jennifer Weidemiller (Claims Examiner) P.O. Box 100239 Columbia, SC 29202-3239
Telephone No.: (803)462-7536 Fax No.: (803) 3107320
or (386) 218-6449

Name: Paladin Managed Care Services
Specialty: continued from Enstar
Address: P.O. Box 11027
Orange, CA. 92856-8127
Telephone No.: (800) 559-5556 Fax No.: (866) 409-1957

**PHARMACY(S):**

Name: CVS
Specialty: Pharmacy
Address: 9407 E. Park Ave
Houma, LA. 70363
Telephone No.: (985)876-3117 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

PAGE 10/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.**

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C Lundberg

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Teresa C. Lundberg

Date of Birth: ____________ Claim Number: 9832837 Date: 3-13-20

**A copy of this authorization will be considered as valid as the original.**



PAGE 11/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## AGREEMENT CONCERNING BENEFITS

Return To: John Visaysouk

Policy No: 09 - LF0211 Claim Number: 9832837

Employer: Acadian Ambulance Services,inc Address

Claimant: Teresa Lundberg

Date of Disability: 01/08/2020

In return for the advance payment of group disability benefits made to me by Lincoln Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 09 LF0211 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Lincoln Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Lincoln Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Lincoln Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Lincoln Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

Teresa C. Lundberg
Claimant Name (please print)

Address

Teresa C. Lundberg
Signature

3-13-20
Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

PAGE 12/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
page 3 of 3

How often do you travel or take vacation? none

Where do you go? How do you get there (transportation method)? n/A

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name

**Describe in your own words, what prevents you from engaging in any gainful employment.**

recent back surgery c̄ nerve damage to rt leg.
Rt. leg will give out with no warning causing me to fall.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

get out of bed, brush teeth & clean face; put on back brace; take medications. Have breakfast mid-morning. Sit in living room watch TV. Around noon get on computer and check work web-site and check for emails or memos. Eat lunch take noon meds and Lay down for nap. Get up go in livingroom to watch TV until bedtime. Take Pm meds and go to bed for the night.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Steve Hebert (

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Teresa C Lundberg Date: 3-8-20

Signature: Teresa C Lundberg

PAGE 13/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? few times a week to sit on porch.

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ✓ No ____

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
____ None ____ 0-1 hours ✓ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ✓ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ____ Read news/articles ✓ Use search engines ✓ Send emails
____ Visit chat rooms ____ Photos Other: classes for work

What computer software applications do you utilize. Please check all that apply:
✓ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ✓ Yes ____ No (no fax)

If yes, please explain purpose and usage: copy personal papers

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | friend | yes |
| Carrying groceries into the house | friend | yes |
| Cooking meals | friend | |
| Cleaning after meals | friend | |
| Cleaning bathrooms | friend | |
| Vacuuming | friend | |
| Doing the laundry | | yes |
| Opening and responding to mail | me | |
| Managing your finances | me | |
| Balancing your checkbook | me | |
| Bathing yourself | me | |
| Styling your own hair | me | |
| Getting dressed | me | |
| Going up and down stairs | me | not if there is a rail |

Have you been confined to a hospital within the last 12 months? Yes ✓ No ____

If Yes, please provide reason and hospital contact Information: back surgery.
The Spine Hospital of Louisiana #(225) 763-9900

PAGE 14/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

DRIVER'S LICENSE #: 002747143 DATE: 3-8-20

SIGNATURE: Teresa C Lundberg

DP 447D Rev. 12/02

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk



EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:
sit 30 min stand 10 min walk 20 min

How many hours a day do you:
sit 3-4 stand 4 walk 2-3

Do you take a nap during the day?
Yes ✓ No ______

If Yes, for how long? 1 hr At what time of the day? mid day

How many hours a day do you spend in bed? 8-10 hrs

Do you require any assistive devices such as a: not at this time
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 30 min then I start hurting

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
______

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth 12-7-91, 5-10-95, 8-17-97, 2-12-08

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 2-3
On the weekends? 1

How often do you run errands? -0-

Please describe what errands you most commonly run: None @ this time

PAGE 16/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

# THIRD PARTY LIABILITY INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc    DATE OF BIRTH: ____

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | Yes | No |
|---|---|---|
| Motor Vehicle accident | ☐ | ☑ |
| Slip and fall accident | ☐ | ☑ |
| Occupational injury or sickness | ☑ | ☐ |
| Faulty Product/Product Liability | ☐ | ☑ |
| Medical Malpractice | ☐ | ☑ |

1. Date of Injury/Sickness: ____
2. Location of Injury (please include town and state): ____
3. Description of Injury/Sickness (please include copy of accident report, if applicable): ____

4. Is someone else responsible for your damages? Yes ☐ No ☑
   If "Yes": Name: ____
   Address: ____
   Telephone No.: ( ) ____
5. Are any claims being made? Yes ☐ No ☑
   If "Yes": Insurance Carrier: ____
   Address: ____
   Telephone No.: ( ) ____
   Claim Representative: ____
   Claim No.: ____
6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier? Yes ☐ No ☑
   If "Yes": Insurance Carrier: ____
   Address: ____
   Telephone No.: ( ) ____
   Claim Representative: ____
   Claim No.: ____
   Weekly Benefit $ ____
7. Are you using the services of an attorney? Yes ☐ No ☑
   If "Yes": Name: ____
   Address: ____
   Telephone No.: ( ) ____

| Acadian Companies | |
|---|---|
| **JOB DESCRIPTION** | |
| **Job Title:** | Emergency Medical Technician - Paramedic |
| **Alternate Job Title(s):** | EMT – P, EMT – P/(RN) |
| **Division/Department:** | Acadian Ambulance Service |
| **Status:** | Hourly-Non-Exempt |
| **Performance Appraisal Type:** | Medic |

**JOB SUMMARY:** Provide appropriate, efficient and timely pre-hospital intermediate and basic life support care and transportation of the sick and injured in accordance with local, state, national and Acadian Ambulance standards of practice.

**REPORTS TO:** Operations Supervisor/Operations Coordinator
Operations Manager
Director of Operations
Regional Vice President

**EQUIPMENT:** Ambulance; stretcher; folding stretcher; scoop stretcher; long and short spine boards and KED; spinal immobilization equipment; radios and computerized communications equipment; pager; splinting devices; suction devices; bandaging materials; oxygen bottles and tubings; basic and advanced airway management devices and EOA; glucometer; intravenous fluid therapy equipment; cardiac monitor I defibrillator; pulse oximeter; fire extinguisher; simple extrication devices; simple mechanics tools; pneumatic anti-shock garment; blood pressure cuff and stethoscope; patient restraints; simple traction devices; other medical and related equipment items not specifically listed may be added as new items are introduced.

**DUTIES AND RESPONSIBILITIES:** This job description is not intended, nor should it be construed, to be an all-inclusive list of responsibilities, duties, skills or working conditions associated with the job. It is intended to be a general description of the essential duties and requirements common to positions of this type and may be subject to change. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

1. Conducts a careful examination of the patient for signs and symptoms of illness/injury and assists other medical personnel as necessary.
2. Administers prompt and efficient basic and intermediate life support care within the limits of licensure or certification and in accordance with approved protocols prior to and during transport.
3. Provides careful handling of the patient to and from the ambulance.
4. Provides safe and efficient transport of the patient in the ambulance to the medical facility.
5. Provides a safe and efficient transfer of patient and patient care information to the receiving personnel at the destination.

6. Documents all aspects of patient condition and treatment on EMS run reports. Obtains and records non-medical patient information as required. Completes other patient documentation and forms as required.
7. Conducts regular unit inventory and equipment testing to ensure all equipment for which the paramedic is responsible is present, clean and in proper working order.
8. Upon completion of transport, responsible for all assigned duties which will place the ambulance and equipment back in service.
9. Responsible for full knowledge of the ambulance's equipment and its proper use at all times.
10. Documents and reports all needed repairs to the proper maintenance departments (electronic or mechanical) as well as to supervisors and other ambulance personnel as required.
11. In the absence of other qualified personnel, responsible for the use of basic extrication tools and procedures to gain access to the patient if necessary.
12. In the absence of other qualified personnel, responsible for controlling the patient's surroundings in such a way as to minimize further danger and control the actions of bystanders.
13. In both the emergency and non-emergency setting, operates / drives the ambulance in a safe and efficient manner, following company driving guidelines, so the safety or condition of the occupants are not compromised.
14. Follows all FCC regulations when communicating via electronic communications equipment.
15. Attends all mandatory meetings as scheduled.
16. Completes assigned station and station grounds duties.
17. Orders supplies and equipment from Central Supply to replenish station and ambulance inventories as needed.
18. Completes assigned ambulance duties (i.e., washing, waxing, interior and exterior cleaning, etc.) as required.
19. Completes all required company reports and logs and when necessary provides other ambulance and supervisory personnel with the information.
20. If an approved preceptor, responsible for precepting new employees as directed.
21. If an approved preceptor, responsible for precepting EMT-Basic, Intermediate and Paramedic students as directed.
22. Must meet and fulfill the qualifications, requirements, functions and responsibilities of the Emergency Medical Technician -Basic and Intermediate job descriptions.
23. Performs other duties as assigned.

**QUALIFICATIONS:**

1. High School Diploma or GED.
2. National and/or State certification as an Emergency Medical Technician-Paramedic determined by appropriate state requirements.
3. Current CPR certification as established by the American Heart Association.
4. Current ACLS certification as established by the American Heart Association.
5. Current and valid state-issued driver's license determined by appropriate state requirements (equivalent of a Louisiana Class "D" driver's license).
6. Must be able to read, write and communicate professionally and effectively with employees and managers. Must possess the ability to write simple correspondence or reports. Must possess the ability to effectively present information in one-on-one and small group situations to other employees and/or managers.
7. Must be knowledgeable of company protocols, operational procedures and safety

policies.

8. Must be able to drive large vehicles in normal and adverse conditions.
9. Additional certifications such as, NALS, PALS, PHTLS, PEEP, and Instructor certifications are preferred but required.

**INTERPERSONAL REQUIREMENTS:**

1. Maintain social, ethical and organizational norms.
2. Maintain good personal motivation; develop a sense of ownership of job tasks and results.
3. Must have a sense of urgency for all work performed.
4. Ability to work under the pressure of meeting strict deadlines.
5. Excellent interpersonal and communication skills.

**TRAINING REQUIREMENTS:**

1. Orientation to job requirements

**PHYSICAL DEMANDS:**

**Physical Abilities:** Must be able to perform strenuous physical requirements, including without limitation, lifting and moving of heavy equipment and patients in a variety of environmental and dangerous conditions, perform CPR and other lifesaving maneuvers. Water rescues may require the ability to swim at basic survival levels, and other exhaustive physical demands in emergent situations.

**Unimpaired Mobility:** Must be able to respond quickly to ambulance calls, must physically be able to access patients located in difficult terrain and dangerous environments and locations, must be able to climb stairs and other structures, must be able to work without limitation in close and dangerous environments, such as damaged vehicles and structures on fire, must be able to carry heavy equipment and patients.

**Fine Motor Skills:** Must be able to perform required medical skills and techniques, including without limitation bandaging, splinting and establishing an IV, performing endotracheal intubation and other advanced airway techniques, manual defibrillation, pleural decompression.

**Vision:** Must have correctable vision that permits the safe operation of emergency vehicles, the reading of gauges, fine print and figures associated with emergent medical care and treatment; and color acuity to differentiate varying colors that may be necessary in providing emergency care and treatment.

**Hearing:** Must be able to hear sufficiently to obtain information provided by patients, family members, bystanders, medical professionals and other emergency personnel; and adequate hearing necessary to provide emergency care and treatment in active, distracting environments.

**Speech:** Must be able to speak and enunciate clearly and at a level audible to others in loud conditions. Must be able to verbally communicate in stressful and distracting environments with patients, family members, medical professionals and other emergency personnel.

**Physical activities and the amount of time spent performing each while on this job:**

| | AMOUNT OF TIME | | | |
|---|---|---|---|---|
| | None | Up to 1/3 | 1/3 to 2/3 | Over 2/3 |
| Stand | | X | | |
| Walk | | X | | |
| Sit | | | X | |
| Talk or hear | | | | X |
| Use hands to finger, handle or feel | | | | X |
| Climb or balance | | X | | |
| Stoop, kneel, crouch or crawl | | | X | |
| Reach with hands and arms | | | X | |
| Taste or smell | | X | | |

**Weight lifting requirements and the amount of time spent lifting on this job:**

| | AMOUNT OF TIME | | | |
|---|---|---|---|---|
| | None | Up to 1/3 | 1/3 to 2/3 | Over 2/3 |
| Up to 10 pounds | | | X | |
| Up to 25 pounds | | | X | |
| Up to 50 pounds | | | X | |
| Up to 100 pounds | | | X | |
| More than 100 pounds | | | X | |

**Vision requirements:**

X Color Vision (Able to identify and distinguish colors.)
X Distance Vision (Clear vision at 20 feet or more.)
X Color Vision (Able to identify and distinguish colors.)
X Peripheral Vision (Able to observe areas that can be seen up and down or to the left and right while eyes are fixed on a given point).
X Depth Perception (Able to judge distances and spatial relationships.)
X Focusing (Able to adjust the eye to bring an object into sharp focus.)

Specific job duties which require the physical demands noted above:

Lifting of patient from beds or emergency scenes onto stretcher and into ambulance; carrying of patients and equipment; climbing stairs or steps; working in unusual geographic settings such as ditches, hills, embankments, high elevations – natural or manmade; working with small, delicate items such as oxygen tubings, bandaging materials, IV setups when assisting advanced partners, medications, etc.; visually assessing the safety and condition of the emergency scene and the patient; verbally communicating with patients, co-workers, medical personnel and the public either directly or indirectly via electronic communication equipment; driving the ambulance in emergency and non-emergency situations both short and long distances.

**WORK ENVIRONMENT:**

Specific situations that lead to environment conditions can include: hazardous materials, electrical emergencies, vehicular accidents, outdoor emergency settings, hurricanes, tornadoes, industrial

PAGE 20/21 * RCVD AT 3/12/2020 3:45:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/10 * DNIS:6033349124 * CSID: * ANI:19852230566 * DURATION (mm-ss):08-11

accidents, conditions affecting driving, settings where heavy equipment such as extrication tools are in use, etc.

**Exposure to environmental conditions and the amount of time exposed to each on this job:**

| | AMOUNT OF TIME | | | |
|---|---|---|---|---|
| | **None** | **Up to 1/3** | **1/3 to 2/3** | **Over 2/3** |
| Wet, humid conditions (non-weather) | | X | | |
| Work near moving mechanical parts | | X | | |
| Work in high, precarious places | | X | | |
| Fumes or air borne particles | | X | | |
| Toxic or caustic chemicals | | X | | |
| Outdoor weather conditions | | X | | X |
| Extreme cold (non-weather) | | X | | |
| Extreme heat (non-weather) | | X | | |
| Risk of electrical shock | | X | | |
| Work with explosives | X | | | |
| Risk of radiation | | X | | |
| Vibration | | X | | |

**Noise level associated with this job:**

__ Moderate Noise (Ex: business office with typewriters and/or computer printers, light traffic).

X Loud Noise (Ex: metal can manufacturing, large earth-moving equipment).

__ Very Loud Noise (Ex: jack hammer work, front row at rock concert).

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C Lundberg

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Teresa C. Lundberg

Date of Birth: _ ) ________ Claim Number: 9832837 Date: 3-13-20

**A copy of this authorization will be considered as valid as the original.**

THE SPINE CENTER AT
BONE AND JOINT CLINIC OF BATON ROUGE
7301 HENNESSY BLVD. SUITE 200 BATON ROUGE, LA 70808
TELEPHONE: (225) 766-0050 FAX: (225) 768-2456

# FAX COVER SHEET

Today's Date: 3/9/2020

This is the first of 5 pages

This fax is being sent to fax number: (603)334-9124

To the attention of: John Visaysouk

RE: Teresa Lundberg DOB / /

paperwork

From: Sheila in Dr. Kevin P. McCarthy's Office

Confidentiality Notice

The document accompanying this telecopy transmission contains confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for the return of those documents.

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
P.O. Box 7209
London, KY 40742-7209
Phone No:(800) 320-7585
Secure Fax No: (603) 334-9124

**Return To:** John Visaysouk

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Teresa | | Lundberg | 9832837 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| | | | Teresa Lundberg |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

| | |
|---|---|
| Lumbar Stenosis | |
| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
| s/p Lumbar Fusion | |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

**Pregnancy** __/__/__ First Treated __/__/__ Estimated Delivery __/__/__ Date of Delivery ☐ Vaginal ☐ C-Section

back & leg pain

Symptoms

MRI – Lumbar Stenosis, Hx microdiscectomy 2008
TLIF (Fusion) surgery performed

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☒ Injury ☒ Work Related

If work related or injury, summarize circumstances

Date of:

| | | |
|---|---|---|
| 11/ /07 | / / | 2/19/20 |
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| 3/27/08 | 3/5/20 | 3/16/20 |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: 2/19/20 to 2/21/20

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
P.O. Box 7209
London, KY 40742-7209
Phone No: (800) 320-7585
Secure Fax No: (603) 334-9124

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do) No bend, lift, twist. No driving. No prolonged sit/stand or walk

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ___ | Standing | ___ | Crouching | ___ | Overhead | ___ |
| 6-10 lbs. | ___ | Walking | ___ | Crawling | ___ | Desk Level | ___ |
| 11-25 lbs. | ___ | Sitting | ___ | Grasping | ___ | Below Waist | ___ |
| 26-50 lbs. | ___ | Balancing | ___ | Climbing | ___ | | |
| 51-100 lbs. | ___ | Stooping | ___ | Pushing | ___ | | |
| 100 + lbs. | ___ | Kneeling | ___ | Pulling | ___ | | |
| | | Fingering | ___ | Bending | ___ | | |

No work 2° postop status.

none

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___
Dressing ___/___/___
Transferring ___/___/___
Bathing ___/___/___
Toileting ___/___/___
Eating ___/___/___

## 5. Treatment

Postop protocol: Brace at all times, No bend, lift, twist, strain. No prolonged sit/stand/walk. Suture removal @ fu.

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: ___/___/___

## 6. Prognosis

Good

Describe the patients prognosis for recovery

OV q 3-4 wks

Describe ongoing treatment frequency

unknown

Patient able to return to work Full-Time on:

___/___/___ to ___/___/___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Kevin McCarthy MD / Meegan Donoghue PA-C
Name

7301 Hennessy Blvd, Ste. 200
Street Address

(225) 766-0050
Phone Number

(225) 768-2456
Fax Number

Baton Rouge
City

LA
State

70808
Zip Code

[signature]
Signature

3.9.20
Date

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

March 3, 2020

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 11, 2020.

Resent for your change in address.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: 9832837-ACKNOWLEDGE-NEW CLAIM-02.27.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

February 28, 2020

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In order to consider your application for benefits, we are in need of additional information.

The Policy requires that you provide proof of disability as follows:

> ***"Disability"*** *or* ***"Disabled"****, with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
> ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*
>
> ***Notice and Proof of Claim***
>
> *1.* ***Notice***

*a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

*2.* ***Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

Please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, and treatment plans for the period of reported disability.

We are requesting that you complete and return the following form(s):

X Third Party Liability Information Form
X Activities Questionnaire Form
X Agreement Concerning Benefits Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Reimbursement Agreement Form
X SS Reimbursement Agreement
X Training Education Experience

X Workers' Compensation Information Form
__ Advantages of Social Security Disability Benefits Form
X Attending Physician's Statement
__ Other

This information is needed in order to make an initial determination on your claim.

Acadian Ambulance Services,inc's LTD Policy requires that you provide proof of disability in order to receive benefits. This proof must be provided by April 11, 2020. Without the information specified above, we will be unable to evaluate your claim eligibility. In the absence of this information, we will make a claim determination based on the information in our file, which may result in a claim denial.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: Third Party Liability Information Form
Activities Questionnaire Form
Agreement Concerning Benefits Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Reimbursement Agreement Form
SS Reimbursement Agreement
Training Education Experience
Workers' Compensation Information Form
Advantages of Social Security Disability Benefits Form
Attending Physician's Statement

# THIRD PARTY LIABILITY INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: ______

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | | |
|---|---|---|
| Motor Vehicle accident | Yes ☐ | No ☐ |
| Slip and fall accident | Yes ☐ | No ☐ |
| Occupational injury or sickness | Yes ☐ | No ☐ |
| Faulty Product/Product Liability | Yes ☐ | No ☐ |
| Medical Malpractice | Yes ☐ | No ☐ |

1. Date of Injury/Sickness: ______
2. Location of Injury (please include town and state): ______
3. Description of Injury/Sickness (please include copy of accident report, if applicable): ______
4. Is someone else responsible for your damages? Yes ☐ No ☐
   If "Yes": Name: ______
   Address: ______
   Telephone No.: ( ) ______
5. Are any claims being made? Yes ☐ No ☐
   If "Yes": Insurance Carrier: ______
   Address: ______
   Telephone No.: ( ) ______
   Claim Representative: ______
   Claim No.: ______
6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier? Yes ☐ No ☐
   If "Yes": Insurance Carrier: ______
   Address: ______
   Telephone No.: ( ) ______
   Claim Representative: ______
   Claim No.: ______
   Weekly Benefit $ ______
7. Are you using the services of an attorney? Yes ☐ No ☐
   If "Yes": Name: ______
   Address: ______
   Telephone No.: ( ) ______

DRIVER'S LICENSE #: ______________________ DATE: ______________

SIGNATURE: ______________________

DP 447D Rev. 12/02

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk



EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837 DATE OF BIRTH: ________
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ______

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ______ | ______ |
| Carrying groceries into the house | ______ | ______ |
| Cooking meals | ______ | ______ |
| Cleaning after meals | ______ | ______ |
| Cleaning bathrooms | ______ | ______ |
| Vacuuming | ______ | ______ |
| Doing the laundry | ______ | ______ |
| Opening and responding to mail | ______ | ______ |
| Managing your finances | ______ | ______ |
| Balancing your checkbook | ______ | ______ |
| Bathing yourself | ______ | ______ |
| Styling your own hair | ______ | ______ |
| Getting dressed | ______ | ______ |
| Going up and down stairs | ______ | ______ |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______

______

______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________

Where do you go? How do you get there (transportation method)? ______________________

______________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________

______________________

______________________

______________________

______________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________

______________________

______________________

______________________

______________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

# AGREEMENT CONCERNING BENEFITS

Return To: John Visaysouk

Policy No: 09 - LF0211

Claim Number: 9832837

Employer: Acadian Ambulance Services,inc

Address

Claimant: Teresa Lundberg

Date of Disability: 01/08/2020

In return for the advance payment of group disability benefits made to me by Lincoln Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 09 LF0211 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Lincoln Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Lincoln Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Lincoln Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Lincoln Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

_______________________________
Claimant Name (please print)

_______________________________
Address

_______________________________
Signature

_______________________________
Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________________________

Name of legal representative, if applicable (print) _________________________________ Relationship ___________________

Signature of claimant or legal representative _______________________________________

Date of Birth: __ ________ Claim Number: 9832837 Date: ____________________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ______________________________ DATE: ____________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return to:** John Visaysouk

**EMPLOYEE/CLAIMANT NAME:** Teresa Lundberg **CLAIM #:** 9832837
**EMPLOYER:** Acadian Ambulance Services,inc **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:** ____________________ **EMPLOYEE'S SIGNATURE:** ______________________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return to:** John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______
If married, please indicate your spouse's name and date of birth. Name: ______________________ DOB: __________

Do you have children or dependents*? Yes ______ No ______
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ___________ No: ___________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________________ Date: ____________________

# REIMBURSEMENT AGREEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

**Return To:** John Visaysouk

Please complete, sign, and return a copy to Lincoln Financial Group.

***TO BE COMPLETED BY LINCOLN FINANCIAL GROUP***

Claimant Name: **Teresa Lundberg**

Address: **147 D DUPRE ST HOUMA LA 70364**

Name of Employer: **Acadian Ambulance Services,inc**

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Teresa Lundberg** ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

_______________________ (Date)

_______________________ (Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

Lincoln Financial Group®

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Teresa Lundberg **Date of Birth:** _

**Employer:** Acadian Ambulance Services,inc **Policy/Plan Sponsor No.** 09 - LF0211

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________________

**(Address)** ______________________________

**(Date)** ______________________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg
CLAIM NO: 9832837
EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ____________________ **PHONE NO:** ( ) ____________________

# Workers' Compensation
# INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

Return To: John Visaysouk

EMPLOYEE/CLAIMANT NAME: Teresa Lundberg

CLAIM NO: 9832837

EMPLOYER/SPONSOR: Acadian Ambulance Services,inc DATE OF BIRTH: ______

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: ______
2. Location of Injury (please provide complete address): ______
3. Description of Injury/Sickness (please include copy of accident report): ______

4. Please provide the name of your Employer:
   - Company Name: ______
   - Address: ______
   - Supervisor Name: ______ Telephone: ( ) ______

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:
   - Insurance Carrier: ______
   - Address: ______
   - Telephone: ( ) ______
   - Claim Representative: ______

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

   Yes ☐ No ☐

   If "Yes": Weekly Benefit Amount $ ______
   Claim No.: ______

7. Are you using the services of an attorney?

   Yes ☐ No ☐

   If "Yes": Name: ______
   Address: ______
   Telephone: ( ) ______

SIGNATURE: ______ DATE: ______

DP 539D – Rev. 12/02

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
P.O. Box 7209
London, KY 40742-7209
Phone No:(800) 320-7585
Secure Fax No: (603) 334-9124

**Return To:** John Visaysouk

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Teresa | | Lundberg | 9832837 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: ____

Primary ICD diagnosis Description: ____

Secondary ICD Diagnosis Code: ____

Secondary ICD Diagnosis Description: ____

**Pregnancy** First Treated ____/____/____ Estimated Delivery ____/____/____ Date of Delivery ____/____/____ ☐ Vaginal ☐ C-Section

Symptoms: ____

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): ____

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: ____

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ___/___/___ | ___/___/___ | ___/___/___ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ___/___/___ | ___/___/___ | ___/___/___ |

Dates hospital confined: ___/___/___ to ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
P.O. Box 7209
London, KY 40742-7209
Phone No:(800) 320-7585
Secure Fax No: (603) 334-9124

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____ /____ /________

Dressing ____ /____ /________

Transferring ____ /____ /________

Bathing ____ /____ /________

Toileting ____ /____ /________

Eating ____ /____ /________

Date patient experienced loss of

Cognitive Functioning: ____ /____ /________

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____ /____ /____ to ____ /____ /____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)



**Lincoln/Lundberg 1079**

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

TERESA LUNDBERG

0000

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

February 27, 2020

TERESA LUNDBERG

0000

RE: ACADIAN AMBULANCE SERVICES,INC
Long Term Disability Benefits
Claim #: 9832837

MS. LUNDBERG

We acknowledge receipt of your request for consideration of disability benefits.

Lincoln Life Assurance Company of Boston is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Louisiana law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Sincerely,

John Visaysouk
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

February 28, 2020

Ms. Teresa C. Lundberg

RE: Long Term Disability (LTD) Benefits
Acadian Ambulance Services,inc
Claim #: 9832837

Dear Ms. Teresa Lundberg:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Acadian Ambulance Services,inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In order to consider your application for benefits, we are in need of additional information.

The Policy requires that you provide proof of disability as follows:

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***Notice and Proof of Claim***

*1. **Notice***

*a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

*2. **Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

Please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, and treatment plans for the period of reported disability.

We are requesting that you complete and return the following form(s):

X Third Party Liability Information Form
X Activities Questionnaire Form
X Agreement Concerning Benefits Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Reimbursement Agreement Form
X SS Reimbursement Agreement
X Training Education Experience

X Workers' Compensation Information Form
__ Advantages of Social Security Disability Benefits Form
X Attending Physician's Statement
__ Other

This information is needed in order to make an initial determination on your claim.

Acadian Ambulance Services,inc's LTD Policy requires that you provide proof of disability in order to receive benefits. This proof must be provided by April 11, 2020. Without the information specified above, we will be unable to evaluate your claim eligibility. In the absence of this information, we will make a claim determination based on the information in our file, which may result in a claim denial.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Sincerely,

John Visaysouk
LTD Claims Specialist I
Phone No.: (800) 320-7585 Ext. 41463
Secure Fax No.: (603) 334-9124

Attachments: Third Party Liability Information Form
Activities Questionnaire Form
Agreement Concerning Benefits Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Reimbursement Agreement Form
SS Reimbursement Agreement
Training Education Experience
Workers' Compensation Information Form
Advantages of Social Security Disability Benefits Form
Attending Physician's Statement