Daigle Himel Daigle PT - BG
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (98 5)223-4760
Fax: (98 5)223-4759
http://www.ptcenter-la.com/

# Physical Therapy Initial Examination

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Referring Physician(s):** McCarthy, K evin MD

**Date of Initial Examination:** 06/29/2020
**Injury/Onset/Change of Status Date:** 06/30/2019 Insidious
**Diagnosis:** ICD10: Z 47.8 9: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.8 1: Muscle weakness (generaliz ed)

**Surgery:** (Date/Type) 02/19/2020 TLIF L3-5
**Visit No.:** 1
**Treatment Diagnosis:** ICD10: Z 47.8 9: Encounter for other orthopedic aftercare, M43.26: Fusion of spine, lumbar region, M54.5: Low back pain, M62.8 1: Muscle weakness (generaliz ed)

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt underwent TLIF of L3-5 in February 2020. Pt reported having pain down R LE prior to surgery which subsided until ~2 months ago when it began to occur again. Pt reports numbness/tingling down medial R LE and R low back pain. Pt reports most pain with prolonged standing and relief with sitting and lying down on side.
**Primary Concern/Chief Complaint:** R side low back pain with numbness/tingling down R LE.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
- **Self Care:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**

**Current Functional Limitations:**
- **Self Care:** Sleep: Disturbed Sleep
- **Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing, Standing
- **Mobility: Walking & Moving Around:** IADLs: Food Preparation, Housekeeping

**Pain Location:** Low Back Pain
- **Pain Scale: Worst:** 7 **Best:** 3 **Current:** 6
- **Pain Description:** Constant
- **Pain Follow-up Plan:** Pt to report minimal to nil low back pain with all functional activities and ADLs.

**Aggravating Factors:** Standing
**Previous History of Similar Symptoms:**
**Previous Episodes of Same Complaints:** 1-5
- **Year of First Episode:** 2018

**Home Health Care:** No
**Medical History:** High Blood Pressure
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see edocs)
**Patient Goals:** Pt reports she would like to be able to do normal housework and stand without pain.

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | Pt entered clinic with forward leaning posture. |
| **Post Operative/Wound Healing** | Incision Sites:Clean and healing well |

### Outcome Measurement Tools

**General Function**

| | |
|---|---|
| FOTO Patient Inquiry | 51 |

### Observation

EXHIBIT
2, part 8

Daigle Himel Daigle PT - BG
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (98 5)223-4760
Fax: (98 5)223-4759
http://www.ptcenter-la.com/

# Physical Therapy Initial Examination

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 06/29/2020

**Standing Posture** Forward Head, Rounded Shoulders

**Gait** Antalgic

**Movement Loss Lumbar**

| | |
|---|---|
| Flexion | Minor |
| Extension | Major |

## Range of Motion

**Lumbar AROM**

| | |
|---|---|
| Forward Bending | 50% |
| Backward Bending | 20% |
| Right Side Bending | 30% |
| Left Side Bending | 50% |
| Lumbar AROM Comments | Pt reports most pain with lumbar extension and R side bending. |

## Strength

**Gross Muscle Tests Lower**

**Hip**

| | Right | Left |
|---|---|---|
| Hip Flexion | 4/5 | Not Tested |
| Hip Abduction | 5/5 | Not Tested |
| Hip Adduction | 5/5 | Not Tested |

**Knee**

| | Right | Left |
|---|---|---|
| Knee Flexion | 4/5 | Not Tested |
| Knee Extension | 5/5 | Not Tested |

**Ankle**

| | Right | Left |
|---|---|---|
| Ankle Dorsiflexion | 4/5 | Not Tested |
| Ankle Plantarflexion | 5/5 | Not Tested |

## Neuro-Vascular

**Myotomes Lower**

| | Right | Left |
|---|---|---|
| L1, 2 Iliopsoas | Good | Normal |
| L3 Quadriceps | Normal | Normal |
| L4 Anterior Tibialis | Normal | Normal |
| L5 EHL | Fair | Normal |
| S1 Gastroc | Fair | Normal |
| S2 Hamstrings | Normal | Normal |

**Dermatomes Lower**

| | Right | Left |
|---|---|---|
| L1, 2 Mid Anterior Thigh | Normal | Normal |
| L3 Distal Inner Thigh | Normal | Normal |
| L4 Anterior Tibialis | Normal | Normal |
| L5 EHL | Normal | Normal |

**Daigle Himel Daigle PT - BG**
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (98 5)223-4760
Fax: (98 5)223-4759
http://www.ptcenter-la.com/

# Physical Therapy Initial Examination

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 06/29/2020

| | | |
|---|---|---|
| S1 Lateral Foot | Normal | Normal |
| S2 Mid Gastoc/Hamstring | Normal | Normal |

Seated Dural Stretch comments: Increased leg symptoms with DF but and relief with PF. No increase in symptoms with cervical flexion.

## Special Tests

**Sacral Passive Mobility** Normal mobility with no pain.

**Comments** Pt had positive lumbar torsion test bilaterally L5-S1.

## Palpation

**Comments** Pt reported TTP of lumbar paraspinals.

## Assessment

**Assessment/Diagnosis:** Pt is a 52 y/o female presenting to the clinic s/p TLIF of L3-5 on 2/19/2020. Pt had relief of low back pain and symptoms down R leg until ~2 months ago when she began to have low back pain and R LE pain as well. Back pain and symptoms down R LE are worst with standing for long periods and when pt is cooking or washing dishes. Pt is most comfortable when sitting or lying down on side in lumbar flexion. Pt did have increased leg symptoms with SLR with increased pain with DF but no increase with cervical flexion. Pt had normal sensation. Pt did have increased pain with lumbar extension and R side bending but no increase in R LE symptoms. Pt also had positive torsion test on R side at L5-S1. Pt is exhibiting signs/symptoms of possible stenosis on R side at level L5-S1. Pt is appropriate for and would benefit from PT treatment in order to address problems listed above and to return pt to a normal functional level.

**Patient Education:** HEP, Postural Awareness

**Patient Demonstrates Compliance with Prescribed HEP**

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Educational Needs
- Low Back Pain
- LE weakness
- Antalgic gait
- Lumbar ROM limitations
- Poor Posture
- FOTO scoer of 51

**Short Term Goals:**

1: (1 Week) | Pt to be I with HEP.
2: (2 Weeks) | Pt to report 4/10 low back pain at worst.
3: (2 Weeks) | Pt to exhibit normal, pain free gait for all distances.

**Long Term Goals:**

1: (4 Weeks) | Pt to report minimal to nil low back pain with all functional activities and ADLs.
2: (4 Weeks) | Pt to exhibit at least 4+/5 LE strength with no fatiguing weakness.
3: (4 Weeks) | Pt to exhibit functional lumbar ROM with no pain at end ranges.
4: (4 Weeks) | Pt to exhibit normal standing posture and be able to wash dishes or do housework with no pain.
5: (4 Weeks) | Pt to score at least 75 on FOTO.

## Plan

**Frequency:** 2-3 times a week
**Duration:** 4 weeks

**Daigle Himel Daigle PT - BG**
125 B ay ou G ardens B lvd
H oum a, L A 7 0364 -14 31
Phone: (98 5)223-4760
Fax: (98 5)223-4759
http://www.ptcenter-la.com/

# Physical Therapy Initial Examination

**Patient Name:** Lundberg, Teresa
**Date of Birth:**
**Document Date:** 06/29/2020

**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Dry Needling/Intramuscular Manual Therapy, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (High Volt, Interferential), Cryotherapy (Ice Pack), Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)223-4760.

[signature] PT, DPT

Ryan Ocker, PT
License #09965
*Electronically Signed by Ryan Ocker, PT on June 30, 2020 at 9:11 am*

Please sign and return: Fax#: (985)223-4759

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows______________

Physician Signature______________
K. McCarthy, MD
Date:______________ Time:______________

# Daigle Himel Daigle Physical Therapy and Hand Center

## Communication Sheet

Date: 6.12.20

Patient: Teresa Lundberg SSN: ______ DOB: ______

Home #: ______ Cell #: ______ Other #: ______

Insurance: Enstar Member ID: ______ Group: ______

Insured: ______ DOB: ______ Ins Phone #: ______

Secondary: ______ Member ID: ______ Group: ______

Other: ______ Contact: ______

Phone #: ______ Fax #: ______

Claim #: HN00769994 Address: ______

Ref. Physician: McCarthy Diagnosis: PO Lower Back DOS - 2.19.20

Cause of Injury: General Work Injury Auto Accident School Injury

Precert: ______ Ded: ______ OPP: ______ Copay: ______ Visit Limit: 12 visits

Amt Met: ______ OPP Met: ______

Are you currently receiving Home Health? No Yes If yes, what is expected discharge date? ______

Have you received Physical or Occupational Therapy in the last 12 months? Yes No

If yes, with which clinic: ______ Dates of treatment? ______

Notes:

LM to schedule 6.12.20

LM 6.22.20

Scheduled c̄ Ryan 6.29.20 @ 9:00am

Daigle Himel Daigle
PHYSICAL THERAPY
&
HAND CENTER
Leslie Daigle, PT
Eddie Himel, PT, DSc, OCS, Cert.MDT
John Daigle, PT, OCS, COMT
Tracy Pelder, PT, CMT
Steven Landry, OT, CHT
Joshua Grabert, PT, DPT
Ben Schexnayder, PT, DPT
Sharne Higginbotham, PTA

| Thibodaux | Houma | Houma |
|---|---|---|
| 808 Bayou Lane<br>Thibodaux, Louisiana<br>70301 | 1321 Grand Caillou Road<br>Houma, Louisiana<br>70363 | 125 Bayou Gardens<br>Boulevard<br>Houma, Louisiana<br>70364 |
| Phone: (985) 447-3164<br>Fax: (985) 447-5196 | Phone: (985) 876-1155<br>Fax: (985) 8761179 | Phone: (985) 223-4760<br>Fax: (985) 223-4759 |

# Fax Cover Sheet

Date: 8·6·20 From: Shelly

To: Lincoln (Atter Paul Paulete) Location: *Houma (Bayou Gardens Blvd.)*

Dept: ____________

Fax: 213·884·4921

Re: Teresa Lundberg ( )

We are sending a total of ____ pages, including this cover sheet. Please contact us at *(985) 223-4760* in you do not receive the indicated pages.

Comments:
medical records

**CONFIDENTIAL NOTICE:** This fax transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender who is protected by the physician – patient privilege. As the information intended recipient you are hereby notified that any disclosure, copying distributing or taking of any action in reliance on the contents of this information is strictly prohibited. **If you received this fax in error, please notify us at (985) 223-4760.**

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

copyed 8.6.20

DAIGLE HIMEL DAIGLE PT
125 Bayou Gardens Blvd
ATTN: MEDICAL RECORDS
Houma, LA 70364

Date: Aug 5, 2020

**Re: Long Term Disability Benefits**
Claim# 6788442 10248812
Claimant: LUNDBERG, TERESA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: DAI161

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From April 30, 2020 to Present**
**Medical records within the time frame - Seen by: Daigle Himel Daigle Physical Therapy**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested Information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the Insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Alter Paul Paulete
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

6788442

RPID: 6788442

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C Lundberg

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Teresa C. Lundberg

Date of Birth: ____________ Claim Number: 9832837 Date: 3-3-20

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

1/22/2020

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 6788442

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | LUNDBERG, TERESA |
| RP ID: | 6788442 |
| Access Code: | DAI161 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 6788442

# Quality Assurance Report

## Request Information

Report Date: August 7, 2020

**RP ID:** 6788442

Patient Name: LUNDBERG, TERESA

Provider Name: DAIGLE HIMEL DAIGLE PT

## Quality Assurance Information

Scope Requested: **From April 30, 2020 to Present**

Special Request:

Medical records within the time frame - Seen by:
Daigle Himel Daigle Physical Therapy

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: GBAND

**From:**Marleen Hollier <mhollier@acadian.com>
**Sent:**Tue, 14 Jul 2020 17:17:47 -0500
**To:**Aguirre, Maria
**Cc:**Missi.domingue@acadian.com;liz.gerald@acadian.com
**Subject:**Re: Life Waiver of Premium 10248812 - Teresa Lundberg

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Maria

In response to your email regarding Ms. Lundberg

What were the Annual Earnings (as defined within your Group Life Insurance policy) in effect on the employee's last day worked? $52,398.03
Basic Life Insurance Amount = $50,000
Optional Life Insurance Amount __N/A__________ Please provide enrollment information for the **3 years prior to the date last worked. Screen shots are acceptable.**
Is the employee receiving retirement/pension benefits and/or classified as a retiree? No

Please let us know if you need anything more from us.

**Marleen Hollier | Employee Benefits Rep. Human Resources**

**Acadian Companies**

P O Box 98000| Lafayette LA | 70509

O: 1-800-259-3333 ext. 1564 | F: 337-291-4464

On Fri, Jul 10, 2020 at 6:56 AM Aguirre, Maria <Maria.Aguirre@lfg.com> wrote:

Hello,

**Please respond with the information below within five (5) business days to ensure timely assessment of waiver of premium eligibility. Lack of response to our request will delay our decision regarding coverage.**

Please note if the employee is terminated, they may still be eligible for this benefit. If this employee has returned to work, please advise and provide the return to work date only.

Group Life Claims has been notified Teresa Lundberg (ID 013502) is currently out on disability and may also be eligible for the Waiver of Premium Benefit under your Group Life Insurance Policy.

1. What were the Annual Earnings (as defined within your Group Life Insurance policy) in effect on the employee's last day worked?
2. Basic Life Insurance Amount _______________
3. Optional Life Insurance Amount _______________ **Please provide enrollment information for the 3 years prior to the date last worked. Screen shots are acceptable.**
4. Is the employee receiving retirement/pension benefits and/or classified as a retiree?

Do not hesitate to contact me with any questions/concerns regarding the above information. We appreciate your time and immediate attention to this request.

Thank you,

**Maria Aguirre**

Life Waiver Technical Claims Specialist

Group Protection - Life Claims

**Lincoln Financial Group**

14045 Ballantyne Corporate Place

Charlotte, NC 28277

888-437-7611, Ext. 14637 - Office

603-427-1888 - Fax

LincolnFinancial.com

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***




This e-mail, and any attachments thereto, is intended only for the use of the addressees named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-787-2129 and permanently delete the original and any copy of any e-mail and any printout thereof.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This email and any files transmitted with it may contain information that is PRIVILEGED AND CONFIDENTIAL. It is the property of Acadian Companies and is intended only for the use of the intended recipient. If you have received this email in error, do not disseminate, distribute, forward, print or copy this email or any of its attachments. Immediately destroy/purge the email and all attachments and notify the sender by reply of email. Any misuse/abuse may result in disciplinary action and/or legal liability. Unauthorized interception of this email is a violation of federal law.

ReleasePoint

**Medical Record Overview**

**Date:** **July 13, 2020**

**Patient Name:** LUNDBERG, TERESA

**Records From:** BONE & JOINT CLINIC OF BATON ROUGE
PO BOX 98035
BATON ROUGE, LA 70808
(225) 766-0050

**RP ID:** 6682937

**Client ID:** 10248812

**Source:** LIBMTW

**Request Scope:** From April 1, 2020 to Present

**Req By:** M Aguirre
09-LF0211

**Chart Range:** 06/02/2020 - 06/30/2020

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 2 2020 | Jun 2 2020 | 2 | 2 |
| Labs/Diagnostics | Jun 2 2020 | Jun 2 2020 | 1 | 4 |
| Operative Reports | Jun 30 2020 | Jun 30 2020 | 2 | 5 |
| Request Correspondence | | | 3 | 7 |
| | | **Total Page Count:** | 8 | |

**Notes From QC:**

REQUESTED ITEMS NOT RECEIVED, We only received medical records within scope. Please request for the completed form seen by the requested physician/facility in S/A, thanks

Patient Name: Teresa Lundberg
Medical Record Number: 3435070 Date: June 2, 2020 Location: Baton Rouge
Date of Birth:

**HISTORY OF PRESENT ILLNESS**: The patient presents to clinic today for two month follow-up s/p a L3-S1 open TLIF on 2-19-20. Her symptoms are unchanged. No recent accident or injury. She complains of low back pain, right leg pain, burning pain down the leg to the big toe with numbness in a L4 distribution. No left leg symptoms. Symptoms have persisted and are unchanged since last office visit. She also has right leg spasms. She takes Norco every 4 hours as well as Zanaflex and Lyrica. No other issues or complaints at this time.

**PHYSICAL EXAMINATION**: General: She presents as a pleasant, well developed, well nourished 52 y/o female. She is in no acute distress. She has a normal mood and affect. She is alert and oriented x 3. She moves all extremities without difficulty. Head: Normocephalic, atraumatic. Pupils are equal, round and reactive to light. Extraocular muscles intact. Heart regular rate and rhythm. Lungs are symmetric. Respirations are unlabored. Abdomen is soft, nontender. Skin: No rashes or lesions present. Extremities: No clubbing, cyanosis or edema.

Lumbar spine: Gross examination shows the patient to be free of deformity or swelling. There is no obvious list. There is no significant tenderness to palpation. Motion is good with respect to flexion and extension. There is no pain on either maneuver. Strength in both lower extremities with respect to iliopsoas, hamstring, quadriceps, tibialis anterior, external hallucis longus, and gastrocsoleus shows 4-4+/5 right tibialis anterior, extensor hallucis longus, gastrocsoleus, and peroneal; otherwise, 5/5 bilaterally. Hypersensitive to touch in the L4-S1 distribution to the right. Deep tendon reflexes at both patella and Achilles are 2+ and equivocal bilaterally. Straight leg raises in the seated position is positive to the right, negative to the left. The left only causes increased low back pain. There is no significant muscular atrophy. The patient ambulates with an antalgic gait. Dorsalis pedis pulses are 1+ and equivocal bilaterally. There is no clonus present.

**RADIOGRAPHS**: Three view lumbar spine AP, lateral and spot show evidence of a L3-S1 TLIF. L3-4 and L4-5 interbody cage with increased bone growth. No acute findings. All hardware is in good position. No acute abnormalities seen in comparison to previous postoperative x-rays.

**IMPRESSION**: (1) S/p L3-S1 open TLIF on 2-19-20.
(2) Postoperative low back pain with right lumbar radiculopathy.

**RECOMMENDATIONS/PLAN**: (1) Refilled Norco per Dr. McCarthy today in clinic on 6-2-20 and a post dated script for 6-15-20. Post dated script was given secondary to the COVID pandemic to decrease transportation. She was also given refills of Zanaflex and Lyrica today in clinic per Dr. McCarthy as well.
(2) We will submit to workman's comp for right L4 and L5 epidural steroid injection. This will be the first in a series. The risks, benefits, and potential complications associated with ESI's were discussed in detail. These include but are not limited to bleeding, infection, injury to nerves or spinal cord, leakage of spinal fluid, symptoms getting worse, symptoms staying the same. The patient voiced understanding of all of this and has elected to proceed with the injection. She will return to clinic two weeks after the epidural steroid injection or in four to six weeks.
(3) If no better after the epidural steroid injection, the patient would be a candidate for updated MRI scan of the lumbar spine with and without contrast.
(4) We will also submit for physical therapy postop TLIF for low back core strengthening, improved mobility, and lower extremity strengthening.
(5) We will keep the patient out of work until next office visit.
(6) PMP was checked 6-2-20 and was appropriate at that time. The patient was prescribed one or more narcotic medication(s) today. Counseling was provided regarding the potential risks and side effects of this class of medication. This includes the most common side effects (including but not limited to nausea, dizziness, confusion, over sedation, and constipation), addictive potential and tolerance development, risk in pregnancy, withdrawal potential, and the risk for overdose and death. MMI status unknown. Work status unchanged.

THE SPINE CENTER BR
BONE & JOINT CLINIC OF BATON ROUGE

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808
Telephone (225) 766-0050 FAX (225) 766-1499
www.spinecenterbr.com

Patient Name: Lundberg, Teresa
Medical Record Number: 3435070
Date of Birth:

Date:06/02/2020
Location: Baton Rouge Office

Patrick [signature] PA-C

Physician Assistant Signature: Patrick Arcement, PA-C

I was personally involved in this patient's care on this visit. I reviewed the patient's history and radiographs, performed a clinical physical examination and agree with the above diagnosis and treatment plan per the above signed mid-level practitioner.

[signature]

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 6-22-20
*3435070*

**Bone & Joint Clinic of Baton Rouge, Inc.**

Patient Name: Lundberg, Teresa    Date of Birth:

Medical Record Number: 3435070    Sex: F

**Bone & Joint Clinic X-Ray Report**

**Date of Service: 06/02/2020**

**Study:** Lumbar spine

**Interpretation:**

Three view lumbar spine AP, lateral and spot show evidence of a L3-S1 TLIF. L3-4 and L4-5 interbody cage with increased bone growth. No acute findings. All hardware is in good position. No acute abnormalities seen in comparison to previous postoperative x-rays.

Physician Signature: Kevin P. McCarthy, M.D.

cg
dt: 6-22-20

ORTHOPEDIC SURGERY CENTER, LLC
7301 HENNESSY BLVD., STE. 100
BATON ROUGE, LA 70808

## OPERATIVE REPORT

| | |
|---|---|
| **NAME OF PATIENT:** | TERESA C. LUNDBERG |
| **DATE OF BIRTH:** | |
| **ACCOUNT NUMBER:** | 151308 |
| **DATE OF SURGERY:** | 6/30/2020 |
| **PREOPERATIVE DIAGNOSIS:** | Lumbar radiculopathy |
| **POSTOPERATIVE DIAGNOSIS:** | Lumbar radiculopathy |
| **PROCEDURE:** | Right sided L4, L5 transforaminal fluoroscopically guided epidural steroid injections |
| **SURGEON:** | Kevin P. McCarthy, MD |
| **ANESTHESIA:** | Monitored anesthesia care |

**HISTORY OF PRESENT ILLNESS:** The patient is a 52-year-old female who presents with back and lower extremity pain. Treatment options were discussed in detail including epidural steroid injections. Risks, indications, and potential complications were discussed in detail. The patient appeared to understand and wished to proceed with these injections. Consent was reviewed in full detail, signed, and placed on the chart.

**DESCRIPTION OF PROCEDURE:** The patient was taken to the operating room and placed prone on the operating room table. Monitored anesthesia care was administered without difficulty. The patient was monitored throughout the procedure. The lumbosacral region was prepped and draped in a standard sterile fashion. Fluoroscopic imaging was used to localize the foramina of the L4 and L5 levels on the right. Local anesthetic was administered to the skin. Two 22-gauge spinal needles were then guided fluoroscopically into the foramina of the L4 and L5 levels on the right. The position of the tip of the needle was confirmed in AP and lateral planes and found to be adequate. Aspiration confirmed no return of blood or CSF. Injection was then performed which included a mixture of steroid and local anesthetic.

Injection was then performed which included a mixture of steroid and local anesthetic. The needles were then removed. The back was cleansed. Band-Aids were placed where appropriate.

**ORTHOPEDIC SURGERY CENTER**
**Baton Rouge, LA**

**OPERATIVE REPORT**

TERESA C. LUNDBERG
Page 2

The patient was awakened from anesthesia and taken to the recovery room without difficulty or complication.

Kevin P. McCarthy, M.D.

KPM/lsm
*_3435070_10_KMcCarthy_06302020_KMcCarthy*

*dd: 6/30/2020*
*dt: 7/1/2020*

Request Corresponden

From WFI Incorporated 1.626.628.9628 Fri Jul 10 16:47:49 2020 MDT Page 1 of 5 (FAX) P.001/008

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**BONE & JOINT CLINIC OF BATON ROUGE**
**PO BOX 98035**
**7301 HENNESEY BLVD STE 200**
**BATON ROUGE, LA 70808**

Jul 10, 2020
**Re: Long Term Disability Benefits**
Claim# 6682937 10248812
Claimant: LUNDBERG, TERESA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com 3436070
Access Key: BBJCO3

RECEIVED
JUL 10 2020
BY:

Dear ALLISON X 0,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 1, 2020 to Present**
Please provide all medical records for the timeframe and have
AP: Dr. McCarthy complete the attached Restrictions form - Seen
By: BONE & JOINT CLINIC OF BATON ROUGE

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rona Sibal

Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

6682937

RPID: 6682937

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9124

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Teresa C. Lundberg

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Teresa C. Lundberg

Date of Birth: ______________ Claim Number: 9832837 Date: 3-13-20

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical Information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 6682937

# Quality Assurance Report

## Request Information

Report Date: July 13, 2020

**RP ID:** 6682937

Patient Name: LUNDBERG, TERESA

Provider Name: BONE & JOINT CLINIC OF BATON ROUGE

## Quality Assurance Information

Scope Requested: **From April 1, 2020 to Present**

Special Request:

Please provide all medical records for the timeframe and have AP: Dr. McCarthy complete the attached Restrictions form - Seen By: BONE & JOINT CLINIC OF BATON ROUGE

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

REQUESTED ITEMS NOT RECEIVED, We only received medical records within scope. Please request for the completed form seen by the requested physician/facility in S/A, thanks

Chart Reviewed By: AATIE

Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212

MS. TERESA LUNDBERG

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

July 14, 2020

Ms. Teresa C. Lundberg

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Acadian Ambulance Services,inc
Policy #: SA3-890-LF0211-01
Claim #: 10248812

Dear Ms. Teresa Lundberg:

We received notification you are out on disability and therefore, your eligibility for the Waiver of Premium Benefit of your **Group Life Insurance** is currently under review. This matter is governed by the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA").

The Waiver of Premium Benefit would allow you to continue your Group Life Insurance coverage while you are out on disability without payment of premiums provided you meet your Group Life Insurance Policy definition of ***"total disability"*** defined as:

*With respect to this provision, "**Total Disability**" or "**Totally Disabled**" means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.*

*With respect to this provision, "**Material and Substantial Duties**" means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.*

*With respect to this provision, "**Any Occupation**" means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

We will be reviewing the information within your Long Term Disability (hereinafter "LTD") claim. However, eligibility requirements for Waiver of Premium benefits differ from the requirements for LTD benefits. In order to consider your eligibility for Waiver of Premium, we are requesting additional information at this time. Please provide the following:

On July 10, 2020, we requested the following information from your providers:

Dr. McCarthy:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2020

through the present

- Information about your current restrictions

This information is necessary to complete our initial claims investigation.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

This information is due by **August 7, 2020**. If we do not receive the requested information by **August 21, 2020**, we may be unable to evaluate your eligibility for the Waiver of Premium benefit which may result in denial of your claim. Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maria Aguirre
Life Waiver Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 14637
Secure Fax No.: (603) 427-1888