UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA LUNDBERG | * | CIVIL ACTION |
| VERSUS | * | NO. 23-1195 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | * | SECTION "E" (2) |

**ORDER**

Attorney Matthew Slaughter, Counsel for Defendant Lincoln National Life Insurance Company, has advised via telephone that the parties have settled. A member of counsel's staff confirmed same via the attached email, which the Clerk is directed to place into the court record. Having been advised of their settlement, the settlement conference scheduled before me for Tuesday, October 3, 2023, at 9:00 a.m. is hereby **CANCELLED**.

By copy of this Order, Judge Morgan is advised so that she may enter an appropriate 60-day conditional dismissal order.

New Orleans, Louisiana, this 2nd day of October, 2023.

Donna Phillips Currault

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. SUSIE MORGAN**