| | |
|---|---|
| **From:** | sandy@rademaekerslaw.com |
| **To:** | eFile-Currault |
| **Cc:** | iwana@rademaekerslaw.com; "Lindsay Calhoun (1315)"; "Matthew R. Slaughter (1237)"; "Price McNamara" |
| **Subject:** | 2:23cv01195-SM-DPC; Teresa Lundberg vs. Lincoln National Life Insurance Company - Settlement |
| **Date:** | Monday, October 2, 2023 10:04:42 AM |

**CAUTION - EXTERNAL:**

Please be advised that the above-referenced matter has settled and the Parties request cancelation of the October 3, 2023, Settlement Conference.

**Sandy Acker**
Business Manager and Paralegal

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (425) 215-9459
sandy@rademaekerslaw.com

*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.