**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **TERESA LUNDBERG,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-CV-01195-DJP-DPC** |
| **V.** | **JUDGE DARREL PAPILLION** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendant.** | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Teresa Lundberg and The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 2nd day of November 2023.

Respectfully submitted,

*/s/ J. Price McNamara*

J. Price McNamara (LA Bar Roll No. 20291)
10455 Jefferson Highway, Ste 2B
Baton Rouge, LA 70809
Telephone: (225) 201-8311
Facsimile: (225) 201-8313
Email: price@jpricemcnamara.com

**COUNSEL FOR PLAINTIFF**

**AND**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
rademaei@jacksonlewis.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

- *And* -

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Matthew R. Slaughter (Bar #37308)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: matthew.slaughter@phelps.com

**COUNSEL FOR DEFENDANT**